**EXHIBIT INDEX**

Exhibit 1 .......................................................................................... U.S. Pat. No. 10,372,793

Exhibit 2 ...................................................................................... Brotherhood Mutual Website

Exhibit 3 ............................................................................................. Aloft Media Notice Letter

Exhibit 4 ................................................................... Web Article re Aloft Media & Patent Trolls

Exhibit 5 .............................................................................. Brotherhood Mutual Website Code

Exhibit 6 .......................................................................................... U.S. Pat. No. 6,405,238

Exhibit 7 .......................................................................................... U.S. Pat. No. 7,913,185

Exhibit 8 ........................................................................... U.S. Pat. App. Pub. No. 2007/0094267

Exhibit 9 ........................................................................... U.S. Pat. App. Pub. No. 2006/0070012

Exhibit 10 ......................................................................... U.S. Pat. App. Pub. No. 2002/0129114

Exhibit 11 ........................................... Original "As Filed" Copy of U.S. Pat. App. No. 11/384,957

Exhibit 12 ...................................... Original "As Filed" Copy of U.S. Prov. App. No. 60/784,140

Exhibit 13 .......................................................................................... U.S. Pat. No. 7,529,795

Exhibit 14 ........................................... Original "As Filed" Copy of U.S. Pat. App. No. 12/334,068

Exhibit 15 ................................................................................Instantbull Website, July 22, 2006

Exhibit 16 ...................................................................... Instantbull Website Code, July 22, 2006

Exhibit 17 ........................................... Original "As Filed" Copy of U.S. Pat. App. No. 12/334,093

Exhibit 18 ................................Patent Assignment Stragent Technologies, LLC to Stragent, LLC

Exhibit 19 ............................................... Patent Assignment Stragent, LLC to Aloft Media, LLC

Exhibit 20 ...................................................................Power of Attorney for Aloft Media, LLC

Exhibit 21 ..............................Patent Assignment Aloft Media, LLC to Boadin Technology, LLC

Exhibit 22 .........................................Patent Assignment Statements for Boadin Technology, LLC

Exhibit 23 .......................................................... Office Action re U.S. Pat. App. No. 12/334,093

Exhibit 24 ........................................Response to Office Action re U.S. Pat. App. No. 12/334,093

Exhibit 25 ............................................ Notice of Cited Patents re U.S. Pat. App. No. 12/334,093

Exhibit 26 ............................ Information Disclosure Statement re U.S. Pat. App. No. 12/334,093

Exhibit 27 ............................................ Notice of Cited Patents re U.S. Pat. App. No. 12/334,093

Exhibit 28 ............................................................................................ U.S. Pat. No. 8,682,961

Exhibit 29 ...........................Information Disclosure Statements re U.S. Pat. App. No. 12/334,068

Exhibit 30 ........................................Original "As Filed" Copy of U.S. Pat. App. No. 14/224,002

Exhibit 31 .................................... Patent Assignment Boadin Technology, LLC to Stragent, LLC

Exhibit 32 .......................................... Patent Assignment Aloft Media, LLC to Jenam Tech, LLC

Exhibit 33 ................................................Patent Assignment Stragent, LLC to Jenam Tech, LLC

Exhibit 34 ...........................Information Disclosure Statements re U.S. Pat. App. No. 14/224,002

Exhibit 35 ........................................................................................... U.S. Pat. No. 10,042,823

Exhibit 36 .......................................................... Office Action re U.S. Pat. App. No. 14/224,002

Exhibit 37 ........................................Original "As Filed" Copy of U.S. Pat. App. No. 15/721,939

Exhibit 38 ........................................Original "As Filed" Copy of U.S. Pat. App. No. 16/056,487

Exhibit 39 ................................................................. Office Action re Pat. App. No. 15/721,939

Exhibit 40 ................................................Response to Office Action re Pat. App. No. 15/721,939

Exhibit 41 ............................................ Notice of Cited Patents re U.S. Pat. App. No. 15/721,939

Exhibit 42 ........................................................................................... U.S. Pat. No. 10,691,874

Exhibit 43 ...........................Information Disclosure Statements re U.S. Pat. App. No. 16/056,487

Exhibit 44 ........................................Original "As Filed" Copy of U.S. Pat. App. No. 16/234,044

Exhibit 45 ...........................Information Disclosure Statements re U.S. Pat. App. No. 16/234,044

Exhibit 46 ...................................................Response to Notice re U.S. Pat. App. No. 12/334,068

Exhibit 47 ......................................Examiner's Search History re U.S. Pat. App. No. 12/334,068

Exhibit 48 ..............................Statements & Replacement Spec. re U.S. Pat. App. No. 12/334,068

Exhibit 49 ......................................Examiner's Search History re U.S. Pat. App. No. 12/334,068

Exhibit 50 ......................................Examiner's Search History re U.S. Pat. App. No. 14/224,002

Exhibit 51 ..................................................................Statement re U.S. Pat. App. No. 14/224,002

Exhibit 52 ......................................Examiner's Search History re U.S. Pat. App. No. 16/056,487

Exhibit 53 ......................................Examiner's Search History re U.S. Pat. App. No. 16/234,044