# Exhibit 1

(12) **United States Patent**
Arav

(10) **Patent No.: US 10,372,793 B2**
(45) **Date of Patent: *Aug. 6, 2019**

(54) **HYPERLINK WITH GRAPHICAL CUE**

(71) Applicant: **Aloft Media, LLC**, Longview, TX (US)

(72) Inventor: **Gal Arav**, Raanana (IL)

(73) Assignee: **ALOFT MEDIA, LLC**, Longview, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/243,044**

(22) Filed: **Jan. 8, 2019**

(65) **Prior Publication Data**

US 2019/0147020 A1      May 16, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/056,487, filed on Aug. 6, 2018, which is a continuation of application No. 14/224,002, filed on Mar. 24, 2014, now Pat. No. 10,042,823, which is a continuation of application No. 12/334,068, filed on Dec. 12, 2008, now Pat. No. 8,682,961, which is a continuation of application No. 11/384,957, filed on Mar. 20, 2006, now Pat. No. 7,529,795.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *G06F 17/22* | (2006.01) |
| *G06Q 10/10* | (2012.01) |
| *G06F 3/0484* | (2013.01) |

(52) **U.S. Cl.**
CPC ...... *G06F 17/2235* (2013.01); *G06F 3/04842* (2013.01); *G06Q 10/107* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. G06F 17/2235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,983,245 A | * | 11/1999 | Newman | G06F 17/2235 |
| | | | | 715/205 |
| 6,564,213 B1 | | 5/2003 | Ortega et al. | |

(Continued)

OTHER PUBLICATIONS

Zakas, Nicholas "Make Life Easy With Autocomplete Textboxes", Sitepoint webpage, Sep. 16, 2003, available at https://webcache. googleusercontent.com/search?q=cache:sCxOuuDijOgJ:https://www. sitepoint.com/life-autocomplete-textboxes/+&cd=1&hl=en&ct=clnk &gl=us.

(Continued)

*Primary Examiner* — Gerald A Smarth
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks. In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks. Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.

**30 Claims, 8 Drawing Sheets**



**US 10,372,793 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,704,727 | B1 | 3/2004 | Kravets |
| 7,032,183 | B2 | 4/2006 | Durham |
| 7,035,864 | B1 | 4/2006 | Ferrari et al. |
| 7,647,312 | B2 | 1/2010 | Dai |
| 8,438,487 | B1 | 5/2013 | Lin-Hendel |
| 8,539,024 | B2 | 9/2013 | Smit et al. |
| 9,348,911 | B2 | 5/2016 | Egendorf et al. |
| 10,042,823 | B2 | 8/2018 | Arav |
| 10,078,623 | B2 | 9/2018 | Arav |
| 2001/0038395 | A1* | 11/2001 | Holtzblatt ........... G06F 16/9558 715/854 |
| 2002/0010639 | A1 | 1/2002 | Howey et al. |
| 2004/0205514 | A1* | 10/2004 | Sommerer ............ G06F 17/212 715/205 |
| 2006/0020615 | A1* | 1/2006 | Keohane ............. G06F 16/9558 |
| 2006/0075347 | A1* | 4/2006 | Rehm ........................ G06F 3/16 715/727 |
| 2006/0090142 | A1 | 4/2006 | Glasgow et al. |
| 2010/0205547 | A1* | 8/2010 | Boegelund ............ G06F 3/0482 715/760 |
| 2014/0315179 | A1* | 10/2014 | DeGross .................. G09B 7/06 434/362 |
| 2019/0034391 | A1 | 1/2019 | Arav |

OTHER PUBLICATIONS

Archived Website, "Bloglines," archived Jan. 26, 2005, available at https://web.archive.org/web/20050126160350/http://www.bloglines.com:80/blog/pretsel.

Archived Website, "CSS / DHTML Hybrid Navigation Bar," archived Apr. 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php.

Archived Website, "Live Request : XMLHttpRequest and You," archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

Archived Website, "Live Request Zip Folder," archived Oct. 19, 2004, available at https://web.archive.org/web/20050421062822/http://creatimation.net/extra/live-request/live-request.zip.

Archived Website, "Live Search HTML page," archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

Archived Website, "Live Update Demo," archived Mar. 15, 2005, available at https://web.archive.org/web/20050315035633/http://www.papermountain.org:80/static/live_update_demo.rb.html.

Archived Website, "PaperMountain Live Updater Js," archived Mar. 16, 2005, available at https://web.archive.org/web/20050316112910/http://www.papermountain.org:80/static/liveUpdater.js.

Archived Website, "pure CSS menus," archived Apr. 11, 2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "XMLHttpRequest Demo," archived Mar. 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/.

Archived webpage, "Macromedia Flash MX 2004," Mar. 5, 2005, available at https://web.archive.org/web/20050306024404/http://www.macromedia.com:80/software/flash/.

Archived Website, "(mt) Media Temple," archived Jun. 3, 2003, available at https://web.archive.org/web/20030603184613/http://www.mediatemple.net:80/services/webhosting/, last accessed Dec. 11, 2017.

Archived Website, "About this page," archived Nov. 19, 2002, available at https://web.archive.org/web/20021119135440/http://www.surguy.net:80/menu/index.html.

Archived Website, "Auto Complete Javascript text field," archived Mar. 10, 2005, available at https://web.archive.org/web/20050310050127/http:/www.vonloesch.de:80/node/18.

Archived Website, "Cool CSS Menu," archived Dec. 23, 2004, available at https://web.archive.org/web/20041223100517/http:/javascriptkit.com:80/script/script2/coolcssmenu.shtml.

Archived Website, "Creating a Textbook with JavaScript Auto-Complete," archived Aug. 13, 2004, available at https://web.archive.org/web/20040813010032/http://www.webreference.com:80/programminglavascript/gr/column5/index.html.

Archived Website, "Drop-down Menus, Horizontal Style," archived Jul. 1, 2004, available at https://web.archive.org/web/20040701070926/http:/www.alistapart.com:80/articles/horizdropdowns/.

Archived Website, "Dynamic HTML Menu Trees," archived May 1, 1999, available at https://web.archive.org/web/19990501040932/http:/developer.netscape.com:80/docs/examples/dynhtml/tree.html.

Archived Website, "MacroMedia," archived Mar. 6, 2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver, last accessed Dec. 11, 2017.

Archived website, "Macromedia," Mar. 6, 2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver.

Archived Website, "PGA Championship" Dec. 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004.

Archived Website, "PGA Championship," archived Dec. 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004, last accessed Dec. 11, 2017.

Archived Website, "Pure CSS Menus," archived Jul. 1, 2004, available at https://web.archive.org/web/20040701021837/http:/www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "RadioShack," archived Feb. 11, 2004, available at https://web.archive.org/web/20040211113445/http:/www.radioshack.com:80/.

Archived Website, "RadioShack," archived Mar. 19, 2005, available at https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed Dec. 11, 2017.

Archived Website, "Son of Suckerfish Dropdowns," archived Jun. 15, 2004, available at https://web.archive.org/web/20040615072300/http:/www.htmldog.com/articles/suckerfish/dropdowns/.

Archived Website, "Sons of Suckerfish," archived Jun. 3, 2004, available at https://web.archive.org/web/20040603230612/http://htmldog.com/articles/suckerfish/.

Archived Website, "Suckerfish Dropdowns," archived Nov. 18, 2003, available at https://web.archive.org/web/20031118185224/http:/www.alistapart.com:80/articles/dropdowns.

Archived Website, "Take a tour of the Dreamweaver MX 2004 features," archived Jul. 15, 2004, available at http://web.archive.org/web/20040715001246/http:/www.macromedia.com:80/software/dreamweaver/productinfo/features/.

Archived Website, "This uses just CSS 2 to turn nested lists into a working menu and does NOT use any JavaScript," archived Mar. 24, 2003, available at https://web.archive.org/web/20030324200540/http:/www.howtocreate.co.uk/tutorials/testMenu.html.

Archived Website, "YADM—Yet another dynamic menu," archived Sep. 17, 2004, available at https://web.archive.org/web/20040917085709/http:/www.onlinetools.org:80/tools/yadm/.

Arguelles, Tony, "Building a DHTML Drop Down Menu with Dreamweaver," InformIT, Oct. 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835.

Brower, Stewart, "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) Oct. 2004, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC521512/.

Jukka "Yucca" Korpela, "Navigational pulldown menus in HTML," published Mar. 1, 2003, available at http://jkorpela.fi/forms/navmenu.html, last accessed Dec. 11, 2017.

Lisa Wollin, "Creating a drop-down list that links to other pages," MSDN Archive, Aug. 19, 2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed Dec. 11, 2017.

Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, Dec. 2004, available at https://msdn.microsoft.com/en-us/library/office/aa218659(v=office.11).aspx, last accessed.

**US 10,372,793 B2**

Page 3

(56)            **References Cited**

OTHER PUBLICATIONS

Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, Dec. 2004, available at https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed Dec. 11, 2017.

Patrick Griffiths and Dan Webb, "Suckerfish Dropdowns," published Nov. 7, 2003, available at https://alistapart.com/article/dropdowns, last accessed Dec. 11, 2017.

Professional CSS: Cascading Style Sheets for Web Design, 1st Edition (Wrox: Jul. 29, 2005), by Christopher Schmitt et al., ISBN-13 978-0764588334.

Referenced Page, "HTMLDog," date unknown, available at http://www.htmldog.com/articles/suckerfish/bonesi, last accessed Dec. 11, 2017, page referenced on https://alistapart.com/article/dropdowns, last accessed Dec. 11, 2017.

Rigby, Nick "Drop-Down Menus, Horizontal Style" alistapart, Jun. 29, 2004, available at https://alistapart.com/article/horizdropdowns.

Rigby, Nick, "Drop-Down Menus, Horizontal Style," Jun. 29, 2004, available at https://alistapart.com/article/horizdropdowns.

Schmitt et al, "Professional CSS—Cascading Style Sheets for Web Design", Wiley Publishing, 434 pages, published Jul. 28, 2005.

Stewart M. Brower "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) Oct. 2004, pp. 412-420.

Ton Arguelles, "Essential Macromedia Dreamweaver for Web Professionals," Prentice Hall, 368 pages, Published Dec. 15, 2001.

Tony Arguelles "Essential Dreamweaver 4 for Web Professionals" 2002 ISBN-10: 0130315729ISBN-13: 978-0130315724 ASIN: B00V0Y4C18.

Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," Oct. 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835, last accessed Dec. 11, 2017.

WayBackMachine, homepage for Arkitrave, http://www.arkitrave.com:80/, captured Mar. 28 2004, available at https://web.archive.org/web/20040328084551/http://www.arkitrave.com:80/.

WayBackMachine, homepage for Chevrolet, http://www.chevrolet.com:80/, captured Jan. 1, 2005, available at Ittps://web.archive.org/web/20050101085416/http://www.chevrolet.com:80/.

WayBackMachine, homepage for Marriott, http://shopmarriott.com:80/index.aspx/, captured Nov. 25, 2005, available at https://web.archive.org/web/20051125000055/http://shopmarriott.com:80/indexaspx.

WayBackMachine, homepage for Walmart, http://www.walmart.com:80/, captured Mar. 21, 2004, available at https://web.archive.org/web/20040321210247/http://www.walmart.com:80/.

Webpage, "Drop Down Menu Sample—2 Menus (or more)" retrieved Oct. 12, 2018, available at http://www.echoecho.com/sampledropdown.htm.

Webpage, "Drop Down Menu," EchoEcho.com, retrieved Oct. 12, 2018, available at http://www.echoecho.com/htmlforms11.htm.

Webpage, "How is JavaScript different from Java," retrieved Oct. 12, 2018, available at https://wwwjava.cornien/download/faq/java_javascriptxml.

Webpage, "Html Forms Drop Down Menu," EchoEcho.com, retrieved Oct. 12, 2018, available at http://www.echoecho.com/tooldropdown.htm.

Webpage, "Navigational pulldown menus in HTML" Mar. 1, 2003, available at http://jkorpela.fi/forms/navmenu.html.

Webreference webpage, "Creating a Textbox with JavaScript Auto-Complete", Apr. 6, 2004, available at http://webreference.com/programming/javascript/gr/column5/index.html.

Wollin, Lisa " Creating a JavaScript Drop-Down Menu in FrontPage" Microsoft Corporation, Dec. 2004, available at https://docs.microsoft.com/en-us/previous-versions/office/developer/office-2003/aa218659(v=office.11).

Wollin, Lisa "Creating a drop-down list that links to other pages," MSDN Archive, Aug. 19, 2004, available at https://logs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/.

Zakas, Nicholas "Creating an Autosuggest Textbox with JavaScript, Part 2" UCLA course resource, Apr. 2004, available at http://web.cs.ucla.edu/classes/winter15/cs144/projects/javascript/suggest2.html.

Archived Website "Son of Suckerfish Dropdowns" archived Nov. 25, 2005, available at https://web.archive.org/web/20051125083251/htmldog.com/articles/suckerfish/dropdowns/.

Archived website, "Suckertish" archived Nov. 25, 2005, available at https://web.archive.org/web/20051125081404/htmldog.com/articles/suckerfish/dropdowns/example/bones3.html.

U.S. Appl. No. 16/056,491.

Archived Webpage, "CNET", archived Mar. 1, 2005 available at https://web.archive.org/web/20050301011005/http://www.cnet.com/2001-1_1-0.html.

Blog, A List Apart, Eric Shepherd "Hybrid Css Dropdowns" Mar. 30, 2005 available at https://web.archive.org/web/20050401043047/http://www.alistapart.com/articles/hybrid/.

Archive Website "Lucent" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601010217/http://www.lucent.com/.

Archive Website, "Intel.com" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601085413/http://www.intel.com/.

Archived Website "The Wall Street Journal Online" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601154824/http://online.wsj.com/publicius.

Archived Website "TV Guide" archived May 31, 2005, available at http://web.archive.orgiweb/20050531224613/http://tvguide.com/.

Archived Website, "TI Semiconductors" archived May 31, 2005, available at http://web.archive.org/web/20050531235140/http://www.ti.com/.

Archived Webpage, "pure CSS menus," archived Apr. 11, 2003, available at https://web.archive.org/web/2003041109446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "CSS / DHTML Hybrid Navigation Bar," Brothercake, archived Apr. 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php.

Archived Website, "Live Request : XMLHttpRequest and You," Creatimation, Archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://creatimation.net:80/journal/live-request.

Archived Website, "Suckerfish Dropdowns," A List Apart, archived Nov. 18, 2003, available at https://web.archive.org/web/20031118185224/http://www.alistapart.com:80/articles/dropdowns.

Archived Website, "XMLHttpRequest Demo," PaperMountain, Archived Mar. 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/.

* cited by examiner

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 5 of 1037



FIG. 1

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 6 of 1037



*FIG. 2*



FIG 3



**FIG. 4A**

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 9 of 1037



**FIG. 4B**



**FIG. 4C**



FIG. 5A



FIG. 5B

US 10,372,793 B2

**1**

## HYPERLINK WITH GRAPHICAL CUE

### RELATED APPLICATIONS

The present application claims priority to and is a continuation of U.S. application Ser. No. 16/056,487 filed Aug. 6, 2018, which in turn is a continuation of U.S. application Ser. No. 14/224,002 filed Mar. 24, 2014, now issued under U.S. Pat. No. 10,042,823, which is a continuation of U.S. application Ser. No. 12/334,068 filed Dec. 12, 2008, now issued under U.S. Pat. No. 8,682,961, which is a continuation of U.S. application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Pat. No. 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

### BACKGROUND

#### Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

#### Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical

**2**

representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

### SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. **2** is a flowchart of a method performed by the system of FIG. **1** according to one embodiment of the present invention; and

FIG. **3** is a window displayed by the message board aggregation system of FIG. **1** according to one embodiment of the present invention.

FIGS. **4A-4C** are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. **5A-5B** are illustrations of web page hyperlinks displayed by embodiments of the present invention.

### DETAILED DESCRIPTION

Referring to FIG. **1**, a dataflow diagram is shown of a message board aggregation system **100** according to one embodiment of the present invention. Referring to FIG. **2**, a flowchart is shown of a method **200** performed by the system **100** of FIG. **1** according to one embodiment of the present invention. Referring to FIG. **3**, a window **300** displayed by the message board aggregation system **100** of FIG. **1** is illustrated according to one embodiment of the present invention.

In general, the window **300** shown in FIG. **3** contemporaneously displays a table **302** containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content **304** corresponding to a message represented by one of the

US 10,372,793 B2

**3**

entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration and explanation, each of the message boards 102a-m is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated

**4**

message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field 312. The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112. In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114. This is not, however, a requirement of the present invention. The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-m.

Note further that any subset of the external message boards 102a-m may be selectable as a source by the user 142. Such a subset may, for example, consist of all of the external message boards 102a-m, any one of the message boards 102a-m, or any combination of fewer than all of the message boards 102a-m.

US 10,372,793 B2

5

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user **142**. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select one or more fields to be displayed in the message table **302** (step **208**). For example, in the embodiment illustrated in FIG. **3**, the message table includes a column **322***a* labeled "Message Titles," which always displays the titles of the messages summarized in the table **302**. The table **302** also includes, however, a second column **322***b* having content that may-be varied by the user **142**. More specifically, the user **142** may select link **320***a* to cause the column **322***b* to display the authors of the messages being summarized in the table **302** (as illustrated in FIG. **3**). Similarly, the user **142** may select link **320***b* to cause the column **322***b* to display the times at which the messages being summarized in the table **302** were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. **3** is merely an example and does not constitute a limitation of the present invention. Rather, the user **142** may be allowed to select any combination of message fields for display in the table **302**. Other examples of two fields from which the user **142** may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table **302** may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select an order in which message summaries are to be sorted in the message table **302** (step **210**). For example, in the embodiment illustrated in FIG. **3**, the user **142** may select the heading of column **322***a* to cause the contents of the table **302** to be sorted by message title, or select the heading of column **322***b* to cause the contents of the table **302** to be sorted by the contents of column **322***b* (e.g., message author or posting time). Alternatively, for example, the contents of the table **302** may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server **112** keeps track of: (1) the source message board(s) selected by the user **142** in source selections **1-20**; (2) the topic (e.g., company) selected by the user **142** in topic selection **121**; (3) the field(s) selected by the user **142** in field selections **122**; (4) the sort order **124** selected by the user **142** in sort order **124**; and (5) any other preferences **126** specified by the user **142**.

The aggregation server **112** includes an aggregation engine **128**, which generates message content units **132** based on the information extracted in step **206** and the user preferences described above (step **212**). For example, the message content units **132** may include a content unit for each message that matches the topic selection **121** (e.g., company) in any of the source message board(s) indicated by the source selection(s) **120**. Each of the message content units **132** may include information only for the fields specified by the field selections **122**, but this is not required. The

6

message content units **132** may, for example, include extracted information for fields other than those specified by the field selections. The message content units **132** may include all of the information that was extracted in step **206**.

As will be described in more detail below, the information in the message content units **132** forms the basis for the information displayed in the message table **302** on the web page **300** (FIG. **3**). In the embodiment illustrated in FIG. **3**, the frame **308** displays a web page **308** corresponding to one of the message summaries displayed in the message table **302**. When the web page **300** is first displayed, the message content corresponding to the first message summary in the table **302** may be displayed by default in the frame **308**. Thereafter, the user **142** may select any of the message summaries in the table **302**, such as by clicking on the title of the message in column **322***a*, to cause message content for a different message to be displayed-in the frame **308**.

The aggregation engine **128**, therefore, provides message content **130** corresponding to the currently-selected message summary in the message table **302** (step **214**). The aggregation engine **128** may, for example, provide the content **130** in the form of HTML and/or other web content by copying the content **130** from its source message board (e.g., one of the external message boards **102***a-m* or the internal message board **114**). The content **130** may either be copied to a storage medium local to the aggregation server **112**, or merely passed as a reference to the client web browser **140**, which may retrieve the message content **130** directly from its source and display it in the frame **308**, without using the aggregation server **112** to serve the content **130** to the user **142**.

The aggregation server **112** includes a web page generator **134**, which produces an aggregated web page **136** (including HTML and/or other web content) that includes both the message content units **132** and the message content **130** (or a link to the message content **130**) (step **216**).

The aggregated web page **136** may, for example, include a first frame for displaying a table including information from the message content units **132**, and a second frame for displaying the message content **130**.

The aggregation server **112** transmits the aggregated web page **136** to the web browser **140** over the Internet (step **218**). The web browser **140** displays a window (such as the window **300** shown in FIG. **3**) including: (1) web content (such as the web page **306**) representing a first message posted to a first online forum, such as the external message board **102***a*; and (2) a plurality of message summaries (such as are displayed in the table **302**) including information derived from the first message (such as the message summary **324** of the message **304**) and second information derived from a second message in the plurality of messages (such as the message summary **326** of another message not displayed in the window **300**). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units **132** that are downloaded by the web browser **140** to the local machine of the user **142** may include more information than is displayed in the table **302**. The table **302** may, for example, be designed to display only the information that is considered most important to the user **142**, such as the title, author, and/or timestamp of the aggregated messages. The user **142** may, however, read a particular one of the message summaries in the table **302** and desire to obtain additional information about the corresponding message. Although the user **142** could obtain such additional information by clicking on the message summary, thereby causing the corre-

US 10,372,793 B2

7

sponding message web content to be displayed in the frame **308**, this requires the web browser **140** to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page **300** allows the user **142** to quickly obtain additional summary information about any message listed in the table **302** by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. **3**, the user **142** has hovered the mouse cursor over message summary **324**, thereby causing the web page **300** to display a tooltip **328** containing additional summary information about the source message **304**. In the example illustrated in FIG. **3**, the tooltip **328** includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser **140** in the process of downloading the message content units **132** from the aggregation server **112**, the web browser **140** may generate and display the tooltip essentially instantaneously, and without again accessing the server **112**. This allows the user **142** to quickly browse such additional information for many messages listed in the table **302** quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client **140** without the need to make an additional access to the server **112**, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser **140** to download content-rich web pages without causing the user **142** to incur a significant delay before the web page is displayed, broadband connections allow the web browser **140** to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page **300**. Furthermore, the user **142** may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page **300** may allow the user **142** to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page **300**, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page **300** may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table **302** always causes the corresponding message to be displayed in the frame **308**, while the additional summary information (e.g., tooltip) is displayed.

8

Although there may be some delay in loading and displaying the full message in the frame **308**, the user **142** may view the additional summary information essentially immediately, thereby enabling the user **142** to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page **300** may allow the user **142** to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. **3**, the web page **300** includes an "Add Message" button **330** that the user **142** may click to add a new message. When the user **142** clicks the button **330**, a web page may be displayed which allows the user **142** to type a new message and submit it either to the internal message board **114** or to one of the external message boards **102***a-m*. In either case, once the user **142** has posted a new message, the message may be displayed in the frame **308**, and a summary of the message may be displayed in the table **302**.

Similarly, the web page **300** may include a "Reply Message" button (not shown in FIG. **3**) that the user **142** may click to reply to the message currently being shown in the frame **308**. When the user **142** submits a reply, the reply may be posted to the same message board as the message to which the user **142** has replied, whether that message board is external or internal to the aggregation server **112**. Alternatively, the user **142** may be allowed to choose whether to reply from the internal message board **114** maintained by the aggregation server **112** or from the external message board currently displayed in the frame **308**.

Message summaries in the message table **302** may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user **142** may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table **302** includes message summaries derived from multiple source message boards, the message table **302** may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user **142** with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page **300** illustrated in FIG. **3** provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page **300** both allows the user **142** to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table **302**.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page **300**, or at the original message board source in the frame **308**. This saves the user **142** time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner

US 10,372,793 B2

9

advertisement **332** for a financial services firm is shown on the web page **300** in FIG. **3**. Note, however, that the web page **300** (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement **332** in FIG. **3**. For example, the aggregation server **112** may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip **328** in FIG. **3**) in a static object (such as a text box) in the same location as but instead of the advertisement **332** for premium (i.e., paid) users. The web page **300**, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server **112** extracts certain information from source message boards to produce the message content units **132**. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user **142** may be allowed to sort the aggregated message summaries displayed in the message table **302** by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table **302** may be

10

color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table **302** may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser **140** is not limited to any particular web browser application. The web browser **140** may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network **138** in FIG. **1** is labeled as the "Internet," the web browser **140** and aggregation server **112** may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

US 10,372,793 B2

**11**

Referring to FIG. **4A**, an illustration is shown of a graphical user interface text input control **400** for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control **400** includes a text input field **402** into which the user may type text.

In the particular embodiment illustrated in FIG. **4A**, the text input field **402** is used for entering either the name of a company or the stock ticker symbol of the company. The text input field **402** may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Pat. No. 7,529,795. The text input field **402**, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field **402** is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field **402** may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. **4A**, the user has begun to type the text "aap". As the user types, the program that provides the text input field **402** may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. **4A**, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. **4A**, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text **408***a-c* of the three matching tuples in the list **406***a*. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field **402** or as the user deletes previously-typed characters in the text input field **402**.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. **4A**, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings **408***a*, **408***b*, and **408***c*. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine

**12**

whether any of the displayed text strings **408***a-c* corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. **4A**, the text **404***a* typed by the user in the text input field **402** only matches stock ticker symbols in the set of stored tuples. Referring to FIG. **4B**, an example is illustrated in which the text **404***b* ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list **406***b* displayed in FIG. **4B**, therefore, includes text **410***a-j* corresponding to tuples having company names that match the typed text **404***b*. Although the list **406***b* is sorted by stock ticker symbol, the list **406***b* may be organized in any manner. For example, the list **406***b* may be sorted by company name. Note that the list **406***b* displayed in FIG. **4B** may be generated dynamically while the user types the text **404***b* in the same manner as described above with respect to the list **406***a* of FIG. **4A**, namely by attempting to match the text **404***b* against both stock ticker symbols and company names.

Referring to FIG. **4C**, an example is illustrated in which the text **404***c* ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list **406***c* displayed in FIG. **4C**, therefore, includes both text **412***a-c* corresponding to tuples having ticker symbols that match the typed text **404***c* and text **412***d-j* having company names that match the typed text **404***c*.

Although the list **406***c* includes two sections—one for matching ticker symbols and one for matching company names—the list may be organized in any manner. For example, the list **406***c* may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists **406***a-c* illustrated in FIGS. **4A-4C**), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field **402**. For example, if the user clicks on an item in the list, the program may fill in the text field **402** with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field **402** with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button.

Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto-ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www-

US 10,372,793 B2

13

.quote.com/qc/lookup/symbol search.aspx, http://www-.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.marketwatch.com/symbol-lookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news-.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksind ex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the

14

foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in n-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of n-tuples, in which n=2. The techniques disclosed herein may be applied more generally, to n-tuples where n>1. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an n-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the n-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the n-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the n-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an n-tuple. For example, if n=3, matching may be performed against two rather than three of the text strings in the n-tuple. Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching n-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an n-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as n-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the

US 10,372,793 B2

15    16

input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. 5A, a web page 500 is shown according to one embodiment of the present invention. The web page 500 includes a first frame 502a displaying a first set of textual hyperlink representations 504a, and a second frame 502b displaying the contents of another web page.

In the embodiment illustrated in FIG. 5A, the first set of hyperlink representations 504a includes hypertext 506a-h. In this example, the hypertext 506a-h includes text representing categories of news web sites. For example, hypertext 506a ("World News") represents the category of world news web sites, hypertext 506b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext

506a-h shown in FIG. 5A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations 504a enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext 506a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 506a-h or by hovering a mouse cursor over one of the hypertext links 506a-h.

In response to receiving a selection of one of the hypertext links 506a-h from the user, the web page 500 displays a second set of hyperlink representations 504b. In the particular example illustrated in FIG. 5A, the user has clicked on or hovered the mouse cursor over hypertext 506h ("Stock Research"). In response, the web page 500 has displayed the second set of hyperlink representations 504b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 508a-l represents a hyperlink to a stock research web site. More specifically, in the embodiment illustrated in FIG. 5A, each of the hyperlink representations 508a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 508a is the logo of www.bigcharts.com, and the hyperlink representation 508a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 508a-l, the web browser displays the destination of the selected hyperlink in the frame 502b. For example, if the user selects hyperlink representation 508a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 502b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks 506a-h. For example, as shown in FIG. 5B, when the user selects hyperlink 506d ("UK News"), the web page 500 displays a set 504c of hyperlink representations 510a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 504a of links 506a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 504a of links 506a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 500, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Pat. No. 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 504b and 504c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the follow-

US 10,372,793 B2

17

ing, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks **504***a* may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display

18

monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. A method, comprising:

providing a web page including a set of one or more representations of one or more menu items and a set of one or more representations of one or more hyperlinks, the web page configured to:

cause display of the set of one or more representations of one or more menu items of the web page without any images being used in the display of the set of one or more representations of one or more menu items in connection with the web page, and with the set of one or more representations of one or more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks,

allow receipt of a first input, in the form of hovering, that indicates a selection of one of the set of one or more representations of one or more menu items, the receipt of the first input being implemented without Asynchronous-JavaScript-and-XML (AJAX),

cause, in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks, such that the set of one or more representations of one or more hyperlinks is displayed in a menu in a same window as the one of the set of one or more representations of one or more menu items, and at least partially below the one of the set of one or more representations of one or more menu items,

allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and

cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, navigation to a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, for causing display of at least a portion of content associated with the destination simultaneously with another instance of the set of one or more representations of one or more menu items, so as to allow review of the another instance of the set of one or more representations of one or more menu items and review of another instance of the set of one or more representations of one or more hyperlinks while the at least portion of content is simultaneously displayed, for use in causing additional navigation to at least one additional destination and display of at least a portion of additional content which is simultaneously displayed with yet another instance of the set of one or more representations of one or more menu items; and

causing storage of the web page.

2. The method of claim **1**, wherein the absence of any images in the display of the set of one or more representations of one or more menu items reduces a download time associated with a pre-download of the set of one or more representations of one or more hyperlinks with the web page.

US 10,372,793 B2

19

3. The method of claim **1**, wherein the set of one or more representations of one or more hyperlinks is displayed so as to overlap at least a portion of a content section of the web page.

4. The method of claim **1**, wherein use of the one or more textual representations minimizes an amount of data required to pre-download the set of one or more representations of one or more hyperlinks with the web page.

5. The method of claim **1**, wherein the another instance of the set of one or more representations of one or more menu items is displayed in a first portion of another web page associated with the destination, the at least portion of content associated with the destination is displayed in a second portion of the another web page, and at least part of the first portion including at least a portion of another instance of the set of one or more representations of one or more hyperlinks overlaps at least part of the second portion.

6. The method of claim **1**, wherein a distance between multiple of the set of one or more representations of one or more hyperlinks remains constant before and after the display of the set of one or more representations of one or more hyperlinks.

7. The method of claim **1**, wherein the receipt of the first input is implemented without AJAX for improving a speed of the receipt of the first input and the display of the set of one or more representations of one or more hyperlinks.

8. The method of claim **1**, wherein each instance of the receipt and the display causation is performed without invoking AJAX.

9. The method of claim **1**, wherein an entirety of the web page is generated without using Java.

10. The method of claim **1**, wherein the first input is capable of including the hovering, or clicking.

11. The method of claim **1**, wherein the hovering permits a user to more quickly view different sets of one or more representations of different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items.

12. The method of claim **1**, wherein the hovering permits a user to more quickly view and hide the set of one or more representations of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the one of the set of one or more representations of one or more menu items and subsequently move the cursor off of the one of the set of one or more representations of one or more menu items.

13. The method of claim **1**, wherein the hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

14. The method of claim **1**, wherein at least one of:

the set of one or more representations of one or more menu items includes a set including a single representation of a single menu item;

the web page includes a single web page;

the web page is one of a plurality of web pages;

the one or more representations of one or more hyperlinks is displayed below and to a side of the one of the set of one or more representations of one or more menu items;

the one of the set of one or more representations of one or more hyperlinks is displayed immediately below the one of the one of the set of one or more representations of one or more menu items;

20

the one or more representations of one or more hyperlinks is displayed below the one of the set of one or more representations of one or more menu items, by the one or more representations of one or more hyperlinks being displayed at a first level that is below a second level that the one of the set of one or more representations of one or more menu items is displayed;

the one or more representations of one or more hyperlinks is displayed below the one of the set of one or more representations of one or more menu items, by the one or more representations of one or more hyperlinks being displayed on a first y-axis plane that is below a second y-axis plane that the one of the set of one or more representations of one or more menu items is displayed;

the one or more representations of one or more hyperlinks is displayed below the one of the set of one or more representations of one or more menu items, by the one or more representations of one or more hyperlinks being displayed at a first location on an x-axis on a first y-axis plane that is below a second location on the x-axis on a second y-axis plane at which the one of the set of one or more representations of one or more menu items is displayed;

the at least portion of content is different from the at least portion of additional content;

the at least portion of content is the same as the at least portion of additional content;

the set of one or more representations of one or more hyperlinks is displayed in the menu in a first frame of the same window, and the one of the set of one or more representations of one or more menu items is displayed in a second frame of the same window;

the set of one or more representations of one or more hyperlinks and the one of the set of one or more representations of one or more menu items, are displayed in the same frame of the same window;

the set of one or more representations of one or more hyperlinks and the one of the set of one or more representations of one or more menu items, are displayed in the menu;

the set of one or more representations of one or more hyperlinks and the one of the set of one or more representations of one or more menu items, are displayed in different menus;

other one or more portions of the web page other than the set of representations of one or more menu items include images;

the one or more menu items include one or more hyperlinks;

other one or more portions of the web page other than the set of representations of one or more menu items, including the content, include images;

other one or more portions of the web page other than the set of representations of one or more menu items, including the set of one or more representations of one or more hyperlinks, include images;

images other than the any images are pre-downloaded with the web page;

images are pre-downloaded with the web page for use in the display of the set of representations of one or more hyperlinks;

the second input includes the hovering;

additional input other than the first input and the second input, includes the hovering;

the hovering results in a visual emphasis;

the hovering results in content display;

US 10,372,793 B2

21

the hovering results in display of at least a portion of content that was previously hidden;

each instance of the set of one or more representations of one or more menu items is identical;

the another instance of the set of one or more representations of one or more menu items has at least one difference with respect to the set of one or more representations of one or more menu items;

the another instance of the set of one or more representations of one or more menu items and the set of one or more representations of one or more menu items, are displayed with different content;

the yet another instance of the set of one or more representations of one or more menu items, the another instance of the set of one or more representations of one or more menu items, and the set of one or more representations of one or more menu items, are each displayed with different content;

the yet another instance of the set of one or more representations of one or more menu items, the another instance of the set of one or more representations of one or more menu items, and the set of one or more representations of one or more menu items, are identical in at least one respect;

the yet another instance of the set of one or more representations of one or more menu items, the another instance of the set of one or more representations of one or more menu items, and the set of one or more representations of one or more menu items, are different in at least one respect;

each instance of the set of one or more representations of one or more hyperlinks is identical;

the another instance of the set of one or more representations of one or more hyperlinks has at least one difference with respect to the set of one or more representations of one or more hyperlinks;

the another instance of the set of one or more representations of one or more hyperlinks and the set of one or more representations of one or more hyperlinks, are displayed with different content;

the web page is configured to cause the navigation by providing a selectable link thereto;

the web page is configured to cause the navigation by allowing use of a selectable link thereto;

the destination includes another web page;

the destination includes another web page on a same website;

the set of one or more representations of one or more menu items and the at least portion of content is simultaneously displayed in separate frames;

the set of one or more representations of one or more hyperlinks are pre-downloaded with the web page by being downloaded prior to the first input;

the web page is part of a system including a server;

the web page is part of a system including a server on which the web page is stored and from which the web page is served;

the web page is part of a system including a server;

the web page is part of a system including a user computer to which the web page is served and stored;

the web page is stored on a user computer;

the web page is stored on a server; or

the at least a portion of the content includes a text item.

**15**. A method, comprising:

creating content for populating a web page, the web page including a set of one or more representations of one or

22

more menu items and a set of one or more representations of one or more hyperlinks, and configured to:

cause display of the set of one or more representations of one or more menu items of the web page, with the set of one or more representations of one or more hyperlinks being initially hidden,

allow receipt of a first input, in the form of hovering, that indicates a selection of one of the set of one or more representations of one or more menu items, the receipt of the first input being implemented without Asynchronous-JavaScript-and-XML (AJAX),

cause, in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, immediate display of the set of one or more representations of one or more hyperlinks, such that the set of one or more representations of one or more hyperlinks is displayed in a menu in a same window as the one of the set of one or more representations of one or more menu items,

allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and

cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, navigation to a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, for causing display of at least a portion of additional content associated with the destination simultaneously with another instance of the set of one or more representations of one or more menu items, so as to allow access to the set of one or more representations of one or more menu items and access to the set of one or more representations of one or more hyperlinks while the at least portion of additional content is simultaneously displayed with the another instance of the set of one or more representations of one or more menu items; and

causing storage of the web page.

**16**. The method of claim **15**, wherein the set of one or more representations of one or more hyperlinks is displayed so as to overlap at least a portion of a content section of the web page.

**17**. The method of claim **15**, wherein the another instance of the set of one or more representations of one or more menu items is displayed in a first portion of another web page associated with the destination, and the at least portion of additional content associated with the destination is displayed in a second portion of the another web page, and at least part of the first portion including at least a portion of another instance of the set of one or more representations of one or more hyperlinks overlaps at least part of the second portion.

**18**. The method of claim **15**, wherein the receipt of the first input is implemented without AJAX for improving a speed of the receipt of the first input and the display of the set of one or more representations of one or more hyperlinks.

**19**. The method of claim **15**, wherein an appearance of letters of the set of one or more representations of one or more hyperlinks does not change in response to user input.

**20**. The method of claim **15**, wherein the hovering permits a user to more quickly view different sets of one or more representations of different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items.

US 10,372,793 B2

23

**21**. The method of claim **15**, wherein the hovering permits a user to more quickly view and hide the set of one or more representations of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the one of the set of one or more representations of one or more menu items and subsequently move the cursor off of the one of the set of one or more representations of one or more menu items.

**22**. The method of claim **15**, wherein the hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

**23**. A method, comprising:

providing content for at least one web page, the at least one web page including a set of one or more representations of one or more menu items and a set of one or more representations of one or more hyperlinks, and the at least one web page configured to:

cause display of the set of one or more representations of one or more menu items of the at least one web page, without any images being used in the display of the set of one or more representations of one or more menu items, and with the set of one or more representations of one or more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks,

allow receipt of a first input, in the form of hovering, that indicates a selection of one of the set of one or more representations of one or more menu items,

cause, in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks,

allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and

cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, display of a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, the destination including at least a portion of additional content displayed simultaneously with the set of one or more representations of one or more menu items, so as to allow use of the set of one or more representations of one or more menu items while the at least portion of additional content is simultaneously displayed with the set of one or more representations of one or more menu items.

**24**. The method of claim **23**, wherein letters of the one or more textual representations do not change in response to particular user input.

**25**. The method of claim **23**, wherein the hovering permits a user to more quickly view different sets of one or more representations of different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items.

**26**. The method of claim **23**, wherein the destination includes at least one other web page.

24

**27**. The method of claim **23**, wherein the destination includes at least one other web page of a website that hosts the at least one web page, where the set of one or more representations of one or more menu items of the web page and the set of one or more representations of one or more menu items of the at least one other web page, appear identical despite being displayed with different content.

**28**. The method of claim **23**, wherein the hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

**29**. A method, comprising:

providing content for a web page, the web page including web page code, a set of one or more representations of one or more menu items, and a set of one or more representations of one or more hyperlinks;

causing, using the web page code of the web page, display of the set of one or more representations of one or more menu items of the web page, without any images being used in the display of the set of one or more representations of one or more menu items, and with the set of one or more representations of one or more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks;

allowing, using the web page code of the web page, receipt of a first input that indicates a selection of one of the set of one or more representations of one or more menu items;

causing, using the web page code of the web page and in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks;

allowing, using the web page code of the web page, receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks; and

causing, using the web page code of the web page and in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, display of another web page corresponding to the one of the set of one or more representations of one or more hyperlinks, the another web page including at least a portion of additional content simultaneously with the set of one or more representations of one or more menu items, so as to allow use of the set of one or more representations of one or more menu items while the at least portion of additional content is simultaneously displayed with the set of one or more representations of one or more menu items.

**30**. The method of claim **29**, wherein hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

\* \* \* \* \*

# Exhibit 2



# Exhibit 3

**ALOFT MEDIA, LLC**

211 W Tyler Street Suite C
Longview, TX 75601-6398                                        April 28, 2025

Ms. Lisa Jackson
Brotherhood Mutual
6400 Brotherhood Way
Fort Wayne, IN 46825

Via Federal Express
Re:     Aloft Media, LLC Patent Portfolio
        Notice of Possible Patent Infringement and Offer of License

Dear Ms. Jackson,

Our company, Aloft Media, LLC ("Aloft") is the owner of full right title and interest in a portfolio of patents that we believe may be relevant to your business. Our patent portfolio includes over twenty-one (21) issued U.S. Patents and two (2) currently pending applications[1].

It has come to our attention that your company may be presently practicing, and potentially infringing, at least one of the patented inventions. In disclosure of the basis for our conclusions, and for your examination and comment, I am attaching to this letter the enclosed Claim Chart for your review.[2] This Claim Chart is not exhaustive of your possible infringements, but rather they are exemplary of patent claims we believe may be presently infringed, based on our current due diligence research.

We urge you to consult with your counsel and technical staff regarding the correctness of our analysis and conclusions. These claim charts are based on our independent investigations based on publicly accessible information. We are very open to receive and discuss with you any additional information you may believe to be relevant.

If you have evidence or arguments that your company's practices do not fall within any of the patent portfolio's claims, or if you believe your products or technology is already licensed through Aloft's existing business relationships, please let us know. We consider this letter as the beginning of a two-way exchange of information – a notice of our conclusions, but also an invitation to a discussion with you if you believe our conclusions are inaccurate.

We are contacting and offering licenses to you and other companies like yours that we believe may be infringing one or more claims of the patents in the portfolio. We are writing to you at this time to initiate a mutually beneficial and amicable business discussion. These patents have been reviewed and licensed by over 850 large international corporations.

---

[1] It is noted that twelve (12) issued assets have expired. A complete listing of Aloft Media, LLC's patents and applications, including provisional and abandoned applications, as well as expired patents, is attached to this letter as Exhibit 1.
[2] The enclosed Claim Charts are designated as **CONFIDENTIAL** pursuant to Federal Rule of Evidence 408 and **PRIVILEGED** – all Privileges are asserted including Attorney Client and Attorney Work Product Privileges. The Claim Charts are **DRAFTS ONLY**, based on the best available information and reasonable conclusions drawn therefrom, and the Claim Charts and are subject to revision at any time.

Even if you are not presently practicing any of the inventions in the portfolio, we believe you will find them to be useful and valuable inventions and that can keep you competitive with other companies in your field. Aloft continues to develop its portfolio through continued prosecution and exploring potential additional IP acquisitions.

George Street Partners ("GSP") is our authorized licensing agent. Todd Schmidt, an agent of GSP, will be contacting you within the next few days to provide background on Aloft Media and address any initial questions you may have regarding the matter. If you have any immediate questions, please contact Todd Schmidt directly. His contact information is below.

Todd Schmidt
Agent for Aloft Media, LLC
Email:   todd@georgesp.com
Cell #:   773.575.3958


We look forward to working with you on this matter.

Sincerely,

Andrew Gordon, Manager

# EXHIBIT 1

U.S. Patents and Patent Applications of Aloft Media, LLC

| PATENT # | TITLE |
|---|---|
| US8682961 | Hyperlink with Graphical Cue |
| US10042823 | Hyperlink with Graphical Cue |
| US10078623 | Hyperlink with Graphical Cue |
| US10372793 | Hyperlink with Graphical Cue |
| US10482164 | Hyperlink with Graphical Cue |
| US10691874 | Hyperlink with Graphical Cue |
| US11308260 | Hyperlink with Graphical Cue |
| US8352419 | Online marketplace for automatically extracted data |
| US8224298 | Systems and methods for mobile media services utilizing a short form command structure |
| US8683003* | Hyperlink with Graphical Cue |
| US7856472* | Instantaneous symbol lookup |
| US7849148* | Instantaneous symbol lookup |
| US8219615* | Instantaneous symbol lookup |
| US8219906* | Instantaneous symbol lookup |
| US8700704* | Message board aggregator |
| US7529795* | Message board aggregator |
| US8180829* | Message board aggregator |
| US8996594* | Online marketplace for automatically extracted data |
| US7647351* | Web Scrape Template Generation |
| US8185096* | Systems and methods for multi-modal mobile media services |
| US8949340* | Systems and methods for organizing content for mobile media services |
| * - Expired Patents: Due to non-payment on maintenance fees | |
| APPL. # | TITLE |
| 17/515,020 | Systems and Methods for Organizing Content for Mobile Media Services |
| 17/708,912 | Hyperlink with Graphical Cue |
| 16/933,982† | Systems and Methods for Organizing Content for Mobile Media Services |
| 16/537,491 | System, Method, and Computer Program for Collecting Data for Marketplace Presentation |
| 12/620,570† | Online marketplace for automatically extracted data |
| 12/620,573† | Online marketplace for automatically extracted data |
| 13/301,771† | Systems and Methods for Organizing Content for Mobile Media Services |
| 13/430,658† | Systems and Methods for Mobile Media Services Utilizing a Short Form Command Structure |
| 14/673,833† | Online marketplace for automatically extracted data |
| 14/510,055† | Systems and methods for organizing content for mobile media services |
| 16/039,304† | Systems and methods for organizing content for mobile media services |
| 16/056,491† | Hyperlink with Graphical Cue |
| 60/784,141† | Hyperlink with Graphical Cue |
| 60/784,140† | Hyperlink with Graphical Cue |
| 60/888,310† | Systems and Methods for Mobile Media Services |
| 60/940,296† | Systems and Methods for Mobile Media Services with Command Disambiguation |
| PCT/US07/06902† | Message board aggregator |
| † - Abandoned or Expired Application | |

**U.S. Patent No. 10,372,793 Claim 23: Brotherhood Mutual Applicability**

| Claim 23 Elements | Brotherhood Mutual Applicability |
|---|---|
| A method, comprising:<br><br>providing content for at least one web page,<br><br>the at least one web page including a set of one or more representations of one or more menu items and a set of one or more representations of one or more hyperlinks,<br><br>and the at least one web page configured to: | Brotherhood Mutual makes and/or uses *a method, comprising: providing content for at least one web page, the at least one web page including a set of one or more representations* (e.g., top-level menu items, hyperlinks, etc.) *of one or more menu items and a set of one or more representations* (e.g., second-level menu items, hyperlinks, etc.) *of one or more hyperlinks, and the at least one web page configured to:*<br><br><br><br>https://www.brotherhoodmutual.com/insurance/index.html<br>https://www.brotherhoodmutual.com/ |

                                                                    CONFIDENTIAL

| | |
|---|---|
| cause display of the set of one or more representations of one or more menu items of the at least one web page, without any images being used in the display of the set of one or more representations of one or more menu items, and with the set of one or more representations of one or more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks, | Brotherhood Mutual makes and/or uses a method comprising a webpage configured to *cause display of the set of one or more representations* (e.g., top-level menu items, hyperlinks, etc.) *of one or more menu items of the at least one web page, without any images being used in the display of the set of one or more representations of one or more menu items, and with the set of one or more representations* (e.g., second-level menu items, hyperlinks, etc.) *of one or more hyperlinks being initially hidden* (e.g., not visible to the user, etc.) *and taking the form of hypertext including one or more textual representations of one or more hyperlinks* (e.g., the second-level menu items are text items associated with the second set of hyperlinks, etc.), <br><br>  <br><br> https://www.brotherhoodmutual.com/ |

CONFIDENTIAL



https://www.brotherhoodmutual.com/

CONFIDENTIAL

| allow receipt of a first input, in the form of hovering, that indicates a selection of one of the set of one or more representations of one or more menu items, | Brotherhood Mutual makes and/or uses a method comprising a webpage configured to *allow receipt of a first input, in the form of hovering* (e.g., moving the mouse pointer over a menu item, etc.)*, that indicates a selection of one of the set of one or more representations of one or more menu items,*  https://www.brotherhoodmutual.com/ |
|---|---|

CONFIDENTIAL

| cause, in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks, | Brotherhood Mutual makes and/or uses a method comprising a webpage configured to *cause, in response to receipt of the first input* (e.g., moving the mouse pointer over the top-level menu item, etc.) *indicating the selection of the one of the set of one or more representations* (e.g., top-level menu items, hyperlinks, etc.) *of one or more menu items, display of the set of one or more representations* (e.g., second-level menu items, hyperlinks, etc.) *of one or more hyperlinks,* <br><br>  <br><br> https://www.brotherhoodmutual.com/ |

CONFIDENTIAL

| allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and | Brotherhood Mutual makes and/or uses a method comprising a webpage configured to *allow receipt of a second input* (e.g., a selection, etc.) *that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and* |
|---|---|
| |  |
| | https://www.brotherhoodmutual.com/ |

CONFIDENTIAL

| | |
|---|---|
| cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, display of a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, the destination including at least a portion of additional content displayed simultaneously with the set of one or more representations of one or more menu items, so as to allow use of the set of one or more representations of one or more menu items while the at least portion of additional content is simultaneously displayed with the set of one or more representations of one or more menu items. | Brotherhood Mutual makes and/or uses a method comprising a webpage configured to *cause, in response to receipt of the second input* (e.g., a selection, etc.) *indicating the selection of the one of the set of one or more representations* (e.g., second-level menu items, hyperlinks, etc.) *of one or more hyperlinks, display of a destination* (e.g., a new webpage associated with the second input, etc.) *corresponding to the one of the set of one or more representations* (e.g., second-level menu items, hyperlinks, etc.) *of one or more hyperlinks, the destination including at least a portion of additional content displayed simultaneously with the set of one or more representations of one or more menu items while the at least portion of additional content is simultaenously displayed with the set of one or more representations of one or more menu items.* <br><br>  <br> https://www.brotherhoodmutual.com/insurance/property-and-liability.html |

CONFIDENTIAL

CONFIDENTIAL

## Patent License Agreement
## Aloft Media, LLC Patent Portfolio

This Patent License Agreement ("Agreement") is entered by and between Aloft Media, LLC ("Licensor") and the entity listed in the signature block below ("Licensee")(each, a "Party" and together "Parties), and it is effective as of the date listed below (the "Effective Date").

1.      **"Affiliate"** means an entity Licensee controls through the power to direct the management or policies of the entity, whether through the ownership of more than 80% of the ownership interests in the entity or by contract.

2.      **"Licensed Patents"** means the following: (a) all patents and patent applications currently or in the future owned, controlled, and/or assigned to Licensor or any entity that Licensor currently owns or controls,  including but not limited to the U.S. Patents and U.S. Patent Applications listed in **Exhibit 1**; (b) all U.S. patents or patent applications directly or indirectly claiming priority to or from any of the foregoing; (c) any continuations, divisionals, continuations-in-part, extensions, renewals, substitutes, reissues, reexaminations, patents or parent applications of any of the foregoing; (d) any patents or patent applications claiming priority to any of the foregoing or from which any of the foregoing claim priority; and (e) any and all foreign counterparts of any of the foregoing.

3.      **"Licensed Activities"** means any activity, including making, having made, using, selling, offering for sale or importing (or contributing to or inducing any of the foregoing) of any product, service, method, process or invention described by, or covered in whole or in part by, any one or more claims of any of the Licensed Patents.

4.      **"Licensed Users"** shall mean Licensee and its Affiliates.

5.      **Release for Activities prior to the Effective Date**. For activity prior to the Effective Date, and upon receipt of Payment pursuant to this Agreement, Licensor irrevocably releases, acquits, and forever discharges Licensee and its Affiliates from any and against all claims relating in any way to the Licensed Patents, known or unknown, except for the obligations imposed under this Agreement.  This Release, when effective, also extends to third-parties providing goods or services to Licensee or its Affiliates such that the third-party's cooperation with Licensee or its Affiliates prior to the Effective Date shall also be released but solely and exclusively to the extent that the third-party's work was for the direct benefit of Licensee or its Affiliates.  No other activity of the third-party is released by this Agreement.

6.      **Licensor Representation and Acknowledgement**.  Licensor represents and warrants as of the Effective Date that (i) Licensor owns the Licensed Patents and has the exclusive right to grant licenses and releases with respect to the Licensed Patents in accordance with the terms and conditions of this Agreement, and (ii) to Licensor's knowledge as of the Effective Date and in reliance on the accuracy of Licensee's representations and warranties to Licensor, Licensor is not aware of any U.S. Patents owned by Licensor, other than the Licensed Patents, that would be infringed by the Licensed Activities of Licensee.

7.      **License for Licensed Activities on or after the Effective Date**.  For activity on or after the Effective Date, and upon receipt of the Payment set forth in this Agreement, Licensor grants

1

CONFIDENTIAL

to Licensee a non-exclusive, non-transferable (except as provided under "Transfer of License" below), non-sublicensable, royalty-free, worldwide, personal, license under the Licensed Patents to the Licensed Activities for the life of the last surviving Licensed Patent.

8.    **Have Made Rights.** In addition to the License rights set forth above, Licensee shall also have the right to work with and direct third-parties providing goods and services to Licensee such that the third-party's cooperation with Licensee shall also be licensed *but solely* and exclusively to the extent of the third-party's work is for the direct benefit of Licensee. No other activity of the third-party is licensed or permitted by this Agreement.

9.    **Confidentiality.** Except where such disclosures are required by law or the Parties have given consent in writing, the Parties agree to keep confidential and not disclose to any third-party:

(a) any of the terms and conditions of this Agreement, and,
(b) any of the negotiations and discussions that preceded its making; and non-public financial information except;
   (i)    as is necessary to effectuate any term or provision of this Agreement, including any subsequent litigation to enforce this Agreement;
   (ii)   to either Party's insurers, as necessary to pursue insurance claims;
   (iii)  to a Party's accountants or lawyers;
   (iv)   as is reasonably necessary to comply with the Securities and Exchange Commission's disclosure requirements;
   (v)    to a third-party in connection with a due diligence investigation between the third-party and the Party seeking to make the disclosure, provided prior to seeing the information, the third-party enters into a non-disclosure agreement ("NDA") with confidentiality terms substantially the same as the terms used to protect the Party's own financial information;
   (vi)   to existing and potential future investors and/or shareholders of the Party, provided the third-parties enter into a NDA as described in (v) above; and,
   (vii)  as required by law or court order upon notice to the other Party sufficiently in advance of such disclosure to permit the other Party to seek a protective order (unless the disclosure is in response to a discovery request in litigation involving the Licensed Patents and in which a protective order has already been entered, in which case this Agreement may be produced provided it is designated "Confidential" without notice to the other party).

Licensor may reveal the existence of this Agreement and identity of Licensee in conducting confidential negotiations with other potential Licensees of the Licensed Patents. Licensor may not disclose the existence of this Agreement and identity of Licensee to the general public through publication on a website or in a press release.

10.    **Transfer of License.** This Agreement shall not be assigned or transferred by Licensee or an Affiliate of Licensee without the prior, written consent of Licensor, unless such assignment or transfer is in connection with the sale of all or substantially all of the assets of Licensee, its Affiliates or a business division thereof. In the event of all or substantially all of the assets of the Licensee, an assignment or transfer of this Agreement shall only license the Licensed Activities of the acquired business, any affiliate of such entity or any other entity, beginning after the effective time of such transfer, unless upon notice and agreed to in writing by the Licensee prior to the effective time of such transfer. This Agreement will inure to the benefit of and be binding on any such assignee or transferee of Licensee.

2

CONFIDENTIAL

11.    **License Revocation if Patents Challenged.** Notwithstanding anything in this Agreement to the contrary, the licenses and other rights granted in this Agreement shall immediately terminate in the event Licensee directly or indirectly challenges the validity or enforceability of any Licensed Patent by asserting such arguments in any court proceeding or in filing a reexamination or other post-grant proceeding with the United States Patent Office or the patent office of another nation.

12.    **Survival of Agreement Terms.** No challenge to the validity or enforceability of any licensed Patent, or ruling on such validity or enforceability by any administrative or judicial body, shall have any effect on the validity or enforceability of this Agreement.

13.    **No Construction against Drafter.** This Agreement results from negotiations between the Parties and each party acknowledges that it has had the opportunity to negotiate modifications to the language of this Agreement. Accordingly, each Party agrees that in any dispute regarding the interpretation or construction of this Agreement, no statutory, common law, or other presumption shall operate in favor of or against any Party hereto by virtue of his or its role in drafting or not drafting the terms and conditions set forth herein.

14.    **Severability.** If any term of this Agreement is determined by an appropriate U.S. court to any extent to be invalid, illegal, or incapable of being enforced, such term shall be excluded to the extent of such invalidity, illegality, or unenforceability. All other terms in this Agreement shall remain in full force and effect.

15.    **Entire Agreement.** This Agreement is entered into for purposes of settlement and compromise only. Nothing contained in this Agreement, or done or omitted in connection with this Agreement, is intended as or shall be construed as an admission of any fault, liability, omission, or wrongdoing whatsoever.

16.    **Counterparts.** This Agreement may be executed in any number of counterparts and by the Parties on separate counterparts, and each such counterpart shall be deemed to be an original, but all such counterparts shall together constitute but one and the same Agreement.

17.    **Term.** This Agreement shall begin on the Effective Date and continue until six years after the last of the Licensed Patents expires, unless this Agreement is terminated.

18.    **Governing Law.** This Agreement shall be interpreted under the laws of the State of Delaware without reference to choice of law provisions.

19.    **Notices.** All notices or other communications required or permitted to be given pursuant to this Agreement shall be in writing and shall be deemed adequately given if delivered in person or sent by registered or certified mail or currier service, return receipt requested, to the following addresses or such other address as may be designated by a Party by a notice in compliance with this paragraph:

If to Licensor (Aloft Media, LLC):
    Aloft Media, LLC
    Attn: Corporate Officer
    211 W TYLER ST SUITE C
    LONGVIEW, TX 75601-6398

CONFIDENTIAL

If to Licensee:

_____

_____

_____

20.    **Execution.** Execution of this Agreement may be accomplished by the Licensee signing this Agreement and transmitting the signature page to the Licensor via mail or other delivery service of the original signed signature page, or by facsimile or e-mail.

21.    **Payment Amount.** In acceptance of and consideration for the terms of this Patent License Agreement, pursuant to this Agreement, the Licensee shall pay the Licensor a fully paid-up, non-refundable, lump-sum patent infringement settlement and release payment equal to the amount of:

_____ (U.S. .00) (the "Payment Amount").

22.    **Payment.** Payment shall be made within ten (10) calendar days of the Effective Date. Payment shall be made by check or wire delivered to George Street Partners, as follows:

**If by check:**

George Street Partners
11686 Oak Tree Way
Suite 101
Carmel, IN 46032

**If by Wire or ACH (add $15 USD for incoming wire fee):**

If by **WIRE:**
Chase Bank
Attn: George Street Partners
10495 N. Michigan Road
Carmel, IN 46032
ABA (routing)#: 021000021
ACCOUNT# 723276827
International Swift code: CHASUS33

If by **ACH**:
Chase Bank
Attn: George Street Partners
10495 N. Michigan Road
Carmel, IN 46032
ABA (routing)#: 074000010
ACCOUNT# 723276827

George Street Partners will complete a W-9 form or other paperwork if required by the Licensee to issue the above-described payment.

CONFIDENTIAL

\* \* \* \* \*

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be made and executed by duly authorized representatives as of the Effective Date.

**Effective Date:** _____
                        (Date Agreement Executed by the Licensee)

**Licensor:** Aloft Media, LLC          **Licensee:**
A Texas Limited Liability Company        A _____ Corporation

Signed by: _____          Signed by: _____

Name (print): <u>Andrew Gordon</u>          Name (print): _____

Title: _____          Title: _____

Date: _____          Date: _____

5

CONFIDENTIAL

# EXHIBIT 1

U.S. Patents and Patent Applications of Aloft Media, LLC

| PATENT # | TITLE |
|---|---|
| US8682961 | Hyperlink with Graphical Cue |
| US10042823 | Hyperlink with Graphical Cue |
| US10078623 | Hyperlink with Graphical Cue |
| US10372793 | Hyperlink with Graphical Cue |
| US10482164 | Hyperlink with Graphical Cue |
| US10691874 | Hyperlink with Graphical Cue |
| US11308260 | Hyperlink with Graphical Cue |
| US8352419 | Online marketplace for automatically extracted data |
| US8224298 | Systems and methods for mobile media services utilizing a short form command structure |
| US8683003* | Hyperlink with Graphical Cue |
| US7856472* | Instantaneous symbol lookup |
| US7849148* | Instantaneous symbol lookup |
| US8219615* | Instantaneous symbol lookup |
| US8219906* | Instantaneous symbol lookup |
| US8700704* | Message board aggregator |
| US7529795* | Message board aggregator |
| US8180829* | Message board aggregator |
| US8996594* | Online marketplace for automatically extracted data |
| US7647351* | Web Scrape Template Generation |
| US8185096* | Systems and methods for multi-modal mobile media services |
| US8949340* | Systems and methods for organizing content for mobile media services |
| * - Expired Patents: Due to non-payment on maintenance fees | |
| APPL. # | TITLE |
| 17/515,020 | Systems and Methods for Organizing Content for Mobile Media Services |
| 17/708,912 | Hyperlink with Graphical Cue |
| 18/665,470 | System, Method, and Computer Program for Collecting Data for Marketplace Presentation |
| 16/933,982† | Systems and Methods for Organizing Content for Mobile Media Services |
| 16/537,491† | System, Method, and Computer Program for Collecting Data for Marketplace Presentation |
| 12/620,570† | Online marketplace for automatically extracted data |
| 12/620,573† | Online marketplace for automatically extracted data |
| 13/301,771† | Systems and Methods for Organizing Content for Mobile Media Services |
| 13/430,658† | Systems and Methods for Mobile Media Services Utilizing a Short Form Command Structure |
| 14/673,833† | Online marketplace for automatically extracted data |
| 14/510,055† | Systems and methods for organizing content for mobile media services |
| 16/039,304† | Systems and methods for organizing content for mobile media services |
| 16/056,491† | Hyperlink with Graphical Cue |
| 60/784,141† | Hyperlink with Graphical Cue |
| 60/784,140† | Hyperlink with Graphical Cue |
| 60/888,310† | Systems and Methods for Mobile Media Services |
| 60/940,296† | Systems and Methods for Mobile Media Services with Command Disambiguation |
| PCT/US07/06902† | Message board aggregator |
| † - Abandoned or Expired Application | |

6

# Exhibit 4



# 25 Apr A Cautionary Tale of Navigating Patent Predicaments

Aloft Media came to my attention about a year ago, when a colleague sent me a copy of a C&D letter received regarding a couple of patents.  If you are an unfortunate recipient of such a letter, you will know it likely pertains to an allegation of patent infringement of one or more claims of US 10,078,623 and US 10,372,793.  In their simplest form, these patents are directed to a particular configuration and operation of a website.

Upon receipt of such a letter, a good first rule of thumb is to conduct basic research on the sender, including an internet search.  A map search raised immediate flags for me, as the 'street' view shows a dilapidated, non-descript building as the primary business address:



Not to suggest that a legitimate business couldn't operate out of such a place, but it did nothing to make me feel like Aloft Media was on the up and up – which only fostered curiosity and the need for further digging.

https://kmd.law/navigating-patent-predicaments/

Luckily, it did not take long to find out that Aloft Media is reputed for sending letters to numerous recipients, and even escalating claims into actual litigation. *See, e.g., Aloft Media, LLC v. Adobe Systems Inc.*, 570 F. Supp. 2d 887, *Aloft Media, LLC v. Yahoo!, Inc.*, No. CIV.A. 6:08-CV-255, 2009 WL 2058661 (E.D. Tex. July 13, 2009), etc.

# An 'Act' of sending a C&D – The Jurisdictional Conundrum

One particular party in North Carolina took exception to the letter they received from Aloft Media, and filed for declaratory relief in their home state jurisdiction. According to a complaint filed in *Schaefer Sys. Int'l v. Aloft Media, LLC*, the plaintiff argued that the patents allegedly infringed upon should be declared by the Court as invalid, non-infringed, unenforceable, etc.

A question arose as to whether a party in a non-forum state (in this case, Texas) can be subject to the jurisdiction of a forum state where a C&D letter was sent. In June of 2023, the Court answered in its order that indeed, yes, it can exercise jurisdiction over a non-forum resident that sends a C&D letter "if the defendant has `minimum contacts' with the forum, such that to require the defendant to defend its interest in that state `does not offend traditional notions of fair play and substantial justice."

The Court found the particular background facts of the case showed that the Plaintiff's claims "arose out of the activities directed at the State…that Plaintiff has sufficiently alleged that the unlawful patent infringement claims relate directly to the demand letter and subsequent communications sent into North Carolina." The Court further found that the "exercise of personal jurisdiction over Defendants would be constitutionally reasonable. While Defendants might naturally prefer to defend against Plaintiff's claims in a different forum, such as Texas, there has been no showing that it would be unduly burdensome for Defendants to litigate in this Court."

It wasn't long after that the case was closed per a dismissal order.

# KMD Takeaways

When faced with a cease-and-desist letter or any other kind of demand, do a first round of diligence. Investigate who the sender is, assess their legitimacy, explore their online reputation, etc., are all easy initial inquiries to find answers to.

On the other hand, if you have to make a demand against a third party, be careful about how you do it and the words used. Any kind of allegation may subject you to having to defend your position in an inconvenient or unfriendly jurisdiction.

At KMD, our goal is to help you understand all aspects of IP as they apply to your business. As intellectual property strategies vary greatly between industries or even businesses, we aim to help you navigate through choices that might arise as they pertain to a range from simple to complex, such as receiving or sending demand letters or the like.

Written by John Deboer, Senior Attorney at KMD Law.

---

References:

*1 A Texas limited liability company with its principal place of business in Texas at 211 W Tyler St # C,*

*Longview, TX75601-6398, not to be confused with any other "Aloft Media" elsewhere*

*2 Drop down menu, mouse-hover functionality, and so forth*

*3 Civil Action 3:22-CV-00513-KDB-DCK (W.D.N.C. Jun. 16, 2023)*

TAGS: intellectual property, patents, start up business

Search                                                    SEAR



SCANNING THE UPC.......

16 January, 2025



SOLE MANAGED COMMUNITY PROPERTY & HOMESTEAD RIGHTS

06 November, 2024



"TACKING" ANOTHER BITE OF THE APPLE

24 October, 2024

# Find a Location

DALLAS-FORT WORTH

DENVER

HOUSTON

SAN ANTONIO

WYOMING

# Post Categories

CORPORATE & BUSINESS DEVELOPMENT

DALLAS-FT. WORTH

DENVER

ENERGY & NATURAL RESOURCES

https://kmd.law/navigating-patent-predicaments/

ESTATE PLANNING

FINANCE

HOUSTON

IMMIGRATION SERVICES

INTELLECTUAL PROPERTY

LEGAL TEAM

LITIGATION

REAL ESTATE

SAN ANTONIO

SHERIDAN

START-UPS

TAX

TRADEMARKS & PATENTS

UNCATEGORIZED

https://kmd.law/navigating-patent-predicaments/

# Exhibit 5

Line wrap

```html
<!doctype html>
<html class="no-js" lang="en" dir="ltr">
  <!-- Galatians 6:2 Bear one another's burdens, and so fulfill the law of Christ. -->
  <head>
    <!-- Google Tag Manager - Header -->
      <script>
        (function (w, d, s, l, i) {
          w[l] = w[l] || [];
          w[l].push({'gtm.start': new Date().getTime(), event: 'gtm.js'});
          var f = d.getElementsByTagName(s)[0],
            j = d.createElement(s),
            dl = l != 'dataLayer'
              ? '&l=' + l
              : '';
          j.async = true;
          j.src = 'https://www.googletagmanager.com/gtm.js?id=' + i + dl;
          f.parentNode.insertBefore(j, f);
        })(window, document, 'script', 'dataLayer', 'GTM-7KZK');
      </script>
      <!-- End Google Tag Manager -->

    <meta charset="utf-8">
    <meta http-equiv="x-ua-compatible" content="ie=edge">
    <meta name="viewport" content="width=device-width, initial-scale=1.0">
    <link rel="apple-touch-icon" sizes="57x57" href="img/favicon/apple-icon-57x57.png">
    <link rel="apple-touch-icon" sizes="60x60" href="imgfavicon/apple-icon-60x60.png">
    <link rel="apple-touch-icon" sizes="72x72" href="img/favicon/apple-icon-72x72.png">
    <link rel="apple-touch-icon" sizes="76x76" href="img/favicon/apple-icon-76x76.png">
    <link rel="apple-touch-icon" sizes="114x114" href="img/favicon/apple-icon-114x114.png">
    <link rel="apple-touch-icon" sizes="120x120" href="img/favicon/apple-icon-120x120.png">
    <link rel="apple-touch-icon" sizes="144x144" href="img/favicon/apple-icon-144x144.png">
    <link rel="apple-touch-icon" sizes="152x152" href="img/favicon/apple-icon-152x152.png">
    <link rel="apple-touch-icon" sizes="180x180" href="img/favicon/apple-icon-180x180.png">
    <link rel="icon" type="image/png" sizes="192x192" href="img/favicon/android-icon-192x192.png">
    <link rel="icon" type="image/png" sizes="32x32" href="img/favicon/favicon-32x32.png">
    <link rel="icon" type="image/png" sizes="96x96" href="img/favicon/favicon-96x96.png">
    <link rel="icon" type="image/png" sizes="16x16" href="img/favicon/favicon-16x16.png">
    <meta name="msapplication-TileColor" content="#ffffff">
    <meta name="msapplication-TileImage" content="img/favicon/ms-icon-144x144.png">
    <meta name="theme-color" content="#ffffff">
    <meta name="description" content="Brotherhood Mutual insures churches and related ministries, providing property and liability insuran
    <meta name="keywords" content="Church insurance, brotherhoodmutual, brotherhood mutual, brotherhood mutual insurance, churches insuran
    <meta property="og:type" content="website"/>
    <meta property="og:title" content="Brotherhood Mutual Insurance Company"/>
    <meta property="og:url" content="http://www.brotherhoodmutual.com/"/>
    <meta property="og:image" content=" ">
    <meta name="twitter:card" content="summary_large_image">
    <meta property="og:description" content="Brotherhood Mutual insures churches and related ministries, providing property and liability

    <title>Brotherhood Mutual Insurance Company - Brotherhood Mutual</title>

    <link rel="stylesheet" href="css/design.css">
    <link rel="stylesheet" href="css/foundation.bmic.min.css">
    <link rel="stylesheet" href="css/orion-menu.min.css">
    <link rel="stylesheet" href="css/brotherhood.min.css">

    <!-- Fonts -->
    <link href="https://fonts.googleapis.com/css?family=Domine:400,700" rel="stylesheet">
    <link href="https://fonts.googleapis.com/css?family=Bebas+Neue&display=swap" rel="stylesheet">
    <link href="https://fonts.googleapis.com/css?family=Open+Sans:300,300i,400,400i,600,600i,700" rel="stylesheet">
    <link rel="stylesheet" href="https://use.typekit.net/aml5nvf.css">
    <link href="https://fonts.googleapis.com/css2?family=Yellowtail&display=swap" rel="stylesheet">

    <!-- Font Awesome Styles -->
      <link rel="stylesheet" href="css/fontawesome.min.css">
      <link rel="stylesheet" href="css/brands.min.css">
      <link rel="stylesheet" href="css/solid.min.css">
      <link rel="stylesheet" href="css/regular.min.css">

    <link rel="stylesheet" href="css/foundation.css">
    <link rel="stylesheet" href="css/app.css">

    <!-- // Include these two for Swiffy to work // -->
    <script src="https://cdn.jsdelivr.net/npm/swiffy-slider@1.6.0/dist/js/swiffy-slider.min.js" crossorigin="anonymous" defer></script>
    <link href="https://cdn.jsdelivr.net/npm/swiffy-slider@1.6.0/dist/css/swiffy-slider.min.css" rel="stylesheet" crossorigin="anonymous">

    <script type="application/ld+json">
      {
        "@context": "http://schema.org",
        "@type": "WebSite",
        "url": "https://www.brotherhoodmutual.com/",
        "potentialAction": {
          "@type": "SearchAction",
          "target": "https://www.brotherhoodmutual.com/?Keywords={search_term_string}&display=search&newSearch=true&noCache=1",
          "query-input": "required name=search_term_string"
        }
      }
    </script>

    <style type="text/css">
    .home-btn {
      font-size:15px;
      width:150px;
      height:50px;
      border: 2px solid;
      color:#666666;
```

```
            font-weight:bold;
            background-color:transparent;
            padding: 15px 5px 15px 5px !important;
            border-radius: 20px !important;
        }

        .home-btn-special {padding: 8px 5px 15px 5px !important;}

        .white-background-curved {
            border-radius: 0 0 50% 50% / 50px;
            max-width: 100%;
            height: 100px;
            margin-top: -40px;
            background-color: #f9f9f8;
        }

        @media only screen and (max-width: 600px) {
            .img-card {
                width: 25%;
                padding: 10px;
                box-sizing: border-box;
            width: 300px !important;
            }
        }

        .card-container {
            display: flex;
            flex-wrap: wrap;
            max-width: 1000px;
            margin: 30px auto;
            justify-content: center;
        }

        .img-card {
            width: 25%;
            padding: 10px;
            box-sizing: border-box;
            width: 250px;
        }

        .img-card img {
            width: 100%;
            height: auto;
            object-fit: cover;
            object-position: bottom;
            max-height: 300px;
        }

        .card-row {
            background-color: #F4F4F4;
            border-radius: 20px;
            padding-top: 40px;
            margin-top: -50px !important;
            position: relative;
            height: 160px;
            transition: 0.5s;
        }

        .card-row:hover {
            box-shadow: 0 0 3px white;
            margin-top: -70px !important;
        }

        .card-title {
            font-size: 1.20rem;
            text-align: center;
            font-weight: 600;
            color: #2971B5;
            margin-top: -15px;
            padding: 5px;
        }

        p.card-body {
            padding: 0px 15px 5px 15px !important;
            line-height: 1.25rem;
            text-align: center;
            color: #444444;
        }

        .orange-hov:hover {color: #f09c35 !important;}

        .white-background-curved-top {
            border-radius: 0 0 50% 50% / 50px;
            max-width: 100%;
            height: 50px;
            background-color: white;
            position: relative;
        }
        .white-background-curved-btm {
            border-radius: 0 0 50% 50% / 50px;
            max-width: 100%;
            height: 50px;
            background-color: #f4f4f4;
        }

        .gray-full-background {
            background-color: #f4f4f4;
```

```
      height: 180px;
      margin-top: -50px;
    }

    .space-padding {padding-top: 80px;}

    .blue-border {border: solid 1px #2971b5 !important;}

    .testimonial-container {
      max-width: 600px;
      margin-left: auto;
      margin-right: auto;
      margin-top: 30px;
      margin-bottom: 30px;
      padding: 10px;
    }
  </style>
</head>

<body>
  <!-- Google Tag Manager - body -->
      <noscript>
        <iframe src="https://www.googletagmanager.com/ns.html?id=GTM-7KZK" height="0" width="0" style="display:none;visibility:hidden"><
      </noscript>
      <!-- End Google Tag Manager -->

  <!-- Begin Navbar -->
  <header class="hide-for-print">
    <ul id="mainNav" class="orion-menu bmiblue">
      <li class="first">
        <a href="index.html" class="logo" data-scroll>
          <img src="img/BMI-Logo-New-White.png" alt="Brotherhood Mutual" class="menu-logo"></a>
      </li>
      <li class="dropdown" id="navInsurance"><a href="insurance/index.html">Insurance</a>
        <ul>
          <li class="first" id="navPropertyAndLiability"><a href="insurance/property-and-liability.html">Property and Liability</a></li>

          <li id="navWorkersCompensation"><a href="insurance/workers-compensation.html">Workers' Compensation</a></li>
          <li id="navAccidentInsurance"><a href="insurance/accident-insurance.html">Accident Insurance</a></li>
          <li id="navMissionProtection"><a href="insurance/mission-protection/index.html">Mission Protection</a></li>
          <li id="navCommercialAuto"><a href="insurance/commercial-auto.html">Commercial Auto</a></li>
          <li id="navCyberLiability"><a href="insurance/cyber-liability-insurance.html">Cyber Liability</a></li>
          <li id="navDoInsurance"><a href="insurance/directors-and-officers-coverage.html">D&amp;O Insurance</a></li>
          <li class="last" id="navReligiousFreedom"><a href="insurance/religious-freedom.html">Religious Freedom</a></li>
        </ul>
      </li>

      <li class="dropdown" id="navProducts"><a href="products/index.html">Products</a>
        <ul>
          <li class="first" id="navMinistryPayroll"><a href="products/ministry-payroll.html">Ministry Payroll</a></li>
          <li id="navFaithVentures"><a href="products/faith-ventures.html">Faith Ventures</a></li>
          <li class="last" id="navEmployeeHealthBenefits"><a href="products/employee-health-benefits.html">Employee Health Benefits</a><
        </ul>
      </li>

      <li class="dropdown" id="navResources"><a href="resources/index.html">Resources</a>
        <ul>
          <li class="first" id="navSafetyLibrary"><a href="resources/safety-library/">Safety Library</a></li>
          <li id="navBackgroundScreening"><a href="resources/background-screening.html">Background Screening</a></li>
          <li id="navOnlineTraining"><a href="resources/online-training.html">Online Training</a></li>
          <li id="navTrustedCare"><a href="resources/service-providers.html">Trusted Care</a></li>
          <li class="last" id="navWeatherAlerts"><a href="claims/weather-alerts/index.html">Weather Alerts</a></li>
        </ul>
      </li>

      <li class="dropdown" id="navClaims"><a href="claims/index.html">Claims</a>
        <ul>
          <li class="last first" id="navWeatherAlerts"><a href="claims/weather-alerts/index.html">Weather Alerts</a></li>
      </ul>
    </li>

    <li id="navLegalAssist"><a href="legalassist/index.html">Legal Assist</a></li>

    <li id="navRequestAQuote"><a href="request-a-quote/index.html">Request a Quote</a></li>

    <li class="last search" id="navSearch">
      <div class="navbar-right">
        <a href="https://myaccount.brotherhoodmutual.com/login" class="button orange small" style="display: inline-block; vertical-aligr
      </div>
    </li>
  </ul>
  </header>
  <!-- end navbar -->

  <!--------------------- Begin content --------------------------->

  <div class="home-hero-wrap">
    <div class="expanded row" style="max-width:1300px">
      <div class="columns medium-6">
        <h1 class="home-title">Protecting<br class="show-for-medium" />
          Christian Ministries</h1>

        <p class="home-intro">Brotherhood Mutual provides innovative insurance coverage and risk management resources specifically desig
        <a class="button orange large small-only-expanded" href="request-a-quote/index.html?utm_source=brotherhoodmutual.com&utm_medium=
      </div>

      <div class="columns medium-6">
        <div class="flex-video vimeo widescreen">
```

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 53 of 1037

```
iframe allow="autoplay; fullscreen; picture-in-picture" allowfullscreen="" frameborder="0" height="816" src="https://player.v
        </div>
      </div>
    </div>

    <div class="expanded large-up-5 medium-up-3 row small-up-2 text-center who-we-serve">
      <div class="columns">
        <p class="serve"><a class="serve-link" href="insurance/churches.html"><img alt="Churches icon" class="serve-icon" src="img/icons
          <a class="button home-btn" href="insurance/churches.html">Churches</a></p>
      </div>

      <div class="columns">
        <p class="serve"><a class="serve-link" href="insurance/colleges-and-universities.html"><img alt="Colleges &amp; Universities ico
          <a class="button home-btn home-btn-special" href="insurance/colleges-and-universities.html">Colleges &amp;<br />
          Universities</a></p>
      </div>

      <div class="columns">
        <p class="serve"><a class="serve-link" href="insurance/christian-schools.html"><img alt="Schools icon" class="serve-icon" src="i
          <a class="button home-btn" href="insurance/christian-schools.html">Schools</a></p>
      </div>

      <div class="columns">
        <p class="serve"><a class="serve-link" href="insurance/camps.html"><img alt="Camps icon" class="serve-icon" src="img/icons/camps
          <a class="button home-btn" href="insurance/camps.html">Camps</a></p>
      </div>

      <div class="columns">
        <p class="serve"><a class="serve-link" href="insurance/mission-protection/index.html"><img alt="Missions icon" class="serve-icon
          <a class="button home-btn" href="insurance/mission-protection/index.html">Missions</a></p>
      </div>
    </div>
  </div>

  <div class="white-background-curved"> </div>

  <div class="card-container">
    <div class="img-card">
      <a href="insurance/property-and-liability.html"><img alt="Image 1" src="img/home-church.png" /></a>
      <div class="card-row">
        <div class="content">
          <h3 class="card-title"><a class="orange-hov" href="insurance/property-and-liability.html">Property &amp; Liability</a></h3>
          <p class="card-body">Protection for physical items from songbooks to steeples.</p>
        </div>
      </div>
    </div>

    <div class="img-card">
      <a href="insurance/commercial-auto.html"><img alt="Image 1" src="img/ministry-vehicles.png" /></a>
      <div class="card-row">
        <div class="content">
          <h3 class="card-title"><a class="orange-hov" href="insurance/commercial-auto.html">Commercial Auto Insurance</a></h3>
          <p class="card-body">For your ministry&rsquo;s vehicles.</p>
        </div>
      </div>
    </div>

    <div class="img-card">
      <a href="insurance/workers-compensation.html"><img alt="Image 1" src="img/workers-comp-ins.png" /></a>
      <div class="card-row">
        <div class="content">
          <h3 class="card-title"><a class="orange-hov" href="insurance/workers-compensation.html">Workers&rsquo; Comp<br />
          Insurance</a></h3>
          <p class="card-body">Protect your employees and your ministry.</p>
        </div>
      </div>
    </div>

    <div class="img-card">
      <a href="resources/safety-library/index.html"><img alt="Image 1" src="img/safety-library.png" /></a>
      <div class="card-row">
        <div class="content">
          <h3 class="card-title"><a class="orange-hov" href="resources/safety-library/index.html">Safety Library</a></h3>
          <p class="card-body">Browse articles, checklists, and sample forms.</p>
        </div>
      </div>
    </div>
  </div>

  <div class="white-background-curved-top"> </div>

  <div class="gray-full-background">
    <h3 class="article space-padding subtitle" style="text-align:center"><strong>Take care of business with My Account</strong></h3>
    <div class="row">
      <div class="columns large-5 medium-8 small-12 small-centered text-center">
        <a class="large button orange" href="https://myaccount.brotherhoodmutual.com/register" rel="noopener">Get started</a>
        <a class="large button white blue-border" href="https://myaccount.brotherhoodmutual.com/login" rel="noopener">Sign in</a>
      </div>
    </div>
  </div>

  <div class="white-background-curved-btm"> </div>

  <div class="testimonial-container">
    <h3 class="article subtitle text-center"><strong>Our Customer Stories</strong></h3>

    <p>&ldquo;Other carriers might offer coverage for less money, but it&rsquo;s not the same service as we get from Brotherhood Mutual.
```

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 54 of 1037

```
Colorado  —  Director  / Disaster  Strong  I  Director  / <br />
            <span style="color:#297ID5">River Valley Ranch</span></p>
        <a class="blue button" href="about-us/testimonials.html">Read more</a>
    </div>

    <!--------------------- end content --------------------------->

    <!-- FOOTER -->
    <footer class="footer">
      <div class="row footer-top hide-for-print">
        <div class="small-12 medium-12 large-12 columns">
          <div class="mura-object" data-object="component" data-objectid="&#x5b;footer&#x5d; - text" data-instanceid="07C9C83B-D565-D4A4-4
            <p>Brotherhood Mutual insures America&rsquo;s churches and related ministries. We have for more than 100 years. From our pe
          </div>
        </div>
      </div>
      <div class="small-12 medium-6 large-3 columns">
        <div class="mura-object-content">
          <h6 class="footer-titles"><a href="insurance/index.html">Insurance</a></h6>
          <ul class="footerlinks">
            <li><a href="insurance/property-and-liability.html">Property &amp; Liability </a></li>
            <li><a href="insurance/commercial-auto.html">Commercial Auto</a></li>
            <li><a href="insurance/workers-compensation.html">Workers&rsquo; Comp</a></li>
            <li><a href="insurance/mission-protection/index.html">Mission Protection</a></li>
          </ul>
        </div>
      </div>
      <div class="small-12 medium-6 large-3 columns">
        <div class="mura-object-content">
          <h6 class="footer-titles"><a href="claims/index.html">Claims</a></h6>
          <ul class="footerlinks">
              <li><a href="claims/reporting-a-claim.html">Report a Claim</a></li>
              <li><a href="claims/answers-to-common-claims-questions.html">Common Questions </a></li>
          </ul>
          <h6 class="footer-titles" style="margin-top: 10px !important;"><a href="careers/index.html">Careers</a></h6>
          <ul class="footerlinks">
            <li><a href="careers/employment.html">Employment</a></li>
            <li><a href="careers/agent-opportunities.html">Agent Opportunities</a></li>
          </ul>
          <h6 class="footer-titles" style="margin-top: 10px !important;">Foundation</h6>
          <ul class="footerlinks">
            <li><a href="foundation/kingdom-advancing-grant.html">Kingdom Advancing Grant</a></li>
          </ul>
        </div>
      </div>
      <div class="small-12  medium-6 large-3 columns">
        <div class="mura-object-content">
          <h6 class="footer-titles"><a href="resources/index.html">Resources</a></h6>
          <ul class="footerlinks">
            <li><a href="resources/safety-library/">Safety Library</a></li>
            <li><a href="claims/weather-alerts/index.html">Weather Alerts</a></li>
            <li><a href="products/ministry-payroll.html">Ministry Payroll</a></li>
            <li><a href="legalassist/index.html">Legal Assist</a></li>
            <li><a href="resources/online-training.html">Online Training</a></li>
            <li><a href="resources/background-screening.html">Background Screening</a></li>
            <!-- <li><a href="contact/safety-enewsletter-signup/index.html">Safety eNewsletter</a></li> -->
          </ul>
        </div>
      </div>
      <div class="small-12 medium-6 large-3 columns">
        <div class="mura-object-content">
          <h6 class="footer-titles"><a href="about-us/index.html">About Us</a></h6>
          <ul class="footerlinks">
            <li><a href="about-us/who-we-are.html">Who We Are</a></li>
            <li><a href="about-us/board-of-directors.html">Board of Directors</a></li>
            <li><a href="about-us/leadership-team.html">Leadership Team</a></li>
            <li><a href="about-us/financials.html">Financial Results</a></li>
            <li><a href="news-media-center/index.html">News &amp; Media Center</a></li>
            <li><a href="contact/index.html">Contact Us</a></li>
          </ul>
        </div>
      </div>
      <div class="row full-width lowerfooter small-centered text-left hide-for-print">
        <div class="small-12 medium-6 large-6 columns">
          <img src="img/BMI-Logo-New-White.png" alt="Brotherhood Mutual logo">
        </div>
        <div class="small-12 medium-6 large-6 columns">
          <div class="small-12 small-text-center medium-text-right columns">

            <div class="inline-list social">
              <a href="https://www.facebook.com/BrotherhoodMutualIns/" target="_blank" rel="noopener">
                <img src="img/social/facebook-w.svg" alt="Facebook" width="20" height="20" title="Facebook" />
              </a>
              <a href="https://www.youtube.com/user/BrotherhoodMutual" target="_blank" rel="noopener">
                <img src="img/social/youtube-w.svg" alt="YouTube" width="24" height="20" title="YouTube" />
              </a>
              <a href="https://www.linkedin.com/company/brotherhood-mutual-insurance-company/" target="_blank" rel="noopener">
                <img src="img/social/linkedin-in-w.svg" alt="LinkedIn" width="20" height="20" title="LinkedIn" />
              </a>
              <a href="https://twitter.com/BrotherhoodIns" target="_blank" rel="noopener">
                <img src="img/social/x-twitter-w.svg" alt="X-Twitter" width="20" height="20" title="X-Twitter" />
              </a>
              <a href="https://www.instagram.com/brotherhoodmutual/" target="_blank" rel="noopener">
                <img src="img/social/instagram-w.svg" alt="Instagram" width="20" height="20" title="Instagram" />
              </a>
            </div>
```

```html
          </div>

      <div class="small-12 medium-12 large-12 columns text-center"><br/>
        <p>
          <a href="legal-notices.html">Legal Notices</a>
          |
          <a href="privacy-policy.html">Privacy Policy</a>

        </p>
        <p>&copy;2024 Brotherhood Mutual Insurance Company. All rights reserved.<br/>6400 Brotherhood Way, Fort Wayne, IN 46825 | 800.333.
        <p class="text-center">
          <a href="https://www.bbb.org/us/in/fort-wayne/profile/insurance-services-office/brotherhood-mutual-insurance-company-0352-908/#:
        </p>
      </div>
    </div>

    <!-- Show for Print Only -->
    <div style="display:none; border-top:solid 1px black;padding-top:10px;" class="row full-width print-border-top show-for-print">
      <div class="small-3 columns text-left">
        <img src="img/BMI-Logo-New-Black.png" alt="Brotherhood Mutual black logo">
      </div>
      <div class="small-9 columns text-right">
        <p>&copy;2024 Brotherhood Mutual Insurance Company.<br/>All rights reserved.<br/>6400 Brotherhood Way, Fort Wayne, IN 46825 | 800.
        <p>
          <a href="legal-notices.html">Legal Notices</a><br>
          <a href="privacy-policy.html">Privacy Policy</a><br>
          www.brotherhoodmutual.com
        </p>
      </div>
    </div>
  </footer>

  <div id="consent-popup" class="row expanded hidden">
    <div class="columns small-12">
      <p><b>Notice</b>: We, and our partners, use various technologies, including third-party cookies and codes, in order to personalize c
      <p><a href="##" id="accept" class="button">I understand</a></p>
      <p> </p>
    </div>
  </div>

  <!-- Begin Scripts -->
  <!-- microdata -->
  <script type="application/ld+json">
    {
      "@context": "http://schema.org",
      "@type": "Organization",
      "name": "Brotherhood Mutual Insurance Company",
      "address": {
        "@type": "PostalAddress",
        "addressLocality": "Fort Wayne",
        "addressRegion": "IN",
        "postalCode": "46825",
        "streetAddress": "6400 Brotherhood Way"
      },
      "aggregateRating": {
        "@type": "AggregateRating",
        "ratingValue": "4.1",
        "reviewCount": "88"
      },
      "description": "Brotherhood Mutual insures churches and related ministries, providing property and liability insurance, commercial
      "url": "https://www.brotherhoodmutual.com",
      "foundingDate": "1917",
      "areaServed": "United States",
      "contactPoint": [
        {
          "@type": "ContactPoint",
          "telephone": "+18003805474",
          "email": "customerservice@brotherhoodmutual.com",
          "contactType": "customer service"
        }
      ],
      "logo": "https://www.brotherhoodmutual.com/brotherhoodmutual/includes/themes/BrotherhoodMutual/img/BMI-Logo-New-White.png",
      "sameAs": ["https://www.facebook.com/BrotherhoodMutualIns/", "https://twitter.com/BrotherhoodIns", "https://www.linkedin.com/compa
    }
  </script>
  <!-- End Microdata -->

  <!-- Start of LiveChat (www.livechat.com) code -->
  <script>
    window.__lc = window.__lc || {};
    window.__lc.license = 12262818;
    window.__lc.integration_name = "manual_channels";
    window.__lc.product_name = "livechat";
    ;(function(n,t,c){function i(n){return e._h?e._h.apply(null,n):e._q.push(n)}var e={_q:[],_h:null,_v:"2.0",on:function(){i(["on",c.ca
  </script>
  <noscript><a href="https://www.livechat.com/chat-with/12262818/" rel="nofollow">Chat with us</a>, powered by <a href="https://www.live
  <!-- End of LiveChat code -->

  <script type="text/javascript" src="https://analytics.clickdimensions.com/ts.js" > </script>
  <script type="text/javascript">
    var cdAnalytics = new clickdimensions.Analytics('analytics.clickdimensions.com');
    cdAnalytics.setAccountKey('anGDYInVJckmcau1FK7pfR');
    cdAnalytics.setDomain('brotherhoodmutual.com');
    cdAnalytics.setScore(typeof(cdScore) == "undefined" ? 0 : (cdScore == 0 ? null : cdScore));
    cdAnalytics.trackPage();
  </script>
```

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 56 of 1037

```
<script src="js/vendor/jquery.js"></script>
<script src="js/vendor/what-input.js"></script>
<script src="js/app.js"></script>

<script src="js/orion-menu.js"></script>
<script src="js/vendor/foundation.min.js"></script>
<script src="js/brotherhood.js"></script>
<!--<script src="/brotherhoodmutual/includes/themes/BrotherhoodMutual/js/js.cookie.js"></script>-->
<script defer="defer" src="https://use.fontawesome.com/releases/v5.0.6/js/all.js"></script>
<script>
  $(function () {
    jQuery().orion({speed: 500});
    $(document).foundation();
  });
</script>

  </body>
</html>
```

Line wrap

```html
<!doctype html>
<html class="no-js" lang="en" dir="ltr">
  <!-- Galatians 6:2 Bear one another's burdens, and so fulfill the law of Christ. -->
  <head>
    <!-- Google Tag Manager - Header -->
        <script type='text/javascript' src='https://www.brotherhoodmutual.com/rxeBsdzzXNTN_AMf8P1hsmlaRxHE72OBdqs9socx-nMaH3dFteWP7tSxaLWxI0Wn_BDVz60WN
            (function (w, d, s, l, i) {
                w[l] = w[l] || [];
                w[l].push({'gtm.start': new Date().getTime(), event: 'gtm.js'});
                var f = d.getElementsByTagName(s)[0],
                    j = d.createElement(s),
                    dl = l != 'dataLayer'
                        ? '&l=' + l
                        : '';
                j.async = true;
                j.src = 'https://www.googletagmanager.com/gtm.js?id=' + i + dl;
                f.parentNode.insertBefore(j, f);
            })(window, document, 'script', 'dataLayer', 'GTM-7KZK');
        </script>
        <!-- End Google Tag Manager -->

    <meta charset="utf-8">
    <meta http-equiv="x-ua-compatible" content="ie=edge">
    <meta name="viewport" content="width=device-width, initial-scale=1.0">
    <link rel="apple-touch-icon" sizes="57x57" href="../img/favicon/apple-icon-57x57.png">
    <link rel="apple-touch-icon" sizes="60x60" href="../imgfavicon/apple-icon-60x60.png">
    <link rel="apple-touch-icon" sizes="72x72" href="../img/favicon/apple-icon-72x72.png">
    <link rel="apple-touch-icon" sizes="76x76" href="../img/favicon/apple-icon-76x76.png">
    <link rel="apple-touch-icon" sizes="114x114" href="../img/favicon/apple-icon-114x114.png">
    <link rel="apple-touch-icon" sizes="120x120" href="../img/favicon/apple-icon-120x120.png">
    <link rel="apple-touch-icon" sizes="144x144" href="../img/favicon/apple-icon-144x144.png">
    <link rel="apple-touch-icon" sizes="152x152" href="../img/favicon/apple-icon-152x152.png">
    <link rel="apple-touch-icon" sizes="180x180" href="../img/favicon/apple-icon-180x180.png">
    <link rel="icon" type="image/png" sizes="192x192" href="../img/favicon/android-icon-192x192.png">
    <link rel="icon" type="image/png" sizes="32x32" href="../img/favicon/favicon-32x32.png">
    <link rel="icon" type="image/png" sizes="96x96" href="../img/favicon/favicon-96x96.png">
    <link rel="icon" type="image/png" sizes="16x16" href="../img/favicon/favicon-16x16.png">
    <meta name="msapplication-TileColor" content="#ffffff">
    <meta name="msapplication-TileImage" content="../img/favicon/ms-icon-144x144.png">
    <meta name="theme-color" content="#ffffff">
    <meta name="description" content="For 100 years, Brotherhood Mutual has focused on providing innovative property and liability insurance coverages
    <meta name="keywords" content="property insurance, liability insurance, excess coverage">
    <meta property="og:type" content="website"/>
    <meta property="og:title" content="Brotherhood Mutual Insurance Company"/>
    <meta property="og:url" content="http://www.brotherhoodmutual.com/"/>
    <meta property="og:image" content=" ">
    <meta name="twitter:card" content="summary_large_image">
    <meta property="og:description" content="Brotherhood Mutual insures churches and related ministries, providing property and liability insurance, co

    <title>Property and Liability Coverage - Brotherhood Mutual</title>

    <link rel="stylesheet" href="../css/design.css">
    <link rel="stylesheet" href="../css/foundation.bmic.min.css">
    <link rel="stylesheet" href="../css/orion-menu.min.css">
    <link rel="stylesheet" href="../css/brotherhood.min.css">

    <!-- Fonts -->
    <link href="https://fonts.googleapis.com/css?family=Domine:400,700" rel="stylesheet">
    <link href="https://fonts.googleapis.com/css?family=Bebas+Neue&display=swap" rel="stylesheet">
    <link href="https://fonts.googleapis.com/css?family=Open+Sans:300,300i,400,400i,600,600i,700" rel="stylesheet">
    <link rel="stylesheet" href="https://use.typekit.net/aml5nvf.css">
    <link href="https://fonts.googleapis.com/css2?family=Yellowtail&display=swap" rel="stylesheet">

    <!-- Font Awesome Styles -->
      <link rel="stylesheet" href="../css/fontawesome.min.css">
      <link rel="stylesheet" href="../css/brands.min.css">
      <link rel="stylesheet" href="../css/solid.min.css">
      <link rel="stylesheet" href="../css/regular.min.css">

    <link rel="stylesheet" href="../css/foundation.css">
    <link rel="stylesheet" href="../css/app.css">

    <!-- // Include these two for Swiffy to work // -->
    <script src="https://cdn.jsdelivr.net/npm/swiffy-slider@1.6.0/dist/js/swiffy-slider.min.js" crossorigin="anonymous" defer></script>
    <link href="https://cdn.jsdelivr.net/npm/swiffy-slider@1.6.0/dist/css/swiffy-slider.min.css" rel="stylesheet" crossorigin="anonymous">

    <script type="application/ld+json">
      {
        "@context": "http://schema.org",
        "@type": "WebSite",
        "url": "https://www.brotherhoodmutual.com/",
        "potentialAction": {
          "@type": "SearchAction",
          "target": "https://www.brotherhoodmutual.com/?Keywords={search_term_string}&display=search&newSearch=true&noCache=1",
          "query-input": "required name=search_term_string"
        }
      }
    </script>

    <style>
      @media only screen and (max-width: 1200px) {
        .img-card {
          padding: 10px;
          box-sizing: border-box;
          width: 350px !important;
```

```
    .tableimg1 {display: none;overflow: hidden;}
    .tableimg2 {display: none; overflow: hidden;}
    table {margin: 0 !important;}
    .blue-background-curved-btm {height: 80px !important;}
    .liability-ul {
      flex-wrap: nowrap !important;
      padding-left: 20px;
      margin-bottom: 70px;
      padding-left: 15px;
    }
  }
  .card-container {
    display: flex;
    flex-wrap: wrap;
    margin: 30px auto;
    justify-content: center;
  }
  .img-card {
    box-sizing: border-box;
    width: 300px;
    padding: 20px;
  }
  .img-card img {
    width: 100%;
    height: auto;
    object-fit: cover;
    object-position: top;
    max-height: 200px;
    border-radius: 20px;
  }
  .card-row {
    background-color: #F4F4F4;
    border-radius: 20px;
    padding-top: 40px;
    margin-top: -50px !important;
    position: relative;
    height: 380px;
    transition: 0.5s;
    z-index: 1;
    box-shadow: rgba(100, 100, 111, 0.2) 0px 7px 29px 0px;
  }
  .card-row:hover {
    box-shadow: rgba(100, 100, 111, 0.2) 0px 7px 29px 0px !important;
    margin-top: -70px !important;
  }
  .card-title {
    font-size: 1.25rem;
    text-align: center;
    font-weight: 600;
    color: #2971B5;
    margin-top: -20px;
    padding: 5px;
  }
  p.card-body {
    padding: 0px 30px 10px 30px !important;
    font-size: .90rem;
    line-height: 1.25rem;
    text-align: left;
    color: #444444;
  }
  .orange-hov:hover {color: #f09c35 !important;}
  .package-info, .product {
    max-width: 800px;
    margin-left:auto;
    margin-right: auto;
    padding: 20px;
  }
  .prop-liab {
    background-color: #f8f8f8;
    padding-top: 30px;
    margin-bottom: -30px;
  }
  .white-background-curved {
    border-radius: 0 0 50% 50% / 50px;
    max-width: 100%;
    height: 100px;
    background-color: white;
    position: relative;
    margin-top: -390px;
  }
  .gray-background {
    background-color: #f8f8f8;
    height: 400px;
    margin-top: -100px;
    z-index: 1;
  }
  .fa-check {
    color: #2971B5;
    margin-left: auto;
    margin-right: auto;}
  .fa-times {
    color: #F09C35;
    margin-left: auto;
    margin-right: auto;}
  tbody {background-color: rgba(255,255, 255, 0.75) !important;}
  tr, td, th {border: solid #2971B5 1px;}
  .tableimg1 {
```

```
        left: -500px;
        top: -35px;
        max-width: 100%;}
      table {
        margin-top: -250px;
        position: relative;
        z-index: 1;
        margin-bottom: -200px;}
        .tableimg2 {
          position: relative;
          top: -20px;
          left: 450px;
          overflow: hidden;
          max-width: 100%;}
        .liability-ul {
          height: 50px;
          display: flex;
          flex-direction: column;
          flex-wrap: wrap;
          align-content: space-around;
        justify-content: space-between;
        }
        .gray-background-curved-top {
          border-radius: 0 0 50% 50% / 50px;
          max-width: 100%;
          height: 50px;
          background-color: #f8f8f8;
          position: relative;
          padding-top: -25px;
        }
        .blue-background-curved-btm {
          border-radius: 0 0 50% 50% / 50px;
          max-width: 100%;
          height: 50px;
          background-color: #2971B5;}
        .blue-full-background {
          background-color: #2971B5;
          height: 250px;
          margin-top: -50px;
        }
        .space-padding {padding-top: 80px;}
        .blue-border {border: solid 1px #2971b5 !important;}
        .green-line {border: 1px solid #99C221; max-width: 600px;}
        .disclaimer {
          max-width: 800px;
          margin-left: auto;
          margin-right: auto;
          margin-bottom: 40px;}
        .disclaimer-copy {color: #B2B2B2 !important; font-size: 12px !important;}
        .questions {padding-left: 20px;}
        .condensed {
          max-width: 800px;
          margin-left: auto !important; margin-right: auto !important;}
        .understanding-link {text-decoration: underline; color: #a276ae;}

        @media screen and (max-width: 700px) {
          .plflexfooter {
            flex-direction: column;
          }
          .hometitle {
            order: 2;
            padding: 20px;
            width: 100%;
            text-align: left;
          }
          .pic {
            order: 1;
            margin-left: auto;
            margin-right: auto;
          }
          .orange-bg {height: 400px !important;}
          #body-content-area {margin-bottom: 250px;}
          .condensed {margin-bottom: 30px !important;}
        }

      .plflexfooter {
        display: flex;
        position: absolute;
        bottom: 0;
        margin-left: auto;
        margin-right: auto;
        left: 0;
        right: 0;}
      .orange-bg {
        background-color: #F09C35;
        max-width: 100%;
        position: relative;
        padding-bottom: 25px;
        height: 300px;
        }
      .footer-arch-img {
        margin-top: -50px;
        position: absolute;
        bottom: 0;
        margin-right: auto;
        margin-left: auto;
        left: 0;
```

```
      .pic {position: relative;}
      .hometitle {padding: 30px;}
    </style>
  </head>

  <body>
    <!-- Google Tag Manager - body -->
        <noscript>
          <iframe src="https://www.googletagmanager.com/ns.html?id=GTM-7KZK" height="0" width="0" style="display:none;visibility:hidden"></iframe>
        </noscript>
        <!-- End Google Tag Manager -->

    <!-- Begin Navbar -->
    <header class="hide-for-print">
      <ul id="mainNav" class="orion-menu bmiblue">
        <li class="first">
          <a href="../index.html" class="logo" data-scroll>
            <img src="../img/BMI-Logo-New-White.png" alt="Brotherhood Mutual" class="menu-logo"></a>
        </li>
        <li class="dropdown" id="navInsurance"><a href="../insurance/index.html">Insurance</a>
          <ul>
            <li class="first" id="navPropertyAndLiability"><a href="../insurance/property-and-liability.html">Property and Liability</a></li>
            <li id="navWorkersCompensation"><a href="../insurance/workers-compensation.html">Workers' Compensation</a></li>
            <li id="navAccidentInsurance"><a href="../insurance/accident-insurance.html">Accident Insurance</a></li>
            <li id="navMissionProtection"><a href="../insurance/mission-protection/index.html">Mission Protection</a></li>
            <li id="navCommercialAuto"><a href="../insurance/commercial-auto.html">Commercial Auto</a></li>
            <li id="navCyberLiability"><a href="../insurance/cyber-liability-insurance.html">Cyber Liability</a></li>
            <li id="navDoInsurance"><a href="../insurance/directors-and-officers-coverage.html">D&amp;O Insurance</a></li>
            <li class="last" id="navReligiousFreedom"><a href="../insurance/religious-freedom.html">Religious Freedom</a></li>
          </ul>
        </li>

        <li class="dropdown" id="navProducts"><a href="../products/index.html">Products</a>
          <ul>
            <li class="first" id="navMinistryPayroll"><a href="../products/ministry-payroll.html">Ministry Payroll</a></li>
            <li id="navFaithVentures"><a href="../products/faith-ventures.html">Faith Ventures</a></li>
            <li class="last" id="navEmployeeHealthBenefits"><a href="../products/employee-health-benefits.html">Employee Health Benefits</a></li>
          </ul>
        </li>

        <li class="dropdown" id="navResources"><a href="../resources/index.html">Resources</a>
          <ul>
            <li class="first" id="navBackgroundScreening"><a href="../resources/background-screening.html">Background Screening</a></li>
            <li id="navOnlineTraining"><a href="../resources/online-training.html">Online Training</a></li>
            <li id="navTrustedCare"><a href="../resources/service-providers.html">Trusted Care</a></li>
            <li class="last" id="navWeatherAlerts"><a href="../claims/weather-alerts/index.html">Weather Alerts</a></li>
          </ul>
        </li>

        <li class="dropdown" id="navClaims"><a href="../claims/index.html">Claims</a>
          <ul>
            <li class="last first" id="navWeatherAlerts"><a href="../claims/weather-alerts/index.html">Weather Alerts</a></li>
          </ul>
        </li>

      <li id="navLegalAssist"><a href="../legalassist/index.html">Legal Assist</a></li>

      <li id="navRequestAQuote"><a href="../request-a-quote/index.html">Request a Quote</a></li>

      <li class="last search" id="navSearch">
        <div class="navbar-right">
        <a href="https://myaccount.brotherhoodmutual.com/login" class="button orange small" style="display: inline-block; vertical-align: top; margin-t
        <!-- <form id="searchForm" class="navbar-form" role="search" action="../index.html" style="display: inline-block;">
          <label for="navKeywords" style="display: none;">Search</label>
          <input type="text" name="Keywords" id="navKeywords" class="search" value="" placeholder="Search">
          <button type="submit" class="blue button">Search</button>
          <input type="hidden" name="display" value="search">
          <input type="hidden" name="newSearch" value="true">
          <input type="hidden" name="noCache" value="1">
        </form> -->
        </div>
      </li>
    </ul>
    </header>
    <!-- end navbar -->

    <!--------------------- Begin content --------------------------->
    <div class="top_content">
      <div class="home-hero-wrap">
        <div class="expanded plflex row" style="max-width:1200px">
          <div class="columns hometitle medium-6">
            <h1 class="home-title">Property<br /> &amp; Liability Coverage</h1>
            <p class="home-intro">Not every insurance policy is the same, but they&rsquo;re often sold that way. We construct our coverages to fill the
            <a class="button orange medium small-only-expanded" href="../request-a-quote/index.html?utm_source=brotherhoodmutual.com&amp;utm_medium=her
          </div>
          <div class="columns medium-6 pic">
            <div class="arch-img" style="text-align:center">
              <img alt="Image of people during worship at a church" src="../img/plarchimagepraise.png" />
            </div>
          </div>
        </div>
      </div>
    </div>
    <div class="gray-background-curved"> </div>

    <section class="package-info text-center">
      <h2 style="color:#2971b5; font-weight:600; padding-top:20px">You are called to build the Kingdom.<br />
        We are called to protect you.</h2>
```

```
<p>Each Ministry<em>First</em><sup>&reg;</sup> policy is a package of Property and Liability coverages. Your agent will help you select the cover

  <hr class="green-line" /></section>

<h3 class="text-center" style="color:#2971b5; font-weight:600">A Few of Our Distinctive Coverages</h3>

<div class="card-container">
  <div class="img-card"><img alt="Image of a church in front of a sunset" data-instanceid="D26BCBDA-FF1D-448E-8BBF756F2C5965C2" src="../img/plminis
    <div class="card-row">
      <div class="content">
        <h3 class="card-title">Ministry<br />
          Continuation</h3>

        <p class="card-body">While your general property insurance may cover building damage, it typically does not provide the money needed to con
      </div>
    </div>
  </div>

  <div class="img-card"><img alt="A couple of people raising their hands during worship" data-instanceid="C1E2C89E-6959-47BC-B4755A1BF35B5DA7" src=
    <div class="card-row">
      <div class="content">
        <h3 class="card-title">Religious<br />
          Freedom</h3>

        <p class="card-body">Religious Freedom Protection<sup>SM</sup> Coverage not only provides safeguards against claims of emotional injury ari
      </div>
    </div>
  </div>

  <div class="img-card"><img alt="A woman holding a coffee mug and looking at her tablet device" data-instanceid="BEFBCD58-5F74-4513-A8087B72654FD
    <div class="card-row">
      <div class="content">
        <h3 class="card-title">Diminishing<br />
          Deductible</h3>

        <p class="card-body">Get rewarded for ministry safety. If you&rsquo;ve operated your ministry without a payable claim for two years or more
      </div>
    </div>
  </div>
</div>

<div class="white-background-curved"> </div>

<div class="gray-background"> </div>

<section class="prop-liab text-center">
  <article class="product">
    <div>
      <h3 style="color:#2971b5; font-weight:600">Property Coverage</h3>
      <p>Whether you choose basic, broad, or special peril property coverage,<br />
        you can customize your insurance package for your organization.</p>
      <img alt="An image of a church" class="tableimg1" src="../img/plpropertytableimg.png" />
      <table align="center" style="max-width:1000px">
        <thead>
          <tr>
            <th scope="col">Perils</th>
            <th scope="col">Basic</th>
            <th scope="col">Broad</th>
            <th scope="col">Special</th>
          </tr>
        </thead>
        <tbody>
          <tr>
            <td style="text-align:left">Aircraft and sonic boom damage</td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
          </tr>
          <tr>
            <td style="text-align:left">Explosions, fire, and smoke damage</td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
          </tr>
          <tr>
            <td style="text-align:left">Hail, lightning, and windstorm damage</td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
          </tr>
          <tr>
            <td style="text-align:left">Riot/civil commotion, vandalism</td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
          </tr>
          <tr>
            <td style="text-align:left">Sinkhole collapse, volcanic action</td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
          </tr>
          <tr>
            <td style="text-align:left">Vehicle damage</td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
            <td><i class="fa fa-check" alt="covered"></i></td>
```

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 62 of 1037

```
            <tr>
              <td style="text-align:left">Sprinkler leakage</td>
              <td><i class="fa fa-check" alt="covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
            </tr>
            <tr>
              <td style="text-align:left">Falling objects</td>
              <td><i class="fa fa-times" alt="not covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
            </tr>
            <tr>
              <td style="text-align:left">Glass breakage</td>
              <td><i class="fa fa-times" alt="not covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
            </tr>
            <tr>
              <td style="text-align:left">Weight of ice, sleet, or snow</td>
              <td><i class="fa fa-times" alt="not covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
            </tr>
            <tr>
              <td style="text-align:left">Water damage from a system or appliance</td>
              <td><i class="fa fa-times" alt="not covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
            </tr>
            <tr>
              <td style="text-align:left">
                All direct physical perils that are not specifically excluded in the policy
              </td>
              <td><i class="fa fa-times" alt="not covered"></i></td>
              <td><i class="fa fa-times" alt="not covered"></i></td>
              <td><i class="fa fa-check" alt="covered"></i></td>
            </tr>
          </tbody>
        </table>

      <div class="row">
        <img alt="An image of people during worship" class="tableimg2" src="../img/plworshiptableimg.png" />
      </div>
     </div>
    </article>
  </section>

  <section class="prop-liab">
    <article class="product">
      <h3 style="color:#2971b5; font-weight:600; text-align:center">Liability Coverage</h3>
      <p style="text-align:center">Brotherhood Mutual Property Coverages are packaged with General Liability Coverage.</p>
      <p style="text-align:center">General Liability coverage protects your organization, leaders, employees, appointed representatives, and voluntee
      <ul class="liability-ul">
        <li>Bodily injury and property damage liability</li>
        <li>Products/completed works liability</li>
        <li>Medical payments coverage</li>
        <li>Fire legal liability</li>
      </ul>
      <p style="text-align:center">You can customize your policy with dozens of optional endorsements that align with your organization's unique need

      <p class="article copy text-center"><a class="button orange medium small-only-expanded centered-btn" href="../request-a-quote/index.html?utm_s

      <div class="disclaimer">
        <p class="disclaimer-copy">Disclaimer: All property and liability coverages are subject to conditions, coverage limits, limitations, and excl
      </div>
    </article>
  </section>

  <section>
    <article>
      <div class="gray-background-curved-top"> </div>
      <div class="blue-full-background">
        <h3 class="article space-padding" style="color:white; text-align:center"><strong>Helping Ministries Thrive</strong></h3>
        <hr class="green-line" />
        <div class="row">
          <p class="package-info text-center" style="color:white">Your premium dollars help protect and rebuild other ministries&rsquo; Kingdom work
        </div>
      </div>
      <div class="blue-background-curved-btm"> </div>
    </article>
  </section>

  <div class="row" id="body-content-area">
    <div class="small-12 columns">
      <div class="condensed row">
        <div class="columns medium-6 small-12">
          <p><img alt="A group of people smiling in front of laptops" data-instanceid="B2649D5B-6888-4C81-941BFF7A8E4E4FD1" src="../img/plunderstand:
        </div>
        <div class="columns medium-6 small-12">
          <h4 style="color:#a276ae">Understanding Your Insurance</h4>
          <p>Don't know where to start? Let us help you out with some key information and questions insurance buyers like you have!</p>
          <p>Get answers to questions such as:</p>
          <ul class="questions">
            <li>What am I buying?</li>
            <li>What should I look for in an insurance company?</li>
            <li>What should I look for in an insurance agent?</li>
```

```
        <p><a class="understanding-link" href="understanding-insurance.html">Learn More &gt;</a></p>
      </div>
     </div>
    </div>
  </div>

  <div class="orange-bg">
    <div class="plflexfooter row" style="max-width:800px">
      <div class="columns hometitle medium-6">
        <p style="color:white; font-size:1.25rem">Your Brotherhood Mutual agent can walk you through various coverage options and limits, and create
        <a class="button blue medium small-only-expanded" href="../request-a-quote/index.html?utm_source=brotherhoodmutual.com&amp;utm_medium=hero&am

      <div class="columns medium-6 pic">
        <div class="footer-arch-img" style="text-align:center">
          <img alt="An image of people in a worship service" src="../img/plrqfooterimg.png" style="max-height:350px" />
        </div>
      </div>
    </div>
  </div>


  <!--------------------- end content --------------------------->

  <!-- FOOTER -->
  <footer class="footer">
    <div class="row footer-top hide-for-print">
      <div class="small-12 medium-12 large-12 columns">
        <div class="mura-object" data-object="component" data-objectid="&#x5b;footer&#x5d; - text" data-instanceid="07C9C83B-D565-D4A4-47A14D4847FF9(
          <p>Brotherhood Mutual insures America&rsquo;s churches and related ministries. We have for more than 100 years. From our perspective, ir
        </div>
      </div>
    </div>
    <div class="small-12 medium-6 large-3 columns">
      <div class="mura-object-content">
        <h6 class="footer-titles"><a href="../insurance/index.html">Insurance</a></h6>
        <ul class="footerlinks">
          <li><a href="../insurance/property-and-liability.html">Property &amp; Liability </a></li>
          <li><a href="../insurance/commercial-auto.html">Commercial Auto</a></li>
          <li><a href="../insurance/workers-compensation.html">Workers&rsquo; Comp</a></li>
          <li><a href="../insurance/mission-protection/index.html">Mission Protection</a></li>
        </ul>
      </div>
    </div>
    <div class="small-12 medium-6 large-3 columns">
      <div class="mura-object-content">
        <h6 class="footer-titles"><a href="../claims/index.html">Claims</a></h6>
        <ul class="footerlinks">
          <li><a href="../claims/reporting-a-claim.html">Report a Claim</a></li>
          <li><a href="../claims/answers-to-common-claims-questions.html">Common Questions </a></li>
        </ul>
        <h6 class="footer-titles" style="margin-top: 10px !important;"><a href="../careers/index.html">Careers</a></h6>
        <ul class="footerlinks">
          <li><a href="../careers/employment.html">Employment</a></li>
        </ul>
        <h6 class="footer-titles" style="margin-top: 10px !important;">Foundation</h6>
        <ul class="footerlinks">
          <li><a href="../foundation/kingdom-advancing-grant.html">Kingdom Advancing Grant</a></li>
        </ul>
      </div>
    </div>
    <div class="small-12  medium-6 large-3 columns">
      <div class="mura-object-content">
        <h6 class="footer-titles"><a href="../resources/index.html">Resources</a></h6>
        <ul class="footerlinks">
          <li><a href="../claims/weather-alerts/index.html">Weather Alerts</a></li>
          <li><a href="../products/ministry-payroll.html">Ministry Payroll</a></li>
          <li><a href="../legalassist/index.html">Legal Assist</a></li>
          <li><a href="../resources/online-training.html">Online Training</a></li>
          <li><a href="../resources/background-screening.html">Background Screening</a></li>
          <!-- <li><a href="contact/safety-enewsletter-signup/index.html">Safety eNewsletter</a></li> -->
        </ul>
      </div>
    </div>
    <div class="small-12 medium-6 large-3 columns">
      <div class="mura-object-content">
        <h6 class="footer-titles"><a href="../about-us/index.html">About Us</a></h6>
        <ul class="footerlinks">
          <li><a href="../about-us/who-we-are.html">Who We Are</a></li>
          <li><a href="../about-us/board-of-directors.html">Board of Directors</a></li>
          <li><a href="../about-us/leadership-team.html">Leadership Team</a></li>
          <li><a href="../about-us/financials.html">Financial Results</a></li>
          <li><a href="../news-media-center/index.html">News &amp; Media Center</a></li>
          <li><a href="../contact/index.html">Contact Us</a></li>
        </ul>
      </div>
    </div>
    <div class="row full-width lowerfooter small-centered text-left hide-for-print">
      <div class="small-12 medium-6 large-6 columns">
        <img src="../img/BMI-Logo-New-White.png" alt="Brotherhood Mutual logo">
      </div>
      <div class="small-12 medium-6 large-6 columns">
        <div class="small-12 small-text-center medium-text-right columns">

          <div class="inline-list social">
            <a href="https://www.facebook.com/BrotherhoodMutualIns/" target="_blank" rel="noopener">
              <img src="../img/social/facebook-w.svg" alt="Facebook" width="20" height="20" title="Facebook" />
            </a>
```

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 64 of 1037

```html
            <a href="https://www.youtube.com/user/brotherhoodmutual" target="_blank" rel="noopener">
              <img src="../img/social/youtube-w.svg" alt="YouTube" width="24" height="20" title="YouTube" />
            </a>
            <a href="https://www.linkedin.com/company/brotherhood-mutual-insurance-company/" target="_blank" rel="noopener">
              <img src="../img/social/linkedin-in-w.svg" alt="LinkedIn" width="20" height="20" title="LinkedIn" />
            </a>
            <a href="https://twitter.com/BrotherhoodIns" target="_blank" rel="noopener">
              <img src="../img/social/x-twitter-w.svg" alt="X-Twitter" width="20" height="20" title="X-Twitter" />
            </a>
            <a href="https://www.instagram.com/brotherhoodmutual/" target="_blank" rel="noopener">
              <img src="../img/social/instagram-w.svg" alt="Instagram" width="20" height="20" title="Instagram" />
            </a>
          </div>

        </div>
      </div>

      <div class="small-12 medium-12 large-12 columns text-center"><br/>
        <p>
          <a href="../legal-notices.html">Legal Notices</a>
          |
          <a href="../privacy-policy.html">Privacy Policy</a>

        </p>
        <p>&copy;2024 Brotherhood Mutual Insurance Company. All rights reserved.<br/>6400 Brotherhood Way, Fort Wayne, IN 46825 | 800.333.3735</p>
        <p class="text-center">
          <a href="https://www.bbb.org/us/in/fort-wayne/profile/insurance-services-office/brotherhood-mutual-insurance-company-0352-908/#sealclick" rel
        </p>
      </div>
    </div>

    <!-- Show for Print Only -->
    <div style="display:none; border-top:solid 1px black;padding-top:10px;" class="row full-width print-border-top show-for-print">
      <div class="small-3 columns text-left">
        <img src="../img/BMI-Logo-New-Black.png" alt="Brotherhood Mutual black logo">
      </div>
      <div class="small-9 columns text-right">
        <p>&copy;2024 Brotherhood Mutual Insurance Company.<br/>All rights reserved.<br/>6400 Brotherhood Way, Fort Wayne, IN 46825 | 800.333.3735</p>
        <p>
          <a href="../legal-notices.html">Legal Notices</a><br>
          <a href="../privacy-policy.html">Privacy Policy</a><br>
          www.brotherhoodmutual.com
        </p>
      </div>
    </div>
  </footer>

  <div id="consent-popup" class="row expanded hidden">
    <div class="columns small-12">
      <p><b>Notice</b>: We, and our partners, use various technologies, including third-party cookies and codes, in order to personalize our website fu
      <p><a href="##" id="accept" class="button">I understand</a></p>
      <p> </p>
    </div>
  </div>

  <!-- Begin Scripts -->
  <!-- microdata -->
  <script type="application/ld+json">
    {
      "@context": "http://schema.org",
      "@type": "Organization",
      "name": "Brotherhood Mutual Insurance Company",
      "address": {
        "@type": "PostalAddress",
        "addressLocality": "Fort Wayne",
        "addressRegion": "IN",
        "postalCode": "46825",
        "streetAddress": "6400 Brotherhood Way"
      },
      "aggregateRating": {
        "@type": "AggregateRating",
        "ratingValue": "4.1",
        "reviewCount": "88"
      },
      "description": "Brotherhood Mutual insures churches and related ministries, providing property and liability insurance, commercial auto insuran
      "url": "https://www.brotherhoodmutual.com",
      "foundingDate": "1917",
      "areaServed": "United States",
      "contactPoint": [
        {
          "@type": "ContactPoint",
          "telephone": "+18003805474",
          "email": "customerservice@brotherhoodmutual.com",
          "contactType": "customer service"
        }
      ],
      "logo": "https://www.brotherhoodmutual.com/brotherhoodmutual/includes/themes/BrotherhoodMutual/img/BMI-Logo-New-White.png",
      "sameAs": ["https://www.facebook.com/BrotherhoodMutualIns/", "https://twitter.com/BrotherhoodIns", "https://www.linkedin.com/company/brotherhoo
    }
  </script>
  <!-- End Microdata -->

  <!-- Start of LiveChat (www.livechat.com) code -->
  <script>
    window.__lc = window.__lc || {};
    window.__lc.license = 12262818;
    window.__lc.integration_name = "manual_channels";
    window.__lc.product_name = "livechat";
```

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 65 of 1037

```
<script>function l(n){try=q-0273&b};A(R3l.C._q.push(n))};mer[t q[]2 h:nu:wr2C6/02ion()f id[nm" 65 a}f arguments)
</script>
<noscript><a href="https://www.livechat.com/chat-with/12262818/" rel="nofollow">Chat with us</a>, powered by <a href="https://www.livechat.com/?wel
<!-- End of LiveChat code -->

<script type="text/javascript" src="https://analytics.clickdimensions.com/ts.js" > </script>
<script type="text/javascript">
  var cdAnalytics = new clickdimensions.Analytics('analytics.clickdimensions.com');
  cdAnalytics.setAccountKey('anGDYInVJckmcau1FK7pfR');
  cdAnalytics.setDomain('brotherhoodmutual.com');
  cdAnalytics.setScore(typeof(cdScore) == "undefined" ? 0 : (cdScore == 0 ? null : cdScore));
  cdAnalytics.trackPage();
</script>

<script src="../js/vendor/jquery.js"></script>
<script src="../js/vendor/what-input.js"></script>
<script src="../js/app.js"></script>

<script src="../js/orion-menu.js"></script>
<script src="../js/vendor/foundation.min.js"></script>
<script src="../js/brotherhood.js"></script>
<!--<script src="/brotherhoodmutual/includes/themes/BrotherhoodMutual/js/js.cookie.js"></script>-->
<script defer="defer" src="https://use.fontawesome.com/releases/v5.0.6/js/all.js"></script>
<script>
  $(function () {
    jQuery().orion({speed: 500});
    $(document).foundation();
  });
</script>

  </body>
</html>
```

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 65 of 1037

# Exhibit 6

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 67 of 1037



US006405238B1

(12) **United States Patent**

Votipka

(10) Patent No.: **US 6,405,238 B1**
(45) **Date of Patent:** **Jun. 11, 2002**

(54) **QUICK NAVIGATION UPON DEMAND TO MAIN AREAS OF WEB SITE**

(75) Inventor: **Bruce Votipka**, Fort Collins, CO (US)

(73) Assignee: **Hewlett-Packard Co.**, Palo Alto, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/127,655**

(22) Filed: **Jul. 31, 1998**

(51) **Int. Cl.**$^7$ ........................ **G06F 15/16**; G06F 15/00; G09G 5/00

(52) **U.S. Cl.** ........................ **709/203**; 707/513; 345/760

(58) **Field of Search** ................................ 709/245, 203; 345/345, 352–353, 356–357, 704, 760, 853–855; 707/501, 513

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,625,781 A | * | 4/1997 | Cline et al. | .................. | 345/335 |
| 5,787,254 A | * | 7/1998 | Maddalozzo | ................ | 709/228 |
| 5,933,827 A | * | 8/1999 | Cole et al. | .................... | 707/10 |
| 6,189,018 B1 | * | 2/2001 | Newman et al. | ............ | 707/501 |
| 6,230,185 B1 | * | 5/2001 | Salas et al. | ................. | 709/205 |
| 6,266,681 B1 | * | 7/2001 | Guthrie | ...................... | 707/501 |

OTHER PUBLICATIONS

Kirsanov, D., "Designing Site Navigation," www.webreference.com/dlab/9705, pp. 1–14, May 1997.*

Rosenfeld, L., "30–Minute Web Site Tune–Up," WebReview.com, pp.1–4, Jan. 1997.*

Nielsen, J., "The Rise of the Sub–Site," Alertbox, ZDNet, pp. 1–2, Sep. 1996.*

Bickford, P., "Out of the Labyrinth: Mapping Sites with Menus," Netscape Corp., developer.netscape.com/viewsource/bickford_mapping/bickfordmapping.html, pp. 1–5, Sep. 1997.*

"Simple Select Menu," www.webreference.com/javascript/960923/part01.html, pp. 1–2, Sep. 1996.*

"Modifiable Select Menus II," www.webreference.com/javascript/960902/select_boxes.html, pp. 1–4, Sep. 1996.*

"View Source Articles," developer.netscape.com/viewsource/archive/archivelist.html, pp. 1–8, Jan. 1999.*

* cited by examiner

Primary Examiner—Zarni Maung
Assistant Examiner—Andrew Caldwell

(57) **ABSTRACT**

A web site navigation technique is presented wherein each web page along at least one link-traversable path of a web site presents a drop down link selection list activator. Upon activation, event handler script displays a drop down link selection list in a pop-up frame overlaid over a web page currently being displayed. The drop down link selection list presents a plurality of predefined links to most frequency accessed web pages associated with the web site, indicating hierarchical relationships between the links. Upon selection of one of the predefined links from the drop down link selection list, the web page associated with the selected link is loaded and displayed.

**7 Claims, 5 Drawing Sheets**



USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 68 of 1037



**FIG. 1**



*FIG. 2*



**FIG. 3**



**FIG. 4**



**FIG. 5**

US 6,405,238 B1

**1**

## QUICK NAVIGATION UPON DEMAND TO MAIN AREAS OF WEB SITE

### FIELD OF THE INVENTION

The present invention pertains generally to internet navigation, and more particularly to a method and on-demand tool for directly navigating to certain web pages in a web site.

### BACKGROUND OF THE INVENTION

Traditionally, browsers implement navigation to other areas, or "web pages", on a web site via hyperlinks. A hyperlink, or simply "link", is special text in a page or a graphical icon associated with another web page. Links may also be present on a graphical image that includes regions associated with different pages. For example, a link defined as a graphical image of a human body may have different regions leading to different text pages. Thus, by clicking on the head, a text page of a medical diagnosis for the head is displayed; by clicking on the feet, a text page of medical diagnoses for the foot is displayed, and so on. Typically, when a link is activated (e.g., the user clicks on the link using a mouse), an internet browser downloads a HyperText Markup Language (HTML) web page from a host site and stores it in local memory. Common web browsers have a mechanism called a back link, or back button. This allows the user to retrace the path that was followed to arrive at the current page, and because the HTML data is available locally rather than requiring the data to be re-downloaded across the network, the path may be retraced more quickly.

One navigation tool frequently implemented in web sites is known as a "site map". A site map is typically designed to provide a comprehensive view of all elements on the site, generally in an expanded index format. Site maps generally display a text or graphical map of the web site, and, depending on the complexity of the site map, may or may not provide links to pages at the top of each sub-hierarchy of the major sections of the web site. The site map itself is a complete and separate web page that must be loaded in order to view. Because the links provided in a site map tend to be only to those web pages heading the major sub-sections of the site, and since web pages heading major sub-sections typically do not include substantive information but rather only links to other web pages that lead to pages that contain the substantive information of interest to the particular user, site maps therefore tend to provide only indirect links to web pages containing substantive information of interest to users.

Using current navigation technology, an inconvenience often occurs when a user is displaying a page somewhere in a web site, and has a need to view another page elsewhere in the web site in order to complete a task. In the prior art, the user must navigate from one web page to another via the hierarchical links on each page, or by using the browser's "back" button. In a large web site, navigation through a lengthy path of links may be quite cumbersome and time-consuming. What is needed is a method and mechanism for bypassing lengthy hyperlink paths in order to easily navigate to different web pages in a web site.

One method currently used for avoiding the requirement to traverse through each link in the web site is to display a series of links on each page in the web site. This method, however, is very costly in terms of consumption of available viewing space on each page. Furthermore, the space consumed by the series of links on each page provides only redundant information. It reduces the amount of available display space for useful non-redundant information avail-

**2**

able to the user, and additionally still takes some time to use. In addition, redundant series of text links do not scale very well due to display resolution, aspect ratio, or practical user viewing limitations. One method for limiting the space taken up by the series of text links on each page is to confine the series of links to a limited viewing window that is scrollable via a scrollbar. However, this method requires scrolling to view the available links, thereby lessening its convenience. The same scaling problem exists when the links are graphical elements.

Another method currently used to quickly navigate to a desired page on the internet is via the use of bookmarks. Bookmarking is a tool provided by internet browsers that allow a user to directly link to a favorite site or page in a web site by allowing a customizable user-selectable bookmark list. Bookmarks save the internet address of the associated web page in user-friendly hyperlink form. Thus, the selection of the desired bookmark from the bookmark list in the browser causes the web page associated with the bookmark to be downloaded and displayed by the browser without requiring the user to navigate to the site manually via a hyperlink path. However, before a bookmark can be saved as a bookmark, the user must still actually navigate to the desired page and manually add the address of the page as a bookmark. Furthermore, the addition of more than a few pages in a web site as bookmarks results in user cognitive overload, which can only be remedied by implementing some type of bookmark management (e.g., the creation of web site directories in the bookmark list).

### SUMMARY OF THE INVENTION

The present invention is a navigation mechanism and method of operating the same that allows users to very easily and with very few key strokes navigate to main areas of a web site without having to use traditional methods that are available through HTML. Using the web browser the user can navigate very easily to main areas of the site. The invention overcomes the problems of the prior art by creating a drop down link selection list that occupies minimal display space but allows a user to simply select the list, pick a link to a web page entry, and navigate directly to the selected web page. The drop down selection list tool of the invention allows any number of directly accessible web pages to be listed, yet the entire list becomes visible only on demand by the user which results in only a minimal amount of display overhead while the user is viewing the main display. In addition, because the size and format (i.e., placement of listed items) of the drop down list when presented to the user is determined by the web site designer, relationships, such as the position in the site hierarchy of a particular page, are easily presented.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be better understood from a reading of the following detailed description taken in conjunction with the drawing in which like reference designators are used to designate like elements, and in which:

FIG. 1 is a block diagram of a web site;

FIG. 2 is a diagram of one embodiment of a home page for a web site;

FIG. 3 is a diagram illustrating a drop down link selection list when displayed on demand by a user;

FIG. 4 is a diagram illustrating a pop-up frame in which a user-selected web page is loaded upon selection of a link from a drop down link selection list; and

US 6,405,238 B1

3

FIG. **5** is a diagram illustrating an example implementation of a link selection frame displayed when a drop down link selection list associated with the web sit of FIG. **1** is activated.

DETAILED DESCRIPTION

The mechanism of the invention is a drop down link selection list that occupies minimal display space but allows a user to simply select the list, pick a link to a web page entry, and navigate directly to the selected web page. The drop down selection list tool of the invention allows any number of directly accessible web pages to be listed, yet the entire list becomes visible only on demand by the user which results in only a minimal amount of display overhead while the user is viewing the main display. In addition, because the size and format (i.e., placement of listed items) of the drop down list when presented to the user is determined by the web site designer, relationships, such as the position in the site hierarchy of a particular page, are easily presented.

FIG. **1** is a block diagram of a typical web site **100**. Web site **100** is organized in some type of hierarchical arrangement to allow the user to accomplish a specific task. At the top level **110** of the hierarchy is a home page **112**, sometimes called a lodge page or an entry page, which informs the user of the functionality of the web site **100**. On the next level **120** of the hierarchy are HTML pages **122, 124, 126** that operate to segregate the functionality of web site **100** into major sections. For example, if web site **100** is designed to provide user information about a particular product, the major sections may include a documentation section page **122** which links to specific areas of the documentation at lower levels **130, 140** in the hierarchy. These lower level pages **132, 134, 136, 142** may include instruction pages for product installation **132**, product troubleshooting **134**, and a glossary **136**. The glossary page **136** may include links to pages on lower level **140** defining specific terms used throughout the website. For example, the glossary page **136** may include links to definition page **144** associated with the term "Term 1", definition page **14** associated with the term "Term 2", and definition page **148** associated with the "Term N".

The major section pages **122, 124, 126** may also include a configuration section page **124** that operates as a web-based interface to the product and allows the user to set up and modify the configuration of a remote product. For example, if the product is a piece of test equipment, the configuration page **124** includes links to lower level pages **138** that allow the user to change the settings on the instrument, change the range of values that it is measuring or the period of time over which it measures, etc. Another major section page may include a remote front panel page **126** that also operates as a web-based interface to the product and allows the user to actually operate the instrument.

As previously described, a user viewing a web page often has a need to view another page elsewhere in the web site in order to complete a task. For example, a user operating the test equipment monitored by web site **100** may be viewing a lower-level page under the remote front panel page **126** and require user documentation on a particular mode of operation in order to continue. Or, as another example, the user may be displaying a troubleshooting page **142** which instructs the user to order supplies via another indirectly-linked page in the web site.

FIG. **2** is an illustrative embodiment of a home page **112** of web site **100** displayed in web page frame **203** of internet

4

browser **201**. Page **112** includes application banner **202**, application navigation bar **204**, application frame **206**, and background **208**. Within the application frame **206** the HTML home page of web site **100** is displayed. The format of the home page is customizable by the developer and hence may take on any number of various display formats. In the illustrative embodiment, the home page includes site title **210**, site welcome **212**, product name **214**, product description **216**, link preamble **218**, and link list **220**. Link list **220** includes a number of links **222, 224, 226**, in text or graphical format, to other pages in the web site. If the number of links dictate, link list **220** may include a scrollbar that allows a limited number of links to be displayed in the selection list frame at any given time.

In accordance with the invention, a drop down link selection list **250** is provided to allow the user to navigate directly to certain pages associated with a list of pre-defined links. In the illustrative embodiment, drop down link selection list **250** occupies a section of navigation bar **204**, which is present regardless of the page being displayed in application frame **206**. It will be understood, however, that the location of drop down link selection list **250** could be anywhere on the web page display. Drop down link selection list **250** displays a prompt **252**. When prompt **252** is activated by the user via a mouse click, selection list frame **260** is presented, as illustrated in FIG. **3**. When a user clicks on prompt **252**, a selection list frame **260** appears in which the contents of the drop down link selection list **250** is displayed. In the illustrative embodiment shown in FIG. **3**, prompt **252** is displayed as "—Site Contents—" and drop down link selection list **250** comprises prompt **252** at the top of the frame display, followed by link **262**, link **264**, through link **266**. If the user clicks on any of links **262, 264, 266**, the web page associated with the selected link is loaded and displayed in the application frame **206**.

When designing a web site, the designer will generally choose links to the most commonly accessed web pages in the site to include in the drop down link selection list **250**. This allows the user to simply click on prompt **252** to display the drop down link selection list **250**, select the desired link from the list, and load the web page directly without having to retrace the path of links followed to arrive at the web page.

The developer of the web site may format the arrangement of the links in drop down link selection list **250**, as displayed in selection list frame **260**, to indicate various hierarchies and relationships between the different web pages associated with the various links. If the links in list **250** are displayed in text mode, relationships may be illustrated through the use of indentation or via special characters. For example, links to level **1** web pages may be illustrated with no indentation; links to level **2** web pages may be illustrated with a single indent; links to level **3** web pages may be illustrated with two indents; and so on. In another embodiment, the links may be presented in a table of contents format using numbering, bullets, or special characters.

In contrast to a site map, the drop down link selection list of the invention is always present regardless of the web page currently displayed in the application frame and provides a direct link to those web pages containing substantive information that have been determined by the site developer to be of most frequently accessed by, or of most interest to, the user. The links may be associated with web pages on any level of the web site, and not just to the pages at the top level of major sections of the site. In one embodiment, the web page associated with the user-selected link from the drop

US 6,405,238 B1

**5**

down link selection list is displayed in the application frame. In an alternative embodiment, illustrated in FIG. **4**, the web page associated with the user-selected link is displayed in another pop-up frame **306**. This embodiment circumvents the need for the user to change the current context. In other words, the web page displayed in application frame **206** before selecting a link from drop down link selection list **250** remains on the display, and the web page associated with the user-selected link pops up in a separate frame over application frame **206** to allow the user to view the desired information from the web page associated with the user-selected link without changing the context of the web page displayed in the application frame.

The utility of the invention will be appreciated by the following example, with reference to FIG. **5**, which illustrates an example implementation of a selection list frame **360** associated with a drop down link selection list **250** implemented for web site **100**. In this example, the drop down link selection list includes links **361–366** to, among others, Home page **112**, Install page **132**, Troubleshoot page **134**, and Term N page **145**. In order to indicate the hierarchical relationships between the pages associated with the links in the drop down link selection list, in this example, each graphical indentation prior to a link indicates one level down the web site hierarchy. Accordingly, with reference to FIG. **1**, the Home page link **361** is fully left justified to indicate that the associated Home page **112** is at the top level of the web site hierarchy. The Documentation page link **362** is indented once to indicate that the associated Documentation page **122** lies in the second level of the hierarchy. The Install Documentation page link **363**, Troubleshoot link **364**, and Glossary link **365** are each indented twice to indicate that the associated Install page **132**, Troubleshoot page **134**, and Documentation page **136** lie in the second level of hierarchy. The Term N link **366** is indented three times to indicate that the associated Term N page **148** lies in a fourth level of the web site hierarchy. For purposes of illustration, suppose a user is displaying a web page in application frame **206** that describes product installation instructions that uses a term "Term N" that is unfamiliar to the user. By activating the drop down link selection list **250** to display the selection list frame **360** of FIG. **5** that includes the link to the "Term N" page **148** (see FIG. **1**), the user can display, on a pop-up frame **306**, the definition of the term "Term N" to determine its meaning without having to change the context of application frame **206** (i.e. navigate through a series of links with associated web pages, each of which is loaded by the internet browser and displayed in application frame **206**).

It will be appreciated from the above discussion that the invention provides inherent advantages over the prior art. The drop down link selection list eliminates interference with user productivity and unnecessary consumption of viewing space over textual links that are automatically displayed on each web page by presenting the list only upon user demand. The invention overcomes similar problems associated with displaying graphical icons on each page, and additionally eliminates scalability and icon interpretation problems that are encountered as the number of icons increases. Finally, the drop down link selection list of the invention provides the advantage over the bookmarking tool provided in various browsers because it does not require the user to actually navigate to the web page itself to add it as a bookmark, and it is available and consistent independent of the type of browser technology (i.e., it runs on UNIX browsers, Internet Explorer, Netscape Navigator, etc.). Instead, in the drop down link selection list of the invention, the links made available are customizable by the web site

**6**

developer to include those most commonly accessed web pages, or those of most interest, in its site. Thus, the list of available links is embedded in the web site itself. Accordingly, the user need not build a sequence of bookmarks or bookmark management scheme. The links are predefined by the site developer and are always available to the user to navigate directly to desired web pages using the fewest keystrokes, in the simplest manner, and independent of the technology of the particular browser being used. Furthermore, because only the particular links actually included in the drop down link selection list change from web site to web site, the navigation tool of the invention provides a consistent interface that appears similarly across commonly owned or related web sites. For example, a manufacturer of a number of products may provide a different product-specific web site for each manufactured product. Each product division may then independently determine the format of, and which links to include in, its own web site's drop down link selection list. A user visiting more than one web site of the same company then experiences the same drop down link selection list interface on all products, each with predefined product-specific links.

Table 1 is a client-side code listing illustrating an example HTML implementation of one embodiment of a drop down link selection list that is available on demand from every page in the web site in accordance with the invention. The code is written in Netscape® JavaScript language which is a cross-platform, object-based scripting language for client and server applications. The code in Table 1 is embedded directly in HTML pages and is interpreted by the browser completely at runtime.

TABLE 1

```
<hl>Sample Web Page</hl>
<p>
<ul>
<li><a href="configuration.html">Configuration</a>
<li><a href="documentation.html">Documentation</a>
<li><a href="order.html">Order Additional Parts</a>
<li><a href="contactvendor.html">Contact Us!</a>
</ul>
<p>
<p>
<form>
<select name="area" size=1 onChange="loadContent(this. form)">
    <option>---Site Contents--
    <option>Home
    <option>    Configuration
    <option>    Documentation
    <option>    Order Additional Parts
    <option>    Contact Us!
</select>
</form>
```

The drop down link selection list is implemented as an interactive form using the HTML <form> tag. The interactive form is implemented as a drop down list using the HTML <select> tag. Upon detection of a mouse click on the display area, which shows only the first selection option in the selection list (i.e., "—Site Contents—"), the interactive form listing the selection options, each specified using the HTML <option> tag, is loaded by the browser and displayed on the user's display. Hierarchical relationships between the available links listed in the drop down link selection list are indicated using indents (e.g., four spaces using JavaScript "&nbsp"). Accordingly, in the illustrative embodiment, the "Home" link is shown without an indent, while the "Configuration", "Documentation", "Order Additional Parts", and "Contact Us" links are shown with one indent, indicating that the "Home" page is one level higher in the

US 6,405,238 B1

**7**

hierarchy of pages in the web site than the "Configuration", "Documentation", "Order Additional Parts", and "Contact Us" pages.

A user input detector, implemented with a JavaScript <onChange> event handler, monitors the drop down link selection list for changes. When a user selects the prompt for the drop down link selection list, the selection list frame appears on the user's display. The user selects either the prompt "—Site Contents—" or one of the links in the list. An index value, determined by the position of the selected option in the list (i.e., the position of the mouse when clicked inside the selection list frame), is returned by the user input detector.

Table 2 is a code listing illustrating an example HTML implementation of one embodiment of the server-side portion of JavaScript code for a drop down link selection list.

In this embodiment, a function called loadContent(form) executes when the client-side JavaScript <onChange> event handler detects a change. The page associated with the index value returned by the <onChange> event handler is loaded by the browser into the application frame. In the illustrative embodiment, index value "0" is associated with the prompt "—Site Contents—"; index value "1" is associated with the home page "home.html"; index value "2" is associated with the main configuration page "configuration.html"; index value "3" is associated with the main documentation page "documentation.html"; index value "4" is associated with the main ordering page "order.html"; and value "5" is associated with the main vendor contact page "contactvendor.html". Thus, if the index value is zero, which is associated with the prompt, the input is ignored. If the index value is "1", the home page is loaded into the application frame; if the index value is "2", the main configuration page is loaded; and so on.

TABLE 2

```
<html>
<head>
<script language="JavaScript">
<!--HIDE
function loadContent(form)
{
    var index = form.area.selectedIndex
    if ( index == 1) }
        top.body.location.href = home.html
    } else if (index == 2) {
        top.body.location.href = configuration.html
    } else if (index == 3) {
        top.body.location.href = documentation.html
    } else if (index == 4) {
        top.body.location.href = order.html
    } else if (index == 5) {
        top.body.location.href = "contactvendor.html"
    }
}
//Stop Hiding-->
</script>
</head>
```

Although the invention has been described in terms of the illustrative embodiments, it will be appreciated by those skilled in the art that various changes and modifications may be made to the illustrative embodiments without departing from the spirit or scope of the invention. It is intended that the scope of the invention not be limited in any way to the illustrative embodiment shown and described but that the invention be limited only by the claims appended hereto.

What is claimed is:

1. A navigation tool for a web page in a web site, said web site comprising a plurality of web pages and said web page being displayable by an internet browser, comprising:

**8**

a drop down link selection list event handler, said event handler responsive to activation of a drop down link selection list activator in a web page by displaying a plurality of predefined links to respective associated web pages in a drop down link selection list which indicates hierarchical relationships between said predefined links, detecting selection of one of said predefined links, and generating an indication of which of said predefined links has been selected, wherein said drop down link selection list activator is presented along at least one link-traversable path of said web site.

2. A navigation tool in accordance with claim 1, comprising:

a link event handler, said link event handler responsive to selection of one of said links in said drop down link selection list to load a web page associated with said link onto said user's display.

3. A navigation tool in accordance with claim 2, wherein:

said predefined links in said drop down link selection list are respectively associated with said web pages in said web site that are most frequently accessed.

4. A method for allowing direct navigation to predefined web pages in a web site from a user's display running an internet browser, said web site comprising a plurality of web pages each accessible via a link-traversable path, comprising:

presenting a drop down link selection list activator on each web page along at least one link-traversable path of said web site;

displaying one of said web pages containing said drop down link selection list activator;

detecting activation of said drop down link selection list activator presented on said displayed web page;

displaying a drop down link selection list associated with said drop down link selection list activator on said display, said drop down link selection list comprising a plurality of predefined links to respective associated web pages and indicating hierarchical relationships between said predefined links;

detecting selection of one of said predefined links from said drop down link selection list;

loading said web page associated with said selected predefined link; and

displaying said web page associated with said selected predefined link.

5. A method in accordance with claim 4, wherein:

said step of detecting activation of drop down link selection list comprises:

displaying a prompt to activate said drop down link selection list; and

detecting selection of said prompt.

6. A method in accordance with claim 4, comprising:

loading said web page associated with said predefined link in place of a web page currently being displayed on said user's display.

7. A method in accordance with claim 4, comprising:

loading said web page associated with said predefined link in a pop-up frame overlaid over a web page currently being displayed on said user's display.

* * * * *

# Exhibit 7

US007913185B1

(12) **United States Patent**
Benson et al.

(10) **Patent No.:** **US 7,913,185 B1**
(45) **Date of Patent:** **Mar. 22, 2011**

(54) **GRAPHICAL INSERTION OF JAVASCRIPT POP-UP MENUS**

(75) Inventors: **Douglas S. Benson**, Plano, TX (US); **John B. Ahlquist**, Sachse, TX (US); **Dennis Griffin**, Mission Viejo, CA (US)

(73) Assignee: **Adobe Systems Incorporated**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1107 days.

(21) Appl. No.: **10/001,213**

(22) Filed: **Oct. 25, 2001**

(51) **Int. Cl.**
*G06F 3/048* (2006.01)

(52) **U.S. Cl.** .......................... **715/808**; 715/762; 715/810

(58) **Field of Classification Search** .................. 345/763, 345/808, 810, 811, 762, 513
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,500,936 | A * | 3/1996 | Allen et al. | 345/808 |
| 5,652,714 | A * | 7/1997 | Peterson et al. | 702/57 |
| 5,742,768 | A * | 4/1998 | Gennaro et al. | 1/1 |
| 5,805,167 | A * | 9/1998 | van Cruyningen | 715/808 |
| 6,229,539 | B1 * | 5/2001 | Morcos et al. | 715/808 |
| 6,230,174 | B1 * | 5/2001 | Berger et al. | 715/513 |
| 6,262,734 | B1 * | 7/2001 | Ishikawa | 345/850 |
| 6,356,867 | B1 | 3/2002 | Gabal et al. | |
| 6,388,688 | B1 * | 5/2002 | Schileru-Key | 715/854 |
| 6,476,834 | B1 * | 11/2002 | Doval et al. | 715/863 |
| 6,538,673 | B1 | 3/2003 | Maslov | |
| 6,546,397 | B1 * | 4/2003 | Rempell | 707/102 |
| 6,620,204 | B1 * | 9/2003 | Malcolm | 715/513 |
| 6,668,354 | B1 * | 12/2003 | Chen et al. | 715/517 |
| 6,697,825 | B1 * | 2/2004 | Underwood et al. | 715/207 |
| 6,762,777 | B2 * | 7/2004 | Carroll | 715/808 |
| 6,769,015 | B1 * | 7/2004 | Bates et al. | 709/206 |
| 7,003,506 | B1 * | 2/2006 | Fisk et al. | 707/1 |
| 7,620,912 | B1 | 11/2009 | Benson | |
| 2001/0020952 | A1 | 9/2001 | Iwasaki | |

OTHER PUBLICATIONS

Fireworks® 4 Bible, Joseph Lowery and Simon White, Copyright 2001, Hungry Minds, Inc., pp. 684-688.*
"Working with Windows" Javascript tutorial. Copyright 2000 internet.com Corp. Produced by Yehuda Shiran and Tomer Shiran, http://web.archive.org/web/20000511211609/www.webreference.com/js/tutoria1/index.html.*
Steven Haines, Jul. 10, 2000, Article by Que, "Java Menus #1: Java Swing and Menus".*
Shiran et al. "Creating a Popup Window" Tutorial www.webreference.com/js/tutorial1/popup.html, Created Apr. 10, 2000.*
Lowery, Joseph et al., Working with Pop-Up Menus, Fireworks 4 Bible, 2001, pp. 684-688. Hungry Minds, Inc., New York, New York, USA.
Notice of Allowance dated Jul. 9, 2009 in U.S. Appl. No. 10/001,212.
Decision on Appeal dated Jun. 15, 2009 in U.S. Appl. No. 10/001,212.

(Continued)

*Primary Examiner* — Sara England

(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

A graphical user interface allows a user to create an image having a pop-up menu which is exportable to a target computer without the creating user being required to know how to program in JAVASCRIPT™. Using menu selection in the application in which the image is running, the creating user may insert a pop-up menu instruction associated with an object and positioned at a desired location within the image. The inserted pop-up menu instruction then causes the creating computer to invoke its own routines that construct an exportable JAVASCRIPT™ file that allows for a pop-up menu associated with the desired object to be displayed on the screen of a target system.

**19 Claims, 6 Drawing Sheets**



**US 7,913,185 B1**

Page 2

## OTHER PUBLICATIONS

Examiner's Answer dated Aug. 9, 2007 in U.S. Appl. No. 10/001,212.
Examiner's Answer dated Aug. 23, 2006 in U.S. Appl. No. 10/001/212.
Office Action dated Nov. 1, 2005 in U.S. Appl. No. 10/001,212.
Office Action dated Apr. 20, 2005 in U.S. Appl. No. 10/001,212.

Advisory Action dated Jan. 31, 2005 in U.S. Appl. No. 10/001,212.
Office Action dated Oct. 29, 2004 in U.S. Appl. No. 10/001,212.
Interview Summary dated Jun. 30, 2004 in U.S. Appl. No. 10/001,212.
Office Action dated May 5, 2004 in U.S. Appl. No. 10/001,212.

* cited by examiner



*FIG. 1*



*FIG. 2*

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 81 of 1037



*FIG. 3*



*FIG. 4*



*FIG. 5*



FIG. 6

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 84 of 1037

70

| Set Pop-Up Menu |
| --- |

Advanced Options:

Menu Orientation: [ Horizontal ▼ ]

Cell Width: [    ] [ Automatic ▼ ]

Cell Height: [    ] [ Automatic ▼ ]

Padding: [ 3 ]          Spacing: [ 0 ]

Menu Delay: [ 1000 ] ms

Cell Borders:          Highlight: [ ▫ ]

Shadow: [ ■ ]

Pop-up Borders: [ Automatic ▼ ]

Color: [ ■ ]          Width: [ 1 ]

[ Cancel ]  [ < Back ]  [ Finish ]

FIG. 7

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 85 of 1037

*FIG. 8*



800 — DEVELOPER SELECTING AN OBJECT WITHIN A FILE TO ASSOCIATE WITH POP-UP MENU

801 — DEVELOPER ACTIVATING A MENU-BUILDING FUNCTION

802 — THE APPLICATION GRAPHICALLY DISPLAYING AN INTERACTIVE INTERFACE WINDOW TO THE DEVELOPER

803 — DEVELOPER ENTERS MENU CONTENT AND ATTRIBUTES USING THE INTERACTIVE INTERFACE WINDOW

804 — DEVELOPER DEACTIVATING A MENU-BUILDING FUNCTION

805 — THE APPLICATION RENDERING A GRAPHICAL PROXY OF THE MENU IN PROXIMITY TO THE SELECTED OBJECT

806 — DEVELOPER MANIPULATING THE PROXY TO SET THE POSITIONING OF THE POP-UP MENU

807 — THE APPLICATION DISPLAYING AN ASSOCIATING MARKER BETWEEN THE PROXY AND THE SELECTED OBJECT

808 — THE APPLICATION PROCESSING THE POSITIONING, CONTENT, AND ATTRIBUTE DATA INTO JavaScript, HTML, AND THE LIKE USING AN AUTONOMOUS SCRIPT GENERATOR RESPONSIVE TO A SELECTION MADE BY THE DEVELOPER

809 — DEVELOPER SELECTING AN EXPORT COMMAND TO EXPORT THE PROCESSED FILE OF JavaScript, HTML, OR THE LIKE

810 — USER SELECTING TO VIEW THE EXPORTED FILE

811 — THE USER'S COMPUTER DISPLAYING THE POP-UP MENU TO THE USER ACCORDING TO THE JavaScript, HTML, AND THE LIKE GENERATED BY THE APPLICATION

US 7,913,185 B1

**1**

## GRAPHICAL INSERTION OF JAVASCRIPT POP-UP MENUS

### RELATED APPLICATION

The present application is related to co-pending and commonly assigned U.S. patent application Ser. No. 10/001,212, entitled "GRAPHICAL ASSIGNMENT OF OBJECT BEHAVIORS", concurrently filed herewith, the disclosure of which is hereby incorporated herein by reference.

### BACKGROUND OF THE INVENTION

Pop-up menus have become common place in computer applications. A pop-up menu may be created in SUN MICROSYSTEMS INC.'s JAVASCRIPT™ and is executed by a web browser. Usually, these menus "pop-up" when the user's mouse or pointing device is positioned over a certain screen image or position. It is common to insert these pop-up menus in web pages and/or application servers at a central location, for example a host web server. Web users will then be able to access the web pages with the pop-up menus thereon by accessing the central location to download the web page or the transferable portions of an application server.

A web page or script which is to be downloaded from one site (host) to user's site (target) is typically downloaded, perhaps using the Internet, under control of the target user's Internet browser. In this situation it is desirable for the host site web page to be established using any combination of SUN MICROSYSTEMS INC.s JAVA™ code, JAVASCRIPT™, HTML, XML, and the like. JAVASCRIPT™ is a high level scripting language that uses a similar syntax as JAVA™, although it is not compiled into bytecode on the client. JAVASCRIPT™ is not as powerful as JAVA™, which is a full-blown programming language, but is much easier to use than JAVA™. However, JAVASCRIPT™ still requires familiarity by the user in order to adequately program or script web page material. Thus, the creator of the web page at the host site must have an understanding of JAVASCRIPT™ coding as well as graphics if he/she is to be able to create documents as the host site which, when downloaded to a target computer, will allow the user to roll his/her mouse over images or text in that document and have associated pop-up menus appear. These pop-up menus provide the user additional information, options, or links to additional information, optionally controlled by the target user. Even though JAVASCRIPT™ is easier to use than JAVA™, the document creator at the host site still needs to be fluent in JAVASCRIPT™ and HTML which means that technically trained people are required to setup these documents. This creates a bottleneck, delays implementation and is costly.

### BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a system and method that provides a graphical user interface to create web documents and files having imbedded therein pop-up menus without the creator of the document being required to understand JAVASCRIPT™ code, HTML, or the like. The system and method allows for the creation of pop-up menus which, when downloaded to a target computer, will cause all of the JAVASCRIPT™ or other code that is necessary for the assembly and/or control of pop-up menus to be established at the target site.

This invention can be used in web applications, such as FIREWORKS™ (available from MACROMEDIA, INC.) graphics application, to add pop-up menus in a graphical

**2**

manner without requiring the developer to use JAVA™, JAVASCRIPT™, HTML, or the like. FIREWORKS™ (a trademark of MACROMEDIA, INC.), for example, contains web page constructs called hotspots and slices. A hotspot is an object that is a user-definable portion of an image which may be assigned a behavior or action that causes some other action to occur on a computer screen when a mouse or user pointer runs across or clicks the hotspot.

A slice is also an object, available in applications such as FIREWORKS™, that can be defined, selected, and moved during the creation of a web page, and which defines how an image will be split into multiple images upon being exported. The developer may attach or associate different JAVASCRIPT™ behaviors to a hotspot, slice or other such objects within a web site. The creator may select the object, hotspot, or slice, and choose INSERT POP-UP MENU. There are several possible and or alternative methods of choosing INSERT POP-UP MENU. Some of these methods may include: 1) using the INSERT MENU from the menu bar; 2) using the right mouse button; 3) using a graphical widget directly on the slice; and the like. All of these methods result in opening a SET POP-UP MENU dialog box or other similar interaction interface for the user. This dialog is similar to a wizard in that it provides a place to enter the menu text. Using the dialog, the user may preferably enter the desired text and appearance of the pop-up menu, as well as formatting any submenus and entering any text for the sub-menus. For example, if one was creating a web site for a car manufacturer, there might be a menu called cars and sub-menu items thereunder listing car types; and another menu item could be called trucks with sub-menus listing truck types or truck names. The SET POP-UP MENU dialog would also preferably include functionality that allows the user to graphically select an option to create such sub-menus.

For each of the pop-up menu items, or sub-menu items, the creator may preferably apply a link within the SET POP-UP MENU dialog, so that when the user selects that menu item, he/she will, for example, be directed to a particular web page. Also within the dialog, the creator would preferably be able to specify that the web page will be opened in the same browser window, in a new browser window, or in a targeted frame of a browser window.

The system operates such that the creator may establish the graphical appearance and function of the pop-up menu, which will later appear on the target user's screen under control of a JAVASCRIPT™ parser/interpreter. The appearance may be completely HTML-based with the background color and font size and style selected by the developer. The developer may also preferably use an image style in which the background of the menu item will be a graphic, such as a granite look, or similar image, or a background that looks like an actual button or any other desired graphic.

After creation of the menus with its background colors, graphics, and the like, the creator is shown a graphic proxy pop-up which, for example, may preferably be a blue or dotted lined rectangle that is linked to the newly created slice or hotspot. By dragging this proxy around the screen, the creator establishes the position or offset between the slice or hotspot and the screen position at which the pop-up menu will pop-up. Other methods of choosing the relative position of a pop-up menu may include designating the position via numerical coordinates or selecting between spatially descriptive words such as above, below, left, and right. These methods may also be used to indicate the relative positioning between a pop-up menu and a sub-menu.

Another approach to describing the present invention involves viewing the system from a creator perspective. One embodiment preferably provides autonomous generation of a

US 7,913,185 B1

3

script by allowing the developer to define a pop-up type relation between web objects, such as HTML or regular text, images, and/or standard objects such as hotspots and slices. Upon selecting to create a pop-up relation, a menu system prompts the developer for modification of attributes associated with the pop-up menu. A script generator is preferably used to autonomously generate a script source code representing the web page and its associated pop-up menu created by the developer.

In various embodiments, a creator may have the ability to select an upload menu option. This upload menu option allows the creator to create and upload to a server the HTML, images and JAVASCRIPT™ that may then be loaded to a web browser. Likewise, there may also be the option to save or preview the creation locally without uploading the creation to a specific server. Additionally, the system may allow the creator to preview the JAVASCRIPT™ and HTML source generated by the system.

The foregoing has outlined rather broadly the features and technical advantages of the present invention in order that the detailed description of the invention that follows may be better understood. Additional features and advantages of the invention will be described hereinafter which form the subject of the claims of the invention. It should be appreciated by those skilled in the art that the conception and specific embodiment disclosed may be readily utilized as a basis for modifying or designing other structures for carrying out the same purposes of the present invention. It should also be realized by those skilled in the art that such equivalent constructions do not depart from the spirit and scope of the invention as set forth in the appended claims. The novel features which are believed to be characteristic of the invention, both as to its organization and method of operation, together with further objects and advantages will be better understood from the following description when considered in connection with the accompanying figures. It is to be expressly understood, however, that each of the figures is provided for the purpose of illustration and description only and is not intended as a definition of the limits of the present invention.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawing, in which:

FIG. **1** shows a portion of a typical browser screen showing an image having an associated pop-up menu;

FIG. **2** shows a portion of a typical browser screen showing an image having an associated pop-up menu, the second menu item having two submenu items;

FIG. **3** shows a portion of a screen outlining the relationship between the various elements;

FIGS. **4** through **7** show various screens used by a creator to graphically establish pop-up menus with respect to various objects; and

FIG. **8** is a flow chart showing the steps typically executed in implementing a preferred embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Turning now to FIG. **1**, there is shown browser screen **10** and target computer screen **101**. Image **11** is shown having pointer **100** positioned over a hotspot located on image **11**. The positioning of pointer **100** over the hotspot causes pop-up

4

menu **12** to appear. Pop-up menu **12** has first and second Items **13** and **14** with relevant menu text, such as second menu item **15**. To operate pop-up menu **12**, a user would position pointer **100** over the desired menu item to select the desired action. When the user selects the menu item, the functionality associated with that menu item will be executed. For example, upon selection of first menu item **13**, a new web page may be loaded on to the user's computer.

FIG. **2** shows pointer **100** rolling over menu item **14**. This action causes sub pop-up menu **21** to appear, thus, providing two sub-menu items **22** and **23**. In this function of providing sub-menus, as pointer **100** rolls over second menu item **14**, the function associated with second menu item **14**, executes the presentation of sub pop-up menu **21**. The user may then preferably position pointer **100** over either of desired sub-menu item **22** or **23**, select the desired item, which will then execute the behavior or functionality associated with the selected item.

FIG. **3** illustrates a graphical development environment that may be used to implement a preferred embodiment of the present invention. A web developer or creator would preferably use such a graphical development environment to create and develop web pages and web sites. Screen **30** is used by the creator to establish pop-up menus, such as menu **32**. Line **35** is used to show the relationship between menu **32** and hotspot **31** which is a portion of image **36**. Object icon **301** is displayed in the center of selected hotspot or slice object **31**. Clicking object icon **301** will display a list of behaviors (including Add Pop-Up Menu) that can be added to object **31**. In this embodiment, hotspot object **31** may be exported in HTML as an image map. Handles **310** indicate that the hotspot is currently selected. When hotspots or slice objects are selected, any associated pop-up menus are shown to the developer using highlight feedback, which, by way of example only, may be dotted lines **35** connected to menu **32**. It should be noted that highlight feed back may comprise a single dotted line between the menu and its associated object, or may comprise a blue line or other similar graphical link representation. The pointer tool may preferably be used to drag menu **32** to define exactly where the menu will be positioned in the browser, relative to its associated hotspot or slice. In addition to hotspot or images, a pop-up menu may be attached to a selected range of HTML text.

FIG. **4** illustrates SET POP-UP MENU dialog box **40** which is presented to a developer in order to graphically create a pop-up menu using a preferred embodiment of the present invention. Dialog boxes are a form subset of user interaction interfaces often used to present users of various applications with prompts concerning actions the user may have selected. With reference to pop-up menu **12** from FIG. **1**, dialog box **40** preferably allows the creator to assign functions, behaviors, or web links, such as those illustrated links **41**, **42**, **43**, to each of menu items **13** and **14** or sub-menu items **22** and **23**. One of those assigned functions, which is illustrated in FIG. **4**, is to assign a sub-menu function as shown by sub-menu items **22** and **23** assigned as a sub-menu of Second Menu Item **14**.

SET POP-UP MENU dialog box **40** may also preferably include format screen **50**, shown in FIG. **5**. Format screen **50** allows the creator to add various fonts **501**, sizes **502**, and script types **503** (bold, italics, underlining, etc.) to selected menu item **4**. For each menu item the user may preferably select properties regarding Up State (**51**) or Over State (**52**) formats. Up State (**51**) format would control the appearance of the menu item when the pop-up menu is visible. Over State (**52**) format would control the appearance of the menu item when the user rolls over or selects the particular item.

US 7,913,185 B1

5

It should be noted that alternative embodiments of the present invention may allow for the addition of increased formatting in order to provide the developer with increased control over the appearance and function of the pop-up menu. FIG. **6** illustrates such an alternative embodiment of the present invention with alternative format screen **60**. Format screen **60** shows how the creator can add other attributes, such as style **601**, or color **602** and **603** to a selected menu. Any manner of attributes and/or JavaScript attributes may be used, including, border colors; border style (3D, shadowing, etc.); border width, orientation of the menu of the text graphics within a menu; background control (solid color or graphics); static or dynamic; JPEG or GIF; a user created graphic; distance between menu items or between a menu item and its sub-menus; timing until the menu disappears (menu delay).

It should also be noted that the pop-up menu may be associated with HTML or regular text, graphics, or with objects and other such web page items. For example, a pop-up menu may be associated with a certain selected portion of HTML text, or with a specific graphic image, a region of the web page, or with an object, such as a hotspot or slice.

It should also be noted that the pop-up menu may be defined using text or graphics. For example, a pop-up menu may pop up showing textual menu items. Alternatively, a pop-up menu may pop up a series of graphical images, which may comprise any number of different graphics such as icons, buttons, graphical representations of text, and other similar graphics.

Also, it should be noted that the positioning of pop-up menus with respect to their objects may be defined graphically (as discussed above with manual, graphical positioning) or using coordinates or textual definition (such as "offset by X pixels in the X direction and Y pixels in the Y direction").

It should further be noted that alternative embodiments of the present invention may allow web developers to control and assign advanced options to the pop-up menus. FIG. **7** illustrates such a preferred embodiment of the present invention with advanced options screen **70**. Advanced options screen **70** would preferably be one of the available screens offered on SET POP-UP MENU dialog box **40** (FIG. **4**). By accessing advanced options screen **70**, the web creator would preferably be capable of controlling the cell width and height for each menu item, the appearance of the cell borders, or the menu delay, which is the amount of time for the pop-up menu to stay visible after the user rolls off of the pop-up menu. Thus, the creator preferably has a much greater control over the development and creation of the pop-up menu without needing to be familiar with any coding or scripting languages.

In one embodiment, a template file stored in the configuration folder of the application defines common elements used by pop-up menus, including the control of the screens which allow for the creation of pop-up menus as depicted in FIGS. **1**-**7**. In this implementation, the template file defines all control codes used to manipulate pop-up menus except for the graphical appearance which may later be added by the creator in the manner described above. The template file defines the basic code and or JAVASCRIPT™ necessary to implement any pop-up menu on multiple types of browsers. All of this control is generated as JAVASCRIPT™ inside the HTML document and is created autonomously by the system and method of the invention as the web file is exported from the development environment implementing the present invention to the host server. The JAVASCRIPT™ in the HTML document also references this external JAVASCRIPT™ file. When an image associated with a pop-up menu is exported to a target, a copy of the template file is also exported, thus providing the code used to generate the pop-up menu on the

6

target site. All the HTML and JAVASCRIPT™ that describes the content and formatting of the particular instance of a pop-up menu is present in the HTML file that is exported when the popup menu is exported. As this template file is treated as a common element for creating a JAVASCRIPT™ pop-up menu, it is loaded only once. Such an external JAVASCRIPT™ template file enables a web site creator to create multiple pop-up menus on different pages while using only one instance of the template file. Code complexity, readability and size are thus positively affected, decreasing loading times and allowing for easier debugging of a web site.

FIG. **8** is a flow chart showing the steps typically executed in implementing a preferred embodiment of the present invention. In step **800**, a developer selects an object within a file to associate with a pop-up menu. The developer then preferably activates a menu-building function in step **801**. Upon activation, the application preferably graphically displays an interactive interface window to the developer in step **802**. In step **803**, the developer preferably enters menu content and attributes using the interactive interface window. Once finished entering this menu information, the developer deactivates the menu-building function in step **804**. In step **805**, the application then preferably renders a graphical proxy of the menu in proximity to the selected object. Step **806** entails the developer selecting the positioning of the menu by preferably manipulating the proxy to the desired positioning on the developer's screen.

During this editing process, the application preferably displays an associating marker between the proxy and the selected object in step **807**. In step **808**, the application then processes the positioning, content, and attribute data into JAVASCRIPT™, HTML, or the like using an autonomous script generator responsive to a selection made by the developer. The developer selects an export command to export the processed file of JAVASCRIPT™, HTML, or the like in step **809**. A user desiring the view the file or access its contents would then select to view the exported file in step **810**. The user's computer would then display the pop-up menu to the user in step **811** according to the JAVASCRIPT™, HTML, and the like generated by the application.

Although the present invention and its advantages have been described in detail, it should be understood that various changes, substitutions and alterations can be made herein without departing from the spirit and scope of the invention as defined by the appended claims. Moreover, the scope of the present application is not intended to be limited to the particular embodiments of the process, machine, manufacture, composition of matter, means, methods and steps described in the specification. As one of ordinary skill in the art will readily appreciate from the disclosure of the present invention, processes, machines, manufacture, compositions of matter, means, methods, or steps, presently existing or later to be developed that perform substantially the same function or achieve substantially the same result as the corresponding embodiments described herein may be utilized according to the present invention. Accordingly, the appended claims are intended to include within their scope such processes, machines, manufacture, compositions of matter, means, methods, or steps.

What is claimed is:

1. A computer implemented method comprising:

receiving input to create a pop-up menu for a selected object in a web page under development in a web page development application, wherein the selected object and the pop-up menu are parts of the web page under development;

US 7,913,185 B1

7

responsive to receiving said input, displaying a menu on a computer screen presenting a plurality of user-selectable options, wherein said plurality of user-selectable options allow format attributes for each item of the pop-up menu to be specified, wherein a preview area on the menu displays a preview comprising each item of the pop-up menu displayed according to the format attributes specified; and

monitoring a user-controlled position of said pop-up menu, wherein said user-controlled position is independent of a position of said selected object and is preserved in a resulting web page.

2. The method of claim 1 wherein said plurality of user-selectable options further comprise:

one or more attributes, wherein said one or more attributes include menu delay of said pop-up menu associated with said selected object.

3. The method of claim 1 further comprising: detecting change in at least one position indicator responsive to said monitoring, wherein said change modifies said position between said selected object and said pop-up menu.

4. The method of claim 3 wherein said at least one position indicator comprises one of:

number coordinates; and

spatial descriptive options.

5. The method of claim 1 further comprising:

creating a submenu associated with said pop-up menu responsive to receiving said input indicating user-selection of an associated one of said plurality of user-selectable options.

6. The method of claim 5 further comprising: establishing a second position between said submenu and said pop-up menu by monitoring changes to at least one additional position indicator.

7. The method of claim 6 wherein said at least one addition position indicator comprises one of:

number coordinates;

graphical proxy methods; and

spatially descriptive options.

8. The method of claim 1 wherein said object comprises at least one of:

a hotspot;

a region of a web page;

an image; and

text.

9. The method of claim 1 wherein said menu comprises one of:

a dialog box;

a pop-up panel; and

a region of a computer screen having text to prompt for information.

10. The method of claim 1 wherein ones of said plurality of user-selectable options define one or more functions applicable to said pop-up menu, and wherein the method further comprises:

receiving one or more selection indicators from a pointing tool, wherein said one or more selection indicators select one or more of said plurality of user-selectable options;

responsive to receiving said one or more selection indicators, automatically associating code corresponding to related ones of said one or more functions to said pop-up menu.

11. The method of claim 1 wherein said plurality of user-selectable options allow format attributes for different states of each item of the pop-up menu to be specified.

8

12. The method of claim 1 wherein the preview area displays a preview of each item of a sub-menu of the pop-up menu according format attributes specified for each item of the sub-menu.

13. A computer implemented method comprising:

receiving input to create a pop-up menu for a selected object in a web page under development in a web page development application, wherein the selected object and the pop-up menu are parts of the web page under development, wherein the web page development application displays the selected object and the pop-up menu;

responsive to receiving said input, displaying a menu on a computer screen presenting a plurality of user-selectable options, wherein said plurality of user-selectable options allow format attributes for each item of the pop-up menu to be specified, wherein a preview area on the menu displays a preview comprising each item of the pop-up menu displayed according to the format attributes specified; and

receiving input specifying a position of the pop-up menu displayed in the web page development application, the position of the pop-up menu relative to the selected object defining a positional relationship between the selected object and the pop-up menu, wherein when the web page is displayed, the web page displays the selected object and the pop-up menu, wherein pop-up menu is displayed in the web page based on the positional relationship between the selected object and the pop-up menu defined in the web page development application.

14. The method of claim 13 further comprising:

responsive to receiving said input, displaying a menu on a computer screen presenting a plurality of user-selectable options, wherein ones of said plurality of user-selectable options define one or more functions applicable to said pop-up menu;

receiving one or more selection indicators from a pointing tool, wherein said one or more selection indicators select one or more of said plurality of user-selectable options; and

responsive to receiving said one or more selection indicators, automatically associating code corresponding to related ones of said one or more functions to said pop-up menu.

15. The method of claim 13 wherein the positional relationship is a relationship used to preserve where the pop-up is displayed relative to the selected object.

16. The method of claim 13 wherein the positional relationship defines whether the pop-up appears above, below, left, or right of the selected object.

17. The method of claim 13 wherein the input specifying the position of the pop-up menu is from a pointer tool dragging the pop-up menu displayed in the web page development application.

18. The method of claim 13 further comprising providing the web page by:

providing a first file that defines control codes used to implement pop-up menus on multiple types of browsers;

providing a second file as an HTML document defining at least some of the appearance of the web page that was under development, the second file comprising code referencing the first file; and

exporting the first file and the second file.

19. The method of claim 13 wherein the web page development application displays an associating marker between the selected object and the pop-up menu.

* * * * *

# Exhibit 8

US 20070094267A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2007/0094267 A1**
Good et al.       (43) Pub. Date: **Apr. 26, 2007**

(54) **METHOD AND SYSTEM FOR WEBSITE NAVIGATION**

(75) Inventors: **Frederick L. Good**, Cambridge, MA (US); **Thuy Tu Pham**, Norwood, MA (US); **Craig Stuber**, Kensington, NH (US)

Correspondence Address:
**KRAMER & AMADO, P.C.**
**1725 DUKE STREET**
**SUITE 240**
**ALEXANDRIA, VA 22314 (US)**

(73) Assignee: **GLOGOOD INC.**, Cambridge, MA

(21) Appl. No.: **11/253,645**

(22) Filed: **Oct. 20, 2005**

**Publication Classification**

(51) **Int. Cl.**
    *G06F 17/30*     (2006.01)
(52) **U.S. Cl.** ............................................................... **707/10**

(57) **ABSTRACT**

A method and system for web site navigation utilize an internet browser for navigating a plurality of web pages that are configured by a web server. The plurality of web pages are linked as a first set of web pages and linked as at least a second set of web pages. A jump control section is provided on a navigation bar to the user to provide a visual indication of a total number of the first set of linked web pages. The jump control section also provides a jump box and a jump control button which allow the user to immediately jump to any page within the web site. The jump page box displays the current page number when not activated by the user. The navigation bar also includes a strolling control section that permits the user to stroll through a subset of related web pages, identified as the second set, without requiring the user to reload a web site directory page. The strolling control section also provides a visual indication of the total number of web pages within the subset and the current page number within the subset. A status location indicator is also provided on the navigation bar to indicate a text name of the currently displayed subset. The user may conduct telephone communication with a web site guide, such as a web site help desk, and immediately jump to a desired web page by way of the jump control section without the need to navigate a complicated hierarchy of web pages and hyperlinks.





## FIG. 1
### (PRIOR ART)



## FIG. 2
### (PRIOR ART)



FIG. 3

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 94 of 1037



*FIG. 3A*



*FIG. 3B*

*FIG. 3C*



*FIG. 4*



FIG. 5

USDC IN/ND case 1:25-cv-00273-HAB-SLC     document 1-2     filed 06/02/25     page 97 of 1037



FIG. 6

FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 102 of 1037



**FIG. 12**



*FIG. 13*

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 104 of 1037



FIG. 14

1

## METHOD AND SYSTEM FOR WEBSITE NAVIGATION

### FIELD OF THE INVENTION

[0001] The present invention generally relates to a method and system for web site navigation. More particularly, the present invention relates to navigation of web sites that catalog large numbers of graphic and textual elements among large numbers of web pages.

### BACKGROUND OF THE INVENTION

[0002] Navigating a traditional web site is an increasingly fractured process. Virtually all of today's websites were created pre-broadband and many are mosaics of third party services with different navigation systems. Download speed and refresh rates have dictated page content, page structure and the flow of page content. Text, not graphics, complex page content not simplicity, and multiple third party services with various user interfaces are the norm. Simple web site navigation fails as traditional web sites increases in page count, graphic content, buttons and services offered. This traditional web site creation environment detracts from a simple user navigation system.

[0003] The number of active web sites available on the world wide web is currently about 35 million growing at about 1 million per month. Search engines, such as Google, currently index over 8.2 billion web pages to assist users in locating information. This number is expected to increase.

[0004] Web sites are traditionally stored on a server and include textual and graphical information arranged according to a predetermined protocol. The protocol may take a variety of forms such as the static form HTML ("Hyper Text Markup Language") having fixed tag semantics and a fixed tag set, or a dynamic form such as SGML ("Standard Generalized Markup Language") having dynamic tag sets defined by ISO 8879. XML ("extensible Markup Language") is a subset of SGML, and is optimized for delivery of content over the world wide web. Web sites are then traditionally interpreted by a client program, such as Microsoft (R) Internet Explorer (R), which resides on a user computer. In general, the protocol of the web site, whether created in HTML, SGML, or XML, is transparent to the end user (i.e. the client program on the user computer).

[0005] Web sites may be relatively simple, consisting of one or a few linked pages, or exceptionally complex, including literally thousands of pages with many services. A simple form of a web site is a blog, which generally consists of a single page including a short list of chronologically arranged entries resembling a diary of information. However, complex web sites generally include a large number of self linking web pages that are arranged according to a predetermined structure.

[0006] FIG. 1 (PRIOR ART) schematically illustrates a traditional hierarchical structure 100 having web pages linked according to a parent/child node configuration. Home page 102 is linked to a plurality of separate sub pages 104, 106, 108, and 110 using hyperlinks. When a hyperlink on home page 102 is selected by a pointing device, such as a mouse pointer, the selected web page is loaded into a user program, known as a web browser, for display on the user computer. The sub pages 104, 106, 108, and 110 may also contain links to the other web pages within the web site or may optionally link to other web sites on the web.

[0007] FIG. 2 (PRIOR ART) schematically illustrates a home page 102, as displayed by a browser on a user computer, that includes a site map 112, a graphic element 113, and text 115. The site map 112 is a directory of a plurality of hyperlinks 114, 116, 118, 120, that respectively link to sub pages 104, 106, 108, and 110. Thus, when a user selects a hyperlink, e.g. hyperlink 114, from site map 112, the corresponding web page, e.g. 104, is loaded into the web browser for display. The creation of the hyperlinks, whether manually using HTML or dynamically using an Internet development platform such as ASP or JSP, is transparent to the user.

[0008] A common navigation objective when creating a traditional web site is a consistent look and feel between the sub pages to remind the user that they are still viewing of the same web site even if they are not. For example, a web site may use a consistent color and layout scheme between pages, and may provide consistent placement of graphic elements, text and hyperlinks, in an effort to foster familiarity to the user. However, as may be expected, content between pages may require a different number and size of graphic elements or may require different amounts of text.

[0009] The challenges associated with web site design and navigation become exceptionally complex as the number of pages, graphic elements, buttons, and services offered increases. In web sites incorporating hundreds or thousands of web pages, the amount of labor required to load and place the graphic elements alone may reach hundreds of hours. Further, the amount of labor required to update the site map and dynamically link the web site pages increases with each additional page. Typically, expanding web site content by site designers supersedes simple navigation.

[0010] Traditional web sites have built upon a stand alone paradigm for web site navigation. This paradigm is efficient for relatively small web sites or web sites where broad keyword searching may effectively locate the desired information. However, traditional web site configurations do not adequately address the needs of complex web sites incorporating hundreds of pages. A traditional web site directory is often limited in scope, lacks a graphic reference and is not always accessible. Further, traditional web site configurations using a keyword form of indexing do not adequately address the needs of large-scale web-based catalogs where the desired items may have similar names, but may differ in configuration, application, and utilization. Additionally, traditional web sites do not provide a framework for efficient navigation with assistance from a telephone based, printed or electronic user guide or knowledgeable and experienced sales or service person.

### SUMMARY OF THE INVENTION

[0011] In accordance with one aspect of the present invention, a method and system for web site navigation is provided. A plurality of web pages are linked as a first set of web pages and linked as at least a second set of web pages. A jump control section is provided on a navigation bar to the user to provide a visual indication of a total number of the first set of linked web pages. The jump control section also provides a jump box and a jump control button which allow the user to immediately jump to any page within the web

2

site. The jump page box displays the current page number when not activated by the user. The navigation bar also includes a strolling control section that permits the user to stroll through a subset of related web pages, identified as the second set, without requiring the user to reload a web site directory page. The strolling control section also provides a visual indication of the total number of web pages within the subset and the current page number within the subset. A Directory status location indicator is also provided on the navigation bar to indicate a text name of the currently displayed subset. The user may conduct telephone communication with a web site guide, such as a web site help desk, and immediately jump to a desired web page by way of the jump control section without the need to navigate a complicated hierarchy of web pages and hyperlinks.

[0012]    A user desiring to locate U.S. patents related to, for example, "motorized lawmowers having the cutting blade height adjusted through movement of a wheel," is first guided to the USPTO home page, http:**www.uspto.gov (hyperlink obtained by replacing ** with //). The user must first determine the appropriate class and subclass. Accordingly, the user is guided to click on "Patents" in the upper left hand column. Next, the user is guided midway to the middle column, under "Search Aids," and requested to click on "Manual of Patent Classification." Next, the user is guided to type in "56" for the Class of Harvesters, and "17.2" for the subclass "Having motor on ground-supported carrier, And cutter adjustable relative to ground, By adjusting ground wheel or skid relative to carrier." By selecting the appropriate radio button, the user views the class definition to ensure that the information is correct.

[0013]    In order to locate the appropriate patents, the user is re-directed back to the USPTO home page, and selects "Search" from the upper left hand column. At this page, the user clicks on "Advanced Search" to load yet another page, and then types in "CCL/56/17.2,"and clicks on the "Search" button—which is located midway down the page below the search query box. A listing of patents meeting the search criteria is then displayed to the user.

[0014]    The user then places the mouse over the desired patent, and clicks to open a patent text file—which is yet another web page. In order to view an image, the user then clicks on "images" from the upper menu button, to view images of a selected patent. Only after proceeding to this step is a user enabled to advance through pages of the selected patent. However, in order to view additional patents within the selected Class and subclass, the user is required to re-select the page representing the listing of patents, and then select another patent.

[0015]    The above scenario is typical across complex databases incorporating large numbers of web pages. Moreover, as demonstrated through the above example, button locations change from page to page. Given the various, and some-what arbitrary placement of buttons, hyperlinks, and text boxes throughout the different pages of a complex web site, it becomes apparent that the novice user may find difficulty in expeditiously finding the required information. Moreover, when navigating a complex web site with assistance, such as via telephone, the challenges facing the novice user become more apparent. A guide that communicates with the user via telephone is required to convey with words the location of buttons and/or hyperlinks, wait for a

response from the user, and then convey the next location of buttons and/or hyperlinks. Communication is further delayed if the guide discovers that the user has made a typographical mistake or selected an improper hyperlink.

[0016]    In accordance with an aspect of the present invention, each page of a web site is provided with a unique page number for purposes of identification. A uniform navigation bar is viewable from all pages of the web site to facilitate navigation control and provide immediate access to all web pages. A text box for entering a unique page number is provided in the navigation bar. Accordingly, during telephone assistance from a guide, a unique page number may be conveyed to the user, who may then enter the number into the text box. When the user clicks onto a jump control button, e.g. "Go," the user is immediately directed to the desired web page. Sub pages within a group of related web pages may then be accessed by clicking on "more" or "back" buttons to effectively stroll through a group of related web pages.

BRIEF DESCRIPTION OF THE DRAWINGS

[0017]    Additional advantages and features of the present invention will become apparent from the subsequent description and the appended claims, taken in conjunction with the accompanying drawings, wherein:

[0018]    FIG. 1 (PRIOR ART) is a schematic illustration of a traditional web site hierarchical having a parent/child node configuration;

[0019]    FIG. 2 (PRIOR ART) is a schematic illustration of a home page including a site map, a graphic element, and text;

[0020]    FIG. 3 is a schematic illustration of a computing device connected via the internet to a web site server and a database;

[0021]    FIG. 3A is a schematic illustration of computing device 140 according to a preferred embodiment of the present invention;

[0022]    FIG. 3B is a schematic illustration of a computing device in the form of a cellular telephone or a personal digital assistant ("PDA") according to an alternate embodiment of the present invention;

[0023]    FIG. 3C is a schematic illustration of a computing device in the form of a television-connected computing device, such as webTV (R) or Nintendo (R), according to an alternate embodiment of the present invention;

[0024]    FIG. 4 is a schematic illustration of a web site web page as displayed within a browser on a user computing device;

[0025]    FIG. 5 is a schematic illustration of web site directory page according to an embodiment of the present invention;

[0026]    FIG. 6 is a detailed view of a page navigation section, including a strolling control section, of the navigation bar illustrated in FIG. 5;

[0027]    FIG. 7 is a detailed view of a strolling control section 216 according to an alternate embodiment of the present invention;

US 2007/0094267 A1

Apr. 26, 2007

3

[0028]    FIG. **8** is a schematic illustration of a web site directory listing of a preferred embodiment facilitating use of additional directories without use of scroll bars;

[0029]    FIG. **9** is a schematic illustration of a second directory page according to an embodiment of the present invention;

[0030]    FIG. **10** is a schematic illustration of a third directory page according to an embodiment of the present invention;

[0031]    FIG. **11** is a schematic illustration of an individual web page in a web site according to an embodiment of the present invention;

[0032]    FIG. **12** is a schematic illustration of a web tree for web site navigation according to an embodiment of the present invention;

[0033]    FIG. **13** is a schematic illustration of a web site first settable menu on a navigation bar according to an embodiment of the present invention; and

[0034]    FIG. **14** is a flowchart of operations for presenting a web page on a browser of a user computing device.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0035]    With reference now to the figures, and in particular FIG. **3**, a system **130** for communicating information over the internet is provided in accordance with a preferred embodiment of the present invention. System **130** includes a computing device **140** connected to the internet **158** by way of communication line **157**. The internet is then connected to web server **160** by way of communication line **159**. FIG. **3** therefore represents a general illustration of a computing device that may be used in connection with the present invention.

[0036]    FIG. **3A** is a schematic illustration of computing device **140** according to a preferred embodiment of the present invention. Preferably, computing device **140** includes computer **141** that communicates with the internet **158** by way of communication line **157**. Computer **141** has a processor **143**, random access memory **144**, hard drive **145**, video display **146**, a data entry device **147**, and a cursor control device **148** under control of an operating system. The operating system is stored on hard drive **145** and is loaded into random access memory **144** to control computing device **140**. A browser **142**, which is a computer client program, provides a graphical user interface ("GUI") for directing communication with the internet **150** in cooperation with the data entry device **147** and cursor control device **148**. As illustrated in FIG. **3A**, cursor control device **148** is preferably a mouse, and data entry device **147** is preferably a keyboard. Keyboard **147** may also function as a cursor control device, and mouse **148** may also function as a data entry device.

[0037]    FIG. **3B** is a schematic illustration of a computing device **150** in the form of a cellular telephone or a personal digital assistant ("PDA") according to an alternate embodiment of the present invention. Computing device **150** includes a video display **151** under control of an internal processor and memory. Computing device **151** includes a cursor control device **152** and data entry device **153**. Computing device **150** communicates with the internet **158** by

way of a cellular signal communicated by way of antenna **154** using cellular signal **155**. When computing device **150** is a cellular telephone, text data and cursor control are provided in a manner known to operators of cellular telephones. Likewise, when computing device **150** is the form of a PDA, text data and cursor control are provided in a manner known to operators of such PDAs.

[0038]    FIG. **3C** is a schematic illustration of a computing device **400** in the form of a television-connected computing device, such as webTV (R) or Nintendo (R), according to an alternate embodiment of the present invention. A television **402** interacts with the internet by way of computing console **404**. Computing consol **404** communicates with the user by way of a control module **406**. The computing console **404** is connected to the internet **158** by way of connection line **412**. The control module **406** includes a cursor control device **408** for controlling cursor operations displayed on television **402**. Cursor control device **408** may communicate with computing consol **404** by way of infra-red signal **410**. Alternately, cursor control device **408** may communicate with computing console **404** by way of a fixed electrical line, or through radio communication.

[0039]    FIG. **3** illustrates web server **160**, which arranges information stored in database **170** for interpretation and display by computer **140**. Web server **160** includes I/O interface **162** to direct communication with the internet **150**. Content distribution and reception from web server **160** is controlled by processor **164** in accordance with server program **166** stored in memory **168**. When a user operates browser **142** to select content from web server **160**, server program **168** retrieves content such as tags, rules, attributes, fields, text, links, tables, frames, icons, and graphic images from database **170**, and arranges the content into a format for display. Database **170** is preferably a dedicated database server comprising hardware and software in communication with web server **160**. Alternatively, database **170** could be database server software stored in web server **160** and running on processor **164** as a separate software application. As set forth below, web server **160** shall be interpreted to collectively include all forms of server and database configurations which are known to those skilled in the art. The procedure for controlling operation of web server **160** is outlined in greater detail below.

[0040]    FIG. **4** is a schematic illustration of a web site web page **180** as displayed within browser **142**, which is software operating on a user computing device, as set forth above. Browser **142** includes a number of buttons, including back button **182**, forward button **184**, stop loading button **186**, refresh button **188**, and home button **190**. Traditionally, browser **142** enhances usefulness of internet navigation by controlling download of content from web server **160** into memory of the computing device. Back button **182** redirects a currently displayed web page (n) to a previous web page (n−1), which cached in memory of user computer **140**, while forward button **184** returns the displayed web page to the previous page (n) after the back button **182** has been selected. Stop button **186** directs the browser to discontinue loading of a web page into memory of computer **140**, and refresh button **188** reloads a web page that has been previously cached in memory of computer **140**. Address window **192** displays the web site address **194**, which is also known as a Uniform Resource Locator ("URL"). Task bar **196** is part of the operating system, and is visible on the video

4

screen of computer **140** below browser **142**. Task bar **196** provides access to other programs on computer **142** and displays a number of user settable attributes, such as the current time.

[0041] Web site web page **180** is illustrated as an introductory home page (also known as a splash page) to introduce the web site. Web page **180** includes home page text **200** and home page graphic **202**, which are collectively unique web page content that particularly relates to illustrated web page **180**. It is readily understood by those skilled in the art that the unique web page content is representative, and is changeable in response to the purpose of each particular web page. According to a preferred embodiment, the unique web page content is dynamically assembled from objects by web server **160** according to a predetermined protocol upon receipt of a request from web browser **142**. The dynamic assembly of web page content is discussed in greater detail below. According to an alternate embodiment, the unique web page content is in the form of static code and associated objects resident on web server **160** and which do not require dynamic assembly.

[0042] Web page **180** includes a page section **181** and a navigation bar **204**. The navigation bar **204** operates as a navigation tool for controlling user interaction with the web site. Navigation bar **204** is also dynamically assembled from objects by web server **160** according to a predetermined protocol upon receipt of a request from web browser **142**. Navigation bar **204** and the unique web page content (home page text **200** and home page graphic **202**) are seamlessly displayed to the user on browser **142**.

[0043] Navigation bar **204** includes site identifier **211**, first settable menu **206** and directory button **208**. Site identifier **211** is static, in that it does not change in appearance as the user navigates through the website. The static nature of site identifier **211** provides continuity across the website and fosters familiarity with the user. Site identifier **211** may be text, a graphic, or a combination thereof. The content of first settable menu **206** is preferably set during website development to provide immediate access to services that may be required by the user. The content accessed by first settable menu **206** is determined in accordance with the requirements of the particular website. In a preferred form, first settable menu **206** is a drop-down style menu that, when selected with the mouse pointer, provides a series of service buttons for selection by the user. The services provided in through first settable menu may include access to pop-up display information, such as business contact information, or may load a web page needed by the user. Alternately, first settable menu **206** may load a dedicated web page upon selection. While the content accessed by first settable menu **206** may change, the style and position of first settable menu **206** within navigation bar **204** is preferably consistent across all content web pages within the web site. First settable menu **206** is described in greater detail below.

[0044] Directory button **208** provides access to content that is preferably set during website development to provide immediate access to services that may be required by the user. The content accessed by directory button **208** is determined in accordance with the requirements of the particular website. In a preferred form, directory button **208** provides immediate user access to a web site directory page.

[0045] A page navigation section **280**, described in greater detail below with reference to FIG. **5**, may be optionally provided on navigation bar **204** when the web page **180** is a home page. However, according to a preferred embodiment, the page navigation section **280** is provided within the interior content pages of the web site. Thus, within the set of web pages grouped as a website, each content page includes navigation bar **204** with a page navigation section **280**, which is described in greater detail below.

[0046] FIG. **5** is a schematic illustration of web site directory page **250** according to an embodiment of the present invention. Directory web page **250** includes text indicia **252** to indicate to the user that they are at the directory. The directory web page **250** is immediately accessible from other web pages of the web site upon selection of directory button **208**. According to an embodiment of the invention, the directory web page **250** includes a plurality of navigation tools for locating information in the web site. In addition to the navigation tools present on navigation bar **204**, a user may enter keyword search text into a first directory text box **256** and initiate search by selecting first directory jump button **257**. The user may also enter search text into a second directory text box **258** and select second directory jump button **259**. According to an embodiment, first directory text box **256** is provided for general key word searching of products and services within the web site. Second directory text box **258** is provided for searching products and services according to a predetermined product code. During a guided search, such as during telephone information with a web site help desk, a user may be guided to enter a product code number into the second directory text box **258** to initiate search of desired information. According to an embodiment of the present invention, a first database of search fields are accessed in response to entry of search information in the first directory text box **256**, and a second database of search fields are accessed in response to entry of search information in the second directory text box **258**. As set forth above, jump page box **234** is activated in response to jump control button **232** to select an entered page number from a group of search fields of all page numbers stored in memory **168** of web server **160**. Accordingly, three separate search text boxes may access three separate groups of search fields by way of three respectively corresponding initiator (i.e. jump) buttons.

[0047] A group of graphic hyperlink buttons **270** (a-f) are also presented on directory web page **250**. Upon selection of a hyperlink button, the user is directed to another web page within the website. The directed web page may be a nondirectory content page or another directory page in accordance with parameters selected during website development. The number of hyperlink buttons **270** (a-f) and associated text **271** (a-f) may be changed in accordance with a number of desired sub-directory listings. Each sub-directory, when selected by the user, may in turn load a web page indicating yet another sub-directory, etc. According to the illustrated embodiment six sub-directories may be accessed from the directory web page **250**. Preferably, each page within the web site is configured such that there is no scrolling to view additional information and/or content. The absence of scrolling avoids additional confusion for new users of the web site and increases efficiency during interaction with a guide, such as a telephone help desk.

[0048] Page navigation section **280** is displayed on navigation bar **204** for all content pages, including the directory web page **250** illustrated in FIG. **5**. Page navigation section

US 2007/0094267 A1

Apr. 26, 2007

5

**280** includes status location indicator **282**. The status location indicator **282** is not a button, but is rather content that is displayed in accordance with the loaded page. According to a preferred embodiment, the content of status location indicator **282** is text. However, according to an alternate embodiment, the status location indicator **282** can display a graphic symbol, or a combination of text and graphics. As illustrated in FIG. **5**, the text displayed by way of status location indicator **282** is "directory" to indicate to the user that they are currently viewing the directory web page. This text information will change in accordance with web page currently being viewed by the user.

[0049] According to a preferred embodiment, the content of each web page is displayed without the use of scroll bars. However, additional information and/or content may also be provided on web page **250**. According to an alternate embodiment, optional scroll bar **276** appears on the side of the web page for directing the content that is visible within browser **142**. Scroll bar **276** is navigated upwardly by selecting up scroll button **278** and downwardly by selecting down scroll button **279**. The viewable information then scrolls with respect to scroll line **275** such that the information and content above scroll line **275** remains visible to the user. Alternatively, the user may navigate the visible content by selecting and moving position scroll button **277** upwardly or downwardly.

[0050] FIG. **6** is a detailed view of page navigation section **280** of the navigation bar **204**. As illustrated, the status location indicator **282** displays the text "status location" to generically reflect that the status location will correspond to the content of the currently viewed web page. Page navigation section **280** is disposed adjacent to directory button **208**, which is described in greater detail below. According to a preferred embodiment, directory button **208** always returns the user to the directory web page. Page navigation section **280** includes a strolling control section **216** and a jump control section **230**.

[0051] Strolling control section **216** is illustrated adjacent to directory button **208**. Strolling control section **216** allows the user to navigate within a related, pre-determined subset of web pages. Strolling control section **216** includes strolling back button **218** and strolling more button **220** for navigation control. When a user has loaded a web page into browser **142**, the user may stroll through a group of related web pages by selecting strolling back button **218** and strolling more button **220**.

[0052] First page indicia display **222** indicates to the user a unique page number corresponding to the currently displayed page within the subset. Second page indicia display **224** indicates the total number of pages within the subset. By way of example in FIG. **6**, the user is currently viewing page **5** (indicated at first page indicia display **222**) of a group of 12 (indicated by second page indicia display **224**) related pages in a subset. The first page indicia display **222** and second page indicia display **224** provide subset identification information when viewing a subset regardless of how the user has been directed to the web page. According to an embodiment of the invention, the user is constrained from free navigation about the website. The user maintains display of the currently viewed subset through operation of strolling back button **218** and strolling more button **220**, which are described in greater detail below. In the illustra-

tion of FIG. **6**, and by way of example, the user may navigate forward through the subset of **12** related pages by successively selecting strolling more button **220**, and the user may navigate backward through the subset of **12** related pages by successively selecting strolling back button **218**. Accordingly, the user may not become lost within a complicated web site totaling hundreds of pages.

[0053] Strolling control section **216** also includes status location indicator **282**. The status location indicator **282** is text that is prepared by the web site to indicate a text name of a page currently viewed by the user. According to an embodiment, status location indicator **282** is presented in a different style configuration than directory button **212** to indicate to the user that the text does not operate as a button. For example, status location indicator **282** may be text that is superimposed onto navigation bar **204** without a background having a first color that is different from the second color of the navigation bar **204**.

[0054] Jump control section **230** is provided adjacent to strolling control section **216** to assist the user during navigation of the web site. According to an embodiment of the invention, each page of the web site is given a unique page number. Jump control section includes jump control button **232**, a jump page box **234** that displays the current page number that the user is viewing, and total page indicator **236** that displays the total number of pages within the web site. As illustrated in FIG. **6**, the user is currently viewing page number **342** of a total of 1023 pages. Jump page box **234**, in addition to displaying the current page number, is also a user settable text box. Thus, to jump to a different page within the web site, the user simply selects jump page box **234** with the cursor control device and types in a desired page number with a data entry device. When the user selects jump control button **232** with the mouse, the new web page is loaded. Upon loading the new web page, first page indicia display **222** and second page indicia display **224** are automatically updated in accordance with the currently viewed web page.

[0055] Jump control section **230** simplifies navigation of complex web sites having hundreds of pages. Because the page numbers appearing in jump page box **234** and total page indicator **236** appear static as viewed in browser **142**, a user may associate a particular page number with a desired web page, or web page group. The benefits of page numbering become more pronounced when a user is provided with telephone, print or electronic assistance by a guide during navigation of a complicated web site. Regardless of the web page currently viewed by the user, the guide may simply direct the user to a desired page by instructing the user to type in a desired page number into jump page box **234** and then select jump control button **232**.

[0056] According to an embodiment of the present invention, web pages are dynamically assembled by web server **160** using content from database **170**. Regardless of how the web pages are created by web server **160**, each page maintains a unique page number within the web site configuration. It is anticipated that a large commercial web site, such as a large catalog of parts or information or a site containing hundreds of pages of photos may change. However, the benefits of the unique page number remain. Guides in the form of system operators, salespersons, and help desk representatives, are much more skilled at navigating their particular web sites to locate a particular page. Thus, instead

US 2007/0094267 A1

Apr. 26, 2007

6

of guiding the user through a complicated and time-consuming series of clicks and selections of hyperlinks, the guide may simply direct the user to type in a unique page number. The user is then free to stroll through a group of related web pages without fear of becoming lost within the complicated web site.

[0057] A user strolls through a subset of related web pages by using page navigation section **280**. The user navigates using strolling back button **218** and strolling more button **220**. Because the format of page navigation section **280** remains consistent across differently viewed web pages, the user easily becomes familiar with navigation. Identification of a currently viewed subset is continuously provided by status location indicator **282**. Successive forward pages to be viewed within the subset are obtained by the user when strolling more button **220** is selected. According to a preferred embodiment, when the user reaches the end of a subset, e.g. page **12** illustrated in second page indicia display **224** of FIG. **6**, and the user continues to select strolling more button **220**, the user is directed to page **1** of the next subset. When the subset changes, the status location indicator **282** also changes in accordance with the title of the new subset. Successively regressing pages within the subset are viewed by the user as strolling back button **218** is selected.

[0058] According to an embodiment of the present invention, when the user reaches the end of a subset, that is when number "1" is displayed by first page indicia display **222**, and the user continues to select strolling back button **218**, the user is directed to the last page of a preceding subset. Further, when the subset changes, the status location indicator **282** also changes in accordance with the title of the new subset.

[0059] According to an alternate embodiment of the present invention, when the user reaches the end of a subset, that is when number "1" is displayed by first page indicia display **222**, and the user continues to select strolling back button **218**, the user is re-directed to the directory page corresponding to the subset.

[0060] According to an embodiment of the present invention, status location indicator **282** changes in appearance when a subset is changed during strolling by the user. A change in appearance may include change of the background color of status location indicator **282**, a change in font color of status location indicator **282**, or a change in font style. Alternately, the change in appearance may be more aggressive, such that the background color of status location indicator **282** repeatedly changes color in a blinking fashion for a period of time.

[0061] As the user strolls between pages, jump page box **234** also changes in accordance with the newly selected page. Accordingly, the user may continuously and simultaneously view the current page number within the web site (provided by jump page box **234**) and the current page number within the subset (provided by first page indicia display **222**). Likewise, the user may also continuously and simultaneously view the total number of pages in the web site (provided by total page indicator **236**) and the total number of pages within the subset (provided by second page indicia display **224**).

[0062] Level 2 web pages, i.e. pages below the Directory level, are linked as an ordered list of uniquely identifiable

web pages that may be sequentially loaded for display into web browser **142** in reference to a predetermined set. The ordered list is stored in database server **170** of FIG. **3**. According to a preferred embodiment, the ordered list is a numerical list with the web pages identified by number. Other forms of unique identification are known to those skilled in the art and may include alphanumeric identification, binary identification, hexadecimal identification, etc.

[0063] Each uniquely numbered Level 2 web page is linked in succession within the total number of pages by web page number. In order to sequentially load a next succeeding web page into browser **142**, web server **160** adds integer "1" to the current web page number (n), and then assembles web page number (n+1) for display on browser **142**. Likewise, to sequentially load a next preceding page into browser **142**, web server **160** subtracts integer "1" from the current web page number (n), and then assembles web page number (n−1) for display on browser **142**.

[0064] FIG. **7** is a detailed view of strolling control section **216** according to an alternate embodiment of the present invention. Strolling control section **216** includes strolling back button **218**, strolling more button **220**, first page indicia display **222**, and second page indicia display **224** as set forth in the above embodiment of FIG. **6**. According to the alternate embodiment, strolling first button **240** and strolling last button **242** are provided. Strolling first button jumps to the first page of the listed subset. Likewise, strolling last button jumps to the last page of the subset. According to an optional embodiment, each subset may optionally include general information about the subset on the first page of the subset and an index of all pages of the subset on the last page.

[0065] FIG. **8** is a schematic illustration of a web site directory listing of a preferred embodiment facilitating use of additional directories without use of scroll bars. In accordance with the present invention, it has been determined that the use of scroll bars in web page listings introduce additional complexity and inefficiency for web site navigation. However, according to the protocol of very complex web sites, there may exist a situation where a desired number of directory listings greatly exceed the space that is easily viewable on a user's computer screen. Accordingly, it is preferred to show additional directories by way of an additional page or pages. As illustrated in FIG. **8**, a conspicuously visible directory more button **286** is provided adjacent to graphic hyperlink buttons **270**. When the user clicks directory more button **286**, a new page loads into a user's browser with additional directories. In this case, directory more button **286** is redundant to strolling more button **220** provided in navigation bar **280**. However, because a new user will be initially guided to the web site directory, and may be some-what unfamiliar with the web site layout, the provision of directory more button **286** (i.e. a second more button) provides a convenient and intuitive mechanism for web site navigation.

[0066] FIG. **9** illustrates a second directory page that will be visible to the user upon selecting the directory more button **286** from the main directory page illustrated in FIG. **8**. As illustrated, a plurality of graphic hyperlink buttons **290** are provided for additional web site navigation. The user may stroll backward through the directory pages by selecting directory back button **288**, or continue to stroll forward

US 2007/0094267 A1

Apr. 26, 2007

7

by selecting directory more button **286**. In this case, directory back button **288** is redundant to strolling back button **218**, and directory more button **286** is redundant to strolling more button **220**. It therefore becomes readily apparent that when in the directory subset of web pages, the user may return to the first page of the directory pages subset through three different mechanisms. First, the user may simply select the directory button **208**. Second, the user may continually select the directory back button **288**. Third, the user may continually select the strolling back button **218**.

[0067] FIG. **10** illustrates a third directory page according to an embodiment of the present invention. As illustrated, a plurality of text style hyperlink buttons **292** are provided as the directory. Further, the hyperlink buttons **292** are tiled in an indented fashion to visually convey subdirectory status. First page indicia display **222** indicates page 3 of the directory, and second page indicia display **224** indicates that there are 20 total pages in the directory subset. According to an embodiment of the invention second page indicia box **294** is provided to convey redundant information to first page indicia display **222** and second page indicia display **224**. This redundant information is provided to the user in the directory web pages as a convenient and intuitive mechanism for web site navigation.

[0068] FIG. **11** is a schematic illustration of an individual web page **300** in a web site according to an embodiment of the present invention. Web page **300** is presented as an example of a catalog style web page for a travel club. The user has located page 507 ("Texas"), indicated by jump page box **234**, of a possible 2120 web pages within the web site. The total number of web pages within the site is indicated by total page indicator **236**. The user may have found page 507 ("Texas") through a key word search of the term "texas" in the directory web page, a product code search of the term "123456" in the directory web page, through selecting appropriate directories and sub-directories by way of a tree structure initiated in the directory web page, or by typing page number "507" into jump page box **234** from any page and then selecting jump control button **232** from any web page. Jump page box **234** continuously displays the currently viewed web page number, but may also be selected by a cursor control device for entry of a new page number desired by the user.

[0069] As illustrated in web page **300**, text is provided by way of page text box **302**, and the product code is provided by way of product code box **304**. The text within text box **302** is preferably indexed within a first field database accessed via web server **160** and the product code within product code box **304** is preferably indexed within a second field database access via web server **160**. Status location indicator **282** also indicates to the user that the current web page has a label of "texas." The user could then navigate within 50 pages of the current web page subset. The user immediately understands that there are 50 pages within the web page subset because second page indicia display **224** indicates the number "50." The user navigates through the 50 related pages in the subset through operation of strolling back button **218** and strolling more button **220**. A plurality of hyperlinks **312** allow the user to request products or services associated with the current web page.

[0070] FIG. **12** is a schematic illustration of a web tree **350** for web site navigation according to an embodiment of the present invention. Box **352** is provided in Level 0 and represents a home page. By way of example, box **352**"0-01" corresponds to web page **180** in FIG. **4** in the form of a home page.

[0071] Boxes **354**, **356**, **358**, and **360** are provided in Level 1 and represent a directory listing. By way of example, box **354**"1-x" corresponds to web page **250** (a web site directory page) illustrated in FIG. **5**. Likewise, box **356**"1-(x+1)" corresponds to web page **253** illustrated in FIG. **8**, box **358**"1-(x+2)" corresponds to web page **254** illustrated in FIG. **9**, and box **360**"1-(x+3)" corresponds to web page **255** illustrated in FIG. **10**.

[0072] Boxes **362**, **364**, and **366** are provided in Level 2 and represent item pages dedicated to a particular product or service. For example, box **362**"2-x" corresponds to web page **300** illustrated in FIG. **11**.

[0073] Boxes **368**, and **370** are provided in Level 3 and represent web pages that may be accessed from a Level 2 box. The user may not stroll among Level 3 boxes or any other boxes below Level 2.

[0074] Navigation downward through web tree **350** is provided by way of selecting hyperlinks from a directory or subdirectory listing, such as between Levels 1 to 2. According to a first alternative, the user enters a selected web page through a key word or product code search. According to a second alternative, the user navigates to a web page by entering a unique page number for the desired web page into jump page box **234** in navigation bar **204**. Once the user enters a web page that is part of a desired subset, which is schematically illustrated as level 3, the user strolls between related pages. The user is confined by way of the stroll control buttons, that is, strolling back button **218** and strolling more button **220**, such that the user may not unknowingly become lost in a undesired subset. As set forth above, a user strolling on level three will navigate between subsets through use of strolling back button **218** or strolling more button **220** upon reaching a beginning or end of the subset.

[0075] With reference to FIG. **5**, FIG. **6**, and FIG. **12**, the strolling back button **218** and strolling more button **220** do not function in the same manner as the back button **182** and forward button **184**. The back button **182** simply returns the user to previously viewed web pages that are stored in cache memory of the computing device in seriatim fashion. In contrast, the strolling back button **281** directs the user to the immediately preceding web page in a subset. Thus, if a user were to advance to a web page indicated by box **366** illustrated in FIG. **12** by typing a number into jump page box **234** illustrated in FIG. **6**, a selection of strolling back button **281** would direct the user to the web page indicated by box **364** illustrated in FIG. **12**. In contrast, were the user to select back button **182** illustrated in FIG. **5** while viewing the web page of box **366**, the user would be directed to the previously viewed web page.

[0076] Likewise, forward button **184** illustrated in FIG. **5** returns the user to a previously viewed web page after the back button **182** has been pressed. In contrast, strolling more button **220** directs the user to the next web page in the subset. Thus, if a user were to advance to a web page indicated by box **364** by typing a number into jump page box **234**, a selection of strolling back button **281** would direct the user to the web page of box **366**. In contrast, were the user

US 2007/0094267 A1

Apr. 26, 2007

8

to select forward button **184** while viewing web page box **364** nothing would happen because the user had not previously selected the back button **182**.

[0077] Each Level 2 page is an item page that is strollable when the user is at other Level 2 pages. The Level 2 stroll sequence of pages is determined by directory layout. According to a preferred embodiment, the majority of content information is provided in Level 2, with each Level 2 web page including a definable set of information. Thus, once the user navigates to a Level 2 web page, through the various methods set forth above, the user is permitted to stroll through a group of related web pages by simply using the strolling more button **220** or strolling back button **218**.

[0078] Each web page includes objects, i.e. graphics, video, text, that can contain page links. Page links refer to either pages within the web site or external URLs. When clicking on a page link that refers to another page in the web site, the web browser **142** has traversed down a level (n+1) where n is the level of the referring page. When web browser **142** displays pages lower in the tree, e.g. the web page of box **362** in FIG. **12**, the strolling back button **218** of FIG. **6** functions as an up button which pops the user back to referring page **354** illustrated in FIG. **12**. This is performed recursively as web browser **142** traverses down the navigation tree of FIG. **12**.

[0079] FIG. **13** is a schematic illustration of a web site first settable menu **206** on navigation bar **204**. As illustrated, a plurality of web site services are available for selection by the user, such as web assistance, contact us, request catalog, order policy, shipping terms, and feedback. First settable menu **206** is accessible from all pages of the web site due to its placement on navigation bar **204**. According to an alternate embodiment, a second settable menu may also be provided on navigation bar **204** for immediate access by the user during navigation of all related web pages.

[0080] According to a preferred embodiment, the present invention is implemented by way of software running on web server computer **160** in combination with software running on database server computer **170**. The database server is preferably running Microsoft Windows 2003 Server and uses Microsoft SQL Server 2000 as its database application on Microsoft.NET platform. The database on the database server stores all content of particular site. Content is defined as any user provided data during the build phase of the web site. Examples of content include images, copy, navigation links and form inputs.

[0081] FIG. **14** is a flowchart of operations for presenting a web page on browser **142** of user computing device **140**. In operation **400**, browser **142** makes a request for a web page from web server software running on web server computer **160**. By default, if a page number is not specified, the request defaults to the home page. In operation **402**, the web server software sends a request for page content to web service API ("application program interface"). The web service provides a platform that is able to service a plurality of different viewing platforms, such as internet browsers, PDAs ("personal digital assistants"), and cell phones. In other words, the web browser issues a request GET to retrieve a page (page.aspx?p=<pageno>). The web server then parses the page number and issue a request to a web service to get the content of a page.

[0082] The web service is an additional program preferably running on web server computer **160**. However, the web service program could be implemented on a dedicated web service computer. In operation **404**, the web service sends a request for page content and layout information to database server software running on database computer **170**. According to a preferred embodiment, the request is provided through an ADO.NET interface. The database uses stored procedures to generate the results in XML and returns it back to the web server. In operation **406**, page content is assembled by the database sever software and returned to the web service in XML format.

[0083] In operation **408** the XML page content and XSL layout information is transferred from the web service to the web server in XML format. In operation **410**, the web server transforms the XML page content and the XSL formatted information into HTML formatted information, and returned for display on web browser **142**.

[0084] According to a preferred embodiment the web server uses the Microsoft's .NET framework. The .NET Framework is a development and execution environment that allows different programming languages & libraries to work together seamlessly to create Windows-based application. According to a preferred embodiment, programming is performed in C# and web pages were built using ASP.NET.

[0085] The web service is an application component accessible over open protocols using a distributed component technology. The web service is used to decouple content from display medium. For example, a web browser is only one form of how to display the data. On the other hand, the web service provides formatting that is compatible with PDAs ("programmable digital assistants") or cell phone to convey information. In using web services, any form of display can access the content and display it in any way, via web browser or speech technology etc.

Navigation Bar Create Procedure

[0086] According to a preferred embodiment, XML for the navigation bar **204** illustrated in FIG. **5** is created for display on an internet browser in accordance with code executed on web server **160**. The code is written in C# language with Microsoft SQL Server's stored procedure and compiled by Visual Studio 2003 program. The compiled code is then executed under IIS 6.0 running the Microsoft Windows 2003 operating system. The web server **160** accesses a web service, which is a program stored along with web server **160**. The web service provides XML formatted data on a particular page and navigation information for the particular page. The web service obtains the data from the database **170** running Microsoft SQL Server 2000 using the ADO-.NET interface written in C#. The database **170** includes a plurality of stored procedures, e.g. sp_XmlPageNav, sp_XmlMenuBar, and sp_XMLPage, that are called to produce the XML formatted data. Once web server **160** obtains the XML formatted data from the web service, the web server **160** uses XSL to transform the data into an HTML format. This transformation is executed with a code procedure that is written in C#.

[0087] The stored procedure sp_XmlPageNav in database **170** creates the content to make page navigation section **280** of the navigation bar **204** of FIG. **6**. An example of procedure sp_XmlPageNav follows:

```
...
    CREATE PROCEDURE [dbo].[sp_XmlPageNav]
        (@storeId        [int],
        @pageNo          [int])
    ...
```

[0088]   A number of variables used in the create procedure are then declared. The variables correspond to the web site's unique id and the page number of the requested page.

```
...
    SELECT 1                AS Tag,
    NULL                    AS Parent,
    @totalPages             AS [PAGE_NAVIGATOR!1!totalPages],
    btq_page.page_no        AS [PAGE_NAVIGATOR!1!pageNo],
    CAST(btq_directory.[name] AS NVARCHAR(10)) AS
    [PAGE_NAVIGATOR!1!directory],
        ISNULL(btq_page.directory_seq, 1) AS
    [PAGE_NAVIGATOR!1!directorySeq],
        ISNULL(btq_directory.no_pages, 1) AS
    [PAGE_NAVIGATOR!1!directoryNoOfPages],
    btq_stroll.next_page    AS [PAGE_NAVIGATOR!1!nextPage],
    btq_stroll.prev_page    AS [PAGE_NAVIGATOR!1!prevPage],
    CASE
        WHEN btq_stroll.next_page IS NOT NULL OR
    btq_stroll.prev_page IS NOT NULL THEN 1
        ELSE 0
    END                     AS [PAGE_NAVIGATOR!1!isStroll]
    FROM
    ...
    FOR XML EXPLICIT
    ...
```

[0089]   The set of tables are then joined in accordance with the above to retrieve the page navigator data set, using the constraints page_id=@pageId and store_id=@store_id to complete the XML procedure.

[0090]   The database's stored procedure sp_XmlPageNav creates the content to make the first settable menu 206 of FIG. 4, as follows:

```
    ...
    CREATE PROCEDURE [dbo].[sp_XmlMenuBar]
        (@storeId        [int])
    ...
```

[0091]   A number of variables are then declared. The variables correspond to the web site's unique id. Services menus, i.e. first settable menu 206, are independent of page. Several queries are combined to create a hierarchical menu structure.

```
    ...
    SELECT 1                AS Tag,
    NULL                    AS Parent,
    [name]                  AS [MENUS!1!name],
    NULL                    AS [DROPDOWN_MENU!2!id],
    NULL                    AS [DROPDOWN_MENU!2!name],
    NULL                    AS [MENU_ITEM!3!pageId],
    NULL                    AS [MENU_ITEM!3!href],
```

-continued

```
    NULL                    AS [MENU_ITEM!3!name]
    FROM
    ...
```

[0092]   The set of tables joined to retrieve the web site's services navigator data set, using the constraints store_id= @store_id.

```
...
UNION ALL
SELECT 2                AS Tag,
    1                   AS Parent,
    NULL                AS [MENUS!1!name],
    btq_service_group.[id]         AS [DROPDOWN_MENU!2!id],
    btq_service_group.[name]   AS [DROPDOWN_MENU!2!name],
    NULL                AS [MENU_ITEM!3!pageId],
    NULL                AS [MENU_ITEM!3!href],
    NULL                AS [MENU_ITEM!3!name]
    FROM
...
```

[0093]   The set of tables are then joined to retrieve the set of services, using the constraints store_id=@store_id.

```
    ...
    UNION ALL
    SELECT 3            AS Tag,
        2               AS Parent,
        NULL            AS [MENUS!1!name],
        btq_service_group.[id]     AS [DROPDOWN_MENU!2!id],
        NULL            AS [DROPDOWN_MENU!2!name],
        page_id         AS [MENU_ITEM!3!pageId],
        url             AS [MENU_ITEM!3!href],
        title           AS [MENU_ITEM!3!name]
    FROM
    ...
    FOR XML EXPLICIT
```

[0094]   The set of tables are then joined to retrieve services belonging to each of the service group, using the constraints store_id=@store_id.

PAGE CREATE PROCEDURE

[0095]   According to a preferred embodiment, XML for a displayed page, such as page 300 illustrated in FIG. 11, is created with code running on web server 160 according to a PAGE CREATE PROCEDURE, written in Microsoft (R) C#. The database's stored procedure sp_XmlPage creates the content to make the page 300 of FIG. 11, as follows:

```
    ...
    CREATE PROCEDURE [dbo].[sp_XmlPage]
        (@storeId        int],
        @pageNo          [int])
    ...
```

[0096]   First, a number of variables used in the create procedure are declared. The variables correspond to the web site's unique id and the page number of the requested page.

US 2007/0094267 A1                                                                        Apr. 26, 2007

10

The body of the procedure combines several queries to create a hierarchical page structure containing various components such as images, page links and text.

```
...
SELECT 1            AS Tag,
      NULL          AS Parent,
      title         AS [PAGE!1!title],
      btq_page.[description]     AS [PAGE!1!description],
keywords             AS [PAGE!1!keywords],
template_id          AS [PAGE!1!template],
      btq_template.layer         AS [PAGE!1!layer],
      btq_page.[id]  AS [PAGE!1!pageid],
      page_no        AS [PAGE!1!pageno],
      bgcolor        AS [PAGE!1!bgcolor],
      bgtype         AS [PAGE!1!bgtype],
      NULL           AS [PAGE_LAYOUT!2!id],
      NULL           AS [IMAGETEXT_DETAILS!3!pos],
      NULL           AS [IMAGETEXT_DETAILS!3!layout],
      NULL           AS [IMAGE_DETAILS!4!pos],
      NULL           AS [IMAGE_DETAILS!4!height],
      NULL           AS [IMAGE_DETAILS!4!width],
      NULL           AS [IMAGE_DETAILS!4!imgext],
      NULL           AS [IMAGE_DETAILS!4!caption],
      NULL           AS [PAGE_LINK!5!page_id],
      NULL           AS [PAGE_LINK!5!url],
      NULL           AS [TEXT_DETAILS!6!height],
      NULL           AS [TEXT_DETAILS!6!width],
      NULL           AS [TEXT_DETAILS!6!copy],
      NULL           AS [IMAGE_DETAILS!7!pos],
      NULL           AS [IMAGE_DETAILS!7!height],
      NULL           AS [IMAGE_DETAILS!7!width],
      NULL           AS [IMAGE_DETAILS!7!imgext],
      NULL           AS [IMAGE_DETAILS!7!caption],
      NULL           AS [PAGE_LINK!8!page_id],
      NULL           AS [PAGE_LINK!8!url],
      NULL           AS [TEXT_DETAILS!9!pos],
      NULL           AS [TEXT_DETAILS!9!height],
      NULL           AS [TEXT_DETAILS!9!width],
```

```
                        -continued
      NULL           AS [TEXT_DETAILS!9!copy],
      NULL           AS [PRODUCT_DETAILS!10!pos],
      NULL           AS [PRODUCT!11!id],
      NULL           AS [PRODUCT!11!pict_id],
      NULL           AS [PRODUCT!11!sku],
      NULL           AS [PRODUCT!11!description],
      NULL           AS [PRODUCT!11!price],
      NULL           AS [PRODUCT!11!has_modifier],
      NULL           AS [FORM_DETAILS!12!id],
      NULL           AS [FORM_DETAILS!12!pos],
      NULL           AS [FORM_DETAILS!12!maxInputs],
      NULL           AS [FORM_DETAILS!12!description],
      NULL           AS [INPUT_GROUP!13!group],
      NULL           AS [INPUT!14!id],
      NULL           AS [INPUT!14!type],
      NULL           AS [INPUT!14!description],
      NULL           AS [INPUT!14!required],
      NULL           AS [INPUT!14!width],
      NULL           AS [RADIO_GROUP!15!group],
      NULL           AS [INPUT!16!id],
      NULL           AS [INPUT!16!type],
      NULL           AS [INPUT!16!description],
      NULL           AS [INPUT!16!required]
FROM
...
FOR XML EXPLICIT
...
```

[0097]    The set of tables are then joined to retrieve the page data set. This contains information on position, type of component and its content.

XML OUTPUT

[0098]    In accordance with the above, the resulting XML data produced is as follows:

```
...
<?xml version="1.0" ?>
- <PAGE template="700" layer="T" pageid="415" pageno="352" bgcolor="FFFFFF">
  - <PAGE_LAYOUT id="1">
      <IMAGE_DETAILS pos="3" height="324" width="324" />
      <TEXT_DETAILS pos="1" height="90" width="770" copy="<span
      style='font-name:Arial,Verdana;font-size:18.0pt'>CUSTOM
      ORDERS</span>" />
      <TEXT_DETAILS pos="2" height="324" width="440" copy="<div
      align='center' ><table style='BORDER-LEFT: #999999 1px solid;
      BORDER-TOP: #999999 1px solid;BORDER-RIGHT: #999999 1px solid;
      BORDER-BOTTOM: #999999 1px solid;MARGIN: 0px 0px 0px; FONT-
      FAMILY: Arial, sans-serif; FONT-SIZE: 11pt'> <tr> <td>BrattleWorks
      does Custom Orders. Routinely, we will customize the dimensions of our
      standard panels and gates. We can also modify our products to fit your
      specific design. A simple sketch from you often helps us understand your
      requirements. <p> Contact BrattleWorks 617.864.2110, fax 617.354.4246
      or            email            <a
      href='mailto:bw@brattleworks.com'>bw@brattleworks.com</a> with your
      requirements.</td></tr></table></div>" />
    </PAGE_LAYOUT>
  - <NAVIGATION_BAR>
    - <MENUS name="BrattleWorks">
      - <DROPDOWN_MENU id="1" name="Services">
        <MENU_ITEM pageId="414" name="Contact Us" />
        <MENU_ITEM pageId="415" name="Custom Orders" />
        <MENU_ITEM href="download.aspx" name="Downloads" />
        <MENU_ITEM pageId="412" name="Project Assistance" />
        <MENU_ITEM href="request.aspx" name="Request a Catalog" />
        <MENU_ITEM pageId="413" name="Satisfaction Guarantee" />
        <MENU_ITEM pageId="416" name="Shipping Terms (Freight)" />
```

11

-continued

```
    <MENU_ITEM pageId="411" name="Shipping Terms (Package)"
    />
    <MENU_ITEM href="feedback.aspx" name="Site Feedback" />
    <MENU_ITEM href="cart.aspx" name="View Cart" />
  </DROPDOWN_MENU>
  </MENUS>
  <PAGE_NAVIGATOR totalPages="380" pageNo="352" directorySeq="1"
  directoryNoOfPages="1" isStroll="0" />
 </NAVIGATION_BAR>
</PAGE>
...
```

[0099]    This data is then passed to web server **160**. The web server **160** obtains the necessary XSL template to transform the XML data into HTML. The procedure written in C# is called to HTML(XmlDocument document, XSLTransform xsl).

[0100]    While the invention has been described in the specification and illustrated in the drawings with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the invention as defined in the claims. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiment illustrated by the drawings and described in the specification as the best mode presently contemplated for carrying out this invention, but that the invention will include any embodiments falling within the foregoing description and the appended claims.

We claim:

1. A navigation tool for navigating a web site, said web site comprising a plurality of web pages that are configured by a web server and displayable by an internet browser, said plurality of web pages being linked as a first set of web pages and said plurality of web pages being linked as at least a second set of web pages, comprising:

a jump control section comprising a first indicator for providing a visual indication on an internet browser of a total number of a first set of linked web pages available for access by a user; and

a strolling control section comprising a second indicator for providing a visual indication on the internet browser of a total number of a second set of linked web pages available for access by the user.

2. The navigation tool according to claim 1, wherein a web page currently displayed by the internet browser is a member of the first set of linked pages and the second set of linked pages.

3. The navigation tool according to claim 2, said jump control section further comprising:

a jump page box providing a numerical indication of the current web page within the total number of the first set of linked web pages.

4. The navigation tool according to claim 3, wherein the jump page box is selectable by a user operating the internet

browser such that the user may enter a desired page number into the jump page box, said jump control section further comprising:

a jump control button, which is selectable by the user operating the internet browser to direct a web server to transmit for display a web page corresponding to the desired page number.

5. The navigation tool according to claim 2, further comprising:

a status location identifier providing a visual identifier for display on the internet browser corresponding to the current web page.

6. The navigation tool according to claim 1, wherein a web page currently displayed by the internet browser is a member of the first set of linked pages and the second set of linked pages, said strolling control section further comprising:

a first page indicia display providing a numerical indication of the current web page within the total number of the second set of linked web pages; and

a second page indicia display providing a numerical indication of the total number of the second set of linked web pages.

7. The navigation tool according to claim 1, wherein a web page currently displayed by the internet browser is a member of the first set of linked pages and the second set of linked pages, said strolling control section further comprising:

a strolling back button which is selectable by the user operating the internet browser to direct a web server to transmit for display a web page corresponding to a preceding page of the second set of linked pages; and

a strolling more button which is selectable by the user operating the internet browser to direct a web server to transmit for display a web page corresponding to a succeeding page of the second set of linked pages.

8. The navigation tool according to claim 6, wherein if the strolling back button is selected when the current page is a first page of the second set of linked pages, the web server is directed to transmit for display a web page corresponding to a third set of linked pages different from the second set of linked pages.

9. The navigation tool according to claim 6, wherein if the strolling more button is selected when the current page is a last page of the second set of linked pages, the web server is directed to transmit for display a web page corresponding to a first page of a third set of linked pages different from the second set of linked pages.

12

**10**. The navigation tool according to claim 1, wherein a directory page of said web site is a member of the first set of linked pages and a member of a third set of linked pages different from said second set of linked pages, said navigation tool further comprising:

a directory button which is selectable by the user operating the internet browser to direct a web server to load the directory page as the current page when the current page is a member of the second set of linked pages.

**11**. A method of navigating a plurality of web pages that are configured as a web site by a web server from a user computer having a cursor control device and running an internet browser, said plurality of web pages being linked as a first set of web pages and at least a second set of web pages, said method comprising:

loading a first web page into an internet browser from a web server, the web page comprising a first indicator of a total number of a first set of linked web pages available for access by a user, a second indicator of a total number of a second set of linked web pages available for access by the user, and a strolling button;

selecting the strolling button displayed on the internet browser with a cursor control device to instruct the web server to transmit second web page content of a second page of the second set of linked web pages; and

loading the second web page content into the internet browser from the web server.

**12**. The method of navigating a website according to claim 11, further comprising:

loading a status location identifier providing a visual identifier for display on the internet browser corresponding to the loaded second page content.

**13**. The method of navigating a website according to claim 11, further comprising:

loading a jump page box providing a visual identifier for display on the internet browser corresponding to the loaded second page content.

**14**. The method of navigating a website according to claim 13, wherein the visual identifier provided by the jump page box is a page number, further comprising:

loading a jump control button into the internet browser;

selecting the jump page box with the cursor control device;

entering a new page number into the selected jump page box with a computer keyboard; and

selecting the jump control button with the cursor control device to instruct the web server to transmit a third web page content of a third web page of the first set of linked web pages.

**15**. The method of navigating a website according to claim 14, further comprising:

reloading the first indicator into the internet browser corresponding to the third web page content; and

reloading the second indicator into the internet browser corresponding to the third web page content.

**16**. A method of navigating a plurality of web pages that are configured as a web site by a web server from a user computer having a cursor control device and running an internet browser, said plurality of web pages being linked as a first set of web pages and at least a second set of web pages, said method comprising:

loading a first web page content and a web page navigation bar into an internet browser from a web server, the navigation bar comprising a jump control button, a jump page box, and a total page indicator;

conducting telephone, print, or electronic communication with a web site guide to verbally receive a unique page number corresponding to a second web page of the first set of web pages;

entering the unique page number into the jump page box with a computer keyboard;

selecting the jump control button with the cursor control device to instruct the web server to transmit a second web page corresponding to the unique page number; and

loading the second web page into the internet browser from the web server.

**17**. The method of navigating a website according to claim 16, further comprising:

loading a strolling control section into the internet browser corresponding to the second web page, the strolling control section comprising a first page indicia display corresponding to a unique page number of the second set of web pages, and a second page indicia display corresponding to a total number of pages in the second set of web pages.

**18**. The method of navigating a website according to claim 17, further comprising:

loading a strolling button into the internet browser from the web server;

selecting the strolling button with the cursor control device to instruct the web server to transmit a third web page content of a third page of the second set of linked web pages; and

loading the third web page content into the internet browser from the web server.

* * * * *

# Exhibit 9

US 20060070012A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2006/0070012 A1
Milener et al. (43) Pub. Date: Mar. 30, 2006

(54) **METHOD AND APPARATUS FOR ENHANCED BROWSING**

(76) Inventors: **Scott Milener**, San Francisco, CA (US); **Wendell Brown**, Las Vegas, NV (US)

Correspondence Address:
PARK, VAUGHAN & FLEMING LLP
39180 LIBERTY STREET
SUITE 103
FREMONT, CA 94538 (US)

(21) Appl. No.: 10/986,509

(22) Filed: Nov. 10, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/613,463, filed on Sep. 27, 2004.

**Publication Classification**

(51) **Int. Cl.**
*G06F 3/00* (2006.01)

(52) **U.S. Cl.** .......................................................... 715/822

(57) **ABSTRACT**

A method and apparatus for enhanced browsing of electronic data (e.g., web pages, documents, electronic mail). When a first page is displayed in a browser, content identified by links to other pages is prefetched. If the page contains a list of links (e.g., search results), an enhanced browsing stripe is superimposed on the links. The stripe is transparent or semi-transparent, so that a user can identify individual links in the list. As long as a user interface cursor remains within the stripe, whenever the cursor is placed over or adjacent to a link, an enhanced browsing window containing the prefetched content for that link is displayed. The stripe extends at least the length of the list of links. If the cursor reaches the end of the browser window, the browser page is automatically scrolled as necessary to view additional links or page content, and the stripe is extended accordingly.

Message Folder Window 706 · Enhanced Browsing Window 710



Link 704

Content 712

Tab 730

Ad Frame 720

Electronic Mail Message 702

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 119 of 1037



FIG. 1



FIG. 2



**FIG. 3**

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 122 of 1037



**FIG. 4**

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 123 of 1037



**FIG. 5**



FIG. 6



**FIG. 7**

US 2006/0070012 A1

Mar. 30, 2006

1

# METHOD AND APPARATUS FOR ENHANCED BROWSING

## RELATED APPLICATION

[0001]   This application claims priority to U.S. Provisional Patent Application No. 60/613,463, which was filed Sep. 27, 2004 and is incorporated herein by reference.

## BACKGROUND

[0002]   This invention relates to the field of computer systems. More particularly, a method and apparatus are provided for improving the quality and efficiency of users' browsing experiences.

[0003]   Today's browsers provide users with substandard browsing, primarily because their focus is limited to a single web page at any given time. Specifically, a browser generally displays just a single page, which may include hyperlinks to any number of other pages or sites. The browser does not allow the user to see what is on a linked page until he or she redirects the browser to that page (e.g., by selecting a hyperlink). Only then can the user determine whether the page contains anything of interest to her. If not, she must retrace her action to return to another possible branching point (e.g., by clicking a "back" button).

[0004]   This pattern—of selecting a link to go to a new page, reviewing its content, and possibly selecting a link on that page—may continue any number of levels deep, all of which must be retraced to return to a starting point. When that starting point is a list of links to web sites or pages (e.g., at a search engine site) or a list of links to goods or services (e.g., at a retail site), a user may have to traverse a number of chains of linked pages, and continually return to the starting point, in the hope of finding content that more closely matches her interest.

[0005]   In addition, when the user selects a link to navigate to a corresponding page, only then does the browser retrieve the content of that page. Depending on the bandwidth or type of communication link available to the user, and the status of the starting point and target site (e.g., how congested they are), there is often a noticeable time lag before the target page is fully displayed. When the user accesses numerous pages, as is typical during a search session with a search engine or retail/auction site, the combined duration of the time lags can cause a significant amount of wasted time. A user wishing to quickly review several links or pages can become very frustrated with her browser's response time. And, if an error is encountered while trying to load a page, the user may have to try reloading it multiple times before she is successful or before she gives up.

[0006]   Further, users receive little assistance, if any, while navigating multiple chains of linked pages. For example, when a user browses through multiple chains from a page of search results provided by a search engine, she may come across pages that, while not fully matching her interest, may bear further examination if better pages are not found. Traditionally, she would have to remember how she reached that page (e.g., the sequence of links she selected to get there) or add a bookmark to her browser. Remembering sequences of links becomes more and more difficult as they (and her browsing session) get longer and longer. And, accumulating bookmarks that are like to be of little or no interest makes bookmark management increasing difficult.

## SUMMARY

[0007]   A method and apparatus are provided for enhanced browsing of electronic data (e.g., web pages, documents, electronic mail). When a first page is displayed in a browser, content identified by links to other pages is prefetched. In one embodiment, enhanced browsing windows are generated for each link's content, and possibly a set of relevant ads, but are initially kept invisible.

[0008]   If the page contains multiple links (e.g., search results), an enhanced browsing stripe or column is overlaid or superimposed on the links. The stripe is transparent or semi-transparent, so that a user can identify individual links in the list. As long as a user interface cursor remains within the stripe, whenever the cursor is placed over or adjacent to a link, an enhanced browsing window containing the prefetched content for that link is displayed.

[0009]   In one embodiment, the stripe or column extends at least the length of the list of links and may be aligned vertically, horizontally or non-linearly, depending on the arrangement of the links. If the cursor reaches the end of the browser window, the browser page is automatically scrolled as necessary to view additional links or page content, and the stripe is extended accordingly.

[0010]   An enhanced browsing stripe or column may be displayed as soon as a first link's content is prefetched, or may be displayed when the user selects (e.g., mouses-over) a first link and a corresponding enhanced browsing window is opened.

[0011]   In one embodiment, the appearance of a link whose content is being prefetched may change in appearance (e.g., color, size) after the content has been retrieved. Further, a link's appearance may change in some other manner (e.g., to a different color) if its content cannot be prefetched.

## DESCRIPTION OF THE FIGURES

[0012]   FIG. 1 is a block diagram depicting an enhanced browsing apparatus, in accordance with an embodiment of the present invention.

[0013]   FIG. 2 depicts an enhanced browsing window, in accordance with an embodiment of the invention.

[0014]   FIG. 3 is a flowchart demonstrating a method of providing enhanced browsing, in accordance with an embodiment of the invention.

[0015]   FIG. 4 is a flowchart demonstrating a method of prefetching target content, in accordance with an embodiment of the present invention.

[0016]   FIG. 5 depicts a method of using an enhanced browsing column or stripe, in accordance with an embodiment of the present invention.

[0017]   FIG. 6 illustrates a navigation tree for facilitating a user's navigation of content that was browsed or searched, in accordance with an embodiment of the invention.

[0018]   FIG. 7 depicts an enhanced browsing window, in accordance with an alternative embodiment of the invention.

## DETAILED DESCRIPTION

[0019]   The following description is presented to enable any person skilled in the art to make and use the invention,

US 2006/0070012 A1

Mar. 30, 2006

2

and is provided in the context of particular applications of the invention and their requirements. Various modifications to the disclosed embodiments will be readily apparent to those skilled in the art and the general principles defined herein may be applied to other embodiments and applications without departing from the scope of the present invention. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein.

Introduction

[0020] In one embodiment of the invention, a method and apparatus are provided for enhanced browsing of electronic data. A user browses or navigates his browser to a first electronic page (e.g., web page, document, electronic mail message) that contains one or more links or references to other pages. When he selects (e.g., mouses-over or places a cursor over) a link to a second page, an enhanced browsing window or frame containing content of the second page is displayed on top of or in front of the browser.

[0021] The enhanced browsing window contains actual content from the second page, such as HTML (HyperText Markup Language), not just an image (e.g., a .gif or .jpg image) of the content. The content of the second page may be prefetched before the user chooses to preview it, and so the enhanced browsing window can be displayed almost immediately when the user selects the link to the second page. The contents of the window may change as the user mouses-over other links, or separate enhanced browsing windows may be generated for each link.

[0022] For purposes of describing embodiments of the invention, a "link" that identifies or is associated with data that may be prefetched may take any form—graphical, textual or other. A link may therefore include any object or information that embodies or is accompanied by a link (e.g., a hyperlink) or reference to other electronic data or content.

[0023] The apparatus for providing enhanced browsing may include various program modules, which may be written in software using any appropriate programming language or coded in firmware. An illustrative apparatus includes a graphical user interface for presenting the enhanced browsing window and controls associated with the window, a cache for caching content for display in the window, and a fetcher or prefetcher for fetching the content. The apparatus also includes one or more interfaces to servers storing ads for display in the window and data describing users' viewing activity. One such interface couples the enhanced browsing apparatus to a central server for facilitating enhanced browsing. The apparatus may be constructed as a plug-in to an existing browser (e.g., Internet Explorer, Firefox), a plug-in to another application (e.g., Microsoft Outlook) or as a complete browser or other application.

[0024] The content of the second page displayed in an enhanced browsing window may be augmented with ads, particularly ads relevant to the content. For example, the content may be analyzed to determine a theme or nature of the second page or, if the links that are prefetched comprise a list of search results, the ads may be selected based on the search criteria that yielded the search results. In one implementation of this embodiment of the invention, ads retrieved

as part of the second page's content may be replaced with different ads. In addition, content for an enhanced browsing window may be scanned for security purposes (e.g., to detect viruses, spyware, etc. Details of this enhanced browsing embodiment of the invention are provided in a following section.

[0025] In another embodiment of the invention, content of a page linked to a browsed web page (or other content) is prefetched, possibly for viewing in an enhanced browsing window. Various methods or heuristics may be applied to determine which linked pages or content to fetch or prefetch. Illustratively, when the user's browser displays a page of search results from a search engine (e.g., google.com, yahoo.com), prefetching is done automatically for some or all of the linked pages or content (e.g., web pages or sites that may have information relevant to the user's search criteria). Similarly, when the browser displays a list of links to goods or services offered for sale at a merchant or auction site (e.g., amazon.com, ebay.com), prefetching of content may automatically begin with the linked items.

[0026] Prefetching may be initiated as soon as the browser receives or displays the main browser page. The prefetching may therefore coincide with the user's review of the page and/or the list of linked pages or other content. Thus, before the user even selects a link to content that he would like to see, that content (and/or other content) may be prefetched. Prefetched content (or content that is to be prefetched) may be scanned for viruses, spyware, adware, pornography and/or other undesired content or code.

[0027] In implementations of this embodiment of the invention, a choice of what to prefetch may be heuristically determined based on the font size of a link, the link's location on the browser page, its position within a list of links, etc. Further details of this embodiment of the invention for prefetching are provided in a following section.

[0028] In yet another embodiment of the invention, a mechanism is provided for maintaining a user's ability to enjoy an enhanced browsing experience while scrolling through a list of links (e.g., hyperlinks). In this embodiment, a graphical stripe or column overlaps or is superimposed on the list. The stripe may be arranged as (or adjacent to) a border or edge of an enhanced browsing window. The list of links may extend multiple pages or screens, and the stripe is configured to extend as the list is scrolled into view. The user may scroll through the list by sliding a user interface cursor along or within the stripe (e.g., up/down or left/right). While navigating within the stripe, content described by the links is previewed or displayed in an enhanced browsing window.

[0029] Also while navigating within the stripe, as the cursor nears the boundary of the main browser in a list that is too long to fully display within the browser, the contents of the browser are scrolled. As the cursor crosses over or is aligned with a link, content from that link is displayed in an enhanced browsing window, or a separate window may be opened and closed for each link. Thus, in this embodiment of the invention, the user can very quickly scan the content of some or all links in a list. Further details of this browsing stripe embodiment of the invention are provided in a following section.

[0030] In another embodiment of the invention, the apparatus displays a graphical depiction of a user's navigation or

US 2006/0070012 A1

Mar. 30, 2006

3

viewing of content (e.g., web pages, documents, electronic mail messages). The depiction may be rendered as a vertical or horizontal tree, wherein each node corresponds to one item (e.g., web page, image, document) or one set of items.

[0031] In one implementation of this embodiment, a tree root is created when the user initiates a new search (e.g., on a search engine site or at a site offering a good or service) and a page of search results is displayed in the user's browser. When the user navigates to a page linked to the current (e.g., search results) page, a new node in the tree is generated and connected to the previous node. As the user navigates deeper by selecting additional links, more and more nodes are added. To quickly move backward in his search, the user may click on a node and be taken back to the corresponding content. From there, he may choose to navigate a different path. Similarly, the user may quickly move to any other content represented in the tree by selecting the appropriate node.

[0032] The user may be able to mark a node by altering its appearance (e.g., color, size, pattern); this may facilitate the user's return to a particular page. Further details of this embodiment of the invention are provided in a following section.

Enhanced Browsing

[0033] FIG. 1 depicts an apparatus for enhanced browsing of electronic data, according to one embodiment of the invention. In the illustrated implementation, the apparatus is configured as a plug-in to a web browser such as Internet Explorer by Microsoft Corporation, Firefox by the Mozilla Foundation, Netscape Communicator by Netscape Communications Corporation, etc. In other implementations, the apparatus may be provided as part of a distinct application or browser, or as a plug-in or add-on to a different type of application (e.g., electronic mail, instant messaging, database).

[0034] The term "target link" may be used herein to refer to links whose content is, or should be, selected for retrieval for display in an enhanced browsing window. Similarly, the term target content" may be used to refer to content that is or should be retrieved (e.g., prefetched).

[0035] Enhanced browsing apparatus 102 operates on any type of computing device (e.g., computer, personal digital assistant, web-enabled telephone) and comprises user interface 104, content prefetcher 106, cache(s) 108, ad server interface 110 and optional central server interface 112. The apparatus is coupled to a host browser in a manner similar to other plug-ins.

[0036] Enhanced browsing apparatus 102 is coupled to computer systems or networks containing web sites, web pages, documents, electronic mail messages and/or electronic data or content. The apparatus may be coupled to these entities by any types of communication links, which may be shared (e.g., network) or dedicated, and wired or wireless. In particular, apparatus 102 may be coupled to a central server, which may include or be coupled to a database or other collection of data for facilitating enhanced browsing, as described below. Content accessed through enhanced browsing apparatus 102 may also, or instead, be stored on the same computing device as the apparatus.

[0037] User interface 104 is configured to build, display and manipulate an enhanced browsing window. The user interface may also provide any number and type of controls to allow a user to navigate or manipulate content within such a window, such as buttons, icons, a toolbar, etc., and may also accept keyboard input (e.g., key sequences using the CTRL or ALT keys). The various controls may allow a user to initiate or terminate prefetching of target content, open or close an enhanced browsing window, navigate his or her browser to prefetched content (e.g., by directing the browser to a page displayed in an enhanced browsing window), prefetch content linked to content displayed in an enhanced browsing window, etc.

[0038] In particular, user interface 104 may provide controls (e.g., menus) allowing the user to customize the enhanced browsing apparatus or change how it operates. User customization options may include: size or position of an enhanced browsing window, number of target links to prefetch at a time (e.g., all, ten, twenty), how to identify or prioritize target links, default action(s) to take in response to certain user activity (e.g., when the user clicks inside a window or on a link within the displayed target content), etc.

[0039] In one embodiment of the invention, user interface 104 builds an enhanced browsing window when target content is retrieved, but keeps the window invisible until and unless the user actually indicates an interest in (e.g., mouses-over) the associated target link. The window is then made visible. Invisible windows may be stored in cache(s) 108.

[0040] Content prefetcher 106 is responsible for fetching content from appropriate sources (e.g., web sites, databases, document repositories, electronic mail gateways) based on default criteria and/or a user's specified criteria. For example, content prefetcher 106 may commence prefetching target content immediately after the browser loads or displays a page containing one or more target links, thereby taking advantage of communication bandwidth that is idle while a user examines the page. Any number of links on the browser page may be treated as target links.

[0041] Content prefetcher 106 and/or some other component of enhanced browser apparatus 102 (e.g., a separate target identification module) may be configured to identify target links. As described in the following section, prefetch templates may be employed to identify target links in some web pages or other content. Briefly, a prefetch template is designed for a specific page (or set of pages) and indicates where on the page a target link (or set of target links, such as a list of search results) may be found.

[0042] However target links are chosen (e.g., by the user, according to a default rule or template), they may be prioritized before the target content is retrieved. Rules for prioritizing target links are discussed below, and may be based upon the order of the links in a list of search results, their position on the page on which they appear, their font size, etc.

[0043] Depending on any priority assigned to a particular target link, the associated content is retrieved by content prefetcher 106. Upon retrieval of the target content, user interface 104 and/or some other component of apparatus 102 constructs an enhanced browsing window for the content.

[0044] It should be noted that prefetching is not required for all embodiments of the invention. Although prefetching content may speed up a user's browsing or previewing of

US 2006/0070012 A1

Mar. 30, 2006

4

content, other benefits of the invention may be enjoyed without content being prefetched.

[0045]  Cache(s) **108** include one or more caches for storing target links, target content, prefetch templates, enhanced browsing windows, a user history (e.g., a sequence of sites browsed or previewed) and/or other data. In the embodiment of the invention depicted in **FIG. 1**, a cache used by enhanced browsing apparatus **102** is separate and distinct from any cache(s) maintained by the browser.

[0046]  In the illustrated embodiment of the invention, when target content is displayed in an enhanced browsing window, it may be accompanied by one or more advertisements. The retrieval of ads is managed by ad server interface **110**. The ad server interface interacts with any number of ad sources (e.g., advertisers, media organizations) and/or central server **120**. For example, when an ad is needed, ad server interface **110** may communicate with central server **120** to determine which ad(s) to retrieve. The ad server interface may then contact the appropriate source to obtain the ad or retrieve it from the central server. The same ads may be displayed in enhanced browsing windows opened for different target links, particularly for all target links appearing on one browser page.

[0047]  Ads may be content-based, to match or reflect target content within an enhanced browsing window, or may be matched to a main browser page containing the associated target link. For example, if target links on the main browser page comprise a list of search results, the search terms that yielded the search results may be used to select an ad. Thus, ad selection may be made by apparatus **102**, central server **120**, some other entity (e.g., an ad source) or any combination of these components.

[0048]  Central server **120** maintains a database or other collection of prefetch templates, user behavior (e.g., navigation activity or patterns), prefetch or prioritization heuristics, and/or other data. In particular, the central server may collect, from users' enhanced browsing apparatuses, information regarding web pages (or other content) accessed by the users, what links in those pages were selected for browsing or previewing, the order in which they were browsed, etc.

[0049]  This information may be used to help generate prefetch templates, to prioritize prefetching, and/or for other purposes. For example, by assembling such information on central server **120** from many users' enhanced browsing apparatuses, the most popular links within content viewed by those users can be determined and/or prioritized for prefetching. Some or all of this data may be replicated on, or shared with, enhanced browsing apparatus **102**.

[0050]  Central server **120** may also be a source of ads and content for display in an enhanced browsing window. The central server may be operated by an organization that provides enhanced browser apparatus **102** or by a different organization.

[0051]  Optional central server interface **112** communicates with central server **120** to access and share data with the central server, as described above. Thus, the central server interface may forward to the central server information regarding a user's activity (e.g., sites visited, links clicked, search terms employed) and may retrieve informa-

tion useful in identifying or prioritizing target links (e.g., prefetch templates, analyses of users' preferred links or content).

[0052]  In other embodiments, an enhanced browsing apparatus may include more or fewer components, or the functionality of the components described above may be distributed in a different fashion. For example, an enhanced browsing apparatus may also include a component for scanning prefetched content for viruses, pornography (or other material unsuitable for certain users), spyware, adware, other malware, etc.

[0053]  Further, one alternative embodiment of the invention may be implemented without prefetcher **106** or cache **108**. In this embodiment, when a user browses a first page and mouses-over or hovers near a link to a second page, an enhanced browsing window may still be displayed with content from the second page, but the content may not be retrieved until the mouse-over. And, the apparatus may make use of the browser's cache or another cache already available on the user's computing device.

[0054]  **FIG. 2** depicts an enhanced browsing window according to one embodiment of the invention. In **FIG. 2**, browser **200** (e.g., Microsoft Internet Explorer) is open to a first page **202**, which includes a list of links **204** (e.g., **204**a-**204**i). Links **204** are search results in this example, but in other implementations may comprise any types of links, to any type of content. The content identified by or associated with links **204** may or may not be inter-related. For example, if the links comprise search results, as do links **204** in page **202**, their content may be considered inter-related.

[0055]  Enhanced browsing window **210** is positioned so as to allow a user to see portions of links **204**. However, in other implementations, window **210** may cover links **204** to a greater or lesser degree. Alternatively, any or all of window **210** may be made fully or partially transparent, so that some or all of the content of browser page **202** is viewable even when window **210** is displayed. As described above, enhanced browsing window **210** may be constructed and cached prior to being displayed.

[0056]  When a user mouses-over the link (e.g., link **204**i) corresponding to the content **212** of the enhanced browsing window, the window is automatically and quickly displayed. The size and/or position of window **210** may be adjustable by a user, but limits may be placed on the user's ability to re-size or re-position the window.

[0057]  Ad frame **220** is also positioned within enhanced browsing window **210**. The ad frame may be arranged in any position or along any edge of the window. Illustratively, ads received along with or as part of content **212** from a location identified by link **204**c may be removed prior to display of the content within window **210**.

[0058]  Content **212** may be reduced in font size to allow it to more fully fit within window **210**, and/or scroll bars (e.g., scroll bar **214**) may be provided to allow a user to scroll vertically and/or horizontally. The user may be able to close window **210** by simply moving the cursor out of the enhanced browsing window (e.g., to somewhere within browser page **202**). If the user clicks within window **210**, page **202** of browser **200** may be replaced by the page or content displayed in the enhanced browsing window.

[0059] In one embodiment of the invention, a selectable tab or drop-down menu **230** is positioned adjacent to enhanced browsing window **210**. Illustratively, clicking on tab **230** opens a menu allowing a user to customize one or more features of the enhanced browsing window or apparatus (e.g., size of window **210**, how long the user must pause over a link before the window opens, degree of transparency).

[0060] In other embodiments of the invention, other user interface controls or options may be provided. For example, a set of controls may be provided to allow a user to specify how the enhanced browsing apparatus should act when the user takes certain action (e.g., clicks on or mouses-over a link within an enhanced browsing window, clicks within a window but not on a link, mouses-over a second target link while a first link's content is still being previewed).

[0061] In one implementation, buttons (e.g., "load," ""prefetch content from all links") may be provided with an enhanced browsing window to allow a user to specifically request the target content or target page to be loaded into a browser, to prefetch content, or take some other action. For example, a "hold" button may allow a user to specify that the enhanced browsing window should remain open on its current content regardless of subsequent mouse movements, perhaps until the user selects a "hold off" button or clicks within the window.

[0062] Another button or control may be provided to enable a user to immediately return to the results of the latest search he or she conducted. For example, every time the user initiates a search, a "Back to Search Results" button may be configured with the URL (Uniform Resource Locator) of the search results. Then, until the user initiates a new search, he or she can select the button to return (in his or her browser or an enhanced browsing window) to the latest results.

[0063] **FIG. 7** depicts an enhanced browsing window according to another embodiment of the invention. In **FIG. 7**, enhanced browser window **710** is employed to preview content within an electronic mail application (e.g., Microsoft Outlook).

[0064] In the illustrated implementation, when electronic mail message **702** is displayed, content identified by or associated with a link included in the message (e.g., link **704**) may be prefetched. Thus, content **712** within enhanced browsing window **710** comprises content retrieved from a location identified by link **704**. The enhanced browsing window also includes ad frame **720**, which may present ads relevant to content **712** or message **702**.

[0065] In another implementation, an enhanced browsing window may be employed to preview content of electronic mail messages, such as messages listed or indexed in message folder window **706**.

[0066] **FIG. 3** demonstrates a method for enhanced browsing, according to one embodiment of the invention. This method may be employed with apparatus **102** of **FIG. 1** and is thus implemented on a user's client computing device, which is equipped with a browser.

[0067] In state **302**, the user's browser is opened at a web page or other collection of content, which may be considered the "browser page" herein to differentiate it from another page or other target content displayed in an enhanced browsing window.

[0068] In state **304**, the enhanced browsing apparatus applies default or custom rules to locate a target link on the browser page. Any number of additional target links may also be identified. For example, the apparatus may automatically locate all links on the browser page and treat them as target links. Or, the apparatus may apply a prefetch template, customized for the browser page, to identify links that are most likely to be of interest to the user.

[0069] A prefetch template may be stored (e.g., cached) within the enhanced browsing apparatus, or may be stored on a central server for retrieval by the apparatus before or when the browser page is opened. As yet another alternative, the template or other information for identifying (and/or prioritizing) target links may be retrieved from the same server that served the browser page, or may be received as part of the browser page.

[0070] In state **306**, content associated with the target link is prefetched. The target content may include all or a portion of the web page, document, image or other data identified by the target link. Thus, the target content may include HTML, XML or other markup language, but is not just an image of the content. As will be seen below, because the actual content is prefetched, it can be presented in a readable, understandable manner, and can be navigated (e.g., if it contains links). In particular, the prefetched content will not be presented as "thumbnails" or other non-navigable, illegible images.

[0071] One or more ads may also be retrieved, to display with the target content. As described above, the ads may be retrieved from any suitable ad source, and may be selected based on the target content, the browser page, search terms entered by the user, the user's browsing history, or other information.

[0072] In one embodiment of the invention, a target link changes appearance (e.g., color, font size, underlining, bold) to indicate when its content has been prefetched. Thus, a target link may first appear (in the browser page) in a first color (e.g., light blue), but then change to a different color (e.g., dark blue) after the target content has been fetched. In one implementation, multiple color palettes may be employed to allow link colors to be changed easily and rapidly.

[0073] Advantageously, after content for a target link is prefetched, if the user navigates the browser to that link (i.e., by clicking on it), the content can load almost immediately from the enhanced browsing apparatus' cache (or wherever else it was stored). Thus, the user's browsing experience is enhanced even without using an enhanced browsing window to preview content.

[0074] In state **308**, an enhanced browsing window is constructed and populated with the target content and any ads that were retrieved to accompany the content. The content may be resized or may retain its full size, in which case scroll bars may be provided for scrolling vertically and/or horizontally. In different implementations of this embodiment of the invention, ads that were received as part of the target content may be retained, excised or replaced.

[0075] In one implementation, when target content from multiple target links is prefetched, enhanced browser windows may be generated (but not displayed) for any number of the links. Thus, if content is prefetched for fifty target

links, enhanced browsing windows may initially be generated for any number of the target links, from zero to fifty. Windows may be generated for the remainder later (e.g., after the user starts previewing content).

[0076] In state **310**, the window is cached without being displayed. By constructing the window before it needs to be displayed, the enhanced browsing window can be presented almost instantly when the user indicates an interest in the target link. In the method of **FIG. 3**, a separate enhanced browsing window is constructed and cached for each target link whose content was prefetched. Thus, states **304** through **310** may be repeated for any number of target links.

[0077] In state **312**, the enhanced browsing apparatus detects a user mouse-over or other selection of the target link. When a user interface cursor (e.g., mouse cursor, a cursor or selector controlled by the TAB key) appears over or adjacent to the target link, a predetermined period of time (e.g., one second) may be required to pass before the window containing the target content will be switched to visible status. This time period may be adjustable by the user. Illustratively, if the user employs a keyboard for input (e.g., instead of a mouse), selection of the target link may be identified by the user's tabbing to the link and pausing for the necessary time period.

[0078] In state **314**, when it is determined that the user has moused-over or otherwise selected or expressed an interest in the target link, the enhanced browsing window is made visible. In one implementation, the window is approximately 75% of the size of the user's browser, and may be positioned adjacent to (or overlapping) the target link or a list of links that includes the target link. The screen cursor may be positioned within the enhanced browsing window, near (or over) the target link.

[0079] In optional state **316**, enhanced browsing may be extended to the target content so that the user can navigate the content or the enhanced browsing window. That is, one or more links within the target content may be treated as target links, in which case their associated content is prefetched. Then, if the user mouses-over a target link in the target content, another enhanced browsing window may be created to display the new target content. Or, the target content of the enhanced browsing window may be replaced with the new target content.

[0080] Illustratively, if the user clicks on the target link associated with the target content, or left-clicks (i.e., clicks the primary mouse button) within the target content (but not on a link), the browser page may be replaced by the target content or the page containing the target content. The same action may be taken if the user leaves the cursor within the enhanced browsing window for a predetermined period of time (e.g., 5 seconds). If the user clicks on a link within the target content, the linked content may replace the target content within the enhanced browsing window or the user's browser may be directed to that content or page.

[0081] In state **318**, if the user moves the cursor out of the enhanced browsing window, it may close because it may be assumed that the user is no longer interested in viewing the target content. Or, right-clicking (clicking a mouse button other than the primary button) within the window (e.g., but not on a link) may cause it to close.

[0082] If the user moves the cursor from the window to a second target link, the window may disappear and be replaced with the enhanced browsing window constructed for the second target content (or the target content may be replaced by the second target content).

[0083] As one skilled in the art will recognize, the enhanced browsing experience described herein differs significantly from a traditional "pop-up" within a web page. Traditional pop-ups, when selected, merely display information that was received with or as part of the web page. In contrast, an enhanced browsing window displays content from a different page or source, and that content may be navigable. In one implementation, the enhanced browsing apparatus may be configured to suppress traditional pop-ups.

[0084] The illustrated method ends after state **318**.

[0085] In one implementation of this embodiment of the invention, as a user mouses-over different target links and new enhanced browsing windows are opened, the same or similar ads may accompany each set of target content. The ads may change, however, if the user directs her browser to a different page, initiates a new search (with new search terms) in the browser page, or doesn't click on any of the ads. In the latter case, if a set of ads is presented a number of times and the user expresses no interest in them, another examination may be performed of the user's latest search criteria and/or the content of pages she has chosen to view, and a new set of ads may be selected for placement in an enhanced browsing window.

[0086] In another implementation of this embodiment of the invention, a user's enhanced browsing apparatus or windows may be branded or customized by an organization that provides the enhanced browsing apparatus (e.g., a favored web site) or by some other organization. In this case, an enhanced browsing window may be constructed with the provider's logo, with a link to the provider, with ads sponsored by the provider, etc.

[0087] In yet another implementation, the enhanced browsing apparatus is installed and operated at a central server. In this implementation a user navigates to the server to engage and employ the apparatus. This implementation may be well suited for thin clients.

Prefetching Target Content

[0088] In one embodiment of the invention, methods are provided for identifying and/or prioritizing target links for retrieval of associated target content. The links may be identified within a web page or other browsable object (e.g., document, image, electronic mail message). Content from any number of links on the page (i.e., zero or more) may be retrieved.

[0089] As described in the preceding section, prefetching of content may be done in a default manner, or may be based on user-specified criteria and/or criteria customized for a particular web page or site. Thus, content from links that are more popular or more likely to be selected by a user may be prefetched before (or instead of) content from links less likely to be selected by the user.

[0090] In one implementation of this embodiment of the invention, a prefetch template may be used to identify a set of links on a page. A prefetch template may be designed for a specific web page or site, to identify target links (or recommended target links) by their location or position on the page. For example, lists of search results (e.g., from a

search engine or merchant web site) may be located in various locations on different pages (e.g., in a single column on the left or right hand side of a page, in a two-column table), and prefetch templates for those pages would be designed accordingly.

[0091] Content described by links other than those identified by a prefetch template may also be prefetched, but the target links identified by the prefetch template may be awarded higher priority. Illustratively, the default order of prefetching target content may match the order in which their links are posted on the page (or in a list of search results), or content for some or all target links may be prefetched simultaneously (e.g., in parallel)

[0092] Enhanced browsing apparatuses may maintain (or even generate) prefetch templates, or may retrieve them from a central server or other source. Thus, when a particular page is loaded into a browser, an enhanced browsing apparatus operating with the browser may quickly retrieve a prefetch template from the central server.

[0093] In another implementation, a prefetch template for a web page (or other content) may comprise a list of target links on that page. The list may be prioritized, and may be derived by observing any number of users' selection of links while browsing or viewing the page. Thus, a central server may collect data regarding multiple users' browsing activity (e.g., pages visited, links selected), and distill the data to identify and/or prioritize links on web pages those users' visited.

[0094] In other implementations of this embodiment of the invention, all links on a page may be treated as target links by default, or all links within a list of search results. Content from any number of target links may be prefetched in any order and/or in parallel with other links' content. Yet further, a link retrieved as part of the content associated with a target link may also be treated as a target link, in which case content that is multiple pages or multiple links removed from the current page (the current page to which a browser is open) may be prefetched without leaving the current page.

[0095] In yet other implementations, heuristics may be used to help identify and/or prioritize target links, in addition to or instead of using a prefetch template (e.g., for a page for which no prefetch template is available). For example, a set of heuristics may specify that links having certain characteristics or meeting certain criteria should be target links, or that target links should be prioritized based on those characteristics or criteria. Illustrative characteristics include: the region of a page in which a link is located (e.g., center, top, left side), font size, link color, the number of links to the same content (e.g., the more links there are to a particular page of content, the higher priority it should receive), a link's proximity to an image or other notable content, etc.

[0096] In another implementation of this embodiment a user may be able to select or de-select target links for prefetching. For example, the user may be able to enter one particular key sequence (e.g., ALT-B) or select one particular control or button within a user interface to instruct a content prefetcher to target one certain link, or all links, on a page, or some other key sequence (e.g., ALT-N) or control to prevent the apparatus from targeting a certain link or any links.

[0097] A user may be able to train an enhanced browsing apparatus to identify target links. For example, the user may

be able to select desired target links on a page (e.g., by drawing a box around them, by mousing-over or clicking on them), after which the apparatus memorizes the links for automatic identification the next time the user visits the page. Illustratively, to train the apparatus the user may first initiate a training mode (e.g., by activating a particular user interface control), then select the target links and disengage the training mode.

[0098] In one implementation, a user may be able to construct or customize a prefetch template, which may be useful if the user often visits a page for which the enhanced browsing apparatus does not have a template. A user interface for the apparatus may provide controls allowing the user to construct the template by identifying locations of target links in the page, by specifying that all links are target links, by selecting individual links as target links, choosing characteristics for selecting target links, etc.

[0099] As described above, an enhanced browsing apparatus may collect a user's browsing or previewing (i.e., enhanced browsing) activity to help identify target links. Thus, if the user frequently selects or navigates to links arrayed along the right side of pages at a particular site, upon a subsequent visit to that site the user's enhanced browsing apparatus may automatically treat such links as target links and prefetch their associated content. Similarly, if the user selects links in a set of links in a particular order (e.g., top to bottom, bottom to top, left to right), the enhanced browsing apparatus may prioritize prefetching of the links' content accordingly.

[0100] Data accumulated by the apparatus may be shared with a central server in order to accumulate and analyze data for multiple users, which may then be distributed to their (and/or other users') enhanced browsing apparatuses to help identify or prioritize target links. For example, based on activity data collected from users who visited a particular web site, the central server may identify certain links (or links in a certain location of a page at that site) as being most popular. That information may be shared with users' apparatuses to make those links target links. In one implementation, however, users may be provided with an option to not share information regarding their browsing activity.

[0101] Thus, a centralized database for identifying and/or prioritizing target links may be maintained. Individual enhanced browsing apparatuses may receive data from the database on periodic intervals, when a browser is opened (or opened to a particular page), or on some other schedule. For example, when a browser is directed to a particular page, the database may be accessed to retrieve pertinent data.

[0102] In addition to, or instead of, collecting at a central database data regarding users' activity (e.g., what sites they visited, what links they clicked on), similar data may be retrieved from web sites. This information may indicate which pages/links were most often selected by the web sites' visitors, the most popular order in which they were selected, etc. This information may be retrieved by a central server or by a user's enhanced browsing apparatus.

[0103] In one method of prefetching, links may be chosen as target links, or target links may be prioritized for prefetching, based on a point system. For example, from information accumulated by the enhanced browsing apparatus or a central server, links on a web page may be assigned points

8

based on their popularity (e.g., how often they were selected). Points may also be awarded based on heuristics (e.g., font size, location of a link within a page). The more points awarded to a link, the more likely it is treated as a target link and/or the higher priority it will receive for prefetching.

[0104]    Prefetching is not limited to links present or visible in a single page. For example, a page displayed in a browser may be too long to view at once, and so some links on that page may be off-screen. Further, and as can be seen with search result listings, a list of links may span multiple pages, with each page linked to the next (e.g., using "previous" and "next" buttons). Therefore, in one method of prefetching content for enhanced browsing, links may be target links even if they are off-screen or on a page linked to the current page. In general, any number of pages that continue or are forward-linked to a current page (e.g., by next buttons) may be prefetched, and/or links appearing on those pages.

[0105]    In addition, when a web page or other content that contains links is prefetched or displayed in an enhanced browsing window, those links may be treated as target links. Thus, a user may use the enhanced browsing window to quickly navigate several levels or links away from the page to which his or her browser is currently opened.

[0106]    In one method of prefetching, when target content cannot be retrieved, the target link's appearance may be altered. For example, the link may be changed to a different color (e.g., gray, yellow) to alert a user that the link is not functional. Prefetching may fail because a target link is broken or a "page not found" error is received, a necessary certificate or other security token is not available, or for various other reasons.

[0107]    In one implementation of this embodiment of the invention, prefetched content, or content to be prefetched, is scanned for viruses, malware (e.g., spyware, adware), obscene or pornographic material, etc.

[0108]    FIG. 4 demonstrates a method of prefetching electronic data or content, according to one embodiment of the invention. As described above, prefetching may be performed in many different ways in other embodiments.

[0109]    In state 402, a user's browser is opened at a web page or other electronic content (e.g., document, image, electronic mail message), which may be considered the "browser page" herein to differentiate it from a page or other target content displayed in an enhanced browsing window.

[0110]    In state 404, a set of data for identifying target links in the browser page may be retrieved from local or remote storage (e.g., from a central server). The data may include a prefetch template, a list of specific links, heuristics, etc.

[0111]    In state 406, one or more target links are selected in a default manner (e.g., all links on the page) and/or using data retrieved in state 404. For example, if the page contains a relatively small number of links (e.g., five, ten), they may all be considered target links (and prefetching may begin immediately) without waiting for data designed to facilitate the identification of target links. Some or all of the links are to pages or sites different from the browser page, and therefore will require prefetching of content from different locations than the browser page was received from.

[0112]    In state 408, the target links may be prioritized. For example, data for prioritizing target links may be retrieved separately or in conjunction with data for identifying target links. Data for prioritizing target links may include information regarding the relative popularities of links on the page (e.g., from a central server, from the web site that provided the browser page), a recommended order of priority, heuristics, etc.

[0113]    In state 410, the target content is prefetched. If the target links were prioritized, their content may be prefetched in priority order. Additionally, content from multiple target links may be retrieved in parallel. The number of prefetch operations performed in parallel may depend upon the available communication bandwidth. For example, if the user has a broadband connection, more prefetches may be done in parallel than if the user has a dial-up connection.

[0114]    Illustratively, the prefetched content may include the full content described by a target link or located at the specified location (e.g., URL or Uniform Resource Locator). Or, some of the content located at or retrieved from that location (e.g., an ad, an image) may be discarded.

[0115]    In state 412, it is determined whether prefetching should proceed to the next level (i.e., to links within prefetched content) or another page. If so, another page is selected, such as a page retrieved as target content in state 410, and the method returns to state 404. Otherwise, the method ends.

[0116]    State 412 may be applied sometime after target content is retrieved. For example, after content is retrieved in state 410, it may be cached until a user chooses to preview it in an enhanced browsing window. When this occurs, the method of FIG. 4 may be applied to the page or content being previewed.

[0117]    In another method of prefetching, identification of target links and/or prioritization of target links for prefetching may be dynamic, and depend upon a user's enhanced browsing activity. For example, if a user selects for previewing a first link in a particular position on a web page, it may be assumed that he or she will also want to preview content from links close to the first link. Thus, some prediction may be made to what content a viewer may wish to preview.

[0118]    In yet another implementation of this embodiment of the invention, content may be prefetched from a pay-per-click or pay-for-performance ad (e.g., a textual ad, a banner, an image) without the prefetching counting as a "click." In particular, an ad or other type of content may register each user "click through" (or selection) of the ad, with each click through generating revenue to an entity that presented the ad.

[0119]    In this implementation, content from the ad is prefetched like other content, but no "click through" is registered until the user actually selects the ad for browsing (or, in one alternative implementation, until he mouses-over the ad). Illustratively, when the ad content is prefetched, the URL or XML code used for the prefetching may include a tag, keyword or other indicator that the ad content is not being retrieved as part of a click through. When the user selects the link (i.e., generates a click through), then a normal "click through" of the ad may be initiated. This helps ensure that the ad revenue is correctly apportioned. How-

9

ever, the content may be served from the prefetched version rather than awaiting the newly requested copy.

Enhanced Browsing Stripe

[0120] In one embodiment of the invention, an enhanced browsing stripe or column is provided for facilitating enhanced browsing of target content identified by multiple links in a page. For example, when a list of search result links (e.g., from a search engine, from a merchant or auction site) is displayed in a browser, the enhanced browsing stripe may be overlaid or superimposed on the list.

[0121] A user interface cursor may then be moved within the stripe and, as the cursor passes over or adjacent to a link, an enhanced browsing window may be opened to display the target content. Or, if an enhanced browsing window is already open, the displayed target content may change as the cursor reaches different links.

[0122] In different implementations, an enhanced browsing stripe or column may be horizontal, vertical, diagonal or even non-linear, so as to overlay or remain close to links in a browser page. A stripe may be of any thickness (e.g., one-quarter inch, one centimeter), and may be transparent or semi-transparent (e.g., light gray) so as to allow a user to read or identify a link underneath the stripe.

[0123] When a list of links is first presented (e.g., in a browser page), the stripe may or may not be automatically applied. If not, when a user mouses-over or selects a first target link in a list and an enhanced browsing window is displayed with the corresponding target content, the stripe may be presented at that time. The stripe may therefore appear adjacent to an enhanced browsing window or as one edge or border of the window.

[0124] In FIG. 2, stripe 230 is placed adjacent to the left edge of enhanced browsing window 210, but only extends over the list of links 204, not the full length of the window. The stripe may extend the full length of the window in other implementations. As can be seen in FIG. 2, stripe 230 extends below the bottom edge of window 210, so that it appears over all links 204.

[0125] In one implementation, when an enhanced browsing window is opened and an enhanced browsing stripe displayed, a user interface cursor (e.g., mouse cursor 240 in FIG. 2) may be moved to a position within the stripe and on top of or near the target link whose content is displayed within the window. This may make it easier for a user to quickly preview content from other links, by moving the cursor within the stripe to those links. The stripe may be closed or removed if the cursor is moved (or clicked) outside of the stripe and an open enhanced browsing window. Alternatively, the cursor may be initially placed within the enhanced browsing window.

[0126] If the cursor is moved within the stripe to one end of the stripe, and the list of links associated with the stripe extends past that end, off the display device (e.g., to another page or screen), the web page or other content containing the list of links may be automatically scrolled to reveal additional links. The stripe will automatically extend as the content is scrolled, for as long as additional links appear. Alternatively, a stripe may extend even beyond the list of links, to allow a user to continue scrolling the web page (e.g., to the end of the page). If an enhanced browsing

window is open when the web page is scrolled, the window may remain in the same location of the display device as scrolling continues.

[0127] An enhanced browsing stripe may be generated and maintained by a user interface or other component of an enhanced browsing apparatus.

[0128] FIG. 5 demonstrates a method of using an enhanced browsing stripe or colurn to facilitate enhanced browsing, according to one embodiment of the invention.

[0129] In state 502, a user's browser is opened at a web page or other electronic content (e.g., document, image, electronic mail message) that contains a list of search result links. The web page may be considered the "browser page" herein to differentiate it from a page or other target content displayed in an enhanced browsing window.

[0130] In state 504, target links are identified, including some or all of the search result links. Any or all links may be identified by default, a prefetch template may be applied, a list of most popular links may be used, etc. The links may be prioritized, and content identified by some or all target links is retrieved.

[0131] Enhanced browsing windows may be constructed (but not yet displayed) for target content for some or all of the target links. Illustratively, all target content is retrieved, but not necessarily all at the same time (i.e., in parallel).

[0132] In state 506, an enhanced browsing stripe is displayed on top of the list of search results. The stripe may be displayed as soon as one or more target links' content is retrieved, may be displayed when a first enhanced browsing window is displayed, or may be displayed as soon as the target links are identified.

[0133] In state 508, as the user moves a user interface cursor over target links, but within the enhanced browsing stripe, target content for the links is displayed in one or more enhanced browsing windows. For example, a first window may be opened when the user mouses-over a first target link. That window may remain open while the user moves the cursor, and other links' content may replace the first link's content in the window. Alternatively, an enhanced browsing window may open when the user mouses-over a target link, and then close when the cursor leaves the link.

[0134] In state 510, if the cursor is moved to the edge of the browser window and the list of search results extends to another page or screen, the browser page will be scrolled as needed (e.g., upward, to the left) to bring other links onscreen. The enhanced browsing stripe will extend or elongate as the page scrolls. After state 510, the method ends.

Graphical History Navigation Tree for Searching/Browsing

[0135] In one embodiment of the invention, a method and apparatus are provided for facilitating a user's navigation or browsing of search results or some other collection of interrelated links to electronic data. In one implementation of this embodiment, a graphical history navigation tree is rendered, wherein each node corresponds to a different web page or other set of data (e.g., documents, images, electronic mail messages).

[0136] The tree may be displayed anywhere within the user's display screen, such as within a window placed

US 2006/0070012 A1

Mar. 30, 2006

10

immediately below an enhanced browsing window (or immediately below a location at which an enhanced browsing window may be opened), along the left or right side of the display screen, etc. Within its window, a history navigation tree may start with a root representing a new set of search results or a new browsing session, and thereafter grow in any direction (e.g., from left to right, from top to bottom). A new tree root may be placed when a new search is initiated, when a new browser window is opened, or anytime a user requests a new tree be started.

[0137] Execution of a new search may be detected by monitoring the web site or page a user is browsing. Initiation of a new browsing session may be assumed when a browser is opened. If the site the user is browsing employs a search engine and the user engages the engine, a root of a new history navigation tree may be placed at that time. Any previous history navigation trees may still appear in the same window, but may be scrolled off-screen as the current tree grows.

[0138] In one embodiment, each time the user navigates (e.g., in the browser) to or previews (e.g., in an enhanced browsing window) one of the search result listings (or some other top-level link within the page being browsed), a new child node is added to the current tree and connected to the root. As the user continues to navigate or preview linked content, yet more nodes are added and linked to the history navigation tree. Thus, for each page, site or other collection of content the user accesses, another node is added to the tree.

[0139] Thereafter, the user can quickly navigate to or preview content previously visited by selecting the appropriate node. Illustratively, if the user clicks (e.g., left-clicks) on a node, the user's browser is opened to the corresponding content. If the user mouses-over a node (e.g., for a predetermined period of time) or right-clicks on the node, the corresponding content may be opened for previewing in an enhanced browsing window.

[0140] Thus, an enhanced browsing apparatus's cache may store content corresponding to any number of nodes in the current history navigation tree, and/or previous trees. Alternatively, the content may be retrieved from the target page or site at the time the user clicks on or mouses-over a node.

[0141] When the user clicks on or mouses-over a node corresponding to a particular web domain or site, a list of links visited at that domain may be displayed. Thus, a node may represent a collection of web pages or content, not just a single document.

[0142] A user may be permitted to alter the appearance of a node. For example, if the user decides that a particular page warrants a closer examination if nothing more interesting or helpful is found, he may choose to change the node's color, size or other characteristic (e.g., make it blink, animate it) to mark it. One particular marking may be applied to identify the node corresponding to content the user is currently browsing or previewing.

[0143] Similarly, the user may be able to notate a node and/or search (e.g., to name the search) by selecting it (e.g., right-clicking) and entering his notes into a file that will be saved with the tree.

[0144] As described above, a new search[browsing history navigation tree may be started for each new search. However, when a user merely modifies the search terms of a current (or previous) search, this may simply result in a new branch being added to the current (or previous) tree.

[0145] A search/browsing history navigation tree may be generated and maintained by a user interface or other component of an enhanced browsing apparatus.

[0146] **FIG. 6** depicts a search/browsing history navigation tree, according to one embodiment of the invention. Program code for generating such a tree may be implemented as a plug-in to an existing browser,

[0147] In **FIG. 6**, window **602** tree frame **604** and ad frame **606**. The horizontal nature of window **602** makes the window suited for placement above or below an enhanced browsing window. In other embodiments, window **602** may be oriented vertically.

[0148] The history navigation tree displayed in tree frame **604** begins with root **610**, which, in this example, corresponds to a search for a used Honda automobile. This search may have returned any number of links to relevant content. Among those links, the user has so far browsed or previewed web pages or sites identified by two top-level links, corresponding to nodes **612**, **614**.

[0149] As the user visited or previewed content linked to those pages, additional nodes were added to represent that content. As shown in **FIG. 6**, any number of nodes may be notated. Such notations may be automatically extracted from HTML of the corresponding content, or may be specified by the user. Logos of organizations associated with a node's content may be displayed in addition to (or instead of) descriptive text.

[0150] Window **602** is expanded in **FIG. 6** to allow for closer inspection. In different implementations of this embodiment of the invention, the window may be relatively narrow in height (when aligned horizontally) or width (when aligned vertically), on the order of 0.5 inches to 1.5 inches.

[0151] The visual history navigation tree allows a user to easily track his navigation and quickly jump from one node's content to another's. Because window **602** may remain open even after the user navigates away from the search results, he can quickly and easily return. Window **602** may include standard controls (e.g., buttons) to close, expand, minimize or otherwise manipulate the window.

[0152] Because a history navigation tree may be saved (e.g., to disk), the user may open a history navigation tree window (e.g., using the normal browser drop-down menus), which may be automatically populated with the most recent tree.

[0153] Ads displayed in ad frame **606** may include ads relevant to the search associated with the tree in tree frame **604**, ads relevant to the specific node the user is at, pay-per-click sponsored ads, etc. Either or both of tree frame **604** and ad frame **606** may include scroll bars (horizontal and/or vertical).

[0154] The program environment in which a present embodiment of the invention is executed illustratively incorporates a general-purpose computer or a special purpose device such as a hand-held computer. Details of such devices

US 2006/0070012 A1

Mar. 30, 2006

11

(e.g., processor, memory, data storage, display) may be omitted for the sake of clarity.

[0155] It should also be understood that the techniques of the present invention may be implemented using a variety of technologies. For example, the methods described herein may be implemented in software executing on a computer system, or implemented in hardware utilizing either a combination of microprocessors or other specially designed application specific integrated circuits, programmable logic devices, or various combinations thereof. In particular, the methods described herein may be implemented by a series of computer-executable instructions residing on a suitable computer-readable medium. Suitable computer-readable media may include volatile (e.g., RAM) and/or non-volatile (e.g., ROM, disk) memory, carrier waves and transmission media (e.g., copper wire, coaxial cable, fiber optic media). Exemplary carrier waves may take the form of electrical, electromagnetic or optical signals conveying digital data streams along a local network, a publicly accessible network such as the Internet or some other communication link.

[0156] The foregoing embodiments of the invention have been presented for purposes of illustration and description only. They are not intended to be exhaustive or to limit the invention to the forms disclosed. Accordingly, the scope of the invention is defined by the appended claims, not the preceding disclosure.

What is claimed is:

1. A computer-implemented method of facilitating enhanced browsing of electronic content, the method comprising:

when a first page of electronic content is browsed in a browser, identifying within the first page a set of links to other pages of electronic content, including a first link to a second page;

superimposing a stripe on the set of links within the browser;

detecting placement of a cursor within said stripe and in proximity to the first link; and

in response to said detecting, displaying an enhanced browsing window containing electronic content of the second page.

2. The method of claim 1, wherein the set of links comprises a list of search results.

3. The method of claim 1, wherein said superimposing comprises:

displaying a non-opaque graphical stripe extending over every link in the set of links.

4. The method of claim 1, further comprising:

automatically extending said stripe as the first page is scrolled within the browser, so that said stripe remains superimposed on the set of links.

5. The method of claim 1, further comprising:

detecting placement of the cursor within said stripe and near an end of said stripe; and

automatically scrolling the first page within the browser.

6. The method of claim 5, further comprising:

automatically extending said stripe as the first page is scrolled.

7. The method of claim 1, further comprising, prior to said detecting:

constructing, without displaying, the enhanced browsing window containing the electronic content.

8. The method of claim 1, further comprising, prior to said detecting:

for each of the one or more links, including the first link, prefetching content from a page of electronic content identified by the link.

9. The method of claim 8, further comprising, after said prefetching of content from the second page:

altering an appearance of the first link.

10. The method of claim 1, further comprising:

automatically closing the enhanced browsing window when the cursor is moved from a position inside the enhanced browsing window to a position outside the enhanced browsing window and outside said stripe.

11. The method of claim 1, further comprising, prior to said displaying:

caching the enhanced browsing window in a cache distinct from a cache used by the browser.

12. The method of claim 1, wherein the electronic content of the second page is navigable content including one or more hyperlinks.

13. The method of claim 1, wherein the electronic content of the second page includes HTML (HyperText Markup Language).

14. A computer readable medium storing instructions that, when executed by a computer, cause the computer to perform a method of facilitating enhanced browsing of electronic content, the method comprising:

when a first page of electronic content is browsed in a browser, identifying within the first page a set of links to other pages of electronic content, including a first link to a second page;

superimposing a stripe on the set of links within the browser;

detecting placement of a cursor within said stripe and in proximity to the first link; and

in response to said detecting, displaying an enhanced browsing window containing electronic content of the second page.

15. A graphical user interface for facilitating enhanced browsing of electronic data, comprising:

a browser window for displaying a first page of electronic data, wherein the first page comprises a plurality of links to other pages of electronic data; and

a non-opaque stripe superimposed on the plurality of links.

16. The graphical user interface of claim 15, further comprising:

an enhanced browsing window configured to display content identified by one of the links in the plurality of links.

US 2006/0070012 A1              Mar. 30, 2006

12

17. The graphical user interface of claim 16, wherein:

the first page is larger than the browser window; and

said stripe is configured to extend as the first page is scrolled within the browser window.

18. The graphical user interface of claim 17, wherein said stripe extends to remain superimposed on the plurality of links.

19. The graphical user interface of claim 16, wherein said stripe is aligned adjacent to one edge of said enhanced browsing window.

20. The graphical user interface of claim 15, further comprising:

a cursor controlled by a user; and

when the cursor is placed within said stripe and in proximity to one of the plurality of links, an enhanced browsing window configured to display content from a page of electronic data identified by the one link.

21. The graphical user interface of claim 20, wherein the cursor is placed in proximity to the one link when the cursor is placed over the one link.

22. The graphical user interface of claim 20, wherein said enhanced browsing window is configured to disappear if the cursor is placed outside said stripe and outside said enhanced browsing window.

23. The graphical user interface of claim 20, wherein said enhanced browsing window is configured to disappear if the cursor is moved away from said proximity to the one link.

24. The graphical user interface of claim 20, wherein:

the first page is automatically scrolled within the browser window when the cursor is placed within said stripe and near an end of said stripe.

25. The graphical user interface of claim 24, wherein said stripe automatically extends as the first page is automatically scrolled within the browser window.

26. An enhanced browsing apparatus for facilitating enhanced browsing of electronic data, the apparatus comprising:

a prefetcher configured to prefetch content from a second page of electronic data while a browser displays a first page of electronic data containing multiple links, wherein the multiple links include a first link to the second page;

a user interface configured to:

display a stripe superimposed on the multiple links; and

when a cursor is placed within said stripe and in proximity to the first link, display an enhanced browsing window comprising said prefetched content.

27. The apparatus of claim 26, further comprising:

a cache configured to cache one or more of:

said prefetched content; and

said enhanced browsing window.

28. The apparatus of claim 27, wherein said cache is separate from a cache used by the browser.

29. The apparatus of claim 26, wherein said prefetcher is further configured to retrieve a set of ads for display with said prefetched content within said enhanced browsing window.

30. The apparatus of claim 26, wherein said prefetcher is further configured to alter an appearance of the first link.

31. The apparatus of claim 30, wherein said prefetcher alters the appearance of the first link after said prefetched content is prefetched.

32. The apparatus of claim 30, wherein said prefetcher alters the appearance of the first link if the content from the second page cannot be prefetched.

33. The apparatus of claim 26, wherein said prefetched content comprises markup language.

34. The apparatus of claim 26, wherein said user interface is further configured to keep said enhanced browsing window invisible until the cursor is placed within said stripe and in proximity to the first link.

35. The apparatus of claim 34, wherein the cursor is in proximity to the first link when the cursor is on the first link.

36. The apparatus of claim 34, wherein the cursor is in proximity to the first link when the cursor is adjacent to the first link.

37. The apparatus of claim 26, wherein:

the browser is navigable to locations at which electronic data are stored; and

said enhanced browsing window is configured to preview the electronic data without navigating to the locations.

\*    \*    \*    \*    \*

# Exhibit 10

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 139 of 1037

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2002/0129114 A1**

Sundaresan et al.        (43) Pub. Date:     **Sep. 12, 2002**

(54) **SYSTEM AND METHOD FOR PREVIEWING HYPERLINKS WITH 'FLASHBACK' IMAGES**

(75) Inventors: **Neelakantan Sundaresan**, San Jose, CA (US); **Anita Wai-Ling Huang**, San Francisco, CA (US)

Correspondence Address:
**LACASSE & ASSOCIATES, LLC**
**1725 DUKE STREET**
**SUITE 650**
**ALEXANDRIA, VA 22314 (US)**

(73) Assignee: **INTERNATIONAL BUSINESS MACHINES CORPORATION**

(21) Appl. No.: **09/799,697**

(22) Filed: **Mar. 7, 2001**

**Publication Classification**

(51) Int. Cl.$^7$ ........................ **G06F 15/16**; G06F 15/167; G06F 15/173

(52) U.S. Cl. ............................ **709/213**; 709/217; 709/223

(57) **ABSTRACT**

A system and method for previewing hyperlinks with flashback images. The system provides users with previews of previously visited hyperlinks through miniature graphical representations or thumbnail views of the web destination pages. The layout, colors, and images of these views provide visual cues to remind the user of a page's content. Further, the system presents previews of the destination of the hyperlinks to the user in a dynamic browsing environment which is independent of any WWW browser and operating system. Such a system is implemented through a proxy-server or client-side program. Finally, the system is configurable to allow for the customization of how and which preview to display.



USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 140 of 1037



Figure 1a

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 141 of 1037



Figure 1b



FIG 2

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 143 of 1037



Fig. 3

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 144 of 1037

```
<a      href="http://w3.almaden.ibm.com/almorg.html">
        Plane reference
        </a>
```

```
<a      href = "http://w3.almaden.ibm.com/almorg.html"
        onFocus="document.preview_img.src='almorg.bmp' " />
        Plane reference
        <a/>
        <img name = "preview_img" src= "preveiw_foo.bmp"/>
```

# Figure 4

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 145 of 1037



Fig. 5

US 2002/0129114 A1

Sep. 12, 2002

1

## SYSTEM AND METHOD FOR PREVIEWING HYPERLINKS WITH 'FLASHBACK' IMAGES

### BACKGROUND OF THE INVENTION

[0001]    1. Field of Invention

[0002]    This invention relates to the world wide web, and more particularly, to a system and method for previewing hyperlinks with associated flashback images.

[0003]    2. Discussion of Prior Art

[0004]    With the world wide web steadily becoming a major communication and research medium, advertisers and others have searched for effective means for conveying information, including advertisements, to web users. Users may request and receive web pages/documents through their web browsers at their respective remote terminals. Web browsers have become fundamental to everyday computer usage. Navigating web documents over hyperlinks (which may contain textual addresses of a web page's location, access protocol, data type and name of the web documents) has become a routine part of web browsing. Users of web browsers often encounter hyperlinks with identical destinations while browsing clusters of web documents. Further, in the browsing process, users often backtrack to revisit previously viewed documents. Visiting a huge array of web documents through hyperlinks, users often do not remember which hyperlink lead to a particular web document that may have been of interest. Hence, users repeatedly traverse previously visited hyperlinks to remind themselves of the content of their destinations. This browsing strategy forces the user to plough through a multitude of irrelevant web pages to rediscover the ones that are of interest. This therefore, results in an ineffective way of browsing and may ultimately cause users to get lost in cyberspace. What is needed is a method to assist in the reviewing of hyperlinks during the browsing process.

[0005]    The prior art in this area is characterized by a conventional browser such as Microsoft Windows Explorer® which provides for a view called "Thumbnail View" that shows a miniature representation of graphic files such as GIFs (Graphic Interchange Format), JPEGs (Joint Photographic Experts Group), and HTML (Hypertext Markup Language) pages that reside on a local system in an Explorer Window. This view allows users to preview multiple web sites and multiple graphic formats, simultaneously without visiting the sites, or opening the files. However, the Microsoft® system fails to provide on-line previewing of the hyperlinks in the WWW pages, but rather only of web documents on the file system. Further the Microsoft® system is embedded into Windows Explorer® as compared to the present invention that is independent of any particular web browser and operating system.

[0006]    The present invention overcomes the drawbacks of the prior art by providing a system and method which presents to the user, previews of previously visited hyperlinks through miniature graphical representations, thumbnail views of the destination pages or thumbnail views of all hyperlinks within a web page. The previews of the destinations of hyperlinks are given in a dynamic browsing environment. The layout, colors, and images of these previews provide visual cues to remind the user of the page's content. Hence, the system enables the user to view the contents of the page without actually having to visit the page. This system is independent of any web browser and operating system and is implemented through a proxy-server or client-side program. Finally, the system is configured to allow for the customization of content and selection of thumbnail views to display. These and other improvements are achieved by the detailed description that follows.

### SUMMARY OF THE INVENTION

[0007]    A system and method is described for previewing hyperlinks with flashback images. Generally, the system provides users with previews of previously visited hyperlinks through miniature graphical representations or thumbnail views of the web destination pages. The layout, colors, and images of these views provide visual cues to remind the user of a web page's content. Further, the system presents the preview of the destinations of the hyperlinks to the user in a dynamic browsing environment which is independent of any WWW browser or operating system. Such a system is implemented through a proxy-server or client-side program. Finally, the system is configured to allow for the customization of content and selection of thumbnail views to display. These and other improvements are achieved by the detailed description that follows.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0008]    FIG. 1a illustrates the architecture of a preferred embodiment of the present invention hyperlink preview system.

[0009]    FIG. 1b illustrates the architecture of a secondary embodiment of the present invention hyperlink preview system.

[0010]    FIG. 2 illustrates a flow diagram depicting the steps for storing and previewing visited hyperlinks.

[0011]    FIG. 3 illustrates a web page with thumbnail preview.

[0012]    FIG. 4 illustrates a java script for transformation of an anchor element to include a thumbnail image file attachment.

[0013]    FIG. 5 illustrates a flowchart for a textual embodiment of the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0014]    While this invention is illustrated and described in a preferred embodiment, the system may be implemented in many different configurations, forms and materials. There is depicted in the drawings, and will herein be described in detail, a preferred embodiment of the invention, with the understanding that the present disclosure is to be considered as a exemplification of the principles of the invention and the associated functional specifications of the materials for its construction and is not intended to limit the invention to the embodiment illustrated. Those skilled in the art will envision many other possible variations within the scope of the present invention.

[0015]    FIG. 1a illustrates the architecture of the present invention hyperlink preview system 100. The system is connected to the World Wide Web (WWW) 108 which comprises a group of networks that are interconnected so

US 2002/0129114 A1

2

Sep. 12, 2002

that they appear to be one continuous large network. User **102**, on user terminal **103**, requests a web page from any one of a plurality of web sites **112-114** through browser **104**. Proxy-server **106** interconnects browser **104**, WWW **108**, and database **110** via communication lines **116, 118 & 120**, respectively. The functions of proxy server **106** may include for example, but are not limited to, providing an effective and secure barrier between a local/internal network (not shown) and WWW **108**. The proxy server blocks various protocols and IP addresses from entering the internal network and at the same time controls the protocols the used to access WWW **108**. Finally, in the present invention, proxy server **106** offers web caching capabilities for storing miniature images of previously visited web sites and their associated out-links and providing local access to users who re-visit the sites or associated out-links. Continuing in **FIG. 1***a*, if the requested web page is not in database **110** (i.e., the requested page has never been visited), software residing within proxy server **106** creates a miniature image of the page and enters the image into database **110**. Software to create the miniature images is known in the art and can be located remotely from the proxy server without departing from the scope of the present invention. Furthermore, the system enhances the visited out-links (described below) of the web page with corresponding miniature images in database **110**. The browser displays retrieved web pages and corresponding miniature images to selected displayed hyperlinks as overlays to enhance browsing.

[0016]    **FIG. 1***b* illustrates a secondary embodiment system architecture. The invention is either performed through a proxy server **106**, as described above and shown in **FIG. 1***a*, or directly through a user terminal (client/browser-side)**103** as shown in **FIG. 1***b*. In both cases, the present invention parses the document and its links, accesses database **110**, and returns to browser **104** an edited document. The proxy server implementation relieves the user of storing large amounts of data associated with each of the previously traversed hyperlinks. The client-side (**FIG. 1***b*), however, relieves user **102** of relying on the existence of the proxy server **106** and from the performance bottle neck of the proxy server serving other users.

[0017]    **FIG. 2** illustrates a flow diagram **200** depicting the steps for storing and previewing visited web pages and associated hyperlinks. In step **202**, a user requests a web page P which is then downloaded to the proxy server **106**. The system in step **204** determines if downloaded web page P has been previously visited. If downloaded web page P has never being visited, then the system produces an miniature image-capture **206** of the web page P and proceeds to store the miniature image-captured with its respective URL (Uniform Resource Locator) in database **110** as illustrated in step **208**. One way that the system can produce an image capture of a web page is by opening it with a browser and using one of any of the commercially available capture programs (e.g., Paint Shop Pro®, Capture®, etc.) to produce an image of the displayed page. The database contains tables of previously visited URLs with their corresponding image-captures. The downloaded web pages may contain HTML anchor elements also referred to as hyperlinks/out-links.

[0018]    Once the page is stored, or if it was determined in step **204** that the page was already visited **207**, the system proceeds to evaluate all out-links **210** contained within downloaded web page P by performing the steps **212-218** for

each out-link discovered in step **210**. In step **212**, the system determines if the retrieved out-link appears in the database (i.e., has been previously visited). If the out-link is present within the database, then the system retrieves the image-capture from the database **214** and annotates the line reference (eg. HTML anchor element) with an event object **216**, such as an "On-Mouse-Over". Further, in step **218** the system determines if more out-links are contained within web page P. If there are no more out-link(s) contained within web page P, the system invokes a script to display the image as a pop-up thumbnail view in step **220**. Referring back to step **212**, if out-link(s) are not present within the database the system proceeds to step **218**. In step **218**, if more out-links are present within the web page P, the system returns to step **210** and proceeds as discussed above. In a second embodiment, if an out-link does not have an associated image stored (i.e., the link has not been previously visited), then the link reference is maintained. In a third embodiment, if an out-link does not have an associated image stored, the system visits the web page, generates an image for it and stores such image in the database.

[0019]    **FIG. 3** illustrates web page **300** with thumbnail preview **302**. As a specific example, a hyperlink to URL http://w3.almaden.ibm.com/almorg.html found in a downloaded page is considered. If the user traverses this hyperlink, thereby downloading the page, the system captures a thumbnail view of the document as an image file ("almorg.bmp") and stores it in database **110**. The system uses this image-file to provide an event-driven "flashback image" to the user each time the user encounters the same URL on subsequent pages. For example, when the user highlights the hyperlink with anchor-text "organization chart"**304**, the system presents thumbnail preview **302** of the destination in the bottom-right corner of the web page. This view provides the user with a visual summary of the web page associated with the highlighted hyperlink.

[0020]    **FIG. 4** illustrates a java script for transformation of the above anchor element to include a thumbnail image file attachment. The system transforms the anchor elements found in a future page which contains the almorg-URL as follows:

[0021]    <a    href="http://w3.almaden.ibm.com/almorg.html">

[0022]    Plane reference

[0023]    </a>

[0024]    This Javascript describes a plain reference linking to the organization charts page.

[0025]    <a    href="http://w3.almaden.ibm.com/almorg.html"

[0026]    onfocus="document.preview_img.src='almorg.bmp'"/>

[0027]    Plane reference

[0028]    <a/>

[0029]    <img    name="preview_img"    src="preveiw_foo.bmp"/>

[0030]    After the transformation, the annotated reference links to the previously visited "organization chart" page. A JavaScript in this new reference performs the following

US 2002/0129114 A1                                                                              Sep. 12, 2002

3

actions. When the user selects the element as the page focus, a pop-up image of the organization charts page (in almorg-.bmp) appears on the designated part of the page (for example the bottom-right corner in **FIG. 3**). In this example, the designated part contains an image element named "preview-img." on focus, the script sets the source of this image element to the thumbnail image.

[0031] The system edits all web documents in a similar manner before it allows browser **104** to display them. The system therefore presents to the user a thumbnail view of all previously visited hyperlink(s) destinations in one embodiment and all hyperlink destinations in another embodiment. In a third embodiment, thumbnail images for every out-link are generated on-the-fly each time a web page is downloaded. The implementation of the present invention requires the system to crawl each downloaded web page one level deep to generate an image for each URL without requiring the use of a database. In all embodiments, the system inevitably facilitates web navigation thereby increasing the efficiency of browsing.

[0032] This system allows a user to configure the appearance of the visual cues and the engagement and disengagement of the system. For instance, the system permits the user to choose whether to make a pop-up icon(s) appear beside each hyperlink on a mouse-over, to appear in a designated area of the page on focus or appear in an entirely separate window. These variations only require changes in parameters in the component that edits the hypertext references. Finally, the system filters and displays particular URLs based on the users predefined configuration. For example, the system allows the user to specify not to preview URLs that have host-name "w3.almaden.ibm.com" or to only preview URLs with extension "html".

[0033] Referring to **FIG. 5**, the system is extensible to text based previews as shown in flowchart **500**. Web page "P" is downloaded **502** and it is determined if the page has been previously visited **504**. If the page is new **507**, the system produces a text-based abstract **508** from the downloaded document instead of an image-based abstract. The abstract consists of different elements of the downloaded page such as the title, keyword, and size of the downloaded page file. Moreover, the system allows the user to choose the content of the automatically generated abstract (e.g., "include title only" or "include both title and keywords", etc.). The abstract is stored with URL in the database **510**, much the same as the images. Once this is completed, or if a page was previously visited, the system proceeds to get out-links from P **512**. If the out-link is in the database **514/516**, then its abstract is retrieved **520** with the user to able to edit the abstract **522** when it is generated. For example, after downloading a web page, the user views and edits the abstract or manually appends to the page predefined users configuration/parameters. For example, the abstract is played as an audio clip in the background or viewed as a pop-up text in a designated part of the web page.

[0034] If no out-links are in the database **518** or if more out-links exist for P **524/526**, the steps for getting an out-link are repeated **528**. When all out-links are processed **530**, the abstracts are displayed **532**, or in the alternative played as an audio clip as described above.

[0035] The above enhancements for previewing hyperlinks with flashback images and its described functional elements are implemented in any conventional Internet communication browser, software or operating systems. For example, the present invention may be implemented through a proxy server or client-side program that returns to the browser an edited document.

Conclusion

[0036] A system and method has been shown in the above embodiments for the effective implementation of previewing hyperlinks with flashback images for web navigating. While various preferred embodiments have been shown and described, it will be understood that there is no intent to limit the invention by such disclosure, but rather, it is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention, as defined in the appended claims. For example, the present invention should not be limited by browser, software/program, computing environment, or specific computing hardware.

**1**. A method for assisting a user during web navigating, said web navigating performed over a communication network including one or more proxy servers, one or more web sites and at least one remote terminal, said communication network interconnecting said web site, said server, and said remote terminal, said method comprising the following steps:

processing a request from said at least one remote terminal of one or more web pages from said one or more web sites;

downloading said requested one or more web pages;

capturing one or more miniature images from each of said one or more downloaded web pages and storing said one or more captured miniature images with their associated hyperlinks in a database, and

said miniature images returned to said at least one remote terminal during web navigating of one or more of said associated hyperlinks.

**2**. A method for assisting a user during web navigating, as per claim 1, wherein said processing, downloading, capturing and storing steps are performed by said proxy server.

**3**. A method for assisting a user during web navigating, as per claim 1, wherein said at least one remote terminal is operatively connected to a browser.

**4**. A method for assisting a user during web navigating, as per claim 3, wherein said browser provides for visually previewing said associated hyperlinks by viewing said miniature images.

**5**. A method for assisting a user during web navigating, as per claim 1, wherein said method allows for previewing the contents of said downloaded one or more web pages without having to visit said downloaded one or more web pages.

**6**. A method for assisting a user during web navigating, as per claim 1, wherein said hyperlink contains any of: a textual annotation of said one or more web page's location, an access protocol, at least one data type, and a corresponding name of said one or more web pages.

**7**. A method for assisting a user during web navigating, as per claim 2, wherein said downloaded one or more web pages contain HTML anchor elements.

**8**. A method for assisting a user during web navigating, as per claim 7, wherein said proxy server evaluates all said anchor elements contained within said downloaded web

US 2002/0129114 A1

Sep. 12, 2002

4

page and retrieves additional anchor elements from said one or more web pages to capture corresponding miniature images.

**9**. A method for assisting a user during web navigating, as per claim 1, wherein said database contains one or more tables of previously visited hyperlinks with their corresponding captured miniature images.

**10**. A method for assisting a user during web navigating, as per claim 1, wherein said miniature images are automatically captured each time said one or more web pages are downloaded.

**11**. A method for assisting a user during web navigating, as per claim 1, wherein said miniature images are implemented as textual annotations.

**12**. A method for assisting a user during web navigating, as per claim 11, wherein said textual annotations comprise any of: titles, keywords, and size of said requested one or more web pages.

**13**. A method for assisting a user during web navigating, as per claim 11, wherein said text annotation is implemented as an audio clip or viewed as pop-up text in a designated part of a displayed web page.

**14**. A method for assisting a user during web navigating, as per claim 11, wherein said text annotation is selectively filtered.

**15**. A method for assisting a user during web navigating, as per claim 14, wherein said selective filtering comprises filtering by any of: file type, destination, content, file size, keywords.

**16**. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, said method comprising the following steps:

(a) receiving a request for a web page from a web site;

(b) downloading said web page from said web site via a browser;

(c) determining if said web page has been previously visited, if so, proceeding to step f, else;

(d) capturing a thumbnail view of said downloaded web page;

(e) storing said thumbnail view of said downloaded web page with an associated first out-link in a database;

(f) determining if one or more out-links are present in said downloaded web page;

(g) determining for each out-link whether a thumbnail view is contained within said database, if not repeating steps d and e, else;

(h) editing an out-link associated with said downloaded web page to include a reference to said stored thumbnail preview, and

(i) displaying said downloaded web page with thumbnail views of selected out-links at said remote terminal.

**17**. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, as per claim 16, wherein said selecting of out-links invokes a script to display said image as a pop-up thumbnail view.

**18**. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, as per claim 16, wherein said selecting of out-links includes a mouse-over operation.

**19**. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, as per claim 16, wherein said out-links maintained on said browser, are selectively highlighted and a corresponding thumbnail view of said web page is displayed at said remote terminal.

**20**. A system for previewing hyperlinks while browsing the world wide web, said system connected to a user terminal which requests one or more web pages from the world wide web, said terminal including a browser, said browser functionally connecting said user terminal to the world wide web and displaying one or more hyperlinks, said system comprising:

a proxy server, operatively connected to said user terminal, downloading said requested one or more web pages from said world wide web;

said proxy server determining whether said requested one or more web pages have been downloaded before, if not, creating a miniature image of a specified requested web page and any associated out-links and noting their associated hyperlinks;

a database operatively connected to said proxy server for storing said miniature images and associated hyperlinks, and

wherein hyperlinks displayed on said browser, are selectively highlighted and said associated miniature images are retrieved from said database and displayed as overlays on a selected portion of displayed corresponding web pages.

**21**. A system for previewing hyperlinks while browsing the world wide web, as per claim 20, wherein said miniature image is any of: a bit mapped file, thumbnail view or flashback image.

**22**. A system for previewing hyperlinks while browsing the world wide web, as per claim 20, wherein said proxy server produces an event-driven miniature image at said user terminal each time a specific hyperlink is encountered on a subsequent reviewed web page.

**23**. A system for previewing hyperlinks while browsing the world wide web, as per claim 20, wherein said proxy server automatically generates said miniature images corresponding to said downloaded one or more web pages.

**24**. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network comprising:

programmable code, operative with a web browser, retrieving one or more requested web pages from said communication network;

said programmable code capturing, and storing in computer storage, thumbnail views of said requested one or more web pages and their associated out-links, and

wherein said programmable code effects display of selective thumbnail views as overlayed images on a presently displayed web page.

**25**. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 24, wherein said miniature images are implemented as textual annotations.

US 2002/0129114 A1

Sep. 12, 2002

5

**26**. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 25, wherein said textual annotations comprise any of: titles, keywords, and size of said requested one or more web pages.

**27**. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 25, wherein said text annotation is implemented as an audio clip or viewed as pop-up text in a designated part of a displayed web page.

**28**. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 25, wherein said text annotation is selectively filtered.

**29**. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 28, wherein said selective filtering comprises filtering by any of: file type, destination, content, file size, keywords.

\*    \*    \*    \*    \*

# Exhibit 11

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 152 of 1037



# Exhibit 12

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 153 of 1037

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"> <html
xmlns="http://www.w3.org/1999/xhtml" lang="EN"> <!--HEAD--> <head><script
src="//archive.org/includes/athena.js" type="text/javascript"></script> <script
type="text/javascript">window.addEventListener('DOMContentLoaded',function(){var
v=archive_analytics.values;v.service='wb';v.server_name='wwwb-
app28.us.archive.org';v.server_ms=543;archive_analytics.send_pageview({});});</script>
<script type="text/javascript" src="https://web-static.archive.org/_static/js/bundle-
playback.js?v=msCHzjBE" charset="utf-8"></script> <script type="text/javascript"
src="https://web-static.archive.org/_static/js/wombat.js?v=txqj7nKC" charset="utf-
8"></script>
<script>window.RufflePlayer=window.RufflePlayer||{};window.RufflePlayer.config={"autopl
ay":"on","unmuteOverlay":"hidden"};</script> <script type="text/javascript"
src="https://web-static.archive.org/_static/js/ruffle/ruffle.js"></script> <script
type="text/javascript"> __wm.init("https://web.archive.org/web");
__wm.wombat("http://instantbull.com:80/InstantBull.aspx?","20060722120733","https://w
eb.archive.org/","web","https://web-static.archive.org/_static/", "1153570053"); </script>
<link rel="stylesheet" type="text/css" href="https://web-
static.archive.org/_static/css/banner-styles.css?v=p7PEIJWi" /> <link rel="stylesheet"
type="text/css" href="https://web-
static.archive.org/_static/css/iconochive.css?v=3PDvdIFv" /> <!-- End Wayback Rewrite JS
Include -->

 <title>InstantBull, Stock Research ... Fast</title>
   <meta name="description" content="InstantBull - Instant Bull Stock Message Boards, All-
In-One Direct Stock Links, News, Charts, Blogs and more ..."/>
   <meta name="keywords" content="stock message boards, stock boards, stock
messages, stock research, stock rumors, stock forums, instant boards, instant messages,
stock discussion, stock talk, stock chat, stock trading, finance boards, bulletin boards"/>

   <!-- (c)2006 InstantBull, Inc. All rights reserved. -->
   <!--STYLES-->
   <link href="/web/20060722120733cs_/http://instantbull.com/Styles/styles.css"
rel="stylesheet" type="text/css"/>
   <link href="/web/20060722120733cs_/http://instantbull.com/asb/AutoSuggestBox.css"
rel="stylesheet" type="text/css"/>
   <!--SCRIPTS-->
   <script type="text/javascript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/infoLinks.js"></script>
   <script src="/web/20060722120733js_/http://instantbull.com/Scripts/ib.js"
type="text/javascript"></script>
   <script type="text/javascript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/linksShared.js"></script>
```

```
  <script type="text/javascript"
src="/web/20060722120733js_/http://instantbull.com/Scripts2/buildWeb.js"></script>
  <script type="text/javascript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/buildWebTxt.js"></script>
  <script type="text/javascript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/linksDropDown.js"></script
>
  <script language="JavaScript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/tooltip.js"
type="text/javascript"> </script>
  <script type="text/javascript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/chrome.js"></script>
  <script type="text/javascript">
    var servertimestring='7/22/2006 7:07:32 AM'
    function GetServerTimeString(){
      return servertimestring;
    }
  </script>
  <script language="JavaScript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/localtime.js"
type="text/javascript">
  </script>
  <script type="text/javascript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/xp_progress.js"></script>
  <script language="JavaScript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/tabstrip.js"
type="text/javascript"></script>
  <script language="JavaScript"
src="/web/20060722120733js_/http://instantbull.com/Scripts/highlights.js"
type="text/javascript"></script>
  <link rel="icon" href="/web/20060722120733im_/http://instantbull.com/favicon.ico"
type="image/x-icon">
  <link rel="shortcut icon"
href="/web/20060722120733im_/http://instantbull.com/favicon.ico" type="image/x-icon">
 </head>

 <!--BODY-->
 <body onload="detectBrowser()"><!-- BEGIN WAYBACK TOOLBAR INSERT -->
<script>__wm.rw(0);</script>
<div id="wm-ipp-base" lang="en" style="display:none;direction:ltr;" toolbar-mode="auto">
<div id="wm-ipp" style="position:fixed;left:0;top:0;right:0;">
<div id="donato" style="position:relative;width:100%;">
 <div id="donato-base">
```

```
    <iframe id="donato-if"
src="https://archive.org/includes/donate.php?as_page=1&amp;platform=wb&amp;referer
=https%3A//web.archive.org/web/20060722120733/http%3A//instantbull.com/InstantBull.
aspx"
            scrolling="no" frameborder="0" style="width:100%; height:100%">
    </iframe>
  </div>
</div><div id="wm-ipp-inside">
  <div id="wm-toolbar" style="position:relative;display:flex;flex-flow:row nowrap;justify-
content:space-between;">
    <div id="wm-logo" style="/*width:110px;*/padding-top:12px;">
      <a href="/web/" title="Wayback Machine home page"><img src="https://web-
static.archive.org/_static/images/toolbar/wayback-toolbar-logo-200.png"
srcset="https://web-static.archive.org/_static/images/toolbar/wayback-toolbar-logo-
100.png, https://web-static.archive.org/_static/images/toolbar/wayback-toolbar-logo-
150.png 1.5x, https://web-static.archive.org/_static/images/toolbar/wayback-toolbar-logo-
200.png 2x" alt="Wayback Machine" style="width:100px" border="0" /></a>
    </div>
    <div class="c" style="display:flex;flex-flow:column nowrap;justify-content:space-
between;flex:1;">
      <form class="u" style="display:flex;flex-direction:row;flex-wrap:nowrap;" target="_top"
method="get" action="/web/submit" name="wmtb" id="wmtb"><input type="text"
name="url" id="wmtbURL" value="http://instantbull.com/InstantBull.aspx"
onfocus="this.focus();this.select();" style="flex:1;"/><input type="hidden" name="type"
value="replay" /><input type="hidden" name="date" value="20060722120733" /><input
type="submit" value="Go" />
      </form>
      <div style="display:flex;flex-flow:row nowrap;align-items:flex-end;">
          <div class="s" id="wm-nav-captures" style="flex:1;">
            <a class="t"
href="/web/20060722120733*/http://instantbull.com/InstantBull.aspx" title="See a list of
every capture for this URL">124 captures</a>
      <div class="r" title="Timespan for captures of this URL">14 Jun 2006 - 25 Feb
2024</div>
        </div>
      <div class="k">
       <a href="" id="wm-graph-anchor">
        <div id="wm-ipp-sparkline" title="Explore captures for this URL" style="position:
relative">
         <canvas id="wm-sparkline-canvas" width="750" height="27" border="0"></canvas>
        </div>
       </a>
      </div>
      </div>
```

```
      </div>
      <div class="n">
       <table>
        <tbody>
         <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
         <tr class="m">
          <td class="b" nowrap="nowrap"><a
href="https://web.archive.org/web/20060615220036/http://instantbull.com:80/InstantBull
.aspx" title="15 Jun 2006"><strong>Jun</strong></a></td>
          <td class="c" id="displayMonthEl" title="You are here: 12:07:33 Jul 22,
2006">JUL</td>
          <td class="f" nowrap="nowrap"><a
href="https://web.archive.org/web/20060824122119/http://www.instantbull.com:80/Insta
ntBull.aspx" title="24 Aug 2006"><strong>Aug</strong></a></td>
         </tr>
         <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
         <tr class="d">
          <td class="b" nowrap="nowrap"><a
href="https://web.archive.org/web/20060721001852/http://instantbull.com:80/InstantBull
.aspx" title="00:18:52 Jul 21, 2006"><img src="https://web-
static.archive.org/_static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture"
width="14" height="16" border="0" /></a></td>
          <td class="c" id="displayDayEl" style="width:34px;font-size:22px;white-
space:nowrap;" title="You are here: 12:07:33 Jul 22, 2006">22</td>
          <td class="f" nowrap="nowrap"><a
href="https://web.archive.org/web/20060813221814/http://www.instantbull.com:80/Insta
ntBull.aspx" title="22:18:14 Aug 13, 2006"><img src="https://web-
static.archive.org/_static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture"
width="14" height="16" border="0" /></a></td>
         </tr>
         <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
         <tr class="y">
          <td class="b" nowrap="nowrap">2005</td>
          <td class="c" id="displayYearEl" title="You are here: 12:07:33 Jul 22,
2006">2006</td>
          <td class="f" nowrap="nowrap"><a
href="https://web.archive.org/web/20071011031959/http://www.instantbull.com:80/Insta
ntBull.aspx" title="11 Oct 2007"><strong>2007</strong></a></td>
         </tr>
        </tbody>
       </table>
      </div>
      <div class="r" style="display:flex;flex-flow:column nowrap;align-items:flex-end;justify-
content:space-between;">
```

```
<div id="wm-btns" style="text-align:right;height:23px;">
    <span class="xxs">
  <div id="wm-save-snapshot-success">success</div>
  <div id="wm-save-snapshot-fail">fail</div>
  <a id="wm-save-snapshot-open" href="#" title="Share via My Web Archive" >
   <span class="iconochive-web"></span>
  </a>
  <a href="https://archive.org/account/login.php" title="Sign In" id="wm-sign-in">
   <span class="iconochive-person"></span>
  </a>
  <span id="wm-save-snapshot-in-progress" class="iconochive-web"></span>
  </span>
    <a class="xxs" href="http://faq.web.archive.org/" title="Get some help using the
Wayback Machine" style="top:-6px;"><span class="iconochive-question"
style="color:rgb(87,186,244);font-size:160%;"></span></a>
    <a id="wm-tb-close" href="#close" style="top:-2px;" title="Close the toolbar"><span
class="iconochive-remove-circle" style="color:#888888;font-size:240%;"></span></a>
  </div>
  <div id="wm-share" class="xxs">
   <a
href="/web/20060722120733/http://web.archive.org/screenshot/http://instantbull.com/In
stantBull.aspx"
     id="wm-screenshot"
     title="screenshot">
   <span class="wm-icon-screen-shot"></span>
  </a>
  <a href="#" id="wm-video" title="video">
   <span class="iconochive-movies"></span>
  </a>
  <a id="wm-share-facebook" href="#" data-
url="https://web.archive.org/web/20060722120733/http://instantbull.com:80/InstantBull.
aspx" title="Share on Facebook" style="margin-right:5px;" target="_blank"><span
class="iconochive-facebook" style="color:#3b5998;font-size:160%;"></span></a>
    <a id="wm-share-twitter" href="#" data-
url="https://web.archive.org/web/20060722120733/http://instantbull.com:80/InstantBull.
aspx" title="Share on Twitter" style="margin-right:5px;" target="_blank"><span
class="iconochive-twitter" style="color:#1dcaff;font-size:160%;"></span></a>
  </div>
  <div style="padding-right:2px;text-align:right;white-space:nowrap;">
   <a id="wm-expand" class="wm-btn wm-closed" href="#expand"><span id="wm-
expand-icon" class="iconochive-down-solid"></span> <span class="xxs" style="font-
size:80%;">About this capture</span></a>
  </div>
 </div>
```

```
    </div>
    <div id="wm-capinfo" style="border-top:1px solid #777;display:none; overflow: hidden">
      <div id="wm-capinfo-notice" source="api"></div>
          <div id="wm-capinfo-collected-by">
    <div style="background-color:#666;color:#fff;font-weight:bold;text-align:center">COLLECTED BY</div>
      <div style="padding:3px;position:relative" id="wm-collected-by-content">
        <div style="display:inline-block;vertical-align:top;width:50%;">
                        <span class="c-logo" style="background-image:url(https://archive.org/services/img/alexacrawls);"></span>
                Organization: <a style="color:#33f;" href="https://archive.org/details/alexacrawls" target="_new"><span class="wm-title">Alexa Crawls</span></a>
                    <div style="max-height:75px;overflow:hidden;position:relative;">
            <div style="position:absolute;top:0;left:0;width:100%;height:75px;background:linear-gradient(to bottom,rgba(255,255,255,0) 0%,rgba(255,255,255,0) 90%,rgba(255,255,255,255) 100%);"></div>
            Starting in 1996, <a href="http://www.alexa.com/">Alexa Internet</a> has been donating their crawl data to the Internet Archive.  Flowing in every day, these data are added to the <a href="http://web.archive.org/">Wayback Machine</a> after an embargo period.
        </div>
            </div>
      <div style="display:inline-block;vertical-align:top;width:49%;">
                        <span class="c-logo" style="background-image:url(https://archive.org/services/img/27_crawl)"></span>
                <div>Collection: <a style="color:#33f;" href="https://archive.org/details/27_crawl" target="_new"><span class="wm-title">27_crawl</span></a></div>
                    <div style="max-height:75px;overflow:hidden;position:relative;">
            <div style="position:absolute;top:0;left:0;width:100%;height:75px;background:linear-gradient(to bottom,rgba(255,255,255,0) 0%,rgba(255,255,255,0) 90%,rgba(255,255,255,255) 100%);"></div>
            this data is currently not publicly accessible.
        </div>
            </div>
    </div>
    </div>
    <div id="wm-capinfo-timestamps">
    <div style="background-color:#666;color:#fff;font-weight:bold;text-align:center" title="Timestamps for the elements of this page">TIMESTAMPS</div>
    <div>
```

```
    <div id="wm-capresources" style="margin:0 5px 5px 5px;max-height:250px;overflow-y:scroll !important"></div>
    <div id="wm-capresources-loading" style="text-align:left;margin:0 20px 5px 5px;display:none"><img src="https://web-static.archive.org/_static/images/loading.gif" alt="loading" /></div>
  </div>
  </div>
 </div></div></div></div><div id="wm-ipp-print">The Wayback Machine - https://web.archive.org/web/20060722120733/http://instantbull.com:80/InstantBull.aspx</div>
<script type="text/javascript">//<![CDATA[
__wm.bt(750,27,25,2,"web","http://instantbull.com/InstantBull.aspx","20060722120733",1996,"https://web-static.archive.org/_static/",["https://web-static.archive.org/_static/css/banner-styles.css?v=p7PEIJWi","https://web-static.archive.org/_static/css/iconochive.css?v=3PDvdIFv"], false);
  __wm.rw(1);
//]]></script>
<!-- END WAYBACK TOOLBAR INSERT -->

    <iframe class="frMainNormalClass" id="frMain" name="frMain" frameborder="1" scrolling="auto"></iframe>

    <!-- MAIN MENU -->
      <div>
        <img class="topPreAboutUsClass" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/sqBlueSmall.gif"/>
        <img class="topPreWhyInstantBullClass" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/sqBlueSmall.gif"/>
        <img class="topPreHelpClass" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/sqBlueSmall.gif"/>
        <img class="topPreOptionsClass" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/sqBlueSmall.gif"/>
        <img class="topPreContactUsClass" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/sqBlueSmall.gif"/>
        <div id="chromemenu" class="chromemenuClass">
        <ul>
        <li><a class="topAboutUsClass" onmouseover="cssdropdown.dropit(this,event,'dAboutUs');">AboutUs</a></li>
        <li><a class="topWhyInstantBullClass" onmouseover="cssdropdown.dropit(this,event,'dWhyInstantBull');">Why?</a></li>
        <li><a class="topOptionsClass" onmouseover="cssdropdown.dropit(this,event,'dOptions');">Options</a></li>
        <li><a class="topHelpClass" onmouseover="cssdropdown.dropit(this,event,'dHelp');">Help</a></li>
```

```
    <li><a class="topContactUsClass"
onmouseover="cssdropdown.dropit(this,event,'dContactUs');">ContactUs</a></li>
     </ul>
   </div>

   <div id="dAboutUs" class="dropmenudiv">
   <a href="javascript:void(0)" onclick="openW( 'TopMenu/Home/Home.aspx'
)">Homepage</a>
   <a href="javascript:void(0)" onclick="openW( 'TopMenu/AboutUs/AboutUs.aspx'
)">About Us</a>
   <a href="javascript:void(0)" onclick="openW( 'TopMenu/AboutUs/LinkToUs.aspx'
)">Link To Us</a>
   <a href="javascript:void(0)"
onclick="bookmark('InstantBull','https://web.archive.org/web/20060722120733/http://ww
w.instantbull.com')">BookMark This Site</a>
   <a href="javascript:void(0)" onclick="openW(
'TopMenu/Company/SendSpreadBull.aspx' )">Spread The Bull</a>
   </div>

   <div id="dWhyInstantBull" class="dropmenudiv">
       <a href="javascript:void(0)" onclick="openW(
'TopMenu/AboutUs/WhyInstantBull.aspx' )">Why InstantBull?</a>
   </div>

   <div id="dOptions" class="dropmenudiv">
   <a href="javascript:void(0)"><strong>DISPLAY MSG OPTIONS</strong></a>
   <a href="javascript:void(0)" id="tooltipsSmall" onclick="setTooltipSizeBox('small');
alert('You are enabling an advanced feature that requires you to have a fast internet
connection! \n\nPlease type in a stock symbol and click \'Go\'. \nAfter a few seconds, all
messages from the selected source will be pre-loaded and instantly
accessible.')">&#8226;Small Message Tooltips</a>
   <a href="javascript:void(0)" id="tooltipsNormal" onclick="setTooltipSizeBox('normal');
alert('You are enabling an advanced feature that requires you to have a fast internet
connection! \n\nPlease type in a stock symbol and click \'Go\'. \nAfter a few seconds, all
messages from the selected source will be pre-loaded and instantly
accessible.')">&#8226;Normal Message Tooltips</a>
   <a href="javascript:void(0)" id="tooltipsImpaired"
onclick="setTooltipSizeBox('impaired'); alert('You are enabling an advanced feature that
requires you to have a fast internet connection! \n\nPlease type in a stock symbol and click
\'Go\'. \nAfter a few seconds, all messages from the selected source will be pre-loaded and
instantly accessible.')">&#8226;Visually Impaired Users</a>
   <a href="javascript:void(0)" id="tooltipsOff" onclick="setTooltipSizeBox('turnoff');
alert('Message tooltips will be turned off, this is recommended for users with slow internet
connections.')">&#8226;Turn Off Message Tooltips </a>
```

```
    <a href="javascript:void(0)"> </a>
    <a href="javascript:void(0)"><strong>DISPLAY TIME OPTIONS</strong></a>
    <a href="javascript:void(0)" onclick="javascript:switchTime('on');">&#8226;Show
Eastern Time</a>
    <a href="javascript:void(0)" onclick="javascript:switchTime('off');">&#8226;Hide
Eastern Time</a>
    </div>

    <div id="dHelp" class="dropmenudiv">
      <a href="javascript:void(0)" onclick="openW( 'TopMenu/Help/FirstTimeUsers.aspx'
)">How To Tame The Beast</a>
      <a href="javascript:void(0)" onclick="openW( 'TopMenu/Help/InterfaceHelp.aspx'
)">User Interface</a>
      <a href="javascript:void(0)" onclick="openW( 'TopMenu/Help/FAQ.aspx' )">FAQ (and
Answers)</a>
    </div>

    <div id="dContactUs" class="dropmenudiv">
    <a href="javascript:void(0)" onclick="openW( 'TopMenu/ContactUs/ContactUs.aspx'
)">Contact Us</a>
    <a href="javascript:void(0)" onclick="openW(
'TopMenu/Company/SendSpreadBull.aspx' )">Spread The Bull</a>
    </div>

  </div>
  <!--PARAMETERS-->
  <div class="inputParametersClass"></div>
   <span id="lbBoardSource" class="lbBoardSourceClass">Message</span>
    <span id="lbMessagesCount" class="lbBoardSource2Class">Boards</span>
   <div id="divViewedStocks" class="divViewedStocksClass">
    <a href="javascript:void(0)"
onmouseover="javascript:setQuickStocksCookie(document.getElementById('asbTicker').v
alue);showRecentStocks(quickStocksCookie, this, event, '70px');btn_down_on()"
onmouseout="delayhidemenu();btn_down_off()">
    <img name="btnDown" alt="Recently typed stocks will appear here" title="Recently
typed stocks will appear here"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/miniDown.gif"
class="imgStdBorder"/></a>
    </div>
   <div id="divPortfolioStocks" class="divPortfolioStocksClass">
    <a href="javascript:void(0)"
onmouseover="javascript:showCustomStocks('customStockList', this, event,
'70px');btn_star_on()"
onmouseout="bShowCustomStocks=true;delayhidemenu();btn_star_off()">
```

```
      <img name="btnStar" alt="Save your own stock portfolio lists here" title="Save your
own stock portfolio lists here"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/star.gif"
class="imgStdBorder"/></a>
   </div>

   <!--LOGO-->
   <div class="imgLogoClass">
   <a href="javascript:void(0)" onclick="openW( 'TopMenu/Home/Home.aspx' )"><img
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/InstantBull.gif"
style="border: 0px;"/></a>
   <img class="tmClass"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/tm.gif"/>
   </div>

   <!--PAGE WIDTH TOGGLE-->
   <span id="lbPageWidth1" class="lbPageWidth1Class">Page</span>
   <span id="lbPageWidth2" class="lbPageWidth2Class">Width</span>

   <div id="imgFrameWiden" class="divFrameWidenClass">
     <a href="javascript:void(0)" onclick="changeClass('frMain','frMainWideClass');"
onmouseover="btn_left_on()" onmouseout="btn_left_off()">
     <img name="btnLeft" alt="Wide view of main page" title="Wide view of main page"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/left.gif"
class="imgStdBorder"/></a>
   </div>

   <div id="imgFrameNormal" class="divFrameNormalClass">
     <a href="javascript:void(0)" onclick="changeClass('frMain','frMainNormalClass');"
onmouseover="btn_right_on()" onmouseout="btn_right_off()">
     <img name="btnRight" alt="Standard view of main page" title="Standard view of main
page" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/right.gif"
class="imgStdBorder"/></a>
   </div>

   <!--FORUM LABEL AND BUTTON-->
   <span id="lbEnter" class="lbEnterClass">Enter Stock:</span>
   <input type="hidden" name="txtMainCatId" id="txtMainCatId" value="1"/>
        <input type="hidden" name="txtMainCatName" id="txtMainCatName"
value="Stocks"/>
   <div id="divCharts" class="divChartsClass">
     <a href="javascript:void(0)"
onmouseover="SymbolLinks(document.getElementById('asbTicker').value, this, event,
'165px', -42, -18);btn_charts_on()" onmouseout="delayhidemenu();btn_charts_off()">
```

```
    <img name="btnCharts" alt="Stock Charts" title="Stock Charts"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/Charts.gif"
class="imgStdBorder"/></a>
  </div>

  <!--TABS 1,2,3-->
  <!--TAB STRIP-->
  <ul id="tablist" class="tablistClass">
  <li><a href="javascript:void(0)" class="currentClass"
onmouseover="this.style.color='red'" onmouseout="this.style.color='navy'"
onclick="return expandcontent('sc1', this)">Info</a></li>
  <li><a href="javascript:void(0)" class="noncurrentClass"
onmouseover="this.style.color='red'" onmouseout="this.style.color='navy'"
onclick="return expandcontent('sc2', this)">Blogs</a></li>
  <li><a href="javascript:void(0)" class="noncurrentClass"
onmouseover="this.style.color='red'" onmouseout="this.style.color='navy'"
onclick="return expandcontent('sc3', this)">Web</a></li>
  </ul>

    <div id="tabcontentcontainer">
    <!--INFO-->
        <div id="sc1" class="tabcontent">
      <table class="linksContainerInfoClass">
        <!--COMPANY-->
        <tr>
          <td class="linkTitleInfoClass">COMPANY</td>
        </tr>
        <tr>
          <td class="lkTitleSubC">Summary</td>
          <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuSummary, '145px');" onmouseout="delayhidemenu();"><img
name="Summary" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">News</td>
          <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuStockNews, '145px');" onmouseout="delayhidemenu();"><img
name="StockNews" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
```

```
        <td class="lkTitleSubC">Key Stats</td>
        <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuKeyStats, '145px');" onmouseout="delayhidemenu();"><img name="KeyStats"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
      </tr>
      <tr>
        <td class="lkTitleSubC">Competitors</td>
        <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuCompetitors, '145px');" onmouseout="delayhidemenu();"><img
name="Competitors" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
      </tr>
       <tr>
        <td class="lkTitleSubC">Events</td>
        <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuEvents, '145px');" onmouseout="delayhidemenu();"><img name="Events"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
      </tr>
      <tr>
        <td class="lkTitleSubC">SEC Filings</td>
        <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuSEC, '145px');" onmouseout="delayhidemenu();"><img name="SEC"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
      </tr>
      <!--INSIDERS-->
      <tr>
        <td class="lkTitleSubC">Holders</td>
        <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuHolders, '145px');" onmouseout="delayhidemenu();"><img name="Holders"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
      </tr>
      <tr>
        <td class="lkTitleSubC">Transactions</td>
        <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuTransactions, '145px');" onmouseout="delayhidemenu();"><img
```

```
name="Transactions" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <!--ANALYSTS-->
        <tr>
          <td class="linkTitleInfoClass">ANALYSTS</td>
        </tr>
        <tr>
          <td class="lkTitleSubC">Earnings</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuEarnings, '145px');" onmouseout="delayhidemenu();"><img name="Earnings"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">Ratings</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuRatings, '145px');" onmouseout="delayhidemenu();"><img name="Ratings"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">Site Grades</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuGrades, '145px');" onmouseout="delayhidemenu();"><img name="Grades"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">Reports</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuReports, '145px');" onmouseout="delayhidemenu();"><img name="Reports"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <!--NUMBERS-->
        <tr>
          <td class="linkTitleInfoClass">NUMBERS</td>
        </tr>
```

```
<!--QUOTES-->
<tr>
  <td class="lkTitleSubC">Real Time</td>
  <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuRealTimeECN, '145px');" onmouseout="delayhidemenu();"><img
name="RealTimeECN" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></td>
</tr>
<tr>
  <td class="lkTitleSubC">Historical</td>
  <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuHistorical, '145px');" onmouseout="delayhidemenu();"><img
name="Historical" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></td>
</tr>
<tr>
  <td class="lkTitleSubC">Options</td>
  <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuOptions, '145px');" onmouseout="delayhidemenu();"><img name="Options"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></td>
</tr>
<!--FINANCIALS-->
<tr>
  <td class="lkTitleSubC">Income</td>
  <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuIncome, '145px');" onmouseout="delayhidemenu();"><img name="Income"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></td>
</tr>
<tr>
  <td class="lkTitleSubC">Balance</td>
  <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuBalance, '145px');" onmouseout="delayhidemenu();"><img name="Balance"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></td>
</tr>
<tr>
  <td class="lkTitleSubC">Cashflow</td>
```

```
        <td class="lkSubC"><a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuCashFlow, '145px');" onmouseout="delayhidemenu();"><img
name="CashFlow" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <!--ALL OTHER-->
        <tr>
          <td class="linkTitleInfoClass">GENERAL</td>
        </tr>
        <tr>
          <td class="lkTitleSubC">Markets</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuStockMarkets, '145px');" onmouseout="delayhidemenu();"><img
name="StockMarkets" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">Screeners</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuStockScreeners, '145px');" onmouseout="delayhidemenu();"><img
name="StockScreeners" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">IPOs</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuIPOs, '145px');" onmouseout="delayhidemenu();"><img name="IPOs"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">Calendar</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuCalendars, '145px');" onmouseout="delayhidemenu();"><img
name="Calendars" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">CEOs</td>
```

```
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuCEOs, '145px');" onmouseout="delayhidemenu();"><img name="CEOs"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">Best/Hot</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuBestLists, '145px');" onmouseout="delayhidemenu();"><img name="BestLists"
style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
        <tr>
          <td class="lkTitleSubC">Jim Cramer</td>
          <td class="lkSubC"> <a href="javascript:void(0)" onmouseover="sdMenu(this,
event, menuJimCramer, '145px');" onmouseout="delayhidemenu();"><img
name="JimCramer" style="vertical-align:middle" ;
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a></t
d>
        </tr>
      </table>
    </div>

    <!--BLOGS-->
    <div id="sc2" class="tabcontent">
        <div class="linksContainerBlogClass">
          <table>
            <tr>
              <td class="rankBlogClass">1. </td>
              <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
'default','https://web.archive.org/web/20060722120733/http://seekingalpha.com/by/symb
ol/' )"><img name="SeekingAlpha" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
              <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.seekingalpha.com' )">Seeking
Alpha</a> </td>
            </tr>
            <tr>
              <td class="rankBlogClass">2. </td>
```

```
            <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
'Technorati','https://web.archive.org/web/20060722120733/http://www.thekirkreport.com'
)"><img name="KirkReport" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
            <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.thekirkreport.com' )">Kirk
Report</a> </td>
          </tr>
          <tr>
            <td class="rankBlogClass">3. </td>
            <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
'default','https://web.archive.org/web/20060722120733/http://www.billcara.com/cgi-
bin/mt-search.cgi?IncludeBlogs=1&amp;search=' )"><img name="BillCara" alt="Direct
Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
            <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.billcara.com/' )">Bill Cara</a>
</td>
          </tr>
          <tr>
            <td class="rankBlogClass">4. </td>
            <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','randomroger.blogspot.com' )"><img
name="RandomRoger" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
            <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://randomroger.blogspot.com/'
)">Random Roger</a> </td>
          </tr>
          <tr>
            <td class="rankBlogClass">5. </td>
            <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
'default','https://web.archive.org/web/20060722120733/http://www.phatinvestor.com/phat
search.html?q= ' )"><img name="PhatInvestor" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
```

```
<td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.phatinvestor.com'
)">PhatInvestor</a> </td>
            </tr>
            <tr>
              <td class="rankBlogClass">6. </td>
              <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
'default','https://web.archive.org/web/20060722120733/http://www.thebulltrader.com/inde
x.php?s=' )"><img name="BullTrader" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
              <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.thebulltrader.com' )">Bull
Trader</a> </td>
            </tr>
            <tr>
              <td class="rankBlogClass">7. </td>
              <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
'default','https://web.archive.org/web/20060722120733/http://www.picosearch.com/cgi-
bin/ts.pl?index=412625&amp;query=' )"><img name="MadMoneyRecap" alt="Direct Link
To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
              <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.madmoneyrecap.com/' )">Mad
Money Recap</a> </td>
            </tr>
            <tr>
              <td class="rankBlogClass">8. </td>
              <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','maddmoney.blogspot.com/' )"><img
name="MaddMoney" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
              <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.maddmoney.blogspot.com/'
)">Madd Money</a> </td>
            </tr>
            <tr>
              <td class="rankBlogClass">9. </td>
              <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
```

'Technorati','https://web.archive.org/web/20060722120733/http://blog.fallondpicks.com' )"><img name="FallondPicks" alt="Direct Link To Stock Symbol Search" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>

        <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW( 'https://web.archive.org/web/20060722120733/http://blog.fallondpicks.com/' )">Fallond Picks</a> </td>
       </tr>
       <tr>
        <td class="rankBlogClass">10. </td>
        <td class="linkBlogClass"><a href="javascript:void(0)" onclick="setTickerPage( 'BlogSearch','peridotcapital.blogspot.com' )"><img name="PeridotCapital" alt="Direct Link To Stock Symbol Search" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>

        <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW( 'https://web.archive.org/web/20060722120733/http://peridotcapital.blogspot.com/' )">Peridot Capital</a> </td>
       </tr>
       <tr>
        <td class="rankBlogClass">11. </td>
        <td class="linkBlogClass"><a href="javascript:void(0)" onclick="setTickerPage( 'default','https://web.archive.org/web/20060722120733/http://tradermike.net/mt/mt-search.cgi?Template=tm_search&amp;IncludeBlogs=2&amp;search=' )"><img name="TraderMike" alt="Direct Link To Stock Symbol Search" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>

        <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW( 'https://web.archive.org/web/20060722120733/http://tradermike.net/' )">Trader Mike</a> </td>
       </tr>
       <tr>
        <td class="rankBlogClass">12. </td>
        <td class="linkBlogClass"><a href="javascript:void(0)" onclick="setTickerPage( 'BlogSearch','traderjamie.blogspot.com/' )"><img name="WallStWarrior" alt="Direct Link To Stock Symbol Search" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>

        <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW( 'https://web.archive.org/web/20060722120733/http://www.traderjamie.blogspot.com/' )">Wall St. Warrior</a> </td>
       </tr>
       <tr>

```
                <td class="rankBlogClass">13. </td>
                <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','knighttrader.blogspot.com/' )"><img
name="KnightTrader" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://knighttrader.blogspot.com/'
)">Knight Trader</a> </td>
            </tr>
            <tr>
                <td class="rankBlogClass">14. </td>
                <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','stockdollars.blogspot.com' )"><img
name="StockDollars" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.stockdollars.blogspot.com'
)">Stock Dollars</a> </td>
            </tr>
            <tr>
                <td class="rankBlogClass">15. </td>
                <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage(
'default','https://web.archive.org/web/20060722120733/http://gotfrank.com/stockpicks/ind
ex.php?s=' )"><img name="Technicator" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.gotfrank.com/stockpicks'
)">Technicator</a> </td>
            </tr>
            <tr>
                <td class="rankBlogClass">16. </td>
                <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','nasdaqtrader.blogspot.com' )"><img
name="Robertos" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://nasdaqtrader.blogspot.com/ '
)">Roberto's</a> </td>
            </tr>
```

```
                <tr>
                  <td class="rankBlogClass">17. </td>
                  <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','mymoneylife.blogspot.com' )"><img
name="InTheMoney" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                  <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://www.mymoneylife.blogspot.com'
)">In The Money</a> </td>
                </tr>
                <tr>
                  <td class="rankBlogClass">18. </td>
                  <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','traderx.blogspot.com' )"><img name="TraderX"
alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                  <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://traderx.blogspot.com/'
)">TraderX</a> </td>
                </tr>
                <tr>
                  <td class="rankBlogClass">19. </td>
                  <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','10qdetective.blogspot.com' )"><img
name="10qdetective" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                  <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://10qdetective.blogspot.com'
)">10QDetective</a> </td>
                </tr>
                <tr>
                  <td class="rankBlogClass">20. </td>
                  <td class="linkBlogClass"><a href="javascript:void(0)"
onclick="setTickerPage( 'BlogSearch','fickletrader.blogspot.com' )"><img
name="FickleTrader" alt="Direct Link To Stock Symbol Search"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkStock.gif"/></a>
</td>
                  <td class="homeBlogClass"><a href="javascript:void(0)" onclick="openW(
'https://web.archive.org/web/20060722120733/http://fickletrader.blogspot.com'
)">FickleTrader</a> </td>
                </tr>
```

```
            </table>
        </div>
         </div>



         <!--WEB-->
         <div id="sc3" class="tabcontent">
           <div class="posNavListClass">
         <div class="itemsNavListClass">
                <table>
                  <tr>
               <td class="linkTitleWebClass">BUSINESS</td>
             </tr>
             <tr>
               <td>Stock Research </td>
               <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,
menuStockResearch, '165px');" onmouseout="delayhidemenu();"><img
name="StockResearch"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
             </tr>
             <tr>
               <td>Biz Magazines </td>
               <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,
menuBizMagazines, '165px');" onmouseout="delayhidemenu();"><img
name="BizMagazines"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
             </tr>
             <tr>
               <td>Biz Knowledge </td>
               <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,
menuBizKnowledge, '165px');" onmouseout="delayhidemenu();"><img
name="BizKnowledge"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
             </tr>
             <tr>
               <td>Markets </td>
               <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,
menuFinancialMarkets, '165px');" onmouseout="delayhidemenu();"><img name="Markets"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
             </tr>
```

```
<tr>
  <td>Online Trading </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event, menuOnlineTrading, '165px');" onmouseout="delayhidemenu();"><img name="OnlineTrading" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Professional </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuProfessional, '165px');" onmouseout="delayhidemenu();"><img name="Professional" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Insurance </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuInsurance, '165px');" onmouseout="delayhidemenu();"><img name="Insurance" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Accounting </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuAccounting, '165px');" onmouseout="delayhidemenu();"><img name="Accounting" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Government </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuGovernment, '165px');" onmouseout="delayhidemenu();"><img name="Government" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Shipping </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuShipping, '165px');" onmouseout="delayhidemenu();"><img name="Shipping"
```

```
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
            </tr>
            <tr>
              <td>Search Engines </td>
              <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,
menuSearchEngines, '165px');" onmouseout="delayhidemenu();"><img
name="SearchEngines"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
            </tr>


               <tr>
              <td class="linkTitleWebClass">PLEASURE</td>
            </tr>
            <tr>
              <td>Sports </td>
              <td><a href="javascript:void(0)" onmouseover="sdMenu(this,
event,menuSports, '165px');" onmouseout="delayhidemenu();"><img name="Sports"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
            </tr>
            <tr>
              <td>Entertainment </td>
              <td><a href="javascript:void(0)" onmouseover="sdMenu(this,
event,menuEntertainment, '165px');" onmouseout="delayhidemenu();"><img
name="Entertainment"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
            </tr>
            <tr>
              <td>Travel </td>
              <td><a href="javascript:void(0)" onmouseover="sdMenu(this,
event,menuTravel, '165px');" onmouseout="delayhidemenu();"><img name="Travel"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
            </tr>
            <tr>
              <td>Shopping </td>
              <td><a href="javascript:void(0)" onmouseover="sdMenu(this,
event,menuShopping, '165px');" onmouseout="delayhidemenu();"><img name="Shopping"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
            </tr>
```

```
<tr>
  <td>Technology </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuTechnology, '165px');" onmouseout="delayhidemenu();"><img name="Technology" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Weather </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuWeather, '165px');" onmouseout="delayhidemenu();"><img name="Weather" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Reference </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuReference, '165px');" onmouseout="delayhidemenu();"><img name="Reference" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Health </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuHealth, '165px');" onmouseout="delayhidemenu();"><img name="Health" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Gambling </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuGambling, '165px');" onmouseout="delayhidemenu();"><img name="Gambling" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
</tr>
<tr>
  <td>Home </td>
  <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event,menuHome, '165px');" onmouseout="delayhidemenu();"><img name="Home" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
```

```
          </tr>
          <tr>
            <td>Opinions </td>
            <td><a href="javascript:void(0)" onmouseover="sdMenu(this,
event,menuOpinions, '165px');" onmouseout="delayhidemenu();"><img name="Opinions"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
          </tr>
          <tr>
            <td>Directories </td>
            <td><a href="javascript:void(0)" onmouseover="sdMenu(this,
event,menuDirectories, '165px');" onmouseout="delayhidemenu();"><img
name="Directories"
src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></
td>
          </tr>
        </table>
      </div>
    </div>
  </div>
</div>

<form name="Form1" method="post" action="InstantBull.aspx" id="Form1">
<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
value="/wEPDwUJOTEyNTIwNTM2ZBgBBR5fX0NvbnRyb2xzUmVxdWlyZVBvc3RCYWNrS2V
5X18WEQUOcmJZYWhvb0ZpbmFuY2UFDnJiWWFob29CeVRvcGljBQ5yYllhaG9vQnlUb3Bp
YwURcmJTaWxpY29uSW52ZXN0b3IFEXJiU2lsaWNvbkludmVzdG9yBQxyYUhZ2luZ0J1bGwF
DHJiUmFnaW5nQnVsbAUOcmJNb25leUNlbnRyYWwFDnJiTW9uZXlDZW50cmFsBQ1yYk1h
cmtldFdhdGNoBQ1yYk1hcmtldFdhdGNoBQ5yYkludmVzdG9yc0h1YgUOcmJJbnZlc3Rvcn
IdWlFDnJiQ2xlYXJTdGF0aW9uBQ5yYkNsZWFyU3RhdGlvbgUOcmJTZWVraW5QWxwaGEF
DnJiU2Vla2luZ0FscGhh9NaXLRd/2pAVgwtkdKsJwmHWTMo="/>

  <!--TIME LABEL-->
  <input type="hidden" id="txtTime" name="txtTime" value=""/><span
id="timebox"></span>

  <script type="text/javascript">
  var t = GetServerTimeString();
  new showLocalTime(t, "timebox", "server-ssi", 0, "short")
  </script>

  <div id="divBoardSourceContainer" class="divBoardSourceContainerClass"> </div>
  <div id="divBoardSource" class="divBoardSourceClass">
```

```html
<span class="rbYahooFinanceClass"><input id="rbYahooFinance" type="radio" name="groupBoardSource" value="rbYahooFinance" checked="checked"/><label for="rbYahooFinance">YahooFinance</label></span>
    <span class="rbYahooByTopicClass"><input id="rbYahooByTopic" type="radio" name="groupBoardSource" value="rbYahooByTopic"/><label for="rbYahooByTopic">YahooFinance(Beta)</label></span>
    <span class="rbSiliconInvestorClass"><input id="rbSiliconInvestor" type="radio" name="groupBoardSource" value="rbSiliconInvestor"/><label for="rbSiliconInvestor">SiliconInvestor</label></span>
    <span class="rbRagingBullClass"><input id="rbRagingBull" type="radio" name="groupBoardSource" value="rbRagingBull"/><label for="rbRagingBull">RagingBull</label></span>
    <span class="rbMoneyCentralClass"><input id="rbMoneyCentral" type="radio" name="groupBoardSource" value="rbMoneyCentral"/><label for="rbMoneyCentral">MoneyCentral</label></span>
    <span class="rbMarketWatchClass"><input id="rbMarketWatch" type="radio" name="groupBoardSource" value="rbMarketWatch"/><label for="rbMarketWatch">MarketWatch</label></span>
    <span class="rbInvestorsHubClass"><input id="rbInvestorsHub" type="radio" name="groupBoardSource" value="rbInvestorsHub"/><label for="rbInvestorsHub">InvestorsHub</label></span>
    <span class="rbClearStationClass"><input id="rbClearStation" type="radio" name="groupBoardSource" value="rbClearStation"/><label for="rbClearStation">ClearStation</label></span>
    <span class="rbSeekingAlphaClass"><input id="rbSeekingAlpha" type="radio" name="groupBoardSource" value="rbSeekingAlpha"/><label for="rbSeekingAlpha">SeekingAlpha(Blog)</label></span>
  </div>

  <!--MESSAGE COUNT-->
  <div class="divMessagesClass"></div>
  <select name="ddMessages" id="ddMessages" title="Number of messages to fetch when GO is clicked" class="ddMessagesClass">
      <option value="5">5</option>
      <option value="10">10</option>
      <option selected="selected" value="15">15</option>
      <option value="20">20</option>
      <option value="25">25</option>

</select>

  <!--LOAD BUTTON-->
  <input type="submit" name="btnLoad" value="Go"
onclick="javascript:barLoad.showBar();setQuickStocksCookie(document.getElementById(
```

```html
'asbTicker').value);firstload();" id="btnLoad" title="Click to LOAD MESSAGES from the
selected board" class="btnLoadClass"/>

   <!--TICKER SYMBOL-->
   <link href="/web/20060722120733cs_/http://instantbull.com/asb/AutoSuggestBox.css"
type="text/css" rel="stylesheet">
<script language="javascript">
<!--
//Constants
var ASB_GET_DATA_URL='asb/GetAutoSuggestData.aspx';
//-->
</script>
<script type="text/javascript" language="JavaScript"
src="/web/20060722120733js_/http://instantbull.com/asb/AutoSuggestBox.js"></script>
<input name="asbTicker" type="text" value="GOOG" maxlength="100" size="30"
id="asbTicker" class="asbTickerClass" onblur="asbHideDiv('divMenu_asbTicker');"
onkeydown="asbOnKeyDown('asbTicker', 'divMenu_asbTicker', event);" onkeypress="return
asbOnKeyPress(event);" onkeyup="asbOnKeyUp('asbTicker', 'divMenu_asbTicker', 'Name',
event);" autocomplete="off"/><br><div class="asbMenu" style="visibility:hidden"
id="divMenu_asbTicker"></div>
<input type="hidden" id="asbTicker_SelectedValue" name="asbTicker:SelectedValue"
value="">

   <!--START and TOOLTIP variables-->
   <textarea name="tbStart" rows="2" cols="20" id="tbStart"
class="tbStartClass"></textarea>
   <input name="tbTooltipSize" type="text" value="turnoff" id="tbTooltipSize"
class="tbTooltipSizeClass"/>

   <!--TABS 4,5-->
   <ul id="tablist2" class="tablistClass2">
   <li><a href="javascript:void(0)" class="noncurrentClass"
onmouseover="this.style.color='red'" onmouseout="this.style.color='navy'"
onclick="return expandcontent('sc4', this)">News</a></li>
   <li><a href="javascript:void(0)" class="noncurrentClass"
onmouseover="this.style.color='red'" onmouseout="this.style.color='navy'"
onclick="return expandcontent('sc5', this)">Msg</a></li>
   </ul>

   <div id="tabcontentcontainer2">
       <!--NEWS-->
       <div id="sc4" class="tabcontent2">
         <div class="posNavListClass">
           <div class="itemsNavListClass">
```

```
<table>
  <tr>
    <td>World News </td>
    <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event, menuWorldNews2, '165px');" onmouseout="delayhidemenu();"><img name="WorldNews" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
  </tr>
  <tr>
    <td>US News </td>
    <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event, menuUSNews2, '165px');" onmouseout="delayhidemenu();"><img name="USNews" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
  </tr>
  <tr>
    <td>UK News </td>
    <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event, menuUKNews2, '165px');" onmouseout="delayhidemenu();"><img name="UKNews" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
  </tr>
  <tr>
    <td>Business News </td>
    <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event, menuBusinessNews2, '165px');" onmouseout="delayhidemenu();"><img name="BusinessNews" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
  </tr>
  <tr>
    <td>TV News </td>
    <td><a href="javascript:void(0)" onmouseover="sdMenu(this, event, menuTVNews2, '165px');" onmouseout="delayhidemenu();"><img name="TVNews" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/lkNewW.gif"/></a></td>
  </tr>
</table>
<div id="newsTable" class="newsTableClass">
  <table id="NewsTable" border="0">
    <tr>
      <td class="headerRowClass">Latest Headline</td><td class="headerRowClass">News Source</td>
    </tr><tr>
```

```
        <td class="tableRowNews1Class">Dell Shares Plunge on Lowered 2Q
Outlook</td><td class="tableRowNews2Class" onmouseover="TipNews('1', 'Dell
corporate logos and signs at Novell&amp;#39;s BrainShare convention March 22, 2006, in
a Salt Lake City file photo. Shares of Dell Inc.');" onmouseout="GetOutNews();"
onclick="openW2('https://web.archive.org/web/20060722120733/http://abcnews.go.com/
Business/wireStory?id=2221992');">ABC News</td>
        </tr><tr>
        <td class="tableRowNews1Class">Stocks, bonds rally after Bernanke says
economy is slowing</td><td class="tableRowNews2Class" onmouseover="TipNews('2',
'Stocks and bonds rallied sharply Wednesday after Federal Reserve Chairman Ben
Bernanke said economic growth appears to be moderating, which should gradually reduce
inflation pressures.');" onmouseout="GetOutNews();"
onclick="openW2('https://web.archive.org/web/20060722120733/http://www.usatoday.co
m/money/economy/fed/2006-07-19-bernanke_x.htm?POE=NEWISVA');">USA Today</td>
        </tr><tr>
        <td class="tableRowNews1Class">British bankers facing fraud charges must
remain in US</td><td class="tableRowNews2Class" onmouseover="TipNews('3',
'HOUSTON -- Three British bankers facing Enron Corp.-related fraud charges learned Friday
that they must stay in the US pending trial.');" onmouseout="GetOutNews();"
onclick="openW2('https://web.archive.org/web/20060722120733/http://www.chicagotribu
ne.com/business/chi-0607220149jul22,1,587223.story?coll=chi-business-hed');">Chicago
Tribune</td>
        </tr><tr>
        <td class="tableRowNews1Class">BellSouth, AT&amp;T Merger Moves
Forward</td><td class="tableRowNews2Class" onmouseover="TipNews('4', 'BellSouth
shareholders on Friday approved the $67 billion sale of the company to AT&amp;amp;T,
which would further expand the latter company&amp;#39;s reach in the
telecommunications sector and place Cingular under a single owner.');"
onmouseout="GetOutNews();"
onclick="openW2('https://web.archive.org/web/20060722120733/http://www.betanews.c
om/article/BellSouth_ATT_Merger_Moves_Forward/1153500838');">BetaNews</td>
        </tr><tr>
        <td class="tableRowNews1Class">Charges Filed in Options Probe</td><td
class="tableRowNews2Class" onmouseover="TipNews('5', 'Federal prosecutors yesterday
filed the first criminal charges against a top executive who allegedly manipulated stock
option awards in order to give his employees a bigger payday and conceal corporate
expenses.');" onmouseout="GetOutNews();"
onclick="openW2('https://web.archive.org/web/20060722120733/http://www.washington
post.com/wp-dyn/content/article/2006/07/20/AR2006072001833.html');">Washington
Post</td>
        </tr><tr>
        <td class="tableRowNews1Class">Japanese wrapping up US beef
inspections</td><td class="tableRowNews2Class" onmouseover="TipNews('6', 'Teams of
Japanese agricultural officials are expected today to complete audits of 35 US meat-
```

processing facilities to assure themselves that mad cow disease will not be shipped to Japan when its ban on US beef imports is lifted.');" onmouseout="GetOutNews();" onclick="openW2('https://web.archive.org/web/20060722120733/http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2006/07/21/BUGJ1K2NRK1.DTL');">San Francisco C</td>
        </tr><tr>
                <td class="tableRowNews1Class">Arrests raise UK concerns on doing business in US</td><td class="tableRowNews2Class" onmouseover="TipNews('7', 'UK company directors have encountered heightened investor unease about the risks of doing business in the US since the arrest of the chief executive of BetonSports, the online gaming group, this ');" onmouseout="GetOutNews();" onclick="openW2('https://web.archive.org/web/20060722120733/http://msnbc.msn.com/id/13975639/');">MSNBC</td>
        </tr><tr>
                <td class="tableRowNews1Class">Crude oil and the Middle East powder keg</td><td class="tableRowNews2Class" onmouseover="TipNews('8', 'Crude oil has entered into uncharted territory, with prices climbing above psychological barriers, such as $50, $60, and $70 per barrel, then establishing these levels ');" onmouseout="GetOutNews();" onclick="openW2('https://web.archive.org/web/20060722120733/http://www.marketwatch.com/news/story/story.aspx?guid=%7BB29D2575-951C-4953-9452-A33CFBFB35D5%7D');">MarketWatch</td>
        </tr>
</table>
            </div>
          </div>
         </div>
        </div>

        <!--MESSAGES-->
        <div id="sc5" class="tabcontent2">
          <div id="titlesAuthorsTable" class="msgTableClass">
            <table id="TitlesAuthorsTable" border="0">

</table>
        <div class="loadExplanationClass">Click the above Go button to display messages here.
                <a id="MovieQuotes" target="_top"><img class="MovieQuotesClass" src="/web/20060722120733im_/http://instantbull.com/Images/Icons/miniBull.gif" alt="&quot;This mission is too important for me to allow you to jeopardize it.&quot; - 2001: A Space Odyssey" border="0"/></a>
            </div>
          </div>
        </div>
    </div>

```
</form>

 </body>
</html>

  <!--
   FILE ARCHIVED ON 12:07:33 Jul 22, 2006 AND RETRIEVED FROM THE
   INTERNET ARCHIVE ON 21:20:35 Apr 12, 2025.
   JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

   ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
   SECTION 108(a)(3)).
-->
<!--
playback timings (ms):
 captures_list: 0.81
 exclusion.robots: 0.052
 exclusion.robots.policy: 0.037
 esindex: 0.015
 cdx.remote: 31.233
 LoadShardBlock: 206.894 (3)
 PetaboxLoader3.datanode: 119.46 (4)
 PetaboxLoader3.resolve: 272.594 (2)
 load_resource: 213.434
-->
```

# Exhibit 13

Attorney Docket No. **A0004-1001**

# ABSTRACT

Web content representing a first message is displayed in a window of a computer program. The first message is one of a plurality of messages posted to an online forum. A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message. The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages. The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window. The online forum may, for example, be a web-based financial message board.

Attorney Docket No. **A0004-1001**

# APPLICATION FOR

# UNITED STATES LETTERS PATENT

**Title:** **Message Board Aggregator**

**Inventor(s):** **Gal Arav**

"Express Mail" Mailing Label Number  EV 860508914 US

Date of Deposit:  March 20, 2006

I hereby certify under 37 CFR 1.10 that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" with sufficient postage on the date indicated above and is addressed to the Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

- 1 -

Attorney Docket No. A0004-1001

# Message Board Aggregator

### Cross Reference to Related Applications

[0001]     This application is related to a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled, "Instantaneous Symbol Lookup," and a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled "Hyperlink with Graphical Cue," both of which are hereby incorporated by reference.

## BACKGROUND

### Field of the Invention

[0002]     The present invention relates to aggregation of electronic messages and, more particularly, to aggregation of messages posted to online financial message boards.

### Related Art

[0003]     People have long used computer networks to communicate with each other in a variety of ways.  Email, for example, enables both one-to-one and one-to-many communication in a way that is analogous to traditional written communications delivered by postal mail.  Email became the dominant form of personal communication in the early years of the Internet, perhaps because it is easy to learn how to use and does not require high bandwidth networks or powerful computers to implement.

[0004]     Email, however, has drawbacks.  It is not, for example, useful for many-to-many communications, or for archiving communications for subsequent viewing over the network by those other than the original sender and recipient.

- 2 -

Attorney Docket No. **A0004-1001**

Early forms of network communication that addressed these problems were electronic bulletin board systems (BBSs) and newsgroups. Such systems allowed users to post messages on particular topics, and for other users to view messages posted on each topics. Newsgroups remain a popular way for people to engage in conversation and find information on particular topics of interest to them.

[0005] Such systems, however, have their own drawbacks. For example, newsgroup postings typically are limited to text, or to text with an attached binary file. Newsgroups, in other words, do not provide users with the rich graphical experience they have come to expect from content on the World Wide Web. Similarly, newsgroup user interfaces typically display only a list of messages in each newsgroup, and do not provide additional graphical content that could be used to enhance the user's experience and/or to display advertisements or otherwise generate revenue for the provider of the newsgroup user interface.

[0006] At least in part in response to these problems, web sites have been made available which enable users to access email, newsgroups, and other forms of online communication through a web browser. Such web sites typically provide a graphical user interface through which users may write, post, read, and delete messages. Such web sites may also display advertisements or otherwise employ mechanisms that generate revenue for the provider of the graphical user interface. This approach attempts to create a win-win situation for the web site user and provider, by providing the user with powerful communications features and a rich graphical experience, and providing the web site provider with the ability to generate profit from the value it adds to the user's experience.

- 3 -

Attorney Docket No. **A0004-1001**

[0007]   A newsgroup is one of many kinds of online message boards.  One particularly popular kind of online message board is the financial message board, which is used to exchange information about company stock prices and other financial information.  Frequent users of financial message boards require highly current and accurate information, due to the speed at which financial information changes and the consequences of making financial decisions based on inaccurate information.  To obtain as much accurate information as quickly as possible, such users may scan multiple message boards for messages about a single stock.  For example, financial message board users often refer to relevant information about a company hosted on multiple financial portal web sites, such as the company profile, stock charts, competitors, SEC filings, analyst opinions, news, upcoming events, trades made by officers, and other users' rumors.  Furthermore, a single user may track a large number of stocks at the same time, while also keeping track of broader economic trends such as fluctuations in interest rates and currency exchange rates.

[0008]   The unique needs of financial message board users, therefore, create special challenges for those seeking to design user interfaces for such message boards.  For example, it is critical to provide the user with all of the information he desires, but within the constraints of the available display screen and network bandwidth, and without providing the user with so much information at once that he becomes overloaded.

[0009]   Financial message boards also provide a unique opportunity for web site providers.  Heavy users of financial message boards tend to be affluent, well-educated, and Internet-savvy.  They also tend to be frequent purchasers of financial products and services, and to purchase such products

- 4 -

Attorney Docket No. **A0004-1001**

and services over the Internet.  Financial message board users, therefore, represent an attractive market to web advertisers.  Web sites that provide access to financial message boards using features that attract large numbers of repeat users would therefore likely be capable of generating significant advertising revenue.

## SUMMARY

[0010]    Web content representing a first message is displayed in a window of a computer program.  The first message is one of a plurality of messages posted to an online forum.  A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message.  The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages.  The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window.  The online forum may, for example, be a web-based financial message board.For example, one aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and (2) displaying, in the window of the computer program and contemporaneously with (1), a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

- 5 -

Attorney Docket No. **A0004-1001**

[0011]    Another aspect of the present invention is directed to a computer-implemented method including: (1) receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum; (2) displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages; and (3) displaying, in a second frame of the window distinct from the first frame and contemporaneously with (2), a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

[0012]    Yet another aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; (2) displaying, in the window of the computer program and contemporaneously with (1), a message summary, the message summary comprising first information derived from the first message; (3) receiving, from a user, input selecting the message summary; and (4) displaying third information derived from the first message, in response to receiving the user input.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0013]    FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

- 6 -

Attorney Docket No. **A0004-1001**

[0014]    FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

[0015]    FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

## DETAILED DESCRIPTION

[0016]    Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention.  Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention.  Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

[0017]    In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302.  In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted.  In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

[0018]    The web page 306 is an example of a "source" web page as that term is used herein.  The message table 302

- 7 -

Attorney Docket No. **A0004-1001**

may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

[0019] Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-*m* are illustrated. For ease of illustration and explanation, each of the message boards 102a-*m* is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-*n*; message board 102b includes a set of messages 104b, including messages 108a-*n*; and message board 102*m* includes a set of messages 104*m*, including messages 110a-*n*. In practice, the message boards 102a-*m* may be implemented using web servers or any other appropriate kind of technology.

[0020] Furthermore, although only three external message boards 102a, 102b, and 102*m* are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable *m*. Furthermore, the term "message board" is not limited to any particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-*m* is shown in FIG. 1 as including the same number of messages *n*, the number of messages may vary among the message boards 102a-*m*.

[0021] A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-

- 8 -

topics.  For ease of illustration and explanation, each of the message boards 102a-*m* is illustrated in FIG. 1 as containing only a single thread of messages.  This does not represent a limitation of the present invention.  Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

[0022]   The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-*n*).  The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server.  Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-*m* will be referred to herein as "external" message boards in relation to the aggregation server 112.  As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-*m* and 114, and displays content from the aggregated messages in the web page 300.

[0023]   Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-*m* and 114 to display aggregated message content in the window 300.  A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112.  The web page 300 is an example of a web page that may be part of such a web site.  Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202).  The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-*m*) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316.  Note,

- 9 -

however, that the user 142 may select more than one source message board.

[0024]    In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

[0025]    The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

[0026]    The user 142 selects a particular message board topic to view (step 204).  The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314.  This is only one of many ways in which the user may select a message board topic to view.

[0027]    Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list.  For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum.  If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312.  More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field

- 10 -

312.  The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

[0028]    The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112.  In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206).  In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114.  This is not, however, a requirement of the present invention.  The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-*m*.

[0029]    Note further that any subset of the external message boards 102a-*m* may be selectable as a source by the user 142.  Such a subset may, for example, consist of all of the external message boards 102a-*m*, any one of the message boards 102a-*m*, or any combination of fewer than all of the message boards 102a-*m*.

[0030]    The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142.  Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

- 11 -

Attorney Docket No. **A0004-1001**

[0031]    At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message Titles," which always displays the titles of the messages summarized in the table 302.  The table 302 also includes, however, a second column 322b having content that may be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

[0032]    The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302.  Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields.  Furthermore, a single column in the table 302 may display content from more than one field.  For example, a single "time and author" column may simultaneously display both message time and author.

[0033]    At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210).  For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the

- 12 -

Attorney Docket No. **A0004-1001**

contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time.  Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

[0034]    The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 120; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

[0035]    The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212).  For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120.  Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required.  The message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

[0036]    As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3).  In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302.

- 13 -

When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed in the frame 308.

[0037]    The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-*m* or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

[0038]    The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

[0039]    The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web

- 14 -

content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

[0040]     As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

[0041]     Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328

- 15 -

containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

[0042] Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

[0043] The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

[0044] Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of

- 16 -

Attorney Docket No. **A0004-1001**

the present invention.  Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

[0045]    The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size.  For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large.  The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

[0046]    Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed.  Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

[0047]    The web page 300 may allow the user 142 to post additional messages to any of the source message boards.  For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message.  When the user 142 clicks the button 330, a web page may be displayed which allows the user

- 17 -

142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-*m*. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

[0048] Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

[0049] Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

[0050] Among the advantages of the invention are one or more of the following. The features of the web page 300

- 18 -

illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

[0051] Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

[0052] By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

[0053] Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3. For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users. The web page 300, in other words, may be designed to

- 19 -

Attorney Docket No. **A0004-1001**

make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

[0054]     It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention.  Various other embodiments, including but not limited to the following, are also within the scope of the claims.  For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.  In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0055]     Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples.  More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance.  Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards.  For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages.  The term "message" as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email

- 20 -

message, a newsgroup posting, or a news article posted by an administrator to a news web site.

[0056]    As described above, the aggregation server 112 extracts certain information from source message boards to produce the message content units 132.  Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user 142 may be allowed to sort the aggregated message summaries displayed in the message table 302 by, for example, any of the categories mentioned above.

[0057]    Ease of visual cognition is key to a successful user interface.  Various techniques may be combined with those described above to improve such ease of visual cognition.  For example, message summaries in the table 302 may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table 302 may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way.  For example, a single column may correspond to a single attribute or to multiple attributes.  For example, in one embodiment, there are two columns: (1) title and (2) time and author.

[0058]    The web browser 140 is not limited to any particular web browser application.  The web browser 140 may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal digital

- 21 -

assistant, or smart phone).  Furthermore, although the network 138 in FIG. 1 is labeled as the "Internet," the web browser 140 and aggregation server 112 may communicate over any kind of network, such as a private intranet.

[0059]    The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof.  The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device.  Program code may be applied to input entered using the input device to perform the functions described and to generate output.  The output may be provided to one or more output devices.

[0060]    Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0061]    Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory.  Storage devices suitable for tangibly embodying computer program instructions include, for example,

- 22 -

Attorney Docket No. **A0004-1001**

all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays).  A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0062]    What is claimed is:

- 23 -



**FIG. 1**

EXPRESS MAIL NO.: EV 860508914 US
SERIAL NO.:        NOT YET ASSIGNED
TITLE:             Message Board Aggregator
INVENTOR(S):       Gal Arav

MAILING DATE: 3/20/2006
ATTORNEY DOCKET NO.: A0004-1001

EXPRESS MAIL NO.: EV 860508914 US          MAILING DATE: 3/20/2006
USDC IND Case 1:25-cv-00273-SHAB-SLC   document 1-2 filed 06/02/25004 page 212 of
TITLE:             Message Board Aggregator 1037
INVENTOR(S):       Gal Arav



**FIG. 2**



MAILING DATE: 3/20/2006
ATTORNEY DOCKET NO.: A0004-1001

EXPRESS MAIL NO.: EV 860508914 US
SERIAL NO.: NOT YET ASSIGNED
TITLE: Message Board Aggregator
INVENTOR(S): Gal Arav

http://www.instantbull.com

Top level website menu        Login    Add message    330

InstantBull Logo        Messages from other websites

334        316        Website source        15

Directory (forum)        Symbol    Load Messages        318
Quote

320a    320b        312        314

Placeholder for ad banner OR selected message content (corresponds to message 102 in this example)

News    Messages View 1    View 2

| Message title | Message fields |
|---|---|
| Title link 101 | Time 101 |
| | Author 101 |
| | Any field 101 |
| Title link 102 | Time 102 |
| | Author 102 |
| | Any field 102 |
| Message ID 102 Sentiment 102 Any field 102 Message content 102 | |
| Title link 104 | Time 104 |
| | Any field 104 |
| Title link 105 | Time 105 |
| | Author 105 |
| | Any field 105 |

322a        322b

324        326        302

328

Framed view of an external website, or of local website page content

306

Individual message as it appears on the original webpage (corresponds to message 102 in this example)

304        308        300

## CLAIMS

1. A computer-implemented method comprising:

(1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and

(2) displaying, in the window of the computer program and contemporaneously with (1), a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

2. The method of claim 1, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the information derived from the first message in a second frame of the window distinct from the first frame.

3. The method of claim 1, wherein the first online forum comprises a web-based message board.

4. The method of claim 1, wherein (1) comprises:

(1)(a) copying the web content from the first online forum; and

(1)(b) displaying the copied web content in the window of the computer program.

- 24 -

Attorney Docket No. **A0004-1001**

5. The method of claim 1, wherein (1) comprises:

(1)(a)  identifying a link to the web content in the first online forum; and

(1)(b)  displaying the web content through the link.

6. The method of claim 1, wherein (2) comprises:

(2)(a)  for each of the plurality of messages, deriving information from at least one of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics; and

(2)(b)  displaying the derived information.

7. The method of claim 6, wherein (2)(a) comprises deriving information from a plurality of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics.

8. The method of claim 6, further comprising:

(3)  receiving input from a user, the input indicating a category; and

(4)  displaying, contemporaneously with (1), information derived from the first message in the indicated category.

- 25 -

Attorney Docket No. A0004-1001

9. The method of claim 8, wherein (4) comprises replacing at least some of the information displayed in (2) with the information derived from the message in the indicated category.

10. The method of claim 1, further comprising:

(3) displaying, in the window of the computer program and contemporaneously with (1), information derived from a third message in a second online forum.

11. The method of claim 1, wherein (2) comprises:

(2)(a) receiving the first and second information from at least one remote source;

(2)(b) storing the first and second information at a local source; and

(2)(c) displaying the first and second information from the local source.

12. The method of claim 1, further comprising:

(3) receiving, from a user, input selecting one of the plurality of message summaries;

(4) identifying a message in the plurality of messages corresponding to the selected message summary; and

(5) displaying third information derived from the identified message.

13. The method of claim 12, wherein the identified message is the first message, and wherein the third information contains information not contained in the first information.

- 26 -

Attorney Docket No. A0004-1001

14. The method of claim 12, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the selected one of the plurality of message summaries.

15. The method of claim 12, wherein (5) comprises displaying the third information using a tooltip.

16. The method of claim 12, wherein (5) comprises displaying the third information using a static user interface object.

17. The method of claim 12, wherein (5) comprises displaying third information retrieved from a local source.

18. The method of claim 12, further comprising:
(6)  before (5), selecting a size selected from at least two sizes; and
wherein (5) comprises displaying the third information at the selected size.

19. An apparatus comprising:
first means for causing to be displayed, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and
second means for causing to be displayed, in the window of the computer program and contemporaneously with the first means for causing to be displayed, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

- 27 -

Attorney Docket No. A0004-1001

20. A computer-implemented method comprising:

(1)    receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;

(2)    displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages; and

(3)    displaying, in a second frame of the window distinct from the first frame and contemporaneously with (2), a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

21. The method of claim 20, further comprising:

(4)    receiving, from a user, input selecting one of the plurality of message summaries;

(5)    identifying a message in the plurality of messages corresponding to the selected message summary;

(6)    identifying a message data unit corresponding to the message identified in (5); and

(7)    displaying information in the identified message data unit that is not in the selected one of the plurality of message summaries.

Attorney Docket No. A0004-1001

22. An apparatus comprising:

means for receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;

first means for displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages; and

second means for displaying, in a second frame of the window distinct from the first frame and contemporaneously with the first means for displaying, a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

23. A computer-implemented method comprising:

(1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum;

(2) displaying, in the window of the computer program and contemporaneously with (1), a message summary, the message summary comprising first information derived from the first message;

(3) receiving, from a user, input selecting the message summary; and

(4) displaying third information derived from the first message, in response to receiving the user input.

- 29 -

24. The method of claim 23, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the message summary in a second frame of the window distinct from the first frame.

25. The method of claim 23, wherein the first online forum comprises a web-based message board.

26. The method of claim 23, wherein (2) comprises:
(2)(a)     receiving the first information from at least one remote source;
(2)(b)     storing the first information at a local source; and
(2)(c)     displaying the first information from the local source.

27. The method of claim 26, wherein the third information contains information not contained in the first information.

28. The method of claim 26, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the message summary.

29. The method of claim 26, wherein (4) comprises displaying the third information using a tooltip.

30. The method of claim 26, wherein (4) comprises displaying the third information using a static user interface object.

31. The method of claim 26, wherein (4) comprises displaying third information retrieved from a local source.

32. An apparatus comprising:

first means for displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum;

second means for displaying, in the window of the computer program and contemporaneously with the first means for displaying, a message summary, the message summary comprising first information derived from the first message;

means for receiving, from a user, input selecting the message summary; and

third means for displaying third information derived from the first message, in response to receiving the user input.

# Exhibit 14

US007529795B2

(12) **United States Patent**
Arav

(10) **Patent No.:** US 7,529,795 B2
(45) **Date of Patent:** May 5, 2009

(54) **MESSAGE BOARD AGGREGATOR**

(75) Inventor: **Gal Arav**, Bedford, MA (US)

(73) Assignee: **Stragent, LLC**, Longview, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 225 days.

(21) Appl. No.: **11/384,957**

(22) Filed: **Mar. 20, 2006**

(65) **Prior Publication Data**

US 2006/0155809 A1      Jul. 13, 2006

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 3/00* (2006.01)

(52) **U.S. Cl.** ....................................... **709/204**; 715/758

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,754,176 | A | 5/1998 | Crawford |
| 5,854,630 | A | 12/1998 | Nielson |
| 6,216,141 | B1 | 4/2001 | Straub et al. |
| 6,336,133 | B1 * | 1/2002 | Morris et al. ............... 709/204 |
| 6,405,238 | B1 | 6/2002 | Votipka |
| 6,456,303 | B1 | 9/2002 | Walden et al. |
| 6,498,835 | B1 | 12/2002 | Skladman et al. |
| 6,661,877 | B1 | 12/2003 | Lee et al. |
| 6,748,449 | B1 | 6/2004 | Dutta |
| 2002/0130895 | A1 | 9/2002 | Brandt et al. |
| 2002/0152238 | A1 | 10/2002 | Hayes |
| 2003/0115306 | A1 * | 6/2003 | Hagarty et al. .............. 709/223 |
| 2004/0172405 | A1 * | 9/2004 | Farran ......................... 707/100 |
| 2005/0076110 | A1 | 4/2005 | Mathew et al. |
| 2006/0015821 | A1 | 1/2006 | Jacques Parker et al. |
| 2006/0064342 | A1 * | 3/2006 | Frengut et al. ................ 705/10 |

| | | | |
|---|---|---|---|
| 2006/0174340 | A1 * | 8/2006 | Santos et al. .................. 726/21 |

FOREIGN PATENT DOCUMENTS

| WO | WO 02/03243 A1 | 1/2002 |
|---|---|---|
| WO | WO 02/061610 A1 | 8/2002 |
| WO | WO 2004/029780 A2 | 8/2004 |

OTHER PUBLICATIONS

BoardCentral Website (Feb. 15, 2006).
StockHouse Website (Feb. 15, 2006).
ClearStation Website (Feb. 15, 2006).
FreeRealTime Message Boards Website (Feb. 15, 2006).
MarketWatch Message Boards Website (Feb. 15, 2006).
The Motley Fool Discussion Boards Website (Feb. 15, 2006).

(Continued)

*Primary Examiner*—Patrice Winder
*Assistant Examiner*—Minh-Chau Nguyen

(57) **ABSTRACT**

Web content representing a first message is displayed in a window of a computer program. The first message is one of a plurality of messages posted to an online forum. A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message. The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages. The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window. The online forum may, for example, be a web-based financial message board.

**66 Claims, 3 Drawing Sheets**



**US 7,529,795 B2**

Page 2

OTHER PUBLICATIONS

MSN Money Message Boards Website (Feb. 15, 2006).
Yahoo! Message Boards Website (Feb. 15, 2006).
StockSelector.com Message Boards Website (Feb. 15, 2006).
SmallCapCenter.com Message Boards Website (Feb. 15, 2006).
Silicon Investor Message Boards Website (Feb. 15, 2006).
RagingBull Website (Feb. 15, 2006).
WallStreetTape.com Website Feb. 15, 2006.
InvestorVillage Website (Feb. 17, 2006).
Forex Trading Website (Feb. 17, 2006).
Elite Trader.com as viewed on Mar. 21, 2007.
AllStocks.com as viewed on Mar. 21, 2007.
InvestorsHub.com as viewed on Mar. 21, 2007.

TheLion.com as viewed on Mar. 21, 2007.
Finance.Google.com as viewed on Mar. 21, 2007.
ADVFN.com as viewed on Mar. 21, 2007.
EquityGroups.com as viewed on Mar. 21, 2007.
StockPickr.com as viewed on Mar. 21, 2007.
StockTickr.com as viewed on Mar. 21, 2007.
SocialPicks.com as viewed on Mar. 21, 2007.
FeedTheBull.com as viewed on Mar. 21, 2007.
Bullpoo.com as viewed on Mar. 21, 2007.
Wallstrip.com as viewed on Mar. 21, 2007.
Monitor110.com as viewed on Mar. 21, 2007.
CollectiveIntellect.com as viewed on Mar. 21, 2007.

* cited by examiner



*FIG. 1*



**FIG. 2**



FIG. 3

US 7,529,795 B2

**1**

## MESSAGE BOARD AGGREGATOR

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is related to a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled, "Instantaneous Symbol Lookup," and a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled "Hyperlink with Graphical Cue," both of which are hereby incorporated by reference.

### BACKGROUND

1. Field of the Invention

The present invention relates to aggregation of electronic messages and, more particularly, to aggregation of messages posted to online financial message boards.

2. Related Art

People have long used computer networks to communicate with each other in a variety of ways. Email, for example, enables both one-to-one and one-to-many communication in a way that is analogous to traditional written communications delivered by postal mail. Email became the dominant form of personal communication in the early years of the Internet, perhaps because it is easy to learn how to use and does not require high bandwidth networks or powerful computers to implement.

Email, however, has drawbacks. It is not, for example, useful for many-to-many communications, or for archiving communications for subsequent viewing over the network by those other than the original sender and recipient. Early forms of network communication that addressed these problems were electronic bulletin board systems (BBSs) and newsgroups. Such systems allowed users to post messages on particular topics, and for other users to view messages posted on each topics. Newsgroups remain a popular way for people to engage in conversation and find information on particular topics of interest to them.

Such systems, however, have their own drawbacks. For example, newsgroup postings typically are limited to text, or to text with an attached binary file. Newsgroups, in other words, do not provide users with the rich graphical experience they have come to expect from content on the World Wide Web. Similarly, newsgroup user interfaces typically display only a list of messages in each newsgroup, and do not provide additional graphical content that could be used to enhance the user's experience and/or to display advertisements or otherwise generate revenue for the provider of the newsgroup user interface.

At least in part in response to these problems, web sites have been made available which enable users to access email, newsgroups, and other forms of online communication through a web browser. Such web sites typically provide a graphical user interface through which users may write, post, read, and delete messages. Such web sites may also display advertisements or otherwise employ mechanisms that generate revenue for the provider of the graphical user interface. This approach attempts to create a win-win situation for the web site user and provider, by providing the user with powerful communications features and a rich graphical experience, and providing the web site provider with the ability to generate profit from the value it adds to the user's experience.

A newsgroup is one of many kinds of online message boards. One particularly popular kind of online message board is the financial message board, which is used to exchange information about company stock prices and other financial information. Frequent users of financial message boards require highly current and accurate information, due to the speed at which financial information changes and the consequences of making financial decisions based on inaccurate information. To obtain as much accurate information as quickly as possible, such users may scan multiple message boards for messages about a single stock. For example, financial message board users often refer to relevant information about a company hosted on multiple financial portal web sites, such as the company profile, stock charts, competitors, SEC filings, analyst opinions, news, upcoming events, trades made by officers, and other users' rumors. Furthermore, a single user may track a large number of stocks at the same time, while also keeping track of broader economic trends such as fluctuations in interest rates and currency exchange rates.

The unique needs of financial message board users, therefore, create special challenges for those seeking to design user interfaces for such message boards. For example, it is critical to provide the user with all of the information he desires, but within the constraints of the available display screen and network bandwidth, and without providing the user with so much information at once that he becomes overloaded.

Financial message boards also provide a unique opportunity for web site providers. Heavy users of financial message boards tend to be affluent, well-educated, and Internet-savvy. They also tend to be frequent purchasers of financial products and services, and to purchase such products and services over the Internet. Financial message board users, therefore, represent an attractive market to web advertisers. Web sites that provide access to financial message boards using features that attract large numbers of repeat users would therefore likely be capable of generating significant advertising revenue.

### SUMMARY

Web content representing a first message is displayed in a window of a computer program. The first message is one of a plurality of messages posted to an online forum. A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message. The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages. The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window. The online forum may, for example, be a web-based financial message board. For example, one aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and (2) displaying, in the window of the computer program and contemporaneously with (1), a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

Another aspect of the present invention is directed to a computer-implemented method including: (1) receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum; (2) displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages;

US 7,529,795 B2

3

and (3) displaying, in a second frame of the window distinct from the first frame and contemporaneously with (2), a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

Yet another aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; (2) displaying, in the window of the computer program and contemporaneously with (1), a message summary, the message summary comprising first information derived from the first message; (3) receiving, from a user, input selecting the message summary; and (4) displaying third information derived from the first-message, in response to receiving the user input.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. **2** is a flowchart of a method performed by the system of FIG. **1** according to one embodiment of the present invention; and

FIG. **3** is a window displayed by the message board aggregation system of FIG. **1** according to one embodiment of the present invention.

DETAILED DESCRIPTION

Referring to FIG. **1**, a dataflow diagram is shown of a message board aggregation system **100** according to one embodiment of the present invention. Referring to FIG. **2**, a flowchart is shown of a method **200** performed by the system **100** of FIG. **1** according to one embodiment of the present invention. Referring to FIG. **3**, a window **300** displayed by the message board aggregation system **100** of FIG. **1** is illustrated according to one embodiment of the present invention.

In general, the window **300** shown in FIG. **3** contemporaneously displays a table **302** containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content **304** corresponding to a message represented by one of the entries in the message table **302**. In the embodiment illustrated in FIG. **3**, the message content **304** is displayed in a web page **306** from a message board web site to which the message content **304** was originally posted. In the embodiment illustrated in FIG. **3**, the source web page **306** (containing the message content **304**) is displayed in a first frame **308** of the web page **300**, and the message table **302** is displayed in a second frame **310** of the web page **300**.

The web page **306** is an example of a "source" web page as that term is used herein. The message table **302** may include summaries of messages originally posted to more than one source web page. The web page **300**, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page **300**, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. **1**, multiple external message boards **102***a-m* are illustrated. For ease of illustration and explanation, each of the message boards **102***a-m* is illus-

4

trated simply as a set of messages. More specifically, message board **102***a* includes a set of messages **104***a*, including messages **106***a-n*; message board **102***b* includes a set of messages **104***b*, including messages **108***a-n*; and message board **102***m* includes a set of messages **104***m*, including messages **110***a-n*. In practice, the message boards **102***a-m* may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards **102***a*, **102***b*, and **102***m* are shown in FIG. **1** for purposes of example, the system **100** may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards **102***a-m* is shown in FIG. **1** as including the same number of messages n, the number of messages may vary among the message boards **102***a-m*.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards **102***a-m* is illustrated in FIG. **1** as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system **100** also includes a message board aggregation server **112** and a corresponding message board **114** (which includes set **116** of messages **118***a-n*). The message board **114** is managed by the aggregation server **112** or by the same entity that manages the aggregation server. Therefore, the message board **114** will be referred to herein as an "internal" message board, while the message boards **102***a-m* will be referred to herein as "external" message boards in relation to the aggregation server **112**. As will be described in more detail below, the aggregation server **112** aggregates messages from two or more of the message boards **102***a-m* and **114**, and displays content from the aggregated messages in the web page **300**.

Referring again to FIG. **2**, the system **100** of FIG. **1** may perform the method **200** to aggregate content from the message boards **102***a-m* and **114** to display aggregated message content in the window **300**. A user **142** uses a web browser **140** to browse over the Internet **138** to a web site served by the aggregation server **112**. The web page **300** is an example of a web page that may be part of such a web site. Upon visiting the web site, the user **142** selects one or more source message boards from which to view message content and summaries (step **202**). The user **142** may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards **102***a-m*) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list **316**. Note, however, that the user **142** may select more than one source message board.

In the particular example illustrated in FIG. **3**, the web page **300** combines content extracted from the single external message board indicated by the selection in the drop-down list **316** with content extracted from the internal message board **114** associated with the aggregation server **112**. Furthermore, in the example illustrated in FIG. **3**, the user **142** may use drop-down list **318** to select the number of message summaries to be displayed in message table **302**.

The user **142** selects other input parameters (such as the number of messages to be retrieved) (step **203**). As described

US 7,529,795 B2

5

in more detail below, the aggregation server **112** may store the other input parameters in a set of other preferences **126**.

The user **142** selects a particular message board topic to view (step **204**). The user **142** may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field **312** and clicking button **314**. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. **3**, the web page **300** also includes a directory (forum) **334** user interface control which may, for example, take the form of a drop-down list. For example, the directory control **334** may allow the user to select either a "stock" forum or a "sports" forum. If the user **142** selects the "stock" forum, then the web page **300** may enable selection of stock symbols in text field **312**, while if the user **142** selects the "sports" forum, then the web page **300** may enable selection of sports symbols in text field **312**. More generally, the user's selection in the directory control **334** dictates which group of symbols is available for selection in the text input field **312**. The use of the directory control **334** is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser **140** over the Internet **138** to the message board aggregation server **112**. In response to receiving the user's selection, the aggregation server **112** retrieves information derived from messages in the selected source message board (s) having the selected topic (step **206**). In the embodiment illustrated in FIG. **3**, the aggregation server **112** also retrieves message content from the internal message board **114**. This is not, however, a requirement of the present invention. The internal message board **114** may, for example, be selectable or de-selectable as a source by the user **142** in the same manner as the external message boards **102***a-m*.

Note further that any subset of the external message boards **102***a-m* may be selectable as a source by the user **142**. Such a subset may, for example, consist of all of the external message boards **102***a-m*, any one of the message boards **102***a-m*, or any combination of fewer than all of the message boards **102***a-m*.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user **142**. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select one or more fields to be displayed in the message table **302** (step **208**). For example, in the embodiment illustrated in FIG. **3**, the message table includes a column **322***a* labeled "Message Titles," which always displays the titles of the messages summarized in the table **302**. The table **302** also includes, however, a second column **322***b* having content that may-be varied by the user **142**. More specifically, the user **142** may select link **320***a* to cause the column **322***b* to display the authors of the messages being summarized in the table **302** (as illustrated in FIG. **3**). Similarly, the user **142** may select link **320***b* to cause the column **322***b* to display the times at which the messages being summarized in the table **302** were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. **3** is merely an example and does not

6

constitute a limitation of the present invention. Rather, the user **142** may be allowed to select any combination of message fields for display in the table **302**. Other examples of two fields from which the user **142** may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table **302** may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select an order in which message summaries are to be sorted in the message table **302** (step **210**). For example, in the embodiment illustrated in FIG. **3**, the user **142** may select the heading of column **322***a* to cause the contents of the table **302** to be sorted by message title, or select the heading of column **322***b* to cause the contents of the table **302** to be sorted by the contents of column **322***b* (e.g., message author or posting time). Alternatively, for example, the contents of the table **302** may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server **112** keeps track of: (1) the source message board(s) selected by the user **142** in source selections **1-20**; (2) the topic (e.g., company) selected by the user **142** in topic selection **121**; (3) the field(s) selected by the user **142** in field selections **122**; (4) the sort order **124** selected by the user **142** in sort order **124**; and (5) any other preferences **126** specified by the user **142**.

The aggregation server **112** includes an aggregation engine **128**, which generates message content units **132** based on the information extracted in step **206** and the user preferences described above (step **212**). For example, the message content units **132** may include a content unit for each message that matches the topic selection **121** (e.g., company) in any of the source message board(s) indicated by the source selection(s) **120**. Each of the message content units **132** may include information only for the fields specified by the field selections **122**, but this is not required. The message content units **132** may, for example, include extracted information for fields other than those specified by the field selections. The message content units **132** may include all of the information that was extracted in step **206**.

As will be described in more detail below, the information in the message content units **132** forms the basis for the information displayed in the message table **302** on the web page **300** (FIG. **3**). In the embodiment illustrated in FIG. **3**, the frame **308** displays a web page **308** corresponding to one of the message summaries displayed in the message table **302**. When the web page **300** is first displayed, the message content corresponding to the first message summary in the table **302** may be displayed by default in the frame **308**. Thereafter, the user **142** may select any of the message summaries in the table **302**, such as by clicking on the title of the message in column **322***a*, to cause message content for a different message to be displayed-in the frame **308**.

The aggregation engine **128**, therefore, provides message content **130** corresponding to the currently-selected message summary in the message table **302** (step **214**). The aggregation engine **128** may, for example, provide the content **130** in the form of HTML and/or other web content by copying the content **130** from its source message board (e.g., one of the external message boards **102***a-m* or the internal message board **114**). The content **130** may either be copied to a storage medium local to the aggregation server **112**, or merely passed as a reference to the client web browser **140**, which may

US 7,529,795 B2

7

retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140

8

without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may,

US 7,529,795 B2

9

however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table **302** includes message summaries derived from multiple source message boards, the message table **302** may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user **142** with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page **300** illustrated in FIG. **3** provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page **300** both allows the user **142** to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table **302**.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page **300**, or at the original message board source in the frame **308**. This saves the user **142** time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement **332** for a financial services firm is shown on the web page **300** in FIG. **3**. Note, however, that the web page **300** (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement **332** in FIG. **3**. For example, the aggregation server **112** may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip **328** in FIG. **3**) in a static object (such as a text box) in the same location as but instead of the advertisement **332** for premium (i.e., paid) users. The web page **300**, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to

10

aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message" as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server **112** extracts certain information from source message boards to produce the message content units **132**. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user **142** may be allowed to sort the aggregated message summaries displayed in the message table **302** by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table **302** may be colorcoded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table **302** may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser **140** is not limited to any particular web browser application. The web browser **140** may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network **138** in FIG. **1** is labeled as the "Internet," the web browser **140** and aggregation server **112** may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-

US 7,529,795 B2

11

readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. A computer-implemented method, comprising:

(1) displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and

(2) displaying, in the window of the computer program and contemporaneously with the web content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

2. The method of claim 1, wherein (2) comprises:

(2)(a) for each of the plurality of messages, deriving information from at least one of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics; and

(2)(b) displaying the derived information.

3. The method of claim 2, further comprising:

(3) receiving input from a user, the input indicating a category; and

(4) displaying, contemporaneously with (1), information derived from the first message in the indicated category.

12

4. The method of claim 3, wherein (4) comprises replacing at least some of the information displayed in (2) with the information derived from the message in the indicated category.

5. The method of claim 2, wherein (2)(a) comprises deriving information from a plurality of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics.

6. The method of claim 1, further comprising:

(3) receiving, from a user, input selecting one of the plurality of message summaries;

(4) identifying a message in the plurality of messages corresponding to the selected message summary; and

(5) displaying fourth information derived from the identified message.

7. The method of claim 6, wherein the identified message is the first message, and wherein the fourth information contains information not contained in the first information.

8. The method of claim 6, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the selected one of the plurality of message summaries.

9. The method of claim 6, wherein (5) comprises displaying the fourth information using a tooltip.

10. The method of claim 6, wherein (5) comprises displaying the fourth information using a static user interface object.

11. The method of claim 6, wherein (5) comprises displaying the fourth information retrieved from a local source.

12. The method of claim 6, further comprising:

(6) before (5), selecting a size selected from at least two sizes; and
    wherein (5) comprises displaying the fourth information at the selected size.

13. The method of claim 1, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the information derived from the first message in a second frame of the window distinct from the first frame.

14. The method of claim 1, wherein the first online forum comprises a web-based message board.

15. The method of claim 1, wherein (1) comprises:

(1)(a) copying the web content from the first online forum; and

(1)(b) displaying the copied web content in the window of the computer program.

16. The method of claim 1, wherein (1) comprises:

(1)(a) identifying a link to the web content in the first online forum; and

(1)(b) displaying the web content through the link.

17. The method of claim I wherein (2) comprises: (2)(a) receiving the first and second information from at least one remote source; (2)(b) storing the first and second information at a local source; and (2)(c) displaying the first and second information from the local source.

18. A computer-implemented method, comprising:

(1) displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum;

(2) displaying, in the window of the computer program and contemporaneously with the web content, a message summary, the message summary comprising first information derived from the first message and second information derived from a second message, the second mes-

US 7,529,795 B2

13

sage comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

(3) receiving, from a user, input selecting the message summary; and

(4) displaying third information derived from the first message, in response to receiving the user input;

wherein fourth information derived from a fourth message is displayed, in the window of the computer program and contemporaneously with the web content, the fourth message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

**19**. The method of claim **18**, wherein (2) comprises:

(2)(a) receiving the first information from at least one remote source;

(2)(b) storing the first information at a local source; and

(2)(c) displaying the first information from the local source.

**20**. The method of claim **19**, wherein the third information contains information not contained in the first information.

**21**. The method of claim **19**, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the message summary.

**22**. The method of claim **19**, wherein (4) comprises displaying the third information using a tooltip.

**23**. The method of claim **19**, wherein (4) comprises displaying the third information using a static user interface object.

**24**. The method of claim **19**, wherein (4) comprises displaying third information retrieved from a local source.

**25**. The method of claim **18**, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the message summary in a second frame of the window distinct from the first frame.

**26**. The method of claim **18**, wherein the first online forum comprises a web-based message board.

**27**. A computer-implemented method, comprising:

(1) receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;

(2) displaying, in a first frame of a window of a computer program, web content representing at least a Portion of a first one of the plurality of messages; and

(3) displaying, in a second frame of the window distinct from the first frame and contemporaneously with the web content, a plurality of message summaries corresponding to the plurality of messages and a second plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units and a second subset of information in a corresponding one of a second plurality of message data units, the second plurality of message data units contains information derived from a corresponding one of the second plurality of messages posted to a second online forum that is different from the online forum;

wherein third information derived from a third message is displayed, in the window of the computer program

14

and contemporaneously with the web content, the third message including an e-mail;

wherein the subset of information in the corresponding one of the plurality of message data units is preloaded and initially hidden, and later displayed in response to a first user interaction; and the second subset of information in the corresponding one of the second plurality of message data units is preloaded and initially hidden, and later displayed in response to a second user interaction.

**28**. The method of claim **27**, further comprising:

(4) receiving, from a user, input selecting one of the plurality of message summaries;

(5) identifying a message in the plurality of messages corresponding to the selected message summary;

(6) identifying a message data unit corresponding to the message identified in (5); and

(7) displaying information in the identified message data unit that is not in the selected one of the plurality of message summaries.

**29**. A computer program product embodied on a tangible computer readable medium, comprising:

computer code for displaying, in a window of a computer program, content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and

computer code for displaying, in the window of the computer program and contemporaneously with the content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the content, the third message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

**30**. The computer program product of claim **29**, wherein at least one field that is displayed with the message summaries is determined by a user selection.

**31**. The computer program product of claim **30**, wherein the at least one field includes at least one of a message title field, a message author field, and a message time submitted field.

**32**. The computer program product of claim **29**, wherein the first additional information and the second additional information each includes additional summary information.

**33**. The computer program product of claim **29**, wherein the first message includes the first additional information.

**34**. The computer program product of claim **29**, wherein the first additional information includes more information with respect to the first information.

**35**. The computer program product of claim **29**, wherein the first additional information and the second additional information each includes a date and time.

**36**. The computer program product of claim **29**, wherein the first additional information and the second additional information each includes a beginning of message text.

US 7,529,795 B2

15

37. The computer program product of claim 29, wherein the first additional information and the second additional information are displayed utilizing a tooltip.

38. The computer program product of claim 29, wherein the first additional information and the second additional information are displayed utilizing a static object.

39. The computer program product of claim 29, wherein the first additional information and the second additional information are displayed without accessing a server.

40. The computer program product of claim 29, wherein the first additional information and the second additional information are displayed utilizing a graphical user interface element of variable size that is determined by a user.

41. The computer program product of claim 29, wherein the third information derived from the third message is displayed utilizing a graphical user interface element of variable size that is determined by a user.

42. The computer program product of claim 29, wherein the content is displayed utilizing a graphical user interface element of variable size that is determined by a user.

43. The computer program product of claim 29, wherein the first user interaction and the second user interaction each includes hovering a cursor.

44. The computer program product of claim 29, wherein the first user interaction and the second user interaction each includes clicking.

45. The computer program product of claim 29, wherein the first user interaction and the second user interaction each includes interactions with one of the message summaries.

46. The computer program product of claim 29, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and the third message is capable of being accessed utilizing the website.

47. The computer program product of claim 29, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and the first message and the second message are capable of being accessed utilizing the website.

48. The computer program product of claim 29, wherein the displaying the content and the displaying the plurality of message summaries are carried Out utilizing a website, and a new message is capable of being generated by a user utilizing the website.

49. The computer program product of claim 29, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and a new posting is capable of being generated by a user utilizing the website.

50. The computer program product of claim 29, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and a reply message is capable of being generated by a user utilizing the website.

51. The computer program product of claim 29, wherein the first message and the second message are interwoven.

52. The computer program product of claim 29, wherein the first online forum includes at least one of a message board and a newsgroup.

53. The computer program product of claim 29, wherein the first online forum is associated with an internal message board, and the second online forum is associated with an external message board.

54. The computer program product of claim 29, wherein the first online forum and the second online forum are chosen by a user.

16

55. The computer program product of claim 29, wherein the first online forum and the second online forum are chosen by a user, by visiting a web site served by an aggregation server that executes the computer code.

56. The computer program product of claim 29, wherein a user is allowed to control a number of the message summaries that are displayed.

57. The computer program product of claim 29, wherein a user is allowed to control a number of the message summaries that are displayed via a drop-down list.

58. The computer program product of claim 29, wherein a user is allowed to control a number of the message summaries that are displayed by selecting the number.

59. The computer program product of claim 29, wherein a user is allowed to control the manner in which the message summaries are displayed utilizing a message time submitted field.

60. The computer program product of claim 29, wherein a user is allowed to enter a key term for controlling content of at least one of the first message and the second. message.

61. The computer program product of claim 29, wherein a user is allowed to select any of the message summaries, such that selecting one of the message summaries causes message content for a different message to be displayed.

62. The computer program product of claim 29, wherein the first message and the second message are capable of being accessed via a single browser window.

63. The computer program product of claim 29, wherein revenue is generated utilizing advertisements.

64. An apparatus comprising:
first means for causing to be displayed, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and
second means for causing to be displayed, in the window of the computer program and contemporaneously with the web content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;
wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;
wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

65. An apparatus comprising:
means for receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;
first means for displaying, in a first frame of a window of a computer program, web content representing at least a portion of a first one of the plurality of messages; and
second means for displaying, in a second frame of the window distinct from the first frame and contemporaneously with the web content, a plurality of message summaries corresponding to the plurality of messages and a

US 7,529,795 B2

17

second plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units and a second subset of information in a corresponding one of a second plurality of message data units, the second plurality of message data units contains information derived from a corresponding one of the second plurality of messages posted to a second online forum that is different from the online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;

wherein the subset of information in the corresponding one of the plurality of message data units is preloaded and initially hidden, and later displayed in response to a first user interaction; and the second subset of information in the corresponding one of the second plurality of message data units is preloaded and initially hidden, and later displayed in response to a second user interaction.

66. An apparatus, comprising:

first means for displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum;

18

second means for displaying, in the window of the computer program and contemporaneously with the web content, a message summary, the message summary comprising first information derived from the first message;

means for receiving, from a user, input selecting the message summary; and

third means for displaying third information derived from the first message, in response to receiving the user input, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

* * * * *

# Exhibit 15

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Attorney Docket No. | First Named Inventor: |
|---|---|
| SVIPGP090D | Gal Arav |

### UTILITY PATENT APPLICATION TRANSMITTAL (37 CFR. § 1.53(b))

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

☐ Duplicate for fee processing

Sir:   This is a request for filing a patent application under 37 CFR § 1.53(b) in the name of inventors:
Gal Arav

For:   HYPERLINK WITH GRAPHICAL CUE

This application is a ☒ Continuation   ☐ Divisional   ☐ Continuation-in-part
of prior Application No.: 11/384,957, from which priority under 35 U.S.C. §120 is claimed.

Application Elements:

☒  13 Pages of Specification, Claims and Abstract
☒  02  Sheets of Drawings
☒  02  Declaration from parent application
☐  Newly executed (original or copy)
☒  Copy from a prior application (37 CFR 1.63(d) for a continuation or divisional). The entire disclosure of the prior application from which a copy of the declaration is herein supplied is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

Accompanying Application Parts:

☐  Assignment and Assignment Recordation Cover Sheet (recording fee of $40.00 enclosed)
☒  Revocation and Power of Attorney (from parent application)
☒  37 CFR 3.73(b) Statement by Assignee (from parent application)
☐  Information Disclosure Statement with Form PTO-1449   ☐  Copies of IDS Citations
☐  Preliminary Amendment (*New claims numbered after highest original claim in prior application.*)
☐  Small Entity is proper and desired.
☐  Request and Certification under 35 U.S.C. 122(b)(2)(B)(i)
☐  Other:

(Revised 12/97, Pat App Trans 53(b) ContDivCIP)         Page 1 of 2

Amendments

☐   Amend the specification by inserting before the first line the sentence: "The present application is a continuation of U.S. application serial number 11/384,957 filed 03/20/2006, which is incorporated herein by reference. The present application is also related to U.S. provisional application serial number 60/784,141 filed 03/20/2006, which is incorporated herein by reference."

Fee Calculation (37 CFR § 1.16)

| | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE FEE | OR | LARGE ENTITY RATE FEE |
|---|---|---|---|---|---|
| BASIC FEE | | | $82 $ | OR | $330 $330 |
| UTILITY SEARCH FEE | | | $270 $ | OR | $540 $540 |
| UTILITY EXAMINATION FEE | | | $110 $ | OR | $220 $220 |
| TOTAL CLAIMS | 10 -20 = | 00 | x26 = $ | OR | x52 = $ |
| INDEP CLAIMS | 01 -03 = | 00 | x110 = $ | OR | x220= $ |
| [ ] Multiple Dependent Claim Presented | | | $195 = $ | OR | $390 = $ |

If the difference in Col. 1 is less than zero, enter "0" in Col. 2.

APP. SIZE FEE __ -100 = ___ /50 = ___ (rounded up) x135 = $        OR        x270 = $

                                      Total  $        OR        Total  $1,090.00

☒ Please charge Deposit Account 50-1351 (Order No. SVIPGP090D).

☒ The Commissioner is authorized to charge any fees beyond the amount enclosed which may be required, or to credit any overpayment, to Deposit Account No. 50-1351 (Order No. SVIPGP090D).

General Authorization for Petition for Extension of Time (37 CFR §1.136)

☒   Applicants hereby make and generally authorize any Petitions for Extensions of Time as may be needed for any subsequent filings. The Commissioner is also authorized to charge any extension fees under 37 CFR §1.17 as may be needed to Deposit Account No. 50-1351 (Order No. SVIPGP090D).

☒   Please send correspondence to the following address:

Zilka-Kotab, PC
P. O. Box 721120
San Jose, California 95172-1120
(408) 971-2573

Customer No.::      *28875*
                    28875
         U. S. Patent & Trademark Office

Date: December 12, 2008          /KEVINZILKA/_____
                                 Kevin J. Zilka
                                 Registration No.41,429

# HYPERLINK WITH GRAPHICAL CUE

## Related Applications

[0001]        The present application is a continuation of U.S. application serial number 11/384,957 filed 03/20/2006, which is incorporated herein by reference.  The present application is also related to U.S. provisional application serial number 60/784,141 filed 03/20/2006, which is incorporated herein by reference.

-1-

## BACKGROUND

### Field of the Invention

[0002] The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

### Related Art

[0003] Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

[0004] Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such

- 2 -

web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

[0005]    Textual representations of hyperlinks, however, have certain drawbacks.  For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user.  In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user.  Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one.  To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

[0006]    Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks.  For example, a picture of a person on a web page may represent a hyperlink to that person's home page.  Clicking on the picture will cause the web browser to navigate to the hyperlinked home page.  Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of

- 3 -

providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

[0007]    What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

[0008]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIGS. 1A-1B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

- 4 -

## DETAILED DESCRIPTION

[0010]   A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

[0011]   For example, referring to FIG. 1A, a web page 100 is shown according to one embodiment of the present invention. The web page 100 includes a first frame 102a displaying a first set of textual hyperlink representations 104a, and a second frame 102b displaying the contents of another web page.

[0012]   In the embodiment illustrated in FIG. 1A, the first set of hyperlink representations 104a includes hypertext 106a-h.  In this example, the hypertext 106a-h includes text representing categories of news web sites.  For example, hypertext 106a ("World News") represents the category of world news web sites, hypertext 106b ("Business News") represents the category of business news web sites, and so on.  The particular number, selection, and categorization of hypertext 106a-h shown in FIG. 1A is provided merely as an example and does not constitute a limitation of the present invention.

[0013]   The hyperlink representations 104a enable the user to access the underlying hyperlinks to external websites by

- 5 -

hovering over selecting any of the hypertext 106a-h.  The user may, for example, select a particular link either by clicking on one of the hypertext links 106a-h or by hovering a mouse cursor over one of the hypertext links 106a-h.

[0014]    In response to receiving a selection of one of the hypertext links 1060a-h from the user, the web page 100 displays a second set of hyperlink representations 104b.  In the particular example illustrated in FIG. 1A, the user has clicked on or hovered the mouse cursor over hypertext 106h ("Stock Research").  In response, the web page 100 has displayed the second set of hyperlink representations 104b, which represent hyperlinks within the selected category.  In other words, each of the hyperlink representations 108a-l represents a hyperlink to a stock research web site.

[0015]    More specifically, in the embodiment illustrated in FIG. 1A, each of the hyperlink representations 108a-l is a graphic image of the logo of the web site that is the destination of the hyperlink.  For example, hyperlink representation 108a is the logo of www.bigcharts.com, and the hyperlink representation 108a acts as a link to www.bigcharts.com.

[0016]    Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 108a-l, the web browser displays the destination of the selected hyperlink in the frame 102b.  For example, if the user selects hyperlink representation 108a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 102b.

[0017]    Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of

- 6 -

the first set of hyperlinks 106a-h.  For example, as shown in FIG. 1B, when the user selects hyperlink 106d ("UK News"), the web page 100 displays a set 104c of hyperlink representations 110a-j depicting logos of UK news web sites.  If hovering is enabled to activate the first set 104a of links 106a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 104a of links 106a-h.  In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 100, and then quickly displayed to the user without requiring additional accesses to the server.

[0018]    The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator."

[0019]    One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 104b and 104c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques.  Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink).  The method is also visually more appealing than commonly used plain text methods.

[0020]    It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as

- 7 -

illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0021]   The first set of hyperlinks 104a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

[0022]   Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

[0023]   The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the

- 8 -

functions described and to generate output.  The output may be provided to one or more output devices.

[0024]   Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0025]   Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other

- 9 -

computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0026]    What is claimed is:

- 10 -

CLAIMS

1. A computer-implemented method comprising:

(A)     displaying a first set of representations of a first set of hyperlinks;

(B)     receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C)     in response to receiving the first input, displaying a second set of representations of a second set of hyperlinks;

(D)     receiving second input from the user indicating a selection of one of the second set of hyperlink representations; and

(E)     in response to receiving the second input, navigating to a destination specified by the selected one of the second set of hyperlink representations.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

- 11 -

4. The method of claim 1, wherein (B) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

- 12 -

## ABSTRACT

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink.  The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

- 13 -

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 253 of 1037

100

102a

1026

104a

1069 — World News
1066 — Business News
106c — US News
106d — UK News
106e — TV News
106f — Biz Magazines
106g — Biz Knowledge
106h — Stock Research



FIG. 1A

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 254 of 1037



FIG. 1B

PTO/SB/01 (10-05)
Approved for use through 07/31/2008. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | A0004-1001 |
|---|---|---|
| | First Named Inventor | Gal Arav |
| | COMPLETE IF KNOWN | |
| [✓] Declaration Submitted With Initial Filing   **OR**   [ ] Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | N/A |
| | Filing Date | March 20, 2006 |
| | Art Unit | |
| | Examiner Name | |

I hereby declare that:

Each inventor's residence, mailing address, and citizenship are as stated below next to their name.

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Message Board Aggregator

*(Title of the Invention)*

the specification of which

[✓] is attached hereto

**OR**

[ ] was filed on (MM/DD/YYYY) [_____] as United States Application Number or PCT International

Application Number [_____] and was amended on (MM/DD/YYYY) [_____] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

[ ] Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/01 (10-05)
Approved for use through 07/31/2008. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION — Utility or Design Patent Application

| Direct all correspondence to: | ☑ The address associated with Customer Number: | 24208 | OR ☐ | Correspondence address below |
|---|---|---|---|---|

| Name | |
|---|---|

| Address | |
|---|---|

| City | | State | ZIP |
|---|---|---|---|

| Country | Telephone | Email |
|---|---|---|

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF SOLE OR FIRST INVENTOR:**     ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| Gal | Arav |

| Inventor's Signature | | Date |
|---|---|---|
| | | March 20, 2008 |

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Bedford | MA | US | US,IL |

| Mailing Address | |
|---|---|
| 104 Avalon Drive | |

| City | State | Zip | Country |
|---|---|---|---|
| Bedford | MA | 01730 | US |

☐ Additional inventors or a legal representative are being named on the _____ supplemental sheet(s) PTO/SB/02A or 02LR attached hereto.

[Page 2 of 2]

PTO/SB/81 (07-08)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS** | **Application Number** 11/384,957 |
| | **Filing Date** 03/20/2006 |
| | **First Named Inventor** Gal Arav |
| | **Title** MESSAGE BOARD AGGREGATOR |
| | **Art Unit** 2145 |
| | **Examiner Name** Nguyen, Minh Chau |
| | **Attorney Docket Number** SVIPGP090 |

I hereby revoke all previous powers of attorney given in the above-identified application.

[ ] A Power of Attorney is submitted herewith.

OR

[✓] I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

28875

OR

[ ] I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified application to:

[✓] The address associated with the above-mentioned Customer Number.

OR

[ ] The address associated with Customer Number:

| | |
|---|---|
| [ ] Firm or Individual Name | |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the:

[ ] Applicant/Inventor.

OR

[✓] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on _____.

**SIGNATURE of Applicant or Assignee of Record**

| Signature | /KEVINZILKA/ | Date | November 13, 2008 |
|---|---|---|---|
| Name | Kevin J. Zilka | Telephone | (408) 971-2573 |
| Title and Company | President, Stragent Technologies, LLC | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[✓] *Total of __1__ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/96 (10-08)
Approved for use through 11/30/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner:  Gal Arav

Application No./Patent No.:  11/384,957                         Filed/Issue Date:  03/20/2006

Entitled:  MESSAGE BOARD AGGREGATOR

Stragent Technologies, LLC                    , a    limited liability company
(Name of Assignee)                                    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [✓]   the assignee of the entire right, title, and interest; or

2. [ ]   an assignee of less than the entire right, title and interest
         (The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A. [ ]   An assignment from the inventor(s) of the patent application/patent identified above.  The assignment was recorded in
         the United States Patent and Trademark Office at Reel _____ , Frame _____ , or for which a
         copy therefore is attached.

OR

B. [✓]   A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

  1.  From: Gal Arav                                    To: INSTANTBULL, INC.

       The document was recorded in the United States Patent and Trademark Office at

       Reel  018031              ,  Frame 0825               ,  or for which a copy thereof is attached.

  2.  From: INSTANTBULL, INC.                          To: Stragent Technologies, LLC

       The document was recorded in the United States Patent and Trademark Office at

       Reel _____ ,  Frame_____ ,  or for which a copy thereof is attached.

  3.  From: _____  To: _____

       The document was recorded in the United States Patent and Trademark Office at

       Reel _____ ,  Frame_____ ,  or for which a copy thereof is attached.

[ ]   Additional documents in the chain of title are listed on a supplemental sheet.

[✓]   As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was,
      or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

      [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in
      accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/KEVINZILKA/                                          November 13, 2008
Signature                                            Date

Kevin J. Zilka                                       (408) 971-2573
Printed or Typed Name                                Telephone Number

President, Stragent Technologies, LLC
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including
gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time
you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S.
Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner
for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## EXHIBIT A-ASSIGNMENT

WHEREAS, INSTANTBULL, INC., a corporation having a place of business at 104 AVALON DRIVE, BEDFORD, MASSACHUSETTS 01730 (hereinafter "ASSIGNOR") is assignee of U.S. App. Serial No.: 11/384,957 filed March 20, 2006 ("Patent(s)");

WHEREAS, Stragent Technologies, LLC, a California Limited Liability Company having a place of business at 100 Park Center Plaza, Suite 300A, San Jose, CA 95113 (hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent(s);

NOW, THEREFORE, for good and valuable consideration, upon the receipt of which, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent(s), and the inventions disclosed in the Patent(s) (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), reissues, reexaminations, renewals, continuations, divisionals, and extensions of the Patent(s) that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent(s).

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this ⏟11 day of November 2008.

Signed: _____

Name: Gal Arav, CEO, Instantbull, Inc.

STATE OF    MASS

COUNTY OF   MIDDLESEX

On ⏟11/11/08 before me, ⏟John Chang, personally appeared

_____Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Sate of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[SEAL]

_____
Notary Signature

JOHN C. CHANG
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 19, 2010

**Filing Date:    12/12/08**

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>**12/334,068** |
|---|---|

## APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 330 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 540 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 220 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 10 minus 20 = | | x$26 | | OR | x$52 | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | * | x$110 | | | x$220 | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | 195 | | | 390 | |
| | | | TOTAL | | | TOTAL | 1090 |

\* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED – PART II

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | N/A | | OR | N/A | |
| | | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDI-TIONAL FEE ($) | OR | RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | N/A | | OR | N/A | |
| | | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

\*    If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\*   If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\*  If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
       The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.    **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Exhibit 16

PTO/SB/16 (10-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 1 of 2
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Express Mail Label No. EV 860508931 US

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Gal | Arav | Bedford, Massachusetts |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Additional inventors are being named on the _____ separately numbered sheets attached hereto*

### TITLE OF THE INVENTION (500 characters max):

Hyperlink with Graphical Cue

### CORRESPONDENCE ADDRESS

*Direct all correspondence to:*

[✓] The address corresponding to Customer Number: | 24208

**OR**

[ ] Firm or Individual Name

Address

| City | State | Zip |
|---|---|---|
| Country | Telephone | Email |

### ENCLOSED APPLICATION PARTS *(check all that apply)*

[ ] Application Data Sheet. See 37 CFR 1.76

[✓] Specification *Number of Pages* 13

[✓] Drawing(s) *Number of Sheets* 2

[ ] CD(s), Number of CDs _____

[ ] Other (specify) _____

**Fees Due:** Filing Fee of $200 ($100 for small entity). If the specification and drawings exceed 100 sheets of paper, an application size fee is also due, which is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

### METHOD OF PAYMENT OF THE FILING FEE AND APPLICATION SIZE FEE FOR THIS PROVISIONAL APPLICATION FOR PATENT

[✓] Applicant claims small entity status. See 37 CFR 1.27.

[ ] A check or money order is enclosed to cover the filing fee and application size fee (if applicable).

[✓] Payment by credit card. Form PTO-2038 is attached

[✓] The Director is hereby authorized to charge the filing fee and application size fee (if applicable) or credit any overpayment to Deposit Account Number: 501797 . A duplicative copy of this form is enclosed for fee processing.

$100.00

**TOTAL FEE AMOUNT ($)**

*USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT*

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

*PROVISIONAL APPLICATION COVER SHEET*
*Page 2 of 2*

PTO/SB/16 (10-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[✓] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

_____

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

SIGNATURE _____    Date March 20, 2006 _____

TYPED or PRINTED NAME Robert Plotkin, Esq. _____    REGISTRATION NO. 43861 _____
*(if appropriate)*

TELEPHONE 978-318-9914 _____    Docket Number: A0004-1003 _____

PTO/SB/17 (01-06)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2006

| Complete if Known | |
|---|---|
| Application Number | N/A |
| Filing Date | March 20, 2006 |
| First Named Inventor | Gal Arav |
| Examiner Name | N/A |
| Art Unit | N/A |
| Attorney Docket No. | A0004-1003 |

[✓] Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** | ($) 140

## METHOD OF PAYMENT (check all that apply)

[ ] Check [✓] Credit Card [ ] Money Order [ ] None [ ] Other (please identify): _____

[✓] Deposit Account  Deposit Account Number: 501797  Deposit Account Name: Robert Plotkin, P.C.

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[ ] Charge fee(s) indicated below     [ ] Charge fee(s) indicated below, **except for the filing fee**

[✓] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17     [✓] Credit any overpayments

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

## FEE CALCULATION (All the fees below are due upon filing or may be subject to a surcharge.)

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | 100 |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 20 or HP = | _____ x | _____ = | _____ |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 3 or HP = | _____ x | _____ = | _____ |

HP = highest number of independent claims paid for, if greater than 3.

**Multiple Dependent Claims**

| Fee ($) | Fee Paid ($) |
|---|---|
| _____ | _____ |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = | _____ / 50 = | _____ (round up to a whole number) x | _____ = | _____ |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English Specification,   $130 fee (no small entity discount) | |
| Other (e.g., late filing surcharge): Assignment Recordation | $40 |

## SUBMITTED BY

| Signature | [signature] | Registration No. (Attorney/Agent) 43,861 | Telephone 978-318-9914 |
|---|---|---|---|
| Name (Print/Type) Robert Plotkin, Esq. | | | Date March 20, 2006 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Attorney Docket No. **A0004-1003**

# PROVISIONAL APPLICATION FOR

# UNITED STATES LETTERS PATENT

**Title:** **Hyperlink with Graphical Cue**

**Inventor(s):** **Gal Arav**

"Express Mail" Mailing Label Number EV 860508931 US

Date of Deposit: March 20, 2006

I hereby certify under 37 CFR 1.10 that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" with sufficient postage on the date indicated above and is addressed to the Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

- 1 -

Attorney Docket No. **A0004-1003**

# Hyperlink with Graphical Cue

## Cross Reference to Related Applications

[0001]    This application is related to a commonly-owned and concurrently-filed U.S. Utility Patent Application entitled, "Message Board Aggregator," and a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled "Instantaneous Symbol Lookup," both of which are hereby incorporated by reference.

## BACKGROUND

## Field of the Invention

[0002]    The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

## Related Art

[0003]    Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

[0004]    Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such

- 2 -

Attorney Docket No. **A0004-1003**

web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

[0005]    Textual representations of hyperlinks, however, have certain drawbacks.  For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user.  In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user.  Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one.  To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

[0006]    Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks.  For example, a picture of a person on a web page may represent a hyperlink to that person's home page.  Clicking on the picture will cause the web browser to navigate to the hyperlinked home page.  Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of

- 3 -

Attorney Docket No. **A0004-1003**

providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

[0007]    What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

[0008]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIGS. 1A-1B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

- 4 -

Attorney Docket No. **A0004-1003**

<u>**DETAILED DESCRIPTION**</u>

[0010]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

[0011]    For example, referring to FIG. 1A, a web page 100 is shown according to one embodiment of the present invention. The web page 100 includes a first frame 102a displaying a first set of textual hyperlink representations 104a, and a second frame 102b displaying the contents of another web page.

[0012]    In the embodiment illustrated in FIG. 1A, the first set of hyperlink representations 104a includes hypertext 106a-h.  In this example, the hypertext 106a-h includes text representing categories of news web sites.  For example, hypertext 106a ("World News") represents the category of world news web sites, hypertext 106b ("Business News") represents the category of business news web sites, and so on.  The particular number, selection, and categorization of hypertext 106a-h shown in FIG. 1A is provided merely as an example and does not constitute a limitation of the present invention.

[0013]    The hyperlink representations 104a enable the user to access the underlying hyperlinks to external websites by

- 5 -

Attorney Docket No. **A0004-1003**

hovering over selecting any of the hypertext 106a-h.  The user may, for example, select a particular link either by clicking on one of the hypertext links 106a-h or by hovering a mouse cursor over one of the hypertext links 106a-h.

[0014]    In response to receiving a selection of one of the hypertext links 1060a-h from the user, the web page 100 displays a second set of hyperlink representations 104b.  In the particular example illustrated in FIG. 1A, the user has clicked on or hovered the mouse cursor over hypertext 106h ("Stock Research").  In response, the web page 100 has displayed the second set of hyperlink representations 104b, which represent hyperlinks within the selected category.  In other words, each of the hyperlink representations 108a-l represents a hyperlink to a stock research web site.

[0015]    More specifically, in the embodiment illustrated in FIG. 1A, each of the hyperlink representations 108a-l is a graphic image of the logo of the web site that is the destination of the hyperlink.  For example, hyperlink representation 108a is the logo of www.bigcharts.com, and the hyperlink representation 108a acts as a link to www.bigcharts.com.

[0016]    Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 108a-l, the web browser displays the destination of the selected hyperlink in the frame 102b.  For example, if the user selects hyperlink representation 108a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 102b.

[0017]    Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of

- 6 -

Attorney Docket No. **A0004-1003**

the first set of hyperlinks 106a-h.  For example, as shown in FIG. 1B, when the user selects hyperlink 106d ("UK News"), the web page 100 displays a set 104c of hyperlink representations 110a-j depicting logos of UK news web sites.  If hovering is enabled to activate the first set 104a of links 106a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 104a of links 106a-h.  In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 100, and then quickly displayed to the user without requiring additional accesses to the server.

[0018]    The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator."

[0019]    One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 104b and 104c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques.  Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink).  The method is also visually more appealing than commonly used plain text methods.

[0020]    It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as

- 7 -

Attorney Docket No. **A0004-1003**

illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0021] The first set of hyperlinks 104a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

[0022] Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

[0023] The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the

- 8 -

Attorney Docket No. **A0004-1003**

functions described and to generate output.  The output may be provided to one or more output devices.

[0024]    Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0025]    Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other

- 9 -

Attorney Docket No. **A0004-1003**

computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0026]    What is claimed is:

Attorney Docket No. **A0004-1003**

## CLAIMS

1. A computer-implemented method comprising:

(A)      displaying a first set of representations of a first set of hyperlinks;

(B)      receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C)      in response to receiving the first input, displaying a second set of representations of a second set of hyperlinks;

(D)      receiving second input from the user indicating a selection of one of the second set of hyperlink representations; and

(E)      in response to receiving the second input, navigating to a destination specified by the selected one of the second set of hyperlink representations.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

Attorney Docket No. **A0004-1003**

4. The method of claim 1, wherein (B) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

- 12 -

Attorney Docket No. **A0004-1003**

## ABSTRACT

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink.  The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

- 13 -

BEST AVAILABLE COPY

100

102a

1026

104a

106a —World News
106b —Business News
106c —US News
106d —UK News
106e —TV News
106f —Biz Magazines
106g —Biz Knowledge
106h —Stock Research

104b

108a



MSN Home   Hotmail   My MSN   **Sign In**

**msn** Money

Search MSN Money: [          ] Go   CNBC Help

Home | News | Banking | **Investing** | Planning | Taxes | My Money          Portfolio | Loans | Insurance

Investing Home   Portfolio   Markets   **Stocks**   Funds   ETFs   Commentary   Brokers   CNBC TV

**Get it done**
Read company report
Research stocks
Research funds
Get stock ratings
Prepare taxes online
See accounts

te, Chart, News
pshot
mpany Report
Stock Quotes
Quote Detail
Real Time Quote

Charts

Recent News

**Research**
SEC Filings
Advisor FYI
Stock Rating
Earnings Estimates
Analyst Ratings
Financial Results
Insider Trading
Ownership

Name or Symbol: [          ] Go | Get Quote       Find Symbol   Print Report

Type a company name or ticker symbol, then click Go

**Strategy Lab**

See how six pros try to beat the market

In our Strategy Lab stock-picking game, top experts try to turn model portfolios into gold — and share their best investing tips in the process.

< Prev Next >

**Most Active** | Winners | Losers

| SIRI | 5.11 | unch | (unch) | Chart | Add to MSN list |
| SPY | 128.23 | unch | (unch) | Chart | Add to MSN list |
| MO | 71.90 | unch | (unch) | Chart | Add to MSN list |
| GNTA | 2.79 | unch | (unch) | Chart | Add to MSN list |
| QQQQ | 41.10 | unch | (unch) | Chart | Add to MSN list |

Quotes delayed by 15 minutes. View all Lists and Trends

**Scottrade** $7 Stock Trades APPLY NOW!

**AMERITRADE IRA** Get Microsoft®Money 2006 Deluxe + 15 FREE TRADES

Bad Credit Refinance Click Here

Market Dispatches, 4:32 p.m. ET

**Stocks dive as bad news piles up**

Google's growth concerns prompt a big sell-off. GDP numbers disappoint. The Dow closes down 104 but has its best January-February performance since 1998.

• Walberg: After CFO's goof, Google is a buy
• Company Focus: Party on for leisure stocks
• SuperModels: 20 water stocks running hot
• What readers do wrong on their taxes

"Ranked Highest in Investor Satisfaction with Online Trading Services" **Scottrade** **6** times in a row! Unprecedented. $7 Stock Trades Apply Now!

Search Web

FIG. 1A



FIG. 1B

BEST AVAILABLE COPY

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/23/2006 MWOLDGE1 00000139 60784140

01 FC:2005                        100.00 OP

PTO-1556
    (5/87)

U.S Government Printing Office: 2002 — 489-267/69003

# Exhibit 17

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No.

SVIPGP090E

First Named Inventor:

Gal Arav

## UTILITY PATENT APPLICATION TRANSMITTAL (37 CFR. § 1.53(b))

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

☐ Duplicate for
fee processing

Sir:    This is a request for filing a patent application under 37 CFR § 1.53(b) in the name of inventors:
Gal Arav

For:    HYPERLINK WITH GRAPHICAL CUE

This application is a  ☒ Continuation     ☐ Divisional     ☐ Continuation-in-part
of prior Application No.: 11/384,957, from which priority under 35 U.S.C. §120 is claimed.

Application Elements:

☒  13 Pages of Specification, Claims and Abstract

☒  02 Sheets of Drawings

☒  02 Declaration from parent application

☐  Newly executed (original or copy)

☒  Copy from a prior application (37 CFR 1.63(d) for a continuation or divisional). The entire disclosure of the prior application from which a copy of the declaration is herein supplied is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

Accompanying Application Parts:

☐  Assignment and Assignment Recordation Cover Sheet (recording fee of $40.00 enclosed)

☒  Revocation and Power of Attorney (from parent application)

☒  37 CFR 3.73(b) Statement by Assignee (from parent application)

☐  Information Disclosure Statement with Form PTO-1449    ☐  Copies of IDS Citations

☐  Preliminary Amendment (*New claims numbered after highest original claim in prior application.*)

☐  Small Entity is proper and desired.

☐  Request and Certification under 35 U.S.C. 122(b)(2)(B)(i)

☐  Other:

<u>Amendments</u>

☐      Amend the specification by inserting before the first line the sentence: "The present application is a continuation of U.S. application serial number 11/384,957 filed 03/20/2006, which is incorporated herein by reference. The present application is also related to U.S. provisional application serial number 60/784,141 filed 03/20/2006, which is incorporated herein by reference."

<u>Fee Calculation (37 CFR § 1.16)</u>

| | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE   FEE | OR | LARGE ENTITY RATE   FEE |
|---|---|---|---|---|---|
| BASIC FEE | | | $82   $ | OR | $330   $330 |
| UTILITY SEARCH FEE | | | $270   $ | OR | $540   $540 |
| UTILITY EXAMINATION FEE | | | $110   $ | OR | $220   $220 |
| TOTAL CLAIMS | 10 | -20 = 00 | x26 = $ | OR | x52 = $ |
| INDEP CLAIMS | 01 | -03 = 00 | x110 = $ | OR | x220= $ |
| [ ] Multiple Dependent Claim Presented | | | $195 = $ | OR | $390 = $ |

If the difference in Col. 1 is less than zero, enter "0" in Col. 2.

APP. SIZE FEE __ -100 = ___ /50 = ___ (rounded up) x135 = $      OR      x270 =  $

Total  $      OR      Total   $1,090.00

☒ Please charge Deposit Account 50-1351 (Order No. <u>SVIPGP090E</u>).

☒ The Commissioner is authorized to charge any fees beyond the amount enclosed which may be required, or to credit any overpayment, to Deposit Account No. 50-1351 (Order No. <u>SVIPGP090E</u>).

<u>General Authorization for Petition for Extension of Time (37 CFR §1.136)</u>

☒      Applicants hereby make and generally authorize any Petitions for Extensions of Time as may be needed for any subsequent filings. The Commissioner is also authorized to charge any extension fees under 37 CFR §1.17 as may be needed to Deposit Account No. 50-1351 (Order No. <u>SVIPGP090E</u>).

☒    Please send correspondence to the following address:

Zilka-Kotab, PC
P. O. Box 721120
San Jose, California 95172-1120
(408) 971-2573

Customer No.::      *28875*
28875
U. S. Patent & Trademark Office

Date: <u>December 12, 2008</u>      <u>/KEVINZILKA/</u>
Kevin J. Zilka
Registration No.41,429

(Revised 12/97, Pat App Trans 53(b) ContDivCIP)      Page 2 of 2

# HYPERLINK WITH GRAPHICAL CUE

## Related Applications

[0001] The present application is a continuation of U.S. application serial number 11/384,957 filed 03/20/2006, which is incorporated herein by reference. The present application is also related to U.S. provisional application serial number 60/784,141 filed 03/20/2006, which is incorporated herein by reference.

**BACKGROUND**

### Field of the Invention

[0002]    The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

### Related Art

[0003]    Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

[0004]    Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such

- 2 -

web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

[0005]     Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

[0006]     Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of

- 3 -

providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

[0007]    What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.


## SUMMARY

[0008]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.


## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIGS. 1A-1B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

- 4 -

## DETAILED DESCRIPTION

[0010]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

[0011]    For example, referring to FIG. 1A, a web page 100 is shown according to one embodiment of the present invention. The web page 100 includes a first frame 102a displaying a first set of textual hyperlink representations 104a, and a second frame 102b displaying the contents of another web page.

[0012]    In the embodiment illustrated in FIG. 1A, the first set of hyperlink representations 104a includes hypertext 106a-h.  In this example, the hypertext 106a-h includes text representing categories of news web sites.  For example, hypertext 106a ("World News") represents the category of world news web sites, hypertext 106b ("Business News") represents the category of business news web sites, and so on.  The particular number, selection, and categorization of hypertext 106a-h shown in FIG. 1A is provided merely as an example and does not constitute a limitation of the present invention.

[0013]    The hyperlink representations 104a enable the user to access the underlying hyperlinks to external websites by

- 5 -

hovering over selecting any of the hypertext 106a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 106a-h or by hovering a mouse cursor over one of the hypertext links 106a-h.

[0014]    In response to receiving a selection of one of the hypertext links 1060a-h from the user, the web page 100 displays a second set of hyperlink representations 104b. In the particular example illustrated in FIG. 1A, the user has clicked on or hovered the mouse cursor over hypertext 106h ("Stock Research"). In response, the web page 100 has displayed the second set of hyperlink representations 104b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 108a-l represents a hyperlink to a stock research web site.

[0015]    More specifically, in the embodiment illustrated in FIG. 1A, each of the hyperlink representations 108a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 108a is the logo of www.bigcharts.com, and the hyperlink representation 108a acts as a link to www.bigcharts.com.

[0016]    Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 108a-l, the web browser displays the destination of the selected hyperlink in the frame 102b. For example, if the user selects hyperlink representation 108a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 102b.

[0017]    Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of

- 6 -

the first set of hyperlinks 106a-h. For example, as shown in FIG. 1B, when the user selects hyperlink 106d ("UK News"), the web page 100 displays a set 104c of hyperlink representations 110a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 104a of links 106a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 104a of links 106a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 100, and then quickly displayed to the user without requiring additional accesses to the server.

[0018] The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator."

[0019] One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 104b and 104c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

[0020] It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as

- 7 -

illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0021] The first set of hyperlinks 104a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

[0022] Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

[0023] The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the

- 8 -

functions described and to generate output.  The output may be provided to one or more output devices.

[0024]   Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0025]   Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other

- 9 -

computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0026]     What is claimed is:

- 10 -

## CLAIMS

1. A computer-implemented method comprising:

(A)     displaying a first set of representations of a first set of hyperlinks;

(B)     receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C)     in response to receiving the first input, displaying a second set of representations of a second set of hyperlinks;

(D)     receiving second input from the user indicating a selection of one of the second set of hyperlink representations; and

(E)     in response to receiving the second input, navigating to a destination specified by the selected one of the second set of hyperlink representations.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

- 11 -

4. The method of claim 1, wherein (B) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

- 12 -

## ABSTRACT

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

- 13 -



FIG 1A

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 299 of 1037

1025

1026

160

104a

| 106a | —World News | |
| 106b | —Business News | |
| 106c | — US News | |
| 106d | —UK News | |
| 106e | — TV News | |
| 106f | — Biz Magazines | |
| 106g | —Biz Knowledge | |
| 106h | —Stock Research | |



Home

104c

— 110a
DAILY EXPRESS — 110b
Daily Mail — 110c
Mirror — 110d
The Daily Telegraph — 110e
FINANCIAL TIMES — 110f
Guardian — 110g
THE SCOTSMAN — 110h
Sun — 110i
THE TIMES — 110j

FIG. 1B

PTO/SB/01 (10-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)

| Attorney Docket Number | A0004-1001 |
|---|---|
| First Named Inventor | Gal Arav |

**COMPLETE IF KNOWN**

| Application Number | N/A |
|---|---|
| Filing Date | March 20, 2006 |
| Art Unit | |
| Examiner Name | |

[✓] Declaration Submitted With Initial Filing **OR** [ ] Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required)

**I hereby declare that:**

Each inventor's residence, mailing address, and citizenship are as stated below next to their name.

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**Message Board Aggregator**

the specification of which *(Title of the Invention)*

[✓] is attached hereto

**OR**

[ ] was filed on (MM/DD/YYYY) [_____] as United States Application Number or PCT International

Application Number [_____] and was amended on (MM/DD/YYYY) [_____] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

[ ] Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/01 (10-05)
Approved for use through 07/31/2008. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION — Utility or Design Patent Application

| Direct all correspondence to: | ☑ The address associated with Customer Number: | 24208 | OR ☐ | Correspondence address below |
|---|---|---|---|---|

| Name | |
|---|---|

| Address | |
|---|---|

| City | | State | ZIP |
|---|---|---|---|

| Country | Telephone | Email |
|---|---|---|

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF SOLE OR FIRST INVENTOR: | ☐ A petition has been filed for this unsigned inventor |
|---|---|

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| Gal | Arav |

| Inventor's Signature | | Date |
|---|---|---|
| *[signature]* | | March 20, 2008 |

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Bedford | MA | US | US, IL |

| Mailing Address |
|---|
| 104 Avalon Drive |

| City | State | Zip | Country |
|---|---|---|---|
| Bedford | MA | 01730 | US |

☐ Additional inventors or a legal representative are being named on the _____ supplemental sheet(s) PTO/SB/02A or 02LR attached hereto.

[Page 2 of 2]

PTO/SB/81 (07-08)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS | | |
|---|---|---|
| | Application Number | 11/384,957 |
| | Filing Date | 03/20/2006 |
| | First Named Inventor | Gal Arav |
| | Title | MESSAGE BOARD AGGREGATOR |
| | Art Unit | 2145 |
| | Examiner Name | Nguyen, Minh Chau |
| | Attorney Docket Number | SVIPGP090 |

I hereby revoke all previous powers of attorney given in the above-identified application.

☐ A Power of Attorney is submitted herewith.

OR

☑ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

28875

OR

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified application to:

☑ The address associated with the above-mentioned Customer Number.

OR

☐ The address associated with Customer Number:

OR

| ☐ Firm or Individual Name | |
|---|---|
| Address | |
| City | | State | | Zip | |
| Country | |
| Telephone | | Email | |

I am the:

☐ Applicant/Inventor.

OR

☑ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on _____.

| SIGNATURE of Applicant or Assignee of Record | | | |
|---|---|---|---|
| Signature | /KEVINZILKA/ | Date | November 13, 2008 |
| Name | Kevin J. Zilka | Telephone | (408) 971-2573 |
| Title and Company | President, Stragent Technologies, LLC | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☑ *Total of __1__ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/96 (10-08)
Approved for use through 11/30/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: **Gal Arav**

Application No./Patent No.: **11/384,957**   Filed/Issue Date: **03/20/2006**

Entitled: **MESSAGE BOARD AGGREGATOR**

**Stragent Technologies, LLC** , a   **limited liability company**
(Name of Assignee)   (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [✓] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest
(The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____ , Frame _____ , or for which a copy therefore is attached.

OR

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: **Gal Arav**   To: **INSTANTBULL, INC.**

The document was recorded in the United States Patent and Trademark Office at
Reel **018031** , Frame **0825** , or for which a copy thereof is attached.

2. From: **INSTANTBULL, INC.**   To: **Stragent Technologies, LLC**

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

3. From: _____   To: _____

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

[✓] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| /KEVINZILKA/ | November 13, 2008 |
| --- | --- |
| Signature | Date |
| Kevin J. Zilka | (408) 971-2573 |
| Printed or Typed Name | Telephone Number |
| President, Stragent Technologies, LLC | |
| Title | |

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## EXHIBIT A-ASSIGNMENT

WHEREAS, INSTANTBULL, INC., a corporation having a place of business at 104 AVALON DRIVE, BEDFORD, MASSACHUSETTS 01730 (hereinafter "ASSIGNOR") is assignee of U.S. App. Serial No.: 11/384,957 filed March 20, 2006 ("Patent(s)");

WHEREAS, Stragent Technologies, LLC, a California Limited Liability Company having a place of business at 100 Park Center Plaza, Suite 300A, San Jose, CA 95113 (hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent(s);

NOW, THEREFORE, for good and valuable consideration, upon the receipt of which, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent(s), and the inventions disclosed in the Patent(s) (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), reissues, reexaminations, renewals, continuations, divisionals, and extensions of the Patent(s) that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent(s).

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this _11_ day of November 2008.

Signed: _____

Name: Gal Arav, CEO, Instantbull, Inc.


STATE OF    MASS

COUNTY OF   MIDDLESEX


On _11/11/08_ before me, _JOHN CHANG_, personally appeared

_____Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Sate of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[SEAL]

Notary Signature



JOHN C. CHANG
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 19, 2010

Filing Date: 12/12/08

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/334,093 |
|---|---|

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA |  | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A |  | N/A |  | N/A | 330 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A |  | N/A |  | N/A | 540 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A |  | N/A |  | N/A | 220 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 10 minus 20 = |  |  | x$26 |  | x$52 |  |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | * |  | x$110 |  | x$220 |  |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR | |  |  |  |  |  |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | |  | 195 |  | 390 |  |
|  | | |  | TOTAL |  | TOTAL | 1090 |

\* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | CLAIMS REMAINING AFTER AMENDMENT |  HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |  | RATE ($) | ADDI-TIONAL FEE ($) | RATE ($) | ADDI-TIONAL FEE ($) |
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = |  | X = | OR | X = |  |
|  | Independent (37 CFR 1.16(h)) | * | Minus *** | = |  | X = | OR | X = |  |
|  | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
|  | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | N/A | OR | N/A | |
|  |  | | | | | TOTAL ADD'T FEE | OR | TOTAL ADD'T FEE | |

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  | OR |  | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |  | RATE ($) | ADDI-TIONAL FEE ($) | RATE ($) | ADDI-TIONAL FEE ($) |
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = |  | X = | OR | X = |  |
|  | Independent (37 CFR 1.16(h)) | * | Minus *** | = |  | X = | OR | X = |  |
|  | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
|  | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | N/A | OR | N/A | |
|  |  | | | | | TOTAL ADD'T FEE | OR | TOTAL ADD'T FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Exhibit 18

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262842

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| STRAGENT TECHNOLOGIES, LLC | 12/31/2008 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | STRAGENT, LLC |
| Street Address: | 211 W TYLER ST., SUITE C |
| City: | LONGVIEW |
| State/Country: | TEXAS |
| Postal Code: | 75601 |

**PROPERTY NUMBERS Total: 10**

| Property Type | Number |
|---|---|
| Patent Number: | 7529795 |
| Patent Number: | 8700704 |
| Patent Number: | 7856472 |
| Patent Number: | 7849148 |
| Patent Number: | 8682961 |
| Patent Number: | 8683003 |
| Patent Number: | 8180829 |
| Patent Number: | 8219615 |
| Patent Number: | 8219906 |
| Application Number: | 14224002 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | andrew.gordon@stragent.com |
| Correspondent Name: | ANDREW GORDON |
| Address Line 1: | 211 W TYLER ST., SUITE C |
| Address Line 4: | LONGVIEW, TEXAS 75601 |

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
|---|---|
| NAME OF SUBMITTER: | ANDREW GORDON |

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 309 of 1037

| SIGNATURE: | /Andrew Gordon/ |
|---|---|
| DATE SIGNED: | 02/07/2017 |

**Total Attachments: 2**

source=Arav_Assignment3_StragentTech__Stragent_TX_12_31_2008#page1.tif
source=Arav_Assignment3_StragentTech__Stragent_TX_12_31_2008#page2.tif

PATENT ASSIGNMENT

WHEREAS, Stragent Technologies, LLC, having a place of business at 100 Park Center Plaza, Suite 300A, San Jose, CA 95113 (hereinafter "ASSIGNOR") is owner of the following patent applications ("Patent"):

| | | | |
|---|---|---|---|
| SVIPGP015 | 11/342,333 | 1/26/2006 | Shared Transport Medium System And Method For Use Within A Casino Or Gambling Environment |
| SVIPGP016 | 11/356,714 | 2/16/2006 | Gaming Machine System And Method With Buttons Equipped With Modulating Lights |
| SVIPGP017 | 11/373,851 | 3/10/2006 | Gaming Machine System And Method |
| SVIPGP036 | 11/124,487 | 5/6/2005 | Battery Monitor |
| SVIPGP037 | 11/213,154 | 8/25/2005 | Rim-Manufactured Gaming Device |
| REDACTED | | | |
| SVIPGP038 | 11/213,418 | 8/25/2005 | Gaming Machine Reel Assembly For Providing A Substantially Planar Viewing Surface |
| REDACTED | | | |
| SVIPGP039 | 11/213,421 | 8/25/2005 | Braking Hinge And Release Mechanism For Gaming Machine Housing Door |
| REDACTED | | | |
| SVIPGP040 | 11/213,419 | 8/25/2005 | Latch Assembly Mechanism For Gaming Machine Housing Door |
| REDACTED | | | |
| SVIPGP041 | 11/213,420 | 8/25/2005 | Gaming Machine With Player Tracking Device Capable Of Tool-Less Removal |
| REDACTED | | | |
| SVIPGP042 | 11/213,198 | 8/25/2005 | Gaming Machine System With Coordinated Screensavers |
| REDACTED | | | |
| SVIPGP043 | 11/213,422 | 8/25/2005 | Secondary Gaming Machine Having A Touch Screen Mounted Thereon Without An Associated Electronic Display |
| REDACTED | | | |
| SVIPGP044 | 11/213,147 | 8/25/2005 | System And Method Of Manufacture For A Gaming Device Housing |
| REDACTED | | | |
| SVIPGP045 | 11/467,027 | 8/24/2006 | Gaming Machine Cash Box System |
| REDACTED | | | |

| SVIPGP046 | 11/467,041 | 8/24/2006 | Gaming Machine System And Method Of Manufacture Using A Flexible Spline |
|---|---|---|---|
| REDACTED | | | |
| SVIPGP047 | 10/664,087 | 9/16/2003 | Modular Security Enclosure For Gaming Machine |
| SVIPGP048 | 11/861,657 | 9/26/2007 | Replaceable Cosmetic Panels For Machine Cabinets\n |
| REDACTED | | | |
| SVIPGP049 | 11/938,108 | 11/9/2007 | Pivotable Display For A Gaming Machine |
| REDACTED | | | |
| SVIPGP061 | 10/737,690 | 12/15/2003 | System, Method And Computer Program Product For Sharing Information In A Distributed Framework |
| REDACTED | | | |
| SVIPGP050 | 11/444,930 | 5/31/2006 | System, Method And Computer Program Product For Transferring Money |
| SVIPGP088 | 10/943,325 | 9/17/2004 | Method And System For Processing Knowledge |
| SVIPGP090 | 11/384,957 | 3/20/2006 | Message Board Aggregator |
| SVIPGP091 | 11/176,006 | 7/5/2005 | Content Selection And Retrieval System |
| SVIPGP092 | 11/039,158 | 1/20/2005 | Monitoring And Reporting System And Method Of Operating The Same |

WHEREAS, Stragent, LLC, a Texas Limited Liability Company having a place of business at 211 W. Tyler, Suite C, Longview, Texas 75601 (hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent;

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent, and the inventions disclosed in the Patent (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), and all foreign and domestic patents that may issue from the Patent, including reexaminations, reissues, renewals, continuations, continuations-in-part, divisionals, or extensions thereof that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this 31st day of December 2008.

Name: Kevin J. Zilka
President, Stragent Technologies, LLC

# Exhibit 19

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262849

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| STRAGENT, LLC | 04/21/2009 |

### RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | ALOFT MEDIA, LLC |
| **Street Address:** | 211 WEST TYLER ST., SUITE C-1 |
| **City:** | LONGVIEW |
| **State/Country:** | TEXAS |
| **Postal Code:** | 75601 |

### PROPERTY NUMBERS Total: 10

| Property Type | Number |
|---|---|
| **Patent Number:** | 7529795 |
| **Patent Number:** | 8700704 |
| **Patent Number:** | 7856472 |
| **Patent Number:** | 7849148 |
| **Patent Number:** | 8682961 |
| **Patent Number:** | 8683003 |
| **Patent Number:** | 8180829 |
| **Patent Number:** | 8219615 |
| **Patent Number:** | 8219906 |
| **Application Number:** | 14224002 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | andrew.gordon@stragent.com |
| **Correspondent Name:** | ANDREW GORDON |
| **Address Line 1:** | 211 W TYLER ST., SUITE C |
| **Address Line 4:** | LONGVIEW, TEXAS 75601 |

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
|---|---|
| NAME OF SUBMITTER: | ANDREW GORDON |

**504216172**

**PATENT
REEL: 041192 FRAME: 0092**

| SIGNATURE: | /Andrew Gordon/ |
|---|---|
| DATE SIGNED: | 02/07/2017 |

**Total Attachments: 2**
source=Arav_Assignment4_SVIPGP090_Stragent__Aloft_04_21_2009#page1.tif
source=Arav_Assignment4_SVIPGP090_Stragent__Aloft_04_21_2009#page2.tif

## ASSIGNMENT

WHEREAS,

Stragent, LLC
211 W. Tyler St.
Suite C-2
Longview, TX 75601

(hereinafter "ASSIGNOR"), is the owner of the entire interest in the inventions in the following patent applications/patents:

Docket Number:        SVIPGP090
Title:                MESSAGE BOARD AGGREGATOR
Serial Number:        11/384,957
Filing Date:          03/20/2006

Docket Number:        SVIPGP090A
Title:                MESSAGE BOARD AGGREGATOR
Serial Number:        12/334,024
Filing Date:          12/12/2008

Docket Number:        SVIPGP090B
Title:                INSTANTANEOUS SYMBOL LOOKUP
Serial Number:        12/334,037
Filing Date:          12/12/2008

Docket Number:        SVIPGP090C
Title:                INSTANTANEOUS SYMBOL LOOKUP
Serial Number:        12/334,063
Filing Date:          12/12/2008

Docket Number:        SVIPGP090D
Title:                HYPERLINK WITH GRAPHICAL CUE
Serial Number:        12/334,068
Filing Date:          12/12/2008

Docket Number:        SVIPGP090E
Title:                HYPERLINK WITH GRAPHICAL CUE
Serial Number:        12/334,093
Filing Date:          12/12/2008

and WHEREAS, Aloft Media, LLC (hereinafter "ASSIGNEE"), a Texas Limited Liability Company having a business address at 211 W. Tyler St., Suite C-1, Longview, TX 75601, is desirous of obtaining the entire right, title and interest in, to and under the said inventions and the said applications/patents:

NOW, THEREFORE, in exchange for good and valuable consideration, the receipt of which is hereby acknowledged, said ASSIGNOR has sold, assigned, transferred and set over, and by these presents does hereby sell, assign, transfer and set over, unto the said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said inventions, and the said United States applications/patents and all divisions, renewals and continuations thereof, and all Patents of the United States which may be granted thereon and all reissues and extensions thereof; and all applications for

Page 1 of 2

**PATENT
REEL: 041192 FRAME: 0094**

industrial property protection, including, without limitation, all applications for patents, utility models, and designs which may hereafter be filed for said inventions in any country or countries foreign to the United States, together with the right to file such applications and the right to claim for the same the priority rights derived from said United States applications/patents under the Patent Laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such applications are filed, as may be applicable; and all forms of industrial property protection, including, without limitation, patents, utility models, inventors' certificates and designs which may be granted for said inventions in any country or countries foreign to the United States and all extensions, renewals and reissues thereof; such entire, right, title and interest expressly includes the right to sue for and recover past damages for infringement of the patent(s)/application(s).

IN TESTIMONY WHEREOF, I hereunto set my hand and seal the day and year set opposite my signature.

Date: _____ 4/21/07 _____

_____
Signature of Assignor
Name:  Kevin J. Zilka
Title:  CEO, Stragent, LLC

Page 2 of 2

**PATENT**
**REEL: 041192 FRAME: 0095**

# Exhibit 20

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS

Regarding the following pending Applications:

**Application Number:** 10/691,090                **Filing Date:** 10/22/2003
**Title:** SYSTEM AND METHOD FOR ARCHIVING NETWORK DATA
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 3689
**Examiner Name:** Ruhl, Dennis William                **Attorney Docket Number:** SVIPGP001A
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 10/324,887                **Filing Date:** 12/18/2002
**Title:** SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR QUANTITATIVELY ILLUSTRATING INTELLECTUAL PROPERTY ASSETS
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 3689
**Examiner Name:** Ruhl, Dennis William                **Attorney Docket Number:** SVIPGP002
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 10/661,878                **Filing Date:** 09/11/2003
**Title:** SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR COLLECTING STRATEGIC PATENT DATA ASSOCIATED WITH AN IDENTIFIER
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 3689
**Examiner Name:** Ruhl, Dennis William                **Attorney Docket Number:** SVIPGP002B
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 10/661,855                **Filing Date:** 09/11/2003
**Title:** TECHNOLOGY MAPPING SYSTEM AND METHOD FOR STRATEGIC INTELLECTUAL ASSET MANAGEMENT
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 3689
**Examiner Name:** Ruhl, Dennis William                **Attorney Docket Number:** SVIPGP002F
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

1

**Application Number:** 11/186,190                    **Filing Date:** 07/21/2005
**Title:** STRATEGIC PATENT PROCUREMENT SYSTEM, MERTHOD AND COMPUTER PROGRAM PRODUCT
**First Named Inventor:** Kevin J. Zilka                    **Art Unit:** 3689
**Examiner Name:** Ruhl, Dennis William                    **Attorney Docket Number:** SVIPGP002H
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*


**Application Number:** 12/340,527                    **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR LINKING A PLURALITY OF TAGS WITH A DOCUMENT
**First Named Inventor:** Kevin J. Zilka                    **Art Unit:** 2176
**Examiner Name:** Herndon, Heather R.                    **Attorney Docket Number:** SVIPGP023
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*


**Application Number:** 12/340,531                    **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR APPLYING A FUNCTION OF AN ONLINE APPLICATION TO A FILE GENERATED BY A SECOND ONLINE APPLICATION
**First Named Inventor:** Kevin J. Zilka                    **Art Unit:** 2447
**Examiner Name:** Hwang, Joon H.                    **Attorney Docket Number:** SVIPGP024
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*


**Application Number:** 12/340,532                    **Filing Date:** 12/19/2008
**Title:** NETWORK BROWSER TOOLBAR SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR ACCOMMODATING DIFFERENT ON-LINE APPLICATIONS
**First Named Inventor:** Kevin J. Zilka                    **Art Unit:** 2447
**Examiner Name:** Hwang, Joon H.                    **Attorney Docket Number:** SVIPGP025
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*


**Application Number:** 12/340,533                    **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR STORING ATTACHMENTS OF AN EMAIL IN A CENTRAL LOCATION ASSOCIATED WITH AN ONLINE APPLICATION FROM WHICH THE ATTACHMENT WAS GENERATED
**First Named Inventor:** Kevin J. Zilka                    **Art Unit:** 2165
**Examiner Name:** Abel Jalil, Neveen                    **Attorney Docket Number:** SVIPGP026
**Assignment Status:**  I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 12/340,534 **Filing Date:** 12/19/2008
**Title:** ON-LINE CENTRALIZED DESKTOP SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT
**First Named Inventor:** Kevin J. Zilka **Art Unit:** 2165
**Examiner Name:** Abel Jalil, Neveen **Attorney Docket Number:** SVIPGP027
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 12/340,561 **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR UTILIZING A NETWORK BROWSER AS A DESKTOP
**First Named Inventor:** Kevin J. Zilka **Art Unit:** 2173
**Examiner Name:** Vu, Kieu D. **Attorney Docket Number:** SVIPGP028
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 12/340,537 **Filing Date:** 12/19/2008
**Title:** ADVERTISING SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR USING IN CONJUNCTION WITH ONLINE APPLICATIONS
**First Named Inventor:** Kevin J. Zilka **Art Unit:** 3622
**Examiner Name:** Stamber, Eric W. **Attorney Docket Number:** SVIPGP029
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 12/340,538 **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR PERFORMING A SEARCH IN CONJUNCTION WITH USE OF AN ONLINE APPLICATION
**First Named Inventor:** Kevin J. Zilka **Art Unit:** 2165
**Examiner Name:** Abel Jalil, Neveen **Attorney Docket Number:** SVIPGP030
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 12/340,539 **Filing Date:** 12/19/2008
**Title:** DRILL-DOWN SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR FOCUSING A SEARCH
**First Named Inventor:** Kevin J. Zilka **Art Unit:** 2165
**Examiner Name:** Abel Jalil, Neveen **Attorney Docket Number:** SVIPGP031
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/29/2010.*

**Application Number:** 12/340,554      **Filing Date:** 12/19/2008
**Title:** MOBILE SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR EXECUTING AN ONLINE APPLICATION ON A MOBILE DEVICE
**First Named Inventor:** Kevin J. Zilka      **Art Unit:** 2447
**Examiner Name:** Hwang, Joon H.      **Attorney Docket Number:** SVIPGP032
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,550      **Filing Date:** 12/19/2008
**Title:** INTELLIGENT CUT AND PASTE SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT
**First Named Inventor:** Kevin J. Zilka      **Art Unit:** 2173
**Examiner Name:** Vu, Kieu D.      **Attorney Docket Number:** SVIPGP033
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,575      **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR VOICE-ENABLED ACCESS TO MOBILE DEVICE DATA
**First Named Inventor:** Kevin J. Zilka      **Art Unit:** 2626
**Examiner Name:** Dorvil, Richemond      **Attorney Docket Number:** SVIPGP062
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,576      **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR UTILIZING A COMMUNICATION CHANNEL OF A MOBILE DEVICE BY A VEHICULAR ASSEMBLY
**First Named Inventor:** Kevin J. Zilka      **Art Unit:** 2618
**Examiner Name:** Anderson, Matthew D.      **Attorney Docket Number:** SVIPGP063
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,582      **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR DISPLAYING CONTACTS DATA FROM A MOBILE DEVICE UTILIZING A VEHICULAR NAVIGATION ASSEMBLY
**First Named Inventor:** Kevin J. Zilka      **Art Unit:** 2453
**Examiner Name:** N/A      **Attorney Docket Number:** SVIPGP064
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,584          **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR INSTANT MESSAGING UTILIZING A VEHICULAR ASSEMBLY
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 3663
**Examiner Name:** Khatib, Rami          **Attorney Docket Number:** SVIPGP065
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,585          **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR SOCIAL NETWORKING UTILIZING A VEHICULAR ASSEMBLY
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 3663
**Examiner Name:** Khatib, Rami          **Attorney Docket Number:** SVIPGP066
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,590          **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR COMMUNICATING LOCATION-RELATED INFORMATION
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 3664
**Examiner Name:** Moyer, Dale S.          **Attorney Docket Number:** SVIPGP067
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,592          **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR SYNCHRONIZING A MOBILE DEVICE AND A VEHICULAR ASSEMBLY
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 2165
**Examiner Name:** Abel Jalil, Naneen          **Attorney Docket Number:** SVIPGP068
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,593          **Filing Date:** 12/19/2008
**Title:** VEHICULAR SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR VOICE-CONTROLLED ATTACHMENTS
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 2447
**Examiner Name:** Hwang, Joon H.          **Attorney Docket Number:** SVIPGP069
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

POWER OF ATTORNEY                                                    ALOFT MEDIA, LLC

**Application Number:** 12/340,597                **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR UTILIZING A MOBILE
DEVICE AS A PLATFORM TO EXECUTE SOFTWARE TO PROVIDE FUNCTIONALITY VIA A
VEHICULAR ASSEMBLY
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 2192
**Examiner Name:** N/A                            **Attorney Docket Number:** SVIPGP070
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,598                **Filing Date:** 12/19/2008
**Title:** VEHICULAR ASSEMBLY SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR
PROGRAMMABLE MOBILE DEVICE CONTROLS
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 3664
**Examiner Name:** Moyer, Dale S.                 **Attorney Docket Number:** SVIPGP071
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,599                **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR PROVIDING ENHANCED
PASSENGER DISPLAY FUNCTIONALITY
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 3664
**Examiner Name:** Moyer, Dale S.                 **Attorney Docket Number:** SVIPGP072
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,601                **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR COMMUNITY-BASED
TRAFFIC CONDITION INFORMATION
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 3663
**Examiner Name:** Khatib, Rami                   **Attorney Docket Number:** SVIPGP073
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,602                **Filing Date:** 12/19/2008
**Title:** LOCATION-BASED MESSAGING SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT
**First Named Inventor:** Kevin J. Zilka          **Art Unit:** 2447
**Examiner Name:** Hwang, Joon H.                 **Attorney Docket Number:** SVIPGP074
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,607                **Filing Date:** 12/19/2008
**Title:** NAVIGATION SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR GENERATING NAVIGATION INFORMATION BASED ON CALENDAR INFORMATION
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 3663
**Examiner Name:** Khatib, Rami                **Attorney Docket Number:** SVIPGP075
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,605                **Filing Date:** 12/19/2008
**Title:** VEHICULAR ASSEMBLY SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR NAVIGATING A NETWORK
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 2455
**Examiner Name:** N/A                **Attorney Docket Number:** SVIPGP076
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,617                **Filing Date:** 12/19/2008
**Title:** MAPPING FUNCTION SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR CREATING A MAP IN ASSOCIATION WITH AN ADDRESS
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 3661
**Examiner Name:** Camby, Richard M.                **Attorney Docket Number:** SVIPGP077
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/340,615                **Filing Date:** 12/19/2008
**Title:** SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT FOR SELECTIVELY RETRIEVING DATA FROM A MOBILE DEVICE IN COMMUNICATION WITH A VEHICULAR ASSEMBLY
**First Named Inventor:** Kevin J. Zilka                **Art Unit:** 2457
**Examiner Name:** Etienne, Ario                **Attorney Docket Number:** SVIPGP078
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 11/384,957                **Filing Date:** 03/20/2006
**Title:** MESSAGE BOARD AGGREGATOR
**First Named Inventor:** Gal Arav                **Art Unit:** 2445
**Examiner Name:** Nguyen, Minh Chau                **Attorney Docket Number:** SVIPGP090
**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/334,024
**Title:** MESSAGE BOARD AGGREGATOR

**Filing Date:** 12/12/2008

**First Named Inventor:** Gal Arav

**Art Unit:** 2173

**Examiner Name:** N/A

**Attorney Docket Number:** SVIPGP090A

**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/334,024
**Title:** INSTANTANEOUS SYMBOL LOOKUP

**Filing Date:** 12/12/2008

**First Named Inventor:** Gal Arav

**Art Unit:** 2445

**Examiner Name:** Nguyen, Minh Chau

**Attorney Docket Number:** SVIPGP090B

**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/334,063
**Title:** INSTANTANEOUS SYMBOL LOOKUP

**Filing Date:** 12/12/2008

**First Named Inventor:** Gal Arav

**Art Unit:** 2445

**Examiner Name:** Nguyen, Minh Chau

**Attorney Docket Number:** SVIPGP090C

**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/334,068
**Title:** HYPERLINK WITH GRAPHICAL CUE

**Filing Date:** 12/12/2008

**First Named Inventor:** Gal Arav

**Art Unit:** 2447

**Examiner Name:** Hwang, Joon H.

**Attorney Docket Number:** SVIPGP090D

**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/334,093
**Title:** HYPERLINK WITH GRAPHICAL CUE

**Filing Date:** 12/12/2008

**First Named Inventor:** Gal Arav

**Art Unit:** 2447

**Examiner Name:** Hwang, Joon H.

**Attorney Docket Number:** SVIPGP090E

**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

**Application Number:** 12/435,296
**Title:** MESSAGE BOARD AGGREGATOR

**Filing Date:** 05/04/2009

**First Named Inventor:** Gal Arav

**Art Unit:** 2442

**Examiner Name:** N/A

**Attorney Docket Number:** SVIPGP090F

**Assignment Status:** I am the Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on 1/30/2010.*

POWER OF ATTORNEY                                                                         ALOFT MEDIA, LLC

I hereby revoke all previous powers of attorney given in the above-identified applications.

I hereby appoint the Practitioners associated with Customer Number **92045** as our attorneys to prosecute the applications identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified applications to the address associated with the above-mentioned Customer Number.

**SIGNATURE of Applicant or Assignee of Record for all of the above cases:**

**Signature:** /Christopher M. Edgeworth/
**Name:** Chris Edgeworth
**Title and Company:** President, Aloft Media, LLC
**Date:** January 29, 2010
**Telephone Number:** 903-230-9675

9

# Exhibit 21

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262859

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| ALOFT MEDIA, LLC | 11/12/2011 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | BOADIN TECHNOLOGY, LLC |
| Street Address: | 113 BARKSDALE PROFESSIONAL CENTER |
| City: | NEWARK |
| State/Country: | DELAWARE |
| Postal Code: | 19711 |

**PROPERTY NUMBERS Total: 10**

| Property Type | Number |
|---|---|
| Patent Number: | 7529795 |
| Patent Number: | 8700704 |
| Patent Number: | 7856472 |
| Patent Number: | 7849148 |
| Patent Number: | 8682961 |
| Patent Number: | 8683003 |
| Patent Number: | 8180829 |
| Patent Number: | 8219615 |
| Patent Number: | 8219906 |
| Application Number: | 14224002 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | andrew.gordon@stragent.com |
| Correspondent Name: | ANDREW GORDON |
| Address Line 1: | 211 W TYLER ST., SUITE C |
| Address Line 4: | LONGVIEW, TEXAS 75601 |

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
|---|---|
| NAME OF SUBMITTER: | ANDREW GORDON |

| SIGNATURE: | /Andrew Gordon/ |
|---|---|
| DATE SIGNED: | 02/07/2017 |

**Total Attachments: 2**
source=Arav_Assignment5_SVIPGP090_Aloft__Boadin_12_11_2011#page1.tif
source=Arav_Assignment5_SVIPGP090_Aloft__Boadin_12_11_2011#page2.tif

-8-

EXHIBIT A-ASSIGNMENT

WHEREAS, Aloft Media, LLC, a Texas Limited Liability Company having a place of business at 211 W. Tyler, Longview, TX 75601 (hereinafter "ASSIGNOR") is owner of U.S. Pat. Nos.: 7,529,795; 7,856,472; and 7,849,148 ("Patent Asset(s)"),

*Technology — CE*

WHEREAS, Boadin ~~Technologies~~, LLC, a Delaware Limited Liability Company having a place of business at 113 Barksdale Professional Center, Newark, DE 19711(hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent Asset(s);

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent Asset(s), and the inventions disclosed in the Patent Asset(s) (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), and all foreign and domestic patents that may issue from the Patent Asset(s) and the aforementioned priority patent application(s), including reexaminations, reissues, renewals, continuations, continuations-in-part, divisionals, or extensions thereof that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent Asset(s).

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this *17* day of *Nov* 2011.

Name: Christopher Edgeworth
Title: President, Aloft Media, LLC

STATE OF

COUNTY OF

On *9/12/11* before me, *David Deponna* personally appeared *Christopher Edgeworth* Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**PATENT
REEL: 041192 FRAME: 0152**

-9-

[SEAL]

_____
Notary Signature

DAVID A. DEPOMA
Notary Public, State of Texas
My Commission Expires
May 29, 2013

**PATENT**
**REEL: 041192 FRAME: 0153**

# Exhibit 22

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 332 of 1037

PTO/SB/96 (01-09)
Approved for use through 02/28/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner:  **Gal Arav**

Application No./Patent No.: _12/334,068_  Filed/Issue Date: _12/12/2008_

Titled: **Message Board Aggregator**  ■

_Boadin Technology, LLC_ , a  **Limited Liability Company**

(Name of Assignee)  (Type of Assignee. e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1.  ☑  the assignee of the entire right, title, and interest in;

2.  ☐  an assignee of less than the entire right, title, and interest in
       (The extent (by percentage) of its ownership interest is _____ %); or

3.  ☐  the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A.  ☐  An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in
       the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a
       copy therefore is attached.

OR

B.  ☑  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From:  **Gal Arav**  To:  **Instantbull, Inc.**

      The document was recorded in the United States Patent and Trademark Office at
      Reel _017670_ , Frame _0252_ , or for which a copy thereof is attached.

   2. From:  **Instantbull, Inc.**  To:  **Stragent Technologies, LLC**

      The document was recorded in the United States Patent and Trademark Office at
      Reel _021831_ , Frame _0784_ , or for which a copy thereof is attached.

   3. From:  **Stragent Technologies, LLC**  To:  **Stragent, LLC**

      The document was recorded in the United States Patent and Trademark Office at
      Reel _022206_ , Frame _0975_ , or for which a copy thereof is attached.

   ☒  Additional documents in the chain of title are listed on a supplemental sheet(s).

☑  As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was,
   or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

   [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in
   accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| /G. Andrew Gordon/ | 1/12/2012 |
| Signature | Date |
| G. Andrew Gordon | Managing Member, Boadin Technology, LLC |
| Printed or Typed Name | Title |

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including
gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time
you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S.
Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner
for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

_If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2._

PTO/SB/96 (01-09)
Approved for use through 02/28/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: **Gal Arav**

Application No./Patent No.: 12/334,068       Filed/Issue Date: 12/12/2008

Titled: **Message Board Aggregator**                                               ✚

Boadin Technology, LLC                    , a    Limited Liability Company

(Name of Assignee)                                 (Type of Assignee. e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. ☑  the assignee of the entire right, title, and interest in;

2. ☐  an assignee of less than the entire right, title, and interest in
      (The extent (by percentage) of its ownership interest is _____ %); or

3. ☐  the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. ☐  An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy therefore is attached.

OR

B. ☑  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: **Stragent, LLC**                    To: **Aloft Media, LLC**

The document was recorded in the United States Patent and Trademark Office at
Reel 022665         , Frame 0825         , or for which a copy thereof is attached.

2. From: Aloft Media, LLC                    To: Boadin Technology, LLC

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

3. From: _____          To: _____

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

☐  Additional documents in the chain of title are listed on a supplemental sheet(s).

☑  As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/G. Andrew Gordon/                                    1/12/2012

Signature                                                   Date

G. Andrew Gordon                          Managing Member, Boadin Technolgy, LLC

Printed or Typed Name                                Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Exhibit 23

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/334,093 | 12/12/2008 | Gal Arav | SVIPGP090E | 7564 |

92045      7590      09/17/2012
The Caldwell Firm, LLC
PO Box 59655
Dept. SVIPGP
Dallas, TX 75229

| EXAMINER |
|---|
| SMARTH, GERALD A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2478 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/17/2012 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

pcaldwell@thecaldwellfirm.com
lcaldwell@thecaldwellfirm.com
andrew.gordon@stragent.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | Application No. 12/334,093 | Applicant(s) ARAV, GAL |
|---|---|---|
| | Examiner GERALD SMARTH | Art Unit 2478 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1) ☒ Responsive to communication(s) filed on <u>04 June 2012</u>.

2a) ☐ This action is **FINAL.**  2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims

5) ☒ Claim(s) <u>11</u> is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>11</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

### Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☒ The drawing(s) filed on <u>12 December 2008</u> is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

12) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

### Priority under 35 U.S.C. § 119

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some * c) ☐ None of:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____.

       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date <u>03/27/12</u>.

4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____ .

U.S. Patent and Trademark Office

PTOL-326 (Rev. 03-11)          Office Action Summary          Part of Paper No./Mail Date 20120910

Application/Control Number: 12/334,093 Page 2

Art Unit: 2478

## DETAILED ACTION

1. The instant application having Application No. 12/334093 has a total of 1 claim pending in the application.

2. A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on 06/04/12 has been entered.

## Response to Arguments

3. Applicant's arguments with respect to claim 11 which has been considered but is moot in view of the new rejection.

## *Double Patenting*

4. The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory obviousness-type double patenting rejection

Application/Control Number: 12/334,093                                                    Page 3

Art Unit: 2478

is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).


5.      Claim 11 is rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 29 of US Patent No. 7,529,795 B2.  Although the conflicting claims are not identical, they are not patentably distinct from each other because of the following table and are merely obvious variations of the claim in the patent 7,529,795.  Except the obvious

Application/Control Number: 12/334,093                                                    Page 4

Art Unit: 2478

wording variations noted in the instant claims, the claimed subject matter in this instant

application is covered by the already patent claims 29 of US Patent No. 7,529,795 B2.

| Instant Application (12/334093) | US Patent No.(7,529,795 B2) |
|---|---|
| 11. (Currently Amended) A computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page; computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to the receiving the first input, display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed **without requiring an additional access to a server**; computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and computer code for causing, in response to the receiving the second input, **navigation to a destination specified by the selected one of the second set of hyperlink representations**. | 29. A computer program product embodied on a tangible computer readable medium, comprising: computer code for displaying, in a window of a computer program, **content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum;** and computer code for displaying, in the window of the computer program and contemporaneously with the content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, **the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum; wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the content, the third message including an e-mail;** wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction. |

**The main differences are in bold.**

Application/Control Number: 12/334,093                                    Page 5

Art Unit: 2478

Examining claim 11 is merely a variation of patent claim 29. Claim 11 has similar limitations in

patent claim 29.   However Claim 29 more specifically explains the use of online forums for

posting messages and wherein third information derived from a third message is displayed, in the

window of the computer program and contemporaneously with the content, the third message

including an e-mail, while claim 11 specifies the use of a second set of hyperlinks without the

additional access to a server.  It would be obvious to make these variations between the two

claims because the use of forums and emails are known in web communication methods to

further have access to other users and access to access information from remote locations.

Claim 11 is provisionally rejected on the ground of nonstatutory obviousness-type double

patenting as being unpatentable over claim 201 of US Publication No.12/334068.  Although the

conflicting claims are not identical, they are not patentably distinct from each other because of

the following table and are merely obvious variations of the claim 201 in the table of 12/334068:

| Instant Application (12/334093) | Copending Application (12/334068) |
|---|---|
| 11. A computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page; computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to the receiving the first input, display of the second set of | 201. A system including a tangible computer readable medium, comprising: means for causing display of a first set of representations of a first set of hyperlinks that are each representative of a predetermined category of content in connection with a web page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the web page, where the second set of hyperlinks **are each representative of a plurality of subcategories of content** |

Application/Control Number: 12/334,093                                                    Page 6

Art Unit: 2478

| | |
|---|---|
| representations of the second set of hyperlinks that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to a server; computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and computer code for causing, in response to the receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations. | **associated with the predetermined category and are displayed below a corresponding one of the first set of representations in a menu format;** means for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; means for causing, in response to receiving the first input, display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the web page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to a server; means for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and means for causing, in response to receiving the second input, display of destination content specified by the selected one of the second set of hyperlink representations. |

**The main differences are in bold.**

This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting claims

have not in fact been patented.

Application/Control Number: 12/334,093                                          Page 7

Art Unit: 2478

Examining claim 11 is merely a variation of patent claim 201. Claim 11 has similar limitations in

patent claim 201.   However Claim 201 second set of hyperlinks are each representative of a

plurality of subcategories of content associated with the predetermined category and are

displayed below a corresponding one of the first set of representations in a menu format.  It

would be obvious to make these variations between the two claims because the use of

subcategories of content are utilized in with web pages for further defining and categorizing

other links.

### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.

7.      The factual inquiries set forth in *Graham* **v.** *John Deere Co.*, 383 U.S. 1, 148 USPQ 459

(1966), that are applied for establishing a background for determining obviousness under 35

U.S.C. 103(a) are summarized as follows:

1.      Determining the scope and contents of the prior art.
2.      Ascertaining the differences between the prior art and the claims at issue.
3.      Resolving the level of ordinary skill in the pertinent art.
4.      Considering objective evidence present in the application indicating obviousness or nonobviousness.

Application/Control Number: 12/334,093                                                    Page 8

Art Unit: 2478

8.      Claim 11 is rejected under 35 U.S.C. 103(a) as being unpatentable over Benson (US

7,913,185) in view of Kavner (US 6,366,947),


Regarding claim 11, Benson teaches a computer program product embodied on a non-transitory

computer-readable medium, comprising:

computer code for causing display of a first set of representations of a first set of hyperlinks in connection

with a page that includes a second set of representations of a second set of hyperlinks **Benson**

**discloses the positioning of pointer 100 over the hotspot causes pop-up menu 12 to appear.**

**Pop-up menu 12 has first and second Items 13 and 14 with relevant menu text, such as**

**second menu item 15; column 3 lines 67-column 4 lines 9;  FIG. 2 shows pointer 100 rolling**

**over menu item 14. This action causes sub pop-up menu 21 to appear, thus, providing two**

**sub-menu items 22 and 23; see column 4 lines 10-44, column 4 lines 45-57 also explains**

**links which can be associated with set of menus**)

computer code for allowing receipt of a first input from a user indicating a selection of one of the first set

of hyperlink representations; (**Benson discloses FIG. 2 shows pointer 100 rolling over menu**

**item 14. This action causes sub pop-up menu 21 to appear, thus, providing two sub-menu**

**items 22 and 23; see column 4 lines 10-44, column 4 lines 45-57 also explains links that can**

**be associated with set of menus**)

computer code for causing, in response to the receiving the first input, (**see Benson column 4 lines 10-**

**44, column 4 lines 45-57 explains links which can be associated with set of menus after**

**using pointer over area of map or menu**) display of the second set of representations of the second

set of hyperlinks such that the second set of representations of the second set of hyperlinks; (**see**

Application/Control Number: 12/334,093                                        Page 9

Art Unit: 2478

**Benson column 4 lines 10-44, column 4 lines 45-57 explains links which can be associated with set of menus after using pointer over area of map or menu)**

computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; **(see Benson column 4 lines 10-44, column 4 lines 45-57 explains links which can be associated with set of menus after using pointer over area of map or menu)**

and computer code for causing, in response to the receiving the second input,**(see Benson column 4 lines 10-44, lines 45 -57)** navigation to a destination specified by the selected one of the second set of hyperlink representations. **(Benson discloses FIG. 1, dialog box 40 preferably allows the creator to assign functions, behaviors, or web links, such as those illustrated links 41, 42, 43, to each of menu items 13 and 14 or sub-menu items 22 and 23; see column 4 lines 50-57, see Fig. 4)**

Benson does not explicitly disclose hyper-links which are pre-downloaded; or without requiring an additional access to a server;

However Kavner does teach hyper-links which are pre-downloaded;**(Kavner discloses Accordingly, in the Internet example the intelligent fetch aspect of the invention permits the user to utilize a particular web page, while, in the background, the present invention pre-fetches all the associated hypertext links that are present on that page that can be downloaded before the user selects a link; see column 17 lines 3-30)** or without requiring an additional access to a server; **(see Kavner column 17 lines 3-30, explains use of cache for links)**

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Benson's Graphical insertion of Javascript pop-up menus to include Kavner's system and

Application/Control Number: 12/334,093                                    Page 10

Art Unit: 2478

method for accelerating network interaction.  One of ordinary skill in the art at the time of the

invention would have been motivated to make this modification in order to accelerate the use of

web browsing dealing with downloading data from network servers (see Kavner column 3 lines

10-15)

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Gerald Smarth whose telephone number is (571) 270-1923.  The

examiner can normally be reached on Monday-Friday 8:30AM-5:00PM(EST).If attempts to

reach the examiner by telephone are unsuccessful, the examiner's supervisor, Derrick Ferris can

be reached on (571) 272-3123.  The fax phone number for the organization where this

application or proceeding is assigned is 571-273-8300.Information regarding the status of an

application may be obtained from the Patent Application Information Retrieval (PAIR) system.

Status information for published applications may be obtained from either Private PAIR or

Public PAIR.  Status information for unpublished applications is available through Private PAIR

only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you

have questions on access to the Private PAIR system, contact the Electronic Business Center

(EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service

Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/GERALD SMARTH/

Application/Control Number: 12/334,093                                        Page 11
Art Unit: 2478

Examiner, Art Unit 2478

# Exhibit 24

REMARKS

The Examiner has rejected Claim 11 on the grounds of non-statutory obviousness-type double patenting as being unpatentable over Claim 29 of U.S. Patent No. 7,529,795 and Claim 201 of U.S. Publication No. 12/334,068.  Applicant asserts that such rejection is overcome in view of the filing of the terminal disclaimer submitted herewith.

Claim 11 stands rejected under 35 U.S.C. 103(a) ("Section 103") as allegedly unpatentable over Benson (U.S. Patent No. 7,913,185)("Benson"), in view of Kavner (U.S. Patent No. 6,366,947)("Kavner").  Applicant respectfully disagrees.

With respect to independent Claim 11, the Examiner has relied on Benson, Col. 4, lines 10-57 as allegedly showing Applicant's claimed "the second set of representations of the second set of hyperlinks are displayed in a same window as at least one of the first set of representations of the first set of hyperlinks" (as amended – emphasis added)."

Applicant respectfully asserts that the Benson excerpts relied upon by the Examiner disclose that "FIG. 2 shows pointer 100 rolling over menu item 14" and that "[t]his action causes sub pop-up menu 21 to appear, thus, providing two sub-menu items 22 and 23" and that "[t]he user may then preferably position pointer 100 over either of desired sub-menu item 22 or 23, select the desired item, which will then execute the behavior or functionality associated with the selected item."  Benson, Col. 4, lines 10-19 (emphasis added).

However, merely disclosing that "pointer 100 rolling over menu item 14… causes sub pop-up menu 21 to appear," as in Benson, simply fails to teach applicant's claimed "the second set of representations of the second set of hyperlinks are displayed in a same window as at least one of the first set of representations of the first set of hyperlinks" (as amended – emphasis added).  Clearly, "caus[ing] sub pop-up menu 21 to appear," as in Benson, fails to teach or suggest applicant's claimed "the second set of representations of the second set of hyperlinks are displayed in a same window as at least one of the first set

of representations of the first set of hyperlinks" (as amended – emphasis added), in the context of the entire claim.

To establish a prima facie case of obviousness, three basic criteria must be met. First, there must be some suggestion or motivation, either in the references themselves or in the knowledge generally available to one of ordinary skill in the art, to modify the reference or to combine reference teachings. Second, there must be a reasonable expectation of success. Finally, the prior art reference (or references when combined) must teach or suggest all the claim limitations. The teaching or suggestion to make the claimed combination and the reasonable expectation of success must both be found in the prior art and not based on applicant's disclosure. *In re Vaeck*, 947 F.2d 488, 20 USPQ2d 1438 (Fed.Cir.1991).

Applicant respectfully asserts that at least the third element of the prima facie case of obviousness has not been met, since the excerpts from the prior art references, as relied upon by the Examiner, fail to teach or suggest all of the claim limitations, as noted above.

Applicant believes that all of the pending issues have been addressed. However, the absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment. In addition, because the arguments made above may not be exhaustive, there may be reasons for patentability of any or all pending claims (or other claims) that have not been expressed. Still yet, nothing in this reply should be construed as intention to concede any issue with regard to any claim, except as specifically stated in this reply. Finally, it should be noted that no claims are intended to be construed under 35 U.S.C. 112, paragraph 6.

Applicant believes no fees are due. However, in the event that any fees are due, the Director is hereby authorized to charge any required fees due (other than issue fees), and to credit any overpayment made, in connection with the filing of this paper to Deposit Account No. 50-4964 (Order No. SVIPGP090E).

Should the Examiner deem that any further amendment is desirable to place this application in condition for allowance, applicant invites the Examiner to telephone the undersigned attorney at the number listed below.

Respectfully submitted,

Dated: <u>17 Jan 2013</u>
The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Telephone: (214) 734-2313
pcaldwell@thecaldwellfirm.com

_____
Patrick E. Caldwell, Esq.
Reg. No. 44,580

# Exhibit 25

| | | | | |
|---|---|---|---|---|
| **Notice of References Cited** | Application/Control No. 12/334,093 | Applicant(s)/Patent Under Reexamination ARAV, GAL | | |
| | Examiner GERALD SMARTH | Art Unit 2478 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,913,185 | 03-2011 | Benson et al. | 715/808 |
| * | B | US-6,366,947 | 04-2002 | Kavner, Eugene D. | 709/203 |
| * | C | US-2008/0103889 | 05-2008 | Solotko, Simon | 705/14 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

# Exhibit 26

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090E | Application No.: 12/334,093 |
|---|---|---|
| **Information Disclosure Statement By Applicant** (Use Several Sheets if Necessary) | Applicant: Gal Arav | |
| | Filing Date: 12/12/2008 | Group Art Unit: 2478 |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2010/0287368 | 11/11/2010 | Shuster et al. | 713 | 150 | 7/6/2010 |
| | B | 2012/0066340 | 3/15/2012 | Armstrong et al. | 709 | 217 | 7/25/2011 |
| | | | | | | | |
| | | | | | | | |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | C | Notice of All. 13/099,342 05/25/12 |
| | D | Notice of All. 13/099,345 06/01/12 |
| | | |
| | | |
| | | |

| Examiner | Date Considered |
|---|---|
| | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# Exhibit 27

| | | | |
|---|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>12/334,093 | Applicant(s)/Patent Under Reexamination<br>ARAV, GAL | |
| | Examiner<br>GERALD SMARTH | Art Unit<br>2478 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,895,644 | 02-2011 | Thakur et al. | 726/5 |
| * | B | US-2010/0094878 | 04-2010 | Soroca et al. | 707/748 |
| * | C | US-2008/0052372 | 02-2008 | Weber et al. | 709/217 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                         **Notice of References Cited**                         Part of Paper No. 20130417

# Exhibit 28

US008682961B2

## (12) United States Patent

### Arav

(10) Patent No.: **US 8,682,961 B2**

(45) Date of Patent: **\*Mar. 25, 2014**

(54) **HYPERLINK WITH GRAPHICAL CUE**

(75) Inventor: **Gal Arav**, Bedford, MA (US)

(73) Assignee: **Boadin Technology, LLC**, Newark (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 753 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/334,068**

(22) Filed: **Dec. 12, 2008**

(65) **Prior Publication Data**

US 2009/0193349 A1 Jul. 30, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/384,957, filed on Mar. 20, 2006, now Pat. No. 7,529,795.

(60) Provisional application No. 60/784,140, filed on Mar. 20, 2006, provisional application No. 60/784,141, filed on Mar. 20, 2006.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 15/173* (2006.01)

(52) **U.S. Cl.**
USPC .......................................... **709/203**; 709/226

(58) **Field of Classification Search**
USPC .......................................................... 709/204
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,754,176 A | 5/1998 | Crawford | |
| 5,854,630 A | 12/1998 | Nielson | |
| 6,065,051 A | 5/2000 | Steele et al. .................. 709/219 |
| 6,182,133 B1 * | 1/2001 | Horvitz ......................... 709/223 |
| 6,199,077 B1 | 3/2001 | Inala et al. ................... 707/501 |
| 6,199,157 B1 | 3/2001 | Dov et al. .......................... 713/1 |
| 6,208,339 B1 | 3/2001 | Atlas et al. ................... 715/780 |
| 6,216,141 B1 | 4/2001 | Straub et al. |
| 6,253,325 B1 | 6/2001 | Steele et al. .................. 713/201 |
| 6,282,548 B1 * | 8/2001 | Burner et al. ......................... 1/1 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 02/03243 A1 | 1/2002 | |
| WO | WO 02/061610 A1 | 8/2002 | |
| WO | WO 2004/029780 A2 | 8/2004 | |
| WO | WO 2007/109264 A3 | 9/2007 | .............. G06F 15/16 |

#### OTHER PUBLICATIONS

BoardCentral Website (Feb. 15, 2006).
StockHouse Website (Feb. 15, 2006).

(Continued)

*Primary Examiner* — Gerald Smarth
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

**100 Claims, 8 Drawing Sheets**



US 8,682,961 B2

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,314,458 | B1 | 11/2001 | Steele et al. | 709/219 |
| 6,336,133 | B1 | 1/2002 | Morris et al. | 709/204 |
| 6,393,468 | B1 | 5/2002 | McGee | 709/218 |
| 6,405,238 | B1 | 6/2002 | Votipka | |
| 6,421,651 | B1 | 7/2002 | Tedesco et al. | 705/8 |
| 6,430,537 | B1 | 8/2002 | Tedesco et al. | 705/8 |
| 6,456,303 | B1 | 9/2002 | Walden et al. | |
| 6,484,149 | B1 | 11/2002 | Jammes et al. | 705/26 |
| 6,498,835 | B1 | 12/2002 | Skladman et al. | |
| 6,515,681 | B1 | 2/2003 | Knight | 345/751 |
| 6,633,311 | B1 | 10/2003 | Douvikas et al. | 345/731 |
| 6,651,091 | B1 * | 11/2003 | McBrearty et al. | 709/219 |
| 6,661,877 | B1 | 12/2003 | Lee et al. | |
| 6,691,158 | B1 | 2/2004 | Douvikas et al. | 709/219 |
| 6,748,449 | B1 | 6/2004 | Dutta | |
| 6,850,972 | B1 * | 2/2005 | Itoh | 709/219 |
| 6,874,126 | B1 * | 3/2005 | Lapidous | 715/711 |
| 6,879,691 | B1 | 4/2005 | Koretz | 380/255 |
| 6,889,213 | B1 | 5/2005 | Douvikas et al. | 705/67 |
| 6,952,730 | B1 | 10/2005 | Najork et al. | 709/225 |
| 7,017,109 | B1 | 3/2006 | Douvikas et al. | 715/501.1 |
| 7,024,451 | B2 | 4/2006 | Jorgenson | 709/203 |
| 7,069,308 | B2 | 6/2006 | Abrams | 709/218 |
| 7,117,254 | B2 | 10/2006 | Lunt et al. | 709/218 |
| 7,188,080 | B1 | 3/2007 | Walker et al. | 705/26 |
| 7,188,153 | B2 | 3/2007 | Lunt et al. | 709/218 |
| 7,194,552 | B1 | 3/2007 | Schneider | 709/245 |
| 7,231,428 | B2 | 6/2007 | Teague | 709/206 |
| 7,233,997 | B1 | 6/2007 | Leveridge et al. | 709/229 |
| 7,340,419 | B2 | 3/2008 | Walker et al. | 705/27 |
| 7,373,338 | B2 | 5/2008 | Thompson et al. | 707/3 |
| 7,451,161 | B2 | 11/2008 | Zhu et al. | 707/104.1 |
| 7,478,078 | B2 | 1/2009 | Lunt et al. | 707/1 |
| 7,487,441 | B2 | 2/2009 | Szeto | 715/234 |
| 7,499,940 | B1 | 3/2009 | Gibbs | 707/102 |
| 7,526,440 | B2 | 4/2009 | Walker et al. | 705/26 |
| 7,590,687 | B2 | 9/2009 | Bales et al. | 709/203 |
| 7,606,687 | B2 | 10/2009 | Galbreath et al. | 703/3 |
| 7,606,865 | B2 | 10/2009 | Kumar et al. | 709/206 |
| 7,669,123 | B2 | 2/2010 | Zuckerberg et al. | 715/273 |
| 7,680,882 | B2 | 3/2010 | Tiu et al. | 709/203 |
| 7,685,036 | B1 | 3/2010 | Hsu et al. | 705/35 |
| 7,725,492 | B2 | 5/2010 | Sittig et al. | 707/784 |
| 7,752,251 | B1 * | 7/2010 | Shuster et al. | 709/200 |
| 7,765,568 | B1 * | 7/2010 | Gagnon et al. | 725/38 |
| 7,788,260 | B2 | 8/2010 | Lunt et al. | 707/727 |
| 7,797,256 | B2 | 9/2010 | Zuckerberg et al. | 705/319 |
| 7,809,805 | B2 | 10/2010 | Stremel et al. | 709/219 |
| 7,827,208 | B2 | 11/2010 | Bosworth et al. | 707/802 |
| 7,827,265 | B2 | 11/2010 | Cheever et al. | 709/223 |
| 7,835,950 | B2 | 11/2010 | Walker et al. | 705/27 |
| 7,890,501 | B2 | 2/2011 | Lunt et al. | 707/722 |
| 7,912,758 | B2 | 3/2011 | Walker et al. | 705/26 |
| 7,933,810 | B2 | 4/2011 | Morgenstern | 705/26.1 |
| 7,945,653 | B2 | 5/2011 | Zuckerberg et al. | 709/223 |
| 7,970,657 | B2 | 6/2011 | Morgenstern | 705/26.1 |
| 8,005,919 | B2 | 8/2011 | Mehanna et al. | 709/217 |
| 8,010,458 | B2 | 8/2011 | Galbreath et al. | 15/320 |
| 2001/0018698 | A1 | 8/2001 | Uchino et al. | 707/533 |
| 2002/0065671 | A1 | 5/2002 | Goerz, Jr. et al. | 705/1 |
| 2002/0130895 | A1 | 9/2002 | Brandt et al. | |
| 2002/0152238 | A1 | 10/2002 | Hayes | |
| 2003/0041147 | A1 | 2/2003 | van den Oord et al. | 709/227 |
| 2003/0061114 | A1 | 3/2003 | Schwartz et al. | 705/26 |
| 2003/0115306 | A1 | 6/2003 | Hagarty et al. | 709/223 |
| 2003/0172299 | A1 * | 9/2003 | Gunter | 713/201 |
| 2003/0188263 | A1 * | 10/2003 | Bates et al. | 715/513 |
| 2003/0196172 | A1 * | 10/2003 | Bates et al. | 715/513 |
| 2004/0098269 | A1 * | 5/2004 | Wise et al. | 705/1 |
| 2004/0143841 | A1 * | 7/2004 | Wang et al. | 725/32 |
| 2004/0172405 | A1 | 9/2004 | Farran | 707/100 |
| 2004/0225708 | A1 * | 11/2004 | Christodoulou et al. | 709/200 |
| 2004/0254881 | A1 | 12/2004 | Kumar et al. | 705/40 |
| 2005/0049939 | A1 | 3/2005 | Lai et al. | 705/27 |
| 2005/0076110 | A1 | 4/2005 | Mathew et al. | |
| 2005/0144573 | A1 * | 6/2005 | Moody et al. | 715/825 |
| 2005/0165793 | A1 * | 7/2005 | Mosterman | 707/100 |
| 2005/0267940 | A1 | 12/2005 | Galbreath et al. | 709/206 |
| 2005/0278443 | A1 | 12/2005 | Winner et al. | 709/224 |
| 2006/0015821 | A1 | 1/2006 | Parker et al. | |
| 2006/0021009 | A1 | 1/2006 | Lunt | 726/4 |
| 2006/0031404 | A1 * | 2/2006 | Kassab | 709/218 |
| 2006/0064342 | A1 | 3/2006 | Frengut et al. | 705/10 |
| 2006/0155809 | A1 | 7/2006 | Arav | 709/204 |
| 2006/0168233 | A1 * | 7/2006 | Alcorn et al. | 709/226 |
| 2006/0174340 | A1 | 8/2006 | Santos et al. | 726/21 |
| 2006/0206454 | A1 | 9/2006 | Forstall et al. | 707/3 |
| 2006/0239546 | A1 | 10/2006 | Tedesco et al. | 382/159 |
| 2006/0248160 | A1 | 11/2006 | Plummer | 709/217 |
| 2007/0022021 | A1 | 1/2007 | Walker et al. | 705/26 |
| 2007/0028185 | A1 * | 2/2007 | Bhogal et al. | 715/808 |
| 2007/0100779 | A1 | 5/2007 | Levy et al. | 705/500 |
| 2007/0112835 | A1 | 5/2007 | McMullen et al. | 707/102 |
| 2007/0113201 | A1 | 5/2007 | Bales et al. | 715/810 |
| 2007/0143704 | A1 | 6/2007 | Laird-McConnell | 715/781 |
| 2007/0192181 | A1 * | 8/2007 | Asdourian | 705/14 |
| 2007/0192299 | A1 | 8/2007 | Zuckerberg et al. | 707/3 |
| 2007/0198634 | A1 * | 8/2007 | Knowles et al. | 709/203 |
| 2008/0040474 | A1 | 2/2008 | Zuckerbert et al. | 709/224 |
| 2008/0040475 | A1 | 2/2008 | Bosworth et al. | 709/224 |
| 2008/0046976 | A1 | 2/2008 | Zuckerberg | 726/4 |
| 2008/0059607 | A1 | 3/2008 | Schneider | 709/218 |
| 2008/0065604 | A1 | 3/2008 | Tiu et al. | 707/3 |
| 2008/0065701 | A1 | 3/2008 | Lindstrom et al. | 707/201 |
| 2008/0189292 | A1 | 8/2008 | Stremel et al. | 707/10 |
| 2008/0189380 | A1 | 8/2008 | Bosworth et al. | 709/207 |
| 2008/0189395 | A1 | 8/2008 | Stremel et al. | 709/219 |
| 2008/0189768 | A1 | 8/2008 | Callahan et al. | 726/4 |
| 2008/0281816 | A1 | 11/2008 | Kim | 707/6 |
| 2008/0313714 | A1 | 12/2008 | Fetterman et al. | 726/4 |
| 2009/0013413 | A1 | 1/2009 | Vera et al. | 726/30 |
| 2009/0024548 | A1 | 1/2009 | Zhu et al. | 706/21 |
| 2009/0031301 | A1 | 1/2009 | D'Angelo et al. | 717/178 |
| 2009/0037277 | A1 | 2/2009 | Zuckerberg et al. | 705/14 |
| 2009/0048922 | A1 | 2/2009 | Morgenstern et al. | 705/14 |
| 2009/0049014 | A1 | 2/2009 | Steinberg | 707/3 |
| 2009/0049036 | A1 | 2/2009 | Juan et al. | 707/5 |
| 2009/0049070 | A1 | 2/2009 | Steinberg | 707/101 |
| 2009/0049127 | A1 | 2/2009 | Juan et al. | 709/204 |
| 2009/0049525 | A1 | 2/2009 | D'Angelo et al. | 726/4 |
| 2009/0070219 | A1 | 3/2009 | D'Angelo et al. | 705/14 |
| 2009/0070334 | A1 | 3/2009 | Callahan et al. | 707/9 |
| 2009/0070412 | A1 | 3/2009 | D'Angelo et al. | 709/203 |
| 2009/0119167 | A1 | 5/2009 | Kendall et al. | 705/14 |
| 2009/0144392 | A1 | 6/2009 | Wang et al. | 709/217 |
| 2009/0158143 | A1 | 6/2009 | Arav | 715/261 |
| 2009/0158169 | A1 | 6/2009 | Arav | 715/751 |
| 2009/0182589 | A1 | 7/2009 | Kendall et al. | 705/5 |
| 2009/0193333 | A1 | 7/2009 | Arav | 715/261 |
| 2009/0193349 | A1 | 7/2009 | Arav | 715/764 |
| 2009/0198487 | A1 | 8/2009 | Wong et al. | 704/4 |
| 2009/0199135 | A1 | 8/2009 | Arav | 715/841 |
| 2009/0228342 | A1 | 9/2009 | Walker et al. | 705/10 |
| 2009/0228780 | A1 | 9/2009 | McGeehan | 715/234 |
| 2009/0287786 | A1 | 11/2009 | Arav | 709/206 |
| 2010/0049534 | A1 | 2/2010 | Whitnah et al. | 705/1 |
| 2010/0049852 | A1 | 2/2010 | Whitnah et al. | 709/226 |
| 2010/0132049 | A1 | 5/2010 | Vernal et al. | 726/27 |
| 2010/0162375 | A1 | 6/2010 | Tiu, Jr. et al. | 726/7 |
| 2010/0164957 | A1 | 7/2010 | Lindsay et al. | 345/440 |
| 2010/0169327 | A1 | 7/2010 | Lindsay et al. | 707/750 |
| 2010/0180032 | A1 | 7/2010 | Lunt | 709/225 |
| 2010/0185580 | A1 | 7/2010 | Zhu et al. | 706/52 |
| 2010/0198581 | A1 | 8/2010 | Ellis | 704/4 |
| 2010/0211996 | A1 | 8/2010 | McGeehan et al. | 726/4 |
| 2010/0211997 | A1 | 8/2010 | McGeehan et al. | 726/4 |
| 2010/0217645 | A1 | 8/2010 | Jin et al. | 705/9 |
| 2010/0229223 | A1 | 9/2010 | Shepard et al. | 726/5 |
| 2010/0257023 | A1 | 10/2010 | Kendall et al. | 705/10 |
| 2010/0257232 | A1 * | 10/2010 | Joffray et al. | 709/203 |
| 2010/0257459 | A1 | 10/2010 | Galbreath et al. | 715/753 |
| 2010/0306043 | A1 | 12/2010 | Lindsay et al. | 705/14.41 |
| 2010/0318571 | A1 | 12/2010 | Pearlman et al. | 707/784 |
| 2011/0004692 | A1 | 1/2011 | Occhino et al. | 709/228 |

**US 8,682,961 B2**

Page 3

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0004831 A1 | 1/2011 | Steinberg et al. | 715/753 |
| 2011/0016169 A1 | 1/2011 | Cahill et al. | 709/203 |
| 2011/0016381 A1 | 1/2011 | Cahill et al. | 715/234 |
| 2011/0016382 A1 | 1/2011 | Cahill et al. | 715/234 |
| 2011/0018342 A1 | 1/2011 | Park et al. | 307/23 |
| 2011/0022657 A1 | 1/2011 | Zhu et al. | 709/204 |
| 2011/0023101 A1 | 1/2011 | Vernal et al. | 726/7 |
| 2011/0023129 A1 | 1/2011 | Vernal et al. | 726/28 |
| 2011/0044354 A1 | 2/2011 | Wei | 370/468 |
| 2011/0055314 A1 | 3/2011 | Rosenstein et al. | 709/203 |
| 2011/0055332 A1 | 3/2011 | Stein | 709/206 |
| 2011/0055683 A1 | 3/2011 | Jiang | 715/234 |
| 2011/0083101 A1 | 4/2011 | Sharon et al. | 715/800 |
| 2011/0087526 A1 | 4/2011 | Morgenstern et al. | 705/14.1 |
| 2011/0106630 A1 | 5/2011 | Hegeman et al. | 705/14.71 |
| 2011/0125599 A1 | 5/2011 | Morin et al. | 705/26.1 |
| 2011/0128699 A1 | 6/2011 | Heydari et al. | 361/679.48 |
| 2011/0137902 A1 | 6/2011 | Wable et al. | 707/737 |
| 2011/0137932 A1 | 6/2011 | Wable | 707/769 |
| 2011/0145287 A1 | 6/2011 | Jiang et al. | 707/780 |
| 2011/0145321 A1 | 6/2011 | Jiang | 709/203 |
| 2011/0153377 A1 | 6/2011 | Novikov et al. | 705/71.1 |
| 2011/0153412 A1 | 6/2011 | Novikov et al. | 705/14.42 |
| 2011/0153416 A1 | 6/2011 | Walker et al. | 705/14.49 |
| 2011/0153421 A1 | 6/2011 | Novikov et al. | 705/14.52 |
| 2011/0154223 A1 | 6/2011 | Whitnah et al. | 715/753 |
| 2011/0154842 A1 | 6/2011 | Heydari et al. | 62/259.2 |
| 2011/0156480 A1 | 6/2011 | Park | 307/23 |
| 2011/0161602 A1 | 6/2011 | Adams et al. | 711/148 |
| 2011/0161980 A1 | 6/2011 | English et al. | 718/105 |
| 2011/0161987 A1 | 6/2011 | Huang et al. | 719/318 |
| 2011/0179347 A1 | 7/2011 | Proctor et al. | 715/234 |
| 2011/0196855 A1 | 8/2011 | Wable et al. | 707/711 |

OTHER PUBLICATIONS

ClearStation Website (Feb. 15, 2006).
FreeRealTime Message Boards Website (Feb. 15, 2006).
MarketWatch Message Boards Website (Feb. 15, 2006).
The Motley Fool Discussion Boards Website (Feb. 15, 2006).
MSN Money Message Boards Website (Feb. 15, 2006).
Yahoo! Message Boards Website (Feb. 15, 2006).
StockSelector.com Message Boards Website (Feb. 15, 2006).
SmallCapCenter.com Message Boards Website (Feb. 15, 2006).
Silicon Investor Message Boards Website (Feb. 15, 2006).
RagingBull Website (Feb. 15, 2006).
WallStreetTape.com Website (Feb. 15, 2006).
InvestorVillage Website (Feb. 15, 2006).
Forex Trading Website (Feb. 15, 2006).
Elite Trader.com as viewed on Mar. 21, 2007.
AllStocks.com as viewed on Mar. 21, 2007.
InvestorsHub.com as viewed on Mar. 21, 2007.
TheLion.com as viewed on Mar. 21, 2007.
Finance.Google.com as viewed on Mar. 21, 2007.
ADVFN.com as viewed on Mar. 21, 2007.
EquityGroups.com as viewed on Mar. 21, 2007.
StockPickr.com as viewed on Mar. 21, 2007.
StockTickr.com as viewed on Mar. 21, 2007.
SocialPicks.com as viewed on Mar. 21, 2007.
FreedTheBull.com as viewed on Mar. 21, 2007.
Bullpoo.com as viewed on Mar. 21, 2007
Wallstrip.com as viewed on Mar. 21, 2007.
Monitor110.com as viewed on Mar. 21, 2007.
CollectiveIntellect.com as viewed on Mar. 21, 2007.
Office Action Summary from U.S. Appl. No. 11/384,957 mailed on May 13, 2008.
Notice of Allowance from U.S. Appl. No. 11/384,957 mailed on Feb. 25, 2009.
Moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/stock_quote (Mar. 15, 2010).
finance.yahoo.com (Mar. 15, 2010).
money.cnn.com/quote/lookup/index.html (Mar. 15, 2010).

Marketwatch.com (Mar. 15, 2010).
clearstation.etrade.com/cgi-bin/symbol_search (Mar. 15, 2010).
quote.com/std/search.action (Mar. 15, 2010).
quote.com/help/resources/toolbox.jsp (Mar. 15, 2010).
quote.com/search.action (Mar. 15, 2010).
online.wsj.com/home-page (Mar. 15, 2010)).
online.barrons.com/home-page (Mar. 15, 2010).
bigcharts.marketwatch.com/ (Mar. 15, 2010).
esignal.com/support/default.aspx (Mar. 15, 2010).
hoovers.com (Mar. 15, 2010).
bloomberg.com/apps/tkrlookup (Mar. 15, 2010).
2.barchart.com/lookup.asp (Mar. 15, 2010).
stockcharts.com/index.html (Mar. 15, 2010).
thestreet.com/quote/%5EDJI.html?pg-qcn& (Mar. 15, 2010).
earningswhispers.com/tickerlookup.asp (Mar. 15, 2010).
whispernumber.com/index.jsp (Mar. 15, 2010).
Google.com (Mar. 15, 2010).
quote.morningstar.com/tickerlookup.html (Mar. 15, 2010).
fool.com/ (Mar. 15, 2010).
siliconinvestor.advfn.com/ (Mar. 15, 2010).
investorshub.advfn.com/ (Mar. 15, 2010).
ragingbull.quote.com/cgi-bin/static.cgi/a=index.txt&d=mainpages (Mar. 15, 2010).
boardcentral.com/ (Mar. 15, 2010).
briefing.com/ (Mar. 15, 2010).
nytimes.com/ (Mar. 15, 2010).
washingtonpost.com/ (Mar. 15, 2010).
boston.com/ (Mar. 15, 2010).
ft.com/home/uk (Mar. 15, 2010).
news.bbc.co.uk (Mar. 15, 2010).
inc.com/ (Mar. 15, 2010).
Forbes.com (Mar. 15, 2010).
money.cnn.com/magazines/fortune/ (Mar. 15, 2010).
businessweek.com/ (Mar. 15, 2010).
us.etrade.com/e/t/home (Mar. 15, 2010).
tdameritrade.com/welcome4.html (Mar. 15, 2010).
schwab.com/public/schwab/home/welcomep.html (Mar. 15, 2010).
scottrade.com/ (Mar. 15, 2010).
sharebuilder.com/ (Mar. 15, 2010).
vanguard.com/ (Mar. 15, 2010).
seekingalpha.com/ (Mar. 15, 2010).
abcnews.go.com/business (Mar. 15, 2010).
investorvillage.com/home.asp (Mar. 15, 2010).
tickertech.com/cgi/?a=lookup (Mar. 15, 2010).
investors.com/symbol.asp (Mar. 15, 2010).
cboe.com/DelayedQuote/Symbol.aspx (Mar. 15, 2010).
personal.fidelity.com/research/stocks/content/stocksindex.shtml?bar=c (Mar. 15, 2010).
investing.quicken.com/public/symbolLookup.asp (Mar. 15, 2010).
globeinvestor.com/static/hubs/lookup.html (Mar. 15, 2010).
usatoday.com/money/2007-05-15-search-tips_N.htm (Mar. 15, 2010).
stockhouse.com/ (Mar. 15, 2010).
thelion.com/ (Mar. 15, 2010).
zacks.com/ (Mar. 15, 2010).
individual.troweprice.com/public/Retail/Products-&-Services/Brokerage (Mar. 15, 2010).
nyse.com/attachment/amex_landing.htm (Mar. 15, 2010).
nasdaq.com/ (Mar. 15, 2010).
nyse.com/ (Mar. 15, 2010).
londonstockexchange.com/home/homepage.htm (Mar. 15, 2010).
euronext.com/landing/indexMarket-18812-EN.html (Mar. 15, 2010).
tmx.com/ (Mar. 15, 2010).
asx.com.au/ (Mar. 15, 2010).
advfn.com/ (Mar. 15, 2010).
mldirect.ml.com/ (Mar. 15, 2010).
foxbusiness.com/index.html (Mar. 15, 2010).
economist.com/index.html (Mar. 15, 2010).
kiplinger.com/ (Mar. 15, 2010).
pennystock.com/ (Mar. 15, 2010).
wallstreetselect.com/ (Mar. 15, 2010).
sec.gov/edgar.shtml (Mar. 15, 2010).

**US 8,682,961 B2**

Page 4

(56)        **References Cited**

OTHER PUBLICATIONS

edgar-online.com/ (Mar. 15, 2010).
freeedgar.com/ (Mar. 15, 2010).
thedeal.com/ (Mar. 15, 2010).
investools.com/ (Mar. 15, 2010).
activetradermag.com/ (Mar. 15, 2010).
traders.com/ (Mar. 15, 2010).
renaissancecapital.com/RenCap/Default.aspx (Mar. 15, 2010).
ant.com/tags/finance/?page=1 (Mar. 15, 2010).
FeedTheBull.com as viewed on Mar. 21, 2007.
Forex Trading Website (Feb. 17, 2006).
InvestorVillage Website (Feb. 17, 2006).
StockHouse Bullboards Website (Feb. 15, 2006).
Notice of Allowance from U.S. Appl. No. 12/334,024 which was mailed on Mar. 22, 2011.
Notice of Allowance from U.S. Appl. No. 12/334,037 which was mailed on Oct. 1, 2010.
Notice of Allowance from U.S. Appl. No. 12/334,063 which was mailed on Sep. 20, 2010.
Office Action from U.S. Appl. No. 12/334,024 which was mailed on Aug. 5, 2010.
Office Action from U.S. Appl. No. 12/334,037 which was mailed on Mar. 9, 2010.
Office Action from U.S. Appl. No. 12/334,063 which was mailed on Mar. 9, 2010.
Office Action from U.S. Appl. No. 12/334,093 which was mailed on May 12, 2011.
Office Action from U.S. Appl. No. 12/334,093 which was mailed on Aug. 18, 2010.
Office Action from U.S. Appl. No. 12/435,296 which was mailed on Feb. 3, 2011.
Office Action from U.S. Appl. No. 12/435,296 which was mailed on Aug. 20, 2010.
Office Action from U.S. Appl. No. 13/099,342 which was mailed on Sep. 6, 2011.

Notice of Allowance for U.S. Appl. No. 12/334,024 dated Dec. 29, 2011.
Notice of Allowance for U.S. Appl. No. 12/334,024 dated Jan. 27, 2012.
Notice of Allowance for U.S. Appl. No. 12/435,296 dated Mar. 22, 2011.
Notice of Allowance for U.S. Appl. No. 12/435,296 dated Dec. 29, 2011.
Notice of Allowance for U.S. Appl. No. 12/435,296 dated Jan. 27, 2012.
Notice of Allowance for U.S. Appl. No. 12/435,296 dated Feb. 27, 2012.
Ex. Interview Summary for U.S. Appl. No. 13/099,342 dated Mar. 2, 2012.
Chein, Andrew A., "Concurrent Aggregates: Using Multiple-Access Data Abstractions to Manage Complexity in Concurrent Programs," ACM, 1990, pp. 31-36.
Nicholas C. Zakas, *Professional JavaScript for Web Development*, Wrox (2005), pp. 362-364.
Michael Glass, *Beginning PHP, Apache, MySQL Web Development*, Wiley Publishing (2004), p. 361.
James Keogh, *JavaScript Demystified*, McGraw-Hill Osborne Media (2005), pp. 294-305.
google.com screenshot captured by web.archive.org (Dec. 15, 2004).
Bitflux Blog Wiki screenshot captured by web.archive.org (Feb. 6, 2005).
Jon Udell, *The Browser Reloaded*, InfoWorld.com (Feb. 21, 2005).
J. Keith, *DOM Scripting*, Keith (2005), p. 303.
F. Schneider, *How to Do Everything with Google*, McGraw-Hill (2004), p. 51-52.
c/net home page captured by web.archive.org (Mar. 1, 2005), Figs 1-4.
Office Action Summary from U.S. Appl. No. 13/099,345 dated Dec. 22, 2011.
Sharma, Niraj, "Adding 'Google Suggest' functionality to an ASP. NET application," Dec. 1, 2005.
Narra, Gavi, "Google Suggest like Dictionary," Dec. 27, 2004.

* cited by examiner

USDC IN/ND case 1:25-cv-00273-HAB-SLC     document 1-2     filed 06/02/25     page 363 of 1037



*FIG. 1*



FIG. 2



FIG 3



**FIG. 4A**

**U.S. Patent**    Mar. 25, 2014    Sheet 5 of 8    US 8,682,961 B2



**FIG. 4B**



**FIG. 4C**



FIG. 5A



FIG. 5B

US 8,682,961 B2

# HYPERLINK WITH GRAPHICAL CUE

## RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Pat. No. 7,529,795, which is incorporated herein by reference and which, in turn, incorporates by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, both of which are incorporated herein by reference.

## BACKGROUND

1. Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

2. Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

FIGS. 4A-4C are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. 5A-5B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

## DETAILED DESCRIPTION

Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one

US 8,682,961 B2

3

source web page. The web page **300**, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page **300**, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. **1**, multiple external message boards **102**a-m are illustrated. For ease of illustration and explanation, each of the message boards **102**a-m is illustrated simply as a set of messages. More specifically, message board **102**a includes a set of messages **104**a, including messages **106**a-n; message board **102**b includes a set of messages **104**b, including messages **108**a-n; and message board **102**m includes a set of messages **104**m, including messages **110**a-n. In practice, the message boards **102**a-m may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards **102**a, **102**b, and **102**m are shown in FIG. **1** for purposes of example, the system **100** may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards **102**a-m is shown in FIG. **1** as including the same number of messages n, the number of messages may vary among the message boards **102**a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards **102**a-m is illustrated in FIG. **1** as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system **100** also includes a message board aggregation server **112** and a corresponding message board **114** (which includes set **116** of messages **118**a-n). The message board **114** is managed by the aggregation server **112** or by the same entity that manages the aggregation server. Therefore, the message board **114** will be referred to herein as an "internal" message board, while the message boards **102**a-m will be referred to herein as "external" message boards in relation to the aggregation server **112**. As will be described in more detail below, the aggregation server **112** aggregates messages from two or more of the message boards **102**a-m and **114**, and displays content from the aggregated messages in the web page **300**.

Referring again to FIG. **2**, the system **100** of FIG. **1** may perform the method **200** to aggregate content from the message boards **102**a-m and **114** to display aggregated message content in the window **300**. A user **142** uses a web browser **140** to browse over the Internet **138** to a web site served by the aggregation server **112**. The web page **300** is an example of a web page that may be part of such a web site. Upon visiting the web site, the user **142** selects one or more source message boards from which to view message content and summaries (step **202**). The user **142** may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards **102**a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list **316**. Note, however, that the user **142** may select more than one source message board.

4

In the particular example illustrated in FIG. **3**, the web page **300** combines content extracted from the single external message board indicated by the selection in the drop-down list **316** with content extracted from the internal message board **114** associated with the aggregation server **112**. Furthermore, in the example illustrated in FIG. **3**, the user **142** may use drop-down list **318** to select the number of message summaries to be displayed in message table **302**.

The user **142** selects other input parameters (such as the number of messages to be retrieved) (step **203**). As described in more detail below, the aggregation server **112** may store the other input parameters in a set of other preferences **126**.

The user **142** selects a particular message board topic to view (step **204**). The user **142** may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field **312** and clicking button **314**. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. **3**, the web page **300** also includes a directory (forum) **334** user interface control which may, for example, take the form of a drop-down list. For example, the directory control **334** may allow the user to select either a "stock" forum or a "sports" forum. If the user **142** selects the "stock" forum, then the web page **300** may enable selection of stock symbols in text field **312**, while if the user **142** selects the "sports" forum, then the web page **300** may enable selection of sports symbols in text field **312**. More generally, the user's selection in the directory control **334** dictates which group of symbols is available for selection in the text input field **312**. The use of the directory control **334** is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser **140** over the Internet **138** to the message board aggregation server **112**. In response to receiving the user's selection, the aggregation server **112** retrieves information derived from messages in the selected source message board(s) having the selected topic (step **206**). In the embodiment illustrated in FIG. **3**, the aggregation server **112** also retrieves message content from the internal message board **114**. This is not, however, a requirement of the present invention. The internal message board **114** may, for example, be selectable or de-selectable as a source by the user **142** in the same manner as the external message boards **102**a-m.

Note further that any subset of the external message boards **102**a-m may be selectable as a source by the user **142**. Such a subset may, for example, consist of all of the external message boards **102**a-m, any one of the message boards **102**a-m, or any combination of fewer than all of the message boards **102**a-m.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user **142**. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select one or more fields to be displayed in the message table **302** (step **208**). For example, in the embodiment illustrated in FIG. **3**, the message table includes a column **322**a labeled "Message Titles," which always displays the titles of the messages summarized

US 8,682,961 B2

5

in the table **302**. The table **302** also includes, however, a second column **322***b* having content that may-be varied by the user **142**. More specifically, the user **142** may select link **320***a* to cause the column **322***b* to display the authors of the messages being summarized in the table **302** (as illustrated in FIG. **3**). Similarly, the user **142** may select link **320***b* to cause the column **322***b* to display the times at which the messages being summarized in the table **302** were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. **3** is merely an example and does not constitute a limitation of the present invention. Rather, the user **142** may be allowed to select any combination of message fields for display in the table **302**. Other examples of two fields from which the user **142** may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table **302** may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select an order in which message summaries are to be sorted in the message table **302** (step **210**). For example, in the embodiment illustrated in FIG. **3**, the user **142** may select the heading of column **322***a* to cause the contents of the table **302** to be sorted by message title, or select the heading of column **322***b* to cause the contents of the table **302** to be sorted by the contents of column **322***b* (e.g., message author or posting time). Alternatively, for example, the contents of the table **302** may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server **112** keeps track of: (1) the source message board(s) selected by the user **142** in source selections **1-20**; (2) the topic (e.g., company) selected by the user **142** in topic selection **121**; (3) the field(s) selected by the user **142** in field selections **122**; (4) the sort order **124** selected by the user **142** in sort order **124**; and (5) any other preferences **126** specified by the user **142**.

The aggregation server **112** includes an aggregation engine **128**, which generates message content units **132** based on the information extracted in step **206** and the user preferences described above (step **212**). For example, the message content units **132** may include a content unit for each message that matches the topic selection **121** (e.g., company) in any of the source message board(s) indicated by the source selection(s) **120**. Each of the message content units **132** may include information only for the fields specified by the field selections **122**, but this is not required. The message content units **132** may, for example, include extracted information for fields other than those specified by the field selections. The message content units **132** may include all of the information that was extracted in step **206**.

As will be described in more detail below, the information in the message content units **132** forms the basis for the information displayed in the message table **302** on the web page **300** (FIG. **3**). In the embodiment illustrated in FIG. **3**, the frame **308** displays a web page **308** corresponding to one of the message summaries displayed in the message table **302**. When the web page **300** is first displayed, the message content corresponding to the first message summary in the table **302** may be displayed by default in the frame **308**. Thereafter, the user **142** may select any of the message summaries in the table **302**, such as by clicking on the title of the message in column **322***a*, to cause message content for a different message to be displayed-in the frame **308**.

6

The aggregation engine **128**, therefore, provides message content **130** corresponding to the currently-selected message summary in the message table **302** (step **214**). The aggregation engine **128** may, for example, provide the content **130** in the form of HTML and/or other web content by copying the content **130** from its source message board (e.g., one of the external message boards **102***a-m* or the internal message board **114**). The content **130** may either be copied to a storage medium local to the aggregation server **112**, or merely passed as a reference to the client web browser **140**, which may retrieve the message content **130** directly from its source and display it in the frame **308**, without using the aggregation server **112** to serve the content **130** to the user **142**.

The aggregation server **112** includes a web page generator **134**, which produces an aggregated web page **136** (including HTML and/or other web content) that includes both the message content units **132** and the message content **130** (or a link to the message content **130**) (step **216**). The aggregated web page **136** may, for example, include a first frame for displaying a table including information from the message content units **132**, and a second frame for displaying the message content **130**.

The aggregation server **112** transmits the aggregated web page **136** to the web browser **140** over the Internet (step **218**). The web browser **140** displays a window (such as the window **300** shown in FIG. **3**) including: (1) web content (such as the web page **306**) representing a first message posted to a first online forum, such as the external message board **102***a*; and (2) a plurality of message summaries (such as are displayed in the table **302**) including information derived from the first message (such as the message summary **324** of the message **304**) and second information derived from a second message in the plurality of messages (such as the message summary **326** of another message not displayed in the window **300**). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units **132** that are downloaded by the web browser **140** to the local machine of the user **142** may include more information than is displayed in the table **302**. The table **302** may, for example, be designed to display only the information that is considered most important to the user **142**, such as the title, author, and/or timestamp of the aggregated messages. The user **142** may, however, read a particular one of the message summaries in the table **302** and desire to obtain additional information about the corresponding message. Although the user **142** could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame **308**, this requires the web browser **140** to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page **300** allows the user **142** to quickly obtain additional summary information about any message listed in the table **302** by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. **3**, the user **142** has hovered the mouse cursor over message summary **324**, thereby causing the web page **300** to display a tooltip **328** containing additional summary information about the source message **304**. In the example illustrated in FIG. **3**, the tooltip **328** includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser **140** in the process of downloading the message content units **132** from the aggregation server

US 8,682,961 B2

7

112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be

8

posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3. For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users. The web page 300, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the

US 8,682,961 B2

9

functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server **112** extracts certain information from source message boards to produce the message content units **132**. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user **142** may be allowed to sort the aggregated message summaries displayed in the message table **302** by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table **302** may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table **302** may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser **140** is not limited to any particular web browser application. The web browser **140** may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network **138** in FIG. **1** is labeled as the "Internet," the web browser **140** and aggregation server **112** may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to

10

perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. **4A**, an illustration is shown of a graphical user interface text input control **400** for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control **400** includes a text input field **402** into which the user may type text.

In the particular embodiment illustrated in FIG. **4A**, the text input field **402** is used for entering either the name of a company or the stock ticker symbol of the company. The text input field **402** may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Pat. No. 7,529,795. The text input field **402**, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field **402** is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field **402** may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

US 8,682,961 B2

11

In the particular example illustrated in FIG. **4**A, the user has begun to type the text "aap". As the user types, the program that provides the text input field **402** may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. **4**A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. **4**A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text **408***a-c* of the three matching tuples in the list **406***a*. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field **402** or as the user deletes previously-typed characters in the text input field **402**.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. **4**A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings **408***a*, **408***b*, and **408***c*. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings **408***a-c* corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. **4**A, the text **404***a* typed by the user in the text input field **402** only matches stock ticker symbols in the set of stored tuples. Referring to FIG. **4**B, an example is illustrated in which the text **404***b* ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list **406***b* displayed in FIG. **4**B, therefore, includes text **410***a-j* corresponding to tuples having company names that match the typed text **404***b*. Although the list **406***b* is sorted by stock ticker symbol, the list **406***b* may be organized in any manner. For example, the list **406***b* may be sorted by company name. Note that the list **406***b* displayed in FIG. **4**B may be generated dynamically while the user types the text **404***b* in the same manner as described above with respect to the list **406***a* of FIG. **4**A, namely by attempting to match the text **404***b* against both stock ticker symbols and company names.

Referring to FIG. **4**C, an example is illustrated in which the text **404***c* ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list **406***c* displayed in FIG. **4**C, therefore, includes both text **412***a-c* corresponding to tuples having ticker symbols that match the typed text **404***c* and text **412***d-j* having company names that match the typed text **404***c*. Although the list **406***c* includes two sections—one for matching ticker symbols and one for matching company names—the list may be organized

12

in any manner. For example, the list **406***c* may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists **406***a-c* illustrated in FIGS. **4**A-**4**C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field **402**. For example, if the user clicks on an item in the list, the program may fill in the text field **402** with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field **402** with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/stock quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www.quote.com/qc/lookup/symbol search.aspx, http://www.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.marketwatch.com/symbollookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/defaultasp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksindex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.

US 8,682,961 B2

13

com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www-.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in n-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of n-tuples, in which n=2. The techniques disclosed herein may be applied more generally, to n-tuples where n>1. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an n-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the n-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the n-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the n-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an n-tuple. For example, if n=3, matching may be performed against two rather than three of the text strings in the n-tuple.

Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all

14

text in matching n-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an n-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as n-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In

US 8,682,961 B2

15

response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. **5A**, a web page **500** is shown according to one embodiment of the present invention. The web page **500** includes a first frame **502***a* displaying a first set of textual hyperlink representations **504***a*, and a second frame **502***b* displaying the contents of another web page.

In the embodiment illustrated in FIG. **5A**, the first set of hyperlink representations **504***a* includes hypertext **506***a-h*. In this example, the hypertext **506***a-h* includes text representing categories of news web sites. For example, hypertext **506***a* ("World News") represents the category of world news web sites, hypertext **506***b* ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext **506***a-h* shown in FIG. **5A** is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations **504***a* enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext **506***a-h*. The user may, for example, select a particular link either by clicking on one of the hypertext links **506***a-h* or by hovering a mouse cursor over one of the hypertext links **506***a-h*.

In response to receiving a selection of one of the hypertext links **506***a-h* from the user, the web page **500** displays a second set of hyperlink representations **504***b*. In the particular example illustrated in FIG. **5A**, the user has clicked on or hovered the mouse cursor over hypertext **506***h* ("Stock Research"). In response, the web page **500** has displayed the second set of hyperlink representations **504***b*, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations **508***a*-1 represents a hyperlink to a stock research web site.

More specifically, in the embodiment illustrated in FIG. **5A**, each of the hyperlink representations **508***a*-1 is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation **508***a* is the logo of www.bigcharts.com, and the hyperlink representation **508***a* acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations **508***a*-1, the web browser displays the destination of the selected hyperlink in the frame **502***b*. For example, if the user selects hyperlink representation **508***a* (i.e., the logo of www.big-charts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame **502***b*.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks **506***a-h*. For example, as shown in FIG. **5B**, when the user selects hyperlink **506***d* ("UK News"), the web page **500** displays a set **504***c* of hyperlink representations **510***a-j* depicting logos of UK news web sites. If hovering is enabled to activate the first set **504***a* of links **506***a-j*, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set **504***a* of links **506***a-h*. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may

16

be pre-downloaded with the web page **500**, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Pat. No. 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks **504***b* and **504***c*) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks **504***a* may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the

US 8,682,961 B2

17

invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

The invention claimed is:

1. A computer-implemented method comprising:

(A) displaying a first set of representations of a first set of hyperlinks that are each representative of a predetermined category of content in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page, where the second set of hyperlinks are each representative of a plurality of subcategories of content associated with the predetermined category and are displayed below a corresponding one of the first set of representations in a menu format;

(B) receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C) in response to receiving the first input, displaying the second set of representations of the second set of hyperlinks that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to at least one server;

(D) receiving second input from the user indicating a selection of one of the second set of hyperlink representations;

(E) in response to receiving the second input, causing display of destination content specified by the selected one of the second set of hyperlink representations;

(F) causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server;

(G) allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field;

(H) causing determination whether the characters match any of n text strings in one of a plurality of n-tuples including n>1 text strings; and

(I) causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

18

4. The method of claim 1, wherein (B) comprises receiving the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving the second input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving the second input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

11. A computer program product embodied on a non-transitory computer-readable medium, comprising:

computer code for causing display of a first set of representations of a first set of hyperlinks that are each representative of a predetermined category of content in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page, where the second set of hyperlinks are each representative of a plurality of subcategories of content associated with the predetermined category and are displayed below a corresponding one of the first set of representations in a menu format;

computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;

computer code for causing, in response to receiving the first input, display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to at least one server;

computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations;

computer code for causing, in response to receiving the second input, display of destination content specified by the selected one of the second set of hyperlink representations;

computer code for causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server;

computer code for allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field;

computer code for causing determination whether the characters match any of n text strings in one of a plurality of n-tuples including n>1 text strings; and

computer code for causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found.

US 8,682,961 B2

**19**

**12**. The computer program product of claim **11**, wherein the first set of representations is a set of textual representations.

**13**. The computer program product of claim **11**, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

**14**. The computer program product of claim **11**, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

**15**. The computer program product of claim **11**, wherein the second set of representations is a set of graphical representations.

**16**. The computer program product of claim **11**, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

**17**. The computer program product of claim **11**, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

**18**. The computer program product of claim **11**, wherein the computer code for causing, in response to receiving the first input, display of the second set of representations comprises computer code for causing display of the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

**19**. The computer program product of claim **11**, wherein the first set of representations is specified by the user before displaying the first set of representations.

**20**. The computer program product of claim **11**, wherein the second set of representations is specified by the user before displaying the second set of representations.

**21**. The computer program product of claim **11**, wherein the page is implemented utilizing AJAX technology.

**22**. The computer program product of claim **11**, wherein the second set of representations are displayed instantaneously.

**23**. The computer program product of claim **11**, wherein the second set of representations are displayed for allowing the user to scan through links before the-causing the display of the destination content.

**24**. The computer program product of claim **11**, wherein the second set of representations includes a set of logos.

**25**. The computer program product of claim **11**, wherein the computer program product is configured such that the first set of representations of the first set of hyperlinks is sorted into categories.

**26**. The computer program product of claim **11**, wherein the computer program product is configured such that the second set of representations of the second set of hyperlinks is sorted into sub-categories.

**27**. The computer program product of claim **11**, wherein the computer program product is configured such that the second set of representations of the second set of hyperlinks is presented in the form of a list of sub-categories.

**28**. The computer program product of claim **11**, wherein the computer program product is configured such that the first set of representations of the first set of hyperlinks is displayed

**20**

in a first portion of the page, and a content associated with the first set of hyperlinks is displayed in a second portion of the page.

**29**. The computer program product of claim **11**, wherein the computer program product is configured such that the first set of representations of the first set of hyperlinks is displayed in a first frame of the page, and a content associated with the first set of hyperlinks is displayed in a second frame of the page.

**30**. The computer program product of claim **11**, wherein the computer program product is configured such that the first set of representations of the first set of hyperlinks is displayed in a left frame of the page, and a content associated with the first set of hyperlinks is displayed in a right frame of the page.

**31**. The computer program product of claim **11**, wherein the computer program product is configured such that the second set of representations of the second set of hyperlinks is displayed in a first portion of the page, and a content associated with the second set of hyperlinks is displayed in a second portion of the page.

**32**. The computer program product of claim **11**, wherein the computer program product is configured such that the second set of representations of the second set of hyperlinks is displayed in a left frame of the page, and a content associated with the second set of hyperlinks is displayed in a right frame of the page.

**33**. The computer program product of claim **11**, wherein computer program product is configured such that the field is displayed on the page.

**34**. The computer program product of claim **11**, wherein the computer program product is configured such that each of the plurality of n-tuples includes first text representing a name and second text representing a location corresponding to the name.

**35**. The computer program product of claim **34**, wherein the computer program product is configured such that the plurality of n-tuples are sorted according to the name thereof independent of whether the received text matches the second text and not the first text.

**36**. The computer program product of claim **34**, wherein the computer program product is configured such that the first text precedes the second text.

**37**. The computer program product of claim **11**, further comprising computer code for causing display of a plurality of color-coded message summaries.

**38**. The computer program product of claim **11**, wherein the computer program product is configured such that the indication comprises displaying to the user the n text strings in the one of the plurality of n-tuples.

**39**. The computer program product of claim **11**, further comprising computer code for causing display of a plurality of word-coded message summaries.

**40**. The computer program product of claim **11**, further comprising computer code for causing display of a plurality of message summaries sorted by message title.

**41**. The computer program product of claim **11**, wherein the computer program product is configured such that the indication comprises displaying to the user the n text strings of the matching ones of the plurality of n-tuples.

**42**. The computer program product of claim **11**, further comprising first preloaded information displayed utilizing a tooltip of variable size that is determined by the user.

**43**. The computer program product of claim **11**, and further comprising computer code for allowing receipt of input from the user selecting one of the plurality of n-tuples; and using text from the selected one of the plurality of n-tuples to complete input of the text to a system.

US 8,682,961 B2

21

**44**. The computer program product of claim **43**, wherein the computer program product is configured such that the using comprises replacing the characters typed so far by the user with the text from the selected one of the n-tuples.

**45**. The computer program product of claim **43**, wherein the computer program product is configured such that the using comprises appending text from the selected one of the n-tuples to the characters typed so far by the user.

**46**. The computer program product of claim **11**, and further comprising computer code for causing display of a plurality of message summaries.

**47**. The computer program product of claim **46**, wherein the computer program product is configured such that the plurality of message summaries comprise first information derived from a first message of a plurality of first messages associated with a first online forum.

**48**. The computer program product of claim **47**, wherein the computer program product is configured such that the plurality of message summaries comprise second information derived from a second message of a plurality of second messages associated with a second online forum that is different from the first online forum.

**49**. The computer program product of claim **48**, wherein the computer program product is configured such that a content is displayed with the plurality of message summaries utilizing the page, and the first message and the second message are capable of being accessed utilizing the page.

**50**. The computer program product of claim **46**, wherein the computer program product is configured such that at least one field that is displayed with the message summaries is determined by a user selection.

**51**. The computer program product of claim **50**, wherein the computer program product is configured such that the at least one field includes at least one of a message title field, a message author field, and a message time submitted field.

**52**. The computer program product of claim **47**, wherein the computer program product is configured such that a content is displayed with the plurality of message summaries utilizing the page, and a new message is capable of being generated by the user utilizing the page.

**53**. The computer program product of claim **47**, wherein the computer program product is configured such that a content is displayed with the plurality of message summaries utilizing the page, and a new posting is capable of being generated by the user utilizing the page.

**54**. The computer program product of claim **47**, wherein the computer program product is configured such that a content is displayed with the plurality of message summaries utilizing the page, and a reply message is capable of being generated by the user utilizing the page.

**55**. The computer program product of claim **47**, wherein the computer program product is configured such that the first online forum includes at least one of a message board and a newsgroup.

**56**. The computer program product of claim **47**, wherein the computer program product is configured such that the user is allowed to control a number of the message summaries that are displayed.

**57**. The computer program product of claim **56**, wherein the computer program product is configured such that the user is allowed to control the number of the message summaries that are displayed via a drop-down list.

**58**. The computer program product of claim **56**, wherein the computer program product is configured such that the user is allowed to control the number of the message summaries that are displayed by selecting the number.

22

**59**. The computer program product of claim **47**, wherein the computer program product is configured such that the user is allowed to control the manner in which the message summaries are displayed utilizing a message time submitted field.

**60**. The computer program product of claim **47**, wherein the computer program product is configured such that the user is allowed to select any of the message summaries, such that selecting one of the message summaries causes message content for a different message to be displayed.

**61**. The computer program product of claim **48**, wherein the computer program product is configured such that the first message and the second message are capable of being accessed via a single browser window.

**62**. The computer program product of claim **47**, and further comprising computer code for causing preloading and initially hiding first additional information associated with the first message.

**63**. The computer program product of claim **62**, and further comprising computer code for causing display, in response to a first user interaction, the first additional information associated with the first message.

**64**. The computer program product of claim **63**, wherein the computer program product is configured such that the plurality of message summaries comprise second information derived from a second message of a plurality of second messages associated with a second online forum that is different from the first online forum.

**65**. The computer program product of claim **64**, and further comprising computer code for causing preloading and initially hiding second additional information associated with the second message.

**66**. The computer program product of claim **65**, and further comprising computer code for causing display, in response to a second user interaction, the second additional information associated with the second message.

**67**. The computer program product of claim **66**, wherein the computer program product is configured such that the first additional information and the second additional information each includes additional summary information.

**68**. The computer program product of claim **63**, wherein the computer program product is configured such that the first message includes the first additional information.

**69**. The computer program product of claim **63**, wherein the computer program product is configured such that the first additional information includes more information with respect to the first information.

**70**. The computer program product of claim **63**, wherein the computer program product is configured such that the first additional information includes a date and time.

**71**. The computer program product of claim **63**, wherein the computer program product is configured such that the first additional information includes a beginning of message text.

**72**. The computer program product of claim **63**, wherein the computer program product is configured such that the first additional information is displayed utilizing a tooltip.

**73**. The computer program product of claim **63**, wherein the computer program product is configured such that the first additional information is displayed utilizing a static object.

**74**. The computer program product of claim **63**, wherein the computer program product is configured such that the first additional information is displayed without accessing a server.

**75**. The computer program product of claim **63**, wherein the computer program product is configured such that the first additional information is displayed utilizing a graphical user interface element of variable size that is determined by the user.

US 8,682,961 B2

23

**76**. The computer program product of claim **63**, wherein the computer program product is configured such that the first user interaction includes hovering a cursor.

**77**. The computer program product of claim **63**, wherein the computer program product is configured such that the first user interaction includes clicking.

**78**. The computer program product of claim **63**, wherein the computer program product is configured such that the first user interaction includes interactions with one of the message summaries.

**79**. The computer program product of claim **64**, wherein the computer program product is configured such that the first online forum is associated with a first website, and the second online forum is associated with a second web site.

**80**. The computer program product of claim **66**, wherein the computer program product is configured such that the first additional information and the second additional information each includes a date and time.

**81**. The computer program product of claim **66**, wherein the computer program product is configured such that the first additional information and the second additional information each includes a beginning of message text.

**82**. The computer program product of claim **66**, wherein the computer program product is configured such that the first additional information and the second additional information are displayed utilizing a tooltip.

**83**. The computer program product of claim **66**, wherein the computer program product is configured such that the first additional information and the second additional information are displayed utilizing a static object.

**84**. The computer program product of claim **66**, wherein the computer program product is configured such that the first additional information and the second additional information are displayed without accessing a server.

**85**. The computer program product of claim **66**, wherein the computer program product is configured such that the first additional information and the second additional information are displayed utilizing a graphical user interface element of variable size that is determined by the user.

**86**. The computer program product of claim **66**, wherein the computer program product is configured such that the first user interaction and the second user interaction each includes hovering a cursor.

**87**. The computer program product of claim **66**, wherein the computer program product is configured such that the first user interaction and the second user interaction each includes clicking.

**88**. The computer program product of claim **66**, wherein the computer program product is configured such that the first user interaction and the second user interaction each includes interactions with one of the message summaries.

**89**. The computer program product of claim **48**, wherein the computer program product is configured such that the first message and the second message are interwoven.

**90**. The computer program product of claim **48**, wherein the computer program product is configured such that the first online forum is associated with an internal message board, and the second online forum is associated with an external message board.

**91**. The computer program product of claim **48**, wherein the computer program product is configured such that the first online forum and the second online forum are chosen by the user.

**92**. The computer program product of claim **48**, wherein the computer program product is configured such that the first online forum and the second online forum are chosen by the

24

user, by visiting a web site served by an aggregation server that executes the computer code.

**93**. The computer program product of claim **48**, wherein the computer program product is configured such that the user is allowed to enter a key term for controlling content of at least one of the first message and the second message.

**94**. The computer program product of claim **11**, wherein the computer program product is configured such that revenue is generated utilizing advertisements.

**95**. The computer program product of claim **11**, wherein the computer program product is configured such that a subset of text in at least one of the n text strings that matches characters typed so far by the user is visually emphasizing.

**96**. The computer program product of claim **11**, wherein the computer program product is configured such that the first set of representations include hyperlinks.

**97**. The computer program product of claim **11**, wherein the computer program product is configured such that the first set of representations link between different content.

**98**. The computer program product of claim **11**, wherein the computer program product is configured such that the first set of representations link between different files.

**99**. A system including a tangible computer readable medium, comprising:

means for causing display of a first set of representations of a first set of hyperlinks that are each representative of a predetermined category of content in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page, where the second set of hyperlinks are each representative of a plurality of subcategories of content associated with the predetermined category and are displayed below a corresponding one of the first set of representations in a menu format;

means for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;

means for causing, in response to receiving the first input, display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to at least one server;

means for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations;

means for causing, in response to receiving the second input, display of destination content specified by the selected one of the second set of hyperlink representations;

means for causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server;

means for allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field;

means for causing determination whether the characters match any of n text strings in one of a plurality of n-tuples including n>1 text strings; and

means for causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found.

**100**. A system including a tangible computer readable medium, comprising:

logic for causing display of a first set of representations of a first set of hyperlinks that are each representative of a

US 8,682,961 B2

25

predetermined category of content in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page, where the second set of hyperlinks are each representative of a plurality of subcategories of content associated with the predetermined category and are displayed below a corresponding one of the first set of representations in a menu format;

logic for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;

logic for causing, in response to receiving the first input, display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to at least one server;

logic for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations;

26

logic for causing, in response to receiving the second input, display of destination content specified by the selected one of the second set of hyperlink representations;

logic for causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server;

logic for allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field;

logic for causing determination whether the characters match any of n text strings in one of a plurality of n-tuples including n>1 text strings; and

logic for causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found.

* * * * *

# Exhibit 29

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: | ) |
| | ) Group Art Unit:  2447 |
| Gal Arav. | ) |
| | ) Examiner:  HWANG, JOON H |
| Application No. 12/334,068 | ) |
| | ) Atty. Docket No. |
| Filed:  12/12/2008 | )     SVIPGP090D |
| | ) |
| For:    HYPERLINK WITH GRAPHICAL | ) Date:  05/04/2010 |
|         CUE | ) |
| _____ | ) |

INFORMATION DISCLOSURE STATEMENT
UNDER 37 CFR §§1.56 AND 1.97(c)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The references listed in the attached PTO Form 1449, copies of which are attached, may be material to examination of the above-identified patent application.  Applicants submit the references in compliance with their duty of disclosure pursuant to 37 CFR §§ 1.56 and 1.97. Applicants respectfully request the Examiner to make the references of official record in this Application.  Applicants further disclose the fact that related patent US. Pat. No.: 7,529,795 was the subject of litigation that has been recently terminated.  Defendants in that litigation did not provide invalidity contentions.

This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this Application does not exist, or that the references indeed constitute prior art.

1

This Information Disclosure Statement is being filed after the mailing date of a non-final Office Action.  Accordingly, Applicants including payment in the amount of $180.00 for the fee due in connection with the filing of this Information Disclosure Statement.  However, if it is determined that any additional fees are due, the Commissioner is hereby authorized to charge such fees or credit any overpayment to Deposit Account 50-4964 (Order No. SVIPGP090D).

Respectfully submitted,
Aloft Media, LLC

/Patrick E. Caldwell/

Patrick E. Caldwell, Esq.
Registration No. 44,580

The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Tel: 972-243-4523

2

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2447 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2006/0174340 | 08/2006 | Santos, et al. | 726 | 021 | |
| | B | 2004/0172405 | 09/2004 | Farran, Howard E. | 707 | 100 | |
| | C | 2003/0115306 | 06/2003 | Hagarty, et al. | 709 | 223 | |
| | D | 6,336,133 | 01/2002 | Morris, et al. | 709 | 204 | |
| | E | 2006/0064342 | 03/2006 | Frengut, et al. | 705 | 010 | |
| | F | 2006/0015821 | 01/19/2006 | Parker, Jacques, et al | | | |
| | G | 2005/0076110 | 04/07/2005 | Mathew, et al | | | |
| | H | 6,748,449 | 06/8/2004 | Dutta | | | |
| | I | 6,661,877 | 12/09/2003 | Lee, et al. | | | |
| | J | 6,498,835 | 12/24/2002 | Skladman, et al. | | | |
| | K | 2002/0152238 | 10/17/2002 | Hayes | | | |
| | L | 6,456,303 | 09/24/2002 | Walden, et al | | | |
| | M | 2002/0130895 | 09/19/2002 | Brandt, et al. | | | |
| | N | 6,405,238 | 06/11/2002 | Votipka | | | |
| | O | 6,216,141 | 04/10/2001 | Straub, et al. | | | |
| | P | 5,854,630 | 12/29/1998 | Nielson | | | |
| | Q | 5,754,176 | 05/19/1998 | Crawford | | | |
| | R | 2009/0287786 | 11/09/2009 | Arav, Gal | 709 | 206 | |
| | S | 2009/0199135 | 08/06/2009 | Arav, Gal | 715 | 841 | |
| | T | 2009/0193349 | 07/30/2009 | Arav, Gal | 715 | 764 | |
| | U | 2009/0193333 | 07/30/2009 | Arav, Gal | 715 | 261 | |
| | V | 2009/0158169 | 06/18/2009 | Arav, Gal | 715 | 751 | |
| | W | 2009/0158143 | 06/18/2009 | Arav, Gal | 715 | 261 | |
| | X | 2006/0155809 | 07/13/2006 | Arav, Gal | 709 | 204 | |
| Examiner | | | | Date Considered | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Page **1** of **7**

| Form 1449 (Modified) | | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|---|
| **Information Disclosure Statement By Applicant** | | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | | Filing Date: 12/12/2008 | Group Art Unit: 2447 |

**Foreign Patent or Published Foreign Patent Application**

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | R | WO 2004/029780 A2 | 08/04/2004 | | | | | |
| | S | WO 02/061610 A1 | 08/08/2002 | | | | | |
| | T | WO 02/03243 A1 | 01/10/2002 | | | | | |
| Examiner | | | | Date Considered | | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2447 |

**Other Documents**

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | A | BoardCentral Website (2/15/06) |
| | B | StockHouse Website (2/15/06) |
| | C | ClearStation Website (2/15/06) |
| | D | FreeRealTime Message Boards Website (2/15/06) |
| | E | MarketWatch Message Boards Website (2/15/06) |
| | F | The Motley Fool Discussion Boards Website (2/15/06) |
| | G | MSN Money Message Boards Website (2/15/06) |
| | H | Yahoo! Message Boards Website (2/15/06) |
| | I | StockSelector.com Message Boards Website (2/15/06) |
| | J | StockHouse Website (2/15/06) |
| | K | SmallCapCenter.com Message Boards Website (2/15/06) |
| | L | Silicon Investor Message Boards Website (2/15/06) |
| | M | RagingBull Website (2/15/06) |
| | N | WallStreetTape.com Website (2/15/06) |
| | O | InvestorVillage Website (2/15/06) |
| | P | Forex Trading Website (2/15/06) |
| | Q | Elite Trader.com as viewed on 03-21-2007 |
| | R | AllStocks.com as viewed on 03-21-2007 |
| | S | InvestorsHub.com as viewed on 03-21-2007 |
| | T | TheLion.com as viewed on 03-21-2007 |
| | U | Finance.Google.com as viewed on 03-21-2007 |
| | V | ADVFN.com as viewed on 03-21-2007 |
| | W | EquityGroups.com as viewed on 03-21-2007 |
| | X | StockPickr.com as viewed on 03-21-2007 |
| | Y | StockTickr.com as viewed on 03-21-2007 |
| | Z | SocialPicks.com as viewed on 03-21-2007 |
| Examiner | | Date Considered |
| | | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Page **3** of **7**

| | | |
|---|---|---|
| **Form 1449 (Modified)** | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2447 |

**Other Documents**

| | | |
|---|---|---|
| | A | FreedTheBull.com as viewed on 03-21-2007 |
| | B | Bullpoo.com as viewed on 03-21-2007 |
| | | Wallstrip.com as viewed on 03-21-2007 |
| | C | Monitor110.com as viewed on 03-21-2007 |
| | D | CollectiveIntellect.com as viewed on 03-21-2007 |
| | E | Copy of Office Action Summary from US Application No. 11/384,957 mailed on 05/13/2008. |
| | F | Copy of Notice of Allowance from US Application No. 11/384,957 mailed on 02/25/2009. |
| | G | Moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/stock_quote (3/15/2010) |
| | H | finance.yahoo.com   (3/15/2010) |
| | I | money.cnn.com/quote/lookup/index.html  (3/15/2010) |
| | J | Marketwatch.com  (3/15/2010) |
| | K | clearstation.etrade.com/cgi-bin/symbol_search  (3/15/2010) |
| | L | quote.com/std/search.action  (3/15/2010) |
| | M | quote.com/help/resources/toolbox.jsp  (3/15/2010) |
| | N | quote.com/search.action  (3/15/2010) |
| | O | online.wsj.com/home-page  (3/15/2010)) |
| | P | online.barrons.com/home-page (3/15/2010) |
| | Q | bigcharts.marketwatch.com/ (3/15/2010) |
| | R | esignal.com/support/default.aspx (3/15/2010) |
| | S | hoovers.com (3/15/2010) |
| | T | bloomberg.com/apps/tkrlookup (3/15/2010) |
| | U | 2.barchart.com/lookup.asp (3/15/2010) |
| | V | stockcharts.com/index.html (3/15/2010) |
| | W | thestreet.com/quote/%5EDJI.html?pg-qcn& (3/15/2010) |
| | X | earningswhispers.com/tickerlookup.asp (3/15/2010) |
| | Y | whispernumber.com/index.jsp (3/15/2010) |
| Examiner | | Date Considered |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**Page 4 of 7**

| Form 1449 (Modified)  **Information Disclosure Statement By Applicant**  (Use Several Sheets if Necessary) | Atty. Docket No.  SVIPGP090D  Applicant:  Gal Arav  Filing Date:  12/12/2008 | Application No.:  12/334,068    Group Art Unit:  2447 |
|---|---|---|

**Other Documents**

| | | |
|---|---|---|
| | A | Google.com (3/15/2010) |
| | B | quote.morningstar.com/tickerlookup.html (3/15/2010) |
| | C | fool.com/ (3/15/2010) |
| | D | siliconinvestor.advfn.com/ (3/15/2010) |
| | E | investorshub.advfn.com/ (3/15/2010) |
| | F | ragingbull.quote.com/cgi-bin/static.cgi/a=index.txt&d=mainpages (3/15/2010) |
| | G | boardcentral.com/ (3/15/2010) |
| | H | briefing.com/ (3/15/2010) |
| | I | nytimes.com/ (3/15/2010) |
| | J | washingtonpost.com/ (3/15/2010) |
| | K | boston.com/ (3/15/2010) |
| | L | ft.com/home/uk (3/15/2010) |
| | M | news.bbc.co.uk/ (3/15/2010) |
| | N | inc.com/ (3/15/2010) |
| | O | Forbes.com (3/15/2010) |
| | P | money.cnn.com/magazines/fortune/ (3/15/2010) |
| | Q | businessweek.com/ (3/15/2010) |
| | R | us.etrade.com/e/t/home (3/15/2010) |
| | S | tdameritrade.com/welcome4.html (3/15/2010) |
| | T | schwab.com/public/schwab/home/welcomep.html (3/15/2010) |
| | U | scottrade.com/ (3/15/2010) |
| | V | sharebuilder.com/ (3/15/2010) |
| | W | vanguard.com/ (3/15/2010) |
| | X | seekingalpha.com/ (3/15/2010) |
| | Y | abcnews.go.com/business (3/15/2010) |
| | Z | investorvillage.com/home.asp (3/15/2010) |
| | AA | tickertech.com/cgi/?a=lookup (3/15/2010) |
| Examiner | | Date Considered |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2447 |

## Other Documents

| | | |
|---|---|---|
| | A | investors.com/symbol.asp (3/15/2010) |
| | B | cboe.com/DelayedQuote/Symbol.aspx (3/15/2010) |
| | C | personal.fidelity.com/research/stocks/content/stocksindex.shtml?bar=c (3/15/2010) |
| | D | investing.quicken.com/public/symbolLookup.asp (3/15/2010) |
| | E | globeinvestor.com/static/hubs/lookup.html (3/15/2010) |
| | F | usatoday.com/money/2007-05-15-search-tips_N.htm (3/15/2010) |
| | G | stockhouse.com/ (3/15/2010) |
| | H | thelion.com/ (3/15/2010) |
| | I | zacks.com/ (3/15/2010) |
| | J | individual.troweprice.com/public/Retail/Products-&-Services/Brokerage (3/15/2010) |
| | K | nyse.com/attachment/amex_landing.htm (3/15/2010) |
| | L | nasdaq.com/ (3/15/2010) |
| | M | nyse.com/ (3/15/2010) |
| | N | londonstockexchange.com/home/homepage.htm (3/15/2010) |
| | O | euronext.com/landing/indexMarket-18812-EN.html (3/15/2010) |
| | P | tmx.com/ (3/15/2010) |
| | Q | asx.com.au/ (3/15/2010) |
| | R | advfn.com/ (3/15/2010) |
| | S | mldirect.ml.com/ (3/15/2010) |
| | T | foxbusiness.com/index.html (3/15/2010) |
| | U | economist.com/index.html (3/15/2010) |
| | V | kiplinger.com/ (3/15/2010) |
| | W | pennystock.com/ (3/15/2010) |
| | X | wallstreetselect.com/ (3/15/2010) |
| | Y | sec.gov/edgar.shtml (3/15/2010) |
| | Z | edgar-online.com/ (3/15/2010) |
| | AA | freeedgar.com/ (3/15/2010) |

| Examiner | Date Considered |
|---|---|
| | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Page **6** of **7**

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** (Use Several Sheets if Necessary) | Applicant: Gal Arav | |
| | Filing Date: 12/12/2008 | Group Art Unit: 2447 |

**Other Documents**

| | | |
|---|---|---|
| | A | thedeal.com/ (3/15/2010) |
| | B | investools.com/ (3/15/2010) |
| | C | activetradermag.com/ (3/15/2010) |
| | D | traders.com/ (3/15/2010) |
| | E | renaissancecapital.com/RenCap/Default.aspx (3/15/2010) |
| | F | ant.com/tags/finance/?page=1 (3/15/2010) |
| Examiner | | Date Considered |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Page **7** of **7**

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7523 |
| Gal Arav | Examiner: Smarth, Gerald A. |
| Application No.: 12/334,068 | Art Unit: 2478 |
| Filed: 12/12/2008 | Atty. Docket No.: SVIPGP090D |
| For:  HYPERLINK WITH GRAPHICAL CUE | Date: 10/11/2011 |
| Customer No.: 92045 | INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.97 and §1.98 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The reference(s) listed in the attached PTO Form 1449, cop(ies) of which is attached (when necessary), may be material to examination of the above-identified patent application. Applicants submit the reference(s) in compliance with their duty of disclosure pursuant to 37 CFR §§ 1.56 and 1.97.  Applicant respectfully requests the Examiner to make the reference(s) of official record in this Application.

1

This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that the reference(s) indeed constitutes prior art.

This Information Disclosure Statement is believed to be filed within three months of the filing date of a national application other than a continued prosecution application, within three months of the date of entry of the national stage in an international application, before the mailing of a first Office action on the merits, or before the mailing of a first Office action after the filing of a request for continued examination. Accordingly, it is believed that no fees are due in connection with the filing of this Information Disclosure Statement. However, if it is determined that any fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 50-4964 (Order No. SVIPGP090D ).

Respectfully submitted,
/Patrick E. Caldwell/
Patrick E. Caldwell, Esq.
Registration No. 44,580

The Caldwell Firm, LLC
PO Box 59655 Reg. No. 44,580
Dallas, Texas 75229-0655

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** (Use Several Sheets if Necessary) | Applicant: Gal Arav Filing Date: 12/12/2008 | Group Art Unit: 2478 |

## U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 6,065,051 | 5/16/2000 | Steele et al. | 709 | 219 | 4/15/1998 |
| | B | 6,199,157 | 3/6/2001 | Dov et al. | 713 | 1 | 3/30/1998 |
| | C | 6,253,325 | 6/26/2001 | Steele et al. | 713 | 201 | 4/15/1998 |
| | D | 6,314,458 | 11/6/2001 | Steele et al | 709 | 219 | 3/31/2000 |
| | E | 6,393,468 | 5/21/2002 | McGee, Niall G. | 709 | 218 | 1/9/1998 |
| | F | 6,421,651 | 7/16/2002 | Tedesco et al. | 705 | 8 | 1/12/2000 |
| | G | 6,430,537 | 8/6/2002 | Tedesco et al. | 705 | 8 | 3/31/1998 |
| | H | 6,633,311 | 10/14/2003 | Douvikas et al. | 345 | 731 | 2/18/2000 |
| | I | 6,691,158 | 2/10/2004 | Douvikas et al. | 709 | 219 | 2/18/2000 |
| | J | 6,889,213 | 5/3/2005 | Douvikas et al. | 705 | 67 | 2/18/2000 |
| | K | 6,952,730 | 10/4/2005 | Najork et al. | 709 | 225 | 6/30/2000 |
| | L | 7,017,109 | 3/21/2006 | Douvikas et al. | 715 | 501.1 | 2/18/2000 |
| | M | 7,024,451 | 4/4/2006 | Jorgenson, Daniel Scott | 709 | 203 | 11/5/2001 |
| | N | 7,069,308 | 6/27/2006 | Abrams, Jonathan H. | 709 | 218 | 6/16/2003 |
| | O | 7,117,254 | 10/3/2006 | Lunt et al. | 709 | 218 | 6/17/2005 |
| | P | 7,188,080 | 3/6/2007 | Walker et al. | 705 | 26 | 6/29/2000 |
| | Q | 7,188,153 | 3/6/2007 | Lunt et al. | 709 | 218 | 8/25/2006 |
| | R | 7,231,428 | 6/12/2007 | Teague, Alan H. | 709 | 206 | 5/28/2003 |
| | S | 7,233,997 | 6/19/2007 | Leveridge et al. | 709 | 229 | 6/26/1998 |
| | T | 7,340,419 | 3/4/2008 | Walker et al. | 705 | 27 | 3/15/2002 |
| | U | 7,373,338 | 5/13/2008 | Thompson et al. | 707 | 3 | 2/24/2004 |
| | V | 7,451,161 | 11/11/2008 | ZHU et al. | 707 | 104.1 | 4/28/2005 |
| | W | 7,478,078 | 1/13/2009 | Lunt et al. | 707 | 1 | 6/14/2004 |
| | X | 7,526,440 | 4/28/2009 | Walker et al. | 705 | 26 | 6/9/2004 |
| | Y | 7,606,687 | 10/20/2009 | Galbreath et al. | 703 | 3 | 9/14/2004 |
| | Z | 7,669,123 | 2/23/2010 | Zuckerberg et al. | 715 | 273 | 8/11/2006 |
| | AA | 7,680,882 | 3/16/2010 | Tiu et al. | 709 | 203 | 3/6/2007 |
| | AB | 7,725,492 | 5/25/2010 | Sittig et al. | 707 | 784 | 12/26/2006 |

| Examiner | Date Considered |
|---|---|
| | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2478 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 7,788,260 | 8/31/2010 | Lunt et al. | 707 | 727 | 10/18/2004 |
| | B | 7,797,256 | 9/14/2010 | Zuckerberg et al. | 705 | 319 | 8/2/2006 |
| | C | 7,809,805 | 10/5/2010 | Stremel et al. | 709 | 219 | 2/28/2007 |
| | D | 7,827,208 | 11/2/2010 | Bosworth et al. | 707 | 802 | 8/11/2006 |
| | E | 7,827,265 | 11/2/2010 | Cheever et al. | 709 | 223 | 3/23/2007 |
| | F | 7,835,950 | 11/16/2010 | Walker et al. | 705 | 27 | 7/31/2006 |
| | G | 7,890,501 | 2/15/2011 | Lunt et al. | 707 | 722 | 3/30/2010 |
| | H | 7,912,758 | 3/22/2011 | Walker et al. | 705 | 26 | 11/9/2007 |
| | I | 7,933,810 | 4/26/2011 | Morgenstern, Jared | 705 | 26.1 | 9/5/2007 |
| | J | 7,945,653 | 5/17/2011 | Zuckerberg et al. | 709 | 223 | 10/11/2006 |
| | K | 7,970,657 | 6/28/2011 | Morgenstern, Jared | 705 | 26.1 | 4/27/2007 |
| | L | 8,010,458 | 11/2/1982 | Mealing et al. | 15 | 320 | 11/12/1980 |
| | M | 2005/0267940 | 12/1/2005 | Galbreath et al. | 709 | 206 | 5/26/2004 |
| | N | 2005/0278443 | 12/15/2005 | Winner et al. | 709 | 224 | 6/14/2004 |
| | O | 2006/0021009 | 1/26/2006 | Lunt, Christopher | 726 | 4 | 7/22/2004 |
| | P | 2006/0239546 | 10/26/2006 | Tedesco et al. | 382 | 159 | 6/29/2006 |
| | Q | 2007/0022021 | 1/25/2007 | Walker et al. | 705 | 26 | 9/26/2006 |
| | R | 2007/0192299 | 8/16/2007 | Zuckerberg et al. | 707 | 3 | 12/14/2006 |
| | S | 2008/0040474 | 2/14/2008 | Zuckerbert et al. | 709 | 224 | 8/11/2006 |
| | T | 2008/0040475 | 2/14/2008 | Bosworth et al. | 709 | 224 | 8/11/2006 |
| | U | 2008/0046976 | 2/21/2008 | Zuckerberg, Mark | 726 | 4 | 7/25/2006 |
| | V | 2008/0065604 | 3/13/1008 | Tiu et al. | 707 | 3 | 1/17/2007 |
| | W | 2008/0065701 | 3/13/2008 | Lindstrom et al. | 707 | 201 | 9/12/2006 |
| | X | 2008/0189292 | 8/7/2008 | Stremel et al. | 707 | 10 | 2/2/2007 |
| | Y | 2008/0189380 | 8/7/2008 | Bosworth et al. | 709 | 207 | 2/2/2007 |
| | Z | 2008/0189395 | 8/7/2008 | Stremel et al. | 709 | 219 | 2/2/2007 |
| | AA | 2008/0189768 | 8/7/2008 | Callahan et al. | 726 | 4 | 2/2/2007 |
| | AB | 2008/0313714 | 12/18/2008 | Fetterman et al. | 726 | 4 | 3/13/2008 |
| Examiner | | | | Date Considered | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified)<br><br>**Information Disclosure**<br>**Statement By Applicant**<br><br>(Use Several Sheets if Necessary) | Atty. Docket No.<br> SVIPGP090D | Application No.:<br>12/334,068 |
|---|---|---|
| | Applicant:<br> Gal Arav | |
| | Filing Date:<br>12/12/2008 | Group Art Unit:<br>2478 |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2009/0013413 | 1/8/2009 | Vera et al. | 726 | 30 | 5/27/2008 |
| | B | 2009/0024548 | 1/22/2009 | ZHU et al. | 706 | 21 | 9/30/2008 |
| | C | 2009/0031301 | 1/29/2009 | D'Angelo et al. | 717 | 178 | 5/23/2008 |
| | D | 2009/0037277 | 2/5/2009 | Zuckerberg et al. | 705 | 14 | 5/28/2008 |
| | E | 2009/0048922 | 2/19/2009 | Morgenstern et al. | 705 | 14 | 5/7/2008 |
| | F | 2009/0049014 | 2/19/2009 | Steinberg, Arich | 707 | 3 | 2/21/2008 |
| | G | 2009/0049036 | 2/19/2009 | Juan et al. | 707 | 5 | 8/16/2007 |
| | H | 2009/0049070 | 2/19/2009 | Steinberg, Arich | 707 | 101 | 8/15/2007 |
| | I | 2009/0049127 | 2/19/2009 | Juan et al. | 709 | 204 | 8/16/2007 |
| | J | 2009/0049525 | 2/19/2009 | D'Angelo et al. | 726 | 4 | 8/15/2007 |
| | K | 2009/0070219 | 3/12/2009 | D'Angelo et al. | 705 | 14 | 8/20/2008 |
| | L | 2009/0070334 | 3/12/2009 | Callahan et al. | 707 | 9 | 9/8/2008 |
| | M | 2009/0070412 | 3/12/2009 | D'Angelo et al. | 709 | 203 | 6/12/2008 |
| | N | 2009/0119167 | 5/7/2009 | Kendall et al. | 705 | 14 | 8/18/2008 |
| | O | 2009/0144392 | 6/4/2009 | Wang et al. | 709 | 217 | 10/27/2008 |
| | P | 2009/0182589 | 7/16/2009 | Kendall et al. | 705 | 5 | 8/18/2008 |
| | Q | 2009/0198487 | 8/6/2009 | Wong et al. | 704 | 4 | 12/5/2008 |
| | R | 2009/0228342 | 9/10/2009 | Walker et al. | 705 | 10 | 4/28/2009 |
| | S | 2009/0228780 | 9/10/2009 | McGeehan, Ryan | 715 | 234 | 9/10/2009 |
| | T | 2010/0049534 | 2/25/2010 | Whitnah et al. | 705 | 1 | 8/19/2008 |
| | U | 2010/0049852 | 2/25/2010 | Whitnah et al. | 709 | 226 | 10/16/2008 |
| | V | 2010/0132049 | 5/27/2010 | Vernal et al. | 726 | 27 | 11/26/2008 |
| | W | 2010/0162375 | 6/24/2010 | Tiu, Jr. et al. | 726 | 7 | 3/8/2010 |
| | X | 2010/0164957 | 7/1/2010 | Lindsay et al. | 345 | 440 | 12/31/2008 |
| | Y | 2010/0169327 | 7/1/2010 | Lindsay et al. | 707 | 750 | 12/31/2008 |
| | Z | 2010/0180032 | 7/15/2010 | Lunt, Christopher | 709 | 225 | 3/26/2010 |
| | AA | 2010/0185580 | 7/22/2010 | ZHU et al. | 706 | 52 | 3/26/2010 |
| | AB | 2010/0198581 | 8/5/2010 | Ellis, David | 704 | 4 | 1/30/2009 |
| Examiner | | | | Date Considered | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Page **3** of **7**

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2478 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2010/0211996 | 8/19/2010 | McGeehan et al. | 726 | 4 | 12/23/2009 |
| | B | 2010/0211997 | 8/19/2010 | McGeehan et al. | 726 | 4 | 12/23/2009 |
| | C | 2010/0217645 | 8/26/2010 | Jin et al. | 705 | 9 | 2/20/2009 |
| | D | 2010/0229223 | 9/9/2010 | Shepard et al. | 726 | 5 | 3/6/2009 |
| | E | 2010/0257023 | 10/7/2010 | Kendall et al. | 705 | 10 | 4/7/2009 |
| | F | 2010/0257459 | 10/7/2010 | Galbreath et al. | 715 | 753 | 3/26/2010 |
| | G | 2010/0306043 | 12/2/2010 | Lindsay et al. | 705 | 14.41 | 5/26/2009 |
| | H | 2010/0318571 | 12/16/2010 | Pearlman et al. | 707 | 784 | 6/16/2009 |
| | I | 2011/0004692 | 1/6/2010 | Occhino et al. | 709 | 228 | 7/1/2009 |
| | J | 2011/0004831 | 1/6/2011 | Steinberg et al. | 715 | 753 | 12/23/2009 |
| | K | 2011/0016169 | 1/20/2011 | Cahill et al. | 709 | 203 | 7/20/2009 |
| | L | 2011/0016381 | 1/20/2011 | Cahill et al. | 715 | 234 | 7/20/2009 |
| | M | 2011/0016382 | 1/20/2011 | Cahill et al. | 715 | 234 | 7/20/2009 |
| | N | 2011/0018342 | 1/27/2011 | Park et al. | 307 | 23 | 7/24/2009 |
| | O | 2011/0022657 | 1/27/2011 | ZHU et al. | 709 | 204 | 7/23/2009 |
| | P | 2011/0023101 | 1/27/2011 | Vernal et al. | 726 | 7 | 7/23/2009 |
| | Q | 2011/0023129 | 1/27/2011 | Vernal et al. | 726 | 28 | 7/23/2009 |
| | R | 2011/0044354 | 2/24/2011 | Wei, Xiaoliang | 370 | 468 | 8/18/2009 |
| | S | 2011/0055314 | 3/3/2011 | Rosenstein et al. | 709 | 203 | 9/2/2009 |
| | T | 2011/0055332 | 3/3/2011 | Stein, Christopher A. | 709 | 206 | 8/28/2009 |
| | U | 2011/0055683 | 3/3/2011 | Jiang, Changhao | 715 | 234 | 9/2/2009 |
| | V | 2011/0083101 | 4/7/2011 | Sharon et al | 715 | 800 | 10/6/2009 |
| | W | 2011/0087526 | 4/14/2011 | Morgenstern et al. | 705 | 14.1 | 4/2/2010 |
| | X | 2011/0106630 | 5/5/2011 | Hegeman et al. | 705 | 14.71 | 11/3/2009 |
| | Y | 2011/0125599 | 5/26/2011 | Morin et al. | 705 | 26.1 | 11/20/2009 |
| | Z | 2011/0128699 | 6/2/2011 | Heydari et al. | 361 | 679.48 | 11/30/2009 |
| | AA | 2011/0137902 | 6/9/2011 | Wable et al. | 707 | 737 | 6/15/2010 |
| | AB | 2011/0137932 | 6/9/2011 | Wable, Akhill | 707 | 769 | 6/15/2010 |
| Examiner | | | | Date Considered | | | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2478 |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2011/0145287 | 6/16/2011 | Jiang et al. | 707 | 780 | 12/15/2009 |
| | B | 2011/0145321 | 6/16/2011 | Jiang, Changhao | 709 | 203 | 12/15/2009 |
| | C | 2011/0153377 | 6/23/2011 | Novikov et al. | 705 | 71.1 | 12/23/2009 |
| | D | 2011/0153412 | 6/23/2011 | Novikov et al. | 705 | 14.42 | 12/23/2009 |
| | E | 2011/0153416 | 6/23/2011 | Walker et al. | 705 | 14.49 | 2/28/2011 |
| | F | 2011/0153421 | 6/23/2011 | Novikov et al. | 705 | 14.52 | 12/23/2009 |
| | G | 2011/0154223 | 6/23/2011 | Whitnah et al. | 715 | 753 | 12/23/2009 |
| | H | 2011/0154842 | 6/30/2011 | Heydari et al. | 62 | 259.2 | 12/31/2009 |
| | I | 2011/0156480 | 6/30/2011 | Park, Seung Hoon | 307 | 23 | 12/31/2009 |
| | J | 2011/0161602 | 6/30/2011 | Adams et al. | 711 | 148 | 12/31/2009 |
| | K | 2011/0161980 | 6/30/2011 | English et al. | 718 | 105 | 12/31/2009 |
| | L | 2011/0161987 | 6/30/2011 | Huang et al. | 719 | 318 | 12/30/2009 |
| | M | 2011/0179347 | 7/21/2011 | Proctor et al. | 715 | 234 | 9/27/2010 |
| | N | 2011/0196855 | 8/11/2011 | Wable et al. | 707 | 711 | 2/11/2010 |
| | O | 6,199,077 | 3/6/2001 | Inala et al. | 707 | 501 | 6/1/1999 |
| | P | 6,484,149 | 11/19/2002 | Jammes et al. | 705 | 26 | 10/10/1997 |
| | Q | 6,515,681 | 2/4/2003 | Knight, Timothy O. | 345 | 751 | 5/11/1999 |
| | R | 7,194,552 | 3/20/2007 | Schneider, Eric | 709 | 245 | 7/25/2001 |
| | S | 7,487,441 | 2/3/2009 | Szeto, Christopher Tzann-en | 715 | 234 | 3/11/2004 |
| | T | 7,499,940 | 3/3/2009 | Gibbs, Kevin A. | 707 | 102 | 11/11/2004 |
| | U | 7,590,687 | 9/15/2009 | Bales et al. | 709 | 203 | 3/6/2006 |
| | V | 7,685,036 | 3/23/2010 | Hsu, et al | 705 | 35 | 10/13/2000 |
| | W | 2001/0018698 | 8/30/2001 | UCHINO et al. | 707 | 533 | 3/26/1998 |
| | X | 2002/0065671 | 5/30/2002 | Goerz, Jr. et al. | 705 | 1 | 1/30/2001 |
| | Y | 2004/0254881 | 12/16/2004 | Kumar et al. | 705 | 40 | 7/14/2004 |
| | Z | 2005/0049939 | 3/3/2005 | Lai et al. | 705 | 27 | 8/29/2003 |
| | AA | 2006/0206454 | 9/14/2006 | Forstall et al. | 707 | 3 | 3/8/2005 |
| | AB | 2006/0248160 | 11/2/2006 | Plummer, David William | 709 | 217 | 2/9/2006 |
| Examiner | | | | Date Considered | | | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449 (Modified)  Information Disclosure Statement By Applicant  (Use Several Sheets if Necessary) | Atty. Docket No.  SVIPGP090D | Application No.:  12/334,068 |
|---|---|---|
| | Applicant:  Gal Arav | |
| | Filing Date:  12/12/2008 | Group Art Unit:  2478 |

## U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2007/0100779 | 5/3/2007 | Levy, et al. | 705 | 500 | 3/1/2006 |
| | B | 2007/0112835 | 5/17/2007 | McMullen et al. | 707 | 102 | 3/2/2006 |
| | C | 2007/0113201 | 5/17/2007 | Bales et al. | 715 | 810 | 3/10/2006 |
| | D | 2007/0143704 | 6/21/2007 | Laird-McConnell | 715 | 781 | 12/16/2005 |
| | E | 2008/0059607 | 3/6/2008 | Schneider, Eric | 709 | 218 | 7/4/2004 |
| | F | 2008/0281816 | 11/13/2008 | Kim, June Whi | 707 | 6 | 11/30/2004 |

## Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | G | WO 2007/109264 A3 | 9/27/2007 | WIPO | G06F | 15/16 | | |
| | | | | | | | | |

## Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | H | FeedTheBull.com as viewed on 3/21/2007 |
| | I | Forex Trading Website (2/17/2006) |
| | J | InvestorVillage Website (2/17/2006) |
| | K | StockHouse Bullboards Website (2/15/2006) |
| | L | Copy of Notice of Allowance from U.S. Patent Application No. 12/334,024 which was mailed on 3/22/2011 |
| | M | Copy of Notice of Allowance from U.S. Patent Application No. 12/334,037 which was mailed on 10/1/2010 |
| | N | Copy of Notice of Allowance from U.S. Patent Application No. 12/334,063 which was mailed on 9/20/2010 |

| Examiner | Date Considered |
|---|---|
| | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified)<br><br>**Information Disclosure**<br>**Statement By Applicant**<br><br>(Use Several Sheets if Necessary) | Atty. Docket No.<br> SVIPGP090D | Application No.:<br>12/334,068 |
|---|---|---|
| | Applicant:<br> Gal Arav | |
| | Filing Date:<br>12/12/2008 | Group Art Unit:<br>2478 |

**Other Documents**

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | A | Copy of Office Action from U.S. Patent Application No. 12/334,024 which was mailed on 8/5/2010 |
| | B | Copy of Office Action from U.S. Patent Application No. 12/334,037 which was mailed on 3/9/2010 |
| | C | Copy of Office Action from U.S. Patent Application No. 12/334,063 which was mailed on 3/9/2010 |
| | D | Copy of Office Action from U.S. Patent Application No. 12/334,093 which was mailed on 5/12/2011 |
| | E | Copy of Office Action from U.S. Patent Application No. 12/334,093 which was mailed on 8/18/2010 |
| | F | Copy of Office Action from U.S. Patent Application No. 12/435,296 which was mailed on 2/3/2011 |
| | G | Copy of Office Action from U.S. Patent Application No. 12/435,296 which was mailed on 8/20/2010 |
| | H | Copy of Office Action from U.S. Patent Application No. 13/099,342 which was mailed on 9/6/2011 |
| Examiner | | Date Considered |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7523 |
| Gal Arav | Examiner: Smarth, Gerald A. |
| Application No.: 12/334,068 | Art Unit: 2478 |
| Filed: 12/12/2008 | Atty. Docket No.: SVIPGP090D |
| For: HYPERLINK WITH GRAPHICAL CUE | Date: 1/20/2012 |
| Customer No.: 92045 | INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.97 and §1.98 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The reference(s) listed in the attached PTO Form 1449, cop(ies) of which is attached (when necessary), may be material to examination of the above-identified patent application. Applicants submit the reference(s) in compliance with their duty of disclosure pursuant to 37 CFR §§ 1.56 and 1.97. The Examiner is requested to make the reference(s) of official record in this application.

1

Applicants further disclose the fact that related U.S. Pat. Nos. 7,856,472 and 7,849,148 are the subject of litigation that has been recently initiated. Defendants in that litigation have not yet provided invalidity contentions. This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that the reference(s) indeed constitutes prior art.

This Information Disclosure Statement is believed to be filed within three months of the filing date of a national application other than a continued prosecution application, within three months of the date of entry of the national stage in an international application, before the mailing of a first Office action on the merits, or before the mailing of a first Office action after the filing of a request for continued examination. Accordingly, it is believed that no fees are due in connection with the filing of this Information Disclosure Statement. However, if it is determined that any fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 50-4964 (Order No. SVIPGP090D).

Respectfully submitted,

Dated: <u>20 Jan 2012</u>
The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Telephone: (972) 243-4523
pcaldwell@thecaldwellfirm.com

_____
Patrick E. Caldwell, Esq.
Reg. No. 44,580

2

| Form 1449 (Modified) | Atty. Docket No.<br>SVIPGP090D | Application No.:<br>12/334,068 |
|---|---|---|
| **Information Disclosure**<br>**Statement By Applicant** | Applicant:<br>Gal Arav | |
| | Filing Date:<br>12/12/2008 | Group Art Unit:<br>2478 |
| (Use Several Sheets if Necessary) | | |

## U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 6,208,339 | 3/27/2001 | Atlas, et al. | 715 | 780 | 6/19/1998 |
| | B | 6,879,691 | 4/12/2005 | Koretz, David A. | 380 | 255 | 5/11/2001 |
| | C | 7,606,865 | 10/20/2009 | Kumar et al. | 709 | 206 | 11/13/2007 |
| | D | 8,005,919 | 8/23/2011 | Mehanna, et al. | 709 | 217 | 8/29/2003 |
| | E | 2003/0041147 | 2/27/2003 | van den Oord, et al. | 709 | 227 | 8/20/2001 |
| | F | 2003/0061114 | 3/27/2003 | Schwartz et al. | 705 | 26 | 7/23/2002 |
| | G | | | | | | |

## Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | H | | | | | | | |
| | I | | | | | | | |

## Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | J | Chein, Andrew A., "Concurrent Aggregates: Using Multiple-Access Data Abstractions to Manage Complexity in Concurrent Programs," ACM, 1990, pp 31-36 |
| | K | Nicholas C. Zakas, *Professional JavaScript for Web Development*, Wrox (2005), pgs 362-364 |
| | L | Michael Glass, *Beginning PHP, Apache, MySQL Web Development*, Wiley Publishing (2004), pg 361 |
| | M | James Keogh, *JavaScript Demystified*, McGraw-Hill Osborne Media (2005), pgs 294-305 |
| | N | google.com screenshot captured by web.archive.org (12/15/2004) |
| | O | Bitflux Blog Wiki screenshot captured by web.archive.org (02/06/2005) |
| | P | Jon Udell, *The Browser Reloaded*, InfoWorld.com (Feb. 21, 2005) |
| | Q | J. Keith, *DOM Scripting*, Keith (2005), pg 303 |
| | R | F. Schneider, *How to Do Everything with Google*, McGraw-Hill (2004), pg 51-52 |
| | S | c/net home page captured by web.archive.org (03/01/2005), Figs 1-4 |
| | T | Copy of Office Action Summary from U.S. Application No. 13/099,345 dated 12/22/2011 |
| | U | |
| Examiner | | Date Considered |

Page **1** of **1**

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Page **2** of **1**

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7523 |
| Gal Arav | Examiner: Smarth, Gerald A. |
| Application No.: 12/334,068 | Art Unit: 2478 |
| Filed: 12/12/2008 | Atty. Docket No.: SVIPGP090D |
| For: HYPERLINK WITH GRAPHICAL CUE | Date: 1/31/2012 |
| Customer No.: 92045 | INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.97 and §1.98 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The reference(s) listed in the attached PTO Form 1449, cop(ies) of which is attached (when necessary), may be material to examination of the above-identified patent application. Applicants submit the reference(s) in compliance with their duty of disclosure pursuant to 37 CFR §§ 1.56 and 1.97. The Examiner is requested to make the reference(s) of official record in this application.

1

This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that the reference(s) indeed constitutes prior art.

This Information Disclosure Statement is believed to be filed within three months of the filing date of a national application other than a continued prosecution application, within three months of the date of entry of the national stage in an international application, before the mailing of a first Office action on the merits, or before the mailing of a first Office action after the filing of a request for continued examination.  Accordingly, it is believed that no fees are due in connection with the filing of this Information Disclosure Statement.  However, if it is determined that any fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 50-4964 (Order No. SVIPGP090D).

Respectfully submitted,

Dated: <u>31 Jan 2012</u>
The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Telephone:  (972) 243-4523
pcaldwell@thecaldwellfirm.com

Patrick E. Caldwell, Esq.
Reg. No. 44,580

| Form 1449 (Modified)<br><br>**Information Disclosure<br>Statement By Applicant**<br><br>(Use Several Sheets if Necessary) | Atty. Docket No.<br> SVIPGP090D<br>Applicant:<br> Gal Arav<br>Filing Date:<br>12/12/2008 | Application No.:<br> 12/334,068<br><br><br>Group Art Unit:<br> 2478 |
|---|---|---|

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication | |
|---|---|---|---|
| | Q | SHARMA, Niraj, "Adding 'Google Suggest' functionality to an ASP.NET application," December 1, 2005 | |
| | R | NARRA, Gavi, "Google Suggest like Dictionary," December 27, 2004 | |
| | S | | |
| Examiner | | Date Considered | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Pg. 1 of 1

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7523 |
| Gal Arav | Examiner: Smarth, Gerald A. |
| Application No.: 12/334,068 | Art Unit: 2478 |
| Filed: 12/12/2008 | Atty. Docket No.: SVIPGP090D |
| For: HYPERLINK WITH GRAPHICAL CUE | Date: 3/27/2012 |
| Customer No.: 92045 | INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.97 and §1.98 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The reference(s) listed in the attached PTO Form 1449, cop(ies) of which is attached (when necessary), may be material to examination of the above-identified patent application. Applicants submit the reference(s) in compliance with their duty of disclosure pursuant to 37 CFR §§ 1.56 and 1.97. The Examiner is requested to make the reference(s) of official record in this application.

1

This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that the reference(s) indeed constitutes prior art.

This Information Disclosure Statement is believed to be filed within three months of the filing date of a national application other than a continued prosecution application, within three months of the date of entry of the national stage in an international application, before the mailing of a first Office action on the merits, or before the mailing of a first Office action after the filing of a request for continued examination.  Accordingly, it is believed that no fees are due in connection with the filing of this Information Disclosure Statement.  However, if it is determined that any fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 50-4964 (Order No. SVIPGP090D).

Respectfully submitted,

Dated: 27 Mar 2012

The Caldwell Firm, LLC

PO Box 59655

Dallas, Texas 75229-0655

Telephone:  (972) 243-4523

pcaldwell@thecaldwellfirm.com

Patrick E. Caldwell, Esq.

Reg. No. 44,580

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090D | Application No.: 12/334,068 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 12/12/2008 | Group Art Unit: 2478 |

## U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |

## Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | E | | | | | | | |
| | F | | | | | | | |
| | G | | | | | | | |

## Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | H | Notice of Allowance for US Pat. Appl. No. 12/334,024 dated 12/29/11 |
| | I | Notice of Allowance for US Pat. Appl. No. 12/334,024 dated 01/27/12 |
| | J | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 03/22/11 |
| | K | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 12/29/11 |
| | L | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 01/27/12 |
| | M | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 02/27/12 |
| | N | Ex. Interview Summary for US Pat. Appl. No. 13/099,342 dated 03/02/12 |
| Examiner | | Date Considered |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Pg. 1 of 1

# Exhibit 30

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090I |
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

Inventor 1    [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Gal | | Arav | |

**Residence Information (Select One)** ⦿ US Residency ◯ Non US Residency ◯ Active US Military Service

| City | Bedford | State/Province | MA | Country of Residence | US |
|---|---|---|---|---|---|
| | | | | | |

**Mailing Address of Inventor:**

| Address 1 | |
|---|---|
| Address 2 | |

| City | Bedford | State/Province | MA |
|---|---|---|---|
| Postal Code | | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [ Add ]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 92045 |
|---|---|
| Email Address | pcaldwell@thecaldwellfirm.com    [ Add Email ] [ Remove Email ] |

## Application Information:

| Title of the Invention | HYPERLINK WITH GRAPHICAL CUE | |
|---|---|---|
| Attorney Docket Number | SVIPGP090I | **Small Entity Status Claimed** ☐ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| **Total Number of Drawing Sheets (if any)** | | **Suggested Figure for Publication (if any)** | |

## Filing By Reference :

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090I |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| | |
|---|---|
| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 92045 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation of | 12334068 | 2008-12-12 |

| Prior Application Status | Patented | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12334068 | Continuation of | 11384957 | 2006-03-20 | 7529795 | 2009-05-05 |

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090I |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013. NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |
|---|---|

## Authorization to Permit Access:

| ☐ | Authorization to Permit Access to the Instant Application by the Participating Offices |
|---|---|

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 417 of 1037

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090I |
| --- | --- | --- |
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
| --- | --- |

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| **Applicant   1** |
| --- |

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| ◉ Assignee | ◯ Legal Representative under 35 U.S.C. 117 | ◯ Joint Inventor |
| --- | --- | --- |
| ◯ Person to whom the inventor is obligated to assign. | ◯ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| Name of the Deceased or Legally Incapacitated Inventor : | |
| --- | --- |

If the Applicant is an Organization check here.      ☒

| Organization Name | Boadin Technology, LLC |
| --- | --- |

**Mailing Address Information For Applicant:**

| **Address 1** | 113 Barksdale Professional Center | | |
| --- | --- | --- | --- |
| Address 2 | | | |
| **City** | Newark | **State/Province** | DE |
| **Country** | US | Postal Code | 19711 |
| Phone Number | | Fax Number | |

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090I |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

| Email Address | |
|---|---|

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| Assignee    1 |
|---|

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☒ |
|---|---|
| Organization Name | Boadin Technology, LLC |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | 113 Barksdale Professional Center | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Newark | **State/Province** | DE |
| **Country** | US | Postal Code | 19711 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

| NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications. | | | | | |
|---|---|---|---|---|---|
| **Signature** | /Patrick E. Caldwell/ | | | Date  (YYYY-MM-DD) | 2014-03-24 |
| First Name | Patrick | Last Name | Caldwell | Registration Number | 44580 |

Additional Signature may be generated within this form by selecting the Add button.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090I |
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# HYPERLINK WITH GRAPHICAL CUE

## RELATED APPLICATIONS

The present application is a continuation of U.S. Application Ser. No. 12/334,068 filed Dec. 12, 2008, which is a continuation of U.S. Application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Patent No.: 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

## BACKGROUND

Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink.  Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks.  For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user.  In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user.  Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one.  To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the

hyperlink into a document.  In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks.  For example, a picture of a person on a web page may represent a hyperlink to that person's home page.  Clicking on the picture will cause the web browser to navigate to the hyperlinked home page.  Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink.  The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

FIGS. 4A-4C are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. 5A-5B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

## DETAILED DESCIPTION

Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration and explanation, each of the message boards 102a-m is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

3

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field 312. The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112. In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114. This is not, however, a requirement of the present invention. The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-m.

Note further that any subset of the external message boards 102a-m may be selectable as a source by the user 142. Such a subset may, for example, consist of all of the external message boards 102a-m, any one of the message boards 102a-m, or any combination of fewer than all of the message boards 102a-m.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message

Titles," which always displays the titles of the messages summarized in the table 302. The table 302 also includes, however, a second column 322b having content that may-be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302. Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table 302 may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210). For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 1-20; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212). For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120. Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required. The message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

6

As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3). In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302. When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed-in the frame 308.

The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-m or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message

7

summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

9

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3. For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users. The web page 300, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques

10

disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server 112 extracts certain information from source message boards to produce the message content units 132. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user 142 may be allowed to sort the aggregated message summaries displayed in the message table 302 by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table 302 may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table 302 may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser 140 is not limited to any particular web browser application. The web browser 140 may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network 138 in FIG. 1 is labeled as the "Internet," the web browser 140 and aggregation server 112 may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

11

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. 4A, an illustration is shown of a graphical user interface text input control 400 for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control 400 includes a text input field 402 into which the user may type text.

In the particular embodiment illustrated in FIG. 4A, the text input field 402 is used for entering either the name of a company or the stock ticker symbol of the company. The text input field 402 may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Patent No.: 7,529,795. The text input field 402, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field 402 is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field 402 may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock

ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. 4A, the user has begun to type the text "aap". As the user types, the program that provides the text input field 402 may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. 4A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. 4A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text 408a-c of the three matching tuples in the list 406a. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field 402 or as the user deletes previously-typed characters in the text input field 402.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. 4A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings 408a, 408b, and 408c. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings 408a-c corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. 4A, the text 404a typed by the user in the text input field 402 only matches stock ticker symbols in the set of stored tuples. Referring to FIG. 4B, an example is illustrated in which the text 404b ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list 406b displayed in FIG. 4B, therefore, includes text 410a-j corresponding to tuples having company names that match the typed text 404b. Although the list 406b is sorted by stock ticker symbol, the list 406b may be organized in any manner. For

example, the list 406b may be sorted by company name. Note that the list 406b displayed in FIG. 4B may be generated dynamically while the user types the text 404b in the same manner as described above with respect to the list 406a of FIG. 4A, namely by attempting to match the text 404b against both stock ticker symbols and company names.

Referring to FIG. 4C, an example is illustrated in which the text 404c ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list 406c displayed in FIG. 4C, therefore, includes both text 412a-c corresponding to tuples having ticker symbols that match the typed text 404c and text 412d-j having company names that match the typed text 404c. Although the list 406c includes two sections--one for matching ticker symbols and one for matching company names--the list may be organized in any manner. For example, the list 406c may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists 406a-c illustrated in FIGS. 4A-4C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field 402. For example, if the user clicks on an item in the list, the program may fill in the text field 402 with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field 402 with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto- ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www.quote.com/qc/lookup/symbol search.aspx, http://www.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.marketwatch.com/symbollookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&,

14

http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksind ex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the

15

following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in $n$-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of $n$-tuples, in which $n=2$. The techniques disclosed herein may be applied more generally, to $n$-tuples where $n>1$. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an $n$-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the $n$-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the $n$-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the $n$-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an $n$-tuple. For example, if $n=3$, matching may be performed against two rather than three of the text strings in the $n$-tuple.

Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching $n$-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an $n$-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as $n$-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a

16

storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. 5A, a web page 500 is shown according to one embodiment of the present invention. The web page 500 includes a first frame 502a displaying a first set of textual

hyperlink representations 504a, and a second frame 502b displaying the contents of another web page.

In the embodiment illustrated in FIG. 5A, the first set of hyperlink representations 504a includes hypertext 506a-h. In this example, the hypertext 506a-h includes text representing categories of news web sites. For example, hypertext 506a ("World News") represents the category of world news web sites, hypertext 506b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext 506a-h shown in FIG. 5A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations 504a enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext 506a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 506a-h or by hovering a mouse cursor over one of the hypertext links 506a-h.

In response to receiving a selection of one of the hypertext links 506a-h from the user, the web page 500 displays a second set of hyperlink representations 504b. In the particular example illustrated in FIG. 5A, the user has clicked on or hovered the mouse cursor over hypertext 506h ("Stock Research"). In response, the web page 500 has displayed the second set of hyperlink representations 504b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 508a-l represents a hyperlink to a stock research web site.

More specifically, in the embodiment illustrated in FIG. 5A, each of the hyperlink representations 508a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 508a is the logo of www.bigcharts.com, and the hyperlink representation 508a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 508a-l, the web browser displays the destination of the selected hyperlink in the frame 502b. For example, if the user selects hyperlink representation 508a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 502b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks 506a-h. For example, as shown in FIG. 5B, when the user selects hyperlink 506d ("UK News"), the web page 500 displays a set 504c of hyperlink representations 510a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 504a of links 506a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 504a of links 506a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 500, and then quickly displayed to the user without requiring additional accesses to the server.

18

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Patent No.: 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 504b and 504c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks 504a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

## CLAIMS

What is claimed is:

1.      A computer program product embodied on a non-transitory computer-readable medium, comprising:

computer code for causing display of a first set of representations of a first set of hyperlinks;

computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;

computer code for causing, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks;

computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and

computer code for causing, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.

2.      The computer program product of claim 1, wherein the first set of representations is a set of textual representations.

3.      The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

4.      The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5.      The computer program product of claim 1, wherein the second set of representations is a set of graphical representations.

21

6.      The computer program product of claim 1, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7.      The computer program product of claim 1, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8.      The computer program product of claim 1, wherein the computer code for causing, in response to receiving the first input, display of the second set of representations comprises computer code for causing display of the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9.      The computer program product of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10.     The computer program product of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

## ABSTRACT

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks.  In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks.  Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.



FIG. 1



FIG. 2



FIG 3



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 450 of 1037



## FIG. 5A

504a

| 506a ~ | World News | → |
| 506b ~ | Business News | → |
| 506c ~ | US News | → |
| 506d ~ | UK News | → |
| 506e ~ | TV News | → |
| 506f ~ | Biz Magazines | → |
| 506g ~ | Biz Knowledge | → |
| 506h ~ | Stock Research | → |

508a ~ BigCharts
508b ~ CBS Market Watch
508c ~ Hoovers
508d ~ data.com
508e ~ MORNINGSTAR
508f ~ The Motley Fool
508g ~ msn Money
508h ~ Quicken
508i ~ Website
508j ~ TheStreet.com
508k ~ UBS
508l ~ YAHOO! Finanace

MSN Home   Hotmail   My MSN   **Sign In**      Search Web

**msn** Money                         Search MSN Money: [    ] [Go]  CNBC Help

Home | News | Banking | Investing | Planning | Taxes | My Money      Portfolio | Loans | Insurance

Investing Home   Portfolio   Markets   Stocks   Funds   ETFs   Commentary   Brokers   CNBC TV
**Get it done**

Read company report

Name or Symbol: [    ] [Go] [Get Quote ▾]  Find Symbol   Print Report

Type a company name or ticker symbol, then click Go

**Strategy Lab**

See how six pros try to beat the market

In our Strategy Lab stock-picking game, top experts try to turn model portfolios into gold – and share their best investing tips in the process.

< Prev  Next >

| Most Active | Winners | Losers |
|---|---|---|

| SIRI | 5.11 | unch (unch) | Chart | Add to MSN list |
| SPY | 128.23 | unch (unch) | Chart | Add to MSN list |
| MO | 71.9 | unch (unch) | Chart | Add to MSN list |
| GNTA | 2.79 | unch (unch) | Chart | Add to MSN list |
| QQQQ | 41.10 | unch (unch) | Chart | Add to MSN list |

Quotes delayed by 15 minutes View all Lists and Trends

Scottrade

AMERITRADE IRA

msn Messenger

Bad Credit Refinance

Market Dispatches, 4:32 p.m. ET

Stocks dive as bad news piles up

Google's growth concerns prompt a big sell-off. GDP numbers disappoint.  The Dow closes down 104 but has its best January-February performance since 1998.

- Walberg: After CFO's goof, Google is a buy
- Company Focus: Party on for leisure stocks
- SuperModels: 20 water stocks running hot
- What readers do wrong on their taxes

Scottrade

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 451 of 1037

500

502a

504a

506a ~ World News →
506b ~ Business News →
506c ~ US News →
506d ~ UK News →
506e ~ TV News →
506f ~ Biz Magazines →
506g ~ Biz Knowledge →
506h ~ Stock Research →

502b

Home

504c

| bbc.co.uk | ~ 510a |
| DAILY EXPRESS | ~ 510b |
| Daily Mail | ~ 510c |
| Daily Mirror | ~ 510d |
| The Daily Telegraph | ~ 510e |
| Financial Times | ~ 510f |
| Guardian | ~ 510g |
| The Scotsman | ~ 510h |
| The Sun | ~ 510i |
| The Times | ~ 510j |

FIG. 5B

PTO/SB/81 (01-09)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS | |
|---|---|
| Application Number | 12/334,068 |
| Filing Date | 12/12/2008 |
| First Named Inventor | Gal Arav |
| Title | HYPERLINK WITH GRAPHICAL CUE |
| Art Unit | 2478 |
| Examiner Name | SMARTH, GERALD A |
| Attorney Docket Number | SVIPGP090D |

I hereby revoke all previous powers of attorney given in the above-identified application.

[ ] A Power of Attorney is submitted herewith.

OR

[X] I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

92045

OR

[ ] I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Please recognize or change the correspondence address for the above-identified application to:

[X] The address associated with the above-mentioned Customer Number.

OR

[ ] The address associated with Customer Number:

OR

| [ ] Firm or Individual Name |  |
|---|---|
| Address |  |

| City |  | State |  | Zip |  |
|---|---|---|---|---|---|
| Country |  | | | | |
| Telephone |  | Email |  | | |

I am the:

[ ] Applicant/Inventor.

OR

[X] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on _____.

| SIGNATURE of Applicant or Assignee of Record | | | |
|---|---|---|---|
| Signature | /G. Andrew Gordon/ | Date | 1/12/2012 |
| Name | G. Andrew Gordon | Telephone |  |
| Title and Company | Managing Member, Boadin Technology, LLC | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[ ] *Total of ___1___ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/96 (01-09)
Approved for use through 02/28/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Gal Arav

Application No./Patent No.: 12/334,068　　　　Filed/Issue Date: 12/12/2008

Titled: Message Board Aggregator

Boadin Technology, LLC , a Limited Liability Company

(Name of Assignee)　　　　(Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [✓] the assignee of the entire right, title, and interest in;

2. [ ] an assignee of less than the entire right, title, and interest in
(The extent (by percentage) of its ownership interest is _____ %); or

3. [ ] the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy therefore is attached.

OR

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: Gal Arav　　　　To: Instantbull, Inc.

The document was recorded in the United States Patent and Trademark Office at
Reel 017670 , Frame 0252 , or for which a copy thereof is attached.

2. From: Instantbull, Inc.　　　　To: Stragent Technologies, LLC

The document was recorded in the United States Patent and Trademark Office at
Reel 021831 , Frame 0784 , or for which a copy thereof is attached.

3. From: Stragent Technologies, LLC　　　　To: Stragent, LLC

The document was recorded in the United States Patent and Trademark Office at
Reel 022206 , Frame 0975 , or for which a copy thereof is attached.

[X] Additional documents in the chain of title are listed on a supplemental sheet(s).

[✓] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/G. Andrew Gordon/　　　　　　　　　　　　1/12/2012

Signature　　　　　　　　　　　　　　　　Date

G. Andrew Gordon　　　　　　　　　　Managing Member, Boadin Technology, LLC

Printed or Typed Name　　　　　　　　　　Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/96 (01-09)
Approved for use through 03/28/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner:  Gal Arav

Application No./Patent No.:  12/334,068          Filed/Issue Date:  12/12/2008

Titled:  Message Board Aggregator

Boadin Technology, LLC                    , a      Limited Liability Company

(Name of Assignee)                               (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [✓]  the assignee of the entire right, title, and interest in;

2. [ ]  an assignee of less than the entire right, title, and interest in
        (The extent (by percentage) of its ownership interest is _____ %); or

3. [ ]  the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [ ]  An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in
        the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a
        copy therefore is attached.

OR

B. [✓]  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From:  Stragent, LLC                          To:  Aloft Media, LLC

      The document was recorded in the United States Patent and Trademark Office at

      Reel  022665          , Frame  0825          , or for which a copy thereof is attached.

   2. From:  Aloft Media, LLC                       To:  Boadin Technology, LLC

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____ , Frame _____ , or for which a copy thereof is attached.

   3. From: _____                              To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____ , Frame _____ , or for which a copy thereof is attached.

[ ]  Additional documents in the chain of title are listed on a supplemental sheet(s).

[✓]  As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was,
     or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

     [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in
     accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/G. Andrew Gordon/                                              1/12/2012
Signature                                                       Date

G. Andrew Gordon                              Managing Member, Boadin Technolgy, LLC
Printed or Typed Name                                          Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

-8-

EXHIBIT A-ASSIGNMENT

WHEREAS, Aloft Media, LLC, a Texas Limited Liability Company having a place of business at 211 W. Tyler, Longview, TX 75601 (hereinafter "ASSIGNOR") is owner of U.S. Pat. Nos.: 7,529,795; 7,856,472; and 7,849,148 ("Patent Asset(s)"),

WHEREAS, Boadin Technologies, LLC, a Delaware Limited Liability Company having a place of business at 113 Barksdale Professional Center, Newark, DE 19711(hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent Asset(s);

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent Asset(s), and the inventions disclosed in the Patent Asset(s) (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), and all foreign and domestic patents that may issue from the Patent Asset(s) and the aforementioned priority patent application(s), including reexaminations, reissues, renewals, continuations, continuations-in-part, divisionals, or extensions thereof that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent Asset(s).

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this _12_ day of _Nov_ 2011.

Name: Christopher Edgeworth
Title: President, Aloft Media, LLC

STATE OF

COUNTY OF

On _9/12/11_ before me, _David Depoma_ personally appeared

_Christopher Edgeworth_ Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

-9-

[SEAL]

_____
Notary Signature

DAVID A. DEPOMA
Notary Public, State of Texas
My Commission Expires
May 29, 2013

# PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

| Application or Docket Number |
|---|
| 14/224,002 |

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 10 minus 20 = | * | | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | * | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1600 |

## APPLICATION AS AMENDED - PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE($) | ADDITIONAL FEE($) | OR | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

# Exhibit 31

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262869

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |
| **SEQUENCE:** | 1 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| BOADIN TECHNOLOGY, LLC | 11/25/2014 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | STRAGENT, LLC |
| **Street Address:** | 211 WEST TYLER ST., SUITE C-2 |
| **City:** | LONGVIEW |
| **State/Country:** | TEXAS |
| **Postal Code:** | 75601 |

**PROPERTY NUMBERS Total: 10**

| Property Type | Number |
|---|---|
| **Patent Number:** | 7529795 |
| **Patent Number:** | 8700704 |
| **Patent Number:** | 7856472 |
| **Patent Number:** | 7849148 |
| **Patent Number:** | 8682961 |
| **Patent Number:** | 8683003 |
| **Patent Number:** | 8180829 |
| **Patent Number:** | 8219615 |
| **Patent Number:** | 8219906 |
| **Application Number:** | 14224002 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | andrew.gordon@stragent.com |
| **Correspondent Name:** | ANDREW GORDON |
| **Address Line 1:** | 211 W TYLER ST., SUITE C |
| **Address Line 4:** | LONGVIEW, TEXAS 75601 |

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
|---|---|

**504216192**

**PATENT
REEL: 041192 FRAME: 0202**

| NAME OF SUBMITTER: | ANDREW GORDON |
|---|---|
| SIGNATURE: | /Andrew Gordon/ |
| DATE SIGNED: | 02/07/2017 |

**Total Attachments: 2**
source=Arav_Assignment6_Boadin__Stragent_11_25_2014#page1.tif
source=Arav_Assignment6_Boadin__Stragent_11_25_2014#page2.tif

## ASSIGNMENT

WHEREAS, Boadin Technology, LLC, a Delaware Limited Liability Company having a place of business at 113 Barksdale Professional Center, Newark, DE 19711 (hereinafter "ASSIGNOR") is owner of:

USPN 7,529,795
USPN 7,849,148
USPN 7,856,472
USPN 8,180,829
USPN 8,219,615
USPN 8,219,906
USPN 8,700,704
USPN 8,682,961
USPN 8,683,003
USPAN 14/224,002
USPN 8,185,096
USPN 8,224,298
USPAN 13/430,658
USPAN 12/026,286
USPAN 13/301,771
USPAN 14/510,055
USPN 8,078,732
USPN 8,266,300
USPAN 13/526,416

("Patent Asset(s)"),

WHEREAS, Stragent, LLC, a Texas Limited Liability Company having a place of business at 211 W. Tyler, Suite C-2, Longview, Texas 75601 (hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent Asset(s);

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent Asset(s), and the inventions disclosed in the Patent Asset(s) (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), and all foreign and domestic patents that may issue from the Patent Asset(s) and the aforementioned priority patent application(s), including reexaminations, reissues, renewals, continuations, continuations-in-part, divisionals, or extensions thereof that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent Asset(s).

**PATENT
REEL: 041192 FRAME: 0204**

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this 25th day of November 2014.

_____

Name: Andrew Gordon
Title: Member, Boadin Technology, LLC

# Exhibit 32

USDC IN/ND case 1:25-cv-00273-HAB-SLC     document 1-2     filed 06/02/25     page 463 of 1037

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262878

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |
| SEQUENCE: | 2 |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| STRAGENT, LLC | 11/25/2014 |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | JENAM TECH, LLC |
| Street Address: | 211 WEST TYLER ST |
| City: | LONGVIEW |
| State/Country: | TEXAS |
| Postal Code: | 75601 |

## PROPERTY NUMBERS Total: 10

| Property Type | Number |
|---|---|
| Patent Number: | 7529795 |
| Patent Number: | 8700704 |
| Patent Number: | 7856472 |
| Patent Number: | 7849148 |
| Patent Number: | 8682961 |
| Patent Number: | 8683003 |
| Patent Number: | 8180829 |
| Patent Number: | 8219615 |
| Patent Number: | 8219906 |
| Application Number: | 14224002 |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | andrew.gordon@stragent.com |
| Correspondent Name: | ANDREW GORDON |
| Address Line 1: | 211 W TYLER ST., SUITE C |
| Address Line 4: | LONGVIEW, TEXAS 75601 |

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
|---|---|

504216201

**PATENT**
**REEL: 041192 FRAME: 0279**

| NAME OF SUBMITTER: | ANDREW GORDON |
|---|---|
| SIGNATURE: | /Andrew Gordon/ |
| DATE SIGNED: | 02/07/2017 |

**Total Attachments: 2**
source=Arav_Assignment7_Stragent__Jenam_11_25_2014#page1.tif
source=Arav_Assignment7_Stragent__Jenam_11_25_2014#page2.tif

**PATENT
REEL: 041192 FRAME: 0280**

EXHIBIT A-ASSIGNMENT

WHEREAS, Stragent, LLC, having a place of business at 211 W. Tyler St., Suite C-2, Longview, TX 75601 (hereinafter "ASSIGNOR") is owner of:

USPN 7,529,795
USPN 7,849,148
USPN 7,856,472
USPN 8,180,829
USPN 8,219,615
USPN 8,219,906
USPN 8,700,704
USPN 8,682,961
USPN 8,683,003
USPAN 14/224,002
USPN 8,185,096
USPN 8,224,298
USPAN 13/430,658
USPAN 12/026,286
USPAN 13/301,771
USPAN 14/510,055
USPN 8,078,732
USPN 8,266,300
USPAN 13/526,416
USPN 7,647,351
USPAN 12/620,570
USPAN 12/620,573
USPN 8,352,419
USPAN 13/691,612 ("Patent Asset(s)"),

WHEREAS, Jenam Tech, LLC, a Texas Limited Liability Company having a place of business at 211 W. Tyler St., Longview, TX 75601 (hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent Asset(s);

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent Asset(s), and the inventions disclosed in the Patent Asset(s) (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), and all foreign and domestic patents that may issue from the Patent Asset(s) and the aforementioned priority patent application(s), including reexaminations, reissues, renewals, continuations, continuations-in-part, divisionals, or extensions thereof that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent Asset(s).

**PATENT
REEL: 041192 FRAME: 0281**

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this 25th day of November, 2014.

_Andrew Gordon_

Name: Andrew Gordon
Title: EVP, Stragent, LLC

**PATENT**
**REEL: 041192 FRAME: 0282**

# Exhibit 33

504216206     02/07/2017

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262883

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| JENAM TECH, LLC | 12/02/2016 |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | ALOFT MEDIA, LLC |
| Street Address: | 211 WEST TYLER ST., SUITE C-1 |
| City: | LONGVIEW |
| State/Country: | TEXAS |
| Postal Code: | 75601 |

## PROPERTY NUMBERS Total: 10

| Property Type | Number |
|---|---|
| Patent Number: | 7529795 |
| Patent Number: | 8700704 |
| Patent Number: | 7856472 |
| Patent Number: | 7849148 |
| Patent Number: | 8682961 |
| Patent Number: | 8683003 |
| Patent Number: | 8180829 |
| Patent Number: | 8219615 |
| Patent Number: | 8219906 |
| Application Number: | 14224002 |

## CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Email: andrew.gordon@stragent.com
Correspondent Name: ANDREW GORDON
Address Line 1: 211 W TYLER ST., SUITE C
Address Line 4: LONGVIEW, TEXAS 75601

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
|---|---|
| NAME OF SUBMITTER: | ANDREW GORDON |

| SIGNATURE: | /Andrew Gordon/ |
| --- | --- |
| DATE SIGNED: | 02/07/2017 |

**Total Attachments: 2**
source=Arav_Assignment8_Jenam__Aloft_12_02_2016#page1.tif
source=Arav_Assignment8_Jenam__Aloft_12_02_2016#page2.tif

**PATENT**
**REEL: 041192 FRAME: 0299**

EXHIBIT A-ASSIGNMENT

WHEREAS, Jenam Tech, LLC, having a place of business at 211 W. Tyler St., Longview, TX 75601 (hereinafter "ASSIGNOR") is owner of:

USPN 7,529,795
USPN 7,849,148
USPN 7,856,472
USPN 8,180,829
USPN 8,219,615
USPN 8,219,906
USPN 8,700,704
USPN 8,682,961
USPN 8,683,003
USPAN 14/224,002
USPN 8,185,096
USPN 8,224,298
USPAN 13/430,658
USPAN 12/026,286
USPAN 13/301,771
USPAN 14/510,055
USPN 8,078,732
USPN 8,266,300
USPAN 13/526,416
USPN 7,647,351
USPAN 12/620,570
USPAN 12/620,573
USPN 8,352,419
USPAN 13/691,612 ("Patent Asset(s)"),

WHEREAS, Aloft Media, LLC, a Texas Limited Liability Company having a place of business at 211 W. Tyler St., Suite C-1, Longview, TX 75601 (hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent Asset(s);

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent Asset(s), and the inventions disclosed in the Patent Asset(s) (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), and all foreign and domestic patents that may issue from the Patent Asset(s) and the aforementioned priority patent application(s), including reexaminations, reissues, renewals, continuations, continuations-in-part, divisionals, or extensions thereof that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent Asset(s).

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this 2nd day of December, 2016.

_____

Name: Andrew Gordon

Title: Member, Jenam Tech, LLC

# Exhibit 34

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.:  5598 |
| Gal Arav | Examiner:  SMARTH, GERALD A |
| Application No.:  14/224,002 | Art Unit:  2478 |
| Filed:  03/24/2014 | Atty. Docket No.: SVIPGP090I |
| For:    HYPERLINK WITH GRAPHICAL CUE | Date: 8/9/2017 |
| | INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.97 and §1.98 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The reference(s) listed in the attached PTO Form(s) 1449/Sb08, cop(ies) of which is attached (when necessary), may be material to examination of the above-identified patent application.  Applicants submit the reference(s) in compliance with their duty of disclosure pursuant to 37 CFR §§ 1.56 and 1.97.  The Examiner is requested to make the reference(s) of official record in this application.

1

Per MPEP 609.02, applicant has not re-submitted all of the disclosures, references, etc. cited in any parent application(s)/patent(s).   It is assumed that, per such MPEP section, the Examiner has considered the same in connection with the instant application.  If applicant's assumption is in error or the Examiner requires re-submission of any such references, etc., applicant requests that the Examiner contact the undersigned so that applicant can address the same.  This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that the reference(s) indeed constitutes prior art.

This Information Disclosure Statement is being filed after the mailing date of a non-final Office Action. Accordingly, applicants are including payment in the amount of $180.00 for the fee due in connection with the filing of this Information Disclosure Statement.  However, if it is determined that any additional fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 50-4964 (Order No. SVIPGP090I).

Respectfully submitted,

Dated: 09 Aug 2017
The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Telephone:  (214) 734-2313
pcaldwell@thecaldwellfirm.com

Patrick E. Caldwell, Esq.
Reg. No. 44,580

2

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** (Use Several Sheets if Necessary) | Applicant: Gal Arav | |
| | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | E | | | | | | | |
| | F | | | | | | | |
| | G | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | H | Notice of Allowance for US Pat. Appl. No. 12/334,024 dated 12/29/11 |
| | I | Notice of Allowance for US Pat. Appl. No. 12/334,024 dated 01/27/12 |
| | J | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 03/22/11 |
| | K | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 12/29/11 |
| | L | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 01/27/12 |
| | M | Notice of Allowance for US Pat. Appl. No. 12/435,296 dated 02/27/12 |
| | N | Ex. Interview Summary for US Pat. Appl. No. 13/099,342 dated 03/02/12 |
| | O | Notice of Allowance for US Pat. Appl. No. 12/334,068 dated 08/08/13 |
| | P | Notice of Allowance for US Pat. Appl. No. 12/334,093 dated 04/29/13 |
| | Q | Notice of Allowance for US Pat. Appl. No. 13/099,342 dated 05/25/12 |
| | R | Notice of Allowance for US Pat. Appl. No. 13/099,345 dated 06/01/12 |
| Examiner | | Date Considered |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

**Foreign Patent or Published Foreign Patent Application**

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |

**Other Documents**

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | Q | SHARMA, Niraj, "Adding 'Google Suggest' functionality to an ASP.NET application," December 1, 2005 |
| | R | NARRA, Gavi, "Google Suggest like Dictionary," December 27, 2004 |
| | S | |

| Examiner | Date Considered |
|---|---|
| | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Pg. 1 of 1

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| | Filing Date: 03-24-2014 | Group Art Unit: 2478 |
| (Use Several Sheets if Necessary) | | |

## U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 6,208,339 | 3/27/2001 | Atlas, et al. | 715 | 780 | 6/19/1998 |
| | B | 6,879,691 | 4/12/2005 | Koretz, David A. | 380 | 255 | 5/11/2001 |
| | C | 7,606,865 | 10/20/2009 | Kumar et al. | 709 | 206 | 11/13/2007 |
| | D | 8,005,919 | 8/23/2011 | Mehanna, et al. | 709 | 217 | 8/29/2003 |
| | E | 2003/0041147 | 2/27/2003 | van den Oord, et al. | 709 | 227 | 8/20/2001 |
| | F | 2003/0061114 | 3/27/2003 | Schwartz et al. | 705 | 26 | 7/23/2002 |

## Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | G | | | | | | | |
| | H | | | | | | | |

## Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | I | Chein, Andrew A., "Concurrent Aggregates: Using Multiple-Access Data Abstractions to Manage Complexity in Concurrent Programs," ACM, 1990, pp 31-36 |
| | J | Nicholas C. Zakas, *Professional JavaScript for Web Development*, Wrox (2005), pgs 362-364 |
| | K | Michael Glass, *Beginning PHP, Apache, MySQL Web Development*, Wiley Publishing (2004), pg 361 |
| | L | James Keogh, *JavaScript Demystified*, McGraw-Hill Osborne Media (2005), pgs 294-305 |
| | M | google.com screenshot captured by web.archive.org (12/15/2004) |
| | N | Bitflux Blog Wiki screenshot captured by web.archive.org (02/06/2005) |
| | O | Jon Udell, *The Browser Reloaded*, InfoWorld.com (Feb. 21, 2005) |
| | P | J. Keith, *DOM Scripting*, Keith (2005), pg 303 |
| | Q | F. Schneider, *How to Do Everything with Google*, McGraw-Hill (2004), pg 51-52 |
| | R | c/net home page captured by web.archive.org (03/01/2005), Figs 1-4 |
| | S | Copy of Office Action Summary from U.S. Application No. 13/099,345 dated 12/22/2011 |
| Examiner | | Date Considered |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Page **1** of **1**

| Form 1449 (Modified) | Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** (Use Several Sheets if Necessary) | Applicant: Gal Arav Filing Date: 03-24-2014 | Group Art Unit: 2478 |

## U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 6,065,051 | 5/16/2000 | Steele et al. | 709 | 219 | 4/15/1998 |
| | B | 6,199,157 | 3/6/2001 | Dov et al. | 713 | 1 | 3/30/1998 |
| | C | 6,253,325 | 6/26/2001 | Steele et al. | 713 | 201 | 4/15/1998 |
| | D | 6,314,458 | 11/6/2001 | Steele et al | 709 | 219 | 3/31/2000 |
| | E | 6,393,468 | 5/21/2002 | McGee, Niall G. | 709 | 218 | 1/9/1998 |
| | F | 6,421,651 | 7/16/2002 | Tedesco et al. | 705 | 8 | 1/12/2000 |
| | G | 6,430,537 | 8/6/2002 | Tedesco et al. | 705 | 8 | 3/31/1998 |
| | H | 6,633,311 | 10/14/2003 | Douvikas et al. | 345 | 731 | 2/18/2000 |
| | I | 6,691,158 | 2/10/2004 | Douvikas et al. | 709 | 219 | 2/18/2000 |
| | J | 6,889,213 | 5/3/2005 | Douvikas et al. | 705 | 67 | 2/18/2000 |
| | K | 6,952,730 | 10/4/2005 | Najork et al. | 709 | 225 | 6/30/2000 |
| | L | 7,017,109 | 3/21/2006 | Douvikas et al. | 715 | 501.1 | 2/18/2000 |
| | M | 7,024,451 | 4/4/2006 | Jorgenson, Daniel Scott | 709 | 203 | 11/5/2001 |
| | N | 7,069,308 | 6/27/2006 | Abrams, Jonathan H. | 709 | 218 | 6/16/2003 |
| | O | 7,117,254 | 10/3/2006 | Lunt et al. | 709 | 218 | 6/17/2005 |
| | P | 7,188,080 | 3/6/2007 | Walker et al. | 705 | 26 | 6/29/2000 |
| | Q | 7,188,153 | 3/6/2007 | Lunt et al. | 709 | 218 | 8/25/2006 |
| | R | 7,231,428 | 6/12/2007 | Teague, Alan H. | 709 | 206 | 5/28/2003 |
| | S | 7,233,997 | 6/19/2007 | Leveridge et al. | 709 | 229 | 6/26/1998 |
| | T | 7,340,419 | 3/4/2008 | Walker et al. | 705 | 27 | 3/15/2002 |
| | U | 7,373,338 | 5/13/2008 | Thompson et al. | 707 | 3 | 2/24/2004 |
| | V | 7,451,161 | 11/11/2008 | ZHU et al. | 707 | 104.1 | 4/28/2005 |
| | W | 7,478,078 | 1/13/2009 | Lunt et al. | 707 | 1 | 6/14/2004 |
| | X | 7,526,440 | 4/28/2009 | Walker et al. | 705 | 26 | 6/9/2004 |
| | Y | 7,606,687 | 10/20/2009 | Galbreath et al. | 703 | 3 | 9/14/2004 |
| | Z | 7,669,123 | 2/23/2010 | Zuckerberg et al. | 715 | 273 | 8/11/2006 |
| | AA | 7,680,882 | 3/16/2010 | Tiu et al. | 709 | 203 | 3/6/2007 |
| | AB | 7,725,492 | 5/25/2010 | Sittig et al. | 707 | 784 | 12/26/2006 |
| Examiner | | | | Date Considered | | | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|---|
| **Information Disclosure Statement By Applicant** (Use Several Sheets if Necessary) | | Applicant: Gal Arav | |
| | | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 7,788,260 | 8/31/2010 | Lunt et al. | 707 | 727 | 10/18/2004 |
| | B | 7,797,256 | 9/14/2010 | Zuckerberg et al. | 705 | 319 | 8/2/2006 |
| | C | 7,809,805 | 10/5/2010 | Stremel et al. | 709 | 219 | 2/28/2007 |
| | D | 7,827,208 | 11/2/2010 | Bosworth et al. | 707 | 802 | 8/11/2006 |
| | E | 7,827,265 | 11/2/2010 | Cheever et al. | 709 | 223 | 3/23/2007 |
| | F | 7,835,950 | 11/16/2010 | Walker et al. | 705 | 27 | 7/31/2006 |
| | G | 7,890,501 | 2/15/2011 | Lunt et al. | 707 | 722 | 3/30/2010 |
| | H | 7,912,758 | 3/22/2011 | Walker et al. | 705 | 26 | 11/9/2007 |
| | I | 7,933,810 | 4/26/2011 | Morgenstern, Jared | 705 | 26.1 | 9/5/2007 |
| | J | 7,945,653 | 5/17/2011 | Zuckerberg et al. | 709 | 223 | 10/11/2006 |
| | K | 7,970,657 | 6/28/2011 | Morgenstern, Jared | 705 | 26.1 | 4/27/2007 |
| | L | 8,010,458 | 11/2/1982 | Mealing et al. | 15 | 320 | 11/12/1980 |
| | M | 2005/0267940 | 12/1/2005 | Galbreath et al. | 709 | 206 | 5/26/2004 |
| | N | 2005/0278443 | 12/15/2005 | Winner et al. | 709 | 224 | 6/14/2004 |
| | O | 2006/0021009 | 1/26/2006 | Lunt, Christopher | 726 | 4 | 7/22/2004 |
| | P | 2006/0239546 | 10/26/2006 | Tedesco et al. | 382 | 159 | 6/29/2006 |
| | Q | 2007/0022021 | 1/25/2007 | Walker et al. | 705 | 26 | 9/26/2006 |
| | R | 2007/0192299 | 8/16/2007 | Zuckerberg et al. | 707 | 3 | 12/14/2006 |
| | S | 2008/0040474 | 2/14/2008 | Zuckerbert et al. | 709 | 224 | 8/11/2006 |
| | T | 2008/0040475 | 2/14/2008 | Bosworth et al. | 709 | 224 | 8/11/2006 |
| | U | 2008/0046976 | 2/21/2008 | Zuckerberg, Mark | 726 | 4 | 7/25/2006 |
| | V | 2008/0065604 | 3/13/1008 | Tiu et al. | 707 | 3 | 1/17/2007 |
| | W | 2008/0065701 | 3/13/2008 | Lindstrom et al. | 707 | 201 | 9/12/2006 |
| | X | 2008/0189292 | 8/7/2008 | Stremel et al. | 707 | 10 | 2/2/2007 |
| | Y | 2008/0189380 | 8/7/2008 | Bosworth et al. | 709 | 207 | 2/2/2007 |
| | Z | 2008/0189395 | 8/7/2008 | Stremel et al. | 709 | 219 | 2/2/2007 |
| | AA | 2008/0189768 | 8/7/2008 | Callahan et al. | 726 | 4 | 2/2/2007 |
| | AB | 2008/0313714 | 12/18/2008 | Fetterman et al. | 726 | 4 | 3/13/2008 |
| Examiner | | | | Date Considered | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No.<br>SVIPGP090I | Application No.:<br>14/224,002 |
|---|---|---|
| **Information Disclosure**<br>**Statement By Applicant** | Applicant:<br>Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date:<br>03-24-2014 | Group Art Unit:<br>2478 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2009/0013413 | 1/8/2009 | Vera et al. | 726 | 30 | 5/27/2008 |
| | B | 2009/0024548 | 1/22/2009 | ZHU et al. | 706 | 21 | 9/30/2008 |
| | C | 2009/0031301 | 1/29/2009 | D'Angelo et al. | 717 | 178 | 5/23/2008 |
| | D | 2009/0037277 | 2/5/2009 | Zuckerberg et al. | 705 | 14 | 5/28/2008 |
| | E | 2009/0048922 | 2/19/2009 | Morgenstern et al. | 705 | 14 | 5/7/2008 |
| | F | 2009/0049014 | 2/19/2009 | Steinberg, Arich | 707 | 3 | 2/21/2008 |
| | G | 2009/0049036 | 2/19/2009 | Juan et al. | 707 | 5 | 8/16/2007 |
| | H | 2009/0049070 | 2/19/2009 | Steinberg, Arich | 707 | 101 | 8/15/2007 |
| | I | 2009/0049127 | 2/19/2009 | Juan et al. | 709 | 204 | 8/16/2007 |
| | J | 2009/0049525 | 2/19/2009 | D'Angelo et al. | 726 | 4 | 8/15/2007 |
| | K | 2009/0070219 | 3/12/2009 | D'Angelo et al. | 705 | 14 | 8/20/2008 |
| | L | 2009/0070334 | 3/12/2009 | Callahan et al. | 707 | 9 | 9/8/2008 |
| | M | 2009/0070412 | 3/12/2009 | D'Angelo et al. | 709 | 203 | 6/12/2008 |
| | N | 2009/0119167 | 5/7/2009 | Kendall et al. | 705 | 14 | 8/18/2008 |
| | O | 2009/0144392 | 6/4/2009 | Wang et al. | 709 | 217 | 10/27/2008 |
| | P | 2009/0182589 | 7/16/2009 | Kendall et al. | 705 | 5 | 8/18/2008 |
| | Q | 2009/0198487 | 8/6/2009 | Wong et al. | 704 | 4 | 12/5/2008 |
| | R | 2009/0228342 | 9/10/2009 | Walker et al. | 705 | 10 | 4/28/2009 |
| | S | 2009/0228780 | 9/10/2009 | McGeehan, Ryan | 715 | 234 | 9/10/2009 |
| | T | 2010/0049534 | 2/25/2010 | Whitnah et al. | 705 | 1 | 8/19/2008 |
| | U | 2010/0049852 | 2/25/2010 | Whitnah et al. | 709 | 226 | 10/16/2008 |
| | V | 2010/0132049 | 5/27/2010 | Vernal et al. | 726 | 27 | 11/26/2008 |
| | W | 2010/0162375 | 6/24/2010 | Tiu, Jr. et al. | 726 | 7 | 3/8/2010 |
| | X | 2010/0164957 | 7/1/2010 | Lindsay et al. | 345 | 440 | 12/31/2008 |
| | Y | 2010/0169327 | 7/1/2010 | Lindsay et al. | 707 | 750 | 12/31/2008 |
| | Z | 2010/0180032 | 7/15/2010 | Lunt, Christopher | 709 | 225 | 3/26/2010 |
| | AA | 2010/0185580 | 7/22/2010 | ZHU et al. | 706 | 52 | 3/26/2010 |
| | AB | 2010/0198581 | 8/5/2010 | Ellis, David | 704 | 4 | 1/30/2009 |
| Examiner | | | | Date Considered | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified)<br><br>**Information Disclosure Statement By Applicant**<br><br>(Use Several Sheets if Necessary) | Atty. Docket No.<br> SVIPGP090I | Application No.:<br>14/224,002 |
|---|---|---|
| | Applicant:<br> Gal Arav | |
| | Filing Date:<br> 03-24-2014 | Group Art Unit:<br>2478 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2010/0211996 | 8/19/2010 | McGeehan et al. | 726 | 4 | 12/23/2009 |
| | B | 2010/0211997 | 8/19/2010 | McGeehan et al. | 726 | 4 | 12/23/2009 |
| | C | 2010/0217645 | 8/26/2010 | Jin et al. | 705 | 9 | 2/20/2009 |
| | D | 2010/0229223 | 9/9/2010 | Shepard et al. | 726 | 5 | 3/6/2009 |
| | E | 2010/0257023 | 10/7/2010 | Kendall et al. | 705 | 10 | 4/7/2009 |
| | F | 2010/0257459 | 10/7/2010 | Galbreath et al. | 715 | 753 | 3/26/2010 |
| | G | 2010/0306043 | 12/2/2010 | Lindsay et al. | 705 | 14.41 | 5/26/2009 |
| | H | 2010/0318571 | 12/16/2010 | Pearlman et al. | 707 | 784 | 6/16/2009 |
| | I | 2011/0004692 | 1/6/2010 | Occhino et al. | 709 | 228 | 7/1/2009 |
| | J | 2011/0004831 | 1/6/2011 | Steinberg et al. | 715 | 753 | 12/23/2009 |
| | K | 2011/0016169 | 1/20/2011 | Cahill et al. | 709 | 203 | 7/20/2009 |
| | L | 2011/0016381 | 1/20/2011 | Cahill et al. | 715 | 234 | 7/20/2009 |
| | M | 2011/0016382 | 1/20/2011 | Cahill et al. | 715 | 234 | 7/20/2009 |
| | N | 2011/0018342 | 1/27/2011 | Park et al. | 307 | 23 | 7/24/2009 |
| | O | 2011/0022657 | 1/27/2011 | ZHU et al. | 709 | 204 | 7/23/2009 |
| | P | 2011/0023101 | 1/27/2011 | Vernal et al. | 726 | 7 | 7/23/2009 |
| | Q | 2011/0023129 | 1/27/2011 | Vernal et al. | 726 | 28 | 7/23/2009 |
| | R | 2011/0044354 | 2/24/2011 | Wei, Xiaoliang | 370 | 468 | 8/18/2009 |
| | S | 2011/0055314 | 3/3/2011 | Rosenstein et al. | 709 | 203 | 9/2/2009 |
| | T | 2011/0055332 | 3/3/2011 | Stein, Christopher A. | 709 | 206 | 8/28/2009 |
| | U | 2011/0055683 | 3/3/2011 | Jiang, Changhao | 715 | 234 | 9/2/2009 |
| | V | 2011/0083101 | 4/7/2011 | Sharon et al | 715 | 800 | 10/6/2009 |
| | W | 2011/0087526 | 4/14/2011 | Morgenstern et al. | 705 | 14.1 | 4/2/2010 |
| | X | 2011/0106630 | 5/5/2011 | Hegeman et al. | 705 | 14.71 | 11/3/2009 |
| | Y | 2011/0125599 | 5/26/2011 | Morin et al. | 705 | 26.1 | 11/20/2009 |
| | Z | 2011/0128699 | 6/2/2011 | Heydari et al. | 361 | 679.48 | 11/30/2009 |
| | AA | 2011/0137902 | 6/9/2011 | Wable et al. | 707 | 737 | 6/15/2010 |
| | AB | 2011/0137932 | 6/9/2011 | Wable, Akhill | 707 | 769 | 6/15/2010 |
| Examiner | | | | Date Considered | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|---|
| **Information Disclosure Statement By Applicant** | | Applicant: Gal Arav | |
| | | Filing Date: 03-24-2014 | Group Art Unit: 2478 |
| (Use Several Sheets if Necessary) | | | |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2011/0145287 | 6/16/2011 | Jiang et al. | 707 | 780 | 12/15/2009 |
| | B | 2011/0145321 | 6/16/2011 | Jiang, Changhao | 709 | 203 | 12/15/2009 |
| | C | 2011/0153377 | 6/23/2011 | Novikov et al. | 705 | 71.1 | 12/23/2009 |
| | D | 2011/0153412 | 6/23/2011 | Novikov et al. | 705 | 14.42 | 12/23/2009 |
| | E | 2011/0153416 | 6/23/2011 | Walker et al. | 705 | 14.49 | 2/28/2011 |
| | F | 2011/0153421 | 6/23/2011 | Novikov et al. | 705 | 14.52 | 12/23/2009 |
| | G | 2011/0154223 | 6/23/2011 | Whitnah et al. | 715 | 753 | 12/23/2009 |
| | H | 2011/0154842 | 6/30/2011 | Heydari et al. | 62 | 259.2 | 12/31/2009 |
| | I | 2011/0156480 | 6/30/2011 | Park, Seung Hoon | 307 | 23 | 12/31/2009 |
| | J | 2011/0161602 | 6/30/2011 | Adams et al. | 711 | 148 | 12/31/2009 |
| | K | 2011/0161980 | 6/30/2011 | English et al. | 718 | 105 | 12/31/2009 |
| | L | 2011/0161987 | 6/30/2011 | Huang et al. | 719 | 318 | 12/30/2009 |
| | M | 2011/0179347 | 7/21/2011 | Proctor et al. | 715 | 234 | 9/27/2010 |
| | N | 2011/0196855 | 8/11/2011 | Wable et al. | 707 | 711 | 2/11/2010 |
| | O | 6,199,077 | 3/6/2001 | Inala et al. | 707 | 501 | 6/1/1999 |
| | P | 6,484,149 | 11/19/2002 | Jammes et al. | 705 | 26 | 10/10/1997 |
| | Q | 6,515,681 | 2/4/2003 | Knight, Timothy O. | 345 | 751 | 5/11/1999 |
| | R | 7,194,552 | 3/20/2007 | Schneider, Eric | 709 | 245 | 7/25/2001 |
| | S | 7,487,441 | 2/3/2009 | Szeto, Christopher Tzann-en | 715 | 234 | 3/11/2004 |
| | T | 7,499,940 | 3/3/2009 | Gibbs, Kevin A. | 707 | 102 | 11/11/2004 |
| | U | 7,590,687 | 9/15/2009 | Bales et al. | 709 | 203 | 3/6/2006 |
| | V | 7,685,036 | 3/23/2010 | Hsu, et al | 705 | 35 | 10/13/2000 |
| | W | 2001/0018698 | 8/30/2001 | UCHINO et al. | 707 | 533 | 3/26/1998 |
| | X | 2002/0065671 | 5/30/2002 | Goerz, Jr. et al. | 705 | 1 | 1/30/2001 |
| | Y | 2004/0254881 | 12/16/2004 | Kumar et al. | 705 | 40 | 7/14/2004 |
| | Z | 2005/0049939 | 3/3/2005 | Lai et al. | 705 | 27 | 8/29/2003 |
| | AA | 2006/0206454 | 9/14/2006 | Forstall et al. | 707 | 3 | 3/8/2005 |
| | AB | 2006/0248160 | 11/2/2006 | Plummer, David William | 709 | 217 | 2/9/2006 |
| Examiner | | | | Date Considered | | | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| | Filing Date: 03-24-2014 | Group Art Unit: 2478 |
| (Use Several Sheets if Necessary) | | |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2007/0100779 | 5/3/2007 | Levy, et al. | 705 | 500 | 3/1/2006 |
| | B | 2007/0112835 | 5/17/2007 | McMullen et al. | 707 | 102 | 3/2/2006 |
| | C | 2007/0113201 | 5/17/2007 | Bales et al. | 715 | 810 | 3/10/2006 |
| | D | 2007/0143704 | 6/21/2007 | Laird-McConnell | 715 | 781 | 12/16/2005 |
| | E | 2008/0059607 | 3/6/2008 | Schneider, Eric | 709 | 218 | 7/4/2004 |
| | F | 2008/0281816 | 11/13/2008 | Kim, June Whi | 707 | 6 | 11/30/2004 |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | G | WO 2007/109264 A3 | 9/27/2007 | WIPO | G06F | 15/16 | | |
| | | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | H | FeedTheBull.com as viewed on 3/21/2007 |
| | I | Forex Trading Website (2/17/2006) |
| | J | InvestorVillage Website (2/17/2006) |
| | K | StockHouse Bullboards Website (2/15/2006) |
| | L | Copy of Notice of Allowance from U.S. Patent Application No. 12/334,024 which was mailed on 3/22/2011 |
| | M | Copy of Notice of Allowance from U.S. Patent Application No. 12/334,037 which was mailed on 10/1/2010 |
| | N | Copy of Notice of Allowance from U.S. Patent Application No. 12/334,063 which was mailed on 9/20/2010 |

| Examiner | Date Considered |
|---|---|
| | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Page **6** of **7**

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

**Other Documents**

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | A | Copy of Office Action from U.S. Patent Application No. 12/334,024 which was mailed on 8/5/2010 |
| | B | Copy of Office Action from U.S. Patent Application No. 12/334,037 which was mailed on 3/9/2010 |
| | C | Copy of Office Action from U.S. Patent Application No. 12/334,063 which was mailed on 3/9/2010 |
| | D | Copy of Office Action from U.S. Patent Application No. 12/334,093 which was mailed on 5/12/2011 |
| | E | Copy of Office Action from U.S. Patent Application No. 12/334,093 which was mailed on 8/18/2010 |
| | F | Copy of Office Action from U.S. Patent Application No. 12/435,296 which was mailed on 2/3/2011 |
| | G | Copy of Office Action from U.S. Patent Application No. 12/435,296 which was mailed on 8/20/2010 |
| | H | Copy of Office Action from U.S. Patent Application No. 13/099,342 which was mailed on 9/6/2011 |
| Examiner | | Date Considered |
| | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Page **7** of **7**

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

**U.S. Patent Documents**

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | 2006/0174340 | 08/2006 | Santos, et al. | 726 | 021 | |
| | B | 2004/0172405 | 09/2004 | Farran, Howard E. | 707 | 100 | |
| | C | 2003/0115306 | 06/2003 | Hagarty, et al. | 709 | 223 | |
| | D | 6,336,133 | 01/2002 | Morris, et al. | 709 | 204 | |
| | E | 2006/0064342 | 03/2006 | Frengut, et al. | 705 | 010 | |
| | F | 2006/0015821 | 01/19/2006 | Parker, Jacques, et al | | | |
| | G | 2005/0076110 | 04/07/2005 | Mathew, et al | | | |
| | H | 6,748,449 | 06/8/2004 | Dutta | | | |
| | I | 6,661,877 | 12/09/2003 | Lee, et al. | | | |
| | J | 6,498,835 | 12/24/2002 | Skladman, et al. | | | |
| | K | 2002/0152238 | 10/17/2002 | Hayes | | | |
| | L | 6,456,303 | 09/24/2002 | Walden, et al | | | |
| | M | 2002/0130895 | 09/19/2002 | Brandt, et al. | | | |
| | N | 6,405,238 | 06/11/2002 | Votipka | | | |
| | O | 6,216,141 | 04/10/2001 | Straub, et al. | | | |
| | P | 5,854,630 | 12/29/1998 | Nielson | | | |
| | Q | 5,754,176 | 05/19/1998 | Crawford | | | |
| | R | 2009/0287786 | 11/09/2009 | Arav, Gal | 709 | 206 | |
| | S | 2009/0199135 | 08/06/2009 | Arav, Gal | 715 | 841 | |
| | T | 2009/0193349 | 07/30/2009 | Arav, Gal | 715 | 764 | |
| | U | 2009/0193333 | 07/30/2009 | Arav, Gal | 715 | 261 | |
| | V | 2009/0158169 | 06/18/2009 | Arav, Gal | 715 | 751 | |
| | W | 2009/0158143 | 06/18/2009 | Arav, Gal | 715 | 261 | |
| | X | 2006/0155809 | 07/13/2006 | Arav, Gal | 709 | 204 | |
| Examiner | | | | Date Considered | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

<table>
<tr><td><b>Form 1449 (Modified)</b><br><br><b>Information Disclosure<br>Statement By Applicant</b><br><br>(Use Several Sheets if Necessary)</td><td>Atty. Docket No.<br> SVIPGP090I<br>Applicant:<br> Gal Arav<br>Filing Date:<br>03-24-2014</td><td>Application No.:<br>14/224,002<br><br><br>Group Art Unit:<br>2478</td></tr>
</table>

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | R | WO 2004/029780 A2 | 08/04/2004 | | | | | |
| | S | WO 02/061610 A1 | 08/08/2002 | | | | | |
| | T | WO 02/03243 A1 | 01/10/2002 | | | | | |
| Examiner | | | Date Considered | | | | | |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified)                                    | Atty. Docket No.  SVIPGP090I | Application No.:  14/224,002 |
|---------------------------------------------------------|------------------------------|------------------------------|
| **Information Disclosure Statement By Applicant**       | Applicant:  Gal Arav         |                              |
| (Use Several Sheets if Necessary)                       | Filing Date:  03-24-2014     | Group Art Unit:  2478        |

**Other Documents**

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|------------------|-----|----------------------------------------------------------|
|                  | A   | BoardCentral Website (2/15/06)                           |
|                  | B   | StockHouse Website (2/15/06)                             |
|                  | C   | ClearStation Website (2/15/06)                           |
|                  | D   | FreeRealTime Message Boards Website (2/15/06)            |
|                  | E   | MarketWatch Message Boards Website (2/15/06)             |
|                  | F   | The Motley Fool Discussion Boards Website (2/15/06)      |
|                  | G   | MSN Money Message Boards Website (2/15/06)               |
|                  | H   | Yahoo! Message Boards Website (2/15/06)                  |
|                  | I   | StockSelector.com Message Boards Website (2/15/06)       |
|                  | J   | StockHouse Website (2/15/06)                             |
|                  | K   | SmallCapCenter.com Message Boards Website (2/15/06)      |
|                  | L   | Silicon Investor Message Boards Website (2/15/06)        |
|                  | M   | RagingBull Website (2/15/06)                             |
|                  | N   | WallStreetTape.com Website (2/15/06)                     |
|                  | O   | InvestorVillage Website (2/15/06)                        |
|                  | P   | Forex Trading Website (2/15/06)                          |
|                  | Q   | Elite Trader.com as viewed on 03-21-2007                 |
|                  | R   | AllStocks.com as viewed on 03-21-2007                    |
|                  | S   | InvestorsHub.com as viewed on 03-21-2007                 |
|                  | T   | TheLion.com as viewed on 03-21-2007                      |
|                  | U   | Finance.Google.com as viewed on 03-21-2007              |
|                  | V   | ADVFN.com as viewed on 03-21-2007                        |
|                  | W   | EquityGroups.com as viewed on 03-21-2007                 |
|                  | X   | StockPickr.com as viewed on 03-21-2007                   |
|                  | Y   | StockTickr.com as viewed on 03-21-2007                   |
|                  | Z   | SocialPicks.com as viewed on 03-21-2007                  |
| Examiner         |     | Date Considered                                          |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

### Other Documents

| | | |
|---|---|---|
| | A | FreedTheBull.com as viewed on 03-21-2007 |
| | B | Bullpoo.com as viewed on 03-21-2007 |
| | | Wallstrip.com as viewed on 03-21-2007 |
| | C | Monitor110.com as viewed on 03-21-2007 |
| | D | CollectiveIntellect.com as viewed on 03-21-2007 |
| | E | Copy of Office Action Summary from US Application No. 11/384,957 mailed on 05/13/2008. |
| | F | Copy of Notice of Allowance from US Application No. 11/384,957 mailed on 02/25/2009. |
| | G | Moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/stock_quote (3/15/2010) |
| | H | finance.yahoo.com   (3/15/2010) |
| | I | money.cnn.com/quote/lookup/index.html  (3/15/2010) |
| | J | Marketwatch.com  (3/15/2010) |
| | K | clearstation.etrade.com/cgi-bin/symbol_search  (3/15/2010) |
| | L | quote.com/std/search.action  (3/15/2010) |
| | M | quote.com/help/resources/toolbox.jsp  (3/15/2010) |
| | N | quote.com/search.action  (3/15/2010) |
| | O | online.wsj.com/home-page  (3/15/2010)) |
| | P | online.barrons.com/home-page (3/15/2010) |
| | Q | bigcharts.marketwatch.com/ (3/15/2010) |
| | R | esignal.com/support/default.aspx (3/15/2010) |
| | S | hoovers.com (3/15/2010) |
| | T | bloomberg.com/apps/tkrlookup (3/15/2010) |
| | U | 2.barchart.com/lookup.asp (3/15/2010) |
| | V | stockcharts.com/index.html (3/15/2010) |
| | W | thestreet.com/quote/%5EDJI.html?pg-qcn& (3/15/2010) |
| | X | earningswhispers.com/tickerlookup.asp (3/15/2010) |
| | Y | whispernumber.com/index.jsp (3/15/2010) |
| Examiner | | Date Considered |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified)<br><br>**Information Disclosure<br>Statement By Applicant**<br><br>(Use Several Sheets if Necessary) | Atty. Docket No.<br> SVIPGP090I | Application No.:<br>14/224,002 |
|---|---|---|
| | Applicant:<br> Gal Arav | |
| | Filing Date:<br>03-24-2014 | Group Art Unit:<br>2478 |

**Other Documents**

| | A | Google.com (3/15/2010) |
|---|---|---|
| | B | quote.morningstar.com/tickerlookup.html (3/15/2010) |
| | C | fool.com/ (3/15/2010) |
| | D | siliconinvestor.advfn.com/ (3/15/2010) |
| | E | investorshub.advfn.com/ (3/15/2010) |
| | F | ragingbull.quote.com/cgi-bin/static.cgi/a=index.txt&d=mainpages (3/15/2010) |
| | G | boardcentral.com/ (3/15/2010) |
| | H | briefing.com/ (3/15/2010) |
| | I | nytimes.com/ (3/15/2010) |
| | J | washingtonpost.com/ (3/15/2010) |
| | K | boston.com/ (3/15/2010) |
| | L | ft.com/home/uk (3/15/2010) |
| | M | news.bbc.co.uk/ (3/15/2010) |
| | N | inc.com/ (3/15/2010) |
| | O | Forbes.com (3/15/2010) |
| | P | money.cnn.com/magazines/fortune/ (3/15/2010) |
| | Q | businessweek.com/ (3/15/2010) |
| | R | us.etrade.com/e/t/home (3/15/2010) |
| | S | tdameritrade.com/welcome4.html (3/15/2010) |
| | T | schwab.com/public/schwab/home/welcomep.html (3/15/2010) |
| | U | scottrade.com/ (3/15/2010) |
| | V | sharebuilder.com/ (3/15/2010) |
| | W | vanguard.com/ (3/15/2010) |
| | X | seekingalpha.com/ (3/15/2010) |
| | Y | abcnews.go.com/business (3/15/2010) |
| | Z | investorvillage.com/home.asp (3/15/2010) |
| | AA | tickertech.com/cgi/?a=lookup (3/15/2010) |
| Examiner | | Date Considered |

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
| --- | --- | --- | --- |
| **Information Disclosure Statement By Applicant** | | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

**Other Documents**

| | A | investors.com/symbol.asp (3/15/2010) |
| --- | --- | --- |
| | B | cboe.com/DelayedQuote/Symbol.aspx (3/15/2010) |
| | C | personal.fidelity.com/research/stocks/content/stocksindex.shtml?bar=c (3/15/2010) |
| | D | investing.quicken.com/public/symbolLookup.asp (3/15/2010) |
| | E | globeinvestor.com/static/hubs/lookup.html (3/15/2010) |
| | F | usatoday.com/money/2007-05-15-search-tips_N.htm (3/15/2010) |
| | G | stockhouse.com/ (3/15/2010) |
| | H | thelion.com/ (3/15/2010) |
| | I | zacks.com/ (3/15/2010) |
| | J | individual.troweprice.com/public/Retail/Products-&-Services/Brokerage (3/15/2010) |
| | K | nyse.com/attachment/amex_landing.htm (3/15/2010) |
| | L | nasdaq.com/ (3/15/2010) |
| | M | nyse.com/ (3/15/2010) |
| | N | londonstockexchange.com/home/homepage.htm (3/15/2010) |
| | O | euronext.com/landing/indexMarket-18812-EN.html (3/15/2010) |
| | P | tmx.com/ (3/15/2010) |
| | Q | asx.com.au/ (3/15/2010) |
| | R | advfn.com/ (3/15/2010) |
| | S | mldirect.ml.com/ (3/15/2010) |
| | T | foxbusiness.com/index.html (3/15/2010) |
| | U | economist.com/index.html (3/15/2010) |
| | V | kiplinger.com/ (3/15/2010) |
| | W | pennystock.com/ (3/15/2010) |
| | X | wallstreetselect.com/ (3/15/2010) |
| | Y | sec.gov/edgar.shtml (3/15/2010) |
| | Z | edgar-online.com/ (3/15/2010) |
| | AA | freeedgar.com/ (3/15/2010) |

| Examiner | Date Considered |
| --- | --- |
| | |

Pg. 6 of 7

Examiner:  Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449 (Modified) | | Atty. Docket No. SVIPGP090I | Application No.: 14/224,002 |
|---|---|---|---|
| **Information Disclosure Statement By Applicant** | | Applicant: Gal Arav | |
| (Use Several Sheets if Necessary) | | Filing Date: 03-24-2014 | Group Art Unit: 2478 |

**Other Documents**

| | | |
|---|---|---|
| | A | thedeal.com/ (3/15/2010) |
| | B | investools.com/ (3/15/2010) |
| | C | activetradermag.com/ (3/15/2010) |
| | D | traders.com/ (3/15/2010) |
| | E | renaissancecapital.com/RenCap/Default.aspx (3/15/2010) |
| | F | ant.com/tags/finance/?page=1 (3/15/2010) |
| Examiner | | Date Considered |
| | | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Pg. 8 of 7

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 14224002 |
| Filing Date | | 2014-03-24 |
| First Named Inventor | Gal Arav | |
| Art Unit | | 2478 |
| Examiner Name | SMARTH, GERALD A | |
| Attorney Docket Number | | SVIPGP090I |

### U.S. PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 9348911 | | 2016-05-24 | Egendorf, et al. | |
| | 2 | 6704727 | | 2004-03-09 | Kravets, Alexander N. | |
| | 3 | 8539024 | | 2013-09-17 | Smit, et al | |
| | 4 | 6564213 | | 2003-05-13 | Ortega, et al | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S. PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20020010639 | | 2002-01-24 | Howey et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 14224002 |
| Filing Date | | 2014-03-24 |
| First Named Inventor | | Gal Arav |
| Art Unit | | 2478 |
| Examiner Name | | SMARTH, GERALD A |
| Attorney Docket Number | | SVIPGP090I |

| | 1 | | | | | | | ☐ |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004/, last accessed 11/13/2017 | ☐ |
| | 2 | https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed 11/13/2017 | ☐ |
| | 3 | https://web.archive.org/web/20050209030435/http://www.macromedia.com:80/sofware/dreamweaver, last accessed 11/13/2017 | ☐ |
| | 4 | https://web.archive.org/web/20030424131635/http://www.mediatemple.net:80/, last accessed 11/13/2017 | ☐ |
| | 5 | Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," http://www.informit.com/articles/article.aspx?p=29835, last accessed 11/13/2017 | ☐ |
| | 6 | Tony Arguelles, "Essential Dreamweaver 4 for Web Professionals Paperback - 2002," Prentice Hall | ☐ |
| | 7 | Lisa Wollin, "Creating a drop-down list that links to other pages," Aug 19, 2004, https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed 11/13/2017 | ☐ |
| | 8 | Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Dec 2004, https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed 11/13/2017 | ☐ |

| | | | | |
|---|---|---|---|---|
| | | Application Number | 14224002 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | Filing Date | 2014-03-24 | |
| | | First Named Inventor | Gal Arav | |
| | | Art Unit | 2478 | |
| | | Examiner Name | SMARTH, GERALD A | |
| | | Attorney Docket Number | SVIPGP090I | |

| | | | |
|---|---|---|---|
| | 9 | Nick Rigby, "Drop-Down Menus, Horizontal Style," June 29, 2004, https://alistapart.com/article/horizdropdowns, last accessed 11/13/2017 | ☐ |
| | 10 | Schmitt et al., "Professional CSS - Cascading Style Sheets for Web Design," Jul 2005, http://uap.unnes.ac.id/ebook/ebook2006/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU.pdf, last accessed 11/13/2017 | ☐ |
| | 11 | Aaron Boodman, "TransMenus," http://aboodman.github.io/transmenus/, March 2003, last accessed 11/13/2017 | ☐ |
| | 12 | Dan Livingston, "Advanced Javascript: Insights and Innovative Techniques," July 2002, relevant excerpts available at: http://www.informit.com/articles/article.aspx?p=28789&seqNum=3 http://www.informit.com/articles/article.aspx?p=28789&seqnum=2 last accessed 11/13/2017 | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2017-11-13 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Best Available Copy

02/01/2018 10:54PM FAX 2144077935     GORDON     ☑0007/0016

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)

Approved for use through 07/31/2016. OMB 0651-0031

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 14224002 | |
| Filing Date | 2014-03-24 | **FAX RECEIVED** |
| First Named Inventor | Gal Arav | **FEB 01 2018** |
| Art Unit | 2478 | |
| Examiner Name | SMARTH, GERALD A | |
| Attorney Docket Number | SVIPGP0901 | **OFFICE OF PETITIONS** |

### U.S. PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 9348911 | | 2016-05-24 | Egendorf, et al. | |
| | 2 | 6704727 | | 2004-03-09 | Kravets, Alexander N. | |
| | 3 | 8539024 | | 2013-09-17 | Smit, et al | |
| | 4 | 6564213 | | 2003-05-13 | Ortega, et al | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S. PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20020010639 | | 2002-01-24 | Howey et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 14224002 | |
| Filing Date | 2014-03-24 | |
| First Named Inventor | Gal Arav | |
| Art Unit | 2478 | |
| Examiner Name | SMARTH, GERALD A | |
| Attorney Docket Number | SVIPGP0901 | |

FAX RECEIVED

FEB 0 1 2018

OFFICE OF PETITIONS

|  | 1 |  |  |  |  |  | ☐ |
|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (In CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
|  | 1 | https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004/, last accessed 11/13/2017 | ☐ |
|  | 2 | https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed 11/13/2017 | ☐ |
|  | 3 | https://web.archive.org/web/20050209030435/http://www.macromedia.com:80/sofware/dreamweaver, last accessed 11/13/2017 | ☐ |
|  | 4 | https://web.archive.org/web/20030424131635/http://www.mediatemple.net:80/, last accessed 11/13/2017 | ☐ |
|  | 5 | Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," http://www.informit.com/articles/article.aspx?p=29835, last accessed 11/13/2017 | ☐ |
|  | 6 | Tony Arguelles, "Essential Dreamweaver 4 for Web Professionals Paperback - 2002," Prentice Hall | ☐ |
|  | 7 | Lisa Wollin, "Creating a drop-down list that links to other pages," Aug 19, 2004, https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed 11/13/2017 | ☐ |
|  | 8 | Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Dec 2004, https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed 11/13/2017 | ☐ |

EFS Web 2.1.17

Best Available Copy

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 14224002 |
|---|---|
| Filing Date | 2014-03-24 |
| First Named Inventor | Gal Arav |
| Art Unit | 2478 |
| Examiner Name | SMARTH, GERALD A |
| Attorney Docket Number | SVIPGP0901 |

**FAX RECEIVED**

FEB 0 1 2018

OFFICE OF PETITIONS

| | | | |
|---|---|---|---|
| | 9 | Nick Rigby, "Drop-Down Menus, Horizontal Style," June 29, 2004, https://alistapart.com/article/horizdropdowns, last accessed 11/13/2017 | ☐ |
| | 10 | Schmitt et al., "Professional CSS - Cascading Style Sheets for Web Design," Jul 2005, http://uap.unnes.ac.id/ebook/ebook2006/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU.pdf, last accessed 11/13/2017 | ☐ |
| | 11 | Aaron Boodman, "TransMenus," http://aboodman.github.io/transmenus/, March 2003, last accessed 11/13/2017 | ☐ |
| | 12 | Dan Livingston, "Advanced Javascript: Insights and Innovative Techniques," July 2002, relevant excerpts available at: http://www.informit.com/articles/article.aspx?p=28789&seqNum=3 http://www.informit.com/articles/article.aspx?p=28789&seqnum=2 last accessed 11/13/2017 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

Best Available Copy

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 14224002 |
| Filing Date | 2014-03-24 |
| First Named Inventor | Gal Arav |
| Art Unit | 2478 |
| Examiner Name | SMARTH, GERALD A |
| Attorney Docket Number | SVIPGP0901 |

**FAX RECEIVED**

**FEB 0 1 2018**

**OFFICE OF PETITIONS**

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | | Date (YYYY-MM-DD) | 2017-11-13 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

```
*********************
***   RX REPORT    ***
*********************
```

RECEPTION OK

| | |
|---|---|
| TX/RX NO | 8920 |
| RECIPIENT ADDRESS | 2144077935 |
| DESTINATION ID | |
| ST. TIME | 02/02 01:15 |
| TIME USE | 03'02 |
| PGS. | 16 |
| RESULT | OK |



FAX RECEIVED

FEB 0 1 2018

OFFICE OF PETITIONS

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| Application Number | | 14224002 |
| Filing Date | | 2014-03-24 |
| First Named Inventor | Gal Arav | |
| Art Unit | | 2478 |
| Examiner Name | SMARTH, GERALD A | |
| Attorney Docket Number | | SVIPGP090I |

## U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 9348911 | | 2016-05-24 | Egendorf, et al. | |
| | 2 | 6704727 | | 2004-03-09 | Kravets, Alexander N. | |
| | 3 | 8539024 | | 2013-09-17 | Smit, et al | |
| | 4 | 6564213 | | 2003-05-13 | Ortega, et al | |

If you wish to add additional U.S. Patent citation information please click the Add button.

## U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20020010639 | | 2002-01-24 | Howey et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

| | 1 | | | | | | | ☐ |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004/, last accessed 11/13/2017 | ☐ |
| | 2 | https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed 11/13/2017 | ☐ |
| | 3 | https://web.archive.org/web/20050209030435/http://www.macromedia.com:80/sofware/dreamweaver, last accessed 11/13/2017 | ☐ |
| | 4 | https://web.archive.org/web/20030424131635/http://www.mediatemple.net:80/, last accessed 11/13/2017 | ☐ |
| | 5 | Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," http://www.informit.com/articles/article.aspx?p=29835, last accessed 11/13/2017 | ☐ |
| | 6 | Tony Arguelles, "Essential Dreamweaver 4 for Web Professionals Paperback - 2002," Prentice Hall | ☐ |
| | 7 | Lisa Wollin, "Creating a drop-down list that links to other pages," Aug 19, 2004, https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed 11/13/2017 | ☐ |
| | 8 | Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Dec 2004, https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed 11/13/2017 | ☐ |

EFS Web 2.1.17

| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | 14224002 |
|---|---|---|---|---|
| | | | Filing Date | 2014-03-24 |
| | | | First Named Inventor | Gal Arav |
| | | | Art Unit | 2478 |
| | | | Examiner Name | SMARTH, GERALD A |
| | | | Attorney Docket Number | SVIPGP090I |

| | | | |
|---|---|---|---|
| | 9 | Nick Rigby, "Drop-Down Menus, Horizontal Style," June 29, 2004, https://alistapart.com/article/horizdropdowns, last accessed 11/13/2017 | ☐ |
| | 10 | Schmitt et al., "Professional CSS - Cascading Style Sheets for Web Design," Jul 2005, http://uap.unnes.ac.id/ebook/ebook2006/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU.pdf, last accessed 11/13/2017 | ☐ |
| | 11 | Aaron Boodman, "TransMenus," http://aboodman.github.io/transmenus/, March 2003, last accessed 11/13/2017 | ☐ |
| | 12 | Dan Livingston, "Advanced Javascript: Insights and Innovative Techniques," July 2002, relevant excerpts available at: http://www.informit.com/articles/article.aspx?p=28789&seqNum=3 http://www.informit.com/articles/article.aspx?p=28789&seqnum=2 last accessed 11/13/2017 | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
|---|
| **EXAMINER SIGNATURE** |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

\*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2017-11-13 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 510 of 1037

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
| --- | --- | --- |
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

| | | | |
| --- | --- | --- | --- |
| | 1 | WayBackMachine, homepage for Arkitrave, http://www.arkitrave.com:80/, captured March 28 2004, available at https://web.archive.org/web/20040328084551/http://www.arkitrave.com:80/ | ☐ |
| | 2 | WayBackMachine, homepage for Chevrolet, http://www.chevrolet.com:80/, captured January 1, 2005, available at https://web.archive.org/web/20050101085416/http://www.chevrolet.com:80/ | ☐ |
| | 3 | WayBackMachine, homepage for Marriott, http://shopmarriott.com:80/index.aspx/, captured November 25, 2005, available at https://web.archive.org/web/20051125000055/http://shopmarriott.com:80/index.aspx | ☐ |
| | 4 | WayBackMachine, homepage for Walmart, http://www.walmart.com:80/, captured March 21, 2004, available at https://web.archive.org/web/20040321210247/http://www.walmart.com:80/ | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2018-03-21 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 513 of 1037

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 14224002 |
| Filing Date | | 2014-03-24 |
| First Named Inventor | | Gal Arav |
| Art Unit | | 2478 |
| Examiner Name | | SMARTH, GERALD A |
| Attorney Docket Number | | SVIPGP090I |

### U.S. PATENTS                                                               Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.  **Add**

### U.S. PATENT APPLICATION PUBLICATIONS                                        Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  **Add**

### FOREIGN PATENT DOCUMENTS                                                    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button  **Add**

### NON-PATENT LITERATURE DOCUMENTS                                             Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

|  | 1 | PaperMountain.org (Posted July 27, 2004) https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/ |  |
|---|---|---|---|
|  | 2 | Creatimation.net (Posted July 10, 2004) https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request |  |
|  | 3 | Meyerweb.com (April 11, 2003) https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html |  |
|  | 4 | BrotherCake.com (April 10, 2003) https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php |  |
|  | 5 | toro.com (April 21, 2003) https://web.archive.org/web/20030421102649/http://toro.com:80/ |  |
|  | 6 |  |  |
|  | 7 |  |  |

If you wish to add additional non-patent literature document citation information please click the Add button    **Add**

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

\*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2018-04-22 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14224002 |
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

### U.S.PATENTS  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 7216301 | | 2007-05-08 | Armin Moehrle | |

If you wish to add additional U.S. Patent citation information please click the Add button.  [Add]

### U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  [Add]

### FOREIGN PATENT DOCUMENTS  [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button  [Add]

### NON-PATENT LITERATURE DOCUMENTS  [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

| | | |
|---|---|---|
| | 1 | Glen Doss, "Designing Effective Web Navigation," Towson University, Center for Applied Information Technology, April 2002 |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☒ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2018-04-30 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 14224002 | |
| Filing Date | 2014-03-24 | |
| First Named Inventor | Gal Arav | |
| Art Unit | 2478 | |
| Examiner Name | SMARTH, GERALD A | |
| Attorney Docket Number | SVIPGP090I | |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14224002 |
|---|---|---|
| | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

| | | |
|---|---|---|
| | 1 | http://www.target.com (Feb. 2, 2006), available at https://web.archive.org/web/20060202022200/http://www.target.com:80/gp/browse.html?_encoding=UTF8&node=1041790, last accessed 6/19/2018 |
| | 2 | http://www.bestbuy.com (March 18, 2006), available at http://web.archive.org/web/20060318230400/https://www.bestbuy.com/, last accessed 6/19/2018 |
| | 3 | http://www.crateandbarrel.com (Mar. 17, 2006), available at http://web.archive.org/web/20060317031155/https://www.crateandbarrel.com/, last accessed 6/19/2018 |
| | 4 | Fowler & Stanwick, Web Application Design Handbook: Best Practices for Web-Based Software 72 (Card et al., Morgan Kaufmann)(2004) |
| | 5 | Tidwell, Designing Interfaces: Patterns for Effective Interaction Design (O'Reilly, Nov. 2005) |

If you wish to add additional non-patent literature document citation information please click the Add button | Add

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | Application Number | 14224002 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Filing Date | 2014-03-24 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | SMARTH, GERALD A |
| | Attorney Docket Number | SVIPGP090I |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☒ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2018-06-20 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Exhibit 35

US010042823B2

(12) **United States Patent**
Arav

(10) **Patent No.:** US 10,042,823 B2
(45) **Date of Patent:** *Aug. 7, 2018

(54) **HYPERLINK WITH GRAPHICAL CUE**

(71) Applicant: **Aloft Media, LLC**, Longview, TX (US)

(72) Inventor: **Gal Arav**, Raanana (IL)

(73) Assignee: **Aloft Media, LLC**, Longview, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 190 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/224,002**

(22) Filed: **Mar. 24, 2014**

(65) **Prior Publication Data**

US 2014/0298149 A1     Oct. 2, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 12/334,068, filed on Dec. 12, 2008, now Pat. No. 8,682,961, which is a continuation of application No. 11/384,957, filed on Mar. 20, 2006, now Pat. No. 7,529,795.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *G06F 17/22* | (2006.01) |
| *G06Q 10/10* | (2012.01) |
| *G06F 3/0484* | (2013.01) |

(52) **U.S. Cl.**
CPC ...... *G06F 17/2235* (2013.01); *G06F 3/04842* (2013.01); *G06Q 10/107* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. G06F 17/2235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,754,176 A | 5/1998 | Crawford | |
| 5,854,630 A | 12/1998 | Nielson | |
| 6,065,051 A | 5/2000 | Steele et al. | .................. 709/219 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 02/03243 A1 | 1/2002 | |
| WO | WO 02/061610 A1 | 8/2002 | |

(Continued)

OTHER PUBLICATIONS

BoardCentral Website (Feb. 15, 2006).

(Continued)

*Primary Examiner* — Gerald A Smarth
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks. In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks. Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.

**31 Claims, 8 Drawing Sheets**



**US 10,042,823 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,199,077 B1 | 3/2001 | Inala et al. | 707/501 |
| 6,199,157 B1 | 3/2001 | Dov et al. | 713/1 |
| 6,208,339 B1 | 3/2001 | Atlas et al. | 715/780 |
| 6,216,141 B1 | 4/2001 | Straub et al. | |
| 6,253,325 B1 | 6/2001 | Steele et al. | 713/201 |
| 6,314,458 B1 | 11/2001 | Steele et al. | 709/219 |
| 6,336,133 B1 | 1/2002 | Morris et al. | 709/204 |
| 6,393,468 B1 | 5/2002 | McGee | 709/218 |
| 6,405,238 B1 | 6/2002 | Votipka | |
| 6,421,651 B1 | 7/2002 | Tedesco et al. | 705/8 |
| 6,430,537 B1 | 8/2002 | Tedesco et al. | 705/8 |
| 6,456,303 B1 | 9/2002 | Walden et al. | |
| 6,484,149 B1 | 11/2002 | Jammes et al. | 705/26 |
| 6,498,835 B1 | 12/2002 | Skladman et al. | |
| 6,515,681 B1 | 2/2003 | Knight | 345/751 |
| 6,564,213 B1 | 5/2003 | Ortega et al. | |
| 6,633,311 B1 | 10/2003 | Douvikas et al. | 345/731 |
| 6,661,877 B1 | 12/2003 | Lee et al. | |
| 6,691,158 B1 | 2/2004 | Douvikas et al. | 709/219 |
| 6,704,727 B1 | 3/2004 | Kravets | |
| 6,748,449 B1 | 6/2004 | Dutta | |
| 6,879,691 B1 | 4/2005 | Koretz | 380/255 |
| 6,889,213 B1 | 5/2005 | Douvikas et al. | 705/67 |
| 6,952,730 B1 | 10/2005 | Najork et al. | 709/225 |
| 7,017,109 B1 | 3/2006 | Douvikas et al. | 715/501.1 |
| 7,024,451 B2 | 4/2006 | Jorgenson | 709/203 |
| 7,069,308 B2 | 6/2006 | Abrams | 709/218 |
| 7,117,254 B2 | 10/2006 | Lunt et al. | 709/218 |
| 7,188,080 B1 | 3/2007 | Walker et al. | 705/26 |
| 7,188,153 B2 | 3/2007 | Lunt et al. | 709/218 |
| 7,194,552 B1 | 3/2007 | Schneider | 709/245 |
| 7,194,691 B1 * | 3/2007 | Zilka | G06F 17/30876 707/E17.112 |
| 7,216,301 B2 | 5/2007 | Moehrle | |
| 7,231,428 B2 | 6/2007 | Teague | 709/206 |
| 7,233,997 B1 | 6/2007 | Leveridge et al. | 709/229 |
| 7,340,419 B2 | 3/2008 | Walker et al. | 705/27 |
| 7,373,338 B2 | 5/2008 | Thompson et al. | 707/3 |
| 7,451,161 B2 | 11/2008 | Zhu et al. | 707/104.1 |
| 7,478,078 B2 | 1/2009 | Lunt et al. | 707/1 |
| 7,487,441 B2 | 2/2009 | Szeto | 715/234 |
| 7,499,940 B1 | 3/2009 | Gibbs | 707/102 |
| 7,526,440 B2 | 4/2009 | Walker et al. | 705/26 |
| 7,590,687 B2 | 9/2009 | Bales et al. | 709/203 |
| 7,606,687 B2 | 10/2009 | Galbreath et al. | 703/3 |
| 7,606,865 B2 | 10/2009 | Kumar et al. | 709/206 |
| 7,669,123 B2 | 2/2010 | Zuckerberg et al. | 715/273 |
| 7,680,882 B2 | 3/2010 | Tiu et al. | 709/203 |
| 7,685,036 B1 | 3/2010 | Hsu et al. | 705/35 |
| 7,725,492 B2 | 5/2010 | Sittig et al. | 707/784 |
| 7,765,568 B1 * | 7/2010 | Gagnon | H04H 60/25 715/787 |
| 7,788,260 B2 | 8/2010 | Lunt et al. | 707/727 |
| 7,797,256 B2 | 9/2010 | Zuckerberg et al. | 705/319 |
| 7,809,805 B2 | 10/2010 | Stremel et al. | 709/219 |
| 7,827,208 B2 | 11/2010 | Bosworth et al. | 707/802 |
| 7,827,265 B2 | 11/2010 | Cheever et al. | 709/223 |
| 7,835,950 B2 | 11/2010 | Walker et al. | 705/27 |
| 7,890,501 B2 | 2/2011 | Lunt et al. | 707/722 |
| 7,912,758 B2 | 3/2011 | Walker et al. | 705/26 |
| 7,913,185 B1 * | 3/2011 | Benson | G06F 8/38 715/762 |
| 7,933,810 B2 | 4/2011 | Morgenstern | 705/26.1 |
| 7,945,653 B2 | 5/2011 | Zuckerberg et al. | 709/223 |
| 7,970,657 B2 | 6/2011 | Morgenstern | 705/26.1 |
| 8,005,919 B2 | 8/2011 | Mehanna et al. | 709/217 |
| 8,010,458 B2 | 8/2011 | Galbreath et al. | 15/320 |
| 8,539,024 B2 | 9/2013 | Smit et al. | |
| 9,348,911 B2 | 5/2016 | Egendorf et al. | |
| 2001/0018698 A1 | 8/2001 | Uchino et al. | 707/533 |
| 2002/0010639 A1 | 1/2002 | Howey et al. | |
| 2002/0065671 A1 | 5/2002 | Goerz, Jr. et al. | 705/1 |
| 2002/0130895 A1 | 9/2002 | Brandt et al. | |
| 2002/0152238 A1 | 10/2002 | Hayes | |

| | | | |
|---|---|---|---|
| 2003/0034964 A1 * | 2/2003 | Yoshioka | G06F 17/3089 345/204 |
| 2003/0041147 A1 | 2/2003 | van den Oord et al. | 709/227 |
| 2003/0061114 A1 | 3/2003 | Schwartz et al. | 705/26 |
| 2003/0115306 A1 | 6/2003 | Hagarty et al. | 709/223 |
| 2003/0145281 A1 * | 7/2003 | Thames | G06F 8/73 715/205 |
| 2004/0098269 A1 * | 5/2004 | Wise | G06F 17/30595 705/313 |
| 2004/0172405 A1 | 9/2004 | Farran | 707/100 |
| 2004/0254881 A1 | 12/2004 | Kumar et al. | 705/40 |
| 2005/0049939 A1 | 3/2005 | Lai et al. | 705/27 |
| 2005/0076110 A1 | 4/2005 | Mathew et al. | |
| 2005/0267940 A1 | 12/2005 | Galbreath et al. | 709/206 |
| 2005/0278443 A1 | 12/2005 | Winner et al. | 709/224 |
| 2006/0015821 A1 | 1/2006 | Parker et al. | |
| 2006/0021009 A1 | 1/2006 | Lunt | 726/4 |
| 2006/0064342 A1 | 3/2006 | Frengut et al. | 705/10 |
| 2006/0155809 A1 | 7/2006 | Arav | 709/204 |
| 2006/0174340 A1 | 8/2006 | Santos et al. | 726/21 |
| 2006/0206454 A1 | 9/2006 | Forstall et al. | 707/3 |
| 2006/0239546 A1 | 10/2006 | Tedesco et al. | 382/159 |
| 2006/0248160 A1 | 11/2006 | Plummer | 709/217 |
| 2007/0022021 A1 | 1/2007 | Walker et al. | 705/26 |
| 2007/0100779 A1 | 5/2007 | Levy et al. | 705/500 |
| 2007/0112835 A1 | 5/2007 | McMullen et al. | 707/102 |
| 2007/0113201 A1 | 5/2007 | Bales et al. | 715/810 |
| 2007/0143704 A1 | 6/2007 | Laird-McConnell | 715/781 |
| 2007/0192181 A1 * | 8/2007 | Asdourian | G06Q 30/0277 705/14.73 |
| 2007/0192299 A1 | 8/2007 | Zuckerberg et al. | 707/3 |
| 2008/0040474 A1 | 2/2008 | Zuckerbert et al. | 709/224 |
| 2008/0040475 A1 | 2/2008 | Bosworth et al. | 709/224 |
| 2008/0046976 A1 | 2/2008 | Zuckerberg | 726/4 |
| 2008/0059607 A1 | 3/2008 | Schneider | 709/218 |
| 2008/0065604 A1 | 3/2008 | Tiu et al. | 707/3 |
| 2008/0065701 A1 | 3/2008 | Lindstrom et al. | 707/201 |
| 2008/0189292 A1 | 8/2008 | Stremel et al. | 707/10 |
| 2008/0189380 A1 | 8/2008 | Bosworth et al. | 709/207 |
| 2008/0189395 A1 | 8/2008 | Stremel et al. | 709/219 |
| 2008/0189768 A1 | 8/2008 | Callahan et al. | 726/4 |
| 2008/0281816 A1 | 11/2008 | Kim | 707/6 |
| 2008/0313714 A1 | 12/2008 | Fetterman et al. | 726/4 |
| 2009/0013413 A1 | 1/2009 | Vera et al. | 726/30 |
| 2009/0024548 A1 | 1/2009 | Zhu et al. | 706/21 |
| 2009/0031301 A1 | 1/2009 | D'Angelo et al. | 717/178 |
| 2009/0037277 A1 | 2/2009 | Zuckerberg et al. | 705/14 |
| 2009/0048922 A1 | 2/2009 | Morgenstern et al. | 705/14 |
| 2009/0049014 A1 | 2/2009 | Steinberg | 707/3 |
| 2009/0049036 A1 | 2/2009 | Juan et al. | 707/5 |
| 2009/0049070 A1 | 2/2009 | Steinberg | 707/101 |
| 2009/0049127 A1 | 2/2009 | Juan et al. | 709/204 |
| 2009/0049525 A1 | 2/2009 | D'Angelo et al. | 726/4 |
| 2009/0070219 A1 | 3/2009 | D'Angelo et al. | 705/14 |
| 2009/0070334 A1 | 3/2009 | Callahan et al. | 707/9 |
| 2009/0070412 A1 | 3/2009 | D'Angelo et al. | 709/203 |
| 2009/0119167 A1 | 5/2009 | Kendall et al. | 705/14 |
| 2009/0144392 A1 | 6/2009 | Wang et al. | 709/217 |
| 2009/0158143 A1 | 6/2009 | Arav | 715/261 |
| 2009/0158169 A1 | 6/2009 | Arav | 715/751 |
| 2009/0182589 A1 | 7/2009 | Kendall et al. | 705/5 |
| 2009/0193333 A1 | 7/2009 | Arav | 715/261 |
| 2009/0193349 A1 | 7/2009 | Arav | 715/764 |
| 2009/0198487 A1 | 8/2009 | Wong et al. | 704/4 |
| 2009/0199135 A1 | 8/2009 | Arav | 715/841 |
| 2009/0228342 A1 | 9/2009 | Walker et al. | 705/10 |
| 2009/0228780 A1 | 9/2009 | McGeehan | 715/234 |
| 2009/0287786 A1 | 11/2009 | Arav | 709/206 |
| 2009/0327237 A1 * | 12/2009 | Zhang | G06F 17/30864 |
| 2010/0049534 A1 | 2/2010 | Whitnah et al. | 705/1 |
| 2010/0049852 A1 | 2/2010 | Whitnah et al. | 709/226 |
| 2010/0132049 A1 | 5/2010 | Vernal et al. | 726/27 |
| 2010/0162375 A1 | 6/2010 | Tiu, Jr. et al. | 726/7 |
| 2010/0164957 A1 | 7/2010 | Lindsay et al. | 345/440 |
| 2010/0169327 A1 | 7/2010 | Lindsay et al. | 707/750 |
| 2010/0180032 A1 | 7/2010 | Lunt | 709/225 |
| 2010/0185580 A1 | 7/2010 | Zhu et al. | 706/52 |
| 2010/0198581 A1 | 8/2010 | Ellis | 704/4 |
| 2010/0211996 A1 | 8/2010 | McGeehan et al. | 726/4 |

**US 10,042,823 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0211997 A1 | 8/2010 | McGeehan et al. | 726/4 |
| 2010/0217645 A1 | 8/2010 | Jin et al. | 705/9 |
| 2010/0229223 A1 | 9/2010 | Shepard et al. | 726/5 |
| 2010/0257023 A1 | 10/2010 | Kendall et al. | 705/10 |
| 2010/0257459 A1 | 10/2010 | Galbreath et al. | 715/753 |
| 2010/0306043 A1 | 12/2010 | Lindsay et al. | 705/14.41 |
| 2010/0318571 A1 | 12/2010 | Pearlman et al. | 707/784 |
| 2011/0004692 A1 | 1/2011 | Occhino et al. | 709/228 |
| 2011/0004831 A1 | 1/2011 | Steinberg et al. | 715/753 |
| 2011/0016169 A1 | 1/2011 | Cahill et al. | 709/203 |
| 2011/0016381 A1 | 1/2011 | Cahill et al. | 715/234 |
| 2011/0016382 A1 | 1/2011 | Cahill et al. | 715/234 |
| 2011/0018342 A1 | 1/2011 | Park et al. | 307/23 |
| 2011/0022657 A1 | 1/2011 | Zhu et al. | 709/204 |
| 2011/0023101 A1 | 1/2011 | Vernal et al. | 726/7 |
| 2011/0023129 A1 | 1/2011 | Vernal et al. | 726/28 |
| 2011/0044354 A1 | 2/2011 | Wei | 370/468 |
| 2011/0055314 A1 | 3/2011 | Rosenstein et al. | 709/203 |
| 2011/0055332 A1 | 3/2011 | Stein | 709/206 |
| 2011/0055683 A1 | 3/2011 | Jiang | 715/234 |
| 2011/0083101 A1 | 4/2011 | Sharon et al. | 715/800 |
| 2011/0087526 A1 | 4/2011 | Morgenstern et al. | 705/14.1 |
| 2011/0106630 A1 | 5/2011 | Hegeman et al. | 705/14.71 |
| 2011/0125599 A1 | 5/2011 | Morin et al. | 705/26.1 |
| 2011/0128699 A1 | 6/2011 | Heydari et al. | 361/679.48 |
| 2011/0137902 A1 | 6/2011 | Wable et al. | 707/737 |
| 2011/0137932 A1 | 6/2011 | Wable | 707/769 |
| 2011/0145287 A1 | 6/2011 | Jiang et al. | 707/780 |
| 2011/0145321 A1 | 6/2011 | Jiang | 709/203 |
| 2011/0153377 A1 | 6/2011 | Novikov et al. | 705/71.1 |
| 2011/0153412 A1 | 6/2011 | Novikov et al. | 705/14.42 |
| 2011/0153416 A1 | 6/2011 | Walker et al. | 705/14.49 |
| 2011/0153421 A1 | 6/2011 | Novikov et al. | 705/14.52 |
| 2011/0154223 A1 | 6/2011 | Whitnah et al. | 715/753 |
| 2011/0154842 A1 | 6/2011 | Heydari et al. | 62/259.2 |
| 2011/0156480 A1 | 6/2011 | Park | 307/23 |
| 2011/0161602 A1 | 6/2011 | Adams et al. | 711/148 |
| 2011/0161980 A1 | 6/2011 | English et al. | 718/105 |
| 2011/0161987 A1 | 6/2011 | Huang et al. | 719/318 |
| 2011/0179347 A1 | 7/2011 | Proctor et al. | 715/234 |
| 2011/0196855 A1 | 8/2011 | Wable et al. | 707/711 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 2004/029780 A2 | 8/2004 | |
| WO | WO 2007/109264 A3 | 9/2007 | G06F 15/16 |

OTHER PUBLICATIONS

StockHouse Website (Feb. 15, 2006).
ClearStation Website (Feb. 15, 2006).
FreeRealTime Message Boards Website (Feb. 15, 2006).
MarketWatch Message Boards Website (Feb. 15, 2006).
The Motley Fool Discussion Boards Website (Feb. 15, 2006).
MSN Money Message Boards Website (Feb. 15, 2006).
Yahoo! Message Boards Website (Feb. 15, 2006).
StockSelector.com Message Boards Website (Feb. 15, 2006).
SmallCapCenter.com Message Boards Website (Feb. 15, 2006).
Silicon Investor Message Boards Website (Feb. 15, 2006).
RagingBull Website (Feb. 15, 2006).
WallStreetTape.com Website (Feb. 15, 2006).
InvestorVillage Website (Feb. 15, 2006).
Forex Trading Website (Feb. 15, 2006).
Elite Trader.com as viewed on Mar. 21, 2007.
AllStocks.com as viewed on Mar. 21, 2007.
InvestorsHub.com as viewed on Mar. 21, 2007.
TheLion.com as viewed on Mar. 21, 2007.
Finance.Google.com as viewed on Mar. 21, 2007.
ADVFN.com as viewed on Mar. 21, 2007.
EquityGroups.com as viewed on Mar. 21, 2007.
StockPickr.com as viewed on Mar. 21, 2007.
StockTickr.com as viewed on Mar. 21, 2007.
SocialPicks.com as viewed on Mar. 21, 2007.
FreedTheBull.com as viewed on Mar. 21, 2007.
Bullpoo.com as viewed on Mar. 21, 2007.
Wallstrip.com as viewed on Mar. 21, 2007.
Monitor1 10.com as viewed on Mar. 21, 2007.
CollectiveIntellect.com as viewed on Mar. 21, 2007.
Office Action Summary from U.S. Appl. No. 11/384,957 dated May 13, 2008.
Notice of Allowance from U.S. Appl. No. 11/384,957 dated Feb. 25, 2009.
Moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/stock_quote (Mar. 15, 2010).
finance.yahoo.com (Mar. 15, 2010).
money.cnn.com/quote/lookup/index.html (Mar. 15, 2010).
Marketwatch.com (Mar. 15, 2010).
clearstation.etrade.com/cgi-bin/symbol_search (Mar. 15, 2010).
quote.com/std/search.action (Mar. 15, 2010).
quote.com/help/resources/toolbox.jsp (Mar. 15, 2010).
quote.com/search.action (Mar. 15, 2010).
online.wsj.com/home-page (Mar. 15, 2010)).
online.barrons.com/home-page (Mar. 15, 2010).
bigcharts.marketwatch.com/ (Mar. 15, 2010).
csignal.com/support/default.aspx (Mar. 15, 2010).
hoovers.com (Mar. 15, 2010).
bloomberg.com/apps/tkrlookup (Mar. 15, 2010).
2.barchart.corn/lookup.asp (Mar. 15, 2010).
stockeharts.com/index.html (Mar. 15, 2010).
thestreet.com/quote/%5EDJI.html?pg-qcn& (Mar. 15, 2010).
earningswhispers.corn/tickerlookup.asp (Mar. 15, 2010).
whispernumber.com/index.jsp (Mar. 15, 2010).
Google.com (Mar. 15, 2010).
quote.morningstar.com/tickerlookup.html (Mar. 15, 2010).
fool.com/ (Mar. 15, 2010).
siliconinvestor.advfn.com/ (Mar. 15, 2010).
investorshub.advfn.com/ (Mar. 15, 2010).
ragingbull.quote.com/cgi-bin/static.cgi/a=index.txt&d=mainpages (Mar. 15, 2010).
boardcentral.com/ (Mar. 15, 2010).
briefing.com/ (Mar. 15, 2010).
nytimes.corn/ (Mar. 15, 2010).
washingtonpost.com/ (Mar. 15, 2010).
boston.com/ (Mar. 15, 2010).
ft.com/home/uk (Mar. 15, 2010).
news.bbc.co.uk/ (Mar. 15, 2010).
inc.com/ (Mar. 15, 2010).
Forbes.com (Mar. 15, 2010).
money.cnn.com/magazines/fortune/ (Mar. 15, 2010).
businessweek.com/ (Mar. 15, 2010).
us.etrade.com/e/t/home (Mar. 15, 2010).
tdameritrade.com/welcome4.html (Mar. 15, 2010).
schwab.com/public/schwab/home/welcomep.html (Mar. 15, 2010).
scottrade.com/ (Mar. 15, 2010).
sharebuilder.com/ (Mar. 15, 2010).
vanguard.com/ (Mar. 15, 2010).
seekingalpha.com/ (Mar. 15, 2010).
abcnews.go.com/business (Mar. 15, 2010).
investorvillage.com/home.asp (Mar. 15, 2010).
tickertech.com/cgi/?a=lookup (Mar. 15, 2010).
investors.com/symbol.asp (Mar. 15, 2010).
cboe.com/DelayedQuote/Symbol.aspx (Mar. 15, 2010).
personal.fidelity.com/research/stocks/content/stocksindex.shtml?bar=c (Mar. 15, 2010).
investing.quicken.com/public/symbolLookup.asp (Mar. 15, 2010).
globcinvcstor.com/static/hubs/lookup.html (Mar. 15, 2010).
usatoday.com/money/2007-05-15-search-tips_N.htm (Mar. 15, 2010).
stockhouse.com/ (Mar. 15, 2010).
thelion.com/ (Mar. 15, 2010).
zacks.com/ (Mar. 15, 2010).
individual.troweprice.com/public/Retail/Products-&-Services/Brokerage (Mar. 15, 2010).
nyse.com/attachment/amex_landing.htm (Mar. 15, 2010).
nasdaq.com/ (Mar. 15, 2010).

## US 10,042,823 B2
Page 4

(56)                    **References Cited**

OTHER PUBLICATIONS

nyse.com/ (Mar. 15, 2010).
londonstockexchange.com/home/homepage.htm (Mar. 15, 2010).
euronext.com/landing/indexMarket-18812-EN.html (Mar. 15, 2010).
tmx.com/ (Mar. 15, 2010).
asx.com.au/ (Mar. 15, 2010).
advfn.com/ (Mar. 15, 2010).
mldirect.ml.com/ (Mar. 15, 2010).
foxbusiness.com/index.html (Mar. 15, 2010).
economist.com/index.html (Mar. 15, 2010).
kiplinger.com/ (Mar. 15, 2010).
pennystock.com/ (Mar. 15, 2010).
wallstreetselect.com/ (Mar. 15, 2010).
sec.gov/edgar.shtml (Mar. 15, 2010).
edgar-online.com/ (Mar. 15, 2010).
freeedgar.com/ (Mar. 15, 2010).
thedeal.com/ (Mar. 15, 2010).
investools.com/ (Mar. 15, 2010).
activetradermag.com/ (Mar. 15, 2010).
traders.com/ (Mar. 15, 2010).
renaissancecapital.com/RenCap/Default.aspx (Mar. 15, 2010).
ant.com/tags/finance/?page=1 (Mar. 15, 2010).
FeedTheBull.com as viewed on Mar. 21, 2007.
Forex Trading Website (Feb. 17, 2006).
InvestorVillage Website (Feb. 17, 2006).
StockHouse Bullboards Website (Feb. 15, 2006).
Notice of Allowance from U.S. Appl. No. 12/334,024 dated Mar. 22, 2011.
Notice of Allowance from U.S. Appl. No. 12/334,037 dated Oct. 1, 2010.
Notice of Allowance from U.S. Appl. No. 12/334,063 dated Sep. 20, 2010.
Office Action from U.S. Appl. No. 12/334,024 dated Aug. 5, 2010.
Office Action from U.S. Appl. No. 12/334,037 dated Mar. 9, 2010.
Office Action from U.S. Appl. No. 12/334,063 dated Mar. 9, 2010.
Office Action from U.S. Appl. No. 12/334,093 dated May 12, 2011.
Office Action from U.S. Appl. No. 12/334,093 dated Aug. 18, 2010.
Office Action from U.S. Appl. No. 12/435,296 dated Feb. 3, 2011.
Office Action from U.S. Appl. No. 12/435,296 dated Aug. 20, 2010.
Office Action from U.S. Appl. No. 13/099,342 dated Sep. 6, 2011.
Chein, Andrew A., "Concurrent Aggregates: Using Multiple-Access Data Abstractions to Manage Complexity in Concurrent Programs," ACM, 1990, pp. 31-36.
Nicholas C. Zakas, *Professional JavaScript for Web Development*, WROX (2005), pp. 362-364.
Michael Glass, *Beginning PHP, Apache, MySQL Web Development*, Wiley Publishing (2004), p. 361.
James Keogh, *JavaScript Demystified*, McGraw-Hill Osborne Media (2005), pp. 294-305.
google.com screenshot captured by web.archive.org (Dec. 15, 2004).
Bitflux Blog Wiki screenshot captured by web.archive.org (Feb. 6, 2005).
Jon Udell, *The Browser Reloaded*, InfoWorld.com (Feb. 21, 2005).
J. Keith, *DOM Scripting*, Keith (2005), p. 303.
F. Schneider, *How to Do Everything with Google*, McGraw-Hill (2004), p. 51-52.
C/net home page captured by web.archive.org (Mar. 1, 2005), Figs 1-4.
Office Action Summary from U.S. Appl. No. 13/099,345 dated Dec. 22, 2011.
Sharma, Niraj, "Adding 'Google Suggest' functionality to an asp.net application," Dec. 1, 2005.
Narra, Gavi, "Google Suggest like Dictionary," Dec. 27, 2004.
Notice of Allowance for U.S. Appl. No. 12/334,024 dated Dec. 29, 2011.
Notice of Allowance for U.S. Appl. No. 12/334,024 dated Jan. 27, 2012.

Notice of Allowance for U.S. Appl. No. 12/435,296 dated Mar. 22, 2011.
Notice of Allowance for U.S. Appl. No. 12/435,296 dated Dec. 29, 2011.
Notice of Allowance for U.S. Appl. No. 12/435,296 dated Jan. 27, 2012.
Notice of Allowance for U.S. Appl. No. 12/435,296 dated Feb. 27, 2012.
Ex. Interview Summary for U.S. Appl. No. 13/099,342 dated Mar. 2, 2012.
Notice of Allowance for U.S. Appl. No. 12/334,068 dated Aug. 8, 2013.
Notice of Allowance for U.S. Appl. No. 12/334,093 dated Apr. 29, 2013.
Notice of Allowance for U.S. Appl. No. 13/099,342 dated May 25, 2012.
Notice of Allowance for U.S. Appl. No. 13/099,345 dated Jun. 1, 2012.
WayBackMachine, homepage for Arkitrave, http://www.arkitrave.com:80/, captured Mar. 28, 2004, available at https://web.archive.org/web/20040328084551/http://www.arkitrave.com:80/.
WayBackMachine, homepage for Chevrolet, http://www.chevrolet.com:80/, captured Jan. 1, 2005, available at https://web.archive.org/web/20050101085416/http://www.chevrolet.com:80/.
WayBackMachine, homepage for Marriott, http://shopmarriott.com:80/index.aspx/, captured Nov. 25, 2005, available at https://web.archive.org/web/20051125000055/http://shopmarriott.com:80/index.aspx.
WayBackMachine, homepage for Walmart, http://www.walmart.com:80/, captured Mar. 21, 2004, available at https://web.archive.org/web/20040321210247/http://www.walmart.com:80/.
https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004/, last accessed Nov. 13, 2017.
https://web.archive.org/web/20050319030241/http://www.radioshack.com:80/, last accessed Nov. 13, 2017.
https://web.archive.org/web/20050209030435/http://www.macromedia.com:80/sofware/dreamweaver, last accessed Nov. 13, 2017.
https://web.archive.org/web/20030424131635/http://www.mediatemple.net:80/, last accessed Nov. 13, 2017.
Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," http://www.informit.com/articles/article.aspx?p=29835, last accessed Nov. 13, 2017.
Tony Arguelles, "Essential Dreamweaver 4 for Web Professionals Paperback—2002," Prentice Hall.
Lisa Wollin, "Creating a drop-down list that links to other pages," Aug. 19, 2004, https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed Nov. 13, 2017.
Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Dec. 2004, https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed Nov. 13, 2017.
Nick Rigby, "Drop-Down Menus, Horizontal Style," Jun. 29, 2004, https://alistapart.com/article/horizdropdowns, last accessed Nov. 13, 2017.
Schmitt et al., "Professional CSS—Cascading Style Sheets for Web Design," Jul. 2005, http://uap.unnes.ac.id/ebook/ebook2006/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU/Wrox.Professional.CSS.Cascading.Style.Sheets.for.Web.Design.Jul.2005.eBook-DDU.pdf, last accessed Nov. 13, 2017.
Aaron Boodman, "TransMenus," http://aboodman.github.io/transmenus/, Mar. 2003, last accessed Nov. 13, 2017.
Dan Livingston, "Advanced Javascript: Insights and Innovative Techniques," Jul. 2002, relevant excerpts available at: http://www.informit.com/articles/article.aspx?p=28789&seqNum=3 http://www.informit.com/articles/article.aspx?p=28789&seqnum=2 last accessed Nov. 13, 2017.
PaperMountain.org (Posted Jul. 27, 2004) https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/.
Creatimation.net (Posted Jul. 10, 2004) https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

**US 10,042,823 B2**

Page 5

(56)           **References Cited**

OTHER PUBLICATIONS

Meyerweb.com (Apr. 11, 2003) https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html.

BrotherCake.com (Apr. 10, 2003) https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php.

toro.com (Apr. 21, 2003) https://web.archive.org/web/20030421102649/http://toro.com:80/.

Glen Doss, "Designing Effective Web Navigation," Towson University, Center for Applied Information Technology, Apr. 2002.

http://www.target.com (Feb. 2, 2006), available at https://web.archive.org/web/20060202022200/http://www.target.com:80/gp/browse.html?_encoding=UTF8&node=1041790, last accessed Jun. 19, 2018.

http://www.bestbuy.com (Mar. 18, 2006), available at http://web.archive.org/web/20060318230400/https://www.bestbuy.com/, last accessed Jun. 19, 2018.

http://www.crateandbarrel.com (Mar. 17, 2006), available at http://web.archive.org/web/20060317031155/https://www.crateandbarrel.com/, last accessed Jun. 19, 2018.

Fowler & Stanwick, Web Application Design Handbook: Best Practices for Web-Based Software 72 (Card et al., Morgan Kaufmann)(2004).

Tidwell, Designing Interfaces: Patterns for Effective Interaction Design (O'Reilly, Nov. 2005).

* cited by examiner

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 531 of 1037



*FIG. 1*



FIG. 2



FIG 3



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**

FIG. 5A



U.S. Patent | Aug. 7, 2018 | Sheet 8 of 8 | US 10,042,823 B2



FIG. 5B

US 10,042,823 B2

## 1

### HYPERLINK WITH GRAPHICAL CUE

#### RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 12/334,068 filed Dec. 12, 2008, which is a continuation of U.S. application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Pat. No. 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

#### BACKGROUND

##### 1. Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

##### 2. Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to

## 2

purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

#### SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. **2** is a flowchart of a method performed by the system of FIG. **1** according to one embodiment of the present invention; and

FIG. **3** is a window displayed by the message board aggregation system of FIG. **1** according to one embodiment of the present invention.

FIGS. **4A-4C** are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. **5A-5B** are illustrations of web page hyperlinks displayed by embodiments of the present invention.

#### DETAILED DESCIPTION

Referring to FIG. **1**, a dataflow diagram is shown of a message board aggregation system **100** according to one embodiment of the present invention. Referring to FIG. **2**, a flowchart is shown of a method **200** performed by the system **100** of FIG. **1** according to one embodiment of the present invention. Referring to FIG. **3**, a window **300** displayed by the message board aggregation system **100** of FIG. **1** is illustrated according to one embodiment of the present invention.

In general, the window **300** shown in FIG. **3** contemporaneously displays a table **302** containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content **304** corresponding to a message represented by one of the entries in the message table **302**. In the embodiment illustrated in FIG. **3**, the message content **304** is displayed in a web page **306** from a message board web site to which the message content **304** was originally posted. In the embodiment illustrated in FIG. **3**, the source web page **306** (con-

US 10,042,823 B2

3

taining the message content **304**) is displayed in a first frame **308** of the web page **300**, and the message table **302** is displayed in a second frame **310** of the web page **300**.

The web page **306** is an example of a "source" web page as that term is used herein. The message table **302** may include summaries of messages originally posted to more than one source web page. The web page **300**, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page **300**, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. **1**, multiple external message boards **102***a-m* are illustrated. For ease of illustration and explanation, each of the message boards **102***a-m* is illustrated simply as a set of messages. More specifically, message board **102***a* includes a set of messages **104***a*, including messages **106***a-n*; message board **102***b* includes a set of messages **104***b*, including messages **108***a-n*; and message board **102***m* includes a set of messages **104***m*, including messages **110***a-n*. In practice, the message boards **102***a-m* may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards **102***a*, **102***b*, and **102***m* are shown in FIG. **1** for purposes of example, the system **100** may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards **102***a-m* is shown in FIG. **1** as including the same number of messages n, the number of messages may vary among the message boards **102***a-m*.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards **102***a-m* is illustrated in FIG. **1** as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system **100** also includes a message board aggregation server **112** and a corresponding message board **114** (which includes set **116** of messages **118***a-n*). The message board **114** is managed by the aggregation server **112** or by the same entity that manages the aggregation server. Therefore, the message board **114** will be referred to herein as an "internal" message board, while the message boards **102***a-m* will be referred to herein as "external" message boards in relation to the aggregation server **112**. As will be described in more detail below, the aggregation server **112** aggregates messages from two or more of the message boards **102***a-m* and **114**, and displays content from the aggregated messages in the web page **300**.

Referring again to FIG. **2**, the system **100** of FIG. **1** may perform the method **200** to aggregate content from the message boards **102***a-m* and **114** to display aggregated message content in the window **300**. A user **142** uses a web browser **140** to browse over the Internet **138** to a web site served by the aggregation server **112**. The web page **300** is an example of a web page that may be part of such a web site. Upon visiting the web site, the user **142** selects one or

4

more source message boards from which to view message content and summaries (step **202**). The user **142** may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards **102***a-m*) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list **316**. Note, however, that the user **142** may select more than one source message board.

In the particular example illustrated in FIG. **3**, the web page **300** combines content extracted from the single external message board indicated by the selection in the drop-down list **316** with content extracted from the internal message board **114** associated with the aggregation server **112**. Furthermore, in the example illustrated in FIG. **3**, the user **142** may use drop-down list **318** to select the number of message summaries to be displayed in message table **302**.

The user **142** selects other input parameters (such as the number of messages to be retrieved) (step **203**). As described in more detail below, the aggregation server **112** may store the other input parameters in a set of other preferences **126**.

The user **142** selects a particular message board topic to view (step **204**). The user **142** may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field **312** and clicking button **314**. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. **3**, the web page **300** also includes a directory (forum) **334** user interface control which may, for example, take the form of a drop-down list. For example, the directory control **334** may allow the user to select either a "stock" forum or a "sports" forum. If the user **142** selects the "stock" forum, then the web page **300** may enable selection of stock symbols in text field **312**, while if the user **142** selects the "sports" forum, then the web page **300** may enable selection of sports symbols in text field **312**. More generally, the user's selection in the directory control **334** dictates which group of symbols is available for selection in the text input field **312**. The use of the directory control **334** is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser **140** over the Internet **138** to the message board aggregation server **112**. In response to receiving the user's selection, the aggregation server **112** retrieves information derived from messages in the selected source message board(s) having the selected topic (step **206**). In the embodiment illustrated in FIG. **3**, the aggregation server **112** also retrieves message content from the internal message board **114**. This is not, however, a requirement of the present invention. The internal message board **114** may, for example, be selectable or de-selectable as a source by the user **142** in the same manner as the external message boards **102***a-m*.

Note further that any subset of the external message boards **102***a-m* may be selectable as a source by the user **142**. Such a subset may, for example, consist of all of the external message boards **102***a-m*, any one of the message boards **102***a-m*, or any combination of fewer than all of the message boards **102***a-m*.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user **142**. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID,

US 10,042,823 B2

5

sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select one or more fields to be displayed in the message table **302** (step **208**). For example, in the embodiment illustrated in FIG. **3**, the message table includes a column **322***a* labeled "Message Titles," which always displays the titles of the messages summarized in the table **302**. The table **302** also includes, however, a second column **322***b* having content that may-be varied by the user **142**. More specifically, the user **142** may select link **320***a* to cause the column **322***b* to display the authors of the messages being summarized in the table **302** (as illustrated in FIG. **3**). Similarly, the user **142** may select link **320***b* to cause the column **322***b* to display the times at which the messages being summarized in the table **302** were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. **3** is merely an example and does not constitute a limitation of the present invention. Rather, the user **142** may be allowed to select any combination of message fields for display in the table **302**. Other examples of two fields from which the user **142** may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table **302** may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select an order in which message summaries are to be sorted in the message table **302** (step **210**). For example, in the embodiment illustrated in FIG. **3**, the user **142** may select the heading of column **322***a* to cause the contents of the table **302** to be sorted by message title, or select the heading of column **322***b* to cause the contents of the table **302** to be sorted by the contents of column **322***b* (e.g., message author or posting time). Alternatively, for example, the contents of the table **302** may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server **112** keeps track of: (1) the source message board(s) selected by the user **142** in source selections 1-20; (2) the topic (e.g., company) selected by the user **142** in topic selection **121**; (3) the field(s) selected by the user **142** in field selections **122**; (4) the sort order **124** selected by the user **142** in sort order **124**; and (5) any other preferences **126** specified by the user **142**.

The aggregation server **112** includes an aggregation engine **128**, which generates message content units **132** based on the information extracted in step **206** and the user preferences described above (step **212**). For example, the message content units **132** may include a content unit for each message that matches the topic selection **121** (e.g., company) in any of the source message board(s) indicated by the source selection(s) **120**. Each of the message content units **132** may include information only for the fields specified by the field selections **122**, but this is not required. The message content units **132** may, for example, include extracted information for fields other than those specified by the field selections. The message content units **132** may include all of the information that was extracted in step **206**.

As will be described in more detail below, the information in the message content units **132** forms the basis for the

6

information displayed in the message table **302** on the web page **300** (FIG. **3**). In the embodiment illustrated in FIG. **3**, the frame **308** displays a web page **308** corresponding to one of the message summaries displayed in the message table **302**. When the web page **300** is first displayed, the message content corresponding to the first message summary in the table **302** may be displayed by default in the frame **308**. Thereafter, the user **142** may select any of the message summaries in the table **302**, such as by clicking on the title of the message in column **322***a*, to cause message content for a different message to be displayed-in the frame **308**.

The aggregation engine **128**, therefore, provides message content **130** corresponding to the currently-selected message summary in the message table **302** (step **214**). The aggregation engine **128** may, for example, provide the content **130** in the form of HTML and/or other web content by copying the content **130** from its source message board (e.g., one of the external message boards **102***a-m* or the internal message board **114**). The content **130** may either be copied to a storage medium local to the aggregation server **112**, or merely passed as a reference to the client web browser **140**, which may retrieve the message content **130** directly from its source and display it in the frame **308**, without using the aggregation server **112** to serve the content **130** to the user **142**.

The aggregation server **112** includes a web page generator **134**, which produces an aggregated web page **136** (including HTML and/or other web content) that includes both the message content units **132** and the message content **130** (or a link to the message content **130**) (step **216**). The aggregated web page **136** may, for example, include a first frame for displaying a table including information from the message content units **132**, and a second frame for displaying the message content **130**.

The aggregation server **112** transmits the aggregated web page **136** to the web browser **140** over the Internet (step **218**). The web browser **140** displays a window (such as the window **300** shown in FIG. **3**) including: (1) web content (such as the web page **306**) representing a first message posted to a first online forum, such as the external message board **102***a*; and (2) a plurality of message summaries (such as are displayed in the table **302**) including information derived from the first message (such as the message summary **324** of the message **304**) and second information derived from a second message in the plurality of messages (such as the message summary **326** of another message not displayed in the window **300**). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units **132** that are downloaded by the web browser **140** to the local machine of the user **142** may include more information than is displayed in the table **302**. The table **302** may, for example, be designed to display only the information that is considered most important to the user **142**, such as the title, author, and/or timestamp of the aggregated messages. The user **142** may, however, read a particular one of the message summaries in the table **302** and desire to obtain additional information about the corresponding message. Although the user **142** could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame **308**, this requires the web browser **140** to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

US 10,042,823 B2

7

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of down-loading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summa-ries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be dis-played essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband con-nectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be dis-played using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the addi-tional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to

8

wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Mes-sage" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alter-natively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by mes-sage title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corre-sponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each mes-sage board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate signifi-cant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web

US 10,042,823 B2

9

page **300** (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement **332** in FIG. **3**. For example, the aggregation server **112** may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip **328** in FIG. **3**) in a static object (such as a text box) in the same location as but instead of the advertisement **332** for premium (i.e., paid) users. The web page **300**, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server **112** extracts certain information from source message boards to produce the message content units **132**. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user **142** may be allowed to sort the aggregated message summaries displayed in the message table **302** by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table **302** may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any

10

other attribute, such as according to any of the categories mentioned above. The table **302** may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser **140** is not limited to any particular web browser application. The web browser **140** may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network **138** in FIG. **1** is labeled as the "Internet," the web browser **140** and aggregation server **112** may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. **4A**, an illustration is shown of a graphical user interface text input control **400** for use in assisting in the completion of text input by a user according

US 10,042,823 B2

**11**

to one embodiment of the present invention. The control **400** includes a text input field **402** into which the user may type text.

In the particular embodiment illustrated in FIG. **4**A, the text input field **402** is used for entering either the name of a company or the stock ticker symbol of the company. The text input field **402** may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Pat. No. 7,529,795. The text input field **402**, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field **402** is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field **402** may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. **4**A, the user has begun to type the text "aap". As the user types, the program that provides the text input field **402** may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. **4**A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. **4**A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text **408***a-c* of the three matching tuples in the list **406***a*. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field **402** or as the user deletes previously-typed characters in the text input field **402**.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. **4**A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings **408***a*, **408***b*, and **408***c*. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings **408***a-c* corresponds to the company for which the user was searching.

**12**

In the particular example illustrated in FIG. **4**A, the text **404***a* typed by the user in the text input field **402** only matches stock ticker symbols in the set of stored tuples. Referring to FIG. **4**B, an example is illustrated in which the text **404***b* ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list **406***b* displayed in FIG. **4**B, therefore, includes text **410***a-j* corresponding to tuples having company names that match the typed text **404***b*. Although the list **406***b* is sorted by stock ticker symbol, the list **406***b* may be organized in any manner. For example, the list **406***b* may be sorted by company name. Note that the list **406***b* displayed in FIG. **4**B may be generated dynamically while the user types the text **404***b* in the same manner as described above with respect to the list **406***a* of FIG. **4**A, namely by attempting to match the text **404***b* against both stock ticker symbols and company names.

Referring to FIG. **4**C, an example is illustrated in which the text **404***c* ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list **406***c* displayed in FIG. **4**C, therefore, includes both text **412***a-c* corresponding to tuples having ticker symbols that match the typed text **404***c* and text **412***d-j* having company names that match the typed text **404***c*. Although the list **406***c* includes two sections—one for matching ticker symbols and one for matching company names—the list may be organized in any manner. For example, the list **406***c* may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists **406***a-c* illustrated in FIGS. **4**A-4C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field **402**. For example, if the user clicks on an item in the list, the program may fill in the text field **402** with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field **402** with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto-ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www-.quote.com/qc/lookup/symbol search.aspx, http://www-.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/

US 10,042,823 B2

13

public/main, http://bigcharts.marketwatch.com/symbol-lookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/indexjsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/createticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksind ex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookupjsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example,

14

elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in n-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of n-tuples, in which n=2. The techniques disclosed herein may be applied more generally, to n-tuples where n>1. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an n-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the n-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the n-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the n-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an n-tuple. For example, if n=3, matching may be performed against two rather than three of the text strings in the n-tuple.

Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching n-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an n-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as n-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language,

US 10,042,823 B2

15

such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. **5**A, a web page **500** is shown according to one embodiment of the present invention. The web page **500** includes a first frame **502***a* displaying a first set of textual hyperlink representations **504***a*, and a second frame **502***b* displaying the contents of another web page.

In the embodiment illustrated in FIG. **5**A, the first set of hyperlink representations **504***a* includes hypertext **506***a-h*. In this example, the hypertext **506***a-h* includes text representing categories of news web sites. For example, hypertext **506***a* ("World News") represents the category of world news web sites, hypertext **506***b* ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext **506***a-h* shown in FIG. **5**A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations **504***a* enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext **506***a-h*. The user may, for example, select a particular link either by

16

clicking on one of the hypertext links **506***a-h* or by hovering a mouse cursor over one of the hypertext links **506***a-h*.

In response to receiving a selection of one of the hypertext links **506***a-h* from the user, the web page **500** displays a second set of hyperlink representations **504***b*. In the particular example illustrated in FIG. **5**A, the user has clicked on or hovered the mouse cursor over hypertext **506***h* ("Stock Research"). In response, the web page **500** has displayed the second set of hyperlink representations **504***b*, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations **508***a-1* represents a hyperlink to a stock research web site.

More specifically, in the embodiment illustrated in FIG. **5**A, each of the hyperlink representations **508***a-1* is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation **508***a* is the logo of www.bigcharts.com, and the hyperlink representation **508***a* acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations **508***a-1*, the web browser displays the destination of the selected hyperlink in the frame **502***b*. For example, if the user selects hyperlink representation **508***a* (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame **502***b*.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks **506***a-h*. For example, as shown in FIG. **5**B, when the user selects hyperlink **506***d* ("UK News"), the web page **500** displays a set **504***c* of hyperlink representations **510***a-j* depicting logos of UK news web sites. If hovering is enabled to activate the first set **504***a* of links **506***a-j*, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set **504***a* of links **506***a-h*. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page **500**, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Pat. No. 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks **504***b* and **504***c*) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation

US 10,042,823 B2

17

server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks **504***a* may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. An apparatus, comprising:
a non-transitory memory storing instructions; and

18

one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the instructions to:

cause, after an access to a server, display of a first set of one or more representations of a first set of one or more hyperlinks without any first-set-related images used in the display of the first set of one or more representations in connection with a webpage that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the webpage, wherein the second set of one or more representations are initially hidden, and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks;

allow receipt of a first input from a user that indicates a selection of one of the first set of representations of the first set of one or more hyperlinks, the receipt of the first input being implemented without Java;

cause, in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, a substantially immediate display of the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the webpage such that the second set of one or more representations of the second set of one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the first set of one or more hyperlinks, and at least partially below the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks;

allow receipt of a second input from the user indicating a selection of one of the second set of representations of the second set of one or more hyperlinks;

cause, in response to receiving the second input from the user indicating the selection of one of the second set of one or more representations of the second set of one or more hyperlinks, navigation to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks; and

in response to the navigation to the destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks, display at least a portion of content associated with the destination simultaneously with the first set of one or more representations of the first set of one or more hyperlinks, so as to allow continued review of the first set of one or more representations of the first set of one or more hyperlinks and continued review of the second set of one or more representations of the second set of one or more hyperlinks while the at least portion of the content is simultaneously displayed, for additional navigation to at least one additional destination and display of at least a portion of additional content which is also simultaneously displayed with the first set of one or more representations of the first set of one or more hyperlinks;

wherein the apparatus is configured such that both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more representations of the second set of one or more hyperlinks

US 10,042,823 B2

19

that are pre-downloaded with the webpage, are performed without requiring an additional access to the server;

wherein the apparatus is further configured such that the webpage allows receipt of user input from the user in a form of hovering.

2. The apparatus of claim 1, wherein the apparatus is configured such that the absence of any first-set-related images in the display of the first set of one or more representations reduces a download time associated with the pre-downloading of the first set of one or more representations.

3. The apparatus of claim 1, wherein the apparatus is configured such that the second set of one or more representations of the second set of one or more hyperlinks is displayed so as to overlap at least a portion of a content section of the webpage.

4. The apparatus of claim 1, wherein the apparatus is configured such that use of the one or more textual representations minimizes an amount of data required to pre-download the second set of one or more representations of the second set of one or more hyperlinks.

5. The apparatus of claim 1, wherein the apparatus is operable such that the first set of one or more representations of the first set of one or more hyperlinks and the second set of one or more representations of the second set of one or more hyperlinks are displayed in a first portion of the webpage, and the at least portion of the content associated with the destination is displayed in a second portion of the webpage.

6. The apparatus of claim 5, wherein the apparatus is configured such that at least part of the first portion including at least a portion of the second set of one or more representations of the second set of one or more hyperlinks overlaps at least part of the second portion.

7. The apparatus of claim 6, wherein the apparatus is configured such that a distance between multiple of the one or more representations of the first set of one or more hyperlinks remains constant before and after the display of the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the webpage.

8. The apparatus of claim 1, wherein the apparatus is configured such that each instance of the receipt and the display is performed without invoking Java.

9. The apparatus of claim 1, wherein the apparatus is configured such that the receipt of the first input is implemented without Java for improving a speed of the receipt of the first input and the display of the second set of one or more representations of the second set of one or more hyperlinks.

10. The apparatus of claim 1, wherein the apparatus is configured such that each instance of the receipt and the display is performed without invoking Java for improving a speed of each instance of the receipt and the display.

11. The apparatus of claim 1, wherein the apparatus is configured such that the first set of one or more representations of the first set of one or more hyperlinks and the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the webpage are displayed utilizing a static object.

12. The apparatus of claim 1, wherein the apparatus is configured such that the first set of one or more representations of the first set of one or more hyperlinks and the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the webpage each include a static object.

20

13. The apparatus of claim 1, wherein the apparatus is configured such that the display of the second set of one or more representations is immediate in response to receiving the first input.

14. The apparatus of claim 1, wherein the apparatus is configured so as to allow receipt of a third input from the user after the first input and before the second input for causing a visual emphasis of at least a portion of the webpage.

15. The apparatus of claim 14, wherein the apparatus is configured such that the visual emphasis is accomplished via highlighting and without replacing an object being emphasized.

16. The apparatus of claim 1, wherein the apparatus is configured such that letters of the one or more textual representations do not change in response to particular user input.

17. The apparatus of claim 1, wherein the apparatus is configured such that the first input is capable of including the hovering.

18. The apparatus of claim 17, wherein the apparatus is configured such that the hovering permits the user to more quickly view the second set of one or more representations of the second set of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks.

19. The apparatus of claim 17, wherein the apparatus is configured such that the hovering permits the user to more quickly view different sets of one or more representations of different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over different ones of the first set of one or more representations of the first set of one or more hyperlinks.

20. The apparatus of claim 17, wherein the apparatus is configured such that the hovering permits the user to more quickly view and hide the second set of one or more representations of the second set of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks and subsequently move the cursor off of the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks.

21. The apparatus of claim 17, wherein the apparatus is configured such that the hovering permits the user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the first set of one or more representations of the first set of one or more hyperlinks and subsequently move the cursor off.

22. The apparatus of claim 1, wherein at least one of:

the first set of one or more representations of the first set of one or more hyperlinks includes a set including a single representation of a single hyperlink;

the second set of one or more hyperlinks are displayed below and to a side the corresponding one of the first set of one or more representations;

the second set of one or more hyperlinks are displayed immediately below the corresponding one of the first set of one or more representations;

other portions of the webpage other than the first set of representations include images;

images other than any first-set-related images are pre-downloaded with the webpage;

US 10,042,823 B2

21

second-set-related images are pre-downloaded with the webpage for use in the display of the second set of representations;

the first input includes the hovering;

the second input includes the hovering;

additional input other than the first input and the second input, includes the hovering;

the hovering results in a visual emphasis;

the hovering results in content display;

the hovering results in display of at least a portion of content that was previously hidden;

the first set of one or more representations of the one or more menu items and the at least portion of the content is simultaneously displayed in separate frames;

the second set of one or more representations of the second set of one or more hyperlinks are pre-downloaded with the webpage by being downloaded prior to the first input; or

the at least a portion of the webpage includes a text item.

23. An apparatus, comprising:

a non-transitory memory storing instructions; and

one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the instructions to:

cause, after an access to a server, display of a first set of one or more representations of one or more menu items without any first-set-related images used in the display of the first set of one or more representations in connection with a webpage that includes a second set of one or more representations of one or more hyperlinks that are pre-downloaded with the webpage, wherein the second set of one or more representations are initially hidden, and the second set of one or more representations take the form of non-AJAX elements including one or more textual representations of one or more hyperlinks;

allow, without using AJAX, receipt of a first input from a user indicating a selection of one of the first set of representations of the one or more menu items;

cause, in response to receiving the first input from the user indicating the selection of one of the first set of representations of the one or more menu items, an immediate display of the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the webpage such that the second set of one or more representations of the one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the one or more menu items, and at least partially adjacent to the corresponding one of the first set of one or more representations of the one or more menu items;

allow receipt of a second input from the user indicating a selection of one of the second set of representations of the one or more hyperlinks;

cause, in response to receiving the second input from the user indicating the selection of one of the second set of one or more representations of the one or more hyperlinks, navigation to a destination corresponding to the selected one of the second set of one or more representations of the one or more hyperlinks; and

in response to the navigation to the destination corresponding to the selected one of the second set of one or more representations of the one or more hyperlinks, display at least a portion of content of the destination simultaneously with the first set of one or

22

more representations of one or more menu items, so as to allow continued review of the first set of one or more representations of the one or more menu items and continued review of the second set of one or more representations of the one or more hyperlinks while the at least portion of the content is simultaneously displayed, for additional navigation to at least one additional destination and display of at least a portion of additional content which is also simultaneously displayed with the first set of one or more representations of one or more menu items;

wherein both the display of the first set of one or more representations of the one or more menu items and the display of the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the webpage, are performed without requiring an additional access to the server;

wherein the webpage receives user input from the user including hovering.

24. The apparatus of claim 23, wherein the apparatus is configured such that the absence of any first-set-related images in the display of the first set of one or more representations minimizes a download time associated with the pre-downloading of the first set of one or more representations.

25. The apparatus of claim 23, wherein the apparatus is configured such that the first input includes the hovering, where the hovering permits the user to more quickly view and hide the second set of one or more representations of the one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the corresponding one of the first set of one or more representations.

26. The apparatus of claim 23, wherein the apparatus is configured such that the first input includes the hovering, where the hovering permits the user to view and hide different sets of one or more representations of different sets of one or more hyperlinks, by permitting the user to move a cursor over different ones of the first set of one or more representations.

27. The apparatus of claim 23, wherein the apparatus is configured such that a distance between multiple of the representations of multiple of the menu items remains constant before and after the display of the second set of one or more representations of the one or more hyperlinks.

28. The apparatus of claim 27, wherein the apparatus is operable such that the multiple of the representations of the multiple of the menu items and the second set of one or more representations of the one or more hyperlinks are displayed in a first portion of the webpage, and the at least portion of the content associated with the destination is displayed in a second portion of the webpage.

29. The apparatus of claim 27, wherein the apparatus is configured such that at least part of the first portion including at least a portion of the second set of one or more representations of the second set of one or more hyperlinks overlaps at least part of the second portion.

30. A method comprising:

generating content for use in populating a webpage that, when downloaded, performs the following:

displaying, in response to an access to a server, a first set of one or more representations of a first set of one or more hyperlinks without any first-set-related images used in the display of the first set of one or more representations in connection with a webpage that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the webpage, wherein the

US 10,042,823 B2

23

second set of one or more representations are hidden when the displaying of the first set of one or more representations occurs, and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks;

receiving, without Java, a first input from a user indicating a selection of one of the first set of representations of the first set of one or more hyperlinks;

in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, displaying, immediately and without Java, the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the webpage such that the second set of one or more representations of the second set of one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the first set of one or more hyperlinks, and at least partially below the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks;

receiving a second input from the user indicating a selection of one of the second set of representations of the second set of one or more hyperlinks;

in response to receiving the second input from the user indicating the selection of one of the second set of one or more representations of the second set of one or more hyperlinks, navigating to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks; and

in response to the navigation to the destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks, displaying at least a portion of content associated with the destination simultaneously with the first set of one or more representations of the first set of one or more hyperlinks, so as to allow continued review of the first set of one or more representations of the first set of one or more hyperlinks and continued review of the second set of one or more representations of the second set of one or more hyperlinks while the at least portion of the content is simultaneously displayed, for additional navigation to at least one additional destination and display of at least a portion of additional content which is also simultaneously displayed with the first set of one or more representations of the first set of one or more hyperlinks;

wherein both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the webpage, are performed without requiring an additional access to the server;

wherein receipt of user input from the user including hovering, is allowed.

31. A method comprising:

generating content for use in populating a webpage that, when downloaded, performs the following:

24

displaying, after a first access to a server and without using Java, a first set of one or more representations of one or more menu items without any first-set-related images used in the display of the first set of one or more representations in connection with a webpage that includes a second set of one or more representations of one or more hyperlinks that are pre-downloaded with the webpage, wherein the second set of one or more representations are hidden without particular user input in connection therewith;

receiving, without using Java, a first input from a user indicating a selection of one of the first set of representations of the one or more menu items;

in response to receiving the first input from the user indicating the selection of one of the first set of representations of the one or more menu items, displaying, immediately and without using Java, the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the webpage such that the second set of one or more representations of the one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the one or more menu items, and at least partially adjacent to the corresponding one of the first set of one or more representations of the one or more menu items;

detecting, without using Java, a second input from the user indicating a selection of one of the second set of representations of the one or more hyperlinks;

in response to detecting the second input from the user indicating the selection of one of the second set of one or more representations of the one or more hyperlinks, navigating, without using Java, to a destination corresponding to the selected one of the second set of one or more representations of the one or more hyperlinks; and

in response to the navigation to the destination corresponding to the selected one of the second set of one or more representations of the one or more hyperlinks, displaying at least a portion of content of the destination simultaneously with the first set of one or more representations of one or more menu items, so as to allow continued review of the first set of one or more representations of the one or more menu items and continued review of the second set of one or more representations of the one or more hyperlinks while the at least portion of the content is simultaneously displayed, for additional navigation to at least one additional destination and display of at least a portion of additional content which is also simultaneously displayed with the first set of one or more representations of one or more menu items;

wherein both the display of the first set of one or more representations of the one or more menu items and the display of the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the webpage, are performed without using Java and without requiring a second access to the server after the first access to the server;

wherein user input from the user including hovering is permitted to be received.

* * * * *

# Exhibit 36

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/224,002 | 03/24/2014 | Gal Arav | SVIPGP090I | 5598 |

92045        7590        04/22/2016

The Caldwell Firm, LLC
PO Box 59655
Dept. SVIPGP
Dallas, TX 75229

| EXAMINER |
|---|
| SMARTH, GERALD A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2478 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/22/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

pcaldwell@thecaldwellfirm.com
eofficeaction@appcoll.com

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) | |
|---|---|---|---|
| **Office Action Summary** | 14/224,602 | ARAV, GAL | |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | GERALD SMARTH | 2478 | No |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *03/24/14*.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) *1-10* is/are pending in the application.
5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) *1-10* is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on *03/24/14* is/are:  a)☒ accepted or b)☐ objected to by the Examiner.
Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
a)☒ All    b)☐ Some**  c)☐ None of the:
1.☒ Certified copies of the priority documents have been received.
2.☐ Certified copies of the priority documents have been received in Application No. _____.
3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

Application/Control Number: 14/224,002                                          Page 2
Art Unit: 2478

<div align="center">**DETAILED ACTION**</div>

1. It is hereby acknowledged that 14/224002 the following papers have been received and placed of record in the file: Remark date 03/24/15.

<div align="center">**Oath/Declaration**</div>

2. The applicant's oath/declaration has been reviewed by the examiner and is found to conform to the requirements prescribed in **37 C.F.R. 1.63.**

<div align="center">**Drawings**</div>

3. The applicant's drawings submitted are acceptable for examination purposes.

<div align="center">***Double Patenting***</div>

4.      The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re*

Application/Control Number: 14/224,002                                          Page 3

Art Unit: 2478

*Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225

USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re*

*Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the conflicting application or patent either is shown to be commonly owned

with this application, or claims an invention made as a result of activities undertaken within the

scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal

disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR

3.73(b).

Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as

being unpatentable over claims 1-66 of U.S. Patent No. 7,529,795 B2.  Although the

conflicting claims are not identical, they are not patentably distinct from each other because

they both relate to multiple hyperlinks with different paths or address.  The main difference is

U.S. Patent 7,529,795 B2 explains the use of a web page and an email with the one of the pages.

This is an obvious modification for the purposes of notify a user of information associated with

the web page or web content.

**Instant Application (14/224002)**                    **U.S. Patent (US 7,529,795 B2)**

| 1. A computer program product embodied on a | 1. A computer-implemented method, |
|---|---|

Application/Control Number: 14/224,002                                                    Page 4

Art Unit: 2478

| | |
|---|---|
| non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks; computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks; computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and computer code for causing, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations. | comprising: (1) displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and (2) displaying, in the window of the computer program and contemporaneously with the web content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum; wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail; wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction. |

The remaining current application's claims are similar to patent application's claims.

Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 11-20 of U.S. Patent No. 8,682,961 B2.   Although the conflicting claims are not identical, they are not patentably distinct from each other because they both relate to multiple hyperlinks with different paths or address.  The main difference is U.S. Patent 8,682,961 B2 is the use of tuple text matching. This is an obvious modification which can be done for the purpose of notifying a user of stock symbol matching.

Application/Control Number: 14/224,002                                          Page 5

Art Unit: 2478

| Instant Application (14/224002) | U.S. Patent (US 8,682,961 B2) |
|---|---|
| 1. A computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks; computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks; computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and computer code for causing, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations. | 11. A computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks that are each representative of a <u>predetermined category of content in connection with a page</u> that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page, where the second set of hyperlinks are each representative of a <u>plurality of subcategories of content associated with the predetermined category and are displayed below a corresponding one of the first set of representations in a menu format;</u> computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to receiving the first input, display of the second set of representations of the second set of hyperlinks <u>that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to at least one server;</u> computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; <u>computer code for causing, in response to receiving the second input, display of destination content specified by the selected one of the second set of hyperlink representations;</u> <u>computer code for causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server;</u> computer code for allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field;</u> computer code for causing determination whether the characters match |

Application/Control Number: 14/224,002                                    Page 6

Art Unit: 2478

| | any of n text strings in one of a plurality of n-tuples including n>1 text strings; and computer code for causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found. |
|---|---|
| 2. The computer program product of claim 1, wherein the first set of representations is a set of textual representations. | 12. The computer program product of claim 11, wherein the first set of representations is a set of textual representations. |
| 3. The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations. | 13. The computer program product of claim 11, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations. |
| 4. The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations. | 14. The computer program product of claim 11, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations. |
| 5. The computer program product of claim 1, wherein the second set of representations is a set of graphical representations. | 15. The computer program product of claim 11, wherein the second set of representations is a set of graphical representations. |
| 6. The computer program product of claim 1, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse click on the selected one of the second set of hyperlink representations. | 16. The computer program product of claim 11, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse click on the selected one of the second set of hyperlink representations. |
| 7. The computer program product of claim 1, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations. | 17. The computer program product of claim 11, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations. |
| 8. The computer program product of claim 1, wherein the computer code for causing, in response to receiving the first input, display of the second set of representations comprises | 18. The computer program product of claim 11, wherein the computer code for causing, in response to receiving the first input, display of the second set of representations comprises |

Application/Control Number: 14/224,002                                              Page 7

Art Unit: 2478

| | |
|---|---|
| computer code for causing display of the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input. | computer code for causing display of the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input. |
| 9. The computer program product of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations. | 19. The computer program product of claim 11, wherein the first set of representations is specified by the user before displaying the first set of representations. |
| 10. The computer program product of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations. | 20. The computer program product of claim 11, wherein the second set of representations is specified by the user before displaying the second set of representations. |

The remaining current application's claims are similar to patent application's claims.

Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1-12 of U.S. Patent No. 8,683,003 B2.   Although the conflicting claims are not identical, they are not patentably distinct from each other because they both relate to multiple hyperlinks with different paths or address.  The main difference is U.S. Patent 8,683,003 B2 is the use of Ajax technology with hyperlinks for stocks. This is an obvious modification which can be done for the purpose of tracking stocks.

**Instant Application (14/224002)**                    **U.S. Patent (US 8,683,003 B2)**

| | |
|---|---|
| 1. A computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks; computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks; computer code for allowing | 1. A computer program product stored on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page; computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to the receiving the first |

Application/Control Number: 14/224,002                                    Page 8

Art Unit: 2478

| | |
|---|---|
| receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and computer code for causing, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations. | input, display of the second set of representations of the second set of hyperlinks <u>that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed in a same window as at least one of the first set of representations of the first set of hyperlinks without requiring an additional access to a server;</u> computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and computer code for causing, in response to the receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations; <u>wherein at least one of the first set of hyperlinks or at least one of the second set of hyperlinks is stock-related; wherein at least a portion of the page is implemented utilizing AJAX technology.</u> |
| 2. The computer program product of claim 1, wherein the first set of representations is a set of textual representations. | 2. The computer program product of claim 1, wherein the computer code is operable such that the first input from the user includes a mouse click indicating the selection of one of the first set of hyperlink representations. |
| 3. The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations. | 3. The computer program product of claim 1, wherein the computer code is operable such that the first input from the user indicating the selection of one of the first set of hyperlink representations includes a mouse cursor hovering over the selected one of the first set of hyperlink representations. |
| 4. The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations. | 4. The computer program product of claim 1, wherein the computer code is operable such that the first set of representations of the first set of hyperlinks is a set of textual representations. |
| 5. The computer program product of claim 1, wherein the second set of representations is a set of graphical representations. | 5. The computer program product of claim 1, wherein the computer code is operable such that the first set of representations of the first set of hyperlinks is a set of graphical representations. |

Application/Control Number: 14/224,002                                                  Page 9

Art Unit: 2478

| | |
|---|---|
| 6. The computer program product of claim 1, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse click on the selected one of the second set of hyperlink representations. | 6. The computer program product of claim 1, wherein the computer code is operable such that the second set of representations is a set of graphical representations. |
| 7. The computer program product of claim 1, wherein the computer code for allowing receipt of the second input comprises computer code for allowing receipt of the second input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations. | 7. The computer program product of claim 1, wherein the computer code is operable such that the second input from the user includes a mouse click indicating the selection of one of the second set of hyperlink representations. |
| 8. The computer program product of claim 1, wherein the computer code for causing, in response to receiving the first input, display of the second set of representations comprises computer code for causing display of the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input. | 9. The computer program product of claim 1, wherein the computer code is operable such that the display of the second set of representations of the second set of hyperlinks is substantially immediately after the receipt of the first input. |
| 9. The computer program product of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations. | 10. The computer program product of claim 1, wherein the computer code is operable such that the first set of representations of the first set of hyperlinks is specified by the user before the display of the first set of representations. |
| 10. The computer program product of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations. | 12. The computer program product of claim 1, wherein the computer code is operable such that the second set of representations of the second set of hyperlinks is specified by the user before the display of the second set of representations. |

The remaining current application's claims are similar to patent application's claims.

### Claim Rejections - 35 USC § 112

5.       The following is a quotation of 35 U.S.C. 112(b):

(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

Application/Control Number: 14/224,002                                      Page 10

Art Unit: 2478

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

6.      Claims 8-10 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

Claim 8 uses the phrase "substantially immediately". The specification does not further explain or define a measurement of time for "substantially immediately" and thus is considered indefinite.

Claim 9 uses the phrase "the first set of representations is specified by the user before displaying the first set of representations". It is unclear how the first set is represented before displaying. The representation can be by the use of a pointer prior to the pop-up being displayed or a configuration of a pop-up.

Claim 10 uses the phrase "the second set of representations is specified by the user before displaying the second set of representations". It is unclear how the second set is represented before displaying. The representation can be by the use of a pointer prior to the pop-up being displayed or a configuration of a pop-up.

### *Claim Rejections - 35 USC § 102*

7.  The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

Application/Control Number: 14/224,002                                   Page 11

Art Unit: 2478

(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

8. Claims 1-10 are rejected under pre-AIA 35 U.S.C. 102(e) as being unpatentable by Benson (US 7,913,185)

Regarding claim 1, Benson teaches a computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks;(see Benson column 2 lines 34-50, 4 lines 45-56 explains multiple web links 41-43 associated with menus, Fig.1 &2) computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;(see Benson column 4, lines 10-57, explains sub popups from menu items, Fig.2) computer code for causing, in response to receiving the first input, (see Benson column 4, lines 10-57, explains sub popups from menu items, Fig.2)   display of a second set of representations of a second set of hyperlinks; (see Benson column 4, lines 10-57, explains sub popups from menu items, Fig.2)   computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations;(see Benson lines 10-57, explains after pointer selects sub-menu execution of function of selection) and computer code for causing, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations. (see Benson column 4 lines 10-57, Fig 4 explains links which has a function, such as sending to a given page)

Application/Control Number: 14/224,002                                    Page 12

Art Unit: 2478

Regarding claim 2, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the first set of representations is a set of textual representations.

(see Benson column 4 lines 1-19, column 15-20, explains menu as text)

Regarding claim 3, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the computer code for allowing receipt of the first input

comprises computer code for allowing receipt of the first input from the user indicating a mouse

click on the selected one of the first set of hyperlink representations. (see Benson column 1 lines

55-64, column 2 lines 1-34 explains the use a mouse to select menus)

Regarding claim 4, Benson taught the computer program product of claim 1, as described above.

Benson further  wherein the computer code for allowing receipt of the first input comprises

computer code for allowing receipt of the first input from the user indicating a mouse cursor

hovering over the selected one of the first set of hyperlink representations. (see Benson column 1

lines 55-64, column 2 lines 1-34 explains the use a mouse above menu to select menus)

Regarding claim 5, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the second set of representations is a set of graphical

representations. (see Benson column 1 lines 55-column 2 lines 32, explains popup menu

associated with graphic image)

Regarding claim 6, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the computer code for allowing receipt of the second input

comprises computer code for allowing receipt of the second input from the user indicating a

Application/Control Number: 14/224,002                                                           Page 13
Art Unit: 2478

mouse click on the selected one of the second set of hyperlink representations. (see Benson

column 1 lines 55-column 2 lines 32)

Regarding claim 7, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the computer code for allowing receipt of the second input

comprises computer code for allowing receipt of the second input from the user indicating a

mouse cursor hovering over the selected one of the second set of hyperlink representations. (see

Benson column 4 lines 1-9, column 4 lines 10-57, explains hovering pointer over menu)

Regarding claim 8, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the computer code for causing, in response to receiving the first

input, display of the second set of representations comprises computer code for causing display

of the second set of representations of the second set of hyperlinks substantially immediately

after receiving the first input. (see Benson column 4 lines 1-57 explains with the use of the

mouse over displays sub menus)

Regarding claim 9, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the first set of representations is specified by the user before

displaying the first set of representations. (see Benson column 4 lines 10-57 explains placing

pointer over hot spot)

Regarding claim 10, Benson taught the computer program product of claim 1, as described

above.  Benson further teaches wherein the second set of representations is specified by the user

Application/Control Number: 14/224,002                                      Page 14

Art Unit: 2478

before displaying the second set of representations. (see Benson column 4 lines 10-57 explains

placing pointer over menu and shows sub menu)

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Gerald Smarth whose telephone number is (571) 270-1923.  The

examiner can normally be reached on Monday-Friday 8:30AM-5:00PM(EST).If attempts to

reach the examiner by telephone are unsuccessful, the examiner's supervisor, Derrick Ferris can

be reached on (571) 272-3123.  The fax phone number for the organization where this

application or proceeding is assigned is 571-273-8300.Information regarding the status of an

application may be obtained from the Patent Application Information Retrieval (PAIR) system.

Status information for published applications may be obtained from either Private PAIR or

Public PAIR.  Status information for unpublished applications is available through Private PAIR

only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you

have questions on access to the Private PAIR system, contact the Electronic Business Center

(EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service

Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/GERALD SMARTH/

Primary Examiner, Art Unit 2478

Application/Control Number: 14/224,002                                    Page 15
Art Unit: 2478

U<small>NITED</small> S<small>TATES</small> P<small>ATENT AND</small> T<small>RADEMARK</small> O<small>FFICE</small>

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/224,002 | 03/24/2014 | Gal Arav | SVIPGP090I | 5598 |

92045    7590    11/10/2016
The Caldwell Firm, LLC
PO Box 59655
Dept. SVIPGP
Dallas, TX 75229

| EXAMINER |
|---|
| SMARTH, GERALD A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2478 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/10/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

pcaldwell@thecaldwellfirm.com
eofficeaction@appcoll.com

PTOL-90A (Rev. 04/07)

| | Application No. 14/224,902 | Applicant(s) ARAV, GAL |
|---|---|---|
| **Office Action Summary** | Examiner GERALD SMARTH | Art Unit 2478 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on _08/22/16_.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☒ This action is **FINAL**.    2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) _1-7,11-18_ is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☒ Claim(s) _1-7 and 11-18_ is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.
11)☒ The drawing(s) filed on _03/24/14_ is/are: a)☒ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
  a)☐ All    b)☐ Some**  c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

Application/Control Number: 14/224,002                                             Page 2

Art Unit: 2478

## DETAILED ACTION

1. It is hereby acknowledged that 14/751496 the following papers have been received and placed of record in the file: Amendment date 08/22/16.

2.      Claims 1-18 are presented for examination.  Claim 1 is amended.  Claims 8-19 are cancelled.  Claims 11-18 are new.

## Response to Argument

3. Applicant's arguments with respect to claims 1-18 have been considered but are moot in view of the new ground(s) of rejection.

### *Claim Rejections - 35 USC § 103*

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.

5.      Claims 1-7, 11-13 are rejected under 35 U.S.C. 103(a) as being unpatentable over Benson (US 7,913,185) in view of Asdournian (US 2007/0192181),

Application/Control Number: 14/224,002                                          Page 3
Art Unit: 2478

Regarding claim 1, Benson teaches a computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks;(see Benson column 2 lines 34-50, 4 lines 45-56 explains multiple web links 41-43 associated with menus, Fig.1 &2) computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;(see Benson column 4, lines 10-57, explains sub popups from menu items, Fig.2) computer code for causing, in response to receiving the first input, (see Benson column 4, lines 10-57, explains sub popups from menu items, Fig.2)   display of a second set of representations of a second set of hyperlinks; (see Benson column 4, lines 10-57, explains sub popups from menu items, Fig.2)   computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations;(see Benson lines 10-57, explains after pointer selects sub-menu execution of function of selection) and computer code for causing, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations. (see Benson column 4 lines 10-57, Fig 4 explains links which has a function, such as sending to a given page)

Benson does not explicitly disclose in connection with a web page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the web page;

However Asdourian teaches the second set of hyperlinks that are downloaded with the web page such that the second set of representations of the second set of hyperlinks are displayed without

Application/Control Number: 14/224,002                                              Page 4

Art Unit: 2478

requiring an additional access to a server;(see Asdourian paragraph [00041],[0058] explains the

use of AJAX and popup for links)

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify

Benson's graphical insertion of javascript to include Asdourian's automatically modifying web

pages to integrate advertising without changing UI.  One of ordinary skill in the art would have

been motivated to make this modification at the time of the invention in order to have a more

efficient way to include advertisement with on a website; (see Asdourian paragraphs [0005] and

[0006].)

Regarding claim 2, the modified Benson taught the computer program product of claim 1, as

described above.  Benson further teaches wherein the first set of representations is a set of textual

representations. (see Benson column 4 lines 1-19, column 15-20, explains menu as text)

Regarding claim 3, the modified Benson taught the computer program product of claim 1, as

described above.  Benson further teaches wherein the computer code for allowing receipt of the

first input comprises computer code for allowing receipt of the first input from the user

indicating a mouse click on the selected one of the first set of hyperlink representations. (see

Benson column 1 lines 55-64, column 2 lines 1-34 explains the use a mouse to select menus)

Regarding claim 4, Benson taught the computer program product of claim 1, as described above.

Benson further  wherein the computer code for allowing receipt of the first input comprises

computer code for allowing receipt of the first input from the user indicating a mouse cursor

Application/Control Number: 14/224,002                                             Page 5

Art Unit: 2478

hovering over the selected one of the first set of hyperlink representations. (see Benson column 1

lines 55-64, column 2 lines 1-34 explains the use a mouse above menu to select menus)

Regarding claim 5, the modified Benson taught the computer program product of claim 1, as

described above.  Benson further teaches wherein the second set of representations is a set of

graphical representations. (see Benson column 1 lines 55-column 2 lines 32, explains popup

menu associated with graphic image)

Regarding claim 6, the modified Benson taught the computer program product of claim 1, as

described above.  Benson further teaches wherein the computer code for allowing receipt of the

second input comprises computer code for allowing receipt of the second input from the user

indicating a mouse click on the selected one of the second set of hyperlink representations. (see

Benson column 1 lines 55-column 2 lines 32)

Regarding claim 7, Benson taught the computer program product of claim 1, as described above.

Benson further teaches wherein the computer code for allowing receipt of the second input

comprises computer code for allowing receipt of the second input from the user indicating a

mouse cursor hovering over the selected one of the second set of hyperlink representations. (see

Benson column 4 lines 1-9, column 4 lines 10-57, explains hovering pointer over menu)

Regarding claim 11, the modified Benson taught the computer program product claim 1, as

described above.  The modified Benson further teaches wherein the web page is implemented

utilizing AJAX technology.(see Asdourian paragraph [0045] explains the use of AJAX)

Application/Control Number: 14/224,002                                    Page 6

Art Unit: 2478

Regarding claim 12, the modified Benson taught the computer program product of claim 1, as

described above.  The modified Benson further teaches wherein the second set of representations

are displayed instantaneously. (see Asdourian paragraph [0032], [0045],use of AJAX to change

into multiple links)


Regarding claim 13, the modified Benson taught the computer program of claim 1, as described

above.  The modified Benson further teaches wherein the second set of the representations are

displayed for allowing the user to scan through links before the navigation.(see Asdourian

paragraphs [0041],[0042],[0058] explains links popup of other webpage and links)


6.      Claims 14 and 18 are rejected under 35 U.S.C. 103(a) as being unpatentable over Benson

(US 7,913,185) in view of Asdournian (US 2007/0192181) in further view of Gagon (US

7765568),


Regarding claim 14, the modified Benson taught the computer program product of claim 1, as

described above.  Benson does not explicitly disclose the second set of representations includes a

set of logos.

However Gagnon teaches wherein the second set of representations includes a set of logos.

(Gagnon discloses in the preferred embodiment, the links are represented by graphical buttons or

logos that, when selected by the user, invoke the associated link and launch the GUI into the

corresponding page display/state; see column 12 lines 43-50)

Application/Control Number: 14/224,002                                         Page 7
Art Unit: 2478

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Wang's voice and video greeting system for personal advertisement to include Asdourian's automatically modifying web pages to integrate advertising without changing UI.  It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Benson and Asdournian to include Gagnon's graphical turning bar.  One of ordinary skill in the art would have been motivated to make this modification at the time of the invention in order to have a more efficient way to include advertisement with on a website (see Asdournian paragraphs [0005] and [0006].)


 Regarding claim 18, the computer grogram product of claim 1, wherein the computer product is operable such that the first set of representations of the first set of hyperlinks is displayed in a second portion of the web page, and a content associated with the first set of hyperlinks is displayed in a second operation of the web page
However Gagnon teaches wherein the computer product is operable such that the first set of representations of the first set of hyperlinks is displayed in a second portion of the web page, and a content associated with the first set of hyperlinks is displayed in a second operation of the web page.  (Gagnon discloses the control panel 184 may further include a special links segment 186, a sub-page links segment 188, a functions toggle 190, the pop-up remote control link 166, and a main menu link 192; see column 17 lines 26-31, see fig. 5)
It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Benson and Asdournian to include Gagnon's graphical turning bar.  One of ordinary skill in the art would have been motivated to make this modification at the time of the invention in order to

Application/Control Number: 14/224,002                                                    Page 8

Art Unit: 2478

have a more efficient way to include advertisement with on a website (see Asdournian

paragraphs [0005] and [0006].)


7.      Claims 15-17 are rejected under 35 U.S.C. 103(a) as being unpatentable over Benson (US

7,913,185) in view of Asdournian (US 2007/0192181) in further view of Wise (US

2004/0098269),


Regarding claim 15, the modified Benson taught the computer program product of claim 1,as

described above.  Benson does not explicitly disclose wherein the first set of representations of

the first set of hyperlinks is sorted in categories.

However Wise teaches the first set of representations of the first set of hyperlinks is sorted in

categories. (Wise discloses FIG. 5B shows the screen 510 with hyperlinks 512 to subcategories

as follows: see paragraph [155])

        It would be obvious to a person of ordinary skill in the art at the time of the invention to

modify Benson and Asdournian to include Wise's creating and accessing a hierarchical database.

One of ordinary skill in the art would have been motivated to make this modification at the time

of the invention in order to have a more efficient way to include advertisement within a website

and thus reducing time and cost; (see Wise paragraph [0019])


Regarding claim 16, the modified Benson taught the computer product of claim 1, as described

above. Benson does not explicitly disclose the second set of representations of the second set of

hyperlinks is sorted into sub-categories. However Wise teaches wherein the second set of

Application/Control Number: 14/224,002                                      Page 9
Art Unit: 2478

representations of the second set of hyperlinks is sorted into sub-categories. (Wise discloses FIG. 5B shows the screen 510 with hperlinks 512 to subcategories as follows: see paragraph [0155])

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Benson and Asdournian to include Wise's creating and accessing a hierarchical database. One of ordinary skill in the art would have been motivated to make this modification at the time of the invention in order to have a more efficient way to include advertisement within a website and thus reducing time and cost; (see Wise paragraph [0019])


Regarding claim 17, the modified Benson taught the computer product of claim 1, as described above. Benson does not explicitly disclose the computer program product is operable such that the second set of representations of the second set of hyperlinks is presented in the form of a list of sub-categories.   However Wise teaches wherein the computer program product is operable such that the second set of representations of the second set of hyperlinks is presented in the form of a list of sub-categories. (Wise discloses FIG. 5B shows the screen 510 with hyperlinks 512 to subcategories as follows: see paragraph [0155])

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Benson and Asdournian to include Wise's creating and accessing a hierarchical database. One of ordinary skill in the art would have been motivated to make this modification at the time of the invention in order to have a more efficient way to include advertisement within a website and thus reducing time and cost; (see Wise paragraph [0019])

Application/Control Number: 14/224,002                                    Page 10
Art Unit: 2478

8.      Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP § 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Gerald Smarth whose telephone number is (571)270-1923.  The examiner can normally be reached on Monday-Friday(7:30am-5:00pm)est.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Derrick Ferris can be reached on (571)272-3123.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 14/224,002                                      Page 11
Art Unit: 2478

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/GERALD SMARTH/
Primary Examiner, Art Unit 2478

# Exhibit 37

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090J |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor     1**    Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Gal | | Arav | |

**Residence Information (Select One)**  ○ US Residency  ● Non US Residency  ○ Active US Military Service

| City | Raanana | Country of Residence ⁱ | | IL |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | HaMachtarot Street 6A, #4 | | |
|---|---|---|---|
| Address 2 | | | |
| City | Raanana | State/Province | IL |
| Postal Code | 43550 | Country ⁱ | IL |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 92045 | | |
|---|---|---|---|
| Email Address | pcaldwell@thecaldwellfirm.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | HYPERLINK WITH GRAPHICAL CUE | | |
|---|---|---|---|
| Attorney Docket Number | SVIPGP090J | **Small Entity Status Claimed** | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| **Total Number of Drawing Sheets (if any)** | | **Suggested Figure for Publication (if any)** | |

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090J |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| | |
|---|---|
| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 92045 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 14224002 | 2014-03-24 |

EFS Web 2.2.12

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090J |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14224002 | Continuation of | 12334068 | 2008-12-12 | 8682961 | 2014-03-25 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12334068 | Continuation of | 11384957 | 2006-03-20 | 7529795 | 2009-05-05 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

# Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Remove Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090J |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☒ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090J |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant    1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

( ● ) Assignee          ( ○ ) Legal Representative under 35 U.S.C. 117          ( ○ ) Joint Inventor

( ○ ) Person to whom the inventor is obligated to assign.          ( ○ ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.          ☒

| Organization Name | Aloft Media, LLC |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 211 W Tyler St., Suite C | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Longview | **State/Province** | TX |
| **Country** | US | Postal Code | 75601 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090J |
|---|---|---|
|  | Application Number |  |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

**Assignee    1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☐ |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
|  |  |  |  |  |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |

| City | | State/Province | |
|---|---|---|---|
| Country | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

# Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the <u>INITIAL</u> filing of the application <u>and</u> either box A or B is <u>not</u> checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet <u>must</u> be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, <u>all</u> joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of <u>all</u> joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Patrick Caldwell/ | | | Date  (YYYY-MM-DD) | 2017-10-01 |
|---|---|---|---|---|---|
| First Name | Patrick | Last Name | Caldwell | Registration Number | 44580 |

Additional Signature may be generated within this form by selecting the Add button.

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 587 of 1037

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090J |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.2.12

# HYPERLINK WITH GRAPHICAL CUE

## RELATED APPLICATIONS

The present application claims priority to and is a continuation of U.S. Application Ser. No. 14/224,002 filed Mar. 24, 2014, which is U.S. Application Ser. No. 12/334,068 filed Dec. 12, 2008, now issued under U.S. Patent No.: 8,682,961, which is a continuation of U.S. Application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Patent No.: 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

## BACKGROUND

Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web

page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document.  In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks.  For example, a picture of a person on a web page may represent a hyperlink to that person's home page.  Clicking on the picture will cause the web browser to navigate to the hyperlinked home page.  Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink.  The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

FIGS. 4A-4C are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

2

FIGS. 5A-5B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

## DETAILED DESCIPTION

Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration and explanation, each of the message boards 102a-m is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

3

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

4

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field 312. The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112. In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114. This is not, however, a requirement of the present invention. The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-m.

Note further that any subset of the external message boards 102a-m may be selectable as a source by the user 142. Such a subset may, for example, consist of all of the external message boards 102a-m, any one of the message boards 102a-m, or any combination of fewer than all of the message boards 102a-m.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message

5

Titles," which always displays the titles of the messages summarized in the table 302. The table 302 also includes, however, a second column 322b having content that may-be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302. Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table 302 may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210). For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 1-20; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212). For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120. Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required. The message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

6

As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3). In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302. When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed-in the frame 308.

The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-m or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message

summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3. For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users. The web page 300, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques

10

disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server 112 extracts certain information from source message boards to produce the message content units 132. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user 142 may be allowed to sort the aggregated message summaries displayed in the message table 302 by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table 302 may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table 302 may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser 140 is not limited to any particular web browser application. The web browser 140 may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network 138 in FIG. 1 is labeled as the "Internet," the web browser 140 and aggregation server 112 may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. 4A, an illustration is shown of a graphical user interface text input control 400 for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control 400 includes a text input field 402 into which the user may type text.

In the particular embodiment illustrated in FIG. 4A, the text input field 402 is used for entering either the name of a company or the stock ticker symbol of the company. The text input field 402 may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Patent No.: 7,529,795. The text input field 402, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field 402 is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field 402 may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock

12

ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. 4A, the user has begun to type the text "aap". As the user types, the program that provides the text input field 402 may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. 4A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. 4A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text 408a-c of the three matching tuples in the list 406a. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field 402 or as the user deletes previously-typed characters in the text input field 402.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. 4A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings 408a, 408b, and 408c. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings 408a-c corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. 4A, the text 404a typed by the user in the text input field 402 only matches stock ticker symbols in the set of stored tuples. Referring to FIG. 4B, an example is illustrated in which the text 404b ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list 406b displayed in FIG. 4B, therefore, includes text 410a-j corresponding to tuples having company names that match the typed text 404b. Although the list 406b is sorted by stock ticker symbol, the list 406b may be organized in any manner. For

13

example, the list 406b may be sorted by company name. Note that the list 406b displayed in FIG. 4B may be generated dynamically while the user types the text 404b in the same manner as described above with respect to the list 406a of FIG. 4A, namely by attempting to match the text 404b against both stock ticker symbols and company names.

Referring to FIG. 4C, an example is illustrated in which the text 404c ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list 406c displayed in FIG. 4C, therefore, includes both text 412a-c corresponding to tuples having ticker symbols that match the typed text 404c and text 412d-j having company names that match the typed text 404c. Although the list 406c includes two sections--one for matching ticker symbols and one for matching company names--the list may be organized in any manner. For example, the list 406c may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists 406a-c illustrated in FIGS. 4A-4C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field 402. For example, if the user clicks on an item in the list, the program may fill in the text field 402 with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field 402 with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto- ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www.quote.com/qc/lookup/symbol search.aspx, http://www.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.marketwatch.com/symbollookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&,

http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksind ex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the

following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in $n$-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of $n$-tuples, in which $n=2$. The techniques disclosed herein may be applied more generally, to $n$-tuples where $n>1$. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an $n$-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the $n$-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the $n$-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the $n$-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an $n$-tuple. For example, if $n=3$, matching may be performed against two rather than three of the text strings in the $n$-tuple.

Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching $n$-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an $n$-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as $n$-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a

16

storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. 5A, a web page 500 is shown according to one embodiment of the present invention. The web page 500 includes a first frame 502a displaying a first set of textual

hyperlink representations 504a, and a second frame 502b displaying the contents of another web page.

In the embodiment illustrated in FIG. 5A, the first set of hyperlink representations 504a includes hypertext 506a-h. In this example, the hypertext 506a-h includes text representing categories of news web sites. For example, hypertext 506a ("World News") represents the category of world news web sites, hypertext 506b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext 506a-h shown in FIG. 5A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations 504a enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext 506a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 506a-h or by hovering a mouse cursor over one of the hypertext links 506a-h.

In response to receiving a selection of one of the hypertext links 506a-h from the user, the web page 500 displays a second set of hyperlink representations 504b. In the particular example illustrated in FIG. 5A, the user has clicked on or hovered the mouse cursor over hypertext 506h ("Stock Research"). In response, the web page 500 has displayed the second set of hyperlink representations 504b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 508a-l represents a hyperlink to a stock research web site.

More specifically, in the embodiment illustrated in FIG. 5A, each of the hyperlink representations 508a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 508a is the logo of www.bigcharts.com, and the hyperlink representation 508a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 508a-l, the web browser displays the destination of the selected hyperlink in the frame 502b. For example, if the user selects hyperlink representation 508a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 502b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks 506a-h. For example, as shown in FIG. 5B, when the user selects hyperlink 506d ("UK News"), the web page 500 displays a set 504c of hyperlink representations 510a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 504a of links 506a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 504a of links 506a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 500, and then quickly displayed to the user without requiring additional accesses to the server.

18

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Patent No.: 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 504b and 504c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks 504a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

19

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

**CLAIMS**

What is claimed is:

1.      An apparatus, comprising:

a non-transitory memory storing instructions; and

one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the instructions to:

cause, after an access to a server, display of a first set of one or more representations of a first set of one or more hyperlinks in connection with a web page that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the web page, wherein the second set of one or more representations are initially hidden, and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks;

allow receipt of a first input from a user indicating a selection of one of the first set of representations of the first set of one or more hyperlinks;

cause, in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, a substantially immediate display of the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the web page such that the second set of one or more representations of the second set of one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the first set of one or more hyperlinks, and at least partially below the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks;

21

allow receipt of a second input from the user;

cause, in response to receiving the second input, a visual emphasis of at least a portion of the web page;

allow receipt of a third input from the user indicating a selection of one of the second set of representations of the second set of one or more hyperlinks; and

cause, in response to receiving the third input from the user indicating the selection of one of the second set of one or more representations of the second set of one or more hyperlinks, navigation to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks;

wherein both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the web page, are performed without requiring an additional access to the server.

2.      The apparatus of claim 1, wherein the apparatus is configured such that the first input includes clicking.

3.      The apparatus of claim 1, wherein the apparatus is configured such that the first input includes hovering.

4.      The apparatus of claim 1, wherein the apparatus is configured such that use of the textual representations minimize an amount of data required to pre-download the second set of one or more representations of the second set of one or more hyperlinks.

5.      The apparatus of claim 1, wherein the apparatus is configured such that use of the textual representations require less data than an image showing the textual representations.

6.      The apparatus of claim 1, wherein the apparatus is configured such that use of the textual representations minimize a menu response time associated with the web page.

7.      The apparatus of claim 1, wherein the apparatus is configured such that the textual representations are optimized for use on a mobile device.

8.      The apparatus of claim 1, wherein the apparatus is configured such that the first set of one or more representations of the first set of one or more hyperlinks is sorted into categories, and the second set of one or more representations of the second set of one or more hyperlinks is sorted into sub-categories.

9.      The apparatus of claim 1, wherein the apparatus is configured such that the textual representations include a specific characteristic including at least one of a color, an underlining, a bolding, or an italicizing.

10.     The apparatus of claim 1, wherein the apparatus is operable such that the first set of one or more representations of the first set of one or more hyperlinks is displayed in a first portion of the web page, and a content associated with the first set of one or more hyperlinks is displayed in a second portion of the web page.

11.     The apparatus of claim 1, wherein the apparatus is configured such that the hypertext is implemented without AJAX.

12.     The apparatus of claim 1, wherein the apparatus is configured such that the hypertext is implemented without Java.

13.     The apparatus of claim 1, wherein the apparatus is configured such that each instance of the receipt and the display is performed without invoking AJAX.

14.    The apparatus of claim 1, wherein the apparatus is configured such that each instance of the receipt and the display is performed without invoking Java.

15.    The apparatus of claim 1, wherein the apparatus is configured such that each hyperlink of the second set of one or more hyperlinks that is pre-downloaded with the web page includes additional information that is preloaded and hidden.

16.    The apparatus of claim 1, wherein the apparatus is configured such that the first set of one or more representations of the first set of one or more hyperlinks and the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the web page are displayed utilizing a static object.

17.    The apparatus of claim 1, wherein the apparatus is configured such that the first set of one or more representations of the first set of one or more hyperlinks and the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the web page each include a static object.

18.    The apparatus of claim 1, wherein the apparatus is configured such that the display of the second set of one or more representations is immediate in response to receiving the first input.

19.    The apparatus of claim 1, wherein the apparatus is configured such that the visual emphasis is accomplished without replacing an object being emphasized.

20.    The apparatus of claim 1, wherein the apparatus is configured such that the visual emphasis is accomplished via highlighting.

21.    The apparatus of claim 1, wherein the apparatus is configured such that letters of the textual representations do not change in response to user input.

22.    The apparatus of claim 1, wherein at least one of:

24

the first set of one or more representations of the first set of one or more hyperlinks includes a set including a single representation of a single hyperlink;

the second set of one or more hyperlinks are displayed below and to a side the corresponding one of the first set of one or more representations;

the second set of one or more hyperlinks are displayed immediately below the corresponding one of the first set of one or more representations;

the second set of one or more representations further include an image;

the second set of one or more representations of the second set of one or more hyperlinks are pre-downloaded with the web page by being downloaded prior to the first user input; and

the at least a portion of the web page includes a text item.

23. An apparatus, comprising:

a non-transitory memory storing instructions; and

one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the instructions to:

cause, after an access to a server, display of a first set of one or more representations of one or more menu items in connection with a web page that includes a second set of one or more representations of one or more hyperlinks that are pre-downloaded with the web page, wherein the second set of one or more representations are initially hidden, and the second set of one or more representations take the form of non-AJAX elements including one or more textual representations of one or more hyperlinks;

25

allow receipt of a first input from a user indicating a selection of one of the first set of representations of the one or more menu items;

cause, in response to receiving the first input from the user indicating the selection of one of the first set of representations of the one or more menu items, an immediate display of the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the web page such that the second set of one or more representations of the one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the one or more menu items, and at least partially adjacent to the corresponding one of the first set of one or more representations of the one or more menu items;

allow receipt of a second input from the user indicating a selection of one of the second set of representations of the one or more hyperlinks; and

cause, in response to receiving the second input from the user indicating the selection of one of the second set of one or more representations of the one or more hyperlinks, navigation to a destination corresponding to the selected one of the second set of one or more representations of the one or more hyperlinks;

wherein both the display of the first set of one or more representations of the one or more menu items and the display of the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the web page, are performed without requiring an additional access to the server.

24.     The apparatus of claim 23, wherein the apparatus is configured such that the textual representations minimize an amount of data required to pre-download the second set of one or more representations of the one or more hyperlinks.

25.     The apparatus of claim 23, wherein the apparatus is configured such that the textual representations require less data than an image showing the textual representations and thereby minimize a web page download time and a menu response time associated with the web page.

26.     The apparatus of claim 23, wherein the apparatus is configured such that the textual representations are modified for use on a mobile device.

27.     The apparatus of claim 23, wherein the apparatus is configured such that content of the textual representations does not change in response to user input so as to minimize a menu response time associated with the web page.

28.     The apparatus of claim 23, wherein the apparatus is configured such that a visual emphasis of at least a portion of the web page is accomplished without replacing an object being emphasized.

29.     A method comprising:

generating content for use in populating a web page that, when downloaded, performs the following:

displaying, in response to an access to a server, a first set of one or more representations of a first set of one or more hyperlinks in connection with a web page that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the web page, wherein the second set of one or more representations are hidden when the displaying of the first set of one or more representations occurs, and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks;

receiving a first input from a user indicating a selection of one of the first set of representations of the first set of one or more hyperlinks;

27

in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, displaying, immediately, the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the web page such that the second set of one or more representations of the second set of one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the first set of one or more hyperlinks, and at least partially below the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks;

receiving a second input from the user;

in response to receiving the second input, visually emphasizing at least a portion of the web page;

receiving a third input from the user indicating a selection of one of the second set of representations of the second set of one or more hyperlinks; and

in response to receiving the third input from the user indicating the selection of one of the second set of one or more representations of the second set of one or more hyperlinks, navigate to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks;

wherein both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more representations of the second set of one or more hyperlinks that are pre-downloaded with the web page, are performed without requiring an additional access to the server.

30.    A method comprising:

28

generating content for use in populating a web page that, when downloaded, performs the following:

displaying, after a first access to a server, a first set of one or more representations of one or more menu items in connection with a web page that includes a second set of one or more representations of one or more hyperlinks that are pre-downloaded with the web page, wherein the second set of one or more representations are hidden without particular user input in connection therewith, and the second set of one or more representations include non-AJAX hypertext including one or more textual representations associated with the one or more hyperlinks;

receiving a first input from a user indicating a selection of one of the first set of representations of the one or more menu items;

in response to receiving the first input from the user indicating the selection of one of the first set of representations of the one or more menu items, displaying, immediately, the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the web page such that the second set of one or more representations of the one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the one or more menu items, and at least partially adjacent to the corresponding one of the first set of one or more representations of the one or more menu items;

receiving a second input from the user indicating a selection of one of the second set of representations of the one or more hyperlinks; and

in response to receiving the second input from the user indicating the selection of one of the second set of one or more representations of the one or more hyperlinks, navigate to a destination corresponding to the selected one of the second set of one or more representations of the one or more hyperlinks;

29

wherein both the display of the first set of one or more representations of the one or more menu items and the display of the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the web page, are performed without requiring a second access to the server after the first access to the server.

# ABSTRACT

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks.  In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks.  Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.



FIG. 1



FIG. 2



FIG 3



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 626 of 1037

# FIG. 5A



500

502a

504a

506a ~ World News →
506b ~ Business News →
506c ~ US News →
506d ~ UK News →
506e ~ TV News →
506f ~ Biz Magazines →
506g ~ Biz Knowledge →
506h ~ Stock Research →

502b

Home

504c

bbc.co.uk ~ 510a

DAILY EXPRESS ~ 510b

Daily Mail ~ 510c

Daily Mirror ~ 510d

The Daily Telegraph ~ 510e

Financial Times ~ 510f

Guardian ~ 510g

The Scotsman ~ 510h

The Sun ~ 510i

The Times ~ 510j

FIG. 5B

Doc code: Oath
Document Description: Oath or declaration filed

PTO/AIA/02 (07-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## SUBSTITUTE STATEMENT IN LIEU OF AN OATH OR DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (35 U.S.C. 115(d) AND 37 CFR 1.64)

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

This statement is directed to:

☑ The attached application,

OR

☐ United States application or PCT international application number _____ filed on _____ .

**LEGAL NAME of inventor to whom this substitute statement applies:**

(*E.g.*, Given Name (first and middle (if any)) and Family Name or Surname)

Gal Arav

Residence (except for a deceased or legally incapacitated inventor):

| City Raanana | State ISRAEL | Country ISRAEL |
|---|---|---|

Mailing Address (except for a deceased or legally incapacitated inventor):

HaMachtarot Street 6A, #4

| City Raanana | State ISRAEL | Zip 43550 | Country ISRAEL |
|---|---|---|---|

I believe the above-named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this statement is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Relationship to the inventor to whom this substitute statement applies:

☐ Legal Representative (for deceased or legally incapacitated inventor only),

☑ Assignee,

☐ Person to whom the inventor is under an obligation to assign,

☐ Person who otherwise shows a sufficient proprietary interest in the matter (petition under 37 CFR 1.46 is required), or

☐ Joint Inventor.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/AIA02 (07-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT

Circumstances permitting execution of this substitute statement:

☐ Inventor is deceased,

☐ Inventor is under legal incapacity,

☑ Inventor cannot be found or reached after diligent effort, or

☐ Inventor has refused to execute the oath or declaration under 37 CFR 1.63.

If there are joint inventors, please check the appropriate box below:

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) naming the entire inventive entity has been or is currently submitted.

OR

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) has not been submitted. Thus, a Substitute Statement Supplemental Sheet (PTO/AIA/11 or equivalent) naming the entire inventive entity and providing inventor information is attached. See 37 CFR 1.64(b).

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

**PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

| Name: Andrew Gordon | Date (Optional): |
|---|---|

Signature: /Andrew Gordon/

**APPLICANT NAME AND TITLE OF PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

If the applicant is a juristic entity, list the applicant name and the title of the signer:

Applicant Name: Aloft Media, LLC

Title of Person Executing This Substitute Statement: Manager

The signer, whose title is supplied above, is authorized to act on behalf of the applicant.

**Residence of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent):**

| City Frisco | State TX | Country USA |
|---|---|---|

**Mailing Address of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent)**

211 W Tyler St, Suite C

| City Longview | State TX | Zip 75601 | Country USA |
|---|---|---|---|

Note: Use an additional PTO/AIA/02 form for each inventor who is deceased, legally incapacitated, cannot be found or reached after diligent effort, or has refused to execute the oath or declaration under 37 CFR 1.63.

[Page 2 of 2]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.,* GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc Code: PA..

Document Description: Power of Attorney

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 631 of 1037

PTO/AIA/82A (07-13)
Approved for use through 09/30/2015. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Gal Arav |
| Title | HYPERLINK WITH GRAPHICAL CUE |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | SVIPGP090J |

## SIGNATURE of Applicant or Patent Practitioner

| Signature | /Patrick Caldwell/ | Date (Optional) | |
|---|---|---|---|
| Name | Patrick Caldwell | Registration Number | 44580 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☑ *Total of 2_____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..

Document Description: Power of Attorney

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 632 of 1037

PTO/AIA/82B (07-13)
Approved for use through 01/31/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

92045

**OR**

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

**OR**

[ ] The address associated with Customer Number:

**OR**

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Aloft Media, LLC

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | /Andrew Gordon/ | Date (Optional) | |
|---|---|---|---|
| Name | Andrew Gordon | | |
| Title | Manager | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] Total of 2 forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: TRACK1.REQ
Document Description: TrackOne Request

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
### UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Gal Arav | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | HYPERLINK WITH GRAPHICAL CUE | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

   **I.** ☑ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i. (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii. An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   **II.** ☐ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i. A request for continued examination has been filed with, or prior to, this form.
   ii. If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv. This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v. No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Patrick Caldwell/ | Date 01 Oct 2017 |
|---|---|
| Name (Print/Typed) Patrick Caldwell | Practitioner Registration Number 44580 |

**Note:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.*

☐ *Total of _____ forms are submitted.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | HYPERLINK WITH GRAPHICAL CUE |
| **First Named Inventor/Applicant Name:** | Gal Arav |
| **Filer:** | Patrick Edgar Caldwell |
| **Attorney Docket Number:** | SVIPGP090J |

Filed as Large Entity

**Filing Fees for**   **Track I Prioritized Examination – Nonprovisional Application under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY APPLICATION FILING | 1011 | 1 | 280 | 280 |
| UTILITY SEARCH FEE | 1111 | 1 | 600 | 600 |
| UTILITY EXAMINATION FEE | 1311 | 1 | 720 | 720 |
| REQUEST FOR PRIORITIZED EXAMINATION | 1817 | 1 | 4000 | 4000 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| CLAIMS IN EXCESS OF 20 | 1202 | 10 | 80 | 800 |
| INDEPENDENT CLAIMS IN EXCESS OF 3 | 1201 | 1 | 420 | 420 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous-Filing:** | | | | |
| PROCESSING FEE,  EXCEPT PROV. APPLS. | 1830 | 1 | 140 | 140 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **6960** |

# Exhibit 38

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090K |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | Remove |
|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▼ | Gal | | Arav | ▼ |

Residence Information (Select One)    US Residency    ● Non US Residency    Active US Military Service

| City | Raanana | Country of Residence [i] | IL |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | HaMachtarot Street 6A, #4 | | |
|---|---|---|---|
| Address 2 | | | |
| City | Raanana | State/Province | IL |
| Postal Code | 43550 | Country [i] | IL |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [Add]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 92045 | | |
|---|---|---|---|
| Email Address | pcaldwell@thecaldwellfirm.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | HYPERLINK WITH GRAPHICAL CUE | |
|---|---|---|
| Attorney Docket Number | SVIPGP090K | Small Entity Status Claimed ☐ |
| Application Type | Nonprovisional | ▼ |
| Subject Matter | Utility | ▼ |
| Total Number of Drawing Sheets (if any) | | Suggested Figure for Publication (if any) | |

EFS Web 2.2.12

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 639 of 1037

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090K |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐    Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐    **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ●   Customer Number | US Patent Practitioner | ○   Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 92045 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 14224002 | 2014-03-24 |

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090K |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14224002 | Continuation of | 12334068 | 2008-12-12 | 8682961 | 2014-03-25 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12334068 | Continuation of | 11384957 | 2006-03-20 | 7529795 | 2009-05-05 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

[Add]

# Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Remove Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

[Add]

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090K |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☒   A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐   B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE**: Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090K |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| Applicant | 1 | Remove |
|---|---|---|

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | | Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

| If the Applicant is an Organization check here. | ☒ |
|---|---|

| Organization Name | Aloft Media, LLC |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 211 W Tyler St., Suite C | | |
|---|---|---|---|
| Address 2 | | | |
| City | Longview | State/Province | TX |
| Country | US | Postal Code | 75601 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    Add

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 643 of 1037

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090K |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☐ |
|---|---|

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.   Add

**Signature:**   Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the __INITIAL__ filing of the application __and__ either box A or B is __not__ checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Patrick Caldwell/ | | | Date  (YYYY-MM-DD) | 2018-08-06 |
|---|---|---|---|---|---|
| First Name | Patrick | Last Name | Caldwell | Registration Number | 44580 |

Additional Signature may be generated within this form by selecting the Add button.   Add

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090K |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**HYPERLINK WITH GRAPHICAL CUE**

## <u>RELATED APPLICATIONS</u>

The present application claims priority to and is a continuation of U.S. Application Ser. No. 14/224,002 filed Mar. 24, 2014, which is a continuation of U.S. Application Ser. No. 12/334,068 filed Dec. 12, 2008, now issued under U.S. Patent No.: 8,682,961, which is a continuation of U.S. Application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Patent No.: 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

## <u>BACKGROUND</u>

<u>Field of the Invention</u>

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

<u>Related Art</u>

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink.  Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

1

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which

the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

FIGS. 4A-4C are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. 5A-5B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

## DETAILED DESCRIPTION

Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the

3

embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration and explanation, each of the message boards 102a-m is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

4

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field 312. The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112. In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114. This is not, however, a requirement of the present invention. The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-m.

Note further that any subset of the external message boards 102a-m may be selectable as a source by the user 142. Such a subset may, for example, consist of all of the external message boards 102a-m, any one of the message boards 102a-m, or any combination of fewer than all of the message boards 102a-m.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message Titles," which always displays the titles of the messages summarized in the table 302. The table

6

302 also includes, however, a second column 322b having content that may-be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302. Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table 302 may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210). For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 1-20; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212). For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120. Each of the message content units 132

7

may include information only for the fields specified by the field selections 122, but this is not required. The message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3). In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302. When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed-in the frame 308.

The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-m or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message

8

posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

9

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300

10

includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web

11

page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3. For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users. The web page 300, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week

(www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server 112 extracts certain information from source message boards to produce the message content units 132. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user 142 may be allowed to sort the aggregated message summaries displayed in the message table 302 by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table 302 may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table 302 may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser 140 is not limited to any particular web browser application. The web browser 140 may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network 138 in FIG. 1 is labeled as the "Internet," the web browser 140 and aggregation server 112 may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile

memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. 4A, an illustration is shown of a graphical user interface text input control 400 for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control 400 includes a text input field 402 into which the user may type text.

14

In the particular embodiment illustrated in FIG. 4A, the text input field 402 is used for entering either the name of a company or the stock ticker symbol of the company. The text input field 402 may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Patent No.: 7,529,795.  The text input field 402, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field 402 is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field 402 may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. 4A, the user has begun to type the text "aap". As the user types, the program that provides the text input field 402 may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. 4A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. 4A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The

15

program therefore displays the text 408a-c of the three matching tuples in the list 406a. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field 402 or as the user deletes previously-typed characters in the text input field 402.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. 4A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings 408a, 408b, and 408c. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings 408a-c corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. 4A, the text 404a typed by the user in the text input field 402 only matches stock ticker symbols in the set of stored tuples. Referring to FIG. 4B, an example is illustrated in which the text 404b ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list 406b displayed in FIG. 4B, therefore, includes text 410a-j corresponding to tuples having company names that match the typed text 404b. Although the list 406b is sorted by stock ticker symbol, the list 406b may be organized in any manner. For example, the list 406b may be sorted by company name. Note that the list 406b displayed in FIG. 4B may be generated dynamically while the user types the text 404b in the same manner as described above with respect to the list 406a of FIG. 4A, namely by attempting to match the text 404b against both stock ticker symbols and company names.

Referring to FIG. 4C, an example is illustrated in which the text 404c ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list 406c displayed in FIG. 4C, therefore, includes both text 412a-c corresponding to tuples having ticker symbols that match the typed text 404c and text 412d-j having company names that match the typed text 404c. Although the list 406c includes two sections--one for matching ticker symbols and one for matching company names--the list may be organized in any manner. For example, the list 406c may be a single list sorted by company name or ticker symbol.

16

Once a list of matching tuples has been displayed (such as any of the lists 406a-c illustrated in FIGS. 4A-4C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field 402. For example, if the user clicks on an item in the list, the program may fill in the text field 402 with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field 402 with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto- ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www.quote.com/qc/lookup/symbol search.aspx, http://www.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.marketwatch.com/symbollookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com,

http://news.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksind ex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

18

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in $n$-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of $n$-tuples, in which $n=2$. The techniques disclosed herein may be applied more generally, to $n$-tuples where $n>1$. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an $n$-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the $n$-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the $n$-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the $n$-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an $n$-tuple. For example, if $n=3$, matching may be performed against two rather than three of the text strings in the $n$-tuple.

Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching $n$-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an *n*-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as *n*-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers

20

suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. 5A, a web page 500 is shown according to one embodiment of the present invention. The web page 500 includes a first frame 502a displaying a first set of textual hyperlink representations 504a, and a second frame 502b displaying the contents of another web page.

In the embodiment illustrated in FIG. 5A, the first set of hyperlink representations 504a includes hypertext 506a-h. In this example, the hypertext 506a-h includes text representing categories of news web sites. For example, hypertext 506a ("World News") represents the category of world news web sites, hypertext 506b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext 506a-h shown in FIG. 5A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations 504a enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext 506a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 506a-h or by hovering a mouse cursor over one of the hypertext links 506a-h.

In response to receiving a selection of one of the hypertext links 506a-h from the user, the web page 500 displays a second set of hyperlink representations 504b. In the particular example illustrated in FIG. 5A, the user has clicked on or hovered the mouse cursor over hypertext 506h ("Stock Research"). In response, the web page 500 has displayed the second set of hyperlink

21

representations 504b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 508a-l represents a hyperlink to a stock research web site.

More specifically, in the embodiment illustrated in FIG. 5A, each of the hyperlink representations 508a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 508a is the logo of www.bigcharts.com, and the hyperlink representation 508a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 508a-l, the web browser displays the destination of the selected hyperlink in the frame 502b. For example, if the user selects hyperlink representation 508a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 502b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks 506a-h. For example, as shown in FIG. 5B, when the user selects hyperlink 506d ("UK News"), the web page 500 displays a set 504c of hyperlink representations 510a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 504a of links 506a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 504a of links 506a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 500, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Patent No.: 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 504b and 504c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks 504a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and

23

special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

## CLAIMS

What is claimed is:

1.      A computer program product embodied on a non-transitory computer-readable medium, comprising:

computer code for causing display of a first set of representations of a first set of hyperlinks in connection with a web page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the web page and displayed immediately below a corresponding one of the first set of representations in a menu format, wherein the second set of hyperlinks are preloaded and initially hidden;

computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;

computer code for causing, in response to receiving the first input, a substantially immediate display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the web page such that the second set of representations of the second set of hyperlinks are displayed in a same window as at least one of the hyperlinks of the first set of representations of the first set of hyperlinks;

computer code for visually emphasizing a first hyperlink of the second set of hyperlinks in response to a second input from the user, wherein the visual emphasis is updated based on an update to the second input;

computer code for allowing receipt of a third input from the user indicating a selection of one of the second set of hyperlink representations; and

computer code for causing, in response to receiving the third input, navigation to a destination specified by the selected one of the second set of hyperlink representations;

wherein each of the display of the first set of representations of the first set of hyperlinks and the display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the web page, are performed without requiring an additional access to a server.

25

2.      The computer program product of claim 1, wherein the first set of representations is a set of textual representations.

3.      The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

4.      The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5.      The computer program product of claim 1, wherein the second set of representations is a set of graphical representations.

6.      The computer program product of claim 1, wherein the computer code for allowing receipt of the third input comprises computer code for allowing receipt of the third input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7.      The computer program product of claim 1, wherein the web page is implemented utilizing AJAX technology.

8.      The computer program product of claim 1, wherein the second set of representations are displayed instantaneously.

9.      The computer program product of claim 1, wherein the second set of representations are displayed for allowing the user to scan through links before the navigation.

26

10.    The computer program product of claim 1, wherein the second set of representations includes a set of logos.

11.    The computer program product of claim 1, wherein the first set of representations of the first set of hyperlinks is sorted into categories.

12.    The computer program product of claim 1, wherein the second set of representations of the second set of hyperlinks is sorted into sub-categories.

13.    The computer program product of claim 1, wherein the computer program product is operable such that the second set of representations of the second set of hyperlinks is presented in the form of a list of sub-categories.

14.    The computer program product of claim 1, wherein the computer program product is operable such that the first set of representations of the first set of hyperlinks is displayed in a first portion of the web page, and a content associated with the first set of hyperlinks is displayed in a second portion of the web page.

15.    The computer program product of claim 1, and further comprising:

computer code for causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server;

computer code for allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field;

computer code for causing determination whether the characters match any of n text strings in one of a plurality of n-tuples including n>1 text strings; and

computer code for causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found.

16. The computer program product of claim 15, wherein the computer program product is configured such that each of the plurality of n-tuples includes first text representing a name stock ticker symbol and second text representing a location company name corresponding to the stock ticker symbol name.

17. The computer program product of claim 16, wherein the computer program product is configured such that the plurality of n-tuples are sorted according to the name stock ticker symbol thereof independent of whether the received text matches the second text and not the first text.

18. The computer program product of claim 15, wherein the computer program product is configured such that a subset of text in at least one of the n text strings that matches characters typed so far by the user is visually emphasizing.

19. The computer program product of claim 1, wherein the computer program product is configured such that at least one of hyperlink of the first set of hyperlinks or the second set of hyperlinks include a link to an online forum external to the web page.

20. The computer program product of claim 1, wherein the computer program product is configured such that the first set of hyperlinks relate to a first on-line forum which is associated with a first website, and the second set of hyperlinks relate to a second on-line forum which is associated with a second website.

## ABSTRACT

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks. In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks. Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.



FIG. 1



*FIG. 2*



FIG 3



**FIG. 4A**



**FIG. 4B**



FIG. 4C



FIG. 5A

500

502a

504a

506a ~    World News    [→]

506b ~    Business News    [→]

506c ~    US News    [→]

506d ~    UK News    [→]

506e ~    TV News    [→]

506f ~    Biz Magazines    [→]

506g ~    Biz Knowledge    [→]

506h ~    Stock Research    [→]

502b

Home

504c

bbc.co.uk    ~ 510a

DAILY EXPRESS    ~ 510b

Daily Mail    ~ 510c

Daily Mirror    ~ 510d

The Daily Telegraph    ~ 510e

Financial Times    ~ 510f

Guardian    ~ 510g

The Scotsman    ~ 510h

The Sun    ~ 510i

The Times    ~ 510j



FIG. 5B

Doc code: Oath
Document Description: Oath or declaration filed
USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 683 of
1037

PTO/AIA/02 (07-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## SUBSTITUTE STATEMENT IN LIEU OF AN OATH OR DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (35 U.S.C. 115(d) AND 37 CFR 1.64)

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

This statement is directed to:

■ The attached application,

OR

☐ United States application or PCT international application number _____ filed on _____ .

**LEGAL NAME of inventor to whom this substitute statement applies:**

(*E.g.*, Given Name (first and middle (if any)) and Family Name or Surname)

Gal Arav

Residence (except for a deceased or legally incapacitated inventor):

| City | Raanana | State | ISRAEL | Country | ISRAEL |
|---|---|---|---|---|---|

Mailing Address (except for a deceased or legally incapacitated inventor):

HaMachtarot Street 6A, #4

| City | Raanana | State | ISRAEL | Zip | 43550 | Country | ISRAEL |
|---|---|---|---|---|---|---|---|

I believe the above-named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this statement is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Relationship to the inventor to whom this substitute statement applies:

☐ Legal Representative (for deceased or legally incapacitated inventor only),

■ Assignee,

☐ Person to whom the inventor is under an obligation to assign,

☐ Person who otherwise shows a sufficient proprietary interest in the matter (petition under 37 CFR 1.46 is required), or

☐ Joint Inventor.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/AIA02 (07-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT

Circumstances permitting execution of this substitute statement:

☐ Inventor is deceased,

☐ Inventor is under legal incapacity,

☒ Inventor cannot be found or reached after diligent effort, or

☐ Inventor has refused to execute the oath or declaration under 37 CFR 1.63.

If there are joint inventors, please check the appropriate box below:

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) naming the entire inventive entity has been or is currently submitted.

OR

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) has not been submitted. Thus, a Substitute Statement Supplemental Sheet (PTO/AIA/11 or equivalent) naming the entire inventive entity and providing inventor information is attached. See 37 CFR 1.64(b).

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft.  Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application.  If this type of personal information is included in documents submitted to the  USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them  to the USPTO.  Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent.  Furthermore, the record from an abandoned application may also be available to the public if the  application is referenced in a published application or an issued patent (see 37 CFR 1.14).  Checks and credit card  authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not  publicly available.

**PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

| Name: Andrew Gordon | Date (Optional): |
|---|---|

Signature: /Andrew Gordon/

**APPLICANT NAME AND TITLE OF PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

If the applicant is a juristic entity, list the applicant name and the title of the signer:

Applicant Name: Aloft Media, LLC

Title of Person Executing This Substitute Statement: Manager

The signer, whose title is supplied above, is authorized to act on behalf of the applicant.

**Residence of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent):**

| City Frisco | State TX | Country USA |
|---|---|---|

**Mailing Address of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent)**

211 W Tyler St, Suite C

| City Longview | State TX | Zip 75601 | Country USA |
|---|---|---|---|

Note: Use an additional PTO/AIA/02 form for each inventor who is deceased, legally incapacitated, cannot be found or reached after diligent effort, or has refused to execute the oath or declaration under 37 CFR 1.63.

[Page 2 of 2]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 01/31/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form.  If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Gal Arav |
| Title | HYPERLINK WITH GRAPHICAL CUE |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | SVIPGP090K |

## SIGNATURE of Applicant or Patent Practitioner

| Signature | /Patrick Caldwell/ | Date (Optional) | |
|---|---|---|---|
| Name | Patrick Caldwell | Registration Number | 44580 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:**  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☑ *Total of 2_____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..

Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 09/30/2013. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

OR

92045

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

OR

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Aloft Media, LLC

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | /Andrew Gordon/ | Date (Optional) | |
|---|---|---|---|
| Name | Andrew Gordon | | |
| Title | Manager | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] Total of  2  forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | HYPERLINK WITH GRAPHICAL CUE |
| **First Named Inventor/Applicant Name:** | Gal Arav |
| **Filer:** | Patrick Edgar Caldwell |
| **Attorney Docket Number:** | SVIPGP090K |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY APPLICATION FILING | 1011 | 1 | 300 | 300 |
| UTILITY SEARCH FEE | 1111 | 1 | 660 | 660 |
| UTILITY EXAMINATION FEE | 1311 | 1 | 760 | 760 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Post-Allowance-and-Post-Issuance: | | | | |
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| | | **Total in USD ($)** | | **1720** |

# Exhibit 39

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/721,939 | 10/01/2017 | Gal Arav | SVIPGP090J | 9910 |

92045        7590        12/15/2017
The Caldwell Firm, LLC
PO Box 59655
Dept. SVIPGP
Dallas, TX 75229

| EXAMINER |
|---|
| SMARTH, GERALD A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2478 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 12/15/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

pcaldwell@thecaldwellfirm.com
eofficeaction@appcoll.com

PTOL-90A (Rev. 04/07)

| ***Examiner-Initiated Interview Summary*** | Application No. | Applicant(s) |
|---|---|---|
| | 15/721,939 | ARAV, GAL |
| | **Examiner** | **Art Unit** |
| | GERALD SMARTH | 2478 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *GERALD SMARTH*.    (3)_____.

(2) *PATRICK E. CALDWELL(REG#44,580)*.    (4)_____.

Date of Interview: *05 December 2017*.

Type:    ☒ Telephonic    ☐ Video Conference
☐ Personal [copy given to: ☐ applicant    ☐ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☐ No.
If Yes, brief description: _____.

Issues Discussed    ☐101 ☐112 ☐102 ☐103 ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _____.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

*Examiner left a voicemail to discuss double patenting as well as allowable subject matter, however due to time constraints an office action had to be sent out*.

**Applicant recordation instructions**:  It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /GERALD SMARTH/ | |
|---|---|
| Primary Examiner, Art Unit 2478 | |

U.S. Patent and Trademark Office
PTOL-413B (Rev. 8/11/2010)    **Interview Summary**    Paper No. 20171208

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 15/721,939 | ARAV, GAL |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | GERALD SMARTH | 2478 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on *11/21/17*.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL.**   2b) ☒ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) *31-60* is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☒ Claim(s) *31-41 and 43-60* is/are rejected.
8) ☐ Claim(s) *42* is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☒ The drawing(s) filed on *10/01/17* is/are:  a)☒ accepted or  b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All   b)☐ Some**  c)☐ None of the:
   1.☐ Certified copies of the priority documents have been received.
   2.☐ Certified copies of the priority documents have been received in Application No. _____.
   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☒ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. *20171208/12-05-17* .

4) ☐ Other: _____.

U.S. Patent and Trademark Office
PTOL-326 (Rev. 11-13)                    Office Action Summary                    Part of Paper No./Mail Date 20171208

Application/Control Number: 15/721,939 Page 2

Art Unit: 2478

## **DETAILED ACTION**

1. It is hereby acknowledged that 15/721939 the following papers have been received and placed of record in the file: Remark date 12/05/17.

## **Oath/Declaration**

2. The applicant's oath/declaration has been reviewed by the examiner and is found to conform to the requirements prescribed in **37 C.F.R. 1.63.**

## **Drawings**

3. The applicant's drawings submitted are acceptable for examination purposes.

## *Double Patenting*

4. The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re*

Application/Control Number: 15/721,939                                                    Page 3

Art Unit: 2478

*Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225

USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re*

*Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on a nonstatutory double patenting

ground provided the conflicting application or patent either is shown to be commonly owned

with this application, or claims an invention made as a result of activities undertaken within the

scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal

disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR

3.73(b).

Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as

being unpatentable over claims 1-66 of U.S. Patent No. 7,529,795 B2.   Although the

conflicting claims are not identical, they are not patentably distinct from each other because

they both relate to multiple hyperlinks with different paths or address.  The main difference is

U.S. Patent 7,529,795 B2 explains the use of a web page and an email with the one of the pages.

This is an obvious modification for the purposes of notify a user of information associated with

the web page or web content.

Application/Control Number: 15/721,939                                          Page 4

Art Unit: 2478

Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as

being unpatentable over claims 1-66 of U.S. Patent No. 7,529,795 B2.   Although the

conflicting claims are not identical, they are not patentably distinct from each other because

they both relate to multiple hyperlinks with different paths or address.  The main difference is

U.S. Patent 7,529,795 B2 explains the use of a web page and an email with the one of the pages.

This is an obvious modification for the purposes of notify a user of information associated with

the web page or web content.

| **Instant Application (15/721939)** | **U.S. Patent (US 7,529,795 B2)** |
|---|---|
| 31. (New) An apparatus, comprising: a non-transitory memory storing instructions; and one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the instructions to: cause, after an access to a server, display of a first set of one or more representations of a first set of one or more hyperlinks in connection with a web page that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the web page, wherein | 1. A computer-implemented method, comprising: (1) displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and (2) displaying, in the window of the computer program and contemporaneously with the web content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second |

Application/Control Number: 15/721,939                                      Page 5

Art Unit: 2478

the second set of one or more representations are initially hidden, and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks; allow receipt of a first input from a user including hovering that indicates a selection of one of the first set of representations of the first set of one or more hyperlinks; cause, in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, a substantially immediate display of the second set of one or more representations of the second set of one or more hyperlinks that are predownloaded with the web page such that the second set of one or more representations of the second set of one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the first set of one or more

message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum; wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail; wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

Application/Control Number: 15/721,939                                    Page 6

Art Unit: 2478

| | |
|---|---|
| hyperlinks, and at least partially below the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks; allow receipt of a second input from the user; cause, in response to receiving the second input, a visual emphasis of at least a portion of the web page; allow receipt of a third input from the user indicating a selection of one of the second set of representations of the second set of one or more hyperlinks; and cause, in response to receiving the third input from the user indicating the selection of one of the second set of one or more representations of the second set of one or more hyperlinks, navigation to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks; wherein both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more | |

Application/Control Number: 15/721,939                                        Page 7

Art Unit: 2478

| | |
|---|---|
| representations of the second set of one or more hyperlinks that are predownloaded with the web page, are performed without requiring an additional access to the server. | |

The remaining current application's claims are similar to patent application's claims.

Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 11-20 of U.S. Patent No. 8,682,961 B2. Although the conflicting claims are not identical, they are not patentably distinct from each other because they both relate to multiple hyperlinks with different paths or address. The main difference is U.S. Patent 8,682,961 B2 is the use of tuple text matching. This is an obvious modification which can be done for the purpose of notifying a user of stock symbol matching.

**Instant Application (15/721,939)**                      **U.S. Patent (US 8,682,961 B2)**

| Instant Application (15/721,939) | U.S. Patent (US 8,682,961 B2) |
|---|---|
| 31. (New) An apparatus, comprising: a non-transitory memory storing instructions; and one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the instructions to: | 11. A computer program product embodied on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks that are each |

Application/Control Number: 15/721,939                                                    Page 8

Art Unit: 2478

cause, after an access to a server, display of a first set of one or more representations of a first set of one or more hyperlinks in connection with a web page that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the web page, wherein the second set of one or more representations are initially hidden, and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks; allow receipt of a first input from a user including hovering that indicates a selection of one of the first set of representations of the first set of one or more hyperlinks; cause, in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, a substantially immediate display of the second set of one or more representations of the second set of one

representative of a <u>predetermined category of content in connection with a page</u> that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page, where the second set of hyperlinks are each representative of a <u>plurality of subcategories of content associated with the predetermined category and are displayed below a corresponding one of the first set of representations in a menu format;</u> computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to receiving the first input, display of the second set of representations of the second set of hyperlinks <u>that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed without requiring an additional access to at least one server;</u> computer code for allowing receipt of a second input from the user indicating a

Application/Control Number: 15/721,939                                    Page 9

Art Unit: 2478

| | |
|---|---|
| or more hyperlinks that are predownloaded with the web page such that the second set of one or more representations of the second set of one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the first set of one or more hyperlinks, and at least partially below the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks; allow receipt of a second input from the user; cause, in response to receiving the second input, a visual emphasis of at least a portion of the web page; allow receipt of a third input from the user indicating a selection of one of the second set of representations of the second set of one or more hyperlinks; and<br><br>      cause, in response to receiving the third input from the user indicating the selection of one of the second set of one or more | selection of one of the second set of hyperlink representations; <u>computer code for causing, in response to receiving the second input, display of destination content specified by the selected one of the second set of hyperlink representations; computer code for causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server; computer code for allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field; computer code for causing determination whether the characters match any of n text strings in one of a plurality of n-tuples including n>1 text strings; and computer code for causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found.</u> |

Application/Control Number: 15/721,939                                    Page 10

Art Unit: 2478

| | |
|---|---|
| representations of the second set of one or more hyperlinks, navigation to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks; wherein both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more representations of the second set of one or more hyperlinks that are predownloaded with the web page, are performed without requiring an additional access to the server. | |

The remaining current application's claims are similar to patent application's claims.

Claims 31-60 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1-12 of U.S. Patent No. 8,683,003 B2. Although the conflicting claims are not identical, they are not patentably distinct from each other because they both relate to multiple hyperlinks with different paths or address. The main difference is U.S. Patent 8,683,003 B2 is the use of Ajax technology with hyperlinks for stocks. This is an obvious modification which can be done for the purpose of tracking stocks.

Application/Control Number: 15/721,939                                   Page 11
Art Unit: 2478

| Instant Application (15/721939) | U.S. Patent (US 8,683,003 B2) |
| --- | --- |
| 31. (New) An apparatus, comprising: a non-transitory memory storing instructions; and one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the instructions to: cause, after an access to a server, display of a first set of one or more representations of a first set of one or more hyperlinks in connection with a web page that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the web page, wherein the second set of one or more representations are initially hidden, and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks; allow receipt of a first input from a user including hovering that indicates a selection of | 1. A computer program product stored on a non-transitory computer-readable medium, comprising: computer code for causing display of a first set of representations of a first set of hyperlinks in connection with a page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the page; computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations; computer code for causing, in response to the receiving the first input, display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the page such that the second set of representations of the second set of hyperlinks are displayed in a same window as at least one of the first set of representations of the first set of hyperlinks without requiring an additional access to a |

Application/Control Number: 15/721,939                                    Page 12

Art Unit: 2478

| | |
|---|---|
| one of the first set of representations of the first set of one or more hyperlinks; cause, in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, a substantially immediate display of the second set of one or more representations of the second set of one or more hyperlinks that are predownloaded with the web page such that the second set of one or more representations of the second set of one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the first set of one or more hyperlinks, and at least partially below the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks; allow receipt of a second input from the user; cause, in response to receiving the second input, a visual emphasis of at least a portion of the web page; allow | server; computer code for allowing receipt of a second input from the user indicating a selection of one of the second set of hyperlink representations; and computer code for causing, in response to the receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations; wherein at least one of the first set of hyperlinks or at least one of the second set of hyperlinks is stock-related; wherein at least a portion of the page is implemented utilizing AJAX technology. |

Application/Control Number: 15/721,939                                          Page 13

Art Unit: 2478

| | |
|---|---|
| receipt of a third input from the user indicating a selection of one of the second set of representations of the second set of one or more hyperlinks; and cause, in response to receiving the third input from the user indicating the selection of one of the second set of one or more representations of the second set of one or more hyperlinks, navigation to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks; wherein both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more representations of the second set of one or more hyperlinks that are predownloaded with the web page, are performed without requiring an additional access to the server. | |

The remaining current application's claims are similar to patent application's claims.

Application/Control Number: 15/721,939                                    Page 14

Art Unit: 2478

## *Claim Rejections - 35 USC § 103*

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or
>
> described as set forth in section 102 of this title, if the differences between the subject
>
> matter sought to be patented and the prior art are such that the subject matter as a whole
>
> would have been obvious at the time the invention was made to a person having ordinary
>
> skill in the art to which said subject matter pertains.  Patentability shall not be negatived
>
> by the manner in which the invention was made.

5.      Claims 31-41,43-60 are rejected under 35 U.S.C. 103(a) as being unpatentable over NPL-

Microsoft, Lisa Wollin-Creating a JavaScript Drop-Down Menu in FrontPage herein referred to

as Microsoft  in view of Buchmiller et al. (US 2003/0187706)

Regarding claim 31 Microsoft teaches an apparatus, comprising:a non-transitory memory storing

instructions; and one or more processors in communication with the non-transitory memory,

wherein the one or more processors execute the instructions to: cause, display of a first set of one

or more representations of a first set of one or more hyperlinks in connection with a web page

that includes a second set of one or more representations of a second set of one or more

hyperlinks that are pre-downloaded with the web page,(see Microsoft page 4 explains drop-down

menu items with links, Fig. 1) wherein the second set of one or more representations are initially

Application/Control Number: 15/721,939                                    Page 15

Art Unit: 2478

hidden,(see Microsoft page 5 explains collapse function of menu which shows it is originally

hidden, page 8 shows subitems as second set)  and the second set of one or more representations

take the form of hypertext including one or more textual representations of one or more

hyperlinks;(see Microsoft page 4 explains text within TD element and further explains menuitem

uses pseudo classes to define link.)   allow receipt of a first input from a user including hovering

that indicates a selection of one of the first set of representations of the first set of one or

more hyperlinks;(see page 1 explains drop-down menus use Dynamic HTML and page 3

explains the use of onmouseover and onmouseout and hovering) cause, in response to receiving

the first input from the user indicating the selection of one of the first set of representations of the

first set of one or more hyperlinks,(see page 9 explains cascading of meu, Fig. 3) a substantially

immediate display of the second set of one or more representations of the second set of one or

more hyperlinks that are predownloaded with the web page such that the second set of one or

more representations of the second set of one or more hyperlinks are displayed in a menu in a

same window as a corresponding one of the first set of one or more representations of the first set

of one or more hyperlinks,(see page 8 Fig.2 cascading menus with items)  and at least

partially below the corresponding one of the first set of one or more representations of the first

set of one or more hyperlinks; (see page 8 Fig.2 cascading menus with items) allow receipt of a

second input from the user;(see Fig.2 explains subitem based item selected)  cause, in response

to receiving the second input, a visual emphasis of at least a portion of the web page; (see Fig.2

explains subitem based on item selected)  allow receipt of a third input from the user indicating a

selection of one of the second set of representations of the second set of one or more

hyperlinks;(see  page 9 Fig. 3 explains third drop down menu with subitems selections with

Application/Control Number: 15/721,939                                            Page 16
Art Unit: 2478

infinitum) and cause, in response to receiving the third input from the user indicating the selection of one of the second set of one or more representations of the second set of one or more hyperlinks,(see page 8 creating third menu) navigation to a destination corresponding to the selected one of the second set of one or more representations of the second set of one or more hyperlinks; (see page 8 creating third menu with subitems)wherein both the display of the first set of one or more representations of the first set of one or more hyperlinks and the display of the second set of one or more representations of the second set of one or more hyperlinks that are predownloaded with the web page, are performed without requiring a an additional access to the server. (see page 9 Fig. 3 explains third drop down menu with subitems selections with infinitum)

**Microsoft does not explicitly disclose** cause, after an access to a server, display of a first set of one or more representations of a first set of one or more hyperlinks in connection with a web page

However analogous art Buchmiller(see paragraph [0033] explains the use of a web server to show content on a web browser) teaches access to a server to request for content from user via a web browser and pages(see paragraph[0033], [0034], [0079]), futher explains drop-down menu with link (see paragraph [0078], Fig.4)

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Microsoft to include Buchmiller's innovation engine portal. One of ordinary skill in the art would have been motivated to make this modification at the time of the invention in order to have a diverse way of collaboration; (see Buchmiller paragraph [0006],[0007])

Application/Control Number: 15/721,939                                              Page 17
Art Unit: 2478

Regarding claim 32, the Modified Microsoft taught the apparatus of claim 31, as described

above.  The modified Microsoft further teaches wherein the apparatus is configured such that the

hovering permits the user to more quickly view the second set of one or more representations of

the second set of one or more hyperlinks, as compared to clicking, by permitting the user to

move a cursor over the corresponding one of the first set of one or more representations of the

first set of one or more hyperlinks. (see Microsoft page 4 explains links with hovering effect)

Regarding claim 33, the modified Microsoft taught the apparatus of claim 31, as described

above.   The modified Microsoft further teaches wherein the apparatus is configured such that the

hovering permits the user to more quickly view different sets of one or more representations of

different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move

a cursor over different ones of the first set of one or more representations of the first set of one or

more hyperlinks. (see page 4 explains links with hovering effect)

Regarding claim 34, the modified Microsoft taught the apparatus of claim 33, as described

above. The modified Microsoft further teaches wherein the apparatus is configured such that the

first input is capable of including clicking in addition to the hovering. (see page 9 and 10

explains mouseover and use of click)

Regarding claim 35, the modified Microsoft taught the apparatus of claim 31, as described

above.  The modified Microsoft further teaches wherein the apparatus is configured such that use

of the textual representations require less data than an image showing the textual representations,

Application/Control Number: 15/721,939                                    Page 18
Art Unit: 2478

and minimizes a menu response time associated with the web page.(see page 4 explains text in TD element)

Regarding claim 36, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that the second set of one or more representations of the second set of one or more hyperlinks is displayed so as to overlap at least a portion of a content section of the web page.(see Fig. 3)

Regarding claim 37, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that use of the textual representations minimize an amount of data required to pre-download the second set of one or more representations of the second set of one or more hyperlinks. (see page 4 explains text in TD element, Fig. 2)

Regarding claim 38, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that the hovering permits the user to more quickly view and hide the second set of one or more representations of the second set of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks and subsequently move the cursor off of the corresponding one of the first set of one or more representations of the first set of one or more hyperlinks. (see page 4 explains links with hovering effect with mouse)

Application/Control Number: 15/721,939                                    Page 19
Art Unit: 2478

Regarding claim 39, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that the hovering permits the user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the first set of one or more representations of the first set of one or more hyperlinks and subsequently move the cursor off. (see page 4 explains links with hovering effect with mouse)

Regarding claim 40, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is operable such that the first set of one or more representations of the first set of one or more hyperlinks is displayed in a first portion of the web page, and a content associated with the first set of one or more hyperlinks is displayed in a second portion of the web page.(see Fig. 3 and 4 shows menu in different sections of webpage)

Regarding claim 41, the modified Microsoft taught the apparatus of claim 40, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that the first portion overlaps at least part of the second portion. (see Fig. 2 and 3 shows overlapping of menus)

Regarding claim 43, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that each instance of the receipt and the display is performed without invoking AJAX. (see page 4 explains links with hovering effect for drop-down menu)

Application/Control Number: 15/721,939                                    Page 20

Art Unit: 2478

Regarding claim 44, the modified Microsoft taught the apparatus of claim 31, as described

above. The modified Microsoft taught wherein the apparatus is configured such that each

instance of the receipt and the display is performed without invoking Java.(see Buchmiller

paragraph [0078] explains drop down menu shows hidden catalog menu with link and second

menu bar)

Regarding claim 45, the modified Microsoft taught the apparatus of claim 31, as described

above. The modified Microsoft further teaches wherein the apparatus is configured such

that each instance of the receipt and the display is performed without invoking Java

for improving a speed of each instance of the receipt and the display. ((see Buchmiller paragraph

[0078] explains drop down menu shows hidden catalog menu with link and second menu bar)

Regarding claim 46, the modified Microsoft taught the apparatus of claim 31, as described

above. The modified Microsoft further teaches wherein the apparatus is configured such that the

first set of one or more representations of the first set of one or more hyperlinks and the second

set of one or more representations of the second set of one or more hyperlinks that are pre-

downloaded with the web page are displayed utilizing a static object. (See Microsoft page 6

explains the use of static formatting)

Regarding claim 47, the modified Microsoft taught the apparatus of claim 31, as described

above. The modified Microsoft further teaches wherein the apparatus is configured such that the

first set of one or more representations of the first set of one or more hyperlinks and the second

set of one or more representations of the second set of one or more hyperlinks that are pre-

Application/Control Number: 15/721,939                                          Page 21

Art Unit: 2478

downloaded with the web page each include a static object.(See Microsoft page 6 explains the use of static formatting)

Regarding claim 48, the modified microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that the display of the second set of one or more representations is immediate in response to receiving the first input. (see microsoft page 4 explains links with hovering effect with mouse)

Regarding claim 49, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that the visual emphasis is accomplished without replacing an object being emphasized.(see Microsoft page 9 and 10 explains the use of images and highlighting)

Regarding claim 50, the modified Microsoft taught the apparatus of claim 31, as described above. The modified Microsoft further teaches wherein the apparatus is configured such that the visual emphasis is accomplished via highlighting. (see page 9 and 10 explains the use of images and highlighting)

Regarding claim 51, the modified Microsoft taught the apparatus of claim 31, as described above. The modified microsoft further teaches wherein the apparatus is configured such that letters of the textual representations do not change in response to user input. (see Microsoft page 4 explains text within TD element and further explains menuitem uses pseudo classes to define link.)

Application/Control Number: 15/721,939                                    Page 22
Art Unit: 2478

Regarding claim the modified Microsoft taught the apparatus of claim 31, as described above.

The modified Microsoft further teaches wherein at least one of:the first set of one or more

representations of the first set of one or more hyperlinks includes a set including a single

representation of a single hyperlink;(see microsoft Fig. 3) the second set of one or more

hyperlinks are displayed below and to a side the corresponding one of the first set of one or more

representations;(see Fig. 3) the second set of one or more hyperlinks are displayed immediately

below the corresponding one of the first set of one or more representations; (see page 4 explains

links with hovering effect for drop-down menu)  the second set of one or more representations

further include an image;(see page 9 explains the use of image)the second set of one or more

representations of the second set of one or more hyperlinks are pre-downloaded with the web

page by being downloaded prior to the first user input; and the at least a portion of the web page

includes a text item. (see microsoft page 4 explains text  in TD element)

Regarding claim 53, Microsoft teaches an apparatus, comprising:

        a non-transitory memory storing instructions; and one or more processors in

communication with the non-transitory memory, wherein the one or more processors execute the

instructions to:

        display of a first set of one or more representations of one or more menu items in

connection with a web page that includes a second set of one or more representations of one or

more hyperlinks that are pre-downloaded with the web page, (see Microsoft page 4 explains

drop-down menu items with links, Fig. 1) wherein the second set of one or more representations

are initially hidden, (see Microsoft page 5 explains collapse function of menu which shows it is

Application/Control Number: 15/721,939                                      Page 23
Art Unit: 2478

originally hidden, page 8 shows subitems as second set)   and the second set of one or

more representations take the form of non-AJAX elements including one or more textual

representations of one or more hyperlinks; (see Microsoft page 4 explains text within TD

element and further explains menuitem uses pseudo classes to define link.)   allow, without using

AJAX, receipt of a first input from a user indicating a selection of one of the first set of

representations of the one or more menu items; (see Microsoft page 4 explains drop-down menu

items with links, Fig. 1)cause, in response to receiving the first input from the user indicating the

selection of one of the first set of representations of the one or more menu items, (see page 9

explains cascading of meu, Fig. 3) an immediate display of the second set of one or more

representations of the one or more hyperlinks that are pre-downloaded with the web page such

that the second set of one or more representations of the one or more hyperlinks are displayed in

a menu in a same window as a corresponding one of the first set of one or more representations

of the one or more menu items(see page 1 explains drop-down menus use Dynamic HTML and

page 3  explains the use of onmouseover and onmouseout)   , and at least partially adjacent to the

corresponding one of the first set of one or more representations of the one or more menu

items;(see page 9 Fig. 3 explains cascading Submenus with subitems) allow receipt of a second

input from the user indicating a selection of one of the second set of representations of the one or

more hyperlinks; (see page 1 explains drop-down menus use Dynamic HTML and page 3

explains the use of onmouseover and onmouseout and hovering)    and cause, in response to

receiving the second input from the user indicating the selection of one of the second set of one

or more representations of the one or more hyperlinks, navigation to a destination corresponding

to the selected one of the second set of one or more representations of the one or more

Application/Control Number: 15/721,939                                 Page 24
Art Unit: 2478

hyperlinks; (see page 9 explains cascading of meu, Fig. 3) wherein both the display of the first

set of one or more representations of the one or more menu items and the display of the second

set of one or more representations of the one or more hyperlinks that are pre-downloaded with

the web page, are performed without requiring an additional access to the server. (see  page 9

Fig. 3 explains third drop down menu with subitems selections with infinitum)


   **Microsoft does not explicitly disclose** cause, after an access to a server, display of a first set of

one or more representations of a first set of one or more hyperlinks in connection with a

web page


However analogous art Buchmiller teaches access to a server to to request for content from user

via a web browser and pages(see paragraph[0033], [0034], [0079]), futher expalins drop-down

menu with link (see paragraph [0078], Fig.4)


It would be obvious to a person of ordinary skill in the art at the time of the invention to modify

Microsoft to include Buchmiller's innovation engine portal.  One of ordinary skill in the art

would have been motivated to make this modification at the time of the invention in order to

have a diverse way of collaboration; (see Buchmiller paragraph [0006],[0007])



Regarding claim 54, the modified Microsoft taught the apparatus of claim 53, as described

above.  The modified Microsoft further teaches wherein the apparatus is configured such that the

textual representations minimize an amount of data required to pre-download the second set of

one or more representations of the one or more hyperlinks, (see Microsoft page 4 explains text

Application/Control Number: 15/721,939                                                Page 25
Art Unit: 2478

within TD element and further explains menuitem uses pseudo classes to define link.)    and the

textual representations require less data than an image showing the textual representations

and thereby minimize a web page download time and a menu response time associated with the

web page. (see Microsoft page 4 explains text within TD element and further explains menuitem

uses pseudo classes to define link.)

Regarding claim 55, the modified Microsoft taught the apparatus of claim 53, as described above.

The modified Microsoft further teaches wherein the apparatus is configured such that the second

set of one or more representations of the second set of one or more hyperlinks is displayed so as

to overlap at least a portion of a content section of the web page. (see Fig. 3)

Regarding claim 56, the modified Microsoft taught the apparatus of claim 53, as described

above.  The modified microsoft furthert teaches wherein the apparatus is configured such that the

first input includes hovering that permits the user to more quickly view and hide the second set

of one or more representations of the second set of one or more hyperlinks, as compared to

clicking, by permitting the user to move a cursor over the corresponding one of the first set of

one or more representations. (see page 4 explains links with hovering effect with mouse)

Regarding claim 57, the modified Microsoft taught the apparatus of claim 53, as described

above.  The modified microsoft further teaches wherein the apparatus is configured such that the

first input includes hovering that permits the user to view and hide different sets of one or more

representations of different sets of one or more hyperlinks, by permitting the user to move a

Application/Control Number: 15/721,939                                    Page 26

Art Unit: 2478

cursor over different ones of the first set of one or more representations. (see Microsoft page 4 explains links with hovering effect with mouse)

Regarding claim 58, the modified Microsoft taught the apparatus of claim 57, as described above.  The modified Microsoft further teaches wherein the apparatus is configured such that the first input is capable of including clicking in addition to the hovering. (see microsoft page 4 explains links with hovering effect with mouse)

Regarding claim 59, Microsoft teaches a method comprising:

in connection with a web page that includes a second set of one or more representations of a second set of one or more hyperlinks that are pre-downloaded with the web page, (see Microsoft page 4 explains drop-down menu items with links, Fig. 1) wherein the second set of one or more representations are hidden when the displaying of the first set of one or more representations occurs,  (see page 9 explains cascading of meu, Fig. 3)  and the second set of one or more representations take the form of hypertext including one or more textual representations of one or more hyperlinks; (see page 1 explains drop-down menus use Dynamic HTML and page 3 explains the use of onmouseover and onmouseout)

receiving, , a first input from a user indicating a selection of one of the first set of representations of the first set of one or more hyperlinks; (see page 9 Fig. 3 explains cascading Submenus with subitems)

in response to receiving the first input from the user indicating the selection of one of the first set of representations of the first set of one or more hyperlinks, displaying, immediately and the

Application/Control Number: 15/721,939                                                    Page 27

Art Unit: 2478

second set of one or more representations of the second set of one or more hyperlinks that are

predownloaded with the web page such that the second set of one or more representations of the

second set of one or more hyperlinks are displayed in a menu in a same window as a

corresponding one of the first set of one or more representations of the first set of one or more

hyperlinks, (see page 9 explains hovering and  cascading of meu, Fig. 3)   and at least

partially below the corresponding one of the first set of one or more representations of the first

set of one or more hyperlinks; (see page 9 Fig. 3 explains cascading Submenus with subitems)

receiving a second input from the user; (see page 9 Fig. 3 explains cascading Submenus with

subitems)

in response to receiving the second input, visually emphasizing at least a portion of the web

page; (see page 9 Fig. 3 explains cascading Submenus with subitems)

receiving a third input from the user indicating a selection of one of the second set of

representations of the second set of one or more hyperlinks; (see  page 9 Fig. 3 explains third

drop down menu with subitems selections with infinitum)    and in response to receiving the third

input from the user indicating the selection of one of the second set of one or more

representations of the second set of one or more hyperlinks, navigate to a destination

corresponding to the selected one of the second set of one or more representations of the second

set of one or more hyperlinks; (see page 8 creating third menu with subitems)

        wherein both the display of the first set of one or more representations of the first set of

one or more hyperlinks and the display of the second set of one or more representations of the

second set of one or more hyperlinks that are pre-downloaded with the web page, are performed

Application/Control Number: 15/721,939                                    Page 28
Art Unit: 2478

without requiring an additional access to the server. (see  page 9 Fig. 3 explains third drop down

menu with subitems selections with infinitum)


Microsoft does not explicitly disclose without using java, generating content for use in

populating a web page that, when downloaded, performs the following: displaying, in response

to an access to a server, a first set of one or more representations of a first set of one or more

hyperlinks

However analogous art Buchmiller teaches without java, access to a server to to request for

content from user via a web browser and pages(see paragraph[0033], [0034], [0079]), futher

expalins drop-down menu with link (see paragraph [0078], Fig.4)

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify

Microsoft to include Buchmiller's innovation engine portal.  One of ordinary skill in the art

would have been motivated to make this modification at the time of the invention in order to

have a diverse way of collaboration; (see Buchmiller paragraph [0006],[0007])


Regarding claim 60, microsoft teaches A method comprising:


in connection with a web page that includes a second set of one or more representations of

one or more hyperlinks that are pre-downloaded with the web page, (see Microsoft page 4

explains drop-down menu items with links, Fig. 1)  wherein the second set of one or more

representations are hidden without particular user input in connection therewith; (see Microsoft

Application/Control Number: 15/721,939                                    Page 29
Art Unit: 2478

page 4 explains text within TD element and further explains menuitem uses pseudo classes to define link.)   receiving, without using Java, a first input from a user indicating a selection of one of the first set of representations of the one or more menu items; (see microsoft page 1 explains drop-down menus use Dynamic HTML and page 3  explains the use of onmouseover and onmouseout and hovering)   in response to receiving the first input from the user indicating the selection of one of the first set of representations of the one or more menu items, displaying, immediately and without using Java, the second set of one or more representations of the one or more hyperlinks that are pre-downloaded with the web page such that the second set of one or more representations of the one or more hyperlinks are displayed in a menu in a same window as a corresponding one of the first set of one or more representations of the one or more menu items, and at least partially adjacent to the corresponding one of the first set of one or more representations of the one or more menu items; (see page 9 explains cascading of meu, Fig. 3)

detecting, without using Java, a second input from the user indicating a selection of one of the second set of representations of the one or more hyperlinks(see page 9 explains cascading of meu, Fig. 3); and in response to detecting the second input from the user indicating the selection of one of the second set of one or more representations of the one or more hyperlinks, (see page 9 explains cascading of meu, Fig. 3); navigate, without using Java, to a destination corresponding to the selected one of the second set of one or more representations of the one or more hyperlinks; (see page 8 Fig.2 cascading menus with items

wherein both the display of the first set of one or more representations of the one or more menu items and the display of the second set of one or more representations of the one or more

Application/Control Number: 15/721,939                                                  Page 30

Art Unit: 2478

hyperlinks that are pre-downloaded with the web page, (see page 8 creating third menu with subitems) are performed without requiring a second access to the server after the first access to the server. (see page 9 Fig. 3 explains third drop down menu with subitems selections with infinitum)

Microsoft does not explicitly disclose without using java, generating content for use in populating a web page that, when downloaded, performs the following:displaying, after a first access to a server and without using Java, a first set of one or more representations of one or more menu items generating content for use in populating a web page that, when downloaded, performs the following: displaying, in response to an access to a server, a first set of one or more representations of a first set of one or more hyperlinks

However analogous art Buchmiller teaches without using java, access to a server to to request for content from user via a web browser and pages(see paragraph[0033], [0034], [0079]), futher expalins drop-down menu with link (see paragraph [0078], Fig.4)

It would be obvious to a person of ordinary skill in the art at the time of the invention to modify Microsoft to include Buchmiller's innovation engine portal. One of ordinary skill in the art would have been motivated to make this modification at the time of the invention in order to have a diverse way of collaboration; (see Buchmiller paragraph [0006],[0007])

**Allowable Subject Matter**

Application/Control Number: 15/721,939                                                    Page 31

Art Unit: 2478

6. Claim 42 are objected to as being dependent upon a rejected base claim, but would be

allowable if rewritten in independent form including all of the limitations of the base claim and

any intervening claims.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Gerald Smarth whose telephone number is (571) 270-1923.  The

examiner can normally be reached on Monday-Friday 8:30AM-5:00PM(EST).If attempts to

reach the examiner by telephone are unsuccessful, the examiner's supervisor, Derrick Ferris can

be reached on (571) 272-3123.  The fax phone number for the organization where this

application or proceeding is assigned is 571-273-8300.Information regarding the status of an

application may be obtained from the Patent Application Information Retrieval (PAIR) system.

Status information for published applications may be obtained from either Private PAIR or

Public PAIR.  Status information for unpublished applications is available through Private PAIR

only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you

have questions on access to the Private PAIR system, contact the Electronic Business Center

(EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service

Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

/GERALD SMARTH/

Primary Examiner, Art Unit 2478

Application/Control Number: 15/721,939                                              Page 32
Art Unit: 2478

# Exhibit 40

USDC IN/ND case 1:25-cv-00273-HAB-SLC     document 1-2     filed 06/02/25     page 725 of 1037

<u>REMARKS</u>

The Examiner is thanked for the allowable subject matter.

Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1-66 of U.S. Patent No. 7,529,795 B2. Claims 1-10 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 11-20 of U.S. Patent No. 8,682,961 B2. Claims 31-60 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1-12 of U.S. Patent No. 8,683,003 B2. These double patenting rejections are deemed avoided by virtue of the terminal disclaimer(s) filed herewith.

Claims 31-41,43-60 are rejected under 35 U.S.C. 103(a) as being unpatentable over NPLMicrosoft, Lisa Wollin-Creating a JavaScript Drop-Down Menu in FrontPage herein referred to as Microsoft in view of Buchmiller et al. (US 2003/0187706). In response, applicant notes that the independent claims have been amended to substantially incorporate at least a portion of the allowable subject matter of Claim 42. It is believed that all of the pending issues have been addressed, and the claims are in condition for allowance per the claim amendments herein.

However, the absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment. In addition, because the arguments made above may not be exhaustive, there may be reasons for patentability of any or all pending claims (or other claims) that have not been expressed. Still yet, nothing in this reply should be construed as intention to concede any issue with regard to any claim, except as specifically stated in this reply. Finally, it should be noted that no claims are intended to be construed under 35 U.S.C. 112, paragraph 6.

Applicants do not believe that any other fees are due. However, in the event that any other fees are due, the Director is hereby authorized to charge any required fees due

(other than issue fees), and to credit any overpayment made, in connection with the filing of this paper to Deposit Account No. 50-4964 (Order No. SVIPGP090J).

Should the Examiner deem that any further amendment is desirable to place this Application in condition for allowance, Applicant invites the Examiner to telephone the undersigned attorney at the number listed below.

Respectfully submitted,

Dated: <u>18 Dec 2017</u>
The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Telephone: (214) 734-2313
pcaldwell@thecaldwellfirm.com

Patrick E. Caldwell, Esq.
Reg. No. 44,580

# Exhibit 41

| | | | |
|---|---|---|---|
| **Notice of References Cited** | Application/Control No. 15/721,939 | Applicant(s)/Patent Under Reexamination ARAV, GAL | |
| | Examiner GERALD SMARTH | Art Unit 2478 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-2003/0187706 A1 | 10-2003 | Buchmiller, Jeffry L. | G06Q10/06 | 705/7.36 |
| * | B | US-2003/0184582 A1 | 10-2003 | Cohen, Thomas Andrew | G06F17/30884 | 715/736 |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)      **Notice of References Cited**      Part of Paper No. 20171208

| | | | | |
|---|---|---|---|---|
| **Notice of References Cited** | Application/Control No. 15/027,939 | Applicant(s)/Patent Under Reexamination Arav, Gal | | |
| | Examiner GERALD A SMARTH | Art Unit 2478 | Page 1 of 1 | |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20030034964-A1 | 02-2003 | Yoshioka, Mitsuo | G06F17/3089 | 345/204 |
| * | B | US-20020198909-A1 | 12-2002 | Huynh, Tuan | G06F17/2785 | 715/201 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20180318

# Exhibit 42

(12) **United States Patent**
Arav

(10) **Patent No.:** US 10,691,874 B2
(45) **Date of Patent:** *Jun. 23, 2020

(54) **HYPERLINK WITH GRAPHICAL CUE**

(71) Applicant: **Aloft Media, LLC**, Longview, TX (US)

(72) Inventor: **Gal Arav**, Raanana (IL)

(73) Assignee: **Aloft Media, LLC**, Longview, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 137 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/056,487**

(22) Filed: **Aug. 6, 2018**

(65) **Prior Publication Data**

US 2019/0034391 A1 Jan. 31, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 14/224,002, filed on Mar. 24, 2014, now Pat. No. 10,042,823, which is a continuation of application No. 12/334,068, filed on Dec. 12, 2008, now Pat. No. 8,682,961, which is a continuation of application No. 11/384,957, filed on Mar. 20, 2006, now Pat. No. 7,529,795.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *G06F 40/134* | (2020.01) |
| *G06Q 10/10* | (2012.01) |
| *G06F 3/0484* | (2013.01) |

(52) **U.S. Cl.**
CPC ........ *G06F 40/134* (2020.01); *G06F 3/04842* (2013.01); *G06Q 10/107* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,523,022 B1 * | 2/2003 | Hobbs | .................. G06F 16/332 |
| 6,564,213 B1 | 5/2003 | Ortega et al. | |
| 6,704,727 B1 | 3/2004 | Kravets | |
| 7,032,183 B2 | 4/2006 | Durham | |
| 7,035,864 B1 | 4/2006 | Ferrari et al. | |

(Continued)

OTHER PUBLICATIONS

Blog, A List Apart, Eric Shepherd "Hybrid CSS Dropdowns" Mar. 30, 2005 available at https://web.archive.org/web/20050401043047/http://www.alistapart.com/articles/hybrid/.

(Continued)

*Primary Examiner* — Edan Orgad
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks. In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks. Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.

**86 Claims, 8 Drawing Sheets**



**US 10,691,874 B2**

Page 2

---

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,647,312 B2 | 1/2010 | Dai | |
| 8,438,487 B1 | 5/2013 | Lin-Hendel | |
| 8,539,024 B2 | 9/2013 | Smit et al. | |
| 9,348,911 B2 | 5/2016 | Egendorf et al. | |
| 10,042,823 B2 | 8/2018 | Arav | |
| 10,078,623 B2 | 9/2018 | Arav | |
| 2002/0010639 A1 | 1/2002 | Howey et al. | |
| 2002/0138588 A1* | 9/2002 | Leeds | H04L 12/1831 |
| | | | 709/217 |
| 2005/0277432 A1* | 12/2005 | Viana | H04M 1/72525 |
| | | | 455/466 |
| 2006/0090142 A1 | 4/2006 | Glasgow et al. | |
| 2006/0248160 A1* | 11/2006 | Plummer | G06F 16/9577 |
| | | | 709/217 |
| 2007/0011146 A1* | 1/2007 | Holbrook | G06Q 30/0603 |
| 2007/0067489 A1* | 3/2007 | Blank | H04L 29/12594 |
| | | | 709/238 |
| 2019/0034391 A1 | 1/2019 | Arav | |

OTHER PUBLICATIONS

Archived Website "Son of Suckerfish Dropdowns" archived Nov. 25, 2005, available at https://web.archive.org/web/20051125083251/htmldog.com/articles/suckerfish/dropdowns/.

Archived website, "Suckerfish" archived Nov. 25, 2005, available at https://web.archive.org/web/20051125081404/htmldog.com/articles/suckerfish/dropdowns/example/bones3.html.

U.S. Appl. No. 16/056,491.

Archived Website, "Bloglines," archived Jan. 26, 2005, available at https://web.archive.org/web/20050126160350/http://www.bloglines.com:80/blog/pretsel.

Archived Website, "CSS / DHTML Hybrid Navigation Bar," archived Apr. 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php.

Archived Website, "Live Request : XMLHttpRequest and You," archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

Archived Website, "Live Request Zip Folder," archived Oct. 19, 2004, available at https://web.archive.org/web/20050421062822/http://creatimation.net/extra/live-request/live-request.zip.

Archived Website, "Live Search HTML page," archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

Archived Website, "Live Update Demo," archived Mar. 15, 2005, available at https://web.archive.org/web/20050315035633/http://www.papermountain.org:80/static/live_update_demo.rb.html.

Archived Website, "PaperMountain Live Updater JS," archived Mar. 16, 2005, available at https://web.archive.org/web/20050316112910/http://www.papermountain.org:80/static/liveUpdater.js.

Archived Website, "pure CSS menus," archived Apr. 11, 2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "XMLHttpRequest Demo," archived Mar. 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/.

Archived Webpage, "CNET", archived Mar. 1, 2005 available at https://web.archive.org/web/20050301011005/http://www.cnet.com/2001-1_1-0.html.

Archived Webpage, "pure CSS menus," Meyerweb, archived Apr. 11, 2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "CSS / DHTML Hybrid Navigation Bar," Brothercake, archived Apr. 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php.

Archived Website, "Live Request : XMLHttpRequest and You," Creatimation, Archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

Archived Website, "Suckerfish Dropdowns," A List Apart, archived Nov. 18, 2003, available at https://web.archive.org/web/20031118185224/http://www.alistapart.com:80/articles/dropdowns.

Archived Website, "XMLHttpRequest Demo," PaperMountain, Archived Mar. 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/.

Zakas, Nicholas "Make Life Easy With Autocomplete Textboxes", Sitepoint webpage, Sep. 16, 2003, available at https://webcache.googleusercontent.com/search?q=cache:sCxOuuDrjOgJ:https://www.sitepoint.com/life-autocomplete-textboxes/+&cd=1&hl=en&ct=clnk&gl=us.

Archive Website "Lucent" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601010217/http://www.lucent.com/.

Archive Website, "Intel.com" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601085413/http://www.intel.com/.

Archived Website "The Wall Street Journal Online" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601154824/http://online.wsj.com/public/us.

Archived Website "TV Guide" archived May 31, 2005, available at http://web.archive.org/web/20050531224613/http://tvguide.com/.

Archived Website, "TI Semiconductors" archived May 31, 2005, available at http://web.archive.org/web/20050531235140/http://www.ti.com/.

Archived webpage, "Macromedia Flash MX 2004," Mar. 5, 2005, available at https://web.archive.org/web/20050306024404/http:/www.macromedia.com:80/software/flash/.

Archived Website, "(mt) Media Temple," archived Jun. 3, 2003, available at https://web.archive.org/web/20030603184613/http://www.mediatemple.net:80/services/webhosting/, last accessed Dec. 11, 2017.

Archived Website, "About this page," archived Nov. 19, 2002, available at https://web.archive.org/web/20021119135440/http://www.surguy.net:80/menu/index.html.

Archived Website, "Auto Complete Javascript text field," archived Mar. 10, 2005, available at https://web.archive.org/web/20050310050127/http://www.vonloesch.de:80/node/18.

Archived Website, "Cool CSS Menu," archived Dec. 23, 2004, available at https://web.archive.org/web/20041223100517/http:/avascriptkit.com:80/script/script2/coolcssmenu.shtml.

Archived Website, "Creating a Textbook with JavaScript Auto-Complete," archived Aug. 13, 2004, available at https://web.archive.org/web/20040813010032/http://www.webreference.com:80/programming/javascript/gr/column5/index.html.

Archived Website, "Drop-down Menus, Horizontal Style," archived Jul. 1, 2004, available at https://web.archive.org/web/20040701070926/http:/www.alistapart.com:80/articles/horizdropdowns/.

Archived Website, "Dynamic HTML Menu Trees," archived May 1, 1999, available at https://web.archive.org/web/19990501040932/http:/developer.netscape.com:80/docs/examples/dynhtml/tree.html.

Archived Website, "MacroMedia," archived Mar. 6, 2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver, last accessed Dec. 11, 2017.

Archived website, "Macromedia," Mar. 6, 2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver.

Archived Website, "PGA Championship" Dec. 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004.

Archived Website, "PGA Championship," archived Dec. 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004, last accessed Dec. 11, 2017.

Archived Website, "Pure CSS Menus," archived Jul. 1, 2004, available at https://web.archive.org/web/20040701021837/http:/www.meyerweb.com:80/eric/css/edge/menus/demo.html.

**US 10,691,874 B2**

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

Archived Website, "RadioShack," archived Feb. 11, 2004, available at https://web.archive.org/web/20040211113445/http:/www.radioshack.com:80/.

Archived Website, "RadioShack," archived Mar. 19, 2005, available at https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed Dec. 11, 2017.

Archived Website, "Son of Suckerfish Dropdowns," archived Jun. 15, 2004, available at https://web.archive.org/web/20040615072300/http:/www.htmldog.com/articles/suckerfish/dropdowns/.

Archived Website, "Sons of Suckerfish," archived Jun. 3, 2004, available at https://web.archive.org/web/20040603230612/http://htmldog.com/articles/suckerfish/.

Archived Website, "Suckerfish Dropdowns," archived Nov. 18, 2003, available at https://web.archive.org/web/20031118185224/http:/www.alistapart.com:80/articles/dropdowns.

Archived Website, "Take a tour of the Dreamweaver MX 2004 features," archived Jul. 15, 2004, available at http://web.archive.org/web/20040715001246/http:/www.macromedia.com:80/software/dreamweaver/productinfo/features/.

Archived Website, "This uses just CSS 2 to turn nested lists into a working menu and does NOT use any JavaScript," archived Mar. 24, 2003, available at https://web.archive.org/web/20030324200540/http:/www.howtocreate.co.uk/tutorials/testMenu.html.

Archived Website, "YADM—Yet another dynamic menu," archived Sep. 17, 2004, available at https://web.archive.org/web/20040917085709/http:/www.onlinetools.org:80/tools/yadm/.

Arguelles, Tony, "Building a DHTML Drop Down Menu with Dreamweaver," InformIT, Oct. 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835.

Brower, Stewart, "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) Oct. 2004, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC521512/.

Jukka "Yucca" Korpela, "Navigational pulldown menus in HTML," published Mar. 1, 2003, available at http://jkorpela.fi/forms/navmenu.html, last accessed Dec. 11, 2017.

Lisa Wollin, "Creating a drop-down list that links to other pages," MSDN Archive, Aug. 19, 2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed Dec. 11, 2017.

Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, Dec. 2004, available at https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed Dec. 11, 2017.

Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, Dec. 2004, available at https://msdn.microsoft.com/en-us/library/office/aa218659(v=office.11).aspx, last accessed.

Patrick Griffiths and Dan Webb, "Suckerfish Dropdowns," published Nov. 7, 2003, available at https://alistapart.com/article/dropdowns, last accessed Dec. 11, 2017.

Professional CSS: Cascading Style Sheets for Web Design, 1st Edition (Wrox: Jul. 29, 2005), by Christopher Schmitt et al., ISBN-13 978-0764588334.

Referenced Page, "HTMLDog," date unknown, available at http://www.htmldog.com/articles/suckerfish/bones/, last accessed Dec. 11, 2017, page referenced on https://alistapart.com/article/dropdowns, last accessed Dec. 11, 2017.

Rigby, Nick "Drop-Down Menus, Horizontal Style" alistapart, Jun. 29, 2004, available at https://alistapart.com/article/horizdropdowns.

Rigby, Nick, "Drop-Down Menus, Horizontal Style," Jun. 29, 2004, available at https://alistapart.com/article/horizdropdowns.

Schmitt et al, "Professional CSS—Cascading Style Sheets for Web Design", Wiley Publishing, 434 pages, published Jul. 28, 2005.

Stewart M. Brower "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) Oct. 2004, pp. 412-420.

Ton Arguelles, "Essential Macromedia Dreamweaver for Web Professionals," Prentice Hall, 368 pages, Published Dec. 15, 2001.

Tony Arguelles "Essential Dreamweaver 4 for Web Professionals" 2002 ISBN-10: 0130315729ISBN-13:978-0130315724 ASIN: B00V0Y4C18.

Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," Oct. 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835, last accessed Dec. 11, 2017.

WayBackMachine, homepage for Arkitrave, http://www.arkitrave.com:80/, captured Mar. 28 2004, available at https://web.archive.org/web/20040328084551/http://www.arkitrave.com:80/.

WayBackMachine, homepage for Chevrolet, http://www.chevrolet.com:80/, captured Jan. 1, 2005, available at https://web.archive.org/web/20050101085416/http://www.chevrolet.com:80/.

WayBackMachine, homepage for Marriott, http://shopmarriott.com:80/index.aspx/, captured Nov. 25, 2005, available at https://web.archive.org/web/20051125000055/http://shopmarriott.com:80/index.aspx.

WayBackMachine, homepage for Walmart, http://www.walmart.com:80/, captured Mar. 21, 2004, available at https://web.archive.org/web/20040321210247/http://www.walmart.com:80/.

Webpage, "Drop Down Menu Sample—2 Menus (or more)" retrieved Oct. 12, 2018, available at http://www.echoecho.com/sampledropdown.htm.

Webpage, "Drop Down Menu," EchoEcho.com, retrieved Oct. 12, 2018, available at http://www.echoecho.com/htmlforms11.htm.

Webpage, "How is JavaScript different from Java," retrieved Oct. 12, 2018, available at https://www.java.com/en/download/faq/java_javascript.xml.

Webpage, "HTML Forms Drop Down Menu," EchoEcho.com, retrieved Oct. 12, 2018, available at http://www.echoecho.com/tooldropdown.htm.

Webpage, "Navigational pulldown menus in HTML" Mar. 1. 2003, available at http://jkorpela.fi/forms/navmenu.html.

Webreference webpage, "Creating a Textbox with JavaScript Auto-Complete", Apr. 6, 2004, available at http://webreference.com/programming/javascript/gr/column5/index.html.

Wollin, Lisa "Creating a JavaScript Drop-Down Menu in FrontPage" Microsoft Corporation, Dec. 2004, available at https://docs.microsoft.com/en-us/previous-versions/office/developer/office-2003/aa218659(v=office.11).

Wollin, Lisa "Creating a drop-down list that links to other pages," MSDN Archive, Aug. 19, 2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/.

Zakas, Nicholas "Creating an Autosuggest Textbox with JavaScript, Part 2" UCLA course resource, Apr. 2004, available at http://web.cs.ucla.edu/classes/winter15/cs144/projects/javascript/suggest2.html.

* cited by examiner



FIG. 1



*FIG. 2*



FIG 3



**FIG. 4A**

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 739 of 1037



**FIG. 4B**



FIG. 4C

## FIG. 5A



502a
504a

| 506a ~ | World News | → |
| 506b ~ | Business News | → |
| 506c ~ | US News | → |
| 506d ~ | UK News | → |
| 506e ~ | TV News | → |
| 506f ~ | Biz Magazines | → |
| 506g ~ | Biz Knowledge | → |
| 506h ~ | Stock Research | → |

504b

508a     BigCharts
508b ~   CBS Market Watch
508c ~   Hoovers
508d ~   data.com
508e ~   MORNINGSTAR
508f ~   The Motley Fool
508g ~   msn Money
508h ~   Quicken
508i ~   Website
508j ~   TheStreet.com
508k ~   UBS
508l ~   YAHOO! Finanace

502b        500

MSN Home   Hotmail   My MSN   **Sign In**        Search Web

**msn** Money        Search MSN Money: [____] Go   CNBC Help

Home | News | Banking | Investing | Planning | Taxes | My Money        Portfolio | Loans | Insurance

Investing Home   Portfolio   Markets   Stocks   Funds   ETFs   Commentary   Brokers   CNBC TV

**Get it done**

Read company report

Name or Symbol: [____] Go   Get Quote ∨   Find Symbol   Print Report

Type a company name or ticker symbol, then click Go

Scottrade          AMERITRADE IRA

**Strategy Lab**

See how six pros try to beat the market

In our Strategy Lab stock-picking game, top experts try to turn model portfolios into gold -- and share their best investing tips in the process.

< Prev  Next >

msn Messenger          Bad Credit Refinance

Market Dispatches, 4:32 p.m. ET

Stocks dive as bad news piles up

| Most Active | Winners | Losers | | | |
|---|---|---|---|---|---|
| SIRI | 5.11 | unch (unch) | Chart | Add to MSN list |
| SPY | 128.23 | unch (unch) | Chart | Add to MSN list |
| MO | 71.9 | unch (unch) | Chart | Add to MSN list |
| GNTA | 2.79 | unch (unch) | Chart | Add to MSN list |
| OOOO | 41.10 | unch (unch) | Chart | Add to MSN list |

Quotes delayed by 15 minutes View all Lists and Trends

Google's growth concerns prompt a big sell-off. GDP numbers disappoint. The Dow closes down 104 but has its best January-February performance since 1998.

- Walberg: After CFO's goof, Google is a buy
- Company Focus: Party on for leisure stocks
- SuperModels: 20 water stocks running hot
- What readers do wrong on their taxes

Scottrade

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 742 of 1037



FIG. 5B

US 10,691,874 B2

## 1

### HYPERLINK WITH GRAPHICAL CUE

#### RELATED APPLICATIONS

The present application claims priority to and is a continuation of U.S. application Ser. No. 14/224,002 filed Mar. 24, 2014, which is a continuation of U.S. application Ser. No. 12/334,068 filed Dec. 12, 2008, now issued under U.S. Pat. No. 8,682,961, which is a continuation of U.S. application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Pat. No. 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

#### BACKGROUND

#### Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

#### Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that

## 2

person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

#### SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. **2** is a flowchart of a method performed by the system of FIG. **1** according to one embodiment of the present invention; and

FIG. **3** is a window displayed by the message board aggregation system of FIG. **1** according to one embodiment of the present invention.

FIGS. **4A-4C** are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. **5A-5B** are illustrations of web page hyperlinks displayed by embodiments of the present invention.

#### DETAILED DESCRIPTION

Referring to FIG. **1**, a dataflow diagram is shown of a message board aggregation system **100** according to one embodiment of the present invention. Referring to FIG. **2**, a flowchart is shown of a method **200** performed by the system **100** of FIG. **1** according to one embodiment of the present invention. Referring to FIG. **3**, a window **300** displayed by the message board aggregation system **100** of FIG. **1** is illustrated according to one embodiment of the present invention.

In general, the window **300** shown in FIG. **3** contemporaneously displays a table **302** containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content **304** corresponding to a message represented by one of the entries in the message table **302**. In the embodiment illustrated in FIG. **3**, the message content **304** is displayed in a

US 10,691,874 B2

3

web page **306** from a message board web site to which the message content **304** was originally posted. In the embodiment illustrated in FIG. **3**, the source web page **306** (containing the message content **304**) is displayed in a first frame **308** of the web page **300**, and the message table **302** is displayed in a second frame **310** of the web page **300**.

The web page **306** is an example of a "source" web page as that term is used herein. The message table **302** may include summaries of messages originally posted to more than one source web page. The web page **300**, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page **300**, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. **1**, multiple external message boards **102a-m** are illustrated. For ease of illustration and explanation, each of the message boards **102a-m** is illustrated simply as a set of messages. More specifically, message board **102a** includes a set of messages **104a**, including messages **106a-n**; message board **102b** includes a set of messages **104b**, including messages **108a-n**; and message board **102m** includes a set of messages **104m**, including messages **110a-n**. In practice, the message boards **102a-m** may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards **102a**, **102b**, and **102m** are shown in FIG. **1** for purposes of example, the system **100** may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards **102a-m** is shown in FIG. **1** as including the same number of messages n, the number of messages may vary among the message boards **102a-m**.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards **102a-m** is illustrated in FIG. **1** as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system **100** also includes a message board aggregation server **112** and a corresponding message board **114** (which includes set **116** of messages **118a-n**). The message board **114** is managed by the aggregation server **112** or by the same entity that manages the aggregation server. Therefore, the message board **114** will be referred to herein as an "internal" message board, while the message boards **102a-m** will be referred to herein as "external" message boards in relation to the aggregation server **112**. As will be described in more detail below, the aggregation server **112** aggregates messages from two or more of the message boards **102a-m** and **114**, and displays content from the aggregated messages in the web page **300**.

Referring again to FIG. **2**, the system **100** of FIG. **1** may perform the method **200** to aggregate content from the message boards **102a-m** and **114** to display aggregated message content in the window **300**. A user **142** uses a web browser **140** to browse over the Internet **138** to a web site

4

served by the aggregation server **112**. The web page **300** is an example of a web page that may be part of such a web site. Upon visiting the web site, the user **142** selects one or more source message boards from which to view message content and summaries (step **202**). The user **142** may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards **102a-m**) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list **316**. Note, however, that the user **142** may select more than one source message board.

In the particular example illustrated in FIG. **3**, the web page **300** combines content extracted from the single external message board indicated by the selection in the drop-down list **316** with content extracted from the internal message board **114** associated with the aggregation server **112**. Furthermore, in the example illustrated in FIG. **3**, the user **142** may use drop-down list **318** to select the number of message summaries to be displayed in message table **302**.

The user **142** selects other input parameters (such as the number of messages to be retrieved) (step **203**). As described in more detail below, the aggregation server **112** may store the other input parameters in a set of other preferences **126**.

The user **142** selects a particular message board topic to view (step **204**). The user **142** may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field **312** and clicking button **314**. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. **3**, the web page **300** also includes a directory (forum) **334** user interface control which may, for example, take the form of a drop-down list. For example, the directory control **334** may allow the user to select either a "stock" forum or a "sports" forum. If the user **142** selects the "stock" forum, then the web page **300** may enable selection of stock symbols in text field **312**, while if the user **142** selects the "sports" forum, then the web page **300** may enable selection of sports symbols in text field **312**. More generally, the user's selection in the directory control **334** dictates which group of symbols is available for selection in the text input field **312**. The use of the directory control **334** is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser **140** over the Internet **138** to the message board aggregation server **112**. In response to receiving the user's selection, the aggregation server **112** retrieves information derived from messages in the selected source message board(s) having the selected topic (step **206**). In the embodiment illustrated in FIG. **3**, the aggregation server **112** also retrieves message content from the internal message board **114**. This is not, however, a requirement of the present invention. The internal message board **114** may, for example, be selectable or de-selectable as a source by the user **142** in the same manner as the external message boards **102a-m**.

Note further that any subset of the external message boards **102a-m** may be selectable as a source by the user **142**. Such a subset may, for example, consist of all of the external message boards **102a-m**, any one of the message boards **102a-m**, or any combination of fewer than all of the message boards **102a-m**.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user

US 10,691,874 B2

5

142. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message Titles," which always displays the titles of the messages summarized in the table 302. The table 302 also includes, however, a second column 322b having content that may-be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302. Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table 302 may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210). For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 1-20; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212). For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120. Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required. The message content units 132 may, for example, include extracted information for fields other than those specified by

6

the field selections. The message content units 132 may include all of the information that was extracted in step 206.

As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3). In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302. When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed-in the frame 308.

The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-m or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and

US 10,691,874 B2

7

render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the

8

additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302. Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate

US 10,691,874 B2

9

revenue using any mechanism, not merely banner advertisements. Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement **332** in FIG. **3**. For example, the aggregation server **112** may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip **328** in FIG. **3**) in a static object (such as a text box) in the same location as but instead of the advertisement **332** for premium (i.e., paid) users. The web page **300**, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server **112** extracts certain information from source message boards to produce the message content units **132**. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user **142** may be allowed to sort the aggregated message summaries displayed in the message table **302** by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table **302** may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table **302** may include any number of

10

rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser **140** is not limited to any particular web browser application. The web browser **140** may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network **138** in FIG. **1** is labeled as the "Internet," the web browser **140** and aggregation server **112** may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. **4A**, an illustration is shown of a graphical user interface text input control **400** for use in assisting in the completion of text input by a user according

US 10,691,874 B2

11

to one embodiment of the present invention. The control **400** includes a text input field **402** into which the user may type text.

In the particular embodiment illustrated in FIG. **4**A, the text input field **402** is used for entering either the name of a company or the stock ticker symbol of the company. The text input field **402** may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Pat. No. 7,529,795. The text input field **402**, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field **402** is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field **402** may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. **4**A, the user has begun to type the text "aap". As the user types, the program that provides the text input field **402** may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. **4**A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. **4**A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text **408***a-c* of the three matching tuples in the list **406***a*. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field **402** or as the user deletes previously-typed characters in the text input field **402**.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. **4**A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings **408***a*, **408***b*, and **408***c*. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings **408***a-c* corresponds to the company for which the user was searching.

12

In the particular example illustrated in FIG. **4**A, the text **404***a* typed by the user in the text input field **402** only matches stock ticker symbols in the set of stored tuples. Referring to FIG. **4**B, an example is illustrated in which the text **404***b* ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list **406***b* displayed in FIG. **4**B, therefore, includes text **410***a-j* corresponding to tuples having company names that match the typed text **404***b*. Although the list **406***b* is sorted by stock ticker symbol, the list **406***b* may be organized in any manner. For example, the list **406***b* may be sorted by company name. Note that the list **406***b* displayed in FIG. **4**B may be generated dynamically while the user types the text **404***b* in the same manner as described above with respect to the list **406***a* of FIG. **4**A, namely by attempting to match the text **404***b* against both stock ticker symbols and company names.

Referring to FIG. **4**C, an example is illustrated in which the text **404***c* ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list **406***c* displayed in FIG. **4**C, therefore, includes both text **412***a-c* corresponding to tuples having ticker symbols that match the typed text **404***c* and text **412***d-j* having company names that match the typed text **404***c*. Although the list **406***c* includes two sections—one for matching ticker symbols and one for matching company names—the list may be organized in any manner. For example, the list **406***c* may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists **406***a-c* illustrated in FIGS. **4**A-**4**C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field **402**. For example, if the user clicks on an item in the list, the program may fill in the text field **402** with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field **402** with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto-ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www-.quote.com/qc/lookup/symbol search.aspx, http://www-.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/

US 10,691,874 B2

13

public/main, http://bigcharts.marketwatch.com/symbol-lookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/in-dex.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news-.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://ww-w.ameritrade.com, http://www.schwab.com, http://ww-w.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksindex.shtml?bar=c, http://www.quicken.com/investments/ts1/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the follow-

14

ing, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in n-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of n-tuples, in which n=2. The techniques disclosed herein may be applied more generally, to n-tuples where n>1. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an n-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the n-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the n-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the n-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an n-tuple. For example, if n=3, matching may be performed against two rather than three of the text strings in the n-tuple. Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching n-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an n-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as n-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, down-loaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

US 10,691,874 B2

15

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. **5**A, a web page **500** is shown according to one embodiment of the present invention. The web page **500** includes a first frame **502**a displaying a first set of textual hyperlink representations **504**a, and a second frame **502**b displaying the contents of another web page.

In the embodiment illustrated in FIG. **5**A, the first set of hyperlink representations **504**a includes hypertext **506**a-h. In this example, the hypertext **506**a-h includes text representing categories of news web sites. For example, hypertext **506**a ("World News") represents the category of world news web sites, hypertext **506**b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext **506**a-h shown in FIG. **5**A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations **504**a enable the user to access the underlying hyperlinks to external websites by

16

hovering over selecting any of the hypertext **506**a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links **506**a-h or by hovering a mouse cursor over one of the hypertext links **506**a-h.

In response to receiving a selection of one of the hypertext links **506**a-h from the user, the web page **500** displays a second set of hyperlink representations **504**b. In the particular example illustrated in FIG. **5**A, the user has clicked on or hovered the mouse cursor over hypertext **506**h ("Stock Research"). In response, the web page **500** has displayed the second set of hyperlink representations **504**b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations **508**a-1 represents a hyperlink to a stock research web site. More specifically, in the embodiment illustrated in FIG. **5**A, each of the hyperlink representations **508**a-1 is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation **508**a is the logo of www.bigcharts.com, and the hyperlink representation **508**a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations **508**a-1, the web browser displays the destination of the selected hyperlink in the frame **502**b. For example, if the user selects hyperlink representation **508**a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame **502**b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks **506**a-h. For example, as shown in FIG. **5**B, when the user selects hyperlink **506**d ("UK News"), the web page **500** displays a set **504**c of hyperlink representations **510**a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set **504**a of links **506**a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set **504**a of links **506**a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page **500**, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Pat. No. 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks **504**b and **504**c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

US 10,691,874 B2

**17**

In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks **504***a* may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. A method, comprising:

providing a web page configured to:

**18**

display a plurality of user interface elements including a first user interface element and a second user interface element;

allow receipt of first user input that indicates a selection of the first user interface element;

in response to the receipt of the first user input that indicates the selection of the first user interface element, display a first user interface;

allow receipt of a first message utilizing the first user interface;

cause the first message to be sent, such that the first message is caused to be displayed with other messages on another web page of another website associated with a first on-line forum and the first message is caused to be displayed with the other messages on the another web page of the another website associated with the first on-line forum, in chronological order;

allow receipt of second user input that indicates a selection of the second user interface element;

in response to the receipt of the second user input that indicates the selection of the second user interface element, display a second user interface;

allow receipt of a second message utilizing the second user interface; and

cause the second message to be sent, such that the second message is caused to be displayed with yet other messages on yet another web page of yet another website associated with a second on-line forum that is separate from the first on-line forum, and the second message is caused to be displayed with the yet other messages on the yet another web page of the yet another website associated with the second on-line forum, in chronological order; and

causing storage of the web page.

2. The method of claim **1**, and further comprising:

allowing receipt of at least a portion of the first message from a user, utilizing the first user interface.

3. The method of claim **2**, and further comprising:

allowing receipt of at least a portion of the second message from the user, utilizing the second user interface.

4. The method of claim **1**, wherein the first message includes a source of a website associated with the web page.

5. The method of claim **1**, wherein the first message includes a link.

6. The method of claim **1**, wherein the first message includes at least a portion of the web page.

7. The method of claim **1**, wherein the first message includes an image.

8. The method of claim **1**, wherein the first user interface is part of a window that is separate from a window that displays the first user interface element.

9. The method of claim **1**, wherein the first on-line forum includes an external message board.

10. The method of claim **1**, wherein the first on-line forum and the second on-line forum each require, for access thereto, a login by a user that enters the first user input and the second user input.

11. The method of claim **1**, wherein at least one of the first on-line forum or the second on-line forum includes an electronic message forum.

12. The method of claim **1**, wherein the first message is caused to be displayed with the other messages on the another web page of the another website associated with the first on-line forum, in chronological order, by causing the first message to be timestamped.

US 10,691,874 B2

19

13. The method of claim 1, wherein at least one of:

at least one of the first message or the second message includes at least one of a reply message, an added message, or a new message;

at least one of the first message or the second message includes text;

at least one of the first message or the second message includes a symbol;

at least one of the first message or the second message includes a picture;

at least one of the first message or the second message results from text entry;

at least one of the first message or the second message results without text entry;

at least one of the first message or the second message results from user interface element selection;

at least one of the first user interface element or the second user interface element includes at least one of a tooltip, a button, or an icon;

at least one of the first user interface element or the second user interface element includes indicia;

at least one of the first user interface or the second user interface includes at least one of: a window, a pane, or a portion of the web page;

at least one of the first on-line forum or the second on-line forum includes at least one of: an internal forum, an external forum, a message board, a messaging system, an email system, a newsgroup, or a website;

at least one of the first user input or the second user input includes at least one of: a user click, a selection, or a movement of a cursor;

the receipt of at least one of the first message or the second message is received in response to at least one of: text entry, a user click, a selection, or a movement of a cursor;

the providing includes creating the web page;

the providing includes generating the web page;

the providing includes editing the web page;

the providing includes publishing the web page;

the providing includes providing access to the web page;

the method is carried out via an on-line forum;

the first message is caused to be displayed with the other messages on the another web page of the another website associated with the first on-line forum, in chronological order, by causing the first message to be sent immediately in response to receipt of a user indication for causing the first message to be sent;

the first user interface is displayed by using a link configured for use in displaying the first user interface;

the first user interface is displayed by using a link, not associated with the web page, configured for use in displaying the first user interface;

the receipt of the first message is allowed utilizing the first user interface, by using a link configured for use in displaying the first user interface and receiving the first message;

the receipt of the first message is allowed utilizing the first user interface, by using a link that is not associated with the web page and that is configured for use in displaying the first user interface and receiving the first message;

the first message is caused to be sent such that the first message is caused to be displayed with the other messages via the separate on-line forum, by using a link configured for use in displaying the first user interface, receiving the first message, and causing the first message to be sent;

20

the first message is caused to be sent such that the first message is caused to be displayed with the other messages via the separate on-line forum, by using a link that is not associated with the web page and that is configured for use in displaying the first user interface, receiving the first message, and causing the first message to be sent;

the web page is posted on an on-line forum;

the web page is part of a system including a server;

the web page is part of a system including a server on which the web page is stored and from which the web page is served;

the web page is part of a system including a server;

the web page is part of a system including a user computer to which the web page is served and stored;

the web page is stored on a user computer; or the web page is stored on a server; and

further comprising: providing a display for being caused, by the web page, to display;

further comprising: providing an input device for being used, in connection with the web page, to allow receipt of: the first input, and the second input; and

further comprising: providing a storage device for storage of the web page.

14. A method, comprising:

providing a non-transitory computer readable medium; and

storing, on the non-transitory computer readable medium, content for at least one web page, the at least one web page configured to:

display the content on the at least one web page,

display, on the at least one web page, a plurality of user interface elements including a first user interface element and a second user interface element,

allow receipt of first user input that indicates a selection of the first user interface element,

in response to the receipt of the first user input that indicates the selection of the first user interface element, display a first user interface,

allow receipt of a first message associated with the content utilizing the first user interface,

cause the first message to be sent, resulting in the first message being displayed with other messages on another web page of another website, such that the first message is displayed with the other messages on the another web page of the another website associated with a first on-line forum, based on a first posting time of the first message; and

allow receipt of second user input that indicates a selection of the second user interface element,

in response to the receipt of the second user input that indicates the selection of the second user interface element, display a second user interface,

allow receipt of a second message associated with the content utilizing the second user interface, and

cause the second message to be sent, resulting in the second message being displayed with yet other messages on yet another web page of yet another website, such that the second message is displayed with the yet other messages on the yet another web page of the yet another website associated with a second on-line forum that is separate from the first on-line forum, based on a second posting time of the second message.

15. The method of claim 14, and further comprising:

allowing receipt of at least a portion of the first message from a user, utilizing the first user interface.

US 10,691,874 B2

21

16. The method of claim 14, and further comprising:
allowing receipt of at least a portion of the second message from the user, utilizing the second user interface.

17. The method of claim 14, wherein the second message includes a source of a website associated with the web page.

18. The method of claim 14, wherein the second message includes a link.

19. The method of claim 14, wherein the second message includes at least a portion of the web page.

20. The method of claim 14, wherein the second message includes an image.

21. The method of claim 14, wherein the second user interface is part of a window that is separate from a window that displays the second user interface element.

22. The method of claim 14, wherein the second on-line forum includes an external message board.

23. The method of claim 14, wherein the first on-line forum and the second on-line forum each require, for access thereto, a login by a user that enters the first user input and the second user input.

24. The method of claim 14, wherein at least one of the first on-line forum or the second on-line forum includes an electronic message forum.

25. The method of claim 14, wherein the first message is caused to be displayed with the other messages on the another web page of the another website associated with the first on-line forum, based on a first posting time of the first message, by causing the first message to be immediately sent in response to receipt of a user indication for causing the first message to be sent.

26. A method, comprising:
providing content for a web page, the web page including web page code;
causing, using the web page code of the web page, display of the content on the web page;
causing, using the web page code of the web page, display, on the web page, of a plurality of user interface elements including a first user interface element and a second user interface element;
allowing, using the web page code of the web page, receipt of first user input that indicates a selection of the first user interface element;
causing, in response to the receipt of the first user input that indicates the selection of the first user interface element, display of a first user interface;
allowing receipt of a first message associated with the content via the first user interface, the first message indicating a sentiment;
causing the first message to be sent, resulting in the first message being displayed with other messages on another web page of another website;
allowing, using the web page code of the web page, receipt of second user input that indicates a selection of the second user interface element;
causing, in response to the receipt of the second user input that indicates the selection of the second user interface element, display of a second user interface;
allowing receipt of a second message associated with the content via the second user interface; and
causing the second message to be sent, resulting in the second message being displayed with yet other messages.

27. The method of claim 26, and further comprising:
allowing receipt of at least a portion of the first message from a user, utilizing a sentiment indicator of the first user interface.

22

28. The method of claim 26, and further comprising:
allowing receipt of the indication of the sentiment from a user, based on receipt of an indication of a user selection of a button.

29. The method of claim 26, wherein the first message includes a website associated with the web page.

30. The method of claim 26, wherein the first message includes a link.

31. The method of claim 26, wherein the first message includes at least a portion of the web page.

32. The method of claim 26, wherein the first message includes an image.

33. The method of claim 26, wherein the first user interface is part of a window that is separate from a window that displays the first user interface element.

34. The method of claim 26, wherein the another website includes an external message board.

35. The method of claim 26, wherein the another website requires, for access thereto, a login by a user.

36. The method of claim 26, wherein the second message and the yet other messages are displayed via an electronic mail message forum.

37. A method, comprising:
providing a non-transitory computer readable medium; and
storing, on the non-transitory computer readable medium, content for at least one web page, the at least one web page configured to:
display the content on the at least one web page,
display, on the at least one web page, a plurality of user interface elements including a first user interface element and a second user interface element,
allow receipt of first user input that indicates a selection of the first user interface element,
in response to the receipt of the first user input that indicates the selection of the first user interface element, display a first user interface that is part of a page separate from the at least one web page that displays the first user interface element,
allow receipt of a first message associated with the content utilizing the first user interface,
cause the first message to be sent, resulting in the first message being displayed with other messages on another web page of another website,
allow receipt of second user input that indicates a selection of the second user interface element,
in response to the receipt of the second user input that indicates the selection of the second user interface element, display a second user interface,
allow receipt of a second message associated with the content utilizing the second user interface, and
cause the second message to be sent, resulting in the second message being displayed with yet other messages.

38. The method of claim 37, and further comprising:
allowing receipt of at least a portion of the first message from a user, utilizing the first user interface.

39. The method of claim 37, wherein the first message includes a website associated with the web page.

40. The method of claim 31, wherein the first message includes a link.

41. The method of claim 37, wherein the first message includes at least a portion of the web page.

42. The method of claim 37, wherein the first message includes only a portion of the web page.

43. The method of claim 37, wherein the first message includes an image.

US 10,691,874 B2

23

**44**. The method of claim **37**, wherein the another website includes an external message board.

**45**. The method of claim **37**, wherein the yet other messages are displayed via an external message board.

**46**. The method of claim **37**, wherein the another website requires, for access thereto, a login by a user that enters the first user input.

**47**. The method of claim **37**, wherein the second message includes an electronic mail message.

**48**. The method of claim **37**, wherein the second message and the yet other messages are displayed via an electronic message forum.

**49**. The method of claim **37**, wherein the page is separate from the at least one web page by having a different uniform resource locator.

**50**. The method of claim **37**, wherein the page is separate from the at least one web page by having a different uniform resource locator domain name.

**51**. The method of claim **37**, wherein the page is separate from the at least one web page by being administered by a separate on-line forum.

**52**. The method of claim **37**, wherein the page is separate from the at least one web page by being displayed via a window that is separate from a window of the at least one web page.

**53**. A method, comprising:

providing content for a web page, the web page including web page code;

causing, using the web page code of the web page, display of the content on the web page;

causing, using the web page code of the web page, display, on the web page, of a plurality of user interface elements including a first user interface element and a second user interface element;

allowing, using the web page code of the web page, receipt of first user input that indicates a selection of the first user interface element;

causing, in response to the receipt of the first user input that indicates the selection of the first user interface element, display of a first user interface;

allowing receipt of a first message associated with the content via the first user interface;

causing the first message to be sent, resulting in the first message being displayed with other messages on another web page of another website;

allowing, using the web page code of the web page, receipt of second user input that indicates a selection of the second user interface element;

causing, in response to the receipt of the second user input that indicates the selection of the second user interface element, display of a second user interface;

allowing receipt of a second message associated with the content via the second user interface; and

causing the second message to be sent, resulting in the second message being displayed with yet other messages;

wherein the first user interface is part of a first page and the second user interface is part of a second page, wherein the first page and the second page are separate from the web page that displays the first user interface element and the second user interface element.

**54**. A method, comprising:

providing a web page configured to:

display a plurality of user interface elements including a first user interface element and a second user interface element;

24

allow receipt of first user input that indicates a selection of the first user interface element;

in response to the receipt of the first user input that indicates the selection of the first user interface element, display a first user interface;

allow receipt of a first message utilizing the first user interface;

cause the first message to be sent, such that the first message is caused to be displayed with other messages via a separate on-line forum;

allow receipt of second user input that indicates a selection of the second user interface element; and

in response to the receipt of the second user input that indicates the selection of the second user interface element, display a second user interface;

wherein at least one of:

the first user interface is separate from the web page that displays the first user interface element; or

the first message is caused to be displayed with the other messages via the separate on-line forum, in chronological order based on a sending time of the first message.

**55**. The method of claim **54**, wherein the first user interface is separate from the web page that displays the first user interface element.

**56**. The method of claim **55**, wherein the first message includes a website associated with the web page.

**57**. The method of claim **55**, wherein the first user interface is separate from the web page that displays the first user interface element.

**58**. The method of claim **55**, wherein the first message includes a link.

**59**. The method of claim **55**, wherein the first message automatically includes a link of the web page.

**60**. The method of claim **55**, wherein the first message automatically includes an image of the web page.

**61**. The method of claim **55**, wherein the first message includes at least a portion of the web page.

**62**. The method of claim **55**, wherein the first message includes an image.

**63**. The method of claim **55**, wherein the on-line forum includes an external message board.

**64**. The method of claim **55**, wherein the on-line forum requires, for access thereto, a login by a user that enters the first user input and the second user input.

**65**. The method of claim **55**, wherein the on-line forum includes an electronic message forum.

**66**. The method of claim **55**, and further comprising:

allowing receipt of at least a portion of the first message from a user, utilizing the first user interface.

**67**. The method of claim **55**, wherein the first user interface is separate from the web page by having a different uniform resource locator.

**68**. The method of claim **55**, the first user interface is separate from the web page by having a different uniform resource locator domain name.

**69**. The method of claim **55**, the first user interface is separate from the web page by being displayed via a window that is separate from a window of the web page.

**70**. The method of claim **54**, wherein the first message is caused to be displayed with the other messages via the separate on-line forum, in chronological order based on the sending time of the first message.

**71**. The method of claim **70**, wherein the first message includes a website associated with the web page.

US 10,691,874 B2

25

**72**. The method of claim **70**, wherein the first user interface is separate from the web page that displays the first user interface element.

**73**. The method of claim **70**, wherein the first message includes a link.

**74**. The method of claim **70**, wherein the first message automatically includes a link of the web page.

**75**. The method of claim **70**, wherein the first message automatically includes an image of the web page.

**76**. The method of claim **70**, wherein the first message includes at least a portion of the web page.

**77**. The method of claim **70**, wherein the first message includes an image.

**78**. The method of claim **70**, wherein the on-line forum includes an external message board.

**79**. The method of claim **70**, wherein the on-line forum requires, for access thereto, a login by a user that enters the first user input and the second user input.

**80**. The method of claim **70**, wherein the on-line forum includes an electronic message forum.

**81**. The method of claim **70**, and further comprising:
allowing receipt of at least a portion of the first message from a user, utilizing the first user interface.

**82**. The method of claim **70**, wherein the first message is caused to be displayed with the other messages via the separate on-line forum, in chronological order based on the sending time of the first message, by causing the first message to be timestamped.

**83**. The method of claim **70**, wherein the first message is caused to be displayed with the other messages via the separate on-line forum, in chronological order based on the sending time of the first message, by causing the first message to be sent in immediate response to receipt of a user indication for causing the first message to be sent.

**84**. The method of claim **70**, wherein the first message is caused to be displayed with the other messages via the separate on-line forum, in chronological order based on the sending time of the first message, by causing the first message to be sent in immediate response to receipt of a user indication for causing the first message to be sent, so that the first message is promptly queued for display.

**85**. The method of claim **54**, wherein:
the first user interface is separate from the web page that displays the first user interface element; and
the first message is caused to be displayed with the other messages via the separate on-line forum, in chrono-logical order based on the sending time of the first message.

**86**. The method of claim **54**, wherein at least one of:
the first message includes at least one of a reply message, an added message, or a new message;
the first message includes text;
the first message includes a symbol;
the first message includes a picture;
the first message results from text entry;
the first message results without text entry;
the first message results from user interface element selection;
at least one of the first user interface element or the second user interface element includes at least one of a tooltip, a button, or an icon;
at least one of the first user interface element or the second user interface element includes indicia;
at least one of the first user interface or the second user interface includes at least one of: a window, a pane, or a portion of the web page;

26

the separate on-line forum includes at least one of: an internal forum, an external forum, a message board, a messaging system, an email system, a newsgroup, or a website;
at least one of the first user input or the second user input includes at least one of: a user click, a selection, or a movement of a cursor;
the receipt of the first message is received in response to at least one of: text entry, a user click, a selection, or a movement of a cursor;
the first user interface is separate from the web page that displays the first user interface element, by being displayed via a separate web page or a separate win-dow;
the first user interface is separate from the web page that displays the first user interface element, by being displayed via a separate graphical user interface ele-ment;
the first user interface is separate from the web page that displays the first user interface element, by being displayed via a pop-up window;
the providing includes creating the web page;
the providing includes generating the web page;
the providing includes editing the web page;
the providing includes publishing the web page;
the providing includes providing access to the web page;
the method is carried out via an on-line forum;
the first user interface is displayed by redirecting to a link configured for use in displaying the first user interface;
the first user interface is displayed by redirecting to a link, not associated with the web page, configured for use in displaying the first user interface;
the receipt of the first message is allowed utilizing the first user interface, by redirecting to a link configured for use in displaying the first user interface and receiving the first message;
the receipt of the first message is allowed utilizing the first user interface, by redirecting to a link that is not associated with the web page and that is configured for use in displaying the first user interface and receiving the first message;
the first message is caused to be sent such that the first message is caused to be displayed with the other messages via the separate on-line forum, by redirecting to a link configured for use in displaying the first user interface, receiving the first message, and causing the first message to be sent;
the first message is caused to be sent such that the first message is caused to be displayed with the other messages via the separate on-line forum, by redirecting to a link that is not associated with the web page and that is configured for use in displaying the first user interface, receiving the first message, and causing the first message to be sent;
the web page is sent on an on-line forum;
the web page is part of a system including a server;
the web page is part of a system including a server on which the web page is stored and from which the web page is served;
the web page is part of a system including a server;
the web page is part of a system including a user computer to which the web page is served and stored;
the web page is stored on a user computer; or the web page is stored on a server; and
further comprising: providing a display for being caused, by the web page, to display;

US 10,691,874 B2

27

28

further comprising: providing an input device for being used, in connection with the web page, to allow receipt of: the first input, and the second input; and

further comprising: providing a storage device for storage of the web page.

* * * * *

# Exhibit 43

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket  Number | SVIPGP090K |

**U.S.PATENTS**                                                             Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.     Add

**U.S.PATENT APPLICATION PUBLICATIONS**                                     Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.     Add

**FOREIGN PATENT DOCUMENTS**                                                Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button     Add

**NON-PATENT LITERATURE DOCUMENTS**                                         Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.18

| | | | | |
|---|---|---|---|---|
| | | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
| | | | Filing Date  1037 | 2018-08-06 |
| | | | First Named Inventor | Gal Arav |
| | | | Art Unit | 2478 |
| | | | Examiner Name | Derrick W FERRIS |
| | | | Attorney Docket  Number | SVIPGP090K |

| | | | |
|---|---|---|---|
| | 1 | Archived Website, "Bloglines," archived 01/26/2005, available at https://web.archive.org/web/20050126160350/http://www.bloglines.com:80/blog/pretsel | |
| | 2 | Archived Website, "CSS / DHTML Hybrid Navigation Bar," archived 04/10/2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php | |
| | 3 | Archived Website, "Live Request : XMLHttpRequest and You," archived 10/19/2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request | |
| | 4 | Archived Website, "Live Request Zip Folder," archived 10/19/2004, available at https://web.archive.org/web/20050421062822/http://creatimation.net/extra/live-request/live-request.zip | |
| | 5 | Archived Website, "Live Search HTML page," archived 10/19/2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request | |
| | 6 | Archived Website, "Live Update Demo," archived 03/15/2005, available at https://web.archive.org/web/20050315035633/http://www.papermountain.org:80/static/live_update_demo.rb.html | |
| | 7 | Archived Website, "PaperMountain Live Updater JS," archived 03/16/2005, available at https://web.archive.org/web/20050316112910/http://www.papermountain.org:80/static/liveUpdater.js | |
| | 8 | Archived Website, "pure CSS menus," archived 04-11-2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html | |
| | 9 | Archived Website, "XMLHttpRequest Demo," archived 03/23/2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/ | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99)** | Application Number | 16056487 |
|---|---|---|
| | Filing Date    1037 | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
| | Filing Date  1037 | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket  Number | SVIPGP090K |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-06 |
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.18

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

**U.S. PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S. PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date <span>1037</span> | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

| | 1 | Zakas, Nicholas "Make Life Easy With Autocomplete Textboxes", Sitepoint webpage, Sept 16, 2003, available at https://webcache.googleusercontent.com/search?q=cache:sCxOuuDrjOgJ:https://www.sitepoint.com/life-autocomplete-textboxes/+&cd=1&hl=en&ct=clnk&gl=us | |
|---|---|---|---|

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-06 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16056487 | |
| Filing Date | 2018-08-06 | |
| First Named Inventor | Gal Arav | |
| Art Unit | 2478 | |
| Examiner Name | Derrick W FERRIS | |
| Attorney Docket  Number | SVIPGP090K | |

| | | U.S.PATENTS | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 6564213 | B1 | 2003-05-13 | Ortega et al. | Entire Document |
| | 2 | 6704727 | B1 | 2004-03-09 | Kravets | Entire Document |
| | 3 | 7032183 | B2 | 2006-04-18 | Durham | Entire Document |
| | 4 | 7647312 | B2 | 2010-01-12 | Dai | Entire Document |
| | 5 | 8438487 | B1 | 2013-05-07 | Lin-Hendel | Entire Document |
| | 6 | 8539024 | B2 | 2013-09-17 | Smit et al. | Entire Document |
| | 7 | 9348911 | B2 | 2016-05-24 | Egendorf et al. | Entire Document |

| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
|---|---|
| **U.S.PATENT APPLICATION PUBLICATIONS** | Remove |

EFS Web 2.1.18

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 | | |
| | Filing Date | 2018-08-06 | | |
| | First Named Inventor | Gal Arav | | |
| | Art Unit | 2478 | | |
| | Examiner Name | Derrick W FERRIS | | |
| | Attorney Docket Number | SVIPGP090K | | |

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20020010639 | A1 | 2002-01-24 | Howey et al. | Entire Document |
| | 2 | 20060090142 | A1 | 2006-04-27 | Glasgow et al. | Entire Document |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

**FOREIGN PATENT DOCUMENTS** | Remove |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |

**NON-PATENT LITERATURE DOCUMENTS** | Remove |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | Archived webpage, "Macromedia Flash MX 2004," March 5, 2005, available at https://web.archive.org/web/20050306024404/http:/www.macromedia.com:80/software/flash/ | |
| | 2 | Archived Website, "(mt) Media Temple," archived 06-03-2003, available at https://web.archive.org/web/20030603184613/http:/www.mediatemple.net:80/services/webhosting/, last accessed 12-11-2017 | |
| | 3 | Archived Website, "About this page," archived 11/19/2002, available at https://web.archive.org/web/20021119135440/http:/www.surguy.net:80/menu/index.html | |

EFS Web 2.1.18

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|---|
| | | Filing Date | 2018-08-06 |
| | | First Named Inventor | Gal Arav |
| | | Art Unit | 2478 |
| | | Examiner Name | Derrick W FERRIS |
| | | Attorney Docket Number | SVIPGP090K |

| | | |
|---|---|---|
| | 4 | Archived Website, "Auto Complete Javascript text field," archived 3/10/2005, available at https://web.archive.org/web/20050310050127/http:/www.vonloesch.de:80/node/18 | |
| | 5 | Archived Website, "Cool CSS Menu," archived 12/23/2004, available at https://web.archive.org/web/20041223100517/http:/javascriptkit.com:80/script/script2/coolcssmenu.shtml | |
| | 6 | Archived Website, "Creating a Textbook with JavaScript Auto-Complete," archived 8/13/2004, available at https://web.archive.org/web/20040813010032/http:/www.webreference.com:80/programming/javascript/gr/column5/index.html | |
| | 7 | Archived Website, "Drop-down Menus, Horizontal Style," archived 7/1/2004, available at https://web.archive.org/web/20040701070926/http:/www.alistapart.com:80/articles/horizdropdowns/ | |
| | 8 | Archived Website, "Dynamic HTML Menu Trees," archived 5/1/1999, available at https://web.archive.org/web/19990501040932/http:/developer.netscape.com:80/docs/examples/dynhtml/tree.html | |
| | 9 | Archived Website, "MacroMedia," archived 03-06-2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver, last accessed 12-11-2017 | |
| | 10 | Archived website, "Macromedia," March 6, 2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver | |
| | 11 | Archived Website, "PGA Championship" December 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004 | |
| | 12 | Archived Website, "PGA Championship," archived 12-31-2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004, last accessed 12-11-2017 | |
| | 13 | Archived Website, "Pure CSS Menus," archived 7/1/2004, available at https://web.archive.org/web/20040701021837/http:/www.meyerweb.com:80/eric/css/edge/menus/demo.html | |
| | 14 | Archived Website, "RadioShack," archived 02-11-2004, available at https://web.archive.org/web/20040211113445/http:/www.radioshack.com:80/ | |

| | | | |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | **Application Number** | 16056487 |
| | | Filing Date   1037 | 2018-08-06 |
| | | First Named Inventor | Gal Arav |
| | | Art Unit | 2478 |
| | | Examiner Name | Derrick W FERRIS |
| | | Attorney Docket  Number | SVIPGP090K |

| | | | |
|---|---|---|---|
| | 15 | Archived Website, "RadioShack," archived 03-19-2005, available at https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed 12-11-2017 | |
| | 16 | Archived Website, "Son of Suckerfish Dropdowns," archived 6/15/2004, available at https://web.archive.org/web/20040615072300/http:/www.htmldog.com/articles/suckerfish/dropdowns/ | |
| | 17 | Archived Website, "Sons of Suckerfish," archived 06/03/2004, available at https://web.archive.org/web/20040603230612/http://htmldog.com/articles/suckerfish/ | |
| | 18 | Archived Website, "Suckerfish Dropdowns," archived 11/18/2003, available at https://web.archive.org/web/20031118185224/http:/www.alistapart.com:80/articles/dropdowns | |
| | 19 | Archived Website, "Take a tour of the Dreamweaver MX 2004 features," archived 7/15/2004, available at http://web.archive.org/web/20040715001246/http:/www.macromedia.com:80/software/dreamweaver/productinfo/features/ | |
| | 20 | Archived Website, "This uses just CSS 2 to turn nested lists into a working menu and does NOT use any JavaScript," archived 3/24/2003, available at https://web.archive.org/web/20030324200540/http:/www.howtocreate.co.uk/tutorials/testMenu.html | |
| | 21 | Archived Website, "YADM - Yet another dynamic menu," archived 9/17/2004, available at https://web.archive.org/web/20040917085709/http:/www.onlinetools.org:80/tools/yadm/ | |
| | 22 | Arguelles, Tony, "Building a DHTML Drop Down Menu with Dreamweaver," InformIT, Oct 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835 | |
| | 23 | Brower, Stewart, "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) October 2004, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC521512/ | |
| | 24 | Jukka "Yucca" Korpela, "Navigational pulldown menus in HTML," published 03-01-2003, available at http://jkorpela.fi/forms/navmenu.html, last accessed 12-11-2017 | |
| | 25 | Lisa Wollin, "Creating a drop-down list that links to other pages," MSDN Archive, 08-19-2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed 12-11-2017 | |

| | | | Application Number | 16056487 | |
|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date  1037 | 2018-08-06 | |
| | | | First Named Inventor | Gal Arav | |
| | | | Art Unit | 2478 | |
| | | | Examiner Name | Derrick W FERRIS | |
| | | | Attorney Docket  Number | SVIPGP090K | |

| | | | |
|---|---|---|---|
| | 26 | Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, December 2004, available at https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed 12-11-2017 | |
| | 27 | Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, December 2004, available at https://msdn.microsoft.com/en-us/library/office/aa218659(v=office.11).aspx, last accessed | |
| | 28 | Patrick Griffiths and Dan Webb, "Suckerfish Dropdowns," published 11-07-2003, available at https://alistapart.com/article/dropdowns, last accessed 12-11-2017 | |
| | 29 | Professional CSS: Cascading Style Sheets for Web Design, 1st Edition (Wrox: July 29, 2005), by Christopher Schmitt et al., ISBN-13 978-0764588334 | |
| | 30 | Referenced Page, "HTMLDog," date unknown, available at http://www.htmldog.com/articles/suckerfish/bones/, last accessed 12-11-2017, page referenced on https://alistapart.com/article/dropdowns, last accessed 12-11-2017 | |
| | 31 | Rigby, Nick "Drop-Down Menus, Horizontal Style" alistapart, June 29, 2004, available at https://alistapart.com/article/horizdropdowns | |
| | 32 | Rigby, Nick, "Drop-Down Menus, Horizontal Style," June 29, 2004, available at https://alistapart.com/article/horizdropdowns | |
| | 33 | Schmitt et al, "Professional CSS - Cascading Style Sheets for Web Design", Wiley Publishing, 434 pages, published 07-28-2005 | |
| | 34 | Stewart M. Brower "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) October 2004, pp 412-420 | |
| | 35 | Ton Arguelles, "Essential Macromedia Dreamweaver for Web Professionals," Prentice Hall, 368 pages, Published Dec 15, 2001 | |
| | 36 | Tony Arguelles "Essential Dreamweaver 4 for Web Professionals" 2002 ISBN-10: 0130315729ISBN-13: 978-0130315724 ASIN: B00V0Y4C18 | |

EFS Web 2.1.18

| | | | | |
|---|---|---|---|---|
| | | Application Number | 16056487 | |
| | | Filing Date | 2018-08-06 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | Gal Arav | |
| | | Art Unit | 2478 | |
| | | Examiner Name | Derrick W FERRIS | |
| | | Attorney Docket Number | SVIPGP090K | |

| | | |
|---|---|---|
| | 37 | Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," 10-25-2002, available at http://www.informit.com/articles/article.aspx?p=29835, last accessed 12-11-2017 |
| | 38 | WayBackMachine, homepage for Arkitrave, http://www.arkitrave.com:80/, captured March 28 2004, available at https://web.archive.org/web/20040328084551/http://www.arkitrave.com:80/ |
| | 39 | WayBackMachine, homepage for Chevrolet, http://www.chevrolet.com:80/, captured January 1, 2005, available at https://web.archive.org/web/20050101085416/http://www.chevrolet.com:80/ |
| | 40 | WayBackMachine, homepage for Marriott, http://shopmarriott.com:80/index.aspx/, captured November 25, 2005, available at https://web.archive.org/web/20051125000055/http://shopmarriott.com:80/index.aspx |
| | 41 | WayBackMachine, homepage for Walmart, http://www.walmart.com:80/, captured March 21, 2004, available at https://web.archive.org/web/20040321210247/http://www.walmart.com:80/ |
| | 42 | Webpage, "Drop Down Menu Sample - 2 Menus (or more)" retrieved 10-12-2018, available at http://www.echoecho.com/sampledropdown.htm |
| | 43 | Webpage, "Drop Down Menu," EchoEcho.com, retrieved 10-12-2018, available at http://www.echoecho.com/htmlforms11.htm |
| | 44 | Webpage, "How is JavaScript different from Java," retrieved 10-12-18, available at https://www.java.com/en/download/faq/java_javascript.xml |
| | 45 | Webpage, "HTML Forms Drop Down Menu," EchoEcho.com, retrieved 10-12-2018, available at http://www.echoecho.com/tooldropdown.htm |
| | 46 | Webpage, "Navigational pulldown menus in HTML" 2003-03-01, available at http://jkorpela.fi/forms/navmenu.html |
| | 47 | Webreference webpage, "Creating a Textbox with JavaScript Auto-Complete", April 6, 2004, available at http://webreference.com/programming/javascript/gr/column5/index.html |

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | | 16056487 |
| | Filing Date | 1037 | 2018-08-06 |
| | First Named Inventor | | Gal Arav |
| | Art Unit | | 2478 |
| | Examiner Name | | Derrick W FERRIS |
| | Attorney Docket  Number | | SVIPGP090K |

| | | | |
|---|---|---|---|
| | 48 | Wollin, Lisa " Creating a JavaScript Drop-Down Menu in FrontPage" Microsoft Corporation, December 2004, available at https://docs.microsoft.com/en-us/previous-versions/office/developer/office-2003/aa218659(v=office.11) | |
| | 49 | Wollin, Lisa "Creating a drop-down list that links to other pages," MSDN Archive, August 19, 2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/ | |
| | 50 | Zakas, Nicholas "Creating an Autosuggest Textbox with JavaScript, Part 2" UCLA course resource, April 2004, available at http://web.cs.ucla.edu/classes/winter15/cs144/projects/javascript/suggest2.html | |

If you wish to add additional non-patent literature document citation information please click the Add button | **Add**

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-06 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

**U.S. PATENTS**    [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 10042823 | B2 | 2018-08-07 | Arav | Entire Document |
| | 2 | 10078623 | B2 | 2018-09-18 | Arav | Entire Document |
| | 3 | 7035864 | B1 | 2006-04-25 | FERRARI et al. | Entire Document |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

**U.S. PATENT APPLICATION PUBLICATIONS**    [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS**    [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

**NON-PATENT LITERATURE DOCUMENTS**    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-28 |
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16056487 |
| Filing Date | 2018-08-06 |
| First Named Inventor | Gal Arav |
| Art Unit | 2478 |
| Examiner Name | Derrick W FERRIS |
| Attorney Docket  Number | SVIPGP090K |

## U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

## U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

## FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date  1037 | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket  Number | SVIPGP090K |

| | 1 | Blog, A List Apart, Eric Shepherd "Hybrid CSS Dropdowns" March 30, 2005 available at https://web.archive.org/web/20050401043047/http://www.alistapart.com/articles/hybrid/ |
|---|---|---|

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket  Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-23 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.	The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.	A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.	A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.	A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.	A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.	A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.	A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.	A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.	A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed
USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 784 of 1037
PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16056487 | |
| Filing Date | 2018-08-06 | |
| First Named Inventor | Gal Arav | |
| Art Unit | 2478 | |
| Examiner Name | Derrick W FERRIS | |
| Attorney Docket  Number | SVIPGP090K | |

**U.S.PATENTS** — Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. — Add

**U.S.PATENT APPLICATION PUBLICATIONS** — Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190034391 | A1 | 2019-01-31 | Arav | Entire Document |

If you wish to add additional U.S. Published Application citation information please click the Add button. — Add

**FOREIGN PATENT DOCUMENTS** — Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button — Add

**NON-PATENT LITERATURE DOCUMENTS** — Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

| | 1 | Archived Website "Son of Suckerfish Dropdowns" archived 11/25/2005, available at https://web.archive.org/web/20051125083251/htmldog.com/articles/suckerfish/dropdowns/ | |
| | 2 | Archived website, "Suckerfish" archived 11/25/2005, available at https://web.archive.org/web/20051125081404/htmldog.com/articles/suckerfish/dropdowns/example/bones3.html | |
| | 3 | US Pat Appl No 16056491 file wrapper | |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| | | | |
|---|---|---|---|
| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-23 |
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 788 of 1037

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16056487 |
| Filing Date | | 2018-08-06 |
| First Named Inventor | | Gal Arav |
| Art Unit | | 2478 |
| Examiner Name | | Derrick W FERRIS |
| Attorney Docket Number | | SVIPGP090K |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.18

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

| | | |
|---|---|---|
| | 1 | Archived Webpage, "CNET", archived March 1, 2005 available at https://web.archive.org/web/20050301011005/http://www.cnet.com/2001-1_1-0.html |

If you wish to add additional non-patent literature document citation information please click the Add button [ Add ]

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket  Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-23 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.       The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.       A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.       A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.       A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.       A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.       A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.       A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.       A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.       A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16056487 | |
| Filing Date | 2018-08-06 | |
| First Named Inventor | Gal Arav | |
| Art Unit | 2478 | |
| Examiner Name | Derrick W FERRIS | |
| Attorney Docket  Number | SVIPGP090K | |

## U.S.PATENTS  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

## U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

## FOREIGN PATENT DOCUMENTS  [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

## NON-PATENT LITERATURE DOCUMENTS  [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

| | | | |
|---|---|---|---|
| | 1 | Archive Website "Lucent" archived June 1, 2005, available at http://web.archive.org/web/20050601010217/http://www.lucent.com/ | |
| | 2 | Archive Website, "Intel.com" archived June 1, 2005, available at http://web.archive.org/web/20050601085413/http://www.intel.com/ | |
| | 3 | Archived Website "The Wall Street Journal Online" archived June 1, 2005, available at http://web.archive.org/web/20050601154824/http://online.wsj.com/public/us | |
| | 4 | Archived Website "TV Guide" archived May 31, 2005, available at http://web.archive.org/web/20050531224613/http://tvguide.com/ | |
| | 5 | Archived Website, "TI Semiconductors" archived May 31, 2005, available at http://web.archive.org/web/20050531235140/http://www.ti.com/ | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-25 |
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

| U.S.PATENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

| U.S.PATENT APPLICATION PUBLICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

| NON-PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |

EFS Web 2.1.18

| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | |
|---|---|---|---|---|---|

| | | Application Number | 16056487 | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2018-08-06 | |
| | First Named Inventor | Gal Arav | |
| | Art Unit | 2478 | |
| | Examiner Name | Derrick W FERRIS | |
| | Attorney Docket  Number | SVIPGP090K | |

| | | | |
|---|---|---|---|
| | 1 | Archived Webpage, "pure CSS menus," Meyerweb, archived April 11, 2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html | ☐ |
| | 2 | Archived Website, "CSS / DHTML Hybrid Navigation Bar," Brothercake, archived April 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php | ☐ |
| | 3 | Archived Website, "Live Request : XMLHttpRequest and You," Creatimation, Archived Oct 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request | ☐ |
| | 4 | Archived Website, "Suckerfish Dropdowns," A List Apart, archived 11/18/2003, available at https://web.archive.org/web/20031118185224/http://www.alistapart.com:80/articles/dropdowns | ☐ |
| | 5 | Archived Website, "XMLHttpRequest Demo," PaperMountain, Archived Mar 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/ | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16056487 |
|---|---|---|
| | Filing Date | 2018-08-06 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Derrick W FERRIS |
| | Attorney Docket Number | SVIPGP090K |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-05-28 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Exhibit 44

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090M |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | Remove |
|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▾ | Gal | | Arav | ▾ |

**Residence Information (Select One)**   US Residency   ● Non US Residency   Active US Military Service

| City | Raanana | Country of Residence [i] | IL |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | HaMachtarot Street 6A, #4 | | |
|---|---|---|---|
| Address 2 | | | |
| City | Raanana | State/Province | IL |
| Postal Code | 43550 | Country [i] | IL |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    | Add |

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 92045 | | |
|---|---|---|---|
| Email Address | pcaldwell@thecaldwellfirm.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | HYPERLINK WITH GRAPHICAL CUE | |
|---|---|---|
| Attorney Docket Number | SVIPGP090M | **Small Entity Status Claimed** ☐ |
| Application Type | Nonprovisional | ▾ |
| Subject Matter | Utility | ▾ |
| Total Number of Drawing Sheets (if any) | | **Suggested Figure for Publication (if any)** | |

EFS Web 2.2.12

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 802 of 1037

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090M |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| | |
|---|---|
| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 92045 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16056487 | 2018-08-06 |

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 803 of 1037

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090M |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) | |
| 16056487 | Continuation of | 14224002 | 2014-03-24 | 10042823 | 2018-08-07 | |

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) | |
| 14224002 | Continuation of | 12334068 | 2008-12-12 | 8682961 | 2014-03-25 | |

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) | |
| 12334068 | Continuation of | 11384957 | 2006-03-20 | 7529795 | 2009-05-05 | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

Add

# Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090M |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090M |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| **Applicant** 1 | | Remove |
|---|---|---|

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | ▼ |
|---|---|

| Name of the Deceased or Legally Incapacitated Inventor: | |
|---|---|

| If the Applicant is an Organization check here. ☒ |
|---|

| Organization Name | Aloft Media, LLC |
|---|---|

**Mailing Address Information For Applicant:**

| **Address 1** | 211 W Tyler St., Suite C | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Longview | **State/Province** | TX |
| **Country** | US | Postal Code | 75601 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    Add

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 806 of 1037

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SVIPGP090M |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

**Assignee** | 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |

| City | | State/Province | |
|---|---|---|---|
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the <u>INITIAL</u> filing of the application <u>and</u> either box A or B is <u>not</u> checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is **a juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Patrick Caldwell/ | | | Date (YYYY-MM-DD) | 2019-01-08 |
|---|---|---|---|---|---|
| First Name | Patrick | Last Name | Caldwell | Registration Number | 44580 |

Additional Signature may be generated within this form by selecting the Add button.

Add

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 807 of 1037

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SVIPGP090M |
|---|---|---|
| | Application Number | |

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**HYPERLINK WITH GRAPHICAL CUE**

**RELATED APPLICATIONS**

The present application claims priority to and is a continuation of U.S. Application Ser. No. 16/056,487 filed August 6, 2018, which in turn is a continuation of U.S. Application Ser. No. 14/224,002 filed Mar. 24, 2014, now issued under U.S. Patent No.: 10,042,823, which is a continuation of U.S. Application Ser. No. 12/334,068 filed Dec. 12, 2008, now issued under U.S. Patent No.: 8,682,961, which is a continuation of U.S. Application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Patent No.: 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

**BACKGROUND**

Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually

1

embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program

displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

FIGS. 4A-4C are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. 5A-5B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

## DETAILED DESCIPTION

Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302. In the

embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration and explanation, each of the message boards 102a-m is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather,

4

the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the

5

company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field 312. The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112. In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114. This is not, however, a requirement of the present invention. The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-m.

Note further that any subset of the external message boards 102a-m may be selectable as a source by the user 142. Such a subset may, for example, consist of all of the external message boards 102a-m, any one of the message boards 102a-m, or any combination of fewer than all of the message boards 102a-m.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the

embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message Titles," which always displays the titles of the messages summarized in the table 302. The table 302 also includes, however, a second column 322b having content that may-be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302. Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table 302 may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210). For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 1-20; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212). For example, the message content units 132 may include a content

7

unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120. Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required. The message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3). In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302. When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed-in the frame 308.

The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-m or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

8

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again

9

accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially

immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142

to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3. For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users. The web page 300, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the

12

techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server 112 extracts certain information from source message boards to produce the message content units 132. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user 142 may be allowed to sort the aggregated message summaries displayed in the message table 302 by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table 302 may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table 302 may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser 140 is not limited to any particular web browser application. The web browser 140 may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network 138 in FIG. 1 is labeled as the "Internet," the web browser 140 and aggregation server 112 may communicate over any kind of network, such as a private intranet.

13

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. 4A, an illustration is shown of a graphical user interface text input control 400 for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control 400 includes a text input field 402 into which the user may type text.

In the particular embodiment illustrated in FIG. 4A, the text input field 402 is used for entering either the name of a company or the stock ticker symbol of the company. The text input field 402 may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Patent No.: 7,529,795. The text input field 402, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field 402 is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field 402 may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. 4A, the user has begun to type the text "aap". As the user types, the program that provides the text input field 402 may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

15

In the particular embodiment illustrated in FIG. 4A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. 4A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text 408a-c of the three matching tuples in the list 406a. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field 402 or as the user deletes previously-typed characters in the text input field 402.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. 4A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings 408a, 408b, and 408c. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings 408a-c corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. 4A, the text 404a typed by the user in the text input field 402 only matches stock ticker symbols in the set of stored tuples. Referring to FIG. 4B, an example is illustrated in which the text 404b ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list 406b displayed in FIG. 4B, therefore, includes text 410a-j corresponding to tuples having company names that match the typed text 404b. Although the list 406b is sorted by stock ticker symbol, the list 406b may be organized in any manner. For example, the list 406b may be sorted by company name. Note that the list 406b displayed in FIG. 4B may be generated dynamically while the user types the text 404b in the same manner as described above with respect to the list 406a of FIG. 4A, namely by attempting to match the text 404b against both stock ticker symbols and company names.

Referring to FIG. 4C, an example is illustrated in which the text 404c ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list 406c displayed in FIG. 4C, therefore, includes both text 412a-c corresponding to tuples having ticker symbols that match the typed text 404c and text 412d-j having company names that match the typed text 404c.

16

Although the list 406c includes two sections--one for matching ticker symbols and one for matching company names--the list may be organized in any manner. For example, the list 406c may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists 406a-c illustrated in FIGS. 4A-4C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field 402. For example, if the user clicks on an item in the list, the program may fill in the text field 402 with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field 402 with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto- ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www.quote.com/qc/lookup/symbol search.aspx, http://www.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.marketwatch.com/symbollookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com,

http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksind ex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and

18

therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in $n$-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of $n$-tuples, in which $n=2$. The techniques disclosed herein may be applied more generally, to $n$-tuples where $n>1$. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an $n$-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the $n$-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the $n$-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the $n$-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an $n$-tuple. For example, if $n=3$, matching may be performed against two rather than three of the text strings in the $n$-tuple. Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching $n$-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed

19

matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an $n$-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as $n$-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in,

20

specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. 5A, a web page 500 is shown according to one embodiment of the present invention. The web page 500 includes a first frame 502a displaying a first set of textual hyperlink representations 504a, and a second frame 502b displaying the contents of another web page.

In the embodiment illustrated in FIG. 5A, the first set of hyperlink representations 504a includes hypertext 506a-h. In this example, the hypertext 506a-h includes text representing categories of news web sites. For example, hypertext 506a ("World News") represents the category of world news web sites, hypertext 506b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext 506a-h shown in FIG. 5A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations 504a enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext 506a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 506a-h or by hovering a mouse cursor over one of the hypertext links 506a-h.

In response to receiving a selection of one of the hypertext links 506a-h from the user, the web page 500 displays a second set of hyperlink representations 504b. In the particular example illustrated in FIG. 5A, the user has clicked on or hovered the mouse cursor over hypertext 506h ("Stock Research"). In response, the web page 500 has displayed the second set of hyperlink representations 504b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 508a-l represents a hyperlink to a stock research web site.

More specifically, in the embodiment illustrated in FIG. 5A, each of the hyperlink representations 508a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 508a is the logo of www.bigcharts.com, and the hyperlink representation 508a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 508a-l, the web browser displays the destination of the selected hyperlink in the frame 502b. For example, if the user selects hyperlink representation 508a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 502b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks 506a-h. For example, as shown in FIG. 5B, when the user selects hyperlink 506d ("UK News"), the web page 500 displays a set 504c of hyperlink representations 510a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 504a of links 506a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 504a of links 506a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 500, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Patent No.: 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 504b and 504c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company

22

logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks 504a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

23

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

## CLAIMS

What is claimed is:

1.      A computer program product embodied on a non-transitory computer-readable medium, comprising:

computer code for causing display of a first set of representations of a first set of hyperlinks in connection with a web page that includes a second set of representations of a second set of hyperlinks that are pre-downloaded with the web page and displayed immediately below a corresponding one of the first set of representations in a menu format, wherein the second set of hyperlinks are preloaded and initially hidden;

computer code for allowing receipt of a first input from a user indicating a selection of one of the first set of hyperlink representations;

computer code for causing, in response to receiving the first input, a substantially immediate display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the web page such that the second set of representations of the second set of hyperlinks are displayed in a same window as at least one of the hyperlinks of the first set of representations of the first set of hyperlinks;

computer code for visually emphasizing a first hyperlink of the second set of hyperlinks in response to a second input from the user, wherein the visual emphasis is updated based on an update to the second input;

computer code for allowing receipt of a third input from the user indicating a selection of one of the second set of hyperlink representations; and

computer code for causing, in response to receiving the third input, navigation to a destination specified by the selected one of the second set of hyperlink representations;

wherein each of the display of the first set of representations of the first set of hyperlinks and the display of the second set of representations of the second set of hyperlinks that are pre-downloaded with the web page, are performed without requiring an additional access to a server.

25

2.      The computer program product of claim 1, wherein the first set of representations is a set of textual representations.

3.      The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

4.      The computer program product of claim 1, wherein the computer code for allowing receipt of the first input comprises computer code for allowing receipt of the first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5.      The computer program product of claim 1, wherein the second set of representations is a set of graphical representations.

6.      The computer program product of claim 1, wherein the computer code for allowing receipt of the third input comprises computer code for allowing receipt of the third input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7.      The computer program product of claim 1, wherein the web page is implemented utilizing AJAX technology.

8.      The computer program product of claim 1, wherein the second set of representations are displayed instantaneously.

9.      The computer program product of claim 1, wherein the second set of representations are displayed for allowing the user to scan through links before the navigation.

10.    The computer program product of claim 1, wherein the second set of representations includes a set of logos.

11.    The computer program product of claim 1, wherein the first set of representations of the first set of hyperlinks is sorted into categories.

12.    The computer program product of claim 1, wherein the second set of representations of the second set of hyperlinks is sorted into sub-categories.

13.    The computer program product of claim 1, wherein the computer program product is operable such that the second set of representations of the second set of hyperlinks is presented in the form of a list of sub-categories.

14.    The computer program product of claim 1, wherein the computer program product is operable such that the first set of representations of the first set of hyperlinks is displayed in a first portion of the web page, and a content associated with the first set of hyperlinks is displayed in a second portion of the web page.

15.    The computer program product of claim 1, and further comprising:

computer code for causing display of a field in connection with the page for conducting a search in connection with at least a portion of the content hosted by the at least one server;

computer code for allowing receipt of a plurality of characters of text from the user as the user is typing the text utilizing the field;

computer code for causing determination whether the characters match any of n text strings in one of a plurality of n-tuples including n>1 text strings; and

computer code for causing, if it is determined that the characters match any of the n text strings in the one of the plurality of n-tuples, an indication to the user that a match has been found.

27

16.     The computer program product of claim 15, wherein the computer program product is configured such that each of the plurality of n-tuples includes first text representing a name stock ticker symbol and second text representing a location company name corresponding to the stock ticker symbol name.

17.     The computer program product of claim 16, wherein the computer program product is configured such that the plurality of n-tuples are sorted according to the name stock ticker symbol thereof independent of whether the received text matches the second text and not the first text.

18.     The computer program product of claim 15, wherein the computer program product is configured such that a subset of text in at least one of the n text strings that matches characters typed so far by the user is visually emphasizing.

19.     The computer program product of claim 1, wherein the computer program product is configured such that at least one of hyperlink of the first set of hyperlinks or the second set of hyperlinks include a link to an online forum external to the web page.

20.     The computer program product of claim 1, wherein the computer program product is configured such that the first set of hyperlinks relate to a first on-line forum which is associated with a first website, and the second set of hyperlinks relate to a second on-line forum which is associated with a second website.

# ABSTRACT

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks.  In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks.  Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.



*FIG. 1*



*FIG. 2*



USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 840 of 1037

http://www.instantbull.com

Top level website menu                    Login    Add message

InstantBull Logo          Messages from other websites

334        316          Website source    15          330

Directory (forum)        Symbol  Load Messages
320a    320b              Quote    312      314

News  Messages View 1  View 2

| Message title | Message  fields |
|---|---|
| Title link 101 | Time 101 |
| | Author 101 |
| | Any field 101 |
| Title link 102 | Time 102 |
| | Author 102 |
| | Any field 102 |

322a   322b   324

Message ID 102
Sentiment 102
Any field 102
Message content 102

328

| Title link 104 | Time 104 |
| | Author 104 |
| | Any field 104 |
| Title link 105 | Time 105 |
| | Author 105 |
| | Any field 105 |

326   302

Placeholder for ad banner OR selected message content (corresponds to message 102 in this example)

Framed view of an external website, or of local website page content

306

Individual message as it appears on the original webpage (corresponds to message 102 in this example)

304    308    300

318

FIG 3



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 844 of 1037

# FIG. 5A

502a

502b

500



504a

506a ~ World News →
506b ~ Business News →
506c ~ US News →
506d ~ UK News →
506e ~ TV News →
506f ~ Biz Magazines →
506g ~ Biz Knowledge →
506h ~ Stock Research →

508a ~ BigCharts
508b ~ CBS Market Watch
508c ~ Hoovers
508d ~ data.com
508e ~ MORNINGSTAR
508f ~ The Motley Fool
508g ~ msn Money
508h ~ Quicken
508i ~ Website
508j ~ TheStreet.com
508k ~ UBS
508l ~ YAHOO! Finanace

504b

MSN Home   Hotmail   My MSN   **Sign In**          Search Web

**msn** Money                     Search MSN Money: [____] Go | CNBC Help

Home | News | Banking | Investing | Planning | Taxes | My Money          Portfolio | Loans | Insurance

Investing Home   Portfolio   Markets   Stocks   Funds   ETFs   Commentary   Brokers   CNBC TV

**Get it done**

Read company report

Name or Symbol: [____] Go | Get Quote ∨ Find Symbol   Print Report

Type a company name or ticker symbol, then click Go

| Scottrade | AMERITRADE IRA |
| msn Messenger | Bad Credit Refinance |

**Strategy Lab**

See how six pros try to beat the market

In our Strategy Lab stock-picking game, top experts try to turn model portfolios into gold – and share their best investing tips in the process.

< Prev  Next >

Market Dispatches, 4:32 p.m. ET

Stocks dive as bad news piles up

Google's growth concerns prompt a big sell-off. GDP numbers disappoint. The Dow closes down 104 but has its best January-February performance since 1998.

- Walberg: After CFO's goof, Google is a buy
- Company Focus: Party on for leisure stocks
- SuperModels: 20 water stocks running hot
- What readers do wrong on their taxes

| Most Active | Winners | Losers |
| --- | --- | --- |
| SIRI | 5.11 | unch (unch) | Chart | Add to MSN list |
| SPY | 128.23 | unch (unch) | Chart | Add to MSN list |
| MO | 71.9 | unch (unch) | Chart | Add to MSN list |
| GNTA | 2.79 | unch (unch) | Chart | Add to MSN list |
| OOOO | 41.10 | unch (unch) | Chart | Add to MSN list |

Quotes delayed by 15 minutes View all Lists and Trends

Scottrade

500

502a

504a

| | | |
|---|---|---|
| 506a ~ | World News | → |
| 506b ~ | Business News | → |
| 506c ~ | US News | → |
| 506d ~ | UK News | → |
| 506e ~ | TV News | → |
| 506f ~ | Biz Magazines | → |
| 506g ~ | Biz Knowledge | → |
| 506h ~ | Stock Research | → |

502b

Home

504c

bbc.co.uk          ~ 510a

DAILY EXPRESS      ~ 510b

Daily Mail         ~ 510c

Daily Mirror       ~ 510d

The Daily Telegraph ~ 510e

Financial Times    ~ 510f

Guardian           ~ 510g

The Scotsman       ~ 510h

The Sun            ~ 510i

The Times          ~ 510j

FIG. 5B

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Petition: | | | | |
| Patent-Appeals-and-Interference: | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| | | **Total in USD ($)** | | **5860** |

Doc code: Oath
Document Description: Oath or declaration filed

PTO/AIA/02 (07-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## SUBSTITUTE STATEMENT IN LIEU OF AN OATH OR DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (35 U.S.C. 115(d) AND 37 CFR 1.64)

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

This statement is directed to:

☑ The attached application,

OR

☐ United States application or PCT international application number _____ filed on _____.

**LEGAL NAME of inventor to whom this substitute statement applies:**

(*E.g.*, Given Name (first and middle (if any)) and Family Name or Surname)

Gal Arav

Residence (except for a deceased or legally incapacitated inventor):

| City Raanana | State ISRAEL | Country ISRAEL |
|---|---|---|

Mailing Address (except for a deceased or legally incapacitated inventor):

HaMachtarot Street 6A, #4

| City Raanana | State ISRAEL | Zip 43550 | Country ISRAEL |
|---|---|---|---|

I believe the above-named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this statement is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Relationship to the inventor to whom this substitute statement applies:

☐ Legal Representative (for deceased or legally incapacitated inventor only),

☑ Assignee,

☐ Person to whom the inventor is under an obligation to assign,

☐ Person who otherwise shows a sufficient proprietary interest in the matter (petition under 37 CFR 1.46 is required), or

☐ Joint Inventor.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/AIA02 (07-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT

Circumstances permitting execution of this substitute statement:

☐ Inventor is deceased,

☐ Inventor is under legal incapacity,

☒ Inventor cannot be found or reached after diligent effort, or

☐ Inventor has refused to execute the oath or declaration under 37 CFR 1.63.

If there are joint inventors, please check the appropriate box below:

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) naming the entire inventive entity has been or is currently submitted.

OR

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) has not been submitted. Thus, a Substitute Statement Supplemental Sheet (PTO/AIA/11 or equivalent) naming the entire inventive entity and providing inventor information is attached. See 37 CFR 1.64(b).

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft.  Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application.  If this type of personal information is included in documents submitted to the  USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them  to the USPTO.  Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent.  Furthermore, the record from an abandoned application may also be available to the public if the  application is referenced in a published application or an issued patent (see 37 CFR 1.14).  Checks and credit card  authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not  publicly available.

**PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

| Name: Andrew Gordon | Date (Optional): |
|---|---|

Signature: /Andrew Gordon/

**APPLICANT NAME AND TITLE OF PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

If the applicant is a juristic entity, list the applicant name and the title of the signer:

Applicant Name: Aloft Media, LLC

Title of Person Executing This Substitute Statement: Manager

The signer, whose title is supplied above, is authorized to act on behalf of the applicant.

**Residence of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent):**

| City Frisco | State TX | Country USA |
|---|---|---|

**Mailing Address of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent)**

211 W Tyler St, Suite C

| City Longview | State TX | Zip 75601 | Country USA |
|---|---|---|---|

Note: Use an additional PTO/AIA/02 form for each inventor who is deceased, legally incapacitated, cannot be found or reached after diligent effort, or has refused to execute the oath or declaration under 37 CFR 1.63.

[Page 2 of 2]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc Code: PA..
Document Description: Power of Attorney
USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/03/25   page 850 of 1037

PTO/AIA/82A (07-13)
Approved for use through 01/31/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Gal Arav |
| Title | HYPERLINK WITH GRAPHICAL CUE |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | SVIPGP090K |

### SIGNATURE of Applicant or Patent Practitioner

| Signature | /Patrick Caldwell/ | Date (Optional) | |
|---|---|---|---|
| Name | Patrick Caldwell | Registration Number | 44580 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

✔ *Total of 2_____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/03/25   page 851 of 1037

PTO/AIA/82B (07-13)
Approved for use through 01/31/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in <u>either</u> the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✔] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

**OR**

92045

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✔] The address associated with the above-mentioned Customer Number

**OR**

[ ] The address associated with Customer Number:

**OR**

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Aloft Media, LLC

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✔] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | /Andrew Gordon/ | Date (Optional) | |
|---|---|---|---|
| Name | Andrew Gordon | | |
| Title | Manager | | |

<u>NOTE:</u> Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✔] Total of   2   forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: TRACK1.REQ
Document Description: TrackOne Request

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Gal Arav | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | HYPERLINK WITH GRAPHICAL CUE | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1.   The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request.  The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0.  The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid.  I understand that any required excess claims fees or application size fee must be paid for the application.

2.   I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3.   The applicable box is checked below:

   I.   ☑ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i.   (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii.   An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   II.   ☐ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i.   A request for continued examination has been filed with, or prior to, this form.
   ii.   If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii.   The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv.   This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v.   No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Patrick Caldwell/ | Date 08 Jan 2019 |
|---|---|
| Name (Print/Typed) Patrick Caldwell | Practitioner Registration Number 44580 |

***Note:*** *This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.* *

☑ *Total of  1  forms are submitted.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | HYPERLINK WITH GRAPHICAL CUE |
| **First Named Inventor/Applicant Name:** | Gal Arav |
| **Filer:** | Patrick Edgar Caldwell |
| **Attorney Docket Number:** | SVIPGP090M |

Filed as Large Entity

**Filing Fees for   Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY APPLICATION FILING | 1011 | 1 | 300 | 300 |
| UTILITY SEARCH FEE | 1111 | 1 | 660 | 660 |
| UTILITY EXAMINATION FEE | 1311 | 1 | 760 | 760 |
| REQUEST FOR PRIORITIZED EXAMINATION | 1817 | 1 | 4000 | 4000 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| PROCESSING FEE,  EXCEPT PROV. APPLS. | 1830 | 1 | 140 | 140 |

# Exhibit 45

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 856 of 1037

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16243044 |
| Filing Date | | 2019-01-08 |
| First Named Inventor | Gal Arav | |
| Art Unit | | 2478 |
| Examiner Name | Gerald A SMARTH | |
| Attorney Docket  Number | | SVIPGP090M |

**U.S.PATENTS**                                           Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 6564213 | B1 | 2003-05-13 | Ortega et al. | Entire Document |
| | 2 | 6704727 | B1 | 2004-03-09 | Kravets | Entire Document |
| | 3 | 7032183 | B2 | 2006-04-18 | Durham | Entire Document |
| | 4 | 7647312 | B2 | 2010-01-12 | Dai | Entire Document |
| | 5 | 8438487 | B1 | 2013-05-07 | Lin-Hendel | Entire Document |
| | 6 | 8539024 | B2 | 2013-09-17 | Smit et al. | Entire Document |
| | 7 | 9348911 | B2 | 2016-05-24 | Egendorf et al. | Entire Document |

| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
|---|---|
| **U.S.PATENT APPLICATION PUBLICATIONS** | Remove |

| | | | Application Number | 16243044 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | Filing Date | 2019-01-08 |
| | | | First Named Inventor | Gal Arav |
| | | | Art Unit | 2478 |
| | | | Examiner Name | Gerald A SMARTH |
| | | | Attorney Docket Number | SVIPGP090M |

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20020010639 | A1 | 2002-01-24 | Howey et al. | Entire Document |
| | 2 | 20060090142 | A1 | 2006-04-27 | Glasgow et al. | Entire Document |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

**FOREIGN PATENT DOCUMENTS** | Remove |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |

**NON-PATENT LITERATURE DOCUMENTS** | Remove |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | Archived webpage, "Macromedia Flash MX 2004," March 5, 2005, available at https://web.archive.org/web/20050306024404/http:/www.macromedia.com:80/software/flash/ | |
| | 2 | Archived Website, "(mt) Media Temple," archived 06-03-2003, available at https://web.archive.org/web/20030603184613/http:/www.mediatemple.net:80/services/webhosting/, last accessed 12-11-2017 | |
| | 3 | Archived Website, "About this page," archived 11/19/2002, available at https://web.archive.org/web/20021119135440/http:/www.surguy.net:80/menu/index.html | |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

| | | | |
|---|---|---|---|
| | 4 | Archived Website, "Auto Complete Javascript text field," archived 3/10/2005, available at https://web.archive.org/web/20050310050127/http:/www.vonloesch.de:80/node/18 | |
| | 5 | Archived Website, "Cool CSS Menu," archived 12/23/2004, available at https://web.archive.org/web/20041223100517/http:/javascriptkit.com:80/script/script2/coolcssmenu.shtml | |
| | 6 | Archived Website, "Creating a Textbook with JavaScript Auto-Complete," archived 8/13/2004, available at https://web.archive.org/web/20040813010032/http:/www.webreference.com:80/programming/javascript/gr/column5/index.html | |
| | 7 | Archived Website, "Drop-down Menus, Horizontal Style," archived 7/1/2004, available at https://web.archive.org/web/20040701070926/http:/www.alistapart.com:80/articles/horizdropdowns/ | |
| | 8 | Archived Website, "Dynamic HTML Menu Trees," archived 5/1/1999, available at https://web.archive.org/web/19990501040932/http:/developer.netscape.com:80/docs/examples/dynhtml/tree.html | |
| | 9 | Archived Website, "MacroMedia," archived 03-06-2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver, last accessed 12-11-2017 | |
| | 10 | Archived website, "Macromedia," March 6, 2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver | |
| | 11 | Archived Website, "PGA Championship" December 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004 | |
| | 12 | Archived Website, "PGA Championship," archived 12-31-2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004, last accessed 12-11-2017 | |
| | 13 | Archived Website, "Pure CSS Menus," archived 7/1/2004, available at https://web.archive.org/web/20040701021837/http:/www.meyerweb.com:80/eric/css/edge/menus/demo.html | |
| | 14 | Archived Website, "RadioShack," archived 02-11-2004, available at https://web.archive.org/web/20040211113445/http:/www.radioshack.com:80/ | |

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 | |
| | Filing Date | 2019-01-08 | |
| | First Named Inventor | Gal Arav | |
| | Art Unit | 2478 | |
| | Examiner Name | Gerald A SMARTH | |
| | Attorney Docket Number | SVIPGP090M | |

| | | | |
|---|---|---|---|
| | 15 | Archived Website, "RadioShack," archived 03-19-2005, available at https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed 12-11-2017 | |
| | 16 | Archived Website, "Son of Suckerfish Dropdowns," archived 6/15/2004, available at https://web.archive.org/web/20040615072300/http:/www.htmldog.com/articles/suckerfish/dropdowns/ | |
| | 17 | Archived Website, "Sons of Suckerfish," archived 06/03/2004, available at https://web.archive.org/web/20040603230612/http://htmldog.com/articles/suckerfish/ | |
| | 18 | Archived Website, "Suckerfish Dropdowns," archived 11/18/2003, available at https://web.archive.org/web/20031118185224/http:/www.alistapart.com:80/articles/dropdowns | |
| | 19 | Archived Website, "Take a tour of the Dreamweaver MX 2004 features," archived 7/15/2004, available at http://web.archive.org/web/20040715001246/http:/www.macromedia.com:80/software/dreamweaver/productinfo/features/ | |
| | 20 | Archived Website, "This uses just CSS 2 to turn nested lists into a working menu and does NOT use any JavaScript," archived 3/24/2003, available at https://web.archive.org/web/20030324200540/http:/www.howtocreate.co.uk/tutorials/testMenu.html | |
| | 21 | Archived Website, "YADM - Yet another dynamic menu," archived 9/17/2004, available at https://web.archive.org/web/20040917085709/http:/www.onlinetools.org:80/tools/yadm/ | |
| | 22 | Arguelles, Tony, "Building a DHTML Drop Down Menu with Dreamweaver," InformIT, Oct 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835 | |
| | 23 | Brower, Stewart, "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) October 2004, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC521512/ | |
| | 24 | Jukka "Yucca" Korpela, "Navigational pulldown menus in HTML," published 03-01-2003, available at http://jkorpela.fi/forms/navmenu.html, last accessed 12-11-2017 | |
| | 25 | Lisa Wollin, "Creating a drop-down list that links to other pages," MSDN Archive, 08-19-2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed 12-11-2017 | |

| | | | |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | **Application Number** | 16243044 |
| | | **Filing Date** | 2019-01-08 |
| | | **First Named Inventor** | Gal Arav |
| | | **Art Unit** | 2478 |
| | | **Examiner Name** | Gerald A SMARTH |
| | | **Attorney Docket Number** | SVIPGP090M |

| | | | |
|---|---|---|---|
| | 26 | Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, December 2004, available at https://msdn.microsoft.com/en-us/library/office/aa218659(v=office.11).aspx, last accessed | |
| | 27 | Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, December 2004, available at https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed 12-11-2017 | |
| | 28 | Patrick Griffiths and Dan Webb, "Suckerfish Dropdowns," published 11-07-2003, available at https://alistapart.com/article/dropdowns, last accessed 12-11-2017 | |
| | 29 | Professional CSS: Cascading Style Sheets for Web Design, 1st Edition (Wrox: July 29, 2005), by Christopher Schmitt et al., ISBN-13 978-0764588334 | |
| | 30 | Referenced Page, "HTMLDog," date unknown, available at http://www.htmldog.com/articles/suckerfish/bones/, last accessed 12-11-2017, page referenced on https://alistapart.com/article/dropdowns, last accessed 12-11-2017 | |
| | 31 | Rigby, Nick "Drop-Down Menus, Horizontal Style" alistapart, June 29, 2004, available at https://alistapart.com/article/horizdropdowns | |
| | 32 | Rigby, Nick, "Drop-Down Menus, Horizontal Style," June 29, 2004, available at https://alistapart.com/article/horizdropdowns | |
| | 33 | Schmitt et al, "Professional CSS - Cascading Style Sheets for Web Design", Wiley Publishing, 434 pages, published 07-28-2005 | |
| | 34 | Stewart M. Brower "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) October 2004, pp 412-420 | |
| | 35 | Ton Arguelles, "Essential Macromedia Dreamweaver for Web Professionals," Prentice Hall, 368 pages, Published Dec 15, 2001 | |
| | 36 | Tony Arguelles "Essential Dreamweaver 4 for Web Professionals" 2002 ISBN-10: 0130315729ISBN-13: 978-0130315724 ASIN: B00V0Y4C18 | |

| | | | |
|---|---|---|---|
| | Application Number | 16243044 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2019-01-08 | |
| | First Named Inventor | Gal Arav | |
| | Art Unit | 2478 | |
| | Examiner Name | Gerald A SMARTH | |
| | Attorney Docket Number | SVIPGP090M | |

| | | | |
|---|---|---|---|
| | 37 | Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," 10-25-2002, available at http://www.informit.com/articles/article.aspx?p=29835, last accessed 12-11-2017 | |
| | 38 | WayBackMachine, homepage for Arkitrave, http://www.arkitrave.com:80/, captured March 28 2004, available at https://web.archive.org/web/20040328084551/http://www.arkitrave.com:80/ | |
| | 39 | WayBackMachine, homepage for Chevrolet, http://www.chevrolet.com:80/, captured January 1, 2005, available at https://web.archive.org/web/20050101085416/http://www.chevrolet.com:80/ | |
| | 40 | WayBackMachine, homepage for Marriott, http://shopmarriott.com:80/index.aspx/, captured November 25, 2005, available at https://web.archive.org/web/20051125000055/http://shopmarriott.com:80/index.aspx | |
| | 41 | WayBackMachine, homepage for Walmart, http://www.walmart.com:80/, captured March 21, 2004, available at https://web.archive.org/web/20040321210247/http://www.walmart.com:80/ | |
| | 42 | Webpage, "Drop Down Menu Sample - 2 Menus (or more)" retrieved 10-12-2018, available at http://www.echoecho.com/sampledropdown.htm | |
| | 43 | Webpage, "Drop Down Menu," EchoEcho.com, retrieved 10-12-2018, available at http://www.echoecho.com/htmlforms11.htm | |
| | 44 | Webpage, "How is JavaScript different from Java," retrieved 10-12-18, available at https://www.java.com/en/download/faq/java_javascript.xml | |
| | 45 | Webpage, "HTML Forms Drop Down Menu," EchoEcho.com, retrieved 10-12-2018, available at http://www.echoecho.com/tooldropdown.htm | |
| | 46 | Webpage, "Navigational pulldown menus in HTML" 2003-03-01, available at http://jkorpela.fi/forms/navmenu.html | |
| | 47 | Webreference webpage, "Creating a Textbox with JavaScript Auto-Complete", April 6, 2004, available at http://webreference.com/programming/javascript/gr/column5/index.html | |

EFS Web 2.1.18

| | | | |
|---|---|---|---|
| | | Application Number | 16243044 |
| | | Filing Date  1037 | 2019-01-08 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| First Named Inventor | Gal Arav |
|---|---|
| Art Unit | 2478 |
| Examiner Name | Gerald A SMARTH |
| Attorney Docket  Number | SVIPGP090M |

| | | | |
|---|---|---|---|
| | 48 | Wollin, Lisa " Creating a JavaScript Drop-Down Menu in FrontPage" Microsoft Corporation, December 2004, available at https://docs.microsoft.com/en-us/previous-versions/office/developer/office-2003/aa218659(v=office.11) | |
| | 49 | Wollin, Lisa "Creating a drop-down list that links to other pages," MSDN Archive, August 19, 2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/ | |
| | 50 | Zakas, Nicholas "Creating an Autosuggest Textbox with JavaScript, Part 2" UCLA course resource, April 2004, available at http://web.cs.ucla.edu/classes/winter15/cs144/projects/javascript/suggest2.html | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-06 |
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16243044 |
| Filing Date | | 2019-01-08 |
| First Named Inventor | | Gal Arav |
| Art Unit | | 2478 |
| Examiner Name | | Gerald A SMARTH |
| Attorney Docket Number | | SVIPGP090M |

### U.S. PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

### U.S. PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button   Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

| | 1 | Zakas, Nicholas "Make Life Easy With Autocomplete Textboxes", Sitepoint webpage, Sept 16, 2003, available at https://webcache.googleusercontent.com/search?q=cache:sCxOuuDrjOgJ:https://www.sitepoint.com/life-autocomplete-textboxes/+&cd=1&hl=en&ct=clnk&gl=us | |

If you wish to add additional non-patent literature document citation information please click the Add button | **Add**

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-06 |
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.18

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16243044 |
| Filing Date | 2019-01-08 |
| First Named Inventor | Gal Arav |
| Art Unit | 2478 |
| Examiner Name | Gerald A SMARTH |
| Attorney Docket Number | SVIPGP090M |

## U.S. PATENTS                                                       Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

## U.S. PATENT APPLICATION PUBLICATIONS                               Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   Add

## FOREIGN PATENT DOCUMENTS                                           Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button   Add

## NON-PATENT LITERATURE DOCUMENTS                                    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| | | | |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 | |
| | Filing Date | 2019-01-08 | |
| | First Named Inventor | Gal Arav | |
| | Art Unit | 2478 | |
| | Examiner Name | Gerald A SMARTH | |
| | Attorney Docket Number | SVIPGP090M | |

| | | | |
|---|---|---|---|
| | 1 | Archived Website, "Bloglines," archived 01/26/2005, available at https://web.archive.org/web/20050126160350/http://www.bloglines.com:80/blog/pretsel | |
| | 2 | Archived Website, "CSS / DHTML Hybrid Navigation Bar," archived 04/10/2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php | |
| | 3 | Archived Website, "Live Request : XMLHttpRequest and You," archived 10/19/2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request | |
| | 4 | Archived Website, "Live Request Zip Folder," archived 10/19/2004, available at https://web.archive.org/web/20050421062822/http://creatimation.net/extra/live-request/live-request.zip | |
| | 5 | Archived Website, "Live Search HTML page," archived 10/19/2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request | |
| | 6 | Archived Website, "Live Update Demo," archived 03/15/2005, available at https://web.archive.org/web/20050315035633/http://www.papermountain.org:80/static/live_update_demo.rb.html | |
| | 7 | Archived Website, "PaperMountain Live Updater JS," archived 03/16/2005, available at https://web.archive.org/web/20050316112910/http://www.papermountain.org:80/static/liveUpdater.js | |
| | 8 | Archived Website, "pure CSS menus," archived 04-11-2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html | |
| | 9 | Archived Website, "XMLHttpRequest Demo," archived 03/23/2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/ | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

| EXAMINER SIGNATURE | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99)** | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-06 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

### U.S. PATENTS  Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 10042823 | B2 | 2018-08-07 | Arav | Entire Document |
| | 2 | 10078623 | B2 | 2018-09-18 | Arav | Entire Document |
| | 3 | 7035864 | B1 | 2006-04-25 | FERRARI et al. | Entire Document |

If you wish to add additional U.S. Patent citation information please click the Add button.  Add

### U.S. PATENT APPLICATION PUBLICATIONS  Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  Add

### FOREIGN PATENT DOCUMENTS  Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

**NON-PATENT LITERATURE DOCUMENTS**   Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | | |

If you wish to add additional non-patent literature document citation information please click the Add button   Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

| | Application Number | 16243044 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

### CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-03-28 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc description: Information Disclosure Statement (IDS) Filed

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16243044 |
| Filing Date | | 2019-01-08 |
| First Named Inventor | | Gal Arav |
| Art Unit | | 2478 |
| Examiner Name | | Gerald A SMARTH |
| Attorney Docket Number | | SVIPGP090M |

## U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

## U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

## FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | | 16243044 |
| | Filing Date  1037 | | 2019-01-08 |
| | First Named Inventor | Gal Arav | |
| | Art Unit | | 2478 |
| | Examiner Name | Gerald A SMARTH | |
| | Attorney Docket  Number | | SVIPGP090M |

| | | |
|---|---|---|
| | 1 | Archived Webpage, "CNET", archived March 1, 2005 available at https://web.archive.org/web/20050301011005/http://www.cnet.com/2001-1_1-0.html |

| | |
|---|---|
| If you wish to add additional non-patent literature document citation information please click the Add button | Add |

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

\*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket  Number | SVIPGP090M |

### CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-23 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket  Number | SVIPGP090M |

### U.S.PATENTS                    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.        Add

### U.S.PATENT APPLICATION PUBLICATIONS        Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190034391 | A1 | 2019-01-31 | Arav | Entire Document |

If you wish to add additional U.S. Published Application citation information please click the Add button.  Add

### FOREIGN PATENT DOCUMENTS        Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button        Add

### NON-PATENT LITERATURE DOCUMENTS        Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

| | | |
|---|---|---|
| | 1 | Archived Website "Son of Suckerfish Dropdowns" archived 11/25/2005, available at https://web.archive.org/web/20051125083251/htmldog.com/articles/suckerfish/dropdowns/ |
| | 2 | Archived website, "Suckerfish" archived 11/25/2005, available at https://web.archive.org/web/20051125081404/htmldog.com/articles/suckerfish/dropdowns/example/bones3.html |
| | 3 | US Pat Appl No 16056491 file wrapper |

If you wish to add additional non-patent literature document citation information please click the Add button [ Add ]

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | Application Number | 16243044 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-23 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 886 of 1037 PTO/SB/08a (02-18)
Doc description: Information Disclosure Statement (IDS) Filed
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16243044 |
| Filing Date | 2019-01-08 |
| First Named Inventor | Gal Arav |
| Art Unit | 2478 |
| Examiner Name | Gerald A SMARTH |
| Attorney Docket Number | SVIPGP090M |

### U.S.PATENTS

<div style="text-align:right">Remove</div>

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

### U.S.PATENT APPLICATION PUBLICATIONS

<div style="text-align:right">Remove</div>

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

### FOREIGN PATENT DOCUMENTS

<div style="text-align:right">Remove</div>

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

### NON-PATENT LITERATURE DOCUMENTS

<div style="text-align:right">Remove</div>

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date  1037 | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket  Number | SVIPGP090M |

| | 1 | Blog, A List Apart, Eric Shepherd "Hybrid CSS Dropdowns" March 30, 2005 available at https://web.archive.org/web/20050401043047/http://www.alistapart.com/articles/hybrid/ |
|---|---|---|

If you wish to add additional non-patent literature document citation information please click the Add button  **Add**

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date  1037 | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket  Number | SVIPGP090M |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-23 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 16243044 |
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

**U.S. PATENTS**    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

**U.S. PATENT APPLICATION PUBLICATIONS**    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   Add

**FOREIGN PATENT DOCUMENTS**    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button   Add

**NON-PATENT LITERATURE DOCUMENTS**    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 | | |
| | Filing Date | 2019-01-08 | | |
| | First Named Inventor | Gal Arav | | |
| | Art Unit | 2478 | | |
| | Examiner Name | Gerald A SMARTH | | |
| | Attorney Docket Number | SVIPGP090M | | |

| | | |
|---|---|---|
| | 1 | Archive Website "Lucent" archived June 1, 2005, available at http://web.archive.org/web/20050601010217/http://www.lucent.com/ |
| | 2 | Archive Website, "Intel.com" archived June 1, 2005, available at http://web.archive.org/web/20050601085413/http://www.intel.com/ |
| | 3 | Archived Website "The Wall Street Journal Online" archived June 1, 2005, available at http://web.archive.org/web/20050601154824/http://online.wsj.com/public/us |
| | 4 | Archived Website "TV Guide" archived May 31, 2005, available at http://web.archive.org/web/20050531224613/http://tvguide.com/ |
| | 5 | Archived Website, "TI Semiconductors" archived May 31, 2005, available at http://web.archive.org/web/20050531235140/http://www.ti.com/ |

If you wish to add additional non-patent literature document citation information please click the Add button | Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

| | Application Number | 16243044 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-04-25 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.18

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 9/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | | 16243044 |
| --- | --- | --- | --- |
| | Filing Date | | 2019-01-08 |
| | First Named Inventor | Gal Arav | |
| | Art Unit | | 2478 |
| | Examiner Name | Gerald A SMARTH | |
| | Attorney Docket Number | | SVIPGP090M |

## U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

## U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
| --- | --- | --- | --- |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

| | | | |
|---|---|---|---|
| | 1 | Archived Webpage, "pure CSS menus," Meyerweb, archived April 11, 2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html | ☐ |
| | 2 | Archived Website, "CSS / DHTML Hybrid Navigation Bar," Brothercake, archived April 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php | ☐ |
| | 3 | Archived Website, "Live Request : XMLHttpRequest and You," Creatimation, Archived Oct 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request | ☐ |
| | 4 | Archived Website, "Suckerfish Dropdowns," A List Apart, archived 11/18/2003, available at https://web.archive.org/web/20031118185224/http://www.alistapart.com:80/articles/dropdowns | ☐ |
| | 5 | Archived Website, "XMLHttpRequest Demo," PaperMountain, Archived Mar 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/ | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16243044 |
|---|---|---|
| | Filing Date | 2019-01-08 |
| | First Named Inventor | Gal Arav |
| | Art Unit | 2478 |
| | Examiner Name | Gerald A SMARTH |
| | Attorney Docket Number | SVIPGP090M |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

OR

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Patrick Caldwell/ | Date (YYYY-MM-DD) | 2019-05-28 |
|---|---|---|---|
| Name/Print | Patrick Caldwell | Registration Number | 44580 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.18

# Exhibit 46

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                          )
                                               )
    Gal Arav                               )      Art Unit: 2161
                                               )
Application No.: 12/334,068                    )      Examiner: Unassigned
                                               )
Filed:  12/12/2008                             )      Atty. Docket No.:
                                               )          SVIPGP090D
For:    HYPERLINK WITH GRAPHICAL CUE   )
                                               )      Date: April 13, 2009
                                               )
_____ )

RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    In response to the Notice to File Corrected Application Papers, mailed February 12, 2009, Applicant hereby attaches 2 Replacement Sheets (containing Figures 1A and 1B), and the copy of the Notice to be returned with this response.

    No new matter is added by the replacement drawing sheets.

    The Commissioner is authorized to charge any fee(s) that may be due to our Deposit Account No. 50-4867 (Order No. SVIPGP090D).

                    Respectfully submitted,
                    Stragent, LLC

                    /Christopher M. Edgeworth/

                    Christopher M. Edgeworth
                    Registration No. 60,193

211 West Tyler St.
Suite C
Longview, TX 75601
(903) 230-9676

## FIG. 1A

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 900 of 1037



102a

104a

106a ~ World News →
106b ~ Business News →
106c ~ US News →
106d ~ UK News →
106e ~ TV News →
106f ~ Biz Magazines →
106g ~ Biz Knowledge →
106h ~ Stock Research →

108a  BigCharts
108b ~ CBS Market Watch
108c ~ Hoovers
108d ~ data.com
108e ~ MORNINGSTAR
108f ~ The Motley Fool
108g ~ msn Money
108h ~ Quicken
108i ~ Website
108j ~ TheStreet.com
108k ~ UBS
108l ~ YAHOO! Finanace

102b

100

MSN Home   Hotmail   My MSN   **Sign In**   [          ]   Search Web

**msn** Money        Search MSN Money: [          ] [Go] CNBC Help

Home | News | Banking | Investing | Planning | Taxes | My Money        Portfolio | Loans | Insurance

Investing Home   Portfolio   Markets   Stocks   Funds   ETFs   Commentary   Brokers   CNBC TV
**Get it done**

Read company report        Name or Symbol: [          ] [Go] [Get Quote ▼]   Find Symbol   Print Report

104b

Type a company name or ticker symbol, then click Go

**Strategy Lab**

See how six pros try to beat the market

In our Strategy Lab stock-picking game, top experts try to turn model portfolios into gold – and share their best investing tips in the process.

< Prev  Next >

| Most Active | Winners | Losers | | |
|---|---|---|---|---|
| SIRI | 5.11 | unch (unch) | Chart | Add to MSN list |
| SPY | 128.23 | unch (unch) | Chart | Add to MSN list |
| MO | 71.9 | unch (unch) | Chart | Add to MSN list |
| GNTA | 2.79 | unch (unch) | Chart | Add to MSN list |
| OOOO | 41.10 | unch (unch) | Chart | Add to MSN list |

Quotes delayed by 15 minutes View all Lists and Trends

Scottrade

AMERITRADE IRA

msn Messenger

Bad Credit Refinance

Market Dispatches, 4:32 p.m. ET

Stocks dive as bad news piles up

Google's growth concerns prompt a big sell-off. GDP numbers disappoint.  The Dow closes down 104 but has its best January-February performance since 1998.

- Walberg: After CFO's goof, Google is a buy
- Company Focus: Party on for leisure stocks
- SuperModels: 20 water stocks running hot
- What readers do wrong on their taxes

Scottrade

REPLACEMENT SHEET



FIG. 1B

# Exhibit 47

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L3 | 4859 | 709/204.ccls. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/03 08:17 |
| L4 | 0 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) l3 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/03 08:17 |
| L5 | 1 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) and l3 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/03 08:17 |
| S1 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:13 |
| S2 | 8320 | 709/204 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:14 |
| S3 | 2 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S1) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:16 |
| S4 | 48 | ("20020130895" \| "20020152238" \| "20030115306" \| "20040172405" \| "20050076110" \| "20060015821" \| "20060064342" \| "20060155809" \| "20060174340" \| "20090158143" \| "20090158169" \| "20090193333" \| "20090193349" \| "20090199135" \| "20090287786" \| "5754176" \| | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "5854630" \| "6216141" \| "6336133" \| "6405238" \| "6456303" \| "6498835" \| "6661877" \| "6748449").PN. | | | | |
| S5 | 7 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:26 |
| S6 | 545 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:49 |
| S7 | 111 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:52 |
| S8 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4)near5 (hyperlink$2 or link$2 or url or uri)same (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:53 |
| S9 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S10 | 46 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S11 | 0 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierchy) near5 (link $2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:06 |

| S12 | 2 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:13 |
|-----|----|----|----|----|----|----|
| S13 | 13 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:15 |
| S14 | 36 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy or multiple or multi) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 13:33 |
| S15 | 30 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (hierarchy or multiple or multi or second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S16 | 21 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S17 | 25 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4 or other) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:10 |

| S18 | 0 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) and (inside) near5 (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:18 |
|---|---|---|---|---|---|---|
| S19 | 6 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:19 |
| S20 | 10 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:22 |
| S21 | 10 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:23 |
| S22 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary) near5 (link) same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S23 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (link) same (popup or pop-up $2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S24 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up $2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |

| S25 | 2 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |
| S26 | 8 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2 or new window) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click $4 or point$4)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:50 |
| S27 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:08 |
| S28 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |
| S29 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |

| S30 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:23 |
| S31 | 70 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri) same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:25 |
| S32 | 3128 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S33 | 814 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S34 | 164 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:16 |
| S35 | 67 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:17 |

| S36 | 68 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:18 |
| S37 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:19 |
| S38 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:22 |
| S39 | 3 | "20040143841" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:40 |
| S40 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S41 | 19 | (hyperlink or url or uri OR LINK) and (set or group) and (S40) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S42 | 2 | "20070192181".pn. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:02 |
| S43 | 573 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:48 |

| S44 | 30 | (scan$4 or preview or pre-view) near4 (link$2) and S43 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:48 |
| S45 | 38 | (scan$4 or preview or pre-view) near4 (link$2 or urls) and S43 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:49 |
| S46 | 1 | "12334068" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:07 |
| S47 | 0 | (ajax) and (hover$4) same (url or link$2) and S43 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:11 |
| S48 | 460 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:38 |
| S49 | 8 | (link$2 or hyperlink$2 or hyper-link$2) near5 (logos) and S48 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:38 |
| S50 | 13 | (link$2 or hyperlink$2 or hyper-link$2) near5 (sub-categories or subcategories) and S48 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:40 |
| S51 | 0 | (link$2 or hyperlink$2 or hyper-link$2) near5 (sub-categories or subcategories) and S49 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:40 |
| S52 | 8 | (link$2 or hyperlink$2 or hyper-link$2) near5 (logos) and S48 and (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 08:24 |
| S53 | 460 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 12:53 |

| S54 | 8 | (link$2 or hyperlink$2 or hyper-link$2) near5 (logos) and S53 and (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 12:53 |
|-----|---|---|---|---|---|---|
| S55 | 0 | (stock) same (symbol$2) and S54 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 12:53 |
| S56 | 8 | (stock) same (symbol$2) and S53 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 13:01 |
| S57 | 573 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:19 |
| S58 | 0 | (message) near4 (aggregator) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:19 |
| S59 | 13 | (message) near4 (board) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:19 |
| S60 | 18 | (message or white or chat) near4 (board) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:23 |
| S61 | 1 | (message or white or chat) near4 (board) same (thread$2) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:48 |
| S62 | 1 | (message or white or chat or forum) near4 (board) same (thread$2) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:50 |
| S63 | 1 | (message or white or chat or forum) near4 (board$2) same (thread$2) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:50 |

| S64 | 573 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:51 |
| S65 | 2567 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) same (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:51 |
| S66 | 5 | (message or white or chat or forum) near4 (board$2) same (thread$2) and S65 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:51 |
| S67 | 2567 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) same (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:17 |
| S68 | 2 | (message or white or chat) near4 (board$2) same (thread$2) and(forums) and S67 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:17 |
| S69 | 3 | (message or white or chat or bulletin) near4 (board$2) same (thread$2) and(forums) and S67 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:20 |
| S70 | 7256 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) and (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:23 |
| S71 | 8 | (message or white or chat or bulletin) near4 (board$2) same (thread$2) and(forums) and S70 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:23 |
| S72 | 7256 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) and (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:05 |
| S73 | 0 | (drop)near2(down) same (amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:05 |

| S74 | 0 | (drop)near2(down or menu) same(amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:06 |
| S75 | 12 | (amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:06 |
| S76 | 7 | (forum) same (web) and S75 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:07 |
| S77 | 0 | (@ad<="20060320") and (drop)near2(down or menu) same(amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S78 | 2 | (@ad<="20060320") and (drop)near2(down or menu) same(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S79 | 3 | (@ad<="20060320") and (drop down or menu) same (amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S80 | 5 | (@ad<="20060320") and (drop down or menu or filter$4) same(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S81 | 34 | (@ad<="20060320") and (drop down or menu or filter$4 or control$4) same (amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:34 |
| S82 | 5 | (forum) same (web) and S81 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:34 |
| S83 | 60 | (@ad<="20060320") and (drop down or menu or filter$4 or control$4 or display$4) same(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:43 |

| S84 | 14 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4 or display$4) near4(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:44 |
|---|---|---|---|---|---|---|
| S85 | 3 | (forum) same (web) and S84 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:45 |
| S86 | 14 | (date or time) same (thread$2) and S84 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:52 |
| S87 | 0 | (expand$4) near5 (thread$2) and S86 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:03 |
| S88 | 0 | (expand$4 or expan$5) near5 (thread$2) and S84 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:04 |
| S89 | 3 | (expand$4 or expan$5) near5 (thread$2) and S83 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:04 |
| S90 | 60 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4 or display$4) same (amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:12 |
| S91 | 338 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4 or display$4) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:14 |
| S92 | 8 | (expand$4 or expan$5) near5 (thread$2) and S91 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:14 |
| S93 | 8 | (expand$4 or expan$6) near5 (thread$2) and S91 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:14 |

| S94 | 1 | "12160599" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 13:16 |

## EAST Search History (Interference)

<This search history is empty>

**6/3/2011 8:22:19 AM**
**H:\ EAST Workspaces\ 12334068-hyperlinkwithgraphiccue.wsp**

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:13 |
| S2 | 8320 | 709/204 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:14 |
| S3 | 2 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S1) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:16 |
| S4 | 48 | ("20020130895" \| "20020152238" \| "20030115306" \| "20040172405" \| "20050076110" \| "20060015821" \| "20060064342" \| "20060155809" \| "20060174340" \| "20090158143" \| "20090158169" \| "20090193333" \| "20090193349" \| "20090199135" \| "20090287786" \| "5754176" \| "5854630" \| "6216141" \| "6336133" \| "6405238" \| "6456303" \| "6498835" \| "6661877" \| "6748449").PN. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:25 |
| S5 | 7 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:26 |
| S6 | 545 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:49 |
| S7 | 111 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:52 |
| S8 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4)near5 (hyperlink$2 or link$2 or url or uri)same (popup or pop- | US-PGPUB; USPAT; FPRS; | ADJ | ON | 2010/07/31 09:53 |

| | | near... (hyperlink$2 ... url o... uri) same (set or group) | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S9 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S10 | 46 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S11 | 0 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierchy) near5 (link$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:06 |
| S12 | 2 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:13 |
| S13 | 13 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:15 |
| S14 | 36 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy or multiple or multi) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 13:33 |
| S15 | 30 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (hierarchy or multiple or multi or second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S16 | 21 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S17 | 25 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4 or other) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:10 |
| S18 | 0 | (@ad<="20060320") and (hyperlink or url | US-PGPUB; | ADJ | ON | 2010/07/31 |

| | | or link$2 or url or uri) and (inside) (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S19 | 6 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:19 |
| S20 | 10 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:22 |
| S21 | 10 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:23 |
| S22 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary) near5 (link) same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S23 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (link) same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S24 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |
| S25 | 2 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |
| S26 | 8 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2 or new window) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:50 |
| S27 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4)near5 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; | ADJ | ON | 2010/07/31 16:08 |

| | | (hyperlinks or links or uri) same (popup or pop-up$2 or new window or window) | IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S28 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |
| S29 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |
| S30 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:23 |
| S31 | 70 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri) same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:25 |
| S32 | 3128 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S33 | 814 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S34 | 164 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:16 |
| S35 | 67 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:17 |
| S36 | 68 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) | US-PGPUB; USPAT; FPRS; EPO; JPO; | ADJ | ON | 2010/07/31 17:18 |

| | | near5 (hyperlinks or links or urls or uri or icon or advertis$5) | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S37 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:19 |
| S38 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:22 |
| S39 | 3 | "20040143841" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:40 |
| S40 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S41 | 19 | (hyperlink or url or uri OR LINK) and (set or group) and (S40) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S42 | 38244 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:01 |
| S43 | 1736 | (stock) and (tuple or sequence) and S42 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:12 |
| S44 | 706 | (stock) and (tuple or sequence)same (text or url or hyper$link or uri or link) and S42 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:19 |
| S45 | 56 | (stock) and (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and S42 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:27 |
| S46 | 151 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; | ADJ | ON | 2013/07/26 07:42 |

| S47 | 0 | ((stock) and (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link)).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:43 |
| --- | --- | --- | --- | --- | --- | --- |
| S48 | 0 | ((tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link)).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:43 |
| S49 | 8 | ((tuple or sequenc$4) same (text or url or hyper$link or uri or link)).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:47 |
| S50 | 8 | (tuple or sequenc$4).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:56 |
| S51 | 8046 | 709/204.ccls. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 08:36 |
| S54 | 39339 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:18 |
| S55 | 556 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and S54 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:18 |
| S56 | 1 | 709/204.ccls. and S55 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:39 |
| S57 | 74 | "709"/$.ccls. and S55 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:39 |
| S58 | 80251 | "715"/$.ccls. or "707"/$.ccls. and S55 | US-PGPUB; USPAT; USOCR; FPRS; | ADJ | ON | 2013/07/28 14:07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S59 | 82 | ("715"/$.ccls. or "707"/$.ccls.) and S55 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 14:08 |
| S63 | 310 | (stock) and (tuple or sequence)same (text or url or hyper$link or uri or link) and (709/204,203.ccls.) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 15:39 |
| S64 | 107 | (tuple or sequence)same (set or group or second)near3(url or hyper$link or uri or link) and (709/204,203.ccls.) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 15:40 |
| S66 | 148 | (tuple or sequence)same (set or group or second)near3(url or hyper$link or uri or link) and (709/204,203,226,250.ccls.) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 16:31 |
| S73 | 1 | "12334068" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 21:21 |
| S74 | 381 | ("20050076110" \| "20090193349" \| "6216141" \| "20070028185" \| "20050144573" \| "7752251" \| "20050278443" \| "20090048922" \| "20090049070" \| "20090228342" \| "20100180032" \| "20100185580" \| "20110004692" \| "20110023101" \| "20110106630" \| "20110128699" \| "20110154223" \| "6199077" \| "6633311" \| "7188153" \| "7526440" \| "20090193333" \| "5854630" \| "6498835" \| "20040225708" \| "20050165793" \| "20070113201" \| "20090049014" \| "20090070334" \| "20100306043" \| "20110016382" \| "20110154842" \| "20110196855" \| "7373338" \| "7451161" \| "7487441" \| "7590687" \| "20030041147" \| "20060248160" \| "20070112835" \| "20080040475" \| "20080065701" \| "20080281816" \| "20090024548" \| "20090037277" \| "20090144392" \| "20110016381" \| "20110044354" \| "20110055314" \| "20110145287" \| "20110153412" \| "6314458" \| "7340419" \| "7685036" \| "7788260" \| "20030061114" \| "20040172405" \| "20060174340" \| | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 21:47 |

| | |
|---|---|
| "6661875" \| "20020736172" \| "20060031404" \| "7765568" \| "20040254881" \| "20050049939" \| "20070192299" \| "20080040474" \| "20080046976" \| "20090182589" \| "20090228780" \| "20100049852" \| "20100132049" \| "20100217645" \| "20100257459" \| "20110016169" \| "20110125599" \| "20110137902" \| "20110153421" \| "20110161602" \| "6691158" \| "7233997" \| "7669123" \| "7933810" \| "6208339" \| "20090158143" \| "20090158169" \| "6456303" \| "20040098269" \| "6282548" \| "20060206454" \| "20070100779" \| "20070143704" \| "20090013413" \| "20090049036" \| "20100211996" \| "20100211997" \| "20100229223" \| "20110161980" \| "20110161987" \| "20110179347" \| "6515681" \| "6889213" \| "7117254" \| "7188080" \| "7194552" \| "7499940" \| "7680882" \| "7725492" \| "7809805" \| "7970657" \| "7606865" \| "20020130895" \| "20060155809" \| "20040143841" \| "20010018698" \| "20060239546" \| "20070022021" \| "20090049127" \| "20090049525" \| "20090070219" \| "20090119167" \| "20100169327" \| "20110022657" \| "20110023129" \| "20110153377" \| "6199157" \| "6484149" \| "7835950" \| "7945653" \| "8010458" \| "8005919" \| "20060015821" \| "20060064342" \| "5754176" \| "6336133" \| "6405238" \| "6874126" \| "20020065671" \| "20060021009" \| "20080059607" \| "20080065604" \| "20080189292" \| "20080189380" \| "20090070412" \| "20100049534" \| "20100162375" \| "20100164957" \| "20100198581" \| "20100257023" \| "20110004831" \| "20110018342" \| "20110055332" \| "20110153416" \| "6253325" \| "6421651" \| "7478078" \| "7606687" \| "7827265" \| "7890501" \| "7912758" \| "6879691" \| "20020152238" \| "20030115306" \| "20090199135" \| "20090287786" \| "6748449" \| "20030188263" \| "20060168233" \| "20070192181" \| "20050267940" \| "20080189768" \| "20080313714" \| "20090031301" \| "20090198487" \| "20100318571" \| "20110055683" \| "20110087526" \| "20110137932" \| "20110156480" \| "6065051" \| "6393468" \| "6430537" \| "7797256").PN. | |

### EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S52 | 41 | arav.in. | US-PGPUB; USPAT; | ADJ | ON | 2013/07/26 08:36 |

| S53 | 8 | (tuple or sequenc$4).clm. and S52 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/26 09:40 |
|-----|---|-----------------------------------|-----------------------|-----|-----|------------------|
| S67 | 38642 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 16:25 |
| S68 | 557 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and S67 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 17:00 |
| S69 | 159 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and (709/204,203,226,250.ccls.) | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 17:01 |
| S70 | 22 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and (709/204,203,226,250.ccls.) and S67 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 17:01 |
| S71 | 38642 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 18:46 |
| S72 | 74 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and ("709"/$.ccls.) and S71 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 18:46 |
| S76 | 41 | arav.in. | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 02:50 |
| S77 | 0 | (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) AND S76 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 02:50 |
| S82 | 20 | (hyperlinks or links or urls or uri) AND S78 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 04:50 |
| S83 | 41 | arav.in. | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 05:19 |
| S84 | 11 | (hyperlinks or links or urls or uri).clm. AND S83 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 05:19 |

**7/29/2013 5:57:08 AM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\12334068-hyperlinkwithgraphiccue.wsp**

# Exhibit 48

**Practitioner's Docket No. SVIPGP090D**                                        *PATENT*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:      Gal Arav

Application No.: 12/334,068                              Group No.: 2478
Filed: 12/12/2008                                        Examiner: Smarth, Gerald A.
For: HYPERLINK WITH GRAPHICAL CUE

**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA  22313-1450**

### STATEMENT THAT SUBSTITUTE SPECIFICATION
### CONTAINS NO NEW MATTER (37 C.F.R. § 1.125)

**1.   Identification of person making this statement**

Patrick E. Caldwell, Esq.

The person making this statement is the attorney in this Application, Registration Number 44,580.

**2.   Statement**

I hereby state that the accompanying substitute specification contains no new matter over that contained in the above-identified application originally filed.

I further state that the changes made are the same as indicated in the inter-lineated original specification also accompanying this declaration.

Respectfully submitted,
/Patrick E. Caldwell/
Patrick E. Caldwell, Esq.
Registration No. 44,580

The Caldwell Firm, LLC
PO Box 59655 Reg. No. 44,580
Dallas, Texas 75229-0655

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | ) |
| | ) |
| Gal Arav | ) Art Unit: 2478 |
| | ) |
| Application No. 12/334,068 | ) Examiner: Smarth, Gerald A. |
| | ) |
| Filed: 12/12/2008 | ) Atty. Docket No. |
| | )  SVIPGP090D |
| For: HYPERLINK WITH GRAPHICAL | ) |
| CUE | ) Date: 10/13/11 |
| | ) |

**REPLACEMENT DRAWINGS**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner:

In response to the Office Action dated 06/10/11, please enter the enclosed drawings to replace the originally filed drawings in this application and supplement the Amendment and Substitute Specification filed 10/11/11. No new matter has been added.

## <u>REMARKS</u>

Applicant does not believe that any fees are due.  However, in the event that any fees are due, the Director is hereby authorized to charge any required fees due (other than issue fees), and to credit any overpayment made, in connection with the filing of this paper to Deposit Account No. 50-4964 (Order No. SVIPGP090D).

Should the Examiner deem that any further amendment is desirable to place this Application in condition for allowance, Applicant invites the Examiner to telephone the undersigned attorney at the number listed below.

Respectfully submitted,

Dated: <u>13 Oct 2011</u>

The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Telephone:  (972) 243-4523
pcaldwell@thecaldwellfirm.com

_____
Patrick E. Caldwell, Esq.
Reg. No. 44,580

**Practitioner's Docket No. SVIPGP090D**          *PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:      Gal Arav

Application No.: 12/334,068               Group No.: 2478
Filed: 12/12/2008                       Examiner: Smarth, Gerald A.
For: HYPERLINK WITH GRAPHICAL CUE

**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

### STATEMENT THAT SUBSTITUTE SPECIFICATION
### CONTAINS NO NEW MATTER (37 C.F.R. § 1.125)

**1. Identification of person making this statement**

Patrick E. Caldwell, Esq.

The person making this statement is the attorney in this application, Registration Number 44,580.

**2. Statement**

I hereby state that the accompanying substitute specification contains no new matter over that contained in the above-identified application originally filed.

I further state that the changes made are the same as indicated in the inter-lineated original specification also accompanying this declaration.

Respectfully submitted,

Dated: <u>13 Oct 2011</u>
The Caldwell Firm, LLC           _____
PO Box 59655                      Patrick E. Caldwell, Esq.
Dallas, Texas 75229-0655       Reg. No. 44,580
Telephone: (972) 243-4523
pcaldwell@thecaldwellfirm.com

SVIPGP090B

ANNOTATED

<u>SUBSTITUTE SPECIFICATION</u>

<u>ANNOTATED</u>

SVIPGP090B

ANNOTATED

## RELATED APPLICATIONS

The present application is a continuation of U.S. [[a]]Application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Patent No.: 7,529,795, which is incorporated herein by reference ~~The present application is also related to U.S. provisional application~~ and which, in turn, incorporates by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, both of which [[is]] are incorporated herein by reference.

## BACKGROUND

1. Field of the Invention

The present invention relates to computer-implemented techniques for assisting in the completion of text inputted by a user and, more particularly, to identifying candidate text to input into a text field based on text typed by a user into the text field.

2. Related Art

Computer software has long been used to reduce the effort that computer users need to expend to provide textual input. For example, conventional word processing software typically supports macros, which may be pre-defined by the software vendor and/or defined by the user, for replacing a short text string typed by the user with a longer text string, thereby eliminating the need for the user to manually type the longer text string. For example, consider a macro which defines the text "~~sincerely~~ Sincerely yours" as a replacement for the text "sy". When the user types "sy", the word processor may automatically replace "sy" with "Sincerely yours".

The word processor may maintain multiple macros, each of which defines a mapping between source text (the text typed by the user) and replacement text. As the user types, the word processor determines whether the text most recently typed by the user matches the source text of any existing macro. If such a match is found, the word processor replaces the typed source text with the corresponding replacement text defined by the macro. This feature is implemented, for example, in the widely used Microsoft Word word processor as part of the "AutoCorrect" feature.

**ANNOTATED**

Another technique that some computer software uses to reduce the number of keystrokes required to be typed by the user is the following. As the user types, the software attempts to match the most-recently typed text against text previously typed by the user in the same context. For example, in some web browsers, as the user types the web address (URL) of a web site in the address bar, the web browser attempts to match the address being typed by the user with addresses previously typed by the user. As the user types, the web browser displays a list of matches.

For example, assume that the user has previously typed "www.google.com", "www.books.com", "www.booksamillion.com", and "www.booksense.com" into the address bar. If the user next begins typing "www" into the address bar, the web browser may display all four previously-typed addresses below the address bar, because "www" matches the beginning of all such addresses.

If the user continues to type "www.books", the web browser will eliminate "[[www]] ww.google.com" from the list of possible matches because it no longer matches the text being typed by the user. The list will still, however, display "www.books.com", "www.booksamillion.com", and

"www.booksense.com" in the list, because all three of these previously-typed addresses match the text being typed by the user. As the user continues to type, any address having leading text that does not match the typed text will be eliminated from the list of potential matches.

At any point, the user may select one of the addresses in the list of possible matches (such as by using a mouse to click on the address or by using the arrow and ENTER keys on the keyboard), thereby causing the selected address to be entered into the address bar, and thereby eliminating the need for the user to manually type the entire address. This can save the user significant time and effort, particularly when the address selected is very long. This feature has been used more generally in various other kinds of software requiring the user to type text into the same form fields on multiple occasions.

Users stand to benefit from additional features which reduce the number of keystrokes required to be made by the user.

## SUMMARY

A computer program assists in the completion of text input provided by a user. For example, the computer program may maintain a list of n-tuples (where n>1), each of which includes n text strings. For

example, each n-tuple may include a stock ticker symbol and the name of a company having that stock ticker symbol. As the user types each character, the program determines whether the text typed by the user so far matches any of the text strings in the n-tuples. The program provides the user with an indication of whether any matches have been found, such as by displaying a list of the n-tuples having text matching the text typed by the user so far. The program then allows the user to select one of the matching n-tuples. The program uses text (such as a stock ticker symbol) from the user's selection to complete the text input.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

FIGS. [[1A-1C]] 4A-4C are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. 5A-5B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

## DETAILED DESCRIPTION

Referring to FIG. [[1A,]] 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to

4

**ANNOTATED**

a message represented by one of the entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration is shown of a and explanation, each of the message boards 102a-m is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

5

SVIPGP090B

ANNOTATED

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

6

SVIPGP090B

ANNOTATED

Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field 312. The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112. In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114. This is not, however, a requirement of the present invention. The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-m.

Note further that any subset of the external message boards 102a-m may be selectable as a source by the user 142. Such a subset may, for example, consist of all of the external message boards 102a-m, any one of the message boards 102a-m, or any combination of fewer than all of the message boards 102a-m.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message Titles," which always displays the titles of the messages summarized in the table 302. The table 302 also includes, however, a second column 322b having content that may-be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized

7

SVIPGP090B                                                                    **ANNOTATED**

in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302. Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table 302 may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210). For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 1-20; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212). For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120. Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required. The message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

8

**ANNOTATED**

As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3). In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302. When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed-in the frame 308.

The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-m or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table

SVIPGP090B **ANNOTATED**

302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

SVIPGP090B

ANNOTATED

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

11

SVIPGP090B **ANNOTATED**

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3. Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3. For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users. The web page 300, in other words, may

**ANNOTATED**

be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server 112 extracts certain information from source message boards to produce the message content units 132. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user 142 may be allowed to sort the aggregated message summaries displayed in the message table 302 by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table 302 may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table 302 may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser 140 is not limited to any particular web browser application. The web browser 140 may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network 138 in FIG. 1 is labeled as the "Internet," the web browser 140 and aggregation server 112 may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory

14

**ANNOTATED**

devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

Referring to FIG. 4A, an illustration is shown of a graphical user interface text input control [[100]]400 for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control [[100]]400 includes a text input field [[102]]402 into which the user may type text.

In the particular embodiment illustrated in FIG. [[1A]]4A, the text input field [[102]]402 is used for entering either the name of a company or the stock ticker symbol of the company. The text input field [[102]]402 may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator[[."]]", now issued under U.S. Patent No.: 7,529,795. The text input field [[102]]402, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field [[102]]402 is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field [[102]]402 may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. [[1A]]4A, the user has begun to type the text "aap". As the user types, the program that provides the text input field [[102]]402 may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example,

ANNOTATED

the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. [[1A]]4A, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. [[1A]]4A, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text [[108a]]408a-c of the three matching tuples in the list [[108a]]406a. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field [[102]]402 or as the user deletes previously-typed characters in the text input field [[102]]402.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. [[1A]]4A, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings 108a, 108 408a, 408b, and [[108c.]]408c. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine whether any of the displayed text strings [[108a]]408a -c corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. [[1A]]4A, the text [[104a]]404a typed by the user in the text input field [[102]]402 only matches stock ticker symbols in the set of stored tuples. Referring to FIG. [[1B]]4B, an example is illustrated in which the text [[104b]]404b ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list [[106b]]406b displayed in FIG. [[1B]]4B, therefore, includes text [[110a]]410a -j corresponding to tuples having company names that match the typed text [[104b]]404b. Although the list [[106b]]406b is sorted by stock ticker symbol, the list [[106b]]406b may be organized in any manner. For example, the list 406b may be sorted by company name. Note that the list [[106b]]406b displayed in FIG. [[1B]]4B may be generated dynamically while the user types the text [[104b]]404b in the same manner as described above with respect to the list [[106a]]406a of FIG.

16

SVIPGP090B    **ANNOTATED**

[[1A]]4A, namely by attempting to match the text [[104b]]404b against both stock ticker symbols and company names.

Referring to FIG. [[1C]]4C, an example is illustrated in which the text [[104c]]404c ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list [[106c]]406c displayed in FIG. [[1C]]4C, therefore, includes both text [[112a]]412a-c corresponding to tuples having ticker symbols that match the typed text [[104c]]404c  and text [[112d]]412d-j having company names that match the typed text [[104c]]404c Although the list [[106c]]406c includes two sections--one for matching ticker symbols and one for matching company names--the list may be organized in any manner. For example, the list [[106c]]406c may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists [[106a]]406a-c illustrated in FIGS.[[1A-1C 4A-4C), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field [[102]]402. For example, if the user clicks on an item in the list, the program may fill in the text field [[102]]402 with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field [[102]]402 with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button. Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include:
http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto- ck quote,
http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html,
http://www.marketwatch.com/ ~~tools/guotes~~ tools/quotes/lookup.asp,
http://clearstation.etrade.com/cgi-bin/symbol search,
http://www.marketcenter.com/std/search.action, http://www. ~~marketcen-ter.com~~ marketcenter.com/std/toolbox.jsp, http://www. [[guote]] quote.com/qc/lookup/symbol search.aspx,
http://www.wallstreettape.com/charts/custom/symbol-lookup.asp[[ ,]],
http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.~~mar ketwatch~~ marketwatch.com/symbollookup/symbollookup.~~asphttp~~ asp, http://www.esignalcentral.com/ ~~su-pport~~

**ANNOTATED**

support /symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg[[ ]].com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/~~ind ex.~~index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.[[h tml,]]html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_~~tick er~~ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios. ~~abcnew s~~ abcnews.go.com/[[guotes]]quotes/getQuote, http://www.investorvillage.com/home.asp, http://[[ww w]]www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/ ~~research h~~research/stocks/content/stocksind ex.shtml?bar=c, http://www. ~~guicken~~quicken.com/investments/tsl/, http://www.globeinvestor.com/ ~~stat ic~~ static /hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http:// ~~s tockhouse~~ stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0, ~~htm lid~~ htmlid =38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdag.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/ ~~bu siness~~ business/index.html, http://www. ~~guickandreilly~~ quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www. [[Se c ]]sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.


The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in $n$-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of $n$-tuples, in which $n=2$. The techniques disclosed herein may be applied more generally, to $n$-tuples where $n>1$. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an $n$-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the $n$-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the $n$-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the $n$-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an $n$-tuple. For example, if $n=3$, matching may be performed against two rather than three of the text strings in the $n$-tuple.

Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching $n$-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

SVIPGP090B ANNOTATED

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an *n*-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as *n*-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable

20

for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. 5A, a web page 500 is shown according to one embodiment of the present invention. The web page 500 includes a first frame 502a displaying a first set of textual hyperlink representations 504a, and a second frame 502b displaying the contents of another web page.

In the embodiment illustrated in FIG. 5A, the first set of hyperlink representations 504a includes hypertext 506a-h. In this example, the hypertext 506a-h includes text representing categories of news web sites. For example, hypertext 506a ("World News") represents the category of world news web sites, hypertext 506b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext 506a-h shown in FIG. 5A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations 504a enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext 506a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 506a-h or by hovering a mouse cursor over one of the hypertext links 506a-h.

In response to receiving a selection of one of the hypertext links 5060a-h from the user, the web page 500 displays a second set of hyperlink representations 504b. In the particular example illustrated in FIG. 5A, the user has clicked on or hovered the mouse cursor over hypertext 506h ("Stock Research"). In response, the web page 500 has displayed the second set of hyperlink representations 504b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 508a-l represents a hyperlink to a stock research web site.

More specifically, in the embodiment illustrated in FIG. 5A, each of the hyperlink representations 508a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 508a is the logo of www.bigcharts.com, and the hyperlink representation 508a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 508a-l, the web browser displays the destination of the selected hyperlink in the frame 502b. For example, if the user selects hyperlink representation 508a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 502b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks 506a-h. For example, as shown in FIG. 5B, when the user selects hyperlink 506d ("UK News"), the web page 500 displays a set 504c of hyperlink representations 510a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 504a of links 506a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 504a of links 506a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 500, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Patent No.: 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 504b and 504c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are

22

**ANNOTATED**

also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks 504a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program

instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

New Sheet



FIG. 1



FIG. 2



FIG 3

New Sheet



**FIG. 4A**

New Sheet



**FIG. 4B**



**FIG. 4C**

# Replacement Sheet

## FIG. 5A

USDC IN/ND case 1:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 960 of 1037



502a

502b

500

504a

506a ~ World News →
506b ~ Business News →
506c ~ US News →
506d ~ UK News →
506e ~ TV News →
506f ~ Biz Magazines →
506g ~ Biz Knowledge →
506h ~ Stock Research →

508a — BigCharts
508b ~ CBS Market Watch
508c ~ Hoovers
508d ~ data.com
508e ~ MORNINGSTAR
508f ~ The Motley Fool
508g ~ msn Money
508h ~ Quicken
508i ~ Website
508j ~ TheStreet.com
508k ~ UBS
508l ~ YAHOO! Finanace

504b

MSN Home   Hotmail   My MSN   **Sign In**          Search Web

**msn** Money                     Search MSN Money: [    ] Go  CNBC Help

Home | News | Banking | Investing | Planning | Taxes | My Money          Portfolio | Loans | Insurance

Investing Home   Portfolio   Markets   Stocks   Funds   ETFs   Commentary   Brokers   CNBC TV
**Get it done**

Read company report

Name or Symbol: [    ] Go  Get Quote [v]  Find Symbol   Print Report

Type a company name or ticker symbol, then click Go

### Strategy Lab

See how six pros try to beat the market

In our Strategy Lab stock-picking game, top experts try to turn model portfolios into gold – and share their best investing tips in the process.

< Prev  Next >

| Most Active | Winners | Losers | | | |
|---|---|---|---|---|---|
| SIRI | 5.11 | unch (unch) | Chart | Add to MSN list |
| SPY | 128.23 | unch (unch) | Chart | Add to MSN list |
| MO | 71.9 | unch (unch) | Chart | Add to MSN list |
| GNTA | 2.79 | unch (unch) | Chart | Add to MSN list |
| OOOO | 41.10 | unch (unch) | Chart | Add to MSN list |

Quotes delayed by 15 minutes  View all Lists and Trends

Scottrade

AMERITRADE IRA

msn Messenger

Bad Credit Refinance

Market Dispatches, 4:32 p.m. ET

Stocks dive as bad news piles up

Google's growth concerns prompt a big sell-off. GDP numbers disappoint.  The Dow closes down 104 but has its best January-February performance since 1998.

- Walberg: After CFO's goof, Google is a buy
- Company Focus: Party on for leisure stocks
- SuperModels: 20 water stocks running hot
- What readers do wrong on their taxes

Scottrade

# Replacement Sheet

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 961 of 1037



FIG. 5B

# Exhibit 49

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L3 | 4859 | 709/204.ccls. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/03 08:17 |
| L4 | 0 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) l3 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/03 08:17 |
| L5 | 1 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) and l3 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/03 08:17 |
| S1 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:13 |
| S2 | 8320 | 709/204 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:14 |
| S3 | 2 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S1) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:16 |
| S4 | 48 | ("20020130895" \| "20020152238" \| "20030115306" \| "20040172405" \| "20050076110" \| "20060015821" \| "20060064342" \| "20060155809" \| "20060174340" \| "20090158143" \| "20090158169" \| "20090193333" \| "20090193349" \| "20090199135" \| "20090287786" \| "5754176" \| | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:25 |

| | | "5854630" \| "6216141" \| "6336133" \| "6405238" \| "6456303" \| "6498835" \| "6661877" \| "6748449").PN. | | | | |
|---|---|---|---|---|---|---|
| S5 | 7 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:26 |
| S6 | 545 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:49 |
| S7 | 111 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:52 |
| S8 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4)near5 (hyperlink$2 or link$2 or url or uri)same (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:53 |
| S9 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S10 | 46 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S11 | 0 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierchy) near5 (link $2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:06 |

EAST Search History

| S12 | 2 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:13 |
| S13 | 13 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:15 |
| S14 | 36 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy or multiple or multi) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 13:33 |
| S15 | 30 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (hierarchy or multiple or multi or second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S16 | 21 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S17 | 25 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4 or other) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S18 | 0 | (@ad< ="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) and (inside) near5 (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:18 |
| S19 | 6 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:19 |
| S20 | 10 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:22 |
| S21 | 10 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:23 |
| S22 | 0 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary) near5 (link) same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S23 | 0 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (link) same (popup or pop-up $2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S24 | 0 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up $2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |

| S25 | 2 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |
| S26 | 8 | (@ad< ="20060320") and (inside) near5 (popup$2 or pop-up$2 or new window) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:50 |
| S27 | 20 | (@ad< ="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:08 |
| S28 | 20 | (@ad< ="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |
| S29 | 20 | (@ad< ="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |

| S30 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:23 |
| S31 | 70 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri) same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:25 |
| S32 | 3128 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S33 | 814 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S34 | 164 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:16 |
| S35 | 67 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:17 |

| S36 | 68 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:18 |
| S37 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:19 |
| S38 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:22 |
| S39 | 3 | "20040143841" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:40 |
| S40 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S41 | 19 | (hyperlink or url or uri OR LINK) and (set or group) and (S40) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S42 | 2 | "20070192181".pn. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:02 |
| S43 | 573 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:48 |

| S44 | 30 | (scan$4 or preview or pre-view) near4 (link$2) and S43 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:48 |
| S45 | 38 | (scan$4 or preview or pre-view) near4 (link$2 or urls) and S43 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 05:49 |
| S46 | 1 | "12334068" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:07 |
| S47 | 0 | (ajax) and (hover$4) same (url or link$2) and S43 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:11 |
| S48 | 460 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:38 |
| S49 | 8 | (link$2 or hyperlink$2 or hyper-link$2) near5 (logos) and S48 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:38 |
| S50 | 13 | (link$2 or hyperlink$2 or hyper-link$2) near5 (sub-categories or subcategories) and S48 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:40 |
| S51 | 0 | (link$2 or hyperlink$2 or hyper-link$2) near5 (sub-categories or subcategories) and S49 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 07:40 |
| S52 | 8 | (link$2 or hyperlink$2 or hyper-link$2) near5 (logos) and S48 and (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 08:24 |
| S53 | 460 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 12:53 |

| S54 | 8 | (link$2 or hyperlink$2 or hyper-link$2) near5 (logos) and S53 and (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 12:53 |
|---|---|---|---|---|---|---|
| S55 | 0 | (stock) same (symbol$2) and S54 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 12:53 |
| S56 | 8 | (stock) same (symbol$2) and S53 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 13:01 |
| S57 | 573 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:19 |
| S58 | 0 | (message) near4 (aggregator) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:19 |
| S59 | 13 | (message) near4 (board) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:19 |
| S60 | 18 | (message or white or chat) near4 (board) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:23 |
| S61 | 1 | (message or white or chat) near4 (board) same (thread$2) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:48 |
| S62 | 1 | (message or white or chat or forum) near4 (board) same (thread$2) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:50 |
| S63 | 1 | (message or white or chat or forum) near4 (board$2) same (thread$2) and S57 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:50 |

| S64 | 573 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) same (set or group) same (hyperlink $2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:51 |
| S65 | 2567 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) same (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:51 |
| S66 | 5 | (message or white or chat or forum) near4 (board$2) same (thread$2) and S65 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/05/31 21:51 |
| S67 | 2567 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) same (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:17 |
| S68 | 2 | (message or white or chat) near4 (board$2) same (thread $2) and(forums) and S67 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:17 |
| S69 | 3 | (message or white or chat or bulletin) near4 (board$2) same (thread$2) and(forums) and S67 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:20 |
| S70 | 7256 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) and (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:23 |
| S71 | 8 | (message or white or chat or bulletin) near4 (board$2) same (thread$2) and(forums) and S70 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/01 07:23 |
| S72 | 7256 | (@ad<="20060320") and (hyperlink or url or uri) and (popup$2 or pop-up$2) and (hyperlinks or links or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:05 |
| S73 | 0 | (drop)near2(down) same (amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:05 |

| S74 | 0 | (drop)near2(down or menu) same(amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:06 |
| S75 | 12 | (amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:06 |
| S76 | 7 | (forum) same (web) and S75 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:07 |
| S77 | 0 | (@ad<="20060320") and (drop)near2(down or menu) same(amount or number) near4 (thread$2) and (forums) and S72 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S78 | 2 | (@ad<="20060320") and (drop)near2(down or menu) same(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S79 | 3 | (@ad<="20060320") and (drop down or menu) same (amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S80 | 5 | (@ad<="20060320") and (drop down or menu or filter $4) same(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:33 |
| S81 | 34 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4) same (amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:34 |
| S82 | 5 | (forum) same (web) and S81 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:34 |
| S83 | 60 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4 or display$4) same(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:43 |

| S84 | 14 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4 or display$4) near4(amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:44 |
| S85 | 3 | (forum) same (web) and S84 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:45 |
| S86 | 14 | (date or time) same (thread$2) and S84 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 08:52 |
| S87 | 0 | (expand$4) near5 (thread$2) and S86 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:03 |
| S88 | 0 | (expand$4 or expan$5) near5 (thread$2) and S84 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:04 |
| S89 | 3 | (expand$4 or expan$5) near5 (thread$2) and S83 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:04 |
| S90 | 60 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4 or display$4) same (amount or number) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:12 |
| S91 | 338 | (@ad<="20060320") and (drop down or menu or filter $4 or control$4 or display$4) near4 (thread$2) and (forums) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:14 |
| S92 | 8 | (expand$4 or expan$5) near5 (thread$2) and S91 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:14 |
| S93 | 8 | (expand$4 or expan$6) near5 (thread$2) and S91 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 10:14 |

| S94 | 1 | "12160599" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2011/06/02 13:16 |

**EAST Search History (Interference)**

<This search history is empty>

**6/3/2011 8:22:19 AM**
**H:\EAST Workspaces\12334068-hyperlinkwithgraphiccue.wsp**

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:13 |
| S2 | 8320 | 709/204 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:14 |
| S3 | 2 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S1) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:16 |
| S4 | 48 | ("20020130895" \| "20020152238" \| "20030115306" \| "20040172405" \| "20050076110" \| "20060015821" \| "20060064342" \| "20060155809" \| "20060174340" \| "20090158143" \| "20090158169" \| "20090193333" \| "20090193349" \| "20090199135" \| "20090287786" \| "5754176" \| "5854630" \| "6216141" \| "6336133" \| "6405238" \| "6456303" \| "6498835" \| "6661877" \| "6748449").PN. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:25 |
| S5 | 7 | (hyperlink or url or uri) and (set or group) same (link$2 or url or uri) and (S4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 08:26 |
| S6 | 545 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up) same (set or group) same (hyperlink$2 or link$2 or url or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:49 |
| S7 | 111 | (@ad<="20060320") and (hyperlink or url or uri) and (popup or pop-up)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 09:52 |
| S8 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4)near5 (hyperlink$2 or link$2 or url or uri)same (popup or pop- | US-PGPUB; USPAT; FPRS; | ADJ | ON | 2010/07/31 09:53 |

| | | and near5 (hyperlink$2 or link$2 or url or uri) same (set or group) | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S9 | 3 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlink$2 or link$2 or url or uri) same (set or group) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S10 | 46 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:04 |
| S11 | 0 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierchy) near5 (link$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:06 |
| S12 | 2 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:13 |
| S13 | 13 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 10:15 |
| S14 | 36 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) same (hierarchy or multiple or multi) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 13:33 |
| S15 | 30 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (hierarchy or multiple or multi or second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S16 | 21 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:02 |
| S17 | 25 | (@ad<="20060320") and (hyperlink or url or uri) and (point$4) near5 (hyperlink$2 or link$2 or url or uri) same (popup$2 or pop-up$2)near4 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) near4 (second$4 or other) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:10 |
| S18 | 0 | (@ad<="20060320") and (hyperlink or url | US-PGPUB; | ADJ | ON | 2010/07/31 |

| | | or link$2 or url or uri) and (inside) (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S19 | 6 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) near4 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:19 |
| S20 | 10 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:22 |
| S21 | 10 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:23 |
| S22 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary) near5 (link) same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S23 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (link) same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:35 |
| S24 | 0 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |
| S25 | 2 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4) near5 (primary or first) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:36 |
| S26 | 8 | (@ad<="20060320") and (inside) near5 (popup$2 or pop-up$2 or new window) same (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 15:50 |
| S27 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4)near5 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; | ADJ | ON | 2010/07/31 16:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (hyperlinks or links or urls or uri) same (popup or pop-up$2 or new window or window) | IBM_TDB | | | |
| S28 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above)near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |
| S29 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:09 |
| S30 | 20 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri)same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:23 |
| S31 | 70 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (other or secondary) near5 (hyperlinks or links or urls or uri) and (click$4 or point$4 or hover$4 or above) near5 (hyperlinks or links or urls or uri) same (popup or pop-up$2 or new window or window) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 16:25 |
| S32 | 3128 | (@ad<="20060320") and (popup$2 or pop-up$2 or window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S33 | 814 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:15 |
| S34 | 164 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:16 |
| S35 | 67 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:17 |
| S36 | 68 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) | US-PGPUB; USPAT; FPRS; EPO; JPO; | ADJ | ON | 2010/07/31 17:18 |

| | | near5 (hyperlinks or links or urls or uri or icon or advertis$5) | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S37 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:19 |
| S38 | 261 | (@ad<="20060320") and (popup$2 or pop-up$2 or new window) same (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:22 |
| S39 | 3 | "20040143841" | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/07/31 17:40 |
| S40 | 135 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S41 | 19 | (hyperlink or url or uri OR LINK) and (set or group) and (S40) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2010/08/13 11:43 |
| S42 | 38244 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:01 |
| S43 | 1736 | (stock) and (tuple or sequence) and S42 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:12 |
| S44 | 706 | (stock) and (tuple or sequence)same (text or url or hyper$link or uri or link) and S42 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:19 |
| S45 | 56 | (stock) and (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and S42 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/05/09 09:27 |
| S46 | 151 | arav.in. | US-PGPUB; USPAT; FPRS; EPO; JPO; | ADJ | ON | 2013/07/26 07:42 |

| S47 | 0 | ((stock) and (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link)).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:43 |
|---|---|---|---|---|---|---|
| S48 | 0 | ((tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link)).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:43 |
| S49 | 8 | ((tuple or sequenc$4) same (text or url or hyper$link or uri or link)).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:47 |
| S50 | 8 | (tuple or sequenc$4).clm. and S46 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 07:56 |
| S51 | 8046 | 709/204.ccls. | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/26 08:36 |
| S54 | 39339 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:18 |
| S55 | 556 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and S54 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:18 |
| S56 | 1 | 709/204.ccls. and S55 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:39 |
| S57 | 74 | "709"/$.ccls. and S55 | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 11:39 |
| S58 | 80251 | "715"/$.ccls. or "707"/$.ccls. and S55 | US-PGPUB; USPAT; USOCR; FPRS; | ADJ | ON | 2013/07/28 14:07 |

| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S59 | 82 | ("715"/$.ccls. or "707"/$.ccls.) and S55 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 14:08 |
| S63 | 310 | (stock) and (tuple or sequence)same (text or url or hyper$link or uri or link) and (709/204,203.ccls.) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 15:39 |
| S64 | 107 | (tuple or sequence)same (set or group or second)near3(url or hyper$link or uri or link) and (709/204,203.ccls.) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 15:40 |
| S66 | 148 | (tuple or sequence)same (set or group or second)near3(url or hyper$link or uri or link) and (709/204,203,226,250.ccls.) | US-PGPUB; USPAT; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 16:31 |
| S73 | 1 | "12334068" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 21:21 |
| S74 | 381 | ("20050076110" \| "20090193349" \| "6216141" \| "20070028185" \| "20050144573" \| "7752251" \| "20050278443" \| "20090048922" \| "20090049070" \| "20090228342" \| "20100180032" \| "20100185580" \| "20110004692" \| "20110023101" \| "20110106630" \| "20110128699" \| "20110154223" \| "6199077" \| "6633311" \| "7188153" \| "7526440" \| "20090193333" \| "5854630" \| "6498835" \| "20040225708" \| "20050165793" \| "20070113201" \| "20090049014" \| "20090070334" \| "20100306043" \| "20110016382" \| "20110154842" \| "20110196855" \| "7373338" \| "7451161" \| "7487441" \| "7590687" \| "20030041147" \| "20060248160" \| "20070112835" \| "20080040475" \| "20080065701" \| "20080281816" \| "20090024548" \| "20090037277" \| "20090144392" \| "20110016381" \| "20110044354" \| "20110055314" \| "20110145287" \| "20110153412" \| "6314458" \| "7340419" \| "7685036" \| "7788260" \| "20030061114" \| "20040172405" \| "20060174340" \| | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2013/07/28 21:47 |

"6661875" | "20070304173" |
"20060031404" | "7765568" |
"20040254881" | "20050049939" |
"20070192299" | "20080040474" |
"20080046976" | "20090182589" |
"20090228780" | "20100049852" |
"20100132049" | "20100217645" |
"20100257459" | "20110016169" |
"20110125599" | "20110137902" |
"20110153421" | "20110161602" |
"6691158" | "7233997" | "7669123" |
"7933810" | "6208339" | "20090158143"
| "20090158169" | "6456303" |
"20040098269" | "6282548" |
"20060206454" | "20070100779" |
"20070143704" | "20090013413" |
"20090049036" | "20100211996" |
"20100211997" | "20100229223" |
"20110161980" | "20110161987" |
"20110179347" | "6515681" | "6889213"
| "7117254" | "7188080" | "7194552" |
"7499940" | "7680882" | "7725492" |
"7809805" | "7970657" | "7606865" |
"20020130895" | "20060155809" |
"20040143841" | "20010018698" |
"20060239546" | "20070022021" |
"20090049127" | "20090049525" |
"20090070219" | "20090119167" |
"20100169327" | "20110022657" |
"20110023129" | "20110153377" |
"6199157" | "6484149" | "7835950" |
"7945653" | "8010458" | "8005919" |
"20060015821" | "20060064342" |
"5754176" | "6336133" | "6405238" |
"6874126" | "20020065671" |
"20060021009" | "20080059607" |
"20080065604" | "20080189292" |
"20080189380" | "20090070412" |
"20100049534" | "20100162375" |
"20100164957" | "20100198581" |
"20100257023" | "20110004831" |
"20110018342" | "20110055332" |
"20110153416" | "6253325" | "6421651"
| "7478078" | "7606687" | "7827265" |
"7890501" | "7912758" | "6879691" |
"20020152238" | "20030115306" |
"20090199135" | "20090287786" |
"6748449" | "20030188263" |
"20060168233" | "20070192181" |
"20050267940" | "20080189768" |
"20080313714" | "20090031301" |
"20090198487" | "20100318571" |
"20110055683" | "20110087526" |
"20110137932" | "20110156480" |
"6065051" | "6393468" | "6430537" |
"7797256").PN.

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S52 | 41 | arav.in. | US-PGPUB; USPAT; | ADJ | ON | 2013/07/26 08:36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S53 | 8 | (tuple or sequenc$4).clm. and S52 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/26 09:40 |
| S67 | 38642 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 16:25 |
| S68 | 557 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and S67 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 17:00 |
| S69 | 159 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and (709/204,203,226,250.ccls.) | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 17:01 |
| S70 | 22 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and (709/204,203,226,250.ccls.) and S67 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 17:01 |
| S71 | 38642 | (new or more or other or duplicat$4 or second$4 or set or group) near5 (hyperlinks or links or urls or uri) same (click$4 or over or hover$4) near5 (hyperlinks or links or urls or uri or icon or advertis$5) | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 18:46 |
| S72 | 74 | (tuple or sequence)same (greater or larger)same (text or url or hyper$link or uri or link) and ("709"/$.ccls.) and S71 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/28 18:46 |
| S76 | 41 | arav.in. | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 02:50 |
| S77 | 0 | (popup$2 or pop-up$2 or new window) near5 (new or more or other) near5 (hyperlinks or links or urls or uri) same (click$4 or over) near5 (hyperlinks or links or urls or uri or icon or advertis$5) AND S76 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 02:50 |
| S82 | 20 | (hyperlinks or links or urls or uri) AND S78 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 04:50 |
| S83 | 41 | arav.in. | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 05:19 |
| S84 | 11 | (hyperlinks or links or urls or uri).clm. AND S83 | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/07/29 05:19 |

**7/29/2013 5:57:08 AM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\12334068-hyperlinkwithgraphiccue.wsp**

# Exhibit 50

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| L2 | 374 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and L1 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| L3 | 125 | (second$4 or follow$4 or another or different or other)near5 (page) and l2 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:12 |
| S1 | 344 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:57 |
| S2 | 19 | (hyper$link) and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:58 |
| S3 | 9 | ((hyper$link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S4 | 14 | ((hyper$link or link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S5 | 6 | "14224002" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 20:55 |
| S6 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
| S7 | 0 | ((url or uri)).clm. and (S6) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |

| S8 | 8 | 20090199349 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:59 |
| S9 | 3843 | (hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:14 |
| S10 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:15 |
| S11 | 148 | (second$4 or follow$4 or another or different)near5 (page) and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:18 |
| S14 | 34 | (g06f17/2235 or g06f3/04842 or g06q10/107).cpc. and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:31 |
| S15 | 3 | "12334068" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:01 |
| S18 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S19 | 5 | ((hyper$link or link) same (receipt)).clm. and (S18) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S20 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:07 |
| S22 | 3 | "8219615".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:13 |
| S23 | 2 | "7529795".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:56 |
| S24 | 2 | "8683003".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 10:03 |

USDC IN/ND case 3:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 988 of 1037

| S25 | 2 | "7093185.pn" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 11:02 |
| S26 | 3 | "20040143841" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 12:53 |
| S29 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 19:15 |

**EAST Search History (Interference)**

<This search history is empty>

**4/18/2016 8:58:52 AM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\14224002.wsp**

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 344 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:57 |
| S2 | 19 | (hyper$link) and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:58 |
| S3 | 9 | ((hyper$link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S4 | 14 | ((hyper$link or link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S5 | 6 | "14224002" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 20:55 |
| S6 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
| S7 | 0 | ((url or uri)).clm. and (S6) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
| S8 | 3 | "20090193349" | US-PGPUB; | ADJ | OFF | 2016/04/16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S9 | 3843 | (hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:14 |
| S10 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:15 |
| S11 | 148 | (second$4 or follow$4 or another or different)near5 (page) and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:18 |
| S14 | 34 | (g06f17/2235 or g06f3/04842 or g06q10/107).cpc. and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:31 |
| S15 | 3 | "12334068" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:01 |
| S18 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S19 | 5 | ((hyper$link or link) same (receipt)).clm. and (S18) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S20 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | ADJ | OFF | 2016/04/17 09:07 |

| S22 | 3 | "8219615".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:13 |
| S23 | 2 | "7529795".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:56 |
| S24 | 2 | "8683003".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 10:03 |
| S25 | 2 | "7913185".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 11:02 |
| S26 | 3 | "20040143841" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 12:53 |
| S29 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 19:15 |
| S30 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| S31 | 374 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| S32 | 125 | (second$4 or follow$4 or another or different or other)near5 (page) and S31 | US-PGPUB; USPAT; USOCR; FPRS; | ADJ | OFF | 2016/04/18 07:12 |

| S34 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S35 | 14 | ((hyper$link or link)).clm. and (S34) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S36 | 14 | (pre$load$4 or pre$download$4) and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S37 | 8 | (pre$load$4 or pre$download$4).clm. and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S38 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S39 | 14 | ((hyper$link or link)).clm. and (S38) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S40 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S41 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 15:56 |
| S42 | 5 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S38 | US-PGPUB; USPAT; | ADJ | OFF | 2016/10/25 15:58 |

| | | | USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S43 | 5 | ((ajax)).clm. and S38 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/10/25<br>15:59 |
| S44 | 351 | arav.in. | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:19 |
| S45 | 0 | (without)near5(server).cpc. and S44 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:19 |
| S46 | 0 | ((without)near5(server)).cpc. and S44 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:19 |
| S47 | 0 | ((server)).cpc. and S44 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:20 |
| S48 | 24 | ("20020130895" \| "20020152238" \|<br>"20030115306" \| "20040172405" \|<br>"20050076110" \| "20060015821" \|<br>"20060064342" \| "20060155809" \|<br>"20060174340" \| "20090158143" \|<br>"20090158169" \| "20090193333" \|<br>"20090193349" \| "20090199135" \|<br>"20090287786" \| "5754176" \| "5854630" \|<br>"6216141" \| "6336133" \| "6405238" \|<br>"6456303" \| "6498835" \| "6661877" \|<br>"6748449").PN. | US-PGPUB;<br>USPAT | ADJ | OFF | 2016/11/03<br>11:26 |
| S49 | 6 | ("20030041147" \| "20030061114" \|<br>"6208339" \| "6879691" \| "7606865" \|<br>"8005919").PN. | US-PGPUB;<br>USPAT | ADJ | OFF | 2016/11/03<br>11:27 |
| S50 | 1 | "20070192181" | US-PGPUB;<br>USPAT | ADJ | OFF | 2016/11/03<br>11:29 |
| S51 | 712 | (pair or second$4 or other or multiple or<br>different)near5(hyper$link or link) and<br>(thread) and (forum) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO; | ADJ | OFF | 2016/11/07<br>12:30 |

| S52 | 398 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S51 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
|-----|-----|----|----|-----|-----|------|
| S53 | 128 | (second$4 or follow$4 or another or different or other)near5 (page) and S52 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
| S54 | 17 | (ajax) and S53 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:30 |
| S55 | 27 | (ajax) and S51 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:44 |

**EAST Search History (Interference)**

< This search history is empty>

**11/7/2016 2:54:22 PM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\14224002.wsp**

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 344 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:57 |
| S2 | 19 | (hyper$link) and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:58 |
| S3 | 9 | ((hyper$link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S4 | 14 | ((hyper$link or link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S5 | 6 | "14224002" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 20:55 |
| S6 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
| S7 | 0 | ((url or uri)).clm. and (S6) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
| S8 | 3 | "20090193349" | US-PGPUB; | ADJ | OFF | 2016/04/16 |

| | | | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S9 | 3843 | (hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:14 |
| S10 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:15 |
| S11 | 148 | (second$4 or follow$4 or another or different)near5 (page) and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:18 |
| S14 | 34 | (g06f17/2235 or g06f3/04842 or g06q10/107).cpc. and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:31 |
| S15 | 3 | "12334068" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:01 |
| S18 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S19 | 5 | ((hyper$link or link) same (receipt)).clm. and (S18) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S20 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | ADJ | OFF | 2016/04/17 09:07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S22 | 3 | "8219615".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:13 |
| S23 | 2 | "7529795".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:56 |
| S24 | 2 | "8683003".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 10:03 |
| S25 | 2 | "7913185".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 11:02 |
| S26 | 3 | "20040143841" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 12:53 |
| S29 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 19:15 |
| S30 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| S31 | 374 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| S32 | 125 | (second$4 or follow$4 or another or different or other)near5 (page) and S31 | US-PGPUB; USPAT; USOCR; FPRS; | ADJ | OFF | 2016/04/18 07:12 |

| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S34 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S35 | 14 | ((hyper$link or link)).clm. and (S34) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S36 | 14 | (pre$load$4 or pre$download$4) and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S37 | 8 | (pre$load$4 or pre$download$4).clm. and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S38 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S39 | 14 | ((hyper$link or link)).clm. and (S38) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S40 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S41 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 15:56 |
| S42 | 5 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S38 | US-PGPUB; USPAT; | ADJ | OFF | 2016/10/25 15:58 |

| | | | USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S43 | 5 | ((ajax)).clm. and S38 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/10/25<br>15:59 |
| S44 | 351 | arav.in. | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:19 |
| S45 | 0 | (without)near5(server).cpc. and S44 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:19 |
| S46 | 0 | ((without)near5(server)).cpc. and S44 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:19 |
| S47 | 0 | ((server)).cpc. and S44 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | ADJ | OFF | 2016/11/03<br>11:20 |
| S48 | 24 | ("20020130895" \| "20020152238" \|<br>"20030115306" \| "20040172405" \|<br>"20050076110" \| "20060015821" \|<br>"20060064342" \| "20060155809" \|<br>"20060174340" \| "20090158143" \|<br>"20090158169" \| "20090193333" \|<br>"20090193349" \| "20090199135" \|<br>"20090287786" \| "5754176" \| "5854630" \|<br>"6216141" \| "6336133" \| "6405238" \|<br>"6456303" \| "6498835" \| "6661877" \|<br>"6748449").PN. | US-PGPUB;<br>USPAT | ADJ | OFF | 2016/11/03<br>11:26 |
| S49 | 6 | ("20030041147" \| "20030061114" \|<br>"6208339" \| "6879691" \| "7606865" \|<br>"8005919").PN. | US-PGPUB;<br>USPAT | ADJ | OFF | 2016/11/03<br>11:27 |
| S50 | 1 | "20070192181" | US-PGPUB;<br>USPAT | ADJ | OFF | 2016/11/03<br>11:29 |
| S51 | 712 | (pair or second$4 or other or multiple or<br>different)near5(hyper$link or link) and<br>(thread) and (forum) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO; | ADJ | OFF | 2016/11/07<br>12:30 |

| S52 | 398 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S51 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
|-----|-----|-----|-----|-----|-----|-----|
| S53 | 128 | (second$4 or follow$4 or another or different or other)near5 (page) and S52 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
| S54 | 17 | (ajax) and S53 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:30 |
| S55 | 27 | (ajax) and S51 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:44 |
| S56 | 763 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/04/16 14:03 |
| S57 | 298 | (menu) and S56 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/04/16 14:03 |

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|-----|-----|-----|-----|-----|
| S59 | 51 | arav.in. | US-PGPUB; USPAT | ADJ | OFF | 2017/04/16 21:07 |
| S60 | 14 | ((hyper$link or link)).clm. and S59 | US-PGPUB; USPAT | ADJ | OFF | 2017/04/16 21:07 |
| S61 | 487 | (pre$load$4 or pre$download$4).clm. and "l2" | US-PGPUB; USPAT | ADJ | OFF | 2017/04/16 21:08 |
| S62 | 8 | (pre$load$4 or pre$download$4).clm. and S60 | US-PGPUB; USPAT | ADJ | OFF | 2017/04/16 21:08 |

**4/17/2017 12:01:31 PM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\14224002.wsp**

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 807 | (pair or second$4 or other or multiple or different or multi)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/08/04 17:26 |
| L2 | 32 | (ajax) and l1 | US-PGPUB; USPAT | ADJ | OFF | 2017/08/04 17:36 |
| S1 | 344 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:57 |
| S2 | 19 | (hyper$link) and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:58 |
| S3 | 9 | ((hyper$link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S4 | 14 | ((hyper$link or link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S5 | 6 | "14224002" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 20:55 |
| S6 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | ADJ | OFF | 2016/04/16 22:35 |

| S7 | 0 | ((url or uri)).clm. and (S6) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
|----|---|------------------------------|------|-----|-----|----------|
| S8 | 3 | "20090193349" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:59 |
| S9 | 3843 | (hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:14 |
| S10 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:15 |
| S11 | 148 | (second$4 or follow$4 or another or different)near5 (page) and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:18 |
| S14 | 34 | (g06f17/2235 or g06f3/04842 or g06q10/107).cpc. and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:31 |
| S15 | 3 | "12334068" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:01 |
| S18 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S19 | 5 | ((hyper$link or link) same (receipt)).clm. and (S18) | US-PGPUB; USPAT; USOCR; FPRS; | ADJ | OFF | 2016/04/17 08:54 |

| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S20 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:07 |
| S22 | 3 | "8219615".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:13 |
| S23 | 2 | "7529795".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:56 |
| S24 | 2 | "8683003".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 10:03 |
| S25 | 2 | "7913185".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 11:02 |
| S26 | 3 | "20040143841" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 12:53 |
| S29 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 19:15 |
| S30 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| S31 | 374 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S30 | US-PGPUB; USPAT; | ADJ | OFF | 2016/04/18 07:10 |

| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S32 | 125 | (second$4 or follow$4 or another or different or other)near5 (page) and S31 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:12 |
| S34 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S35 | 14 | ((hyper$link or link)).clm. and (S34) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S36 | 14 | (pre$load$4 or pre$download$4) and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S37 | 8 | (pre$load$4 or pre$download$4).clm. and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S38 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S39 | 14 | ((hyper$link or link)).clm. and (S38) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S40 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |

| S41 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 15:56 |
|---|---|---|---|---|---|---|
| S42 | 5 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S38 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 15:58 |
| S43 | 5 | ((ajax)).clm. and S38 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 15:59 |
| S44 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:19 |
| S45 | 0 | (without)near5(server).cpc. and S44 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:19 |
| S46 | 0 | ((without)near5(server)).cpc. and S44 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:19 |
| S47 | 0 | ((server)).cpc. and S44 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:20 |
| S48 | 24 | ("20020130895" \| "20020152238" \| "20030115306" \| "20040172405" \| "20050076110" \| "20060015821" \| "20060064342" \| "20060155809" \| "20060174340" \| "20090158143" \| "20090158169" \| "20090193333" \| "20090193349" \| "20090199135" \| "20090287786" \| "5754176" \| "5854630" \| "6216141" \| "6336133" \| "6405238" \| "6456303" \| "6498835" \| "6661877" \| "6748449").PN. | US-PGPUB; USPAT | ADJ | OFF | 2016/11/03 11:26 |
| S49 | 6 | ("20030041147" \| "20030061114" \| | US-PGPUB; | ADJ | OFF | 2016/11/03 |

USDC IN/ND case 3:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 1006 of 1037

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "6208335" "6870273" "7606851" "8005919").PN. | USPAT | | | 11:27 |
| S50 | 1 | "20070192181" | US-PGPUB; USPAT | ADJ | OFF | 2016/11/03 11:29 |
| S51 | 712 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
| S52 | 398 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S51 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
| S53 | 128 | (second$4 or follow$4 or another or different or other)near5 (page) and S52 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
| S54 | 17 | (ajax) and S53 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:30 |
| S55 | 27 | (ajax) and S51 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:44 |
| S56 | 763 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/04/16 14:03 |
| S57 | 298 | (menu) and S56 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/04/16 14:03 |

8/4/2017 7:46:05 PM
C:\Users\gsmarth\Documents\EAST\Workspaces\14224002.wsp

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 344 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:57 |
| S2 | 19 | (hyper$link) and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 16:58 |
| S3 | 9 | ((hyper$link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S4 | 14 | ((hyper$link or link)).clm. and (S1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 18:08 |
| S5 | 6 | "14224002" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/03/06 20:55 |
| S6 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
| S7 | 0 | ((url or uri)).clm. and (S6) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/16 22:35 |
| S8 | 3 | "20090193349" | US-PGPUB; | ADJ | OFF | 2016/04/16 |

| | | | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S9 | 3843 | (hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:14 |
| S10 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:15 |
| S11 | 148 | (second$4 or follow$4 or another or different)near5 (page) and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:18 |
| S14 | 34 | (g06f17/2235 or g06f3/04842 or g06q10/107).cpc. and S10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 00:31 |
| S15 | 3 | "12334068" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:01 |
| S18 | 345 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S19 | 5 | ((hyper$link or link) same (receipt)).clm. and (S18) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 08:54 |
| S20 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | ADJ | OFF | 2016/04/17 09:07 |

| S22 | 3 | "8219615".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:13 |
|-----|---|---------------|---------|-----|-----|-----------|
| S23 | 2 | "7529795".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 09:56 |
| S24 | 2 | "8683003".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 10:03 |
| S25 | 2 | "7913185".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 11:02 |
| S26 | 3 | "20040143841" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 12:53 |
| S29 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/17 19:15 |
| S30 | 664 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| S31 | 374 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/04/18 07:10 |
| S32 | 125 | (second$4 or follow$4 or another or different or other)near5 (page) and S31 | US-PGPUB; USPAT; USOCR; FPRS; | ADJ | OFF | 2016/04/18 07:12 |

| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S34 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S35 | 14 | ((hyper$link or link)).clm. and (S34) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S36 | 14 | (pre$load$4 or pre$download$4) and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S37 | 8 | (pre$load$4 or pre$download$4).clm. and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/17 05:36 |
| S38 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S39 | 14 | ((hyper$link or link)).clm. and (S38) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S40 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 14:03 |
| S41 | 4 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 15:56 |
| S42 | 5 | ((pre or initial$4 or before or first)near4 (down$load$4 or load$4)).clm. and S38 | US-PGPUB; USPAT; | ADJ | OFF | 2016/10/25 15:58 |

| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S43 | 5 | ((ajax)).clm. and S38 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/10/25 15:59 |
| S44 | 351 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:19 |
| S45 | 0 | (without)near5(server).cpc. and S44 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:19 |
| S46 | 0 | ((without)near5(server)).cpc. and S44 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:19 |
| S47 | 0 | ((server)).cpc. and S44 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/03 11:20 |
| S48 | 24 | ("20020130895" \| "20020152238" \| "20030115306" \| "20040172405" \| "20050076110" \| "20060015821" \| "20060064342" \| "20060155809" \| "20060174340" \| "20090158143" \| "20090158169" \| "20090193333" \| "20090193349" \| "20090199135" \| "20090287786" \| "5754176" \| "5854630" \| "6216141" \| "6336133" \| "6405238" \| "6456303" \| "6498835" \| "6661877" \| "6748449").PN. | US-PGPUB; USPAT | ADJ | OFF | 2016/11/03 11:26 |
| S49 | 6 | ("20030041147" \| "20030061114" \| "6208339" \| "6879691" \| "7606865" \| "8005919").PN. | US-PGPUB; USPAT | ADJ | OFF | 2016/11/03 11:27 |
| S50 | 1 | "20070192181" | US-PGPUB; USPAT | ADJ | OFF | 2016/11/03 11:29 |
| S51 | 712 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | ADJ | OFF | 2016/11/07 12:30 |

| S52 | 398 | (g06f17/$ or g06f3/$ or g06q10/$).cpc. and S51 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
|---|---|---|---|---|---|---|
| S53 | 128 | (second$4 or follow$4 or another or different or other)near5 (page) and S52 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2016/11/07 12:30 |
| S54 | 17 | (ajax) and S53 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:30 |
| S55 | 27 | (ajax) and S51 | US-PGPUB; USPAT | ADJ | OFF | 2016/11/07 12:44 |
| S56 | 763 | (pair or second$4 or other or multiple or different)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/04/16 14:03 |
| S57 | 298 | (menu) and S56 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/04/16 14:03 |
| S64 | 807 | (pair or second$4 or other or multiple or different or multi)near5(hyper$link or link) and (thread) and (forum) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/08/04 17:26 |
| S65 | 32 | (ajax) and S64 | US-PGPUB; USPAT | ADJ | OFF | 2017/08/04 17:36 |
| S66 | 56 | ("6405238" \| "6216141" \| "6661877" \| "6336133" \| "6748449" \| "5754176" \| "5854630" \| "6456303" \| "6498835" \| "20090193349" \| "20090158143" \| "20040172405" \| "20060015821" \| "20090287786" \| "20090193333" \| "20060174340" \| "20060155809" \| "20050076110" \| "20090199135" \| "20090158169" \| "20020152238" \| "20060064342" \| "20030115306" \| "20020130895").did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/08/22 15:54 |
| S67 | 384 | ("7478078" \| "6253325" \| "7685036" \| "6484149" \| "6421651" \| "7069308" \| "7827208" \| "6952730" \| "6515681" \| "7017109" \| "7451161" \| "7499940" \| "7590687" \| "7231428" \| "6889213" \| "7835950" \| "6633311" \| "7912758" \| | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | ADJ | OFF | 2017/08/22 15:55 |

USDC IN/ND case 3:25-cv-00273-HAB-SLC   document 1-2   filed 06/02/25   page 1013 of 1037

"7725492" | "7809805" | "7188168" |
"7194552" | "6393468" | "6065051" |
"7188080" | "7606687" | "7373338" |
"7669123" | "7487441" | "6199157" |
"7788260" | "7890501" | "6314458" |
"7945653" | "6199077" | "8010458" |
"7117254" | "7797256" | "6691158" |
"6430537" | "7526440" | "7680882" |
"7340419" | "7827265" | "7024451" |
"20080189292" | "20070192299" |
"20080189768" | "20100180032" |
"20040254881" | "20110137902" |
"20090049127" | "20110125599" |
"20080281816" | "20090049525" |
"20080040474" | "20080040475" |
"20110145287" | "20080189380" |
"20070022021" | "20110004692" |
"20090144392" | "20110023101" |
"20100162375" | "20110154842" |
"20100049534" | "20020065671" |
"20110196855" | "20110055314" |
"20090070219" | "20090228780" |
"20100049852" | "20100169327" |
"20110087526" | "20110083101" |
"20010018698" | "20100257459" |
"20050267940" | "20100164957" |
"20110153412" | "20110161980" |
"20110154223" | "20080189395" |
"20090049070" | "20110153416" |
"20090024548" | "20110161987" |
"20110161602" | "20110156480" |
"20110153421" | "20110145321" |
"20110137932" | "20060239546" |
"20110055332" | "20100132049" |
"20110128699" | "20110016381" |
"20100229223" | "20110016382" |
"20090198487" | "20090031301" |
"20100217645" | "20070112835" |
"20060206454" | "20110023129" |
"20080313714" | "20090049014" |
"20080065604" | "20090228342" |
"20070100779" | "20090070412" |
"20100306043" | "20100198581" |
"20110106630" | "20100318571" |
"20060021009" | "20090048922" |
"20090070334" | "20090119167" |
"20080059607" | "20060248160" |
"20090037277" | "20110018342" |
"20100257023" | "20090013413" |
"20100211996" | "20100211997" |
"20050049939" | "20080046976" |
"20110016169" | "20070143704" |
"20110004831" | "20080065701" |
"20110044354" | "20070113201" |
"20090049036" | "20110022657" |
"20110179347" | "20050278443" |
"20090182589" | "20110153377" |
"20100185580" | "20110055683").did.

| | | | | | | |
|---|---|---|---|---|---|---|
| S68 | 33 | ("8005919" | "7606865" | "6879691" | "6208339" | "20030061114" | "20030041147").did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | ADJ | OFF | 2017/08/22 15:55 |

| | | | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S69 | 0 | (pair or second$4 or other or multiple or different or multi)near5(hyper$link or link) and (thread) and (forum) and (S66 or S67 or S68) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/08/22 15:55 |
| S70 | 0 | (pair or second$4 or other or multiple or different or multi)with(hyper$link or link) and (thread) and (forum) and (S66 or S67 or S68) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/08/22 15:57 |
| S71 | 39 | (second$4 or follow$4 or another or different or other)near5 (page) and (S66 or S67 or S68) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/08/22 15:58 |
| S72 | 51 | (second$4 or follow$4 or another or different or other)with(page) and (S66 or S67 or S68) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/08/22 16:10 |
| S73 | 359 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/12/03 10:41 |
| S74 | 5 | ((hyper$link or link) same (receipt)).clm. and (S73) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/12/03 10:41 |
| S75 | 5 | ((hyper$link or link or hyper$text) same (receipt)).clm. and (S73) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/12/03 11:36 |
| S76 | 2 | "7529795".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2017/12/03 11:38 |
| S77 | 181 | ("20020010639" \| "6564213" \| "6704727" \| "8539024" \| "9348911" \| "20010018698" \| "20020065671" \| | US-PGPUB; USPAT | OR | OFF | 2018/04/09 15:52 |

"20020250895" | "20030040238" |
"20030041147" | "20030061114" |
"20030115306" | "20040172405" |
"20040254881" | "20050049939" |
"20050076110" | "20050267940" |
"20050278443" | "20060015821" |
"20060021009" | "20060064342" |
"20060155809" | "20060174340" |
"20060206454" | "20060239546" |
"20060248160" | "20070022021" |
"20070100779" | "20070112835" |
"20070113201" | "20070143704" |
"20070192299" | "20080040474" |
"20080040475" | "20080046976" |
"20080059607" | "20080065604" |
"20080065701" | "20080189292" |
"20080189380" | "20080189395" |
"20080189768" | "20080281816" |
"20080313714" | "20090013413" |
"20090024548" | "20090031301" |
"20090037277" | "20090048922" |
"20090049014" | "20090049036" |
"20090049070" | "20090049127" |
"20090049525" | "20090070219" |
"20090070334" | "20090070412" |
"20090119167" | "20090144392" |
"20090158143" | "20090158169" |
"20090182589" | "20090193333" |
"20090193349" | "20090198487" |
"20090199135" | "20090228342" |
"20090228780" | "20090287786" |
"20100049534" | "20100049852" |
"20100132049" | "20100162375" |
"20100164957" | "20100169327" |
"20100180032" | "20100185580" |
"20100198581" | "20100211996" |
"20100211997" | "20100217645" |
"20100229223" | "20100257023" |
"20100257459" | "20100306043" |
"20100318571" | "20110004692" |
"20110004831" | "20110016169" |
"20110016381" | "20110016382" |
"20110018342" | "20110022657" |
"20110023101" | "20110023129" |
"20110044354" | "20110055314" |
"20110055332" | "20110055683" |
"20110083101" | "20110087526" |
"20110106630" | "20110125599" |
"20110128699" | "20110137902" |
"20110137932" | "20110145287" |
"20110145321" | "20110153377" |
"20110153412" | "20110153416" |
"20110153421" | "20110154223" |
"20110154842" | "20110156480" |
"20110161602" | "20110161980" |
"20110161987" | "20110179347" |
"20110196855" | "5754176" | "5854630"
| "6065051" | "6199077" | "6199157" |
"6208339" | "6216141" | "6253325" |
"6314458" | "6336133" | "6393468" |
"6405238" | "6421651" | "6430537" |
"6456303" | "6484149" | "6498835" |
"6515681" | "6633311" | "6661877" |
"6691158" | "6748449" | "6879691" |

| | | "6889213" | "6951011" | "6968389" | | | | |
| | | "7024451" \| "7069308" \| "7117254" | | | | |
| | | "7188080" \| "7188153" \| "7194552" \| | | | | |
| | | "7231428" \| "7233997" \| "7340419" \| | | | | |
| | | "7373338" \| "7451161" \| "7478078" \| | | | | |
| | | "7487441" \| "7499940" \| "7526440" \| | | | | |
| | | "7590687" \| "7606687" \| "7606865" \| | | | | |
| | | "7669123" \| "7680882" \| "7685036" \| | | | | |
| | | "7725492" \| "7788260" \| "7797256" \| | | | | |
| | | "7809805" \| "7827208" \| "7827265" \| | | | | |
| | | "7835950" \| "7890501" \| "7912758" \| | | | | |
| | | "7933810" \| "7945653" \| "7970657" \| | | | | |
| | | "8005919" \| "8010458").PN. | | | | |
| S78 | 3 | "9348911".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 13:13 |
| S79 | 418249 | (pair or second$4 or other or multiple or different or multi)near5(hyper$link or link) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 13:33 |
| S80 | 3 | "6704727".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 13:51 |
| S81 | 3 | "8539024".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 13:54 |
| S82 | 2 | "6564213".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 14:01 |
| S83 | 3 | "20020010639" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 14:02 |
| S84 | 362 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 14:38 |

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 1017 of 1037

| S85 | 6 | (simultaneous$2)same (display$4) and S84 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 14:38 |
| S86 | 1 | ((simultaneous$2)same (display$4)).clm. and S84 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2018/04/24 14:38 |
| S87 | 181 | ("20020010639" \| "6564213" \| "6704727" \| "8539024" \| "9348911" \| "20010018698" \| "20020065671" \| "20020130895" \| "20020152238" \| "20030041147" \| "20030061114" \| "20030115306" \| "20040172405" \| "20040254881" \| "20050049939" \| "20050076110" \| "20050267940" \| "20050278443" \| "20060015821" \| "20060021009" \| "20060064342" \| "20060155809" \| "20060174340" \| "20060206454" \| "20060239546" \| "20060248160" \| "20070022021" \| "20070100779" \| "20070112835" \| "20070113201" \| "20070143704" \| "20070192299" \| "20080040474" \| "20080040475" \| "20080046976" \| "20080059607" \| "20080065604" \| "20080065701" \| "20080189292" \| "20080189380" \| "20080189395" \| "20080189768" \| "20080281816" \| "20080313714" \| "20090013413" \| "20090024548" \| "20090031301" \| "20090037277" \| "20090048922" \| "20090049014" \| "20090049036" \| "20090049070" \| "20090049127" \| "20090049525" \| "20090070219" \| "20090070334" \| "20090070412" \| "20090119167" \| "20090144392" \| "20090158143" \| "20090158169" \| "20090182589" \| "20090193333" \| "20090193349" \| "20090198487" \| "20090199135" \| "20090228342" \| "20090228780" \| "20090287786" \| "20100049534" \| "20100049852" \| "20100132049" \| "20100162375" \| "20100164957" \| "20100169327" \| "20100180032" \| "20100185580" \| "20100198581" \| "20100211996" \| "20100211997" \| "20100217645" \| "20100229223" \| "20100257023" \| "20100257459" \| "20100306043" \| "20100318571" \| "20110004692" \| "20110004831" \| "20110016169" \| "20110016381" \| "20110016382" \| "20110018342" \| "20110022657" \| "20110023101" \| "20110023129" \| "20110044354" \| "20110055314" \| "20110055332" \| "20110055683" \| | US-PGPUB; USPAT | OR | OFF | 2018/04/27 08:17 |

"20110103310" | "20110107520" |
"20110106630" | "20110125599" |
"20110128699" | "20110137902" |
"20110137932" | "20110145287" |
"20110145321" | "20110153377" |
"20110153412" | "20110153416" |
"20110153421" | "20110154223" |
"20110154842" | "20110156480" |
"20110161602" | "20110161980" |
"20110161987" | "20110179347" |
"20110196855" | "5754176" | "5854630"
| "6065051" | "6199077" | "6199157" |
"6208339" | "6216141" | "6253325" |
"6314458" | "6336133" | "6393468" |
"6405238" | "6421651" | "6430537" |
"6456303" | "6484149" | "6498835" |
"6515681" | "6633311" | "6661877" |
"6691158" | "6748449" | "6879691" |
"6889213" | "6952730" | "7017109" |
"7024451" | "7069308" | "7117254" |
"7188080" | "7188153" | "7194552" |
"7231428" | "7233997" | "7340419" |
"7373338" | "7451161" | "7478078" |
"7487441" | "7499940" | "7526440" |
"7590687" | "7606687" | "7606865" |
"7669123" | "7680882" | "7685036" |
"7725492" | "7788260" | "7797256" |
"7809805" | "7827208" | "7827265" |
"7835950" | "7890501" | "7912758" |
"7933810" | "7945653" | "7970657" |
"8005919" | "8010458").PN.

4/27/2018 10:20:13 AM
C:\Users\gsmarth\Documents\EAST\Workspaces\14224002.wsp

# Exhibit 51

Doc code: Oath
Document Description: Oath or declaration filed
USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 1020 of 1037

PTO/AIA/02 (07-13)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT IN LIEU OF AN OATH OR DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (35 U.S.C. 115(d) AND 37 CFR 1.64)

| Title of Invention | HYPERLINK WITH GRAPHICAL CUE |
|---|---|

This statement is directed to:

[ ] The attached application,

OR

[■] United States application or PCT international application number __14/224,002__ filed on __03-24-2014__.

**LEGAL NAME of inventor to whom this substitute statement applies:**

(*E.g.*, Given Name (first and middle (if any)) and Family Name or Surname)

Gal Arav

Residence (except for a deceased or legally incapacitated inventor):

| City Raanana | State ISRAEL | Country ISRAEL |
|---|---|---|

Mailing Address (except for a deceased or legally incapacitated inventor):

HaMachtarot Street 6A, #4

| City Raanana | State ISRAEL | Zip 43550 | Country ISRAEL |
|---|---|---|---|

I believe the above-named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this statement is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Relationship to the inventor to whom this substitute statement applies:

[ ] Legal Representative (for deceased or legally incapacitated inventor only),

[■] Assignee,

[ ] Person to whom the inventor is under an obligation to assign,

[ ] Person who otherwise shows a sufficient proprietary interest in the matter (petition under 37 CFR 1.46 is required), or

[ ] Joint Inventor.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/AIA02 (07-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT

Circumstances permitting execution of this substitute statement:

☐ Inventor is deceased,

☐ Inventor is under legal incapacity,

■ Inventor cannot be found or reached after diligent effort, or

☐ Inventor has refused to execute the oath or declaration under 37 CFR 1.63.

If there are joint inventors, please check the appropriate box below:

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) naming the entire inventive entity has been or is currently submitted.

OR

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) has not been submitted. Thus, a Substitute Statement Supplemental Sheet (PTO/AIA/11 or equivalent) naming the entire inventive entity and providing inventor information is attached. See 37 CFR 1.64(b).

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft.  Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application.  If this type of personal information is included in documents submitted to the  USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them  to the USPTO.  Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent.  Furthermore, the record from an abandoned application may also be available to the public if the  application is referenced in a published application or an issued patent (see 37 CFR 1.14).  Checks and credit card  authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not  publicly available.

**PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

| Name: Andrew Gordon | Date (Optional): |
|---|---|

Signature: /Andrew Gordon/

**APPLICANT NAME AND TITLE OF PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

If the applicant is a juristic entity, list the applicant name and the title of the signer:

Applicant Name: Aloft Media, LLC

Title of Person Executing This Substitute Statement: Manager

The signer, whose title is supplied above, is authorized to act on behalf of the applicant.

**Residence of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent):**

| City Frisco | State TX | Country USA |
|---|---|---|

**Mailing Address of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent)**

211 W Tyler St, Suite C

| City Longview | State TX | Zip 75601 | Country USA |
|---|---|---|---|

Note: Use an additional PTO/AIA/02 form for each inventor who is deceased, legally incapacitated, cannot be found or reached after diligent effort, or has refused to execute the oath or declaration under 37 CFR 1.63.

[Page 2 of 2]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Exhibit 52

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 13 | ("20190034391" \| "10042823" \| "10078623" \| "7035864" \| "20020010639" \| "20060090142" \| "6564213" \| "6704727" \| "7032183" \| "7647312" \| "8438487" \| "8539024" \| "9348911").PN. | US-PGPUB; USPAT | OR | OFF | 2020/02/01 15:40 |
| S2 | 12 | "16056487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:40 |
| S3 | 408 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:42 |
| S4 | 22 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) and (S3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:49 |
| S5 | 59 | aloft.as. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:50 |
| S6 | 8 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) and S5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:50 |
| S7 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 16:29 |
| S8 | 431 | (G06F40/134 or G06F3/04842 or G06Q10/107).cpc. and S7 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 16:44 |
| S9 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or | US-PGPUB; USPAT; | OR | OFF | 2020/02/01 23:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | pop$up) same (web$page or web or web$site) | EPO; JPO; DERWENT; IBM_TDB | | | |
| S10 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 23:53 |
| S11 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 05:21 |
| S12 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S11 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 05:21 |
| S13 | 1182 | (menu or navigat$4) and S12 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 05:21 |
| S14 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S15 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S14 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S16 | 1182 | (menu or navigat$4) and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S17 | 388 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)near4(preview$4 or view or peak$4) and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S18 | 633 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(preview$4 or view or peak$4) and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:01 |
| S19 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or | US-PGPUB; USPAT; | OR | OFF | 2020/02/03 12:43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | pop$up) same (web$page or web$site) | EPO; JPO; DERWENT; IBM_TDB | | | |
| S20 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S19 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/03 12:43 |
| S21 | 1182 | (menu or navigat$4) and S20 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/03 12:43 |
| S22 | 633 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(preview$4 or view or peak$4) and S21 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/03 12:43 |
| S23 | 482 | (board or forum or white$board or social or meet$4 or chat$4) and S22 | US-PGPUB; USPAT | OR | OFF | 2020/02/03 12:43 |
| S24 | 6089 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S25 | 1636 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S24 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S26 | 1184 | (menu or navigat$4) and S25 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S27 | 240 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(hierarch$5 or cascad$4) and S26 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S28 | 6091 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |
| S29 | 1638 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S28 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |

| | | | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |
|---|---|---|---|---|---|---|
| S31 | 240 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(hierarch$5 or cascad$4) and S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |
| S32 | 16 | (messag$4) same (positive or negative or happy or emotion$4 or setiment or anger) and S31 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:08 |
| S33 | 317 | (messag$4) same (positive or negative or happy or emotion$4 or setiment or anger) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S34 | 169 | (messag$4) with (positive or negative or happy or emotion$4 or setiment or anger) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S35 | 169 | (messag$4) with (positive or negative or happy or emotion$4 or setiment or angry) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S36 | 187 | (messag$4 or packet$4) with (positive or negative or happy or emotion$4 or setiment or angry) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S37 | 105 | (forum or chat$4 or white$board) and S36 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:15 |

**2/14/2020 4:37:49 PM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\16056487.wsp**

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 13 | ("20190034391" \| "10042823" \| "10078623" \| "7035864" \| "20020010639" \| "20060090142" \| "6564213" \| "6704727" \| "7032183" \| "7647312" \| "8438487" \| "8539024" \| "9348911").PN. | US-PGPUB; USPAT | OR | OFF | 2020/02/01 15:40 |
| S2 | 12 | "16056487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:40 |
| S3 | 408 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:42 |
| S4 | 22 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) and (S3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:49 |
| S5 | 59 | aloft.as. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:50 |
| S6 | 8 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) and S5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 15:50 |
| S7 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 16:29 |
| S8 | 431 | (G06F40/134 or G06F3/04842 or G06Q10/107).cpc. and S7 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 16:44 |
| S9 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or | US-PGPUB; USPAT; | OR | OFF | 2020/02/01 23:53 |

USDC IN/ND case 1:25-cv-00273-HAB-SLC    document 1-2    filed 06/02/25    page 1029 of 1037

| | | pop$up) same (web$page or web$site) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S10 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/01 23:53 |
| S11 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 05:21 |
| S12 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S11 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 05:21 |
| S13 | 1182 | (menu or navigat$4) and S12 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 05:21 |
| S14 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S15 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S14 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S16 | 1182 | (menu or navigat$4) and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S17 | 388 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)near4(preview$4 or view or peak$4) and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:00 |
| S18 | 633 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(preview$4 or view or peak$4) and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/02 09:01 |
| S19 | 6074 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or | US-PGPUB; USPAT; | OR | OFF | 2020/02/03 12:43 |

| | | pop$up) same (web$page or web or web$site) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S20 | 1634 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S19 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/03 12:43 |
| S21 | 1182 | (menu or navigat$4) and S20 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/03 12:43 |
| S22 | 633 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(preview$4 or view or peak$4) and S21 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/03 12:43 |
| S23 | 482 | (board or forum or white$board or social or meet$4 or chat$4) and S22 | US-PGPUB; USPAT | OR | OFF | 2020/02/03 12:43 |
| S24 | 6089 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S25 | 1636 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S24 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S26 | 1184 | (menu or navigat$4) and S25 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S27 | 240 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(hierarch$5 or cascad$4) and S26 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/11 14:50 |
| S28 | 6091 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |
| S29 | 1638 | (G06F40/$ or G06F3/$ or G06Q10/$).cpc. and S28 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |

| | | | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |
|---|---|---|---|---|---|---|
| S31 | 240 | (link or url or hyper$link or pop$up or drop$down or pop or menu or sub$menu or sub$link)with(hierarch$5 or cascad$4) and S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:08 |
| S32 | 16 | (messag$4) same (positive or negative or happy or emotion$4 or setiment or anger) and S31 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:08 |
| S33 | 317 | (messag$4) same (positive or negative or happy or emotion$4 or setiment or anger) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S34 | 169 | (messag$4) with (positive or negative or happy or emotion$4 or setiment or anger) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S35 | 169 | (messag$4) with (positive or negative or happy or emotion$4 or setiment or angry) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S36 | 187 | (messag$4 or packet$4) with (positive or negative or happy or emotion$4 or setiment or angry) and S28 | US-PGPUB; USPAT | OR | OFF | 2020/02/14 13:14 |
| S37 | 105 | (forum or chat$4 or white$board) and S36 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/02/14 13:15 |
| S38 | 0 | (another or peer or associat$4 or different or second$4 or new)near3 (site or web$site or page or web$page) and ss37 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/03/02 01:12 |
| S39 | 6107 | (hyper$link or link or url)with(aggregat$4 or cascad$4 or pop$up) same (web$page or web or web$site) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/03/02 01:12 |
| S40 | 187 | (messag$4 or packet$4) with (positive or negative or happy or emotion$4 or setiment or angry) and S39 | US-PGPUB; USPAT | OR | OFF | 2020/03/02 01:12 |
| S41 | 105 | (forum or chat$4 or white$board) and S40 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/03/02 01:12 |
| S42 | 64 | (another or peer or associat$4 or different or second$4 or new)near3 (site or web$site or page or web$page) and S41 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/03/02 01:12 |

USDC IND case 1:25-cv-00273-HAB-SLC document 1-2 filed 06/02/25 page 1032 of 1037

| S43 | 83 | (another or peer or associat$4 or different or second$4 or new) with (site or web$site or page or web$page) and S41 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2020/03/02 01:12 |

**3/2/2020 12:15:53 PM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\16056487.wsp**

# Exhibit 53

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 387 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 07:13 |
| S2 | 2 | (hyper$link) same (simultaneous$4) and S1 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 07:15 |
| S3 | 387 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 09:28 |
| S4 | 10 | (hyper$link or link) same (simultaneous$4 or receipt) and S3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 09:28 |
| S5 | 9 | ("20020010639" \| "20060090142" \| "6564213" \| "6704727" \| "7032183" \| "7647312" \| "8438487" \| "8539024" \| "9348911").PN. | US-PGPUB; USPAT | OR | OFF | 2019/03/19 13:51 |
| S6 | 3520 | (pop$up)near5 (link or sub$link or hper$link or url) | US-PGPUB; USPAT | OR | OFF | 2019/03/19 15:02 |
| S7 | 397 | (pop$up)near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/19 15:02 |
| S8 | 266 | (drop$down or "drop down")near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/19 16:01 |
| S9 | 266 | (drop$down or "drop down")near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/20 09:15 |
| S10 | 11 | (G06F17/2235 or G06Q10/107 or G06F3/04842).cpc. and S9 | US-PGPUB; USPAT | OR | OFF | 2019/03/20 09:15 |
| S11 | 104 | (G06F17/$ or G06Q10/$ or G06F3/$).cpc. and S9 | US-PGPUB; USPAT | OR | OFF | 2019/03/20 10:11 |
| S12 | 659 | (drop$down or "drop down" or pop$up)near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/20 16:08 |
| S13 | 660 | (drop$down or "drop down" or pop$up)near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/28 15:06 |

USDC IN/ND case 1:25-cv-00273-HAB-SLC document 1-2 filed 03/02/25 page 1035 of 1037

| | S13 | REVIEW35 OR PREVIEW#$A AND | US-PGPUB; USPAT OR | OR | OFF | 2019/03/28 15:06 |
|---|---|---|---|---|---|---|

**3/28/2019 3:38:21 PM**
**C:\Users\gsmarth\Documents\EAST\Workspaces\16243044.wsp**

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 387 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 07:13 |
| S2 | 2 | (hyper$link) same (simultaneous$4) and S1 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 07:15 |
| S3 | 387 | arav.in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 09:28 |
| S4 | 10 | (hyper$link or link) same (simultaneous$4 or receipt) and S3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2019/03/19 09:28 |
| S5 | 9 | ("20020010639" \| "20060090142" \| "6564213" \| "6704727" \| "7032183" \| "7647312" \| "8438487" \| "8539024" \| "9348911").PN. | US-PGPUB; USPAT | OR | OFF | 2019/03/19 13:51 |
| S6 | 3520 | (pop$up)near5 (link or sub$link or hper$link or url) | US-PGPUB; USPAT | OR | OFF | 2019/03/19 15:02 |
| S7 | 397 | (pop$up)near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/19 15:02 |
| S8 | 266 | (drop$down or "drop down")near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/19 16:01 |
| S9 | 266 | (drop$down or "drop down")near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/20 09:15 |
| S10 | 11 | (G06F17/2235 or G06Q10/107 or G06F3/04842).cpc. and S9 | US-PGPUB; USPAT | OR | OFF | 2019/03/20 09:15 |
| S11 | 104 | (G06F17/$ or G06Q10/$ or G06F3/$).cpc. and S9 | US-PGPUB; USPAT | OR | OFF | 2019/03/20 10:11 |
| S12 | 659 | (drop$down or "drop down" or pop$up)near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/03/20 16:08 |
| S13 | 660 | (drop$down or "drop down" or | US-PGPUB; | OR | OFF | 2019/03/28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | hper$link or url) same (mouse or hover$4) | USPAT | | | |
| S14 | 378 | (REVIEW$4 OR PREVIEW$4) AND S13 | US-PGPUB; USPAT | OR | OFF | 2019/03/28 15:06 |
| S15 | 1 | "16243044" | US-PGPUB; USPAT | OR | OFF | 2019/05/28 06:41 |
| S16 | 13 | ("20190034391" \| "10042823" \| "10078623" \| "7035864" \| "20020010639" \| "20060090142" \| "6564213" \| "6704727" \| "7032183" \| "7647312" \| "8438487" \| "8539024" \| "9348911").PN. | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:14 |
| S17 | 780 | (drop$down or "drop down" or pop$up or cascad$4 or tree)near5 (link or sub$link or hper$link or url) same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:21 |
| S18 | 715 | (drop$down or "drop down" or pop$up) and S17 | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:22 |
| S19 | 400 | (REVIEW$4 OR PREVIEW$4) AND S18 | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:22 |
| S20 | 2176 | (drop$down or "drop down" or pop$up or cascad$4 or tree or hierarch$4)near5 (link or sub$link or hper$link or url)and(link or sub$link or hper$link or url)same (mouse or hover$4) | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:27 |
| S21 | 1218 | (REVIEW$4 OR PREVIEW$4) AND S20 | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:27 |
| S22 | 76 | (REVIEW$4 OR PREVIEW$4)same (simultaneous$4 or while) AND S20 | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:28 |
| S23 | 593 | (REVIEW$4 OR PREVIEW$4)and (simultaneous$4) AND S20 | US-PGPUB; USPAT | OR | OFF | 2019/05/28 07:29 |
| S24 | 721 | (REVIEW$4 OR PREVIEW$4) SAME (link or sub$link or hper$link or url OR PAGE OR WEB$PAG$4) AND S20 | US-PGPUB; USPAT | OR | OFF | 2019/05/28 08:10 |
| S25 | 496 | (REVIEW$4 OR PREVIEW$4) WITH(link or sub$link or hper$link or url OR PAGE OR WEB$PAG$4) AND S20 | US-PGPUB; USPAT | OR | OFF | 2019/05/28 08:10 |

5/28/2019 11:20:14 AM
C:\Users\gsmarth\Documents\EAST\Workspaces\16243044.wsp