UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. _____ |
| ALOFT MEDIA, LLC; GEORGE STREET PARTNERS; TODD SCHMIDT; and GEORGE ANDREW GORDON, | ) ) ) ) ) | |
| Defendants. | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    Philip R. Goldberg
       Registered Agent for George Street Partners
       1 Northfield Plaza #300
       Northfield, Illinois 60093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick G. Murphy, #19500-02
Barrett McNagny LLP
215 East Berry Street
Fort Wayne, IN 46802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

*CLERK OF COURT*

Date: _____

_____
Signature of Clerk or Deputy Clerk

1