UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:25-CV-273 |
| ALOFT MEDIA, LLC; GEORGE STREET PARTNERS; TODD SCHMIDT; and GEORGE ANDREW GORDON, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Brotherhood Mutual Insurance Company, by counsel, Barrett McNagny, LLP, and hereby provides notice to the Court that it is voluntarily dismissing this action against all Defendants without prejudice.

Date: July 7, 2025

Respectfully submitted,

BARRETT McNAGNY LLP

By */s/ Connor R. Fleck*
    Connor R. Fleck, #36827-02
    215 East Berry Street
    Fort Wayne, IN  46802
    Telephone: (260) 423-8814
    Email:  cf@barrettlaw.com
    *Attorney for Plaintiff*